**SUPPLEMENTAL DECLARATION OF MICHAEL LIGGINS**
**Pursuant to 28 U.S.C. § 1746**

I, Michael S. Liggins, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a citizen of the United States and am over the age of 21. I am employed by the Federal Trade Commission ("FTC" or "Commission") in the Southeast Region as an Investigator. The business address of the Federal Trade Commission, Southeast Region, is 225 Peachtree Street, NE, Suite 1500, Atlanta, Georgia 30303. I have been employed by the FTC since 2000 and joined after serving 19 years as a Criminal, Civil and Military Investigator and sworn peace officer. I have personal knowledge of the facts stated herein and, if called, would testify to same.

2. As part of my duties as an investigator for the Federal Trade Commission, I participated in the Commission's investigation of the activities and business practices of First Universal Lending LLC, its successor, First Universal Holdings, and their principals and managers, Sean Zausner, David Zausner, and David Feingold.

3. On November 19, 2009, I was present when Jane Moscowitz, Esq., the temporary receiver, entered and took control of the business premises of First Universal Lending LLC at 5400 PGA Blvd., Second Floor, Palm Beach Gardens, Florida 33410. Sean and David Zausner were in the office; Daivd Feingold came several hours later. I spent time at that location on November 19, 2009, for the purpose of organizing the inspecting, copying, and preserving records. Assisting me in this regard were FTC attorneys Gideon Sinasohn and Harold Kirtz.

4. The office consisted primarily of a large common area containing approximately forty work stations. In addition, there were eight rooms coming off the large room. Also there

was a reception area with three offices coming off of the reception area. There was also a utility closet containing a computer server.

5. As part of the investigation, documents were obtained from the business premises of the Defendants. During the inspection of the reception's desk, I observed the City of Palm Beach Gardens Operating Licenses for First Universal Lending, LLC, and for First Universal Holdings, both with a license year of October 1, 2009-September 30, 2010. Both licenses show the same address of 5100 PGA Blvd., Second Floor, Palm Beach Gardens, Florida 33418. (**Attachment A**.)

6. **Attachment B** is the front page of the corporate defendant's partial-completed financial statement (served on Plaintiff on December 3, 2009).

7. **Attachment C** is a copy of scripts and Opening Pitches used by Jim Robinette, a salesman for First Universal Lending. Included are statements that they "help save peoples homes. Our main focus is to see our clients get out of debt; we take a look at the whole financial picture with our priority being the mortgage. Now we have interest rates as low as 1-2% coming from ____. . . .We can also help with other outstanding debt like debt like car loans, personal loans, student loans, judgments, leans (sic), child support, credit card debt, and medical bills." In "Notes" attached to the script, there are the phrases, "Do you want to keep your home?", "30-40% reduction," and "Not a band-aid loan / Permanent solution." On a page marked as "Matt Notes," there is the phrase "30-40% reduction / Interest Rate." The Opening Pitches that are a part of Attachment A shows that Jim Robinette is a salesman operating for First Universal Lending, Transcontinental Lending, and Financial Services, and an opener and closer for Finley and Bologna.

8. **Attachment D** is a copy of a script stating, in part, "Do you want to save your home? If

you are accepted and choose to enroll in this program you will not loose (sic) your home."

9. **Attachment E** is copies of several consumer complaints that were on the tops of desks or in folders on the tops of desks in the large room.

10. **Attachment F** is a set of notes from the spiral notebook of the desk of closer Alan Rhodes. It includes script-type notes and notes of instructions, including "guarantee our services no matter how long it takes"; "I mean you might as well pay us before it gets worse";"New Callers Remember - You are a loan officer/broker trying to get people approved for Home Loan"; "Maybe Wood!!! Don't go to a closer and say this might be wood; can you take this call –waisting (sic) time yours and ours; – Get off the phone go get the next call that's 6 mo. down and wants help !!; – Don't get that bad reputation! That's it guys let's go make some money."

11. **Attachment G** is a set of notes from the desk in one of the sales rooms. In part, the notes state the following: "Closing 101 – Lead Don't Follow; – Eliminate All Doubt of Scam – Sound Confident; It's not a matter of If a modification can be done It is how low can we set it!; Control calls; Make Statements Don't Ask Questions; – Take App. (Qualify); Explain Program (Get them excited); Check for understanding (Confirm buy-in); 'Great, I just need a little more info to get you started. Okay?'; Lastly all we need to do is set up a payment arrangement that fits your schedule."

12. **Attachment H** is from a Cold Call Opening Pitch from a desk in a sales room. The beginning paragraph states: "This is Larry With First Universal Lending. We are a direct lender partnered with Experian the credit bureau. We specialize in loan modifications. Are you still interested in lowering your mortgage payment?"

13. **Attachment I** is a facsimile transmittal sheet from one of the desks in the large room. It shows that the name First Universal Lending was a name still being used as late as the day that

the FTC Complaint was served on the Defendants in this case (November 19, 2009).

14. **Attachment J** is an e-mail from an employee of First Universal Holdings found in Defendant Sean Zausner's office. It refers to the workload of this employee in trying to get consumers to retract their complaints filed against the company.

15. **Attachment K** is a Form W-2 statement sent to the tax authorities showing that David Feingold, at least as of 2008, was a General Member of First Universal Lending, LLC.

16. **Attachment L** is an e-mail to Miranda at First Universal Holdings from Christel Reed, an employee of First Universal, and who purports to be a staff member of Stratton & Feinstein, P.A. The e-mail is asking Miranda to stop Ms. Reed's direct deposit while her bank account is being changed.

17. **Attachment M** is the assignment of a bank account by First Universal Lending, LLC, to First Universal Holdings, LLC.

**I declare under penalty of perjury that the foregoing is true and correct.**

12/4/2009

Date

Michael S. Liggins

Michael S. Liggins

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT A

CITY OF PALM BEACH GARDENS

No: 009788

# OCCUPATIONAL LICENSE

10500 N. MILITARY TRL, PALM BCH GARDENS, FL 33410

LICENSE YEAR OCTOBER 1, 2009 - SEPTEMBER 30, 2010

DBA: FIRST UNIVERSAL LENDING, LLC

Address: 5100 PGA BLVD, 2ND FLOOR
PALM BEACH GARDENS, FL 33418

Activity: MORTGAGE BROKER

Mortgage/Title/Appraisal

Issued to: ZAUSNER, DAVID
5100 PGA BLVD
2ND FLOOR
PALM BEACH GARDENS, FL 33418

**2009 / 2010**

MUST BE POSTED CONSPICUOUSLY AT YOUR PLACE OF BUSINESS

LICENSE OFFICIAL

CITY OF PALM BEACH GARDENS

No: 014540

# OCCUPATIONAL LICENSE

10500 N. MILITARY TRL, PALM BCH GARDENS, FL 33410

LICENSE YEAR OCTOBER 1, 2009 - SEPTEMBER 30, 2010

DBA: FIRST UNIVERSAL HOLDINGS

Address: 5100 PGA BLVD, 2ND FLOOR
PALM BEACH GARDENS, FL 33418

Activity: GENERAL HOLDING COMPANY OF DIVERSIFIED FINANCIAL SERVICES ORGANIZATION

Unclassified General Services

Issued to: FIRST UNIVERSAL HOLDINGS
5100 PGA BLVD
2ND FLOOR
PALM BEACH GARDENS, FL 33418

2009 / 2010

MUST BE POSTED CONSPICUOUSLY AT YOUR PLACE OF BUSINESS

LICENSE OFFICIAL

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT B

# BACKGROUND INFORMATION

**Item 1.** **General Information**

Corporation's Full Name FIRST UNIVERSAL HOLDINGS, LLC

Primary Business Address 5100 PGA BLVD, 2ND FL PALM BCH GDNS, FL 33418 From (Date) 6/23/09

Telephone No. 561-340-1212 Fax No. 561-340-1215

E-Mail Address ______ Internet Home Page ______

All other current addresses & previous addresses for past five years, including post office boxes and mail drops:

Address N/A From/Until ______

Address ______ From/Until ______

Address ______ From/Until ______

All predecessor companies for past five years:

Name & Address N/A From/Until ______

Name & Address ______ From/Until ______

Name & Address ______ From/Until ______

**Item 2.** **Legal Information**

Federal Taxpayer ID No. 27-0435663 State & Date of Incorporation FLORIDA

State Tax ID No. N/A State ______ Profit or Not For Profit PROFIT

Corporation's Present Status: Active ✓ Inactive ______ Dissolved ______

If Dissolved: Date dissolved ______ By Whom ______

Reasons ______

Fiscal Year-End (Mo./Day) 12/31 Corporation's Business Activities ______

**Item 3.** **Registered Agent**

Name of Registered Agent DAVID FEINGOLD of FEINGOLD AND KAM

Address 5100 PGA BLVD 2ND FLOOR PALM BEACH GDNS FL. 33418 Telephone No. 561-630-6727



Initials [initials]

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT C

Finley & Associates "A consumer rights Law Firm"

Closing notes

Hello my name is Jim Robinette and I am a staff member here at Finley & Associates. I see that you've been speaking to_________ over at Transcontinental Lending. Usually when there is a case that they can't help you with they immediately refer you to this Law Firm. It appears you are struggling with the mortgage, correct?

