UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  09-82322-CIV-ZLOCH

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

FIRST UNIVERSAL LENDING, LLC, a
limited liability company,

SEAN ZAUSNER, individually and as owner,
officer, or manager of FIRST UNIVERSAL
LENDING, LLC,

DAVID ZAUSNER, individually and as owner,
officer, or manager of FIRST UNIVERSAL
LENDING, LLC,

DAVID J. FEINGOLD, individually and officer,
or manager of FIRST UNIVERSAL
LENDING, LLC,

    Defendants.
_____/

## MOTION TO EXTEND THE TIME TO REPLY TO
## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1) and S.D. Fla. L.R. 7.1, Defendants, FIRST UNIVERSAL LENDING, LLC, SEAN ZAUSNER , DAVID ZAUSNER , and DAVID J. FEINGOLD (collectively, "Defendants"), hereby submit this Motion to Extend Time to Reply to Plaintiff, FEDERAL TRADE COMMISSION'S, Opposition to Defendants' Motion to Dismiss, and state as follows:

1. Plaintiff filed its Opposition to Defendants' Motion to Dismiss [D.E. 57] on December 24, 2009. Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss is due January 4, 2010.

2. Defendants' undersigned law firm is closed from December 25, 2009 to January 4, 2010, due to the holidays.

3. Defendants feel that the additional time is necessary to fully apprise themselves of the issues and reply to Plaintiff's Opposition to Defendants' Motion to Dismiss.

4. Rule 6(b), Fed.R.Civ.P. allows the court discretion to enlarge time periods and Local Rule 7.1, S. D. Fla. L. R. provides for such an extension for good cause.

5. In compliance with Southern District of Florida Local Rule 7.1A.3(a), the undersigned has attempted to contact the Plaintiff's Counsel.

6. This motion is made in good faith and not for the purposes of delay and will not prejudice any party.

WHEREFORE, Defendants respectfully request:

The enlargement of the time for Defendants' service of their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss to January 11, 2010.

Respectfully submitted,

_s/David J. Feingold___
David J. Feingold, Esquire
Florida Bar No. 0892823
Feingold & Kam
5100 PGA Boulevard
Second Floor
Palm Beach Gardens, FL 33418
Phone: (561) 630-6727
Fax: (561) 630-8936
Email: david@fkfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 24th day of December 2009. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic filing electronically. Defendants' counsel has made a reasonable effort to contact Plaintiff's counsel via telephone on December 24, 2009, but was unable to reach Plaintiff's counsel.

                                             s/ David J. Feingold
                                             David J. Feingold

## SERVICE LIST

GIDEON E. SINASOHN
HAROLD E. KIRTZ
Attorneys for Plaintiff
Federal Trade Commission
225 Peachtree Street, Suite 1500
Atlanta, Georgia 30303
(404)656-1366 (Sinasohn)
(404) 656-1357 (Kirtz)
(404) 656-1379 (Fax)
gsinasohn@ftc.gov
hkirtz@ftc.gov

JANE W. MOSCOWITZ
MOSCOWITZ, & MOSCOWITZ, P.A.
Mellon Financial Center
1111 Brickell Avenue
Suite 2050
Miami, Florida 33131
Telephone: 305-379-8300
Facsimile: 305-379-4404
Email: jmoscowitz@mmmpa.com