# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 09-82322-CIV-ZLOCH/ROSENBAUM

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.

FUL, LLC, a
Limited Liability Company,

SEAN ZAUSNER, individually and as
Owner, officer or manager of First
Universal Lending, LLC,

DAVID ZAUSNER, individually and as
Owner, officer or manager of First
Universal Lending, LLC,

DAVID J. FEINGOLD, individually and as
Officer or manager of First Universal
Lending, LLC

     Defendants.

_____/



<u>**NOTICE OF APPEAL**</u>



Notice is hereby given that FIRST UNIVERSAL LENDING, LLC, SEAN ZAUSNER,

DAVID ZAUSNER and DAVID J. FEINGOLD, Defendants in the above named case, hereby

appeal to the United States Court of Appeals for the Eleventh Circuit from the U.S. District

Court for the Southern District of Florida's Order granting Plaintiff's, FEDERAL TRADE

COMMISSION, Motion for a Preliminary Injunction (D.E. 53) entered in this action on the 18th

day of December, 2009.

David J. Feingold, Esquire
FBN: 0892823
Feingold & Kam
5100 PGA Boulevard
Second Floor
Palm Beach Gardens, FL 33418
Phone: (561) 630-6727
Fax: (561) 630-8936
Email: david@fkfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the Court and that the same has been served upon Harold E. Kirtz, Esquire (hkirtz@ftc.gov) and Gideon Sinasohn, Esquire (gsinasohn@ftc.gov) , Federal Trade Commission, 225 Peachtree Street, Suite 1500, Atlanta, GA 30303 and Jane W. Moscowitz (jmoscowitz@mmmpa.com) , Moscowitz & Moscowitz, P.A., Mellon Financial Center, 1111 Brickell Avenue, Suite 2050, Miami, FL  33131 via email on this 23rd day of December, 2009.

David J. Feingold, Esquire
FBN: 0892823
Feingold & Kam
5100 PGA Boulevard
Second Floor
Palm Beach Gardens, FL 33418
Phone: (561) 630-6727
Fax: (561) 630-8936
Email: david@fkfirm.com