Always refer to the client by first or last name. Ask what they would prefer.

Questions:

1. When did you last make your mortgage payment?
2. And you are how many months behind?
3. Have you received a foreclosure notice, sales date, certified letters?
4. What exactly caused you to get behind?
5. Tell me a little about your debt? ( be specific )
6. What's your monthly income?
7. What exactly are you able to afford?

What we do here at Finley & Assoc. is essentially help save peoples homes. We've been in business for over 20 years and we are part of the Florida bar association. Our main focus is to see our clients get out of debt; we take a look at the whole financial picture with our priority being the mortgage. Now we have interest rates as low as 1-2% coming from ______. Essentially what were doing is showing you lender that you have the desire to want to save your home, and that you are responsible and can afford a mortgage that is affordable. We also can help with any other outstanding debt like car loans, personal loans, student loans, judgments, leans, child support, credit card debt, and medical bills.

1. Lowering interest rates
2. reducing principal balance
3. making payment affordable
4. We initially request 20 to 30 cents on the dollar
5. And as a courtesy we will attempt settling any debt with any creditors that are actively looking to settle any accounts with you.
6. You will also have the full protection of our law firm, if they persist to harass you we can sue.

Now ____ we don't charge by the hour like typical law firms and nor do we get paid by the phone calls we make or the documents we process. We do charge a flat legal fee. Now because of your financial stress and you hardship, and due to the lack of funds, I'm going to get my legal team to agree to a reduction in the monthly payment. Normally we would charge $900 a month; I will be willing to lower the payment to $600 dollars a month for 5 months. Now we can process this in one lump some or we

can stretch out over 5 months. No matter how long it takes to reach a resolution there will be no further costs to you. If we have to go to court for you we will. With your current situation we will need to get a hold of your lender as soon as possible. When do you think we can contact your lender on your behalf?

O.K. great! I am going to get a contract prepared for you by my legal staff. In order to get the full contract sent to you I will need to get a little information, correct name, address, billing information. Do you have an email or fax?

1. Name
2. Billing address
3. Billing information
4. Phone number
5. Email address

Other notes;

Within the first 48 to 72 hours we will be;

1. Calling lender establishing a relation ship with an assigned negotiator
2. Pulling county records
3. Reviewing credit reports
4. Doing a preliminary equity report
5. Going over surplus, profit & loss

Some rebuttals;

1. They will foreclose
2. They will move forward with a sales date
3. They will eventually evict you from your home
4. It's only a matter of time.
5. Don't be penny wise and pound foolish
6. We won't take your home the lender will!!
7. Don't let a few hundred dollars a month stop you from saving your home

Don't;

1. don't say guarantee
2. don't make rate promises
3. don't say were attorneys ( staff members )
4. don't say we work with
5. don't say were affiliated with
6. don't say were partnered with
7. WE REFER !

Were going to send you out a legal binding Agreement that will explain in detail the process and possibly answer any questions that might evolve.
In order to send out this Agreement I will need the following information;

1. Address
2. D O B
3. Billing Date
4. Specific account information as to where the money will be coming from; either it be a visa, MasterCard, American express, or check by phone.

We must type this information into the agreement so that this can not be altered; this avoids any confusion through the billing process.

Now where would you like the contract sent?

**Notes**

**Do you want to keep your house?**

**Consumer rights Law Firm**

**30 – 40% reduction**

**Financial Hardship Program**

**Arbitration / Litigation**

**Unless you have an attorney**

**There obviously are legal fees for this process**

**Restructure / agreement**

**Not a band aid loan / Permanent solution**

Generally
Typically
Mostly
Average
Basically
Essentially
Usually
Truly

Matt Notes

intro

specialize in consumer rights
Dealing with customer service / Lender
You need 2 have legal councel / Representation
Restructure all debts
Exercise your rights
Governmental Guideline hardship
Do you have under 25,000 in your checking
Cannot change banks
payments dismissed or put on back
30 - 40 % Reduction / interest rate
would you be able to afford this payment
Credit Cards can only lower interest rate
There are legal Fees →
if your recieving hardship assistance you should not be able to afford Mortgage pm,
we only charge 5 months, we don't want you to have a legal payment and a mortgage payment

Documents provided =
2 payroll stubbs
2 bank statements
tax return
Hardship letter

[illegible]

Were A Lending Institution
we Approve Home loans through
tRAditional Refinance/
if were not Able to help u
you have other Alternatives And
we might be Able to help you →

Dont call till oct 21

Opener Name Jim Robinette

10/13/09

Call after 5pm

# Opening Pitch

(Client Name) This is (Your Name) from First Universal Lending. We are a direct lender partnered with Experian the credit bureau. You submitted an application for a home mortgage. Are you still looking to lower your payments?

Name: *DACIA (Sha) + Garrett Oppliger

Phone: 512-531-9590 Round Rock, TX

How Much Do You Owe On The Home? 125K

What is the Value? 180K

Where did you get that Information? **(EX.- Recent Sales, Current Appraisal)**

Who is your Lender? BoA

What is your Rate? ? 7-9% 800 (Fixed / Adjustable) ***Circle One***

What is your Payment? 1100 % only Does that include your taxes & Insurance? (Y/N)

Are you having a difficult time affording the payments?

Are you currently late on the mortgage? (Y/N) How many months? 3

Have you had some type of Financial Hardship?
**(EX.- Death in family, Loss of Job, Pay Cuts, Medical Conditions, ETC.)** → Had baby

Quote: $800 x 5 =

**NOTES:**

CC - 30-40K = collection

3,000 Month salary

student loan 18K = Student deferred

Medical 4K = collection

Thinking about title loan

Opener Name Jim Robinette Date 10/27/09 Time ____________

# Opening Pitch

(Client Name) This is (Your Name) with TransContinental Lending. Are you struggling with your mortgage, or just looking to lower your payments?

Name: Jonathan Drake - 6-13-74

Phone: 217-851-7784 [redacted] 217-415-2932

How Much Do You Owe On The Home? 120k

What is the Value? 150 - 160

6pm

Where did you get that Information? (**EX. - Recent Sales, Current Appraisal**)

What is your Rate? 10% (Fixed / Adjustable (circled)) *Circle One*

What is your Payment? 1100 Does that include your taxes & Insurance? (Y (circled)/N)

How many months are you behind on the mortgage? 10

Who is your Lender? Wells Fargo.

Have you had some type of Financial Hardship?
(**EX.- Death in family, Loss of Job, Pay Cuts, Medical Conditions, ETC.**)

Credit Card Debt? 1700 Auto Payments? ____
Student Loans? / Medical Bills? /
Personal Loans? / Liens? /

Monthly Household Income? 3500
Employed (Y/N) Disability/SS/Unemployment
719
Quote: ____________ Closer: ____________

NOTES: Divorce didn't help → no overtime 2 9th

In Forcclousure

$800 A month if possible

He wanted to make sure we were real call back at 6pm

Friday noonish

$1700

30th

[redacted]

jpdrake74@hotmail.com

650 X5

11/5

ACH

Opener Name Jim Robinette Date 10/29/09 Time ______

Sushi Jo

## Opening Pitch

650 x5

(Client Name) This is (Your Name) with TransContinental Lending. Are you struggling with your mortgage, or just looking to lower your payments?

Name: Sally Faircloth

Phone: 863-662-5206

How Much Do You Owe On The Home? 140K

What is the Value? ______

Where did you get that Information? (EX. - **Recent Sales, Current Appraisal**)

______

What is your Rate? 5.20% (Fixed/Adjustable) *Circle One*

What is your Payment? 1046 ~~[illegible]~~ 150 Does that include your taxes & Insurance? (Y/N)

How many months are you behind on the mortgage? ______ 3 5

Who is your Lender? Chase

Have you had some type of Financial Hardship?
(EX.- **Death in family, Loss of Job, Pay Cuts, Medical Conditions, ETC.**)

Credit Card Debt? ______ Auto Payments? 11,000 345.59
Student Loans? ______ Medical Bills? ______
Personal Loans? ______ Liens? ______

Monthly Household Income? ~~2000.00~~ 2,100
Employed (Y/N) Disability/SS/Unemployment

Quote: ______ Closer: ______

NOTES:
Husband had operations

Sushi 30
11/13 ACH

**Opener Name** James Robinello **Date** 11/2/09 **Time** ______

# Opening Pitch

**(Client Name) This is (Your Name) with TransContinental Lending. Are you struggling with your mortgage, or just looking to lower your payments?**

700 X 5

Name: Ryan Smith

OH

Phone: 330-541-2427

How Much Do You Owe On The Home? 138k

What is the Value? 132k

Where did you get that Information? **(EX. - Recent Sales, Current Appraisal)**

What is your Rate? 8.75 (Fixed / ~~Adjustable)~~ ***Circle One***

What is your Payment? $1252 Does that include your taxes & Insurance? (Y/N)

An affordable payment? $900 $800

How many months are you behind on the mortgage? 10

**Notice of Foreclosure (Y/N)** Ask only if 3 or more mo. behind. 850

Who is your Lender? First Franklin

Have you had some type of Financial Hardship?
**(EX.- Death in family, Loss of Job, Pay Cuts, Medical Conditions, ETC.)**

Credit Card Debt? ______
Student Loans? ______
Personal Loans? ______

Auto Payments? ______
Medical Bills? ______
Liens? ______

Monthly Household Income? 2900
Employed (Y/N) Disability/SS/Unemployment

Quote: ______ Closer: ______

**NOTES:** In Foreclosure

Opener Name James Robinette Date 11/2/09 Time ____

# Opening Pitch

**(Client Name) This is (Your Name) with TransContinental Lending. Are you struggling with your mortgage, or just looking to lower your payments?**

Name: Edward Everette 7-16-68

Phone: 252-752-8387

How Much Do You Owe On The Home? 80K

What is the Value? 110K 252-717-8070

Where did you get that Information? **(EX. - Recent Sales, Current Appraisal)**

What is your Rate? 3.6% (Fixed / Adjustable) ***Circle One***

What is your Payment? 670 Does that include your taxes & Insurance? (Y/N)

An affordable payment? 600

How many months are you behind on the mortgage? 6

2383 Ourwood Pollard rd

Grenville NC 27834

**Notice of Foreclosure (Y/N)** Ask only if 3 or more mo. behind.

Who is your Lender? Aurora - 0107462624

Have you had some type of Financial Hardship?
**(EX.- Death in family, Loss of Job, Pay Cuts, Medical Conditions, ETC.)**

Credit Card Debt? 15,000 Auto Payments? ____
Student Loans? ____ Medical Bills? ____
Personal Loans? ____ Liens? ____

Monthly Household Income? 3800 Him-2100
Employed (Y/N) Disability/SS/Unemployment Her-1700

Quote: ____ Closer: ____

**NOTES:** Wife had surgery

Natt 13th

Tues 10AM

600

edwardandwendy@netzero.com

*Finley & Bologna International*

Date Submitted 11/3/09 Lead Source Dialer

Date to Charge 11/7/09

Borrower DWIGHT Allen

Opener Jimmy Robinette

Closer BoB Kaslco

Opener Fee $ 325

Closer Fee $ 325

Total Monthly Payment $ 700 Total Contract Amount $ 3,500

Number of Months 5

VISA MASTERCARD AMEX

Card # ____________

****Checking**** or *** Savings*** (circle)

Exp ________ Sec # ________ Billing Address

ACH: Bank Name BoA 12625 South Princeton A

Rte Number 081904808 Chicago IL 60628

Account # 291001814512 Phone 773-940-9823 cell

DOB 7/17/66 Alt Phone 773-928-3464

S.S.# ____________

Email: ____________

Type of Account: (circle) Mortgage Auto Credit Cards Medical Other

Notes: BoA LOAN#
6272296965

Please FAX
312-745-2009

Finley & Bologna

Date Submitted 11/11/09 Lead Source DiAler

Date to Charge 11/27/09

Borrower Alice E Mott

Opener Mike A.

Closer JAmes Robinette

Opener Fee $ 250

Closer Fee $ 250

Total Monthly Payment $ 500

Total Contract Amount $ 2500

Number of Months 5

VISA MASTERCARD AMEX

Card #

Exp Sec #

CHECKING***or***SAVINGS (CHECKING circled)

Billing Address

ACH: Bank Name WAchoviA

6044 13th AVE

Rte Number 063107513

New Port Richey, FL 34653

Account # 1010162046302

Phone 727-859-9605

DOB 6/5/56

Alt Phone

Email: Mail

Type of Account: (circle) Mortgage (circled) Auto Credit Cards (circled) Medical Other

Notes: 1 Mtg B of A

Closed

Opener Name: James Robinette Date: 10/10/09

Closer Name: Bill $500 cc 11/13 Quote: $ 500 .00 Monthly .00 Total

11/10 V.M.

**Opening Pitch (Dialer)**

10/12 LM

10/15 LM

Financial Services (Good Morning, Afternoon, or Evening) how are you today?
Who am I speaking to? In case we get disconnected what is the best number to reach you at?

Name: Helene Johnson Phone: 239-772-7502

Are you currently struggling with your mortgage payment? ( Y / N )

Have you managed to stay current with your payment? ( Y / N ) # of Months behind current Always

Have you had some type of Financial Hardship that has created this situation?
(Examples: Loss of Job, Pay Cuts, Medical Conditions, Divorce, Death in the Family, Etc.)

Who is your lender? BoA 2nd

What is your Rate? 5 ( Fixed / Adjustable ) 2nd Mortgage Rate

What is your Payment? 1051 Does that include taxes & insurance? (Y / N ) [Y circled]

What is the balance on your mortgage? 120 What is the current value? 69k Cape Coral FL

What are you basing that information on? (EX.: recent appraisal, current sales, ETC.)

Monthly Income: 2700 mth Credit Score:

Credit Cards: 2,000 Student Loans: –

Car Payments: – Medical Bills: –

Line of Credit: 35,000 Judgments: –

NOTES: (pulling money out of IRA, needs help, Investment property)

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT D

DINER SHEETS

SFLAW.ORG

| | |
|---|---|
| DOUG | 561-932-0041 |
| MATT | 561-932-0042 |
| NOEL | 561-932-0039 |
| MATT² | 561-932-0029 |
| BILL | 561-932-0037 |
| ALAN | 561-932-0034 |
| NIXON | 561-932-0032 |
| NICK | 561-932-0038 |
| ALEX | 561-932-0028 |

| | | | |
|---|---|---|---|
| DOUG | X230 | MIRANDA | X218 |
| MATT | X257 | LAUREN | X256 |
| NOEL | X260 | NIKKI | X386 |
| BILL | X211 | VANESSA | X259 |
| MATT² | X250 | JIMMY | X |
| ALAN | X384 | ED LEE | X |
| ERIK | X251 | | |
| NIXON | X396 | | |
| NICK | X206 | | |
| ALEX | X851 | | |

DO YOU WANT TO SAVE YOUR HOME?

IF YOU ARE ACCEPTED AND CHOOSE TO ENROLL IN THIS PROGRAM YOU WILL NOT LOOSE YOUR HOME.

I JUST NEED TO ASK A FEW BASIC QUESTIONS ABOUT YOUR MORTGAGE TO SEE WHAT PROGRAMS YOU QUALIFY FOR.

BASED OF THE INFORMATION YOU HAVE GIVEN ME. THE BEST RECOMENDATION I CAN MAKE FOR YOU. IS TO RETAIN THE USE OF A CONSUMER RIGHTS LAW FIRM. LET ME LOOK THROUGH MY DATA BASE AND SEE WHICH FIRM WORKS BEST WITH YOUR LENDER.

THE BEST RESULTS ARE COMING FROM THE FIRM OF STRATTON + FEINSTEIN. LET ME SEE IF ANYONE IS IN THEIR OFFICE TO SPEAK WITH YOU. OK LET ME PUT YOU ON AN OUTSIDE LINE SO THEY CAN PICK YOU UP.

SFLAW.ORG

| | |
|---|---|
| DOUG | 561-932-0041 |
| MATT | 561-932-0042 |
| NOEL | 561-932-0039 |
| MATT 2 | 561-932-0029 |
| BILL | 561-932-0037 |
| ALAN | 561-932-0034 |
| NIXON | 561-932-0032 |
| NICK | 561-932-0038 |
| ALEX | 561-932-0028 |

| | | | |
|---|---|---|---|
| DOUG | X230 | MIRANDA | X218 |
| MATT | X257 | LAUREN | X256 |
| NOEL | X260 | NIKKI | X386 |
| BILL | X211 | VANESSA | X259 |
| MATT 2 | X250 | JIMMY | X |
| ALAN | X384 | ED LEE | X |
| ERIK | X251 | | |
| NIXON | X396 | | |
| NICK | X206 | | |
| ALEX | X851 | | |

DO YOU WANT TO SAVE YOUR HOME?

IF YOU ARE ACCEPTED AND CHOOSE TO ENROLL IN THIS PROGRAM YOU WILL NOT LOOSE YOUR HOME.

I JUST NEED TO ASK A FEW BASIC QUESTIONS ABOUT YOUR MORTGAGE TO SEE WHAT PROGRAMS YOU QUALIFY FOR.

BASED OF THE INFORMATION YOU HAVE GIVEN ME. THE BEST RECOMENDATION I CAN MAKE FOR YOU. IS TO RETAIN THE USE OF A CONSUMER RIGHTS LAW FIRM. LET ME LOOK THROUGH MY DATA BASE AND SEE WHICH FIRM WORKS BEST WITH YOUR LENDER.

THE BEST RESULTS ARE COMING FROM THE FIRM OF STRATTON + FEINSTEIN. LET ME SEE IF ANYONE IS IN THEIR OFFICE TO SPEAK WITH YOU. OK LET ME PUT YOU ON AN OUTSIDE LINE SO THEY CAN PICK YOU UP.

SFLAW.ORG

Doug 561-932-0041
Matt 561-932-0042
Noel 561-932-0039
Matt² 561-932-0029
Bill 561-932-0037
Alan 561-932-0034
Nixon 561-932-0032
Nick 561-932-0038
Alex 561-932-0028

| | | | |
|---|---|---|---|
| Doug | x230 | Miranda | x218 |
| Matt | x237 | Lauren | x236 |
| Noel | x260 | Nikki | x386 |
| Bill | x211 | Vanessa | x259 |
| Matt² | x250 | Jimmy | x |
| Alan | x384 | Ed Gee | x |
| Erik | x251 | | |
| Nixon | x396 | | |
| Nick | x206 | | |
| Alex | x851 | | |

Do You Want To Save Your Home?

If You Are Accepted And Choose To Enroll In This Program You Will Not Loose Your Home.

I Just Need To Ask A Few Basic Questions About Your Mortgage To See What Programs You Qualify For.

Based On The Information You Have Given Me. The Best Recomendation I Can Make For You. Is To Retain The Use Of A Consumer Rights Law Firm. Let Me Look Through My Data Base And See Which Firm Works Best With Your Lender.

The Best Results Are Coming From The Firm Of Stratton + Feinstein. Let Me See If Anyone Is In Their Office To Speak With You. OK Let Me Put You On An Outside Line So They Can Pick You Up.

**Opener Name** Larry Patrick **Date** ____________ **Time** ____________

# Opening Pitch

**(Client Name) This is (Your Name) with TransContinental Lending. Are you struggling with your mortgage, or just looking to lower your payments?**

Name: ______________________________

Phone: ______________________________

How Much Do You Owe On The Home? ______________

What is the Value? ____________

Where did you get that Information? **(EX. - Recent Sales, Current Appraisal)**

______________________________________________

What is your Rate? ____________ (Fixed / Adjustable) ***Circle One***

What is your Payment? __________ Does that include your taxes & Insurance? (Y/N)

An affordable payment? ______________

How many months are you behind on the mortgage? ________

**Notice of Foreclosure (Y/N)** Ask only if 3 or more mo. behind.

Who is your Lender? ______________________

Have you had some type of Financial Hardship?
**(EX.- Death in family, Loss of Job, Pay Cuts, Medical Conditions, ETC.)**

Credit Card Debt? __________ Auto Payments? ______________
Student Loans? __________ Medical Bills? ______________
Personal Loans? __________ Liens? ______________

Monthly Household Income? ____________
Employed (Y/N) Disability/SS/Unemployment

Quote: ____________ Closer: ______________

**NOTES:**

# Transfer Tracking Sheet

| Date | Client Name | Home Phone | Cell/Wk Phone | E-mail Address | Closer | Closing Date | Billing Date | Quote$ |
|---|---|---|---|---|---|---|---|---|
| 10-21-09 | TODD SAUNDERS | | | | ZACK | | | $ .95 |
| 10-22-09 | JOHNATHON JAMES | | | | SUSHI JOE | | | $ 600.95 |
| 10-27-09 | MUPHERE PRATHOUMMACHITH | | | | STEVE | | | $ .95 |
| 10-27-09 | [illegible] C/O 11/4/09 | | | | ALEX | | | $ 600.95 |
| 10-27-09 | MARY TERESA COATS | | | | ALEX | | | $ .95 |
| 11-10-09 | ALEGAR BLAND | | | | ALAN | | | $ 650.95 |
| 11-11-09 | THOMAS+KAREN CAMPBELL | | | | JAVIER | | | $ .95 |
| 11-11-09 | NANCY+WILLIAM HEALEY | | | | ALAN | 11-11-09 | 11-20-09 | $ 600.95 ✓ |
| 11-11-09 | KATIA BAGROWSKA | 407-296-9652 | | | ALAN | | | $ .95 |
| ~~11-12-09~~ | ~~JOANNE+ROBERT TOUK~~ | ~~513-217-7251~~ | | | ~~HARRY~~ | | | $ .95 |
| 11-12-09 | ALMIRINA ANDRADE | 508-251-2165 | 781-799-0325 | CB 11-16 | ALAN | | | $ 550.95 |
| 11-12-09 | HARRY SHULTZ | 570-437-2403 | | | DOUG | 11-12-09 | 12-4-09 | $ 600.95 |
| 11-12-09 | ABLA KHZOUZ | 313-908-2256 | | | TOM | | | $ 700.95 |
| 11-12-09 | WALTER LEAHMAN | 954-583-1120 | | | BILL | | | $ 775.95 |
| 11-12-09 | MARIE MACK | 414-372-7920 | | | BOB | | | $ 600.95 |
| 11-17-09 | [illegible] | [illegible] | | | HARRY | | | $ 500.95 |
| 11-17-09 | [illegible] | 423 919 2109 | | | SUSHI | | | $ .95 |
| 11-17-09 | LAWRENCE LONGMAN | 231 231 7070 | | | ALEX | 11-11-09 | 12-07-09 | $ 700.95 |
| 11-17-09 | PAMY+KEVIN HENSON | 864 574 7125 | | | SUSHI | | | $ .95 |
| | | | | | | | | $ .95 |

MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION

# ATTACHMENT E

**Alicia Gardner**

**From:** CECILA MUNOZ [edmunoz3660@sbcglobal.net]
**Sent:** Thursday, November 12, 2009 10:40 PM
**To:** cfisher@firstuniversallending.com; alicia gardner; Customer Service
**Subject:** Fw:

----- Forwarded Message ----
**From:** CECILA MUNOZ <edmunoz3660@sbcglobal.net>
**To:** crichards@firstuniversallending.com
**Sent:** Thu, November 12, 2009 9:37:34 PM
**Subject:**

So ,the people I trusted to help me when I'm in really in bad situation is just going take my 4500 dollars ,without accomplishing anything to help my situation,after all the talk of just wanting to help people,turns out FUL is just like the people who just want to line their pockets with the money of people when they are down. I'm really sorry I ever answered the phone when your sharks called and I will be passing on the bad taste of dealing with FUL has left in my life.Only time will tell how my situation will turn out,hopefully I can keep my home and repair the damage to my credit that following the advice of the FUL staff has done.I know that GOD never gives us nothing we can't handle and my faith we see me through.I don't know how you sleep knowing the type of company you keep and work for.I know FUL will faulter at some point and know the punishment only the all mighty can bestowe.When you and the rest of the FUL staff look in the mirror each day know you will all have to answer to someone higher than me.I will be reporting my poor business dealings with FUL to the BBB ,until I can think of a better or legal way to recoup some of my money from FUL,.

Sincerly,

Edward Munoz

To: First Universal Lending.
From: Mr. + Mrs. Edward Damon JR.

To Whom It May Concern:
I'm writing in regards to the Loan Modificatio that you were working on for us. We thought you were good fair people, but when we found out how you really were, we decided to go with another company, for the Loan Modification that we Need.
We talked by telephone the first time, and everything Sound really good. We gave you our bank information for a payment of $450.00, and I knew that we would have to pay more before everything got taken care of. I Nor my husband had any problem with paying for your services, but it was the way you did it without our knowledge.
You Never-ever discussed a set price nor did we ever sign any contract. We never gave you authorization to go into our bank account no other time, but the first time we spoke. You did not even consider if we had the money in the bank or not, no whether we had other obligations to consider. All other businesses that we give our bank ac information for payment, still send us out a Courtesy letter to remind us of the payment that will be coming up for payment.
If someone would have taken the time to contact us or send us a letter of this withdrawal I would have made arrangements for the payment, but the way you did it cause us lots of pain and suffering, because some checks bounced and caused us to be severel

-e, you did it twice, and the same thing happened to us
are overdrafts, even after I had spoken to you after 1/2/0
incident, I called and told your company to never go into my
bank account again without my permission. How dare you
think that you can do that because of being a so called
modification Company. Well, there are better companies
around who would Not put us in the horrible bind that
you have. There is No integrity in your Company.

The reason I filed the complaint with Wamu
is because I got No sympathy from you all, the
first time you caused (15) overdrafts in our accoun
We had No food money, No gas money, No money for
our medications, and some utilities that we got
disconnection notices for. There was No caring or
concern for our Needs.

I am writing to the Better Business Bureau
in your area and to the Federal Trade Commision
and also the Attorney General's Office.

I'm do this this because I feel that there is
Something crooked going on with this Company
because another Modification Company called u
and when I told them about First Universal
Lending, the lady replied, "it that's the Name of
our Company". She said that she would che
this out and call me back, but I haven't
heard anything else about it. So I know
that there is something crooked going on.

Also I want the $450. from 3-3-09 also
to be returned to my bank account.

I am prepared to go to a local News
station, if I have to. So if you don't wan
me to write these letters I better get
my money back.

Sincerely
Mr + Mrs Damon

Catherine E. & Rocky G. Rec
4133 S. Middle Road
Quicksburg, VA 22847

First Universal Lending
Attn: Cancellation Department
5100 PGA Blvd., Suite 202
Palm Beach Gardens, FL 33418

June 6, 2009

Dear First Universal Lending,

We, Catherine and Rocky Rec, are, from this date, canceling our agreement with your company for help in readjusting our mortgage. After speaking directly with our mortgage holder, we have discovered that there have only been two contacts with them by Tami Alexander and in both instances, she asked for the same information. Also, repeated request for Ms. Alexander to contact us with her results came to nothing – either by not returning our phone calls or only returning non-informational emails. Therefore, after three months of paying for your service, we are not satisfied with these results.

Of course, after sending you $900, we would wish for some of that back, because two phone calls and unanswered customer questions are not worth that much. But since that probably will not happen, we hope that you will do something to stimulate your local economy in our name.

Sincerely,

Catherine E. Rec
June 6, 2009

Rocky G. Rec
June 6, 2009

June 8, 2009

First Universal Lending, LLC
5100 PGA Blvd 2nd Floor
Palm Beach Gardens FL 33418

To Whom it may Concern,

This letter is to inform you, that as of this date, you are to cease and desist in efforts to obtain a loan modification on my behalf. I'm doing this for several reasons.

First, you people have been jerking me around for 3 months now, at $349.95 per month, with absolutely zero progress. Whenever your agent has requested documentation from me, I have sent them within 48hrs of the request. On 3 separate occasions, at least 2 weeks after sending the requested documents, your agent phoned me asking if I ever sent them. That tells me that you have made no effort to even begin to service my account.

Second, on several occasions, when talking to your agent by phone, I was told that you had been in contact with my mortgage company and the documents I sent were requested by them. To my surprise, on Thursday, May 28th, I received a phone call from my mortgage company telling me that my mortgage was in foreclosure and was there anything they could do to help. I told them that I was working with your firm to obtain a loan remodification. The lady checked their records and as of that date they had never received contact, from a 3rd party, concerning my account. That tells me that your company has no problem lying to their clients in order to appease them.

Since it is obvious that AS OF THIS DATE, NO SERVICE HAS BEEN PERFORMED BY YOUR FIRM ON MY BEHALF, I AM DEMANDING A FULL REFUND, TOTALING $1049.85, FOR ALL MONIES I HAVE PAID TO YOU TO DATE.

The refund Check -or- Money Order is to be in my possession NO LATER THAT 10 DAYS FROM THE DATE OF THIS LETTER. Failure to comply will result in my contacting legal counsel and filing a lawsuit.

Alan C Jacobs

Alan C. Jacobs
2914 Gratiot Ave
Port Huron MI 48060

April 22, 2009

Certified Mail:

FIRST UNIVERSAL LENDING, LLC

5100 PGA BOULEVARD, 2ND FLOOR

PALM BEACH GARDENS, FL 33418

Re: John C. Kastner, 7225 Pinon Crest Court, LV, NV 89131

To the Owner of First Universal Lending, LLC. DAVE,

(I had a friend make a phone call on my behalf, to find out who this letter should be addressed to on 4/22/9 at 11:48 PST; but person answering phone would not provide owners last name, just his first name, but then he proceeded to gave us Clint's last name, this did not make sense to me?)

Clint Pasalodos contacted me on April 14, 2009 to do loan modification. I then spoke with him on April 15, 2009. Clint represented himself as being or having relationship with Saxon Mortgage. It was because of this relationship with my existing servicer, Saxon, that I gave him my bank routing number and checking account number, when he asked for it, so First Universal Lending, LLC, could start automatic with drawel from my checking account.

Clint did say he would email me documents that required my signature for the loan modification process. I received these documents and have decided I DO NOT want to pursue loan modification with First Universal Lending, LLC. As I feel sales tactics and misrepresentations were very unethical and Clint was trying to push me to get me to release funds sooner, which I declined. I feel First Universal Lending, LLC is using predatory lending sales tactics trying to take advantage of senior citizens on fixed income.

I also researched First Universal Lending, LLC with BBB in Palm Beach and "googled" on line and found many more complaints than satisfied customers. And when I spoke with Saxon Mortgage I was told that they do not have a relationship with nor had documented any conversation about my account with Clint Pasalodos, as he told me on April 15, 2009, that he had spoke with Saxon Mortgage about my account.

Bottom line, First Universal Lending, LLC DOES NOT have my permission to deduct any funds from my checking account. If I find that they have, I will promptly report fraud and misrepresentation to Palm Beach District Attorney's office and BBB.

Sincerely,

John C. Kastner

John C. Kastner

BROWARD COUNTY FLORIDA

Environmental Protection and Growth Management Department
**PERMITTING, LICENSING and CONSUMER PROTECTION DIVISION**
1 North University Drive, Mailbox #302, Plantation, Florida 33324 · 954-765-4400 · FAX 954-765-5199

October 13, 2009

Palm Beach County Division of Consumer Affairs
50 S. Military Trail Ste. 201
W. Palm Beach, FL 33415

Re: **Case No. 33243**
**Kathleen Lee vs First Universal Lending, Inc.**

Dear Sir/Madam:

Enclosed is a copy of a complaint recently received by this office.

We are forwarding this complaint for your consideration, as it appears to fall within your area of jurisdiction since the above business is located in Palm Beach County. We have advised the complainant of our action and are closing our file on this matter at this time.

Please contact the complainant directly regarding this matter.

Very truly yours,

Joel Metter, Supervisor
Consumer Protection Section
Permitting, Licensing and Consumer Protection Division

ltr06
Enclosure

c: First Universal Lending, Inc.
5100 PGA Blvd Suite 202
Palm Beach Gardens, FL 33418

Kathleen Lee
1229 SW 74 Ave
North Lauderdale, Florida 33068

RECEIVED
OCT 16 2009
Palm Beach County
Division of Consumer Affairs

Broward [redacted] ounty Commissioners
Josephus Eggelletion, Jr. · Sue Gunzburger · Kristin D. Jacobs · K[redacted] John E. Rodstrom, Jr. · Diana Wasserman-Rubin · Lois Wexler
www.[redacted]

33243

BROWARD COUNTY FLORIDA

# Consumer Complaint Form

PERMITTING, LICENSING AND CONSUMER PROTECTION

CONSUMER AFFAIRS DIVISION

115 S. Andrews Avenue, Room A460 Fort Lauderdale, Florida 33301 954-357-5350 FAX 954-765-5309

OCT 02 2009

BROWARD COUNTY, FLORIDA

| COMPLAINANT | | RESPONDENT | |
|---|---|---|---|
| Name: | KAThleen Lee | Name: | First Universal Lending |
| Address: | 1229 S W 74 Ave | Does Bus As: | |
| City: | N Lauderdale | Address: | 5100 PGA Boulevard 2 Floor |
| State: | Fl Zip: 33068 | City: | Palm Beach Gardens |
| Home Phone: | 954-724-8074 | State: | Fl Zip: 33418 |
| Work Phone: | | Contact: | LARRY Patrick |
| Cell Phone: | 954-415-6835 | Phone Number: | 561-340-1215 |
| E-Mail Address: | Kathleenlee48@yahoo.com | E-Mail Address: | |

**PLEASE PROVIDE THE FOLLOWING INFORMATION**

(1) Date of Transaction: 2/10/09

(2) Have you contacted the Respondent about this complaint? [X] Yes [ ] No

(3) Did you sign a contract, lease, or document? [X] Yes [ ] No

**PLEASE FURNISH A COPY OF ALL DOCUMENTS, CONTRACTS, RECEIPTS, LETTERS, ETC. AND**

**Cross out Social Security Numbers, Bank and Credit Card Numbers on all supporting documents provided**

(4) What other agencies/organizations have you contacted for assistance, and what was the outcome?

N/A

(5) What complaint resolution would you consider to be mutually fair?

To get my money back

Dollar Amount in Dispute (if applicable): $5000.00

**Under penalty of perjury, I declare the facts contained herein are true, correct, and complete.**

Kathleen Lee

Signature

Date: 9-14-09

**Please Read - Disclosure Statement**

All information provided to the Consumer Affairs Division is public records and is available for inspection by the public under the Florida Public Records Law. This includes all of the information you have included in this complaint and supporting documentation.

Form P100.5.06

JJM
84
88

**PLESE GIVE A COMPLETE DESCRIPTION OF YOUR COMPLAINT**

**Cross out Social Security Numbers, Bank and Credit Card Numbers on all supporting documents provided**

ON The 02/10/09 MR. Jones of First universal Lending call me abouth a Loan Modification I agreed To What they were offering They Promis That they could do the modification within four months, the cost of $2000 Per home so the total would be $4000.00. I gave MR Jones a check for a $1000.00 and They would Take The rest of money out of my account, All They do is take the money and do nothing, This month They went in my account and Take out an extra $1000.00 That was not in The agreement so I close the account and I spoke To MR Larry Patrick and aske him to refund the money and he said he would see what he could do, and he never get back to me.

**Please Read - Disclosure Statement**

All information provided to the Consumer Affairs Division is public records and is available for inspection by the public under the Florida Public Records Law. This includes all of the information you have included in this complaint and supporting documentation.

Form P100.5.06

~~To: Better Business Bureau~~

~~To~~: Attorney General Office

~~To: Operation Rush Collection~~

To whom it may concern,

I am asking you to please act on my behalf to settle this issue with First Universal Lending, LLC. Around May 27th or later I called to get my home refinanced. I spoke with LaTonya Orr, she explained that I didn't qualify for the refinance, but I did qualify for loan modification. All I had to do was not to pay my mortgage for Ocwen and talk to them refer them to 1st Universal Lending. I had to post date check for 06/01/08 because I didn't have the funds of $399.00. I asked her what would happen if Ocwen didn't except me in the program, LaTonya said I'd get my money back. I was then called by Adrienne Byrd, she repeated everything LaTonya said except about the money I would get back. Adrienne told me I had to sign page 6 and backdate to 05/21/08. I also was to sign and send pages 7 and 8. Not reading the forms, and trusting a Lending Co. I trusted her and company.

When I came to first American, ...
only one month behind. MAY I feel they should have
said they couldn't help me at all. In despair to not
lose my home, and to get the rate lower I believed
them since they quoted they always deal with Ocwen
Ocwen denied my loan modification on 7/15/08.
Adrienne said they excepted the loan modification
if I would pay #1866.00, and 1971.00 monthly. I asked
her when would I have to pay the #1971.00. I never
got that answer. Now for fear of losing my home
I call Ocwen then Adrienne she in turns says
she'll call them and then call me back. That might b
1 week or when I call her again. I E-mail them
and begged them in July to please not take
#399.00 because I was trying to get the money to
pay my mortgage more. Well they took it anyw.
On 07/29/08 I sent E-mail in writing asking them
to cancel my withdrawal from my bank. On 08/08
I called Adrienne to see how things were, she stated
still pending. On 08/12/08 I called Adrienne to tell
her that they wanted updated proof of income, so she fax
it to them. I need someone to help me resolve this
as soon as possible. I spoked with Ocwen and he
told me denied again, but they were willing to tr
to work out something or payment plan to pay up

my monthly payments. In desperation to save my home from a bad credit score, and a lower rate that would lower my monthly payments is what I was promised. Universal said the months missed would just go to the end of my loan, and start with current month's amount. On 08/12/08 I talked to Adrienne and she said she was in class) training all day 08/11/08, and she would call me back after talking to Ocwen. They told her I would know in 5 days the outcome. Since I am at a far situation with Adrienne and Ocwen I'm asking that they give me every cent they took from my credit card. Thanking you in advance.

P.S. On 09/01/08 I call my bank, Bank of America, and they stopped the payment pending investigation. Then First Universal put the $395.00 back to my bank.

Yours Truly,

Brenda Word

H-(410) 645-8354
C-(443) 703-9011
7813 Cornerstone Way
Windsor Mill MD 2124

First Universal Lending
561-348-1212

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT F

- Fair Credit Reporting Act $20,000
info @ S/F S/F agreement

Not hiring a company - hireing a Law Firm
we are the only ones not taking a huge Fee we bill it out over 5 mo.

Lidigate on your Behalf

- Our Retainer Fee for our legal services making it affordable for the average American is 500 per month for a 5 mo period

- guarantee our Services no matter how long it takes
legal Representation

I mean you might as well pay us Before it gets worse!

- Great Job w/ NEW lead Sheets WOW Names, Phone numbers

Blanks on Value

- What Do you owe? What's The VALUE? ______

Home owner Says I Dont know?

- Appraised - how long ago
- What are the Houses Selling for in your hood
- ARE There a lot of Foreclosures in your hood

Value, may have Dropped very low let it go!!

- Things to think about
  1. 1st, last, Sec moving Expenses
  2. School District
  3. Appartments/landlords Pull credit - if you cant take care of your own Home why would take care of Somebody elses

NEW Callers Remember You are a loan officer/Broker Trying to get People approved for Home loan

Build Credibility for yourself!

Dont Say well I cant Help you - Give them a reason

- value, Behind, income, Debt load, credit

I Can Transfer you to Someone who Can

A Law Firm that specializes in ~~[illegible]~~ this situation

Maybe Wood !!! ~~263 989 777-0693~~

Dont go to a closer and Say this might be wood
Can you take this call
- waisting time yours and ours -
- Get off the phone go get the next call thats 6mo
  Down and wants help!!
- Dont get that bad reputation ! There will Be a closer Aval.

Thats it guys lets go make some. money

~~910 - 340 - 1146~~

→ Mark Solt

Scott

Make sure Amy re-sends fax w/ new city

Walter Turner "Julie"

Maxine

Terry Fielder

Maxine

Fitz

Paul Ramsey → 398 comment Needs Contract

219-406-5444 27th

713-944-4529.

440-384-1380 Bobby Wilson

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT G

# CLOSING 101 — LEAD Don't Follow

- Eliminate

  All Doubt of Scam → Sound Confident

- Gaurentee

  * The law States we Can't Gaurentee B/c it is a negotiation → If we gaurantee a payment of the bank comes back better you have to take the higher one

  It's Not a matter of If a modification can be done It is How low can we get it!

- GAIN

  Control Calls

  MAKE Statements Don't ASK Questions

- USE

  A+ Rating @ BBB

  No Huge UpFront fees

- Do I Have to Pay My Mort while I Pay you? - As a lender ourself we wouldn't want anyone to tell our clients not to pay their Debts, but we Do Understand if you Can't Pay it All We ask is you keep us Informed so we can use that as Additional Leverage to expedite the Process

★ - TAKE APP (QUALIFY)

★ - EXPLAIN PROGRAM (GET THEM EXCITED)

★ - CHECK FOR UNDERSTANDING (CONFIRM BUY IN)

"GREAT, I JUST NEED A LITTLE MORE INFO TO GET YOU STARTED. OKAY?"

- PROPERTY ADDRESS
- DOB
- SS #
- EMAIL

★ - LASTLY ALL WE NEED TO DO IS SET UP A PAYMENT ARRANGEMENT THAT FITS YOUR SCHEDULE.
WHAT DATE DO YOU WANT US TO START?
HOW WOULD YOU LIKE TO SET THIS UP? YOU CAN DO AN AUTOMATIC DRAFT OUT OF YOUR CHECKING OR SAVINGS ACCT OR WE ALSO ACCEPT VISA - M/C - OR DISC.

**Opener Name**________________________________ **Date** _______________

# Opening Pitch

**(Client Name) This is (Your Name) from First Universal Lending. We are a direct lender partnered with Experian the credit bureau. You submitted an application for a home mortgage. Are you still looking to lower your payments?**

**(Client Name) This is (Your Name) from First Universal Lending. We are a direct lender partnered with Experian the credit bureau. We see that you have fallen behind on your(Lender Name) mortgage. Are you still looking to lower your payments?**

Name: ______________________________________________

Phone: ______________________________________________

How Much Do You Owe On The Home?____________________

What is the Value? ________________

Where did you get that Information? **(EX.- Recent Sales, Current Appraisal)**

________________________________________________________________

Who is your Lender? ____________________________________

What is your Rate?______________ (Fixed / Adjustable) ***Circle One***

What is your Payment? _____________ Does that include your taxes & Insurance? (Y/N)

Are you having a difficult time affording the payments?

Are you currently late on the mortgage? (Y/N) How many months? __________

Have you had some type of Financial Hardship?
**(EX.- Death in family, Loss of Job, Pay Cuts, Medical Conditions, ETC.)**

Quote: __________________

**NOTES:**

*Finley & Bologna International*

Date Submitted ______________ Lead Source __________________

Date to Charge ______________

Borrower ______________________________

Opener ____________________

Closer MATTHEW DOUGHERTY

Opener Fee $___________________

Closer Fee $___________________

Total Monthly Payment $___________ Total Contract Amount $___________

Number of Months _________

VISA MASTERCARD AMEX

Card # ____________________________

****Checking **** or *** Savings*** (circle)

Exp _________ Sec # _________ Billing Address

ACH: Bank Name ____________________ ___________________________

Rte Number ____________________ ___________________________

Account # ____________________ Phone ____________________

DOB ______________________________ Alt Phone ____________________

S.S.# ______________________________

Email: ______________________________

Type of Account: Mortgage Auto Credit Cards Medical Other
(circle)

Notes:

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT H

9/28 Call 7pm tom nig when he is home

Opener Name: Joseph Turner Date: 9/28/09

Closer Name: ______ Quote: $ 600.00

## Opening Pitch (Cold Call)

Is this (Client Name)? This is Larry with First Universal Lending. We are a direct lender partnered with Experian the credit bureau. We specialize in loan modifications. Are you still interested in lowering your mortgage payment?

Name: Giovannia / Dewayne Brooks

Phone: (919) 220-3339 (NC)

Are you having a difficult time affording your payments? (Y/N) 2/09

Are you currently late on your Mortgage (Y/N) How many months 8 months

Have you had some type of Financial Hardship? Chronic lung
(Example: Loss of Job, Pay Cuts, Medical Conditions, Divorce, Death in the Family, Etc.)

Who is your lender? GMAC

What is your Rate? 6.5% (Fixed / Adjustable)

What is your Payment? $843.— Does that include taxes & insurance? (Y/N)

How much do you owe on your home? $99K

What is the current value? $139K

What are you basing that information on? (EX.: recent appraisal, current sales, ETC.)

NOTES: Oct. 27th Sale date

Income: $2400.— NET 2 weeks

Rent: $639.— a month

1 yr

$1000

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT I

# FIRST UNIVERSAL LENDING

5100 PGA BLVD. 2nd Floor PALM BEACH GARDENS, FLORIDA 33418

## IMPORTANT INFORMATION

### FACSIMILE TRANSMITTAL SHEET

To:
Mrs. Cynthia Soliz

Date:
11/19/09

Company:

Fax Number:
702-567-6814

Total Pages Including Cover:
5

Phone Number:

Re:

Information that is needed.

**Arcelia Bellamy**
**First Universal Lending**
**Direct Line:** (561) 340-1212 Ext 262
**Direct Fax:** (561) 828-8026
**Email:** abellamy@firstuniversallending.com

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT J

Diana

**Miranda**

**From:** Diana Payne [dpayne@firstuniversalholdings.com]
**Sent:** Friday, September 04, 2009 10:54 AM
**To:** Miranda Johnston
**Subject:** AMMENDED- MY daily life

**9:00 AM- 9:15 AM Check voicemails & Emails (logging)**
**9:15 AM- 12:00 PM Communication Logs/ BBB Responses/ AG Responses (avg. of 2-4 every 3-4 days)**
**-Sometimes unannounced meetings with employees to review work product-**
**- If new hire starting, I am training & preparing them for files & shadowing, I have A LOT to cover-**
**12:00 PM- 12:30 PM** *Eat my pathetic diet lunch*
**12:30 PM- 2PM Contact all AG/BBB/ company client complaints to retract**
**- Sometimes client vents for more than 15-20 minutes-**
**2:00 PM-5 PM Working on my tasks (Manager Tasks) OR still on the phone for retractions**

**This schedule is incredibly variable on many factors which includes-**

1. **Following up with Trainees to make sure they are performing their job responsibilities correctly 2-4 employees**
2. **Answer questions for other employees including billing, helping with financials, legal questions- 20+ a day**
3. **Touching my files- 3 files (difficult clients)**
4. **Taking live irate calls- 10+**
5. **Random meetings with Miranda and/or employees ( almost everyday)**
6. **A lot of my time is consumed with the retractions ( speaking to them, follow up, negotiating, corresponding 15+ a day)**
7. **If I actually can get through all my tasks then I help Christina and Miranda with theirs ( 20-30+ a day)**
   **-Christina & Miranda have 40+ a day**
8. **Whatever Christina and I need to get done, we work together to complete tasks**

Retraction

*Diana Payne*

*First Universal Holdings*
*5100 PGA Blvd. 2nd Floor*
*Palm Beach Gardens, Fl. 33418*

*561.340.1212 ext 219 Office*
*561.228.0998: Fax*

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT K

**PAYCHEX®**

*Paychex / Palm Beach Core #38*
*Attn: Payroll Specialist*
*250 Australian Avenue South #300*
*West Palm Beach FL 33401*

*(561) 655-5542*
*www.paychex.com*

January 2009

Dear Client-

Enclosed are your company's W-2 statements for calendar year 2008. This package contains your employees' copies of Form W-2 and employer reference copies. **All of your 4th Quarter tax returns, 1099-MISC statements, other annual tax returns, and Paychex reports will be sent in a separate package.**

The employee W-2 forms print one employee per page. On the first page, there may be up to 5 forms:

- Employee W-2 Wage Summary - This summary details earnings information and should make the W-2 information easy to understand.
- Employee's reference copy
- Employee's federal filing copy
- Employee's state filing copy
- Employee's additional state or local filing copy (If applicable)

Most employees will only have one page of W-2 forms. An employee subject to tax in more than one state or local tax jurisdiction will receive multiple W-2s.

You may give the employee copies of Form W-2 to your employees at your convenience, but you must distribute them **no later than** January 31, 2009.

The employer reference copies may be used to verify all W-2 information prior to distribution to your employees, to use as a master for preparing reissued W-2s, and for any future reference needs you may have.

**If you have reported any 2008 payroll changes or adjustments after the cut-off date (Refer to your Fourth Quarter Newsletters for specific cut off dates), please contact your Payroll Specialist for instructions.**

Sincerely,

The Specialists at Paychex

000047731 A-007 0038-E825

**Form W-2 Wage and Tax Statement 2008** — **EMPLOYER REFERENCE COPY - DO NOT FILE**

09003

| Box | Content |
|---|---|
| a Control number | 0038-E825 000082-000100 |
| Void | |
| b Employer's identification number | [redacted] |
| d Employee's social security number | [redacted] |
| 13 | Statutory employee / Retirement plan / Third-party sick pay / Subtotal |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| c Employer's name, address, and ZIP code | FIRST UNIVERSAL LENDING LLC<br>FEINGOLD DAVID GEN MEMBER<br>3300 PGA BLVD STE 410<br>PALM BEACH GARDENS FL 33410 |
| e Employee's name, address, and ZIP code | TAMERA E ALEXANDER<br>[redacted] |
| | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| 1 Wages, tips, other compensation | 20833.40 |
| 2 Federal income tax withheld | 1125.00 |
| 3 Social security wages | 20833.40 |
| 4 Social security tax withheld | 1291.60 |
| 5 Medicare wages and tips | 20833.40 |
| 6 Medicare tax withheld | 302.00 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 15 State / Employer's state ID No. | |
| 16 State wages, tips, etc. | |
| 17 State income tax | |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

**Form W-2 Wage and Tax Statement 2008** — **EMPLOYER REFERENCE COPY - DO NOT FILE**

| Box | Content |
|---|---|
| a Control number | 0038-E825 000117-000100 |
| Void | |
| b Employer's identification number | [redacted] |
| d Employee's social security number | [redacted] |
| 13 | Statutory employee / Retirement plan / Third-party sick pay / Subtotal |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| c Employer's name, address, and ZIP code | FIRST UNIVERSAL LENDING LLC<br>FEINGOLD DAVID GEN MEMBER<br>3300 PGA BLVD STE 410<br>PALM BEACH GARDENS FL 33410 |
| e Employee's name, address, and ZIP code | CANDICE B ALLEN<br>[redacted] |
| | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| 1 Wages, tips, other compensation | 9114.65 |
| 2 Federal income tax withheld | 877.86 |
| 3 Social security wages | 9114.65 |
| 4 Social security tax withheld | 565.09 |
| 5 Medicare wages and tips | 9114.65 |
| 6 Medicare tax withheld | 132.13 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 15 State / Employer's state ID No. | |
| 16 State wages, tips, etc. | |
| 17 State income tax | |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

**Form W-2 Wage and Tax Statement 2008** — **EMPLOYER REFERENCE COPY - DO NOT FILE**

| Box | Content |
|---|---|
| a Control number | 0038-E825 000183-000100 |
| Void | |
| b Employer's identification number | [redacted] |
| d Employee's social security number | [redacted] |
| 13 | Statutory employee / Retirement plan / Third-party sick pay / Subtotal |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| c Employer's name, address, and ZIP code | FIRST UNIVERSAL LENDING LLC<br>FEINGOLD DAVID GEN MEMBER<br>3300 PGA BLVD STE 410<br>PALM BEACH GARDENS FL 33410 |
| e Employee's name, address, and ZIP code | MADIDA S ASFOUR<br>[redacted] |
| | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| 1 Wages, tips, other compensation | 954.91 |
| 2 Federal income tax withheld | 66.99 |
| 3 Social security wages | 954.91 |
| 4 Social security tax withheld | 59.20 |
| 5 Medicare wages and tips | 954.91 |
| 6 Medicare tax withheld | 13.85 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 15 State / Employer's state ID No. | |
| 16 State wages, tips, etc. | |
| 17 State income tax | |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

**Form W-2 Wage and Tax Statement 2008** — **EMPLOYER REFERENCE COPY - DO NOT FILE**

| Box | Content |
|---|---|
| a Control number | 0038-E825 000135-000100 |
| Void | |
| b Employer's identification number | [redacted] |
| d Employee's social security number | [redacted] |
| 13 | Statutory employee / Retirement plan / Third-party sick pay / Subtotal |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| c Employer's name, address, and ZIP code | FIRST UNIVERSAL LENDING LLC<br>FEINGOLD DAVID GEN MEMBER<br>3300 PGA BLVD STE 410<br>PALM BEACH GARDENS FL 33410 |
| e Employee's name, address, and ZIP code | APRIL ATKINSON<br>[redacted] |
| | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| 1 Wages, tips, other compensation | 1988.70 |
| 2 Federal income tax withheld | 110.82 |
| 3 Social security wages | 1988.70 |
| 4 Social security tax withheld | 123.29 |
| 5 Medicare wages and tips | 1988.70 |
| 6 Medicare tax withheld | 28.84 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 15 State / Employer's state ID No. | |
| 16 State wages, tips, etc. | |
| 17 State income tax | |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

00047732 A-007 0038-E825

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT L

## Gail Finch

**From:** Miranda [miranda@firstuniversalholdings.com]
**Sent:** Friday, October 23, 2009 3:24 PM
**To:** 'Gail Finch'
**Subject:** FW: Request to stop direct deposit

Miranda please stop my direct deposit asap until further notice. I have to close my acct. and reopen another one. I will let you know when I am ready to start back up. Thanks.

*Christel Reed*

*Staff Member*

*Stratton & Feinstein, P.A.*

*5100 PGA Blvd 2nd Fl.*

*Palm Beach Gardens, Fl. 33418*

*561.932.0030 ext 290: Office*

*561.892.2774: Fax*

**MICHAEL LIGGINS' SUPPLEMENTAL DECLARATION**

# ATTACHMENT M

FIRST UNIVERSAL HOLDINGS

# ASSIGNMENT OF ACCOUNT

This document made this 31st day of July, 2009 by First Universal Lending, LLC, a Florida limited liability company (hereinafter "FUL") and made in favor of First Universal Holdings, LLC, (hereinafter "FUH") a Florida limited liability company to hereby confirm the following:

1. That FUL hereby forever assigns and transfers all of its rights, title and interest in that certain bank account held at RBC bank under bank account number 7100021759 to FUH; and

2. FUH is hereby authorized entitled and empowered to notify RBC Bank of this transfer and to cause the title of said bank account to be set forth in the name of FUH with all further rights of ownership and claims to the account for the benefit of FUH; and

3. By executing this document herein below, the signers represent that they have full authority to execute the same and that each legal entity has held a meeting of its officers and directors, as well as members with a full quorum present and with full legal authority to endorse and ratify the matters set forth herein; and

4. The corporate parties to this document hereby agree to indemnify and hold the other harmless to the extent permitted by Florida law; and

5. A photocopy or facsimile copy of this document shall constitute the same validity as an original.

David Zausner, on behalf of
First Universal Lending, LLC

Sean Zausner, on behalf of
First Universal Lending, LLC

David Zausner, on behalf of
First Universal Holdings, LLC

Sean Zausner, on behalf of
First Universal Holdings, LLC

# First Universal Holdings, LLC

# EIN 27-0435663

5100 P.G.A. Boulevard, Second Floor
Palm Beach Gardens, FL 33418
Phone: 561-630-6727 Fax: 561-630-8936

**FEINGOLD & KAM**
***Attorneys at Law***

# Fax

| | |
|---|---|
| **To:** Gina/RBC Bank | **From:** Tricia for David Feingold, Esq. |
| **Fax:** 514-5685 | **Pages:** 4 |
| **Phone:** | **Date:** August 5, 2009 |
| **Re:** First Universal Lending, LLC | **CC:** |

☐ **Urgent** X **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments**

*Please see the attached. Call me with any questions.*

The information contained in this cover sheet and all documents attached hereto are intended only for the recipient as privileged. Any other person who receives these documents is advised to notify Feingold & Kam immediately and to refrain from any dissemination.