UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FEDERAL TRADE COMMISSION, )
) CASE NUMBER
PLAINTIFF, ) 09-82322-CIV-ZLOCH
)
VS. )
)
FIRST UNIVERSAL LENDING, LLC, )
SEAN ZAUSNER, DAVID ZAUSNER, ) VOLUME
AND DAVID J. FEINGOLD, )
)
DEFENDANTS. )
_____________________________)

TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON MONDAY, DECEMBER 7, 2009, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE PLAINTIFF: GIDEON E. SINASOHN, AND HAROLD E. KIRTZ, ESQS.

FOR THE DEFENDANTS: DAVID J. FEINGOLD, ESQ.

FOR THE RECEIVER: TAMA B. KUDMAN, AND MICHELLE R. BERG, ESQS.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

TABLE OF CONTENTS

OPENING STATEMENT BY MR. SINASOHN - PAGE 4
OPENING STATEMENT BY MR. FEINGOLD - PAGE 7

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| JAMES CHARLES LACOURSE ....... | 19 | 27 | | |
| ABEL GARCIA .................. | 31 | 38 | | |
| JANE W. MOSCOWITZ ............ | 41 | | | |
| JOHNNY LEWIS BRYANT, JR. ........ | 86 | 94 | | |
| PATRICIA ANN CHRISTOPHER ............... | 100 | 115 | 123 | 123 |
| JANE W. MOSCOWITZ .................... | | 124 | 162 | 170 |
| DONALD LEE GRIFFIE .......... | 173 | 184 | 203 | 208 |
| MICHAEL STEPHEN LIGGINS ..... | 212 | | | |

INDEX TO EXHIBITS

| EXHIBITS | MARKED FOR IDENTIFICATION | | RECEIVED IN EVIDENCE | |
|---|---|---|---|---|
| DESCRIPTION | PAGE | LINE | PAGE | LINE |
| PLAINTIFF EXHIBITS 20, 21 AND 22 ............... | | | 61 | 8 |
| PLAINTIFF EXHIBIT 23 ........................... | | | 63 | 2 |
| PLAINTIFF EXHIBIT 24 ........................... | | | 66 | 25 |
| PLAINTIFF EXHIBIT 25 ........................... | | | 68 | 9 |
| PLAINTIFF EXHIBIT 26 ........................... | | | 70 | 15 |
| PLAINTIFF EXHIBIT 27 ........................... | | | 74 | 17 |
| PLAINTIFF EXHIBITS 27, 28 AND 29 ............... | | | 78 | 2 |

| | | |
|---|---|---|
| PLAINTIFF EXHIBIT 19 | 228 | 7 |
| PLAINTIFF EXHIBIT 30 | 80 | 12 |
| PLAINTIFF EXHIBIT 31 | 82 | 3 |
| PLAINTIFF EXHIBIT 32 | 82 | 21 |
| PLAINTIFF EXHIBIT 33 | 105 | 24 |
| PLAINTIFF EXHIBIT 35 | 207 | 3 |
| PLAINTIFF EXHIBIT 36 | 208 | 9 |
| PLAINTIFF EXHIBIT 37 | 228 | 22 |

(FORT LAUDERDALE, BROWARD COUNTY, FLORIDA; MONDAY, DECEMBER 7, 2009, IN OPEN COURT.)

THE COURT: GOOD MORNING. PLEASE BE SEATED.

CALLING CASE NUMBER 09-82322-CIVIL.

COUNSEL, WOULD YOU NOTE YOUR APPEARANCES.

MR. SINASOHN: YOUR HONOR, GIDEON SINASOHN FOR THE FEDERAL TRADE COMMISSION.

MR. KIRTZ: HAROLD KIRTZ FOR THE FEDERAL TRADE COMMISSION.

THE COURT: GOOD MORNING.

MR. FEINGOLD: DAVID FEINGOLD WITH THE LAW FIRM OF FEINGOLD & KAM ON BEHALF OF MYSELF PERSONALLY, AS WELL AS ON BEHALF OF DEFENDANTS SEAN ZAUSNER, DAVID ZAUSNER AND FIRST UNIVERSAL.

THE COURT: GOOD MORNING.

MR. FEINGOLD: GOOD MORNING, YOUR HONOR.

MS. KUDMAN: GOOD MORNING, YOUR HONOR. TAMA KUDMAN ON BEHALF OF THE TEMPORARY RECEIVER, AND MICHELLE BERG WHO WILL BE ASSISTING IN THIS PROCEEDING.

THE COURT: GOOD MORNING.

ANY MATTERS TO TAKE UP BEFORE I HAVE BRIEF OPENING STATEMENTS?

MR. SINASOHN: YES, YOUR HONOR.

THE PLAINTIFF MOVES TO EXCLUDE THE WITNESSES IN THE COURTROOM EXCEPT WITH THE EXCEPTION OF THE COURT

APPOINTED RECEIVER, ANY OF THE DEFENDANTS, CORPORATE OFFICERS, AND THE FTC INVESTIGATOR.

THE COURT: ALL RIGHT. THE RULE IS INVOKED. ALL POTENTIAL WITNESSES MUST REMAIN OUTSIDE THE COURTROOM AND DO NOT DISCUSS THIS MATTER AMONGST YOURSELVES OR ANYTHING REGARDING THE MERITS OR THE FACTS OF THIS CASE. SO ALL POTENTIAL WITNESSES MUST REMAIN OUTSIDE.

ANYTHING ELSE?

MR. SINASOHN: YOUR HONOR, DOES THAT INCLUDE THE FTC INVESTIGATOR AS WELL AS THE COURT APPOINTED RECEIVER?

THE COURT: NO.

MR. SINASOHN: THANK YOU, YOUR HONOR.

THE COURT: THEY ARE EXEMPT.

MR. SINASOHN: THANK YOU, YOUR HONOR.

THE COURT: ANYTHING FROM THE DEFENSE?

MR. FEINGOLD: NO, SIR.

THE COURT: ALL RIGHT. BRIEF OPENINGS.

LET ME HEAR FROM THE FTC AND THEN FROM THE DEFENSE.

MR. SINASOHN: GOOD MORNING, YOUR HONOR.

THE COURT: GOOD MORNING.

MR. SINASOHN: MY NAME IS GIDEON SINASOHN, I REPRESENT FEDERAL TRADE COMMISSION IN BRINGING THIS CASE OF CONSUMER DECEPTION. THE FTC IS REQUESTING A PRELIMINARY INJUNCTION WITH CONTINUED ASSET FREEZE AND A CONTINUED

APPOINTMENT OF A RECEIVER IN ORDER TO STOP THE DECEPTION FROM CONTINUING, AND TO FREEZE IN PLACE THE ASSETS AND THE DOCUMENTS OF THE DEFENDANTS IN ORDER TO PRESERVE ANY REMEDY THAT THE COURT MAY EVENTUALLY ENTER.

THE EVIDENCE THAT WE'VE ALREADY PRESENTED, AND THAT WILL BE PRESENTED WITH THE TESTIMONY TODAY, WILL SHOW THAT THE DEFENDANTS, DAVID FEINGOLD, SEAN ZAUSNER AND DAVID ZAUSNER SYSTEMICALLY SCAMMED AND BILKED THOUSANDS OF CONSUMERS ACROSS THE UNITED STATES IN A MORTGAGE LOAN MODIFICATION AND FORECLOSURE RESCUE SCAM IN WHICH THEY PROMISED TO OBTAIN FOR CONSUMER SUBSTANTIALLY MORE AFFORDABLE MORTGAGE LOANS IN ALL -- IN VIRTUALLY ALL INSTANCES.

IN ITS INITIAL CONTACT WITH CONSUMERS FIRST UNIVERSE TELLS CLIENTS THAT IT CAN MODIFY THEIR MORTGAGE LOANS TO MAKE THEM SUBSTANTIALLY MORE AFFORDABLE, AND THAT IT IS SUCCESSFUL IN DOING THIS IN ALL OR VIRTUALLY ALL INSTANCES. CONSUMERS ARE TOLD THAT THEY MUST PAY FIRST UNIVERSAL IN ADVANCE FEES. SOMETIMES FIRST UNIVERSAL TAKES AS MUCH AS SEVERAL THOUSAND DOLLARS OR MORE FROM CONSUMERS.

TO EFFECT THEIR DECEPTION FIRST UNIVERSAL TELLS CONSUMERS NOT TO CONTACT THEIR MORTGAGE LENDERS DURING THE RENEGOTIATION PROCESS. FIRST UNIVERSAL ALSO SUGGESTS THAT CONSUMERS SHOULD NOT PAY THEIR MORTGAGE LENDERS DURING THE RENEGOTIATION PROCESS AS THIS WILL INCREASE THE LIKELIHOOD

THAT FIRST UNIVERSAL WILL OBTAIN FOR CONSUMERS A MODIFIED LOAN WITH SUBSTANTIALLY MORE AFFORDABLE PAYMENTS.

FIRST UNIVERSAL DOES NOT OBTAIN MODIFIED MORTGAGE LOANS FOR CONSUMERS THAT MAKES THEIR LOANS SUBSTANTIALLY MORE AFFORDABLE IN ALL OR VIRTUALLY ALL INSTANCES. THESE MISREPRESENTATIONS ARE VIOLATIONS OF SECTION FIVE OF THE FTC ACT, ARE BASIC JURISDICTIONAL ACTS WHICH PROHIBITS DECEPTIVE PRACTICES AND IS A VIOLATION OF THE TELEMARKETING SALES RULE.

WE ARE PRESENTING TO YOUR HONOR A REQUEST FOR A PRELIMINARY INJUNCTION ORDER AGAINST THE DEFENDANTS TO PREVENT THEM FROM ENGAGING IN THE TYPE OF MISREPRESENTATIONS THAT ARE ENDEMIC TO THEIR OPERATION. WE BELIEVE THAT DEFENDANTS CANNOT SUCCEED IN THEIR BUSINESS UNLESS THEY MAKE MISREPRESENTATIONS TO CONSUMERS.

WE ARE ALSO REQUESTING AS PART OF THE PRELIMINARY INJUNCTION ORDER AN ASSET FREEZE AND THE CONTINUED APPOINTMENT OF A PERMANENT RECEIVER FOR THE BUSINESS. AGAIN, THESE MEASURES ARE TO PREVENT DEFENDANTS FROM HIDING THEIR ASSETS, TO PREVENT THE DESTRUCTION OF DOCUMENTS, AND TO PREVENT THE CONTINUATION OF THE CONSUMER DECEPTION.

CONSUMER INJURY IS AT LEAST 14 MILLION DOLLARS. WE HAVE FILED 18 DECLARATIONS INCLUDING 16 FROM CONSUMERS WHICH VERIFY OUR CONCERNS. BASED ON THE EVIDENCE ALREADY SUBMITTED, IN ADDITION TO THE EVIDENCE AND TESTIMONY THAT

WILL BE PRESENTED TODAY THE FTC WILL HAVE DEMONSTRATED A LIKELIHOOD OF SUCCESS ON THE MERITS.

THE BALANCE OF EQUITIES ALSO FAVORS ISSUING THE PRELIMINARY INJUNCTION. THE PUBLIC INTEREST IN HALTING THE DEFENDANTS' DECEPTIVE PRACTICES FAR OUTWEIGHS ANY INTERESTS THE DEFENDANTS HAVE IN CONTINUING TO MARKET THEIR DECEPTIVE BUSINESS. IN WEIGHING THESE INTEREST THE PUBLIC INTEREST SHOULD RECEIVE THE GREATER WEIGHT.

YOUR HONOR, BECAUSE OF LOGISTICAL CONCERNS TODAY AND WITNESS SCHEDULES WE WOULD ALSO ASK THE COURT TO ALLOW THE WITNESS TESTIMONY AFTER THESE BRIEF OPENING REMARKS. IF THE COURT WISHES TO HEAR FURTHER FROM THE ATTORNEYS LATER WE WILL BE AVAILABLE TO DO THAT, BUT WE WOULD LIKE TO MAKE -- MAKE IT CONVENIENT FOR THE WITNESSES WHO HAVE FLIGHTS AND PLANS TO LEAVE OUT OF HERE.

THE COURT: THAT IS FINE.

MR. SINASOHN: THANK YOU, YOUR HONOR.

THE COURT: ALL RIGHT. THANK YOU.

THE COURT: LET ME HEAR FROM DEFENSE.

MR. FEINGOLD: YES, JUDGE.

JUDGE, THIS CASE IS ABOUT THREE COMPANIES, FIRST UNIVERSAL LENDING, FIRST UNIVERSAL HOLDINGS, AND FEINGOLD & KAM A LAW FIRM.

JUST AS I HAVE THREE SEPARATE LEGAL PADS IN MY HAND THERE ARE THREE SEPARATE CORPORATIONS. AND WHAT THIS

COURT IS GOING TO FIND FROM THIS CASE IS THAT THE FTC ANNOUNCED TO THE PUBLIC IN A HIGHLY POLITICIZED FASHION THAT THEY UNDERTOOK AN OPERATION CALLED "SAVE HOPE," WHERE THEY DECIDED TO TAKE ACTION AGAINST 118 FIRMS THAT DO MORTGAGE MODIFICATIONS. ONE OF THOSE FIRMS BEING FIRST UNIVERSAL LENDING.

WHEN THE FTC DECIDED TO TAKE THAT ACTION AGAINST FIRST UNIVERSAL LENDER, WHAT THE FTC DID NOT DO WAS DUE DILIGENCE, BECAUSE THE FTC WAS NOTIFIED BY THE STATE OF FLORIDA THAT FIRST UNIVERSAL LENDING HAD PRODUCED TO THE STATE OF FLORIDA 36 BANK BOXES CONTAINING 55,000 PAGES OF DOCUMENTS SHOWING, NUMBER ONE, FIRST UNIVERSAL HAS DEALT WITH SINCE IT'S INCEPTION 500,000 CONSUMERS AND HAS COMPLAINTS FROM LESS THAN ONE TENTH OF ONE PERCENT OF ITS CLIENTS.

NUMBER TWO, FIRST UNIVERSAL LENDING HAS REFUNDED IN THE LAST YEAR AND A HALF 1.8 MILLION DOLLARS TO CONSUMERS.

NUMBER THREE, FIRST UNIVERSAL LENDING WAS A LICENSED LENDER, AND AS THE MORTGAGE MELTDOWN HAPPENED AND LENDING LAWS CHANGED IN ALL 50 STATES, THE 50 STATES REQUIRED LENDERS TO ACTUALLY HAVE PHYSICAL OFFICES IN EACH STATE. THAT BECAME TOO COST PROHIBITIVE FOR FIRST UNIVERSAL LENDING AND THEY DECIDED TO CLOSE DOWN. THEY RETURNED THEIR LICENSE TO THE STATE OF FLORIDA.

FIRST UNIVERSAL LENDING, THIS COMPANY THAT THEY HAVE SUED, THIS COMPANY THAT THEY HAVE CLAIMED HAS UNFAIR DECEPTIVE PRACTICES, IT'S IMPOSSIBLE THAT THEY HAVE UNFAIR AND DECEPTIVE PRACTICES BECAUSE THEY CLOSED. THEY ARE DONE. THEY ARE FINISHED. SO ANY CONCERN HE HAS ABOUT MISREPRESENTATIONS TO CONSUMERS IS IMPOSSIBLE BECAUSE THE SALES HAVE CLOSED.

THE ONLY CONCERNS WE HAVE ABOUT MISREPRESENTATIONS ARE THE FTC'S INTENTIONAL OMISSIONS TO THIS COURT ABOUT WHAT WAS PRODUCED TO THE STATE OF FLORIDA AND GIVEN TO THE FTC, WHICH SPECIFICALLY ADVISED THEM, "ALTHOUGH THERE HAS NOT BEEN ANY THREATS OR INDICATION OF COURT LITIGATION YOU ARE HEREBY ADVISED OR REQUESTED TO FILE A COPY OF THIS LETTER AND ALL THE BINDER EXHIBITS ATTACHED WITH ANY COURT IN WHICH YOU WOULD TAKE LEGAL ACTION SO THAT A JUDGE COULD BE FULLY ADVISED OF ALL THE DISCLOSURES AND THE EXTENT OF THE DISCLOSURES MADE TO YOU."

THE COURT: JUST SLOW DOWN A LITTLE BIT.

MR. FEINGOLD: YES, SIR.

SO THE BOTTOM LINE IS THAT ON NOVEMBER 19TH, PERSONALLY THE WORST DAY OF MY LIFE, WHEN MR. SINASOHN WALKED INTO THE OFFICES OF FEINGOLD & KIM LAW FIRM AND FIRST UNIVERSAL HOLDING, A SEPARATE COMPANY, WITH FOUR ARMED POLICE OFFICERS AND HAVE EVERYONE STOP AND GET DOWN ON THE GROUND, "DON'T MOVE. GET YOUR HANDS OFF THE COMPUTERS,"

WHEN THAT HAPPENED HERE IS WHAT TRANSPIRED NEXT.

WHAT TRANSPIRED NEXT WAS, WAS THAT I WAS OUT OF THE OFFICE, WHICH THE TESTIMONY BE PROVIDED TO YOU, AT CLIENTS IN FORT LAUDERDALE. BY THE TIME I GOT BACK TO THE OFFICE MR. SINASOHN ADVISED ME HE WANTED TO INTERVIEW ME, AND I ADVISED HIM THAT I WANTED TO SEE THE PAPERS.

AND WHEN HE GAVE ME THE STACK OF PAPERS, WHICH HE HAS GIVEN YOU, THE 16 AFFIDAVITS, ONE AFTER FROM AN INVESTIGATOR OF HIS AND 15 COMPLAINTS FROM FIRST UNIVERSAL LENDING CLIENTS, THE COMPANY THAT IS CLOSED, I TOLD HIM, "I DON'T WANT TO TALK TO YOU UNTIL I GO INTO MY CONFERENCE ROOM AND READ THIS STACK."

HE WAITED FOR ME FOR AN HOUR AND A HALF. I CAME BACK AND I LOOKED AT HIM AND I SAID, "YOU ARE IN A LOT OF TROUBLE," AND YOU WILL FIND FROM THE TESTIMONY HIS RESPONSE TO ME WAS, "WHY?" AND I SAID, "FIRST UNIVERSAL LENDING, THE COMPANY THAT YOU GOT THE COURT ORDER ON, FIRST OF ALL, IS CLOSED; SECONDLY, ARE YOU AWARE THAT THE STATE OF FLORIDA WAS PRODUCED DOCUMENTS NEARLY EIGHT MONTHS AGO? THEY REVIEWED THOSE DOCUMENTS SHOWING ONE TENTH OF ONE PERCENT OF COMPLAINTS. THEY REVIEWED THOSE DOCUMENTS SHOWING 500,000 CONSUMERS. THEY REVIEWED THOSE DOCUMENTS SHOWING THE FIRM HAD DAILY COMPLIANCE LOGS, ONE OF THE MOST EXPENSIVE COMPUTER SYSTEMS KNOWN TO MAN FOR THIS INDUSTRY," WHICH WE WILL GO THROUGH, AND HIS RESPONSE, "I WAS AWARE OF IT.

"DID YOU SEE THE LETTER THAT WAS ALSO ATTACHED.

"I WAS AWARE OF IT.

"DID YOU PRODUCE IT TO JUDGE ZLOCH?

"I DON'T HAVE TO.

"WHY DON'T YOU HAVE TO?

"BECAUSE I WORK FOR THE GOVERNMENT AND SO DOES HE. GET IT?"

I WAS OUTRAGED. I TOLD HIM TO GO GET THE RECEIVER AND THE RECEIVER'S LAWYERS. THEY SAT DOWN AND INTERVIEWED ME. AND, QUITE FRANKLY, MISS MOSCOWITZ WILL TELL YOU I WAS PRETTY UNHAPPY ABOUT WHAT WAS GOING ON, AND SHE GOT RATHER UPSET WITH ME BECAUSE I KEPT SAYING, "I'M OUTRAGED."

SHE DIDN'T UNDERSTAND WHY I WAS OUTRAGED. I WAS OUTRAGED BECAUSE OF MY EXCHANGE WITH THIS MAN WAS COMPLETELY RIDICULOUS TO ME. I AM A LAWYER, JUDGE.

THE FTC WALKED INTO MY LAW FIRM, FEINGOLD & KAM, TOOK THE FILES OF MY CLIENTS, FILES WHO HAVE NOW FIRED ME BECAUSE THEY ARE CONCERNED THAT FEDERAL GOVERNMENT IS RIFFLING THROUGH THEIR FILES. AND ON TOP OF THAT, WHICH YOU WILL FIND OUT FROM TESTIMONY, TAMA KUDMAN, WHO IS THE LAWYER FOR THE RECEIVER, CONTACTED MR. SINASOHN AND SAID, "THERE IS CONSTITUTIONAL ISSUES HERE. RETURN THE GUY'S LAW FIRM FILES." AND HE SAID, "NO, I WON'T DO IT."

I ASKED HIM FOR A PRIVILEGE LOG. HE SAID NO. THERE WERE ARGUMENTS, THERE WERE FIGHTS ABOUT IT. IT'S AN

OUTRAGE, JUDGE. IT'S AN OUTRAGE. BECAUSE BESIDE THE FACTS, WHICH YOU ARE GOING TO HEAR, WHAT YOU ARE GOING TO HEAR, YOU HAVE ALL THESE PEOPLE HERE AND THEY HAVE SHOWN UP BECAUSE WHERE DO THEY WORK? FIRST UNIVERSAL HOLDINGS. ALL OF THESE PEOPLE WHO HAVEN'T BEEN PAID. ALL OF THESE HARD WORKING PEOPLE WHO HAVE COME HERE FOR FREE TO SUPPORT ME, WHO DOESN'T HAVE A PENNY TO SUPPORT THESE GUYS, WHO DON'T HAVE A PENNY BECAUSE THE GOVERNMENT WALKED INTO THE WRONG OFFICES.

THE COURT: THE MICROPHONES ARE WORKING.

MR. FEINGOLD: YES, SIR.

THE COURT: YOU DO NOT NEED TO HOLLER.

MR. FEINGOLD: JUDGE, THE BOTTOM LINE IS, IS BESIDES ALL THE FACTUAL INFORMATION THAT'S GOING ON HERE, THE OMISSIONS THAT'S GOING ON HERE, THE VIOLATIONS OF RIGHTS, WE HAVE A LAW IT COMES DOWN TO. WE HAVE TO FOLLOW THE LAW. AND THE LAW SAYS VERY SIMPLY HERE, "YOU HAVE TO LOOK IF THEY HAVE A SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS."

YOU ARE GOING TO FIND OUT THAT, NUMBER ONE, EVEN THOUGH FIRST UNIVERSAL LENDING IS COMPLETELY CLOSED, I AM GOING TO, WHEN THEY PUT THEIR WITNESSES UP AND THEY START TESTIFYING ABOUT WHAT THEY CLAIM FIRST UNIVERSAL LENDING DID TO THEM, I AM GOING TO SHOW YOU THAT EACH OF THEIR COMPLAINTS ISN'T EVEN ABOUT FIRST UNIVERSAL LENDING.

THEY ARE ABOUT INDEPENDENTLY OWNED BRANCH OFFICES THAT HAVE NO OWNERSHIP BY MYSELF, BY MR. ZAUSNER, OR MR. ZAUSNER. MR. SINASOHN DIDN'T EVEN TAKE THE EFFORT TO FIGURE THAT ONE OUT. SO HE'S GOING TO BRING UP EVERY SINGLE COMPLAINT, AND I'M GOING TO STRIP AWAY THAT THEY HAVE COMPLAINTS.

BUT WHAT HE IS GOING TO FIND OUT IF HE DID HIS WORK IS THAT THEIR COMPLAINTS ARE AGAINST THE ORLANDO OFFICE, THE CORAL SPRINGS OFFICE, THE POMPANO BEACH OFFICE. IT'S AMAZING. I AM IN HERE FIGHTING FOR A COMPANY THAT'S CLOSED DOWN WITH COMPLAINTS AGAINST BRANCH OFFICES THAT ARE INDEPENDENTLY OWNED.

SECONDLY, YOU HAVE TO DO A BALANCE OF THE EQUITIES. THAT'S WHAT THE ELEVENTH CIRCUIT TELLS US, A BALANCE OF THE EQUITIES TO DETERMINE IF IT'S EQUITABLE AND REASONABLE AS TO ENJOIN THIS COMPANY, FIRST UNIVERSAL HOLDINGS.

WHAT YOU'RE GOING TO FIND OUT FROM THE BALANCE OF THE EQUITIES IS THAT FIRST UNIVERSAL HOLDINGS IS A COMPANY THAT IS SO SIGNIFICANTLY DIFFERENT THAN LENDING. THE PRODUCTS IT SALES ARE DIFFERENT. THE WAY IT HANDLES CUSTOMERS ARE DIFFERENT. THE CONTRACTS ARE DIFFERENT. THE WAYS IT BILLS ARE DIFFERENT. I'M GOING TO GO DOWN A LIST WITH YOU, JUDGE, 60 OR 80 ITEMS, I LOST COUNT, OF THE DIFFERENCES.

THE OFFICE WAS EVEN ARRANGED DIFFERENTLY. EVERYTHING WAS DIFFERENT. YOU'RE GOING TO FIND OUT IN THE END THAT THIS MAN NEVER SAT DOWN, NEVER TOOK AN INTERVIEW, NEVER TOOK A DEPOSITION, IMAGINE THAT. WE STIPULATE TO AN EXTENSION. THEY NEVER TOOK A DEPOSITION. FOUND THE TIME TO CUT OFF THE HEALTH CARE OF MY DISABLED CHILD, BUT NEVER TOOK THE TIME TO TAKE A DEPOSITION AND SIT DOWN AND TALK.

WHAT WE ARE GOING TO FIND OUT ABOUT THE BALANCE OF EQUITIES IS THAT FIRST UNIVERSAL HOLDINGS IS A LAWFUL OUTSOURCING COMPANY. I'M GOING TO TAKE YOU THROUGH THE LAW. THERE ARE FEDERAL OPINIONS. THERE ARE STATE OPINIONS. THE LAW IS REPLETE.

WHEN I TRIED TO SPEAK TO MR. SINASOHN AND ASK HIM, "HAVE YOU LOOKED AT THE LAW? DO YOU REALIZE THESE ARE SEPARATE COMPANIES? DO YOU REALIZE THAT THE COMPLAINTS ARE AGAINST BRANCHES?" HE, THE SAME MAN WHO WON'T GIVE ME A PRIVILEGE LAW FOR LAW FILES, THE SAME MAN WHO DECIDED BECAUSE HE IS ON, ACCORDING TO HIM, THE SAME TEAM AS YOU, HE DOESN'T HAVE TO GIVE ME THE LETTER, THE DISCLOSURES THAT STATE, YOU WILL FIND OUT THAT HE WAS NOT INTERESTED AT ALL.

IN FACT, JUDGE, ONE OF THE MOST OFFENSIVE FACTS THAT WAS LEARNED BY ME WAS THAT THE RECEIVER, JANE MOSCOWITZ, WHO IS A VERY BUSY CRIMINAL DEFENSE LAWYER, DECIDED TO DO THE RIGHT THING AND HIRE MICHELLE BERG WHO IS A MONITOR TO BE THERE EVERY DAY. MISS BERG IS THE ONLY ONE

WHO HAS BEEN THERE CONSISTENTLY.

YOU WILL FIND OUT THAT MISS BERG, THE RECEIVER'S REPRESENTATIVE, TOLD MR. SINASOHN, "I HAVE NO COMPLAINTS ABOUT FIRST UNIVERSAL HOLDINGS AND WHAT THESE PEOPLE DO. NONE. THEY PROVIDE A VALUABLE SERVICE. I HAVE NO PROBLEM WITH ANY OF THESE GALS BACK HERE WHO KILL THEMSELVES FOR CLIENTS."

AND WHAT YOU WILL FIND IS THAT MR. SINASOHN SAID TO HER, "THEN YOU ARE NOT GOING TO BE A WITNESS." IS THAT WHAT THIS COURTROOM IS, A PLACE OF DECEPTION TO HIDE THE TRUTH? THAT'S WHAT WE ARE GOING TO FIND HAS GONE ON HERE. DESTROYING HOUR LIVES? I WILL GET OVER IT. DESTROYING THEIR LIVES? IT'S REPREHENSIBLE. THEY HAVEN'T BEEN PAID NOT A SINGLE CENT. THE RENT HASN'T BEEN PAID DUE TO THE OBJECTION OF HIM THE. INSURANCES HAVEN'T BEEN PAID DUE TO THE OBJECTION OF HIM. THEIR SALARIES, THEIR PAYROLLS HAVEN'T BEEN PAID DUE TO THE OBJECTION OF HIM.

THE COURT: ALL RIGHT, I NEED YOU TO BEGIN TO WRAP UP YOUR OPENING STATEMENT.

MR. FEINGOLD: THE BOTTOM LINE IS, JUDGE, IS THAT IN THE END YOU'RE GOING TO FIND OUT FROM THE BALANCING EQUITIES, NOT ONLY ARE THESE PEOPLE BEING HARMED, BUT THERE ARE THREE THOUSAND CLIENTS OF FIRST UNIVERSAL HOLDING WHO, IF THE COMPANY ISN'T REOPENED IMMEDIATELY, A THOUSAND OF THEM WILL LOSE THEIR HOMES UNDOUBTEDLY, A THOUSAND OF THEM

WILL LOSE CREDIT CARD LAWSUITS AND ARBITRATIONS, A THOUSAND OF THEM WILL NOT BE ABLE TO CHALLENGE THEIR PROPERTY TAX, THEIR SALES TAX, IRS TAXES, ALL SERVICES THAT HAVE NOTHING TO DO WITH FIRST UNIVERSAL LENDING THAT HE HAS STOPPED.

SO IN BALANCING THE EQUITIES, THE GREATEST HARM TO THE PUBLIC IS GOING TO BE IF HE IS GOING TO BE ALLOWED TO TAKE THESE THREE SEPARATE ENTERPRISES AND THREAT THEM AS ONE.

THANK YOU, JUDGE.

THE COURT: THANK YOU.

ALL RIGHT. THE FTC MAY CALL ITS FIRST WITNESS.

MR. SINASOHN: YOUR HONOR, I HAVE -- I CALL JAMES LACOURSE.

THE COURT: PLEASE STEP UP TO THE WITNESS STAND.

PLEASE REMAIN STANDING AND RAISE YOUR RIGHT HAND.

DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY THAT YOU ARE ABOUT TO GIVE SHALL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

THE WITNESS: YES, SIR.

THE COURT: THANK YOU. PLEASE BE SEATED.

MR. SINASOHN: YOUR HONOR, MAY I ASK --

THE COURT: JUST A MOMENT.

GO AHEAD. PLEASE MAKE SURE THAT YOU SPEAK DIRECTLY INTO THAT MICROPHONE SO THAT WE WILL BE ABLE TO HEAR.

THE CHAIR DOES NOT SLIDE SO YOU WILL HAVE TO MOVE FORWARD IN THE CHAIR.

STATE YOU WILL FULL LEGAL NAME FOR THE RECORD AND SPELL YOUR LAST NAME FOR REPORTER, PLEASE.

THE WITNESS: OKAY. IT'S JAMES C. OR JAMES CHARLES LACOURSE.

THE COURT: AND HOW DO YOU SPELLED THE LAST NAME?

THE WITNESS: L-A-C-O-U-R-S-E.

THE COURT: ALL RIGHT. THANK YOU.

YES, COUNSEL.

MR. SINASOHN: YES, YOUR HONOR.

I AM NOT FAMILIAR WITH EVERYBODY HERE TODAY AND WE DID SUBPOENA SOME ATTORNEYS. I AM NOT SURE IF ANY OF THOSE PEOPLE ARE STILL IN THE COURTROOM, AND THEY ARE POTENTIAL WITNESSES AND HAVE NOT LEFT THE COURTROOM. IF THEY ARE HERE, YOUR HONOR, I JUST WANTED YOU TO BE AWARE OF THAT.

THE COURT: WELL, THAT IS UP TO YOU TO IDENTIFY THOSE PEOPLE AND --

MR. SINASOHN: ARE THERE ANY ATTORNEYS HERE WHO HAVE BEEN SUBPOENAED TO BE HERE TODAY?

(NO RESPONSE)

THE COURT: IF SO YOU MUST REMAIN OUT OUTSIDE THE COURTROOM.

MR. SINASOHN: THANK YOU, YOUR HONOR.

THE COURT: ALL RIGHT. YOU MAY PROCEED, COUNSEL.

MR. KIRTZ: THANK YOU, YOUR HONOR.

JAMES CHARLES LACOURSE,

BEING DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

BY MR. KIRTZ:

Q. MR. LACOURSE, WHAT CITY DO YOU LIVE IN?

A. I LIVE IN FORT LAUDERDALE, SIR.

Q. AND WHAT KIND OF WORK DO YOU DO?

A. I'M A YACHT CARPENTER.

Q. DO YOU OWN A HOME?

A. YES, I DO.

Q. AND HOW LONG HAVE YOU BEEN IN YOUR CURRENT HOME?

A. ABOUT 10 YEARS.

Q. DID YOU AT SOME POINT WANT TO MODIFY YOUR HOME LOAN?

A. YES, SIR.

Q. AND WHAT WERE YOU TRYING TO ACCOMPLISH?

A. I THOUGHT THERE WAS A LOWER INTEREST RATES OUT THERE AND POSSIBLY LOWER MY PAYMENTS AS WELL.

Q. AND DID AT SOME POINT YOU MAKE AN EFFORT TO FIND OUT HOW YOU COULD GO ABOUT ACCOMPLISHING THAT?

A. YES, SIR. I WAS ON LINE, THEY HAVE ONE OF THOSE RECALCULATE YOUR PAYMENT PROGRAMS. SO I PUT INTO THAT. YOU HAD TO PUT ALL YOUR INFORMATION IN WHILE YOU ARE DOING THAT, OR BEFORE THEY WOULD ALLOW YOU TO RECALCULATE ANYTHING, AND THAT'S WHAT I DID.

Q. AND WHAT HAPPENED RIGHT AFTER THAT?

A. FOR SOME REASON IT WOULDN'T RECALCULATE. IT WOULDN'T DO ANYTHING. BUT I RECEIVED SEVERAL PHONE CALLS AFTER THAT FROM THE INFORMATION THAT I HAD SUPPLIED WHILE I WAS ON LINE.

Q. AND WAS ONE OF THOSE PHONE CALLS FROM FIRST UNIVERSAL LENDING?

A. YES, SIR.

Q. AND DID FIRST UNIVERSAL LENDING CONTACTED YOU AFTER YOU PUT THAT INFORMATION INTO THE COMPUTER?

A. YES, SIR.

Q. AND CAN YOU TELL US A LITTLE BIT ABOUT THAT FIRST CONTACT WITH FIRST UNIVERSAL, HOW DID THEY IDENTIFY THEMSELVES, AND SO FORTH?

THE COURT: MR. LACOURSE, WHEN IS THIS APPROXIMATELY, SIR?

THE WITNESS: THIS WOULD BE AROUND THE END OF MARCH.

THE COURT: OF?

THE WITNESS: OF 2009. I'M SORRY.

THE COURT: THAT IS ALL RIGHT. THE END OF MARCH OF 2009, THAT IS WHEN YOU RECEIVED THE PHONE CALL FROM SOMEONE THAT IDENTIFIED THEMSELVES AS A REPRESENTATIVE OF FIRST UNIVERSAL LENDING?

THE WITNESS: YES, SIR.

THE COURT: ALL RIGHT. THANK YOU.

BY MR. KIRTZ:

Q. WHAT HAPPENED DURING THAT PHONE CALL?

A. THE GENTLEMAN I TALKED TO TOLD ME THAT THEY WOULD BE ABLE TO RESTRUCTURE MY LOAN. IT WOULD BE A LOT BETTER TO DO THAT THAN TO REFINANCE BECAUSE IT WOULDN'T COST ME ANYTHING EXCEPT THE PAYMENTS THAT I WOULD BE MAKING TO THEM.

I WAS TOLD THAT I WOULD KEEP THE SAME MORTGAGE COMPANY, NOTHING OF THAT NATURE WOULD CHANGE. I WOULD JUST GET A LOT BETTER RATE AND A LOWER MONTHLY PAYMENT, AND A LOT OF THE PRINCIPAL WOULD COME OFF MY LOAN POSSIBLY IS WHAT THEY TOLD ME.

Q. AND DID THEY GIVE YOU ANY FIGURES FOR ANY OF THAT, ABOUT THE AMOUNT OF THE MORTGAGE OR THE AMOUNT OF THE INTEREST RATE?

A. THE INTEREST RATE THEY DID NOT GIVE ME A FIGURE ON. THEY SAID THEY HAD SAVED SOME OF THEIR CLIENTS BETWEEN 30 TO 50 PERCENT OF THEIR PRINCIPAL.

Q. AND THAT WOULD BE ELIMINATING THE PRINCIPAL 30 TO 50 PERCENT?

A. THAT IS WHAT I WAS UNDERSTANDING, YES, SIR.

Q. DO YOU KNOW WHO IT WAS YOU TALKED WITH AT FIRST UNIVERSAL?

A. A GENTLEMAN NAMED -- HIS NAME WAS MARK, I BELIEVE. I DON'T REMEMBER WHAT HIS LAST NAME WAS.

Q. WHAT WAS THE NEXT THING THAT HAPPENED IN YOUR DISCUSSION WITH FIRST UNIVERSAL?
A. SOMEBODY ELSE FROM THE OFFICE HAD CALLED ME AND -- AS A FOLLOW UP CALL AND BASICALLY TOLD ME WHAT I NEED TO PUT TOGETHER FOR PAPERWORK AND THINGS OF THAT NATURE.
Q. HOW MUCH DID FIRST UNIVERSAL CHARGE YOU FOR THESE ACTIVITIES?
A. IT WAS RIGHT AROUND $400, THREE NINETY-NINE I BELIEVE, 95 A MONTH.
Q. AND FOR HOW MANY MONTHS DID YOU PAY THAT?
A. IT WAS EITHER SIX OR SEVEN MONTHS.
Q. DID YOU GET THE RESULT THAT FIRST UNIVERSAL PROMISED TO YOU?
A. I DIDN'T GET ANY RESULTS AT ALL.
Q. SO HOW MUCH MONEY DID YOU END UP PAYING TO FIRST UNIVERSAL AT FIRST?
A. I BELIEVE IT WOULD BE AROUND 2,000.
THE COURT: AND WHAT WAS THAT FOR AGAIN? THE 2,000, WHAT WAS THAT FOR?
THE WITNESS: THAT WOULD BE $400 A MONTH FOR THEIR SERVICES TIMES THE FIVE OR SIX MONTHS THAT IT WENT FOR.
THE COURT: ALL RIGHT. GO AHEAD.
BY MR. KIRTZ:
Q. AND DID YOU GET ANYTHING FOR YOUR MONEY?
A. I GOT A LETTER FROM MY MORTGAGE COMPANY THAT SAID THEY

WOULDN'T BE REDOING MY LOAN.
Q. DID AT SOME POINT YOU ATTEMPT TO CANCEL YOUR ARRANGEMENT WITH FIRST UNIVERSAL?
A. YES, SIR, I DID IN AUGUST.
Q. AND WHAT DID YOU DO IN ORDER TO CANCEL?
A. MY WIFE WAS HANDLING MOST OF IT, BUT SHE HAD E-MAILED THE OFFICE AND SENT FAXES STATING THAT WE NO LONGER WANTED THEIR SERVICES. WE WENT TO THE BANK AND PUT A STOP PAYMENT ON THE WITHDRAWAL OF THE MONEY WHICH WAS COMING OUT OF MY ACCOUNT ELECTRONICALLY.
Q. SO THIS HAD BEEN AUTOMATIC DEBITS FOR THESE NUMBER OF MONTHS?
A. YES, SIR.
THE COURT: EXCUSE ME FOR JUST A MINUTE. I AM TRYING TO MAKE SURE I UNDERSTAND.
YOU PAID FIRST UNIVERSAL LENDING APPROXIMATELY $2,000 AND PART OF THAT WAS A FEE, CORRECT?
THE WITNESS: I BELIEVE IT WAS ALL A FEE, SIR.
THE COURT: THE WHOLE 2,000 WAS A FEE.
THE WITNESS: YES, SIR.
THE COURT: OKAY. DID YOU EVER BEGIN MAKING ANY MORTGAGE PAYMENTS TO FIRST UNIVERSAL LENDING?
THE WITNESS: NO, SIR.
THE COURT: ALL RIGHT. WAS YOUR EXISTING MORTGAGE PAYMENT, WAS THAT EVER LOWERED DURING YOUR DEALINGS WITH

FIRST UNIVERSAL?

THE WITNESS: NO, SIR.

THE COURT: GO AHEAD, COUNSEL.

MR. KIRTZ: THANK YOU.

BY MR. KIRTZ:

Q. SO AFTER YOU ATTEMPTED TO CANCEL YOUR ARRANGEMENT WITH FIRST UNIVERSAL WHAT HAPPENED NEXT?

A. THE MONEY WAS STILL WITHDRAWN THE NEXT DAY OUT OF MY ACCOUNT.

Q. AND WHAT WERE YOU CHARGED AT THAT POINT?

A. THE NORMAL FEE OF THREE NINETY-NINE.

Q. AND WHICH MONTH WAS THIS?

A. THIS WAS AUGUST.

Q. OF 2009?

A. YES, SIR.

Q. HOW DID THIS CHARGE APPEAR ON YOUR BANK STATEMENTS?

A. ALL THE PREVIOUS MONTHS IT HAD APPEARED AS FIRST UNIVERSAL LENDING AS A WITHDRAWAL, AND THEN THE MONTH OF AUGUST AFTER I PUT THE STOP PAYMENT IT CHANGED TO LEGAL SERVICES.

Q. AND HOW DID YOU KNOW THAT THIS WAS THE SAME WITHDRAWAL AS FIRST UNIVERSAL HAD DONE?

A. ANY OF THE OTHER ACCOUNT WITHDRAWALS THAT I HAVE ARE NOT FOR THAT AMOUNT. IT'S NOT ON THAT DATE.

Q. SO THIS WAS FOR THE SAME AMOUNT ON THE SAME DATE OF THE

MONTH THAT THE FIRST UNIVERSAL LENDING CHARGES HAD BEEN WITHDRAWN?
A. YES, SIR.
Q. WHAT DID YOU DO ABOUT THIS NEW CHARGE?
A. I CONTACTED THE FIRST UNIVERSAL AND I WENT TO THE BANK TO FIND OUT HOW COME THE STOP PAYMENT DIDN'T WORK.
Q. AND WHAT DID THE BANK TELL YOU?
A. THEY SAID BECAUSE THE NAME ADD HAD CHANGED FROM WHAT I ACTUALLY PUT THE STOP PAYMENT ON, WHICH WAS FIRST UNIVERSAL LENDING TO LEGAL SERVICES THERE WAS NOTHING THE BANK COULD DO ABOUT IT.
Q. WHAT HAPPENED NEXT, DID YOU COMPLAIN TO ANYONE?
A. YES. I ACTUALLY COMPLAINED BACK TO THE OFFICE. ANOTHER LAWYER FROM THE OFFICE HAD CALLED, TRIED TO GET ME TO STAY WITH THEM. MY WIFE WAS ADAMANT, CONTINUED TO SENDING E-MAILS, FELT THAT WE SHOULD WE REFUNDED THE MONEY BECAUSE WE HAD STOPPED THE SERVICES.
Q. AND WHEN YOU SAY "THE OFFICE" YOU MEAN FIRST UNIVERSAL LENDING?
A. YES, SIR. I HAD PRETTY MUCH FIGURED THAT EVERYTHING WAS RESOLVED. I WENT BACK TO THE BANK, PUT ANOTHER STOP PAYMENT ON ANY MORE MONEY COMING OUT OF THERE.
IN SEPTEMBER THE MONEY WAS WITHDRAWN AGAIN UNDER LEGAL SERVICES. I THINK THE AMOUNT WAS CHANGED A PENNY. I WENT BACK TO THE BANK. THEY SAID AS LONG AS THEY CHANGE THE

NAME AND THE AMOUNT THEY CAN CONTINUE TO DO IT FOREVER BASICALLY IS WHAT MY BANK TOLD ME.

THE COURT: YOU MEAN WITHDRAWING THE THREE NINETY-NINE MONTH.

THE WITNESS: YES, SIR.

BY MR. KIRTZ:

Q. WHAT WAS THE NEXT THING THAT HAPPENED?

A. MY WIFE COMPLAINED TO THE BETTER BUSINESS BUREAU, AND THEN THAT WAS WHEN -- THAT WAS WHEN THINGS STARTED TO HAPPEN BACK THEN. I RECEIVED PHONE CALLS FROM FIRST UNIVERSAL. AT THAT POINT THEY -- LATER, I'M NOT SURE IF I WAS OCTOBER OR NOVEMBER, BUT THAT SEPTEMBER PAYMENT WAS REFUNDED BACK TO MY ACCOUNT.

Q. AND DID THEY SAY WHY IT WAS REFUNDED BACK TO YOUR ACCOUNT?

A. THEY AGREED TO STOP THE WORK, OR ANY WORK THAT THEY WERE DOING FOR ME ON MY MORTGAGE.

Q. DID IT HAVE ANYTHING TO DO WITH THE BETTER BUSINESS BUREAU COMPLAINT?

A. I'M NOT SURE ABOUT THAT TIME. I WOULD ASSUME IT DID, BUT THE -- THE AUGUST PAYMENT WAS ACTUALLY REFUNDED BACK A COUPLE DAYS BEFORE THANKSGIVING OF THIS YEAR. SO AROUND THE 19TH OR 20TH OF NOVEMBER.

Q. SO BOTH OF THOSE TWO PAYMENTS THAT WERE MADE UNDER LEGAL SERVICES WERE REFUNDED AFTER YOU COMPLAINED TO THE

BETTER BUSINESS BUREAU?
A. YES, SIR.
Q. IF YOU HAD KNOWN THAT THIS ENTIRE EPISODE DURING 2009 WOULD HAVE OCCURRED THE WAY THAT IT DID WOULD YOU HAVE EVER SPENT THE MONEY WITH FIRST UNIVERSAL?
A. NO, SIR.
MR. KIRTZ: YOUR HONOR, THAT'S ALL WE HAVE RIGHT NOW.
THE COURT: CROSS-EXAMINATION.
MR. FEINGOLD: YES, SIR.

CROSS EXAMINATION

BY MR. FEINGOLD:
Q. MR. LACOURSE, YOU SIGNED UP, JUST SO WE ARE CLEAR, WITH FIRST UNIVERSAL LENDING, CORRECT?
A. YES, SIR.
Q. OKAY. AND WHEN YOU SIGNED UP WITH FIRST UNIVERSAL LENDING ISN'T IT A FACT THAT YOU ACTUALLY SIGNED UP WITH FIRST UNIVERSAL LENDING OF CORAL SPRINGS, FLORIDA?
A. I'M NOT SURE, SIR.
Q. YOU DON'T KNOW.
A. NO.
Q. SO YOU DON'T KNOW WHO YOU SIGNED UP WITH. SO AS YOU'RE SITTING THERE ON THE STAND TALKING ABOUT FIRST UNIVERSAL, YOU ACTUALLY DON'T KNOW IF A BRANCH THAT FIRST UNIVERSAL LENDING IN PALM BEACH GARDEN CLOSED DOWN IS THE ONE THAT YOU

SIGNED UP WITH, CORRECT?
MR. FEINGOLD: JUDGE, THAT CALLS FOR A LEGAL CONCLUSION.
THE COURT: IF YOU KNOW.
THE WITNESS: ALL OF MY COMMUNICATIONS WENT TO THE WEST PALM OFFICE. SO IF THEY WERE CLOSED THEY ARE FORWARDING THEIR INFORMATION TO THE CORAL SPRINGS OFFICE.
BY MR. FEINGOLD:
Q. THE RESPONSE IS, YOU DON'T KNOW WHICH OFFICE YOU SIGNED UP WITH, CORRECT?
A. I CAN CERTAINLY FIND OUT.
Q. OKAY.
A. IT WAS A WEST PALM --
Q. AS YOU SIT NOW, SIR, YOU DON'T KNOW.
A. ALL THE INFORMATION CAME FROM THE WEST PALM OFFICE, YES, SIR.
Q. SIR, ISN'T IT A FACT THAT FIRST UNIVERSAL LENDING CLOSED DOWN THE CORAL SPRINGS OFFICE AND THAT AT NO CHARGE TO YOU REFERRED YOUR FILE TO HAVE LAWYERS WORK ON IT, AND THAT YOU CONTACTED FIRST UNIVERSAL LENDING BECAUSE YOU WERE CONCERNED YOU WERE BEING SCAMMED BECAUSE YOUR CREDIT CARD NOW REFLECTED, QUOTE, "LEGAL SERVICES."
MR. FEINGOLD: OBJECTION. COMPOUND.
THE COURT: DO YOU UNDERSTAND THE QUESTION?
THE WITNESS: NO, SIR. THAT'S INCORRECT. IT DID

NOT HAVE ANYTHING TO DO WITH MY CREDIT CARD. IT WAS MY BANK ACCOUNT. NOTHING WAS EVER TAKEN OUT OF MY CREDIT CARD.

BY MR. FEINGOLD:

Q. EXCUSE ME. YOUR BANK ACCOUNT. YOU ARE RIGHT, SIR.

ISN'T IT A FACT, SIR, THAT IN APPROXIMATELY AUGUST OF THIS YEAR YOU LEARNED THAT THE NOTATION ON YOUR BANK ACCOUNT SAID, QUOTE, "LEGAL SERVICES," CORRECT?

A. YES, SIR. I STATED THAT EARLIER.

Q. YES. AND, IN FACT, ISN'T IT TRUE THAT YOU DIDN'T PAY IN SEPTEMBER OF 2009. YOUR ACCOUNT WAS NSF.

A. SIR, THAT'S NOT TRUE. MY ACCOUNT ALWAYS HAS ENOUGH MONEY IN IT TO COVER IT.

Q. YOUR ACCOUNT WAS NOT NSF ON SEPTEMBER 26, 2009, CONFIRMATION OF NSF TWO OH OH NINE OH NINE TWO FOUR DASH EIGHT ONE TWO THREE ONE. YOU HAVE NEVER SEEN ANY DOCUMENTS THAT REFLECT THAT TO YOU?

A. NO, SIR.

Q. AND ISN'T IT A FACT THAT THE FIRM DOING, QUOTE, "LEGAL SERVICES," ACTUALLY DID IN FACT ISSUE YOU A REFUND ON 11-11-2009?

A. I STATED THAT, SIR.

Q. WELL, YOU INDICATED YOU DIDN'T KNOW IT THE DATE. 11-11-2009.

AS YOU SIT HERE TODAY DO YOU ACTUALLY KNOW THE

DIFFERENCE BETWEEN FIRST UNIVERSAL LENDING AND THE FIRM THAT WAS DOING THE LEGAL SERVICES?
A. NO, SIR.
MR. FEINGOLD: THANK YOU.
THE COURT: REDIRECT?
MR. KIRTZ: NOTHING, YOUR HONOR.
THE COURT: ALL RIGHT. THANK YOU, SIR. YOU MAY STEP DOWN.
THE WITNESS: YES, SIR.
THE COURT: IS THE WITNESS EXCUSED BY THE FTC?
MR. KIRTZ: YES, YOUR HONOR.
THE COURT: IS HE EXCUSED BY THE DEFENSE?
MR. FEINGOLD: YES, SIR.
THE COURT: THANK YOU, SIR. YOU ARE FREE TO GO.
THE WITNESS: THANK YOU.
THE COURT: CALL YOUR NEXT WITNESS.
SIR, PLEASE STEP UP TO THE WITNESS STAND.
PLEASE REMAIN STANDING AND RAISE YOUR RIGHT HAND.
DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY THAT YOU ARE ABOUT TO GIVE SHALL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?
THE WITNESS: YES, YOUR HONOR.
THE COURT: PLEASE BE SEATED.
PLEASE SPEAK DIRECTLY INTO THAT MICROPHONE SO THAT WE WILL BE ABLE TO HEAR YOU. THE CHAIR DOES NOT SLIDE SO

YOU WILL HAVE TO MOVE FORWARD.

THE WITNESS: OKAY.

THE COURT: STATE YOUR FILL LEGAL NAME FOR THE RECORD AND SPELL YOUR LAST NAME FOR THE REPORTER.

THE WITNESS: ABEL GARCIA, G-A-R-C-I-A.

THE COURT: THANK YOU VERY MUCH.

YOU MAY PROCEED.

MR. KIRTZ: THANK YOU, YOUR HONOR.

ABEL GARCIA,

BEING DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

BY MR. KIRTZ:

Q. MR. GARCIA, WHAT CITY DO YOU LIVE IN?

A. ALBUQUERQUE, NEW MEXICO.

Q. AND WHAT KIND OF WORK DO YOU DO?

A. I'M A TRUCK DRIVER FOR A CONSTRUCTION COMPANY.

Q. DO YOU OWN A HOME?

A. YEAH.

Q. HOW LONG HAVE YOU BEEN IN YOUR HOME?

A. SIX YEARS.

Q. DID AT SOME POINT YOU RUN INTO FINANCIAL TROUBLE REGARDING YOUR HOME?

A. YES, I DID.

Q. AND WHAT WAS THAT?

A. MY MORTGAGE -- WELL, FROM MY UNEMPLOYMENT WHERE I WAS

EMPLOYED AT GOT REAL SLOW AND, YOU KNOW, THEY JUST TOLD US THERE WAS NO WORK FOR ABOUT FIVE MONTHS.
Q. HOW DID YOU TRY TO GET OUT OF TROUBLE WITH YOUR MORTGAGE?
A. WELL, ALL I -- YOU KNOW, TRYING TO GET A SIDE JOB, AND THE NEXT THING I KNEW I GOT A PHONE CALL FROM UNIVERSE LENDING, YOU KNOW, TRYING TO DO THE BEST I CAN.
Q. APPROXIMATELY WHAT TIME DID YOU GET THE PHONE CALL FROM FIRST UNIVERSAL LENDING?
A. IT WAS APRIL 21ST WHEN I GOT THE FIRST CALL ACTUAL.
THE COURT: WHAT YEAR?
BY MR. KIRTZ:
Q. THAT'S 2009?
A. 2009.
Q. AND WHAT WAS SAID TO YOU DURING THAT FIRST PHONE CALL WITH FIRST UNIVERSAL?
A. WELL, I GOT A CALL FROM A LADY NAMED CATHY FROM FIRST UNIVERSAL, AND SHE SAID, "MR. GARCIA," SHE INTRODUCED HERSELF, AND SAID, "I'M SO AND SO FROM FIRST UNIVERSAL LENDING. I SEE THAT AT PRESENT WE HAVE 77 MILLION DOLLARS TO HELP PEOPLE PAY -- YOU KNOW, STRUGGLE, PROBLEMS WITH THEIR LOANS, MODIFICATION LOANS, AND I SAID, "WHAT DO YOU MEAN BY THAT?"
SHE SAID, "WELL, WE DEAL WITH PEOPLE THAT CAN'T PAY THEIR MORTGAGE, AND THIS SUM IS OFFERED TO YOU FROM THE

PRESIDENT." I SAID, "WELL, REALLY"? AND I SAYS, "WELL, NOTHING WAS DISCUSSED ABOUT, YOU KNOW, IF I QUALIFIED OR NOTHING." THEY JUST TOLD ME THEY COULD HELP ME.
Q. DID THEY INDICATE TO YOU TO WHAT EXTENT THEY MIGHT BE ABLE TO HELP YOU?
A. YEAH. THEY WENT ALL THE WAY. THEY TOLD ME THAT HE COULD GET MY INTEREST RATE DOWN THEY COULD BRING MY PAYMENT -- MY PAYMENT FOR MY LOAN DOWN. THEY CAN -- NOT TO WORRY, THEY WOULD DO EVERYTHING FOR ME. NOT TO TALK TO MY LENDER AT ALL, THAT JUST, YOU KNOW --
Q. OKAY. DID THEY INDICATE TO YOU HOW MUCH THEY COULD BRING YOUR MORTGAGE DOWN OR --
A. THEY TOLD ME IT WOULD BE ANYWHERE THREE TO FOUR PERCENT DOWN. I MEAN, THREE TO FOUR PERCENT THAT I WOULD PAY FROM --
Q. THE INTEREST RATE?
A. YEAH. I PAY SIX AND A HALF PERCENT.
Q. THAT WOULD BE ON THE INTEREST RATE?
A. YES.
Q. DID THEY ALSO TALK ABOUT THE AMOUNT OF PRINCIPAL OR MORTGAGE PAYMENTS THEY WOULD BE ABLE TO GET FOR YOU?
A. THEY SAY WE ARE GOING TO -- WELL, FOUR FIFTY, FIVE HUNDRED. MAYBE SIX HUNDRED.
Q. THAT WOULD BE A REDUCTION PER MONTH?
A. YES.

Q. WHAT HAD YOU BEEN PAYING?
A. I HAD BEEN PAYING FOUR FIFTY A MONTH FOR THE LAST SEVEN MONTHS.
Q. NOW, IN TERMS OF YOUR MORTGAGE.
A. OH, MY MORTGAGE. I HAVE NOT PAID MY MORTGAGE. THEY TOLD ME NOT TO PAY IT.
Q. HOW MUCH?
A. MY WAS ELEVEN FIFTY.
Q. OKAY.
THE COURT: YOUR MORTGAGE PAYMENT INITIALLY WAS ONE THOUSAND ONE HUNDRED AND FIFTY DOLLARS A MONTH?
THE WITNESS: YES. IT KEPT ON GOING UP. I STARTED AT SEVEN FORTY, AND EVERY -- IT WENT UP -- WITHIN FOUR YEARS IT WENT UP TO A THOUSAND, YOU KNOW, ELEVEN FIFTY.
THE COURT: AND WHAT DID THIS INDIVIDUAL INDICATE TO YOU THAT THEY COULD LOWER THE PAYMENT TO?
THE WITNESS: WELL, THEY TOLD ME IT WILL GO FROM WHAT I WAS PAYING TO ABOUT FIVE, FIVE FIFTY, MAYBE SIX HUNDRED. YOU KNOW, WHEN I SPOKE TO -- SHE WAS MY CORRESPONDENCE FIRST.
MR. KIRTZ: MAY I PROCEED, YOUR HONOR?
THE COURT: GO RIGHT AHEAD.
MR. KIRTZ: THANK YOU.
BY MR. KIRTZ:

Q. WHAT WAS THE ARRANGEMENT THAT YOU HAD WITH FIRST UNIVERSAL IN TERMS OF WHAT YOU WOULD BE PAYING FIRST UNIVERSAL?
A. WELL, I GAVE THEM THE AUTHORIZATION TO GO GET THE MONEY OUT OF THE ACCOUNT AND TO SPEAK TO MY LENDER, AND THEY TOOK A FEW -- ABOUT TWO, THREE MONTHS OUT OF MY ACCOUNT. AND THEN I -- I STOPPED IT AND I STARTED PAYING WITH MONEY ORDERS SO I COULD KEEP RECORDS OF MY PAYMENT.
Q. AND HOW MUCH WERE THEY CHARGING YOU PER MONTH?
A. FOUR FIFTY.
Q. AND HOW MANY MONTHS DID YOU PAY THE FOUR FIFTY?
A. I PAY THEM FROM APRIL ALL THE WAY TO OCTOBER.
Q. DID THEY GET THE RESULT FOR YOU THAT THEY PROMISED?
A. NO, THEY DID NOT. THEY SAID IT WOULD TAKE ANYWHERE FROM TWO TO THREE MONTHS TO RESOLVE THE MODIFICATION, AND I RECALL -- I MEAN THE LADY THAT REPRESENTED -- MY REPRESENTATIVE WOULD CALL ME EVERY THURSDAY AND TELL ME IS -- IT'S BEING REVIEWED. IT'S OKAY. IT'S BEING REVIEWED. IT'S OKAY. AND I WILL ASK HER, "WHAT DO YOU MEAN IT'S OKAY? I NEED TO KNOW MORE." NOTHING ELSE WAS SAID.
Q. SO WHEN YOU FIRST STARTED WITH THEM IN APRIL THEY TOLD YOU IT WOULD TAKE MAYBE TWO TO THREE MONTHS?
A. CORRECT.
Q. WHAT'S HAPPENED TO YOUR FINANCIAL SITUATION?
A. WELL, I AM IN DEEPER DEBT NOW THEN I WAS. IF I KNOW

THEN WHAT I KNOW NOW I WOULD NEVER HAVE DONE THIS AT ALL.
Q. SO DO YOU FEEL LIKE YOU GOT ANYTHING FOR YOUR MONEY?
A. REALLY HONEST? NO.
Q. IF YOU HAD KNOWN THAT THIS EPISODE WOULD HAVE OCCURRED THE WAY IT DID WOULD YOU HAVE PAID ANY MONEY OR STARTED ANYTHING WITH FIRST UNIVERSAL?
A. WELL, I WAS THINKING OF MY FAMILY, NUMBER ONE, AND I JUST THOUGHT I WAS DOING THE RIGHT THING. BUT BEING IT LED TO THIS, I JUST -- AT THE END, AM I REALLY DOING THE RIGHT THING? AND IT'S KIND OF HARD TO SAY, YOU KNOW.
Q. DID YOU EVER FILE A COMPLAINT?
A. YES, I DID. I -- I CALLED THE FEDERAL TRADE BACK IN SEPTEMBER, AND IN DISCUSS IT WITH A GENTLEMAN THERE OF SOME PROBLEMS. MY FILE WAS CLOSED BACK IN AUGUST FOR THE WHOLE MONTH OF AUGUST, AND --
Q. WHEN YOU SAY "FILE." ARE YOU TALKING ABOUT WITH YOUR BANK OR WITH --
A. WITH MY LENDER.
Q. WITH YOUR LENDER.
A. YES.
Q. AND YOUR LENDER WAS?
A. NATIONAL CITY MORTGAGE.
Q. OKAY. SO WHAT'S RESULTED TODAY AS FAR AS YOU AND YOUR HOME ARE CONCERNED?
A. WELL, RIGHT NOW, LIKE I SAID, I -- I TALKED TO MY

LENDER AND THEY TOLD ME SPECIFICALLY, "WELL, YOU CAN DEAL DIRECTLY WITH US YOURSELF WITHOUT GOING THROUGH ANYBODY," AND SOMETHING I DIDN'T KNOW BECAUSE LIKE I SAID I WAS ALREADY TWO MONTHS BEHIND, WHICH IS FEBRUARY AND MARCH. AND I SAID I KNEW VERY LITTLE BECAUSE, YOU KNOW, BEING MY EMPLOYMENT, AND I WAS EMPLOYED BUT IT JUST WASN'T NO WORK. YOU KNOW WHAT I MEAN?
Q. HOW MANY MONTHS ARE YOU BEHIND TODAY?
A. RIGHT NOW I THINK 11 MONTHS NOW.
Q. AND YOU SAID -- I BELIEVE YOU SAID EARLIER A FEW MINUTES AGO THAT YOU HAD BEEN TOLD NOT TO PAY FURTHER PAYMENTS TO YOUR LENDER?
A. TO NOT TALK TO MY LENDER -- EXCUSE ME. TO NOT DISCUSS NOTHING WITH THEM, THAT THEY WOULD HANDLE EVERYTHING. THEY WILL TAKE CARE OF MY MODIFICATION, THEY WILL TAKE CARE OF MY INTEREST RATE -- I MEAN, BRING MY INTEREST RATE DOWN AND BRING MY PAYMENT DOWN. THEY WILL DEAL EVERYTHING WITH MY LENDER.
Q. AND THAT WAS FIRST UNIVERSAL THAT TOLD YOU THAT?
A. CORRECT.
Q. HAVE YOU EVER GOTTEN A REFUND FROM FIRST UNIVERSAL?
A. NOTHING. NOTHING.
MR. KIRTZ: YOUR HONOR, THAT'S ALL WE HAVE RIGHT NOW.
THE COURT: CROSS-EXAMINATION.

MR. FEINGOLD: YES, SIR.

CROSS EXAMINATION

BY MR. FEINGOLD:

Q. MR. GARCIA, ISN'T IT TRUE THAT YOU IN FACT WERE SOLD BY FIRST UNIVERSAL OF ORLANDO, AN INDEPENDENT BRANCH OF FIRST UNIVERSAL LENDING IN PALM BEACH GARDENS, ISN'T THAT A FACT?

A. WHAT DO YOU MEAN "SOLD," FOR EXAMPLE? WHAT DO YOU MEAN?

Q. EXCUSE ME? YES --

A. I DON'T UNDERSTAND WHAT YOU MEAN BY "SOLD."

Q. THE INITIAL CONTACT. THE PERSON THAT SOLD YOU THE SERVICE WAS FROM AN ORLANDO OFFICE.

A. YES.

Q. YES. AN ORLANDO OFFICE.

A. YES.

Q. THANK YOU, SIR.

AND AS YOU TESTIFIED -- AND THE ORLANDO OFFICE IS CLOSED, ISN'T THAT TRUE?

A. I DON'T KNOW.

MR. FEINGOLD: OBJECTION. CALLS FOR SPECULATION.

THE WITNESS: I DON'T KNOW.

BY MR. FEINGOLD:

Q. AND YOU TESTIFIED TO THIS COURT RIGHT NOW, AND EVEN THOUGH YOU ACKNOWLEDGED YOU DEALT WITH FIRST UNIVERSAL ORLANDO, YOU TESTIFIED TO THIS COURT THAT THEY TOLD YOU NOT

TO PAY YOUR MORTGAGE, CORRECT?
A. CORRECT.
Q. OKAY. BUT THE TRUTH IS, SIR, IS THAT YOU SIGNED UP IN APRIL OF 2009, CORRECT?
A. AH-HUH.
Q. CORRECT?
A. CORRECT.
Q. BUT SINCE DECEMBER OF 2008, WELL BEFORE YOU EVER MET ANYONE RELATED TO FIRST UNIVERSAL, YOU HADN'T MADE A MORTGAGE PAYMENT TO NATIONAL CITY, HAD YOU?
A. LIKE I SAID, WE CLOSED DOWN IN DECEMBER.
Q. SO LITERALLY FIVE MONTHS BEFORE YOU HADN'T EVEN BEEN MAKING THE PAYMENTS. SO YOU DIDN'T MAKE -- NEED THEM TO TELL YOU NOT TO PAY THEM BECAUSE YOU HADN'T BEEN PAYING THEM.
A. WE GOT THE RECEIPTS.
Q. IS YOUR WIFE'S NAME VIRGINIA GARCIA, 1804 REO DEL --
A. YES, SIR.
Q. THAT IS YOUR WIFE, VIRGINIA GARCIA IN ALBUQUERQUE, NEW MEXICO?
A. CORRECT.
Q. AND IT IS A FACT THAT NATIONAL CITY MORTGAGE NOTIFIED YOU IN MARCH OF 2009, WELL BEFORE YOU DEALT WITH FIRST UNIVERSAL ORLANDO, THAT YOU GUYS HADN'T MADE A MORTGAGE PAYMENT SINCE DECEMBER OF 2008.

A. I BROUGHT IT TO THEIR ATTENTION. I TOLD THEM. I ASKED THEM, YES, I WAS -- WITH THE MODIFICATION I WAS TWO MONTHS BEHIND, AND I TOLD THEM. I GOT OTHER MONTHS I DIDN'T PAY OFF, AND THEY TOLD ME, "THAT'S FINE."
Q. AND ISN'T IT TRUE IN APRIL OF 2009, YOU WROTE A LETTER TO JESSICA REDINGER TELLING HER THAT BEING THAT YOU FALLEN SO FAR BEHIND WE CANNOT MAKE OUR MORTGAGE PAYMENTS ON TIME. ISN'T THAT THE LETTER THAT YOU WROTE TO JESSICA FROM FIRST UNIVERSAL?
A. CORRECT.
MR. FEINGOLD: THANK YOU, SIR.
THE COURT: REDIRECT?
MR. KIRTZ: NOTHING YOUR HONOR.
THE COURT: THANK YOU, SIR. YOU MAY STEP DOWN. WATCH YOUR STEP.
IS THE WITNESS EXCUSED BY THE FTC?
MR. KIRTZ: YES, YOUR HONOR.
THE COURT: BY THE DEFENSE?
MR. FEINGOLD: YES, SIR.
THE COURT: THANK YOU, SIR. YOU ARE FREE TO GO.
THE WITNESS: ALL RIGHT. THANK YOU.
THE COURT: CALL YOUR NEXT WITNESS.
MR. FEINGOLD: YOUR HONOR, THE FTC CALLS JANE MOSCOWITZ, THE RECEIVER, AS THE NEXT WITNESS.
THE WITNESS: I DON'T THINK I HAVE EVER BEEN RIGHT

HERE.

THE COURT: PLEASE REMAIN STANDING.

HAVE YOU FORGOTTEN THE PROCEDURES?

THE WITNESS: I'M NOT SURE I HAVE DONE THIS.

THE COURT: RAISE YOUR RIGHT HAND.

DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY THAT YOU ARE ABOUT TO GIVE SHALL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

THE WITNESS: I DO SIR.

THE COURT: PLEASE BE SEATED.

MR. FEINGOLD: GOOD MORNING, MISS MOSCOWITZ.

THE COURT: PLEASE STATE YOUR FULL LEGAL NAME FOR THE RECORD AND SPELL YOUR LAST NAME FOR THE REPORTER.

THE WITNESS: JANE W. MOSCOWITZ, M-O-S-C-O-W-I-T-Z.

THE COURT: THANK YOU VERY MUCH.

YOU MAY PROCEED.

MR. SINASOHN: THANK YOU, YOUR HONOR.

JANE W. MOSCOWITZ,

BEING DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

BY MR. SINASOHN:

Q. CAN YOU STATE TO THE COURT YOUR PROFESSIONAL CREDENTIALS?

A. I AM AN ATTORNEY LICENSED TO PRACTICE IN THE STATE OF

FLORIDA.
Q. CAN YOU TELL US A LITTLE BIT ABOUT YOUR EDUCATIONAL BACKGROUND?
A. WELL, HOW FAR BACK DO YOU WANT TO GO?
Q. LAW SCHOOL.
A. I WENT TO HARVARD LAW SCHOOL AND I GRADUATED IN 1977.
Q. AND WHAT PROFESSIONALLY HAVE YOU DONE SINCE THAT TIME?
A. WHEN I FIRST GRADUATED I WAS IN THE JUSTICE DEPARTMENT IN THE PUBLIC INTEGRITY SECTION, AND THEN FOR ABOUT EIGHT YEARS AFTER THAT I WAS AN ASSISTANT U.S. ATTORNEY, FIRST IN THE DISTRICT OF MARYLAND AND THEN HERE IN THE SOUTHERN DISTRICT OF FLORIDA.
Q. AND WERE YOU APPOINTED AS A RECEIVER IN THIS CASE?
A. A TEMPORARY RECEIVER, YES.
Q. AND DID YOU GO TO THE BUSINESS PREMISES OF THE DEFENDANTS ON THE MORNING OF -- ON THE DATE OF THURSDAY, NOVEMBER 19, 2009?
A. YES.
Q. AND CAN YOU DESCRIBE THE PREMISES FOR THE COURT?
A. WELL, IT'S A -- IT'S LIKE AN OPEN AIR BUILDING. IN OTHER WORDS, IT'S KIND OF -- IT WOULD BE LIKE IF IT WERE RESIDENTIAL KIND OF LIKE GARDEN APARTMENTS. SO IT'S KIND OF YOU GO UP AN OPEN STAIRWAY. WE SAW SIGNS FOR BOTH THE LAW FIRM, FEINGOLD & KAM, AND FIRST UNIVERSAL.
WE ENTERED THE FIRST DOOR ON THE RIGHT AND

EVERYBODY SAID, "THIS IS A LAW FIRM." BUT I LATER LEARNED THAT WAS WHERE THE OFFICE OF BOTH MR. ZAUSNERS WERE AND DAVID FEINGOLD. THEY ARE IN WHAT LOOKS LIKE A LAW OFFICE.

WE SAID, "WHERE IS UNIVERSAL?" AND THEY SAID, "WELL, I KIND OF DON'T KNOW WHAT YOU'RE TALKING ABOUT." AND EVENTUALLY SOMEBODY OPENED THE ROOM -- DOOR TO A ROOM NEXT TO THAT, AND IT WAS A BIG TELEPHONE ROOM WITH THE -- MOST OF THESE WOMEN THAT ARE HERE SEATED AT TELEPHONES IN ROWS IN A CENTRAL CORE, AND THEN SOME OFFICES AROUND THAT WITH OTHER PEOPLE WORKING IN THEM.

Q. DO YOU KNOW IF EITHER OF THE ZAUSNERS THAT ARE HERE TODAY ARE ATTORNEYS?

A. I DON'T THINK THEY ARE.

Q. AND DID YOU FORM AN IMPRESSION ABOUT WHAT THE -- THAT BIG ROOM YOU DESCRIBED WHAT THAT WAS?

A. WELL, IT'S A TELEMARKETING ROOM. THERE IS NO QUESTION ABOUT THAT. BY THE WAY, I REALLY DO -- I WANT TO SAY THAT NOBODY -- I WAS THE FIRST PERSON WHO SPOKE TO THE PEOPLE WHO WERE IN THE ROOM AND WE CERTAINLY DIDN'T TELL ANYBODY TO DROP TO THE FLOOR.

Q. DID I SPEAK TO ANYBODY AT THE SITE?

A. I DON'T THINK YOU SPOKE AT ALL AT THAT POINT. I WAS SPEAKING, AND I DID NOT TELL ANYBODY TO DROP TO THE FLOOR. I DID TELL EVERYBODY TO STAND UP AND STEP AWAY FROM THEIR COMPUTERS, AND I ALSO SAID TO THEM THEY WERE NOT UNDER

ARREST AND THEY WERE NOT IN TROUBLE.
Q. DO YOU REMEMBER ANYTHING THAT ANY OF THE DEFENDANTS SAID TO THE PEOPLE THAT WERE THERE AT THAT TIME IN RESPONSE OR AFTER YOU SAID THOSE THINGS?
A. WELL, I HAD HOPED TO AT LEAST HAVE THEM SIGN A ROSTER SO THAT I WOULD KNOW WHO WAS PRESENT, BUT DAVID ZAUSNER BASICALLY TOLD EVERYBODY TO LEAVE. AND, YOU KNOW, I DIDN'T REALLY HAVE ANY POWER OVER THEM, IT'S ALL VOLUNTARY AT THAT POINT ANYWAY SO NOBODY SIGNED THE ROSTER.
Q. NOW, ARE YOU FAMILIAR WITH THE TERM, "BOILER ROOM?"
A. YES.
Q. AND WHAT DOES THAT MEAN TO YOU?
A. WELL, IT'S A PLACE WHERE PEOPLE ARE SOLICITED TO KIND OF TELEPHONE SALES AND HIGH PRESSURE TEXT TO MAKE PURCHASES.
Q. AND HOW ARE YOU FAMILIAR WITH BOILER ROOMS?
A. I SPENT MUCH TOO MUCH TIME PROSECUTING THEM WHEN I WAS A PROSECUTOR.
Q. NOW, WHEN YOU ENTERED THE PREMISES THAT DAY WHO ACCOMPANIED YOU?
A. I WAS ACCOMPANIED BY YOU AND MR. KIRTZ, BY MISS KUDMAN, BY A PROCESS SERVER, AND SOME POLICE OFFICERS.
Q. WAS MR. LIGGINS THERE AS WILL?
A. YES. AND MR. LIGGINS. I'M SORRY.
Q. AND WERE YOU ABLE TO VIEW THE OPERATIONS OF THE BUSINESS WHILE YOU WERE ON THE PREMISES?

A. WELL, I WASN'T ABLE TO VIEW THE BUSINESS IN OPERATION BUT I HAVE SPENT A LOT OF TIME LOOKING AT WHAT WAS ON THE DESKS AND WHAT WE COULD SEE ON THE COMPUTERS. AND SPEAKING TO MR. FEINGOLD AND SPEAKING TO SOME OF THE OTHER EMPLOYEES WHO WE BROUGHT IN TO HELP SORT THINGS OUT FOR US AND TO TRY TO KEEP THE BUSINESS A BIT AFLOAT.

Q. AND IN YOUR CONDUCTING YOUR DUTIES AS RECEIVER HAVE YOU MADE AN ASSESSMENT OF WHAT THE OPERATIONS OF THE DEFENDANTS IS?

A. YES. I MEAN, I HAVE VARIOUS OPINIONS. DO YOU WANT ME JUST TO SAY?

Q. I WOULD LIKE YOU TO TELL THE COURT WHAT YOUR OPINIONS ARE ABOUT THE OPERATIONS OF THE DEFENDANT, PLEASE.

A. WELL, I HAVE TO BREAK THEM INTO TWO SECTIONS, SALES AND THEN THE OPERATION OF WHAT'S CALLED THE BACK OFFICE SERVICES.

FIRST, YOUR HONOR, THERE IS THIS ISSUE OF FIRST UNIVERSAL LENDING AND WHAT'S FIRST UNIVERSAL HOLDINGS. I WAS INFORMED BY MR. FEINGOLD THAT FIRST UNIVERSAL, AS I INFORMED YOUR HONOR THIS MORNING, THAT FIRST UNIVERSAL LENDING HAD CLOSED WHEN THE FLORIDA MORTGAGE LAW CHANGED.

HOWEVER, I LEARNED LATER THAT IT IS STILL SERVICING -- THAT I GUESS FIRST UNIVERSAL HOLDINGS, WHICH IS THE SUCCESSOR COMPANY IS STILL SERVICING, I THINK IT'S A 1,098 CUSTOMERS OF FIRST UNIVERSAL LENDING. SO ALL THAT

STOPPED IN OPERATION WAS THE SALES.

WHAT HAPPENED WHEN THE LAW CHANGED, AS MR. FEINGOLD EXPLAINED TO ME, IS THAT THEY COULD -- FIRST UNIVERSAL LENDING COULD NO LONGER DO DIRECT LENDING OR PERFORM LOAN MODIFICATIONS, BUT THERE WAS AN EXCEPTION TO THE LAW IF THE LOANS -- IF THE LOAN MODIFICATION WAS PERFORMED BY AN ATTORNEY HELPING A CLIENT.

SO WHAT HAPPENED WAS THEY WENT TO WHAT IS REFERRED TO IN NOTES IN VARIOUS PLACES IN THE OFFICE AS THE LAW FIRM MODEL. AND IN THE SALES OPERATION THE FIRST THING THAT HAPPENS IS THERE ARE OPENERS.

OPENERS IS A TERM I'M VERY FAMILIAR WITH FROM OLD BOILER ROOMS, AND THOSE ARE THE LOWER TIER SALESMEN. THE OPENERS -- AND THESE SCRIPTS ARE ALL OVER. I HAVE SOME WITH ME. THERE IS A PRINTED SCRIPT, AND THEY CALL AND THEY SAY, "I'M FROM A LENDING COMPANY. IT'S A TRANSCONTINENTAL LENDING COMPANY, AND I UNDERSTAND THAT YOU ARE IN SOME SORT OF FINANCIAL HARDSHIP," AND THIS COMES I BELIEVE THROUGH LEADS THAT ARE PURCHASED FROM SOMETHING CALLED LOWERMYBILLS.COM. IT PROVIDES THE LEADS AND SOMEHOW MUST DO IT THROUGH, AS THE FIRST WITNESS TESTIFIED THIS MORNING, THEIR ACCESS -- CONSUMERS ACCESSING WEB CITES.

THE SALESMAN SAYS, "I'M FROM THE" -- THE OPENER SAYS, "I'M FROM TRANSCONTINENTAL LENDING. I UNDERSTAND YOU HAVE PROBLEMS. CAN YOU TELL ME ABOUT THOSE PROBLEMS?" AND

THEY SOLICIT THE HARDSHIP.

THEN AT THE BOTTOM ON THIS PITCH IT SAYS, "I CAN'T HELP YOU. I CAN'T GET YOU A LOAN, BUT HERE IS WHAT I THINK YOU NEED. I CAN GET YOU A LAWYER WHO SPECIALIZES IN CONSUMER LAW. LET ME SEE IF -- YOU KNOW, AND I THINK THAT'S WHAT YOU NEED NOW."

I WILL GET THE EXACT LANGUAGE OUT IN A MOMENT. AND HOOKS YOU UP WITH WHAT'S CALLED A CLOSER, WHICH IS A HIGHER TIER, A MORE HIGHER COMPENSATED SALESPERSON ON THE COMMISSION WHO THEN SAYS THAT THAT PERSON IS A STAFF MEMBER OF A LAW FIRM.

THERE ARE THREE LAW FIRMS THAT HAVE CONTRACTED WITH FIRST UNIVERSAL HOLDINGS, AND THEN THAT PERSON GIVES WHAT I BELIEVE TO BE ESSENTIALLY THE SAME PITCH ABOUT WHAT SERVICES CAN BE PROVIDED TO THE CONSUMER AS WAS GIVEN BEFORE UNDER FIRST UNIVERSAL LENDING. THERE ARE SOME DIFFERENCES. IT IS NOW AS A FLAT FEE SPREAD OUT OVER FIVE MONTHS OR SIX MONTHS, AND IT'S -- THAT INCLUDES LEGAL SERVICES, "IF YOU ARE FORECLOSED AND IF YOU ARE SUED, THE LAWYERS WITH WHOM FIRST UNIVERSAL HOLDINGS HAS CONTRACTED WILL PROVIDE THOSE SERVICES," IS MY UNDERSTANDING.

BUT THEN YOU RECEIVE A PITCH WHICH EXPLAINS, "WHAT WE CAN DO FOR YOU." I FOUND SEVERAL COPIES OF PRINTED PITCHES ALL OVER THE OFFICE, AND THEY DO SAY THINGS LIKE, "PAYING YOUR MORTGAGE AS WE GO ALONG WILL HINDER US."

AND THAT, "WE ARE VERY SUCCESSFUL IN DOING THIS, AND WE DO 40,000 OF THESE A MONTH," AND OTHER REPRESENTATIONS THAT I THINK ARE NOT ACCURATE.

Q. HAVE YOU HAD ANY DIFFICULTY GAINING ACCESS INFORMATION OR DOCUMENT FROM THE DEFENDANTS?

A. I HAVEN'T HAD ANY PROBLEM GAINING PHYSICAL ACCESS TO THE ROOM. I HAVEN'T HAD ANY TROUBLE INTERVIEWING MR. FEINGOLD.

THE PROBLEM CAME -- THERE ARE TWO PROBLEMS. ONE IS THE COMPUTER. EVERYTHING IS ON A VERY FANCY AND EXPENSIVE SOFTWARE SYSTEM CALLED SALESFORCE.COM. MISS BERG WHO HAS BEEN ASSISTING ME ALL WEEK AND IS AN EXPERIENCED REAL ESTATE ATTORNEY, AND A VERY COMPETENT HELP, HAS NOT BEEN ABLE TO GET A PASSWORD FOR THAT SYSTEM. SHE HAS ASKED FOR IT AND MISS KUDMAN HAS ASKED FOR IT. WE DIDN'T GET THEM, AND THEY'VE ASKED FOR THEM ON MULTIPLE OCCASIONS.

THERE IS ALSO WHAT WE FOUND AT -- AFTER THE FIRST DAY AFTER WE LEFT, I THINK AFTER THE WEEKEND HAD PASSED AND WE WENT IN ON A THURSDAY, WE LEARNED ABOUT THESE OTHER -- WE LEARNED ABOUT TWO DIFFERENT SALES LOCATIONS. ONE WAS UPSTAIRS OF THE -- IN THE SAME BUILDING WHERE FIRST UNIVERSAL HOLDINGS IS LOCATED --

THE COURT: THAT YOU DID NOT SEE THE FIRST DAY.

THE WITNESS: DID NOT SEE, WERE NOT TOLD ABOUT, HAVE NO RECORD ABOUT. AND WENT UP THERE AND FOUND A NUMBER

OF PITCHES, WHICH I HAVE WITH ME, SCRIPTS TO BE USED TO INDUCE CONSUMERS TO SIGNED UP. AND ALSO THEIR COMPUTERS UP THERE THAT ARE PASSWORD PROTECTED, AND WE ASKED FOR THE PASS WORDS AND WE HAVEN'T BEEN ABLE TO GET THEM. SO THERE IS -- WE HAVEN'T HAD THE COMPUTER PASS WORDS EITHER FOR SALES FORCE OR FOR THOSE COMPUTERS.

AND THEN THERE IS THIS ISSUE OF THE ACCOUNTING RECORDS. WE WERE TOLD THAT THE ACCOUNTING RECORDS FOR FIRST UNIVERSAL HOLDINGS ARE BASICALLY TOGETHER WITH THE ACCOUNTING RECORDS FOR FEINGOLD & KAM. WE HAVE HAD -- THE FTC HAD THEM IMAGED AND HAD THEM, YOU KNOW, TO BE COPIED BUT NOBODY HAS BEEN ABLE TO LOOK AT THEM BECAUSE WE DON'T OBVIOUSLY WANT TO LOOK AT PRIVILEGED MATERIAL.

MR. FEINGOLD HAS ASKED FOR A PRIVILEGED LOG, BUT I DON'T THINK -- YOU KNOW, I DON'T THINK I DO THAT. I THINK THERE MAY HAVE TO BE A TAINT TEAM, OR HE SHOULD DO THAT BECAUSE IT'S HIS RECORDS. BUT, IN ANY EVENT, THAT IS -- THAT HAS KEPT US ALSO FROM UNDERSTANDING A LOT ABOUT THE ACCOUNTING.

I HAVE SOME IDEA OF THE -- OF NUMBERS, BUT NOT FROM LOOKING AT ANY PAPERS THAT -- NOT FROM LOOKING AT THE BOOKS AND RECORDS.

Q. DID YOU GRANT ACCESS TO THE FTC TO HAVE AN INDEPENDENT CONTRACTOR HIRED BY THE FTC TO IMAGE THOSE COMPUTERS?

A. YES.

Q. AND DID YOU ALSO LEARN OF ANOTHER SITE LOCATED IN POMPANO BEACH THAT YOU BELIEVE HAS SOME CONNECTION TO THE DEFENDANTS?

A. YES. I SPOKE TO -- I SPOKE TO MR. FEINGOLD AT LENGTH ABOUT THAT OFFICE AFTER WE LEARNED THAT IT EXISTED IN THAT NEXT WEEK, AND HE TOLD ME THAT THAT -- THAT THE POMPANO BEACH OFFICE WAS THE OFFICE THAT THEY REFER TO AS ORLANDO. IT HAD ORIGINALLY BEEN IN ORLANDO. AND ON THE NIGHT THAT THE FTC AND I WENT INTO THE PREMISES IN PALM BEACH GARDENS HE SHUT DOWN THE OFFICE IN POMPANO, AND -- IN POMPANO WHICH IS WHAT'S CALLED THE ORLANDO OFFICE.

WE WENT THERE A FEW DAYS LATER AND FOUND IT TO -- TO BE A BASICALLY EMPTY. THERE WERE EMPTY FILE CABINETS, EMPTY DESKS. THERE WERE A FEW COMPUTERS THAT WERE NOT PASSWORD PROTECTED AND I WAS ABLE TO SEE DOCUMENTS IN -- YOU KNOW, ON THOSE COMPUTERS THAT WERE THE SAME SORTS OF DOCUMENTS THAT WERE FROM FIRST UNIVERSAL HOLDINGS.

I ALSO ACCESSED ONE OF THE COMPUTERS AT THE PREMISES -- AT THE MAIN PREMISES AND FOUND A LIST OF CONTRACTS -- OF FIRST UNIVERSAL CONTRACTS THAT WERE -- I DON'T KNOW WHETHER THEY -- THEY ARE CALLED NEW CONTRACTS. I DON'T KNOW WHETHER THAT MEANS THEY ARE SIGNED, PAID, OR WHAT. BUT GOING UP TO NOVEMBER 19TH, WHICH IS THE DATE WE WENT INTO THE PREMISES.

I ALSO -- I READ A LAW SUIT THAT MR. FEINGOLD

SPOKE ABOUT IN WHICH HE SUED THE PEOPLE IN THE CORAL SPRINGS OFFICE FOR STEALING CLIENTS. AND IN THAT IT CONTAINED AN AFFIDAVIT FROM THE PERSON WHOM HE TOLD ME WAS THE OWNER OF THAT POMPANO OFFICE. AND IN THAT AFFIDAVIT, WHICH I HAVE, YOUR HONOR, IS DATED MAY 19TH, 2009, AND THAT GUY IS TROY LEVY, AND HE STATES IN THAT AFFIDAVIT IN THE SUIT MR. FEINGOLD FILED, "I AM THE MANAGER OF FIRST UNIVERSAL LENDING, LLC'S POMPANO BEACH, FLORIDA, OFFICE WHICH IS LOCATED APPROXIMATELY 10 MILES FROM F.U.L.'S CORAL SPRINGS OFFICE."
Q. WHEN YOU SAID THAT HE CLOSED THE POMPANO BEACH OFFICE, DID YOU MEAN DAVID FEINGOLD?
A. MR. FEINGOLD TOLD ME THAT MR. FEINGOLD HAD THAT OFFICE CLOSED BECAUSE OF THE FTC SUIT.
Q. AND THAT WAS -- HE CLOSED IT THE NIGHT OF OUR ENTRANCE TO THE FACILITY?
A. YES.
Q. TO THE OTHER FACILITY, THE PGA BOULEVARD FACILITY.
A. YES.
Q. AND DID HE MENTION TO YOU THAT NIGHT THAT -- THE EXISTENCE OF A POMPANO BEACH FACILITY?
A. ON NOVEMBER 19TH? NO. WE DID NOT LEARN OF THE THIRD FLOOR -- I THINK I LEARNED OF THEM FROM YOU SEVERAL DAYS LATER. I DID NOT LEARN OF THEM MYSELF.
Q. SO HE DIDN'T TELL YOU.

A. NO.
Q. AND HOW LONG DID IT TAKE BEFORE -- BETWEEN THE TIME THAT WE ENTERED THE PREMISES AND THE TIME THAT YOU FIRST SAW MR. FEINGOLD AT THE SITE ON PGA BOULEVARD?
A. SEVERAL HOURS. I THINK, YOU KNOW, THAT WE HAD GONE INTO THE PREMISES AROUND 4:30, AND I DON'T THINK HE ARRIVED BEFORE 8:30 OR 9:00.
Q. SO WOULD THAT HAVE BEEN ENOUGH TIME TO GO DOWN TO THE POMPANO BEACH SITE, CLEAN IT UP, AND THEN DRIVE UP TO THE PGA BOULEVARD SITE?
A. I GUESS SO. I DON'T KNOW.
Q. AND WHEN DID YOU LEARN OF THE THIRD FLOOR SITE?
A. I'M NOT POSITIVE. I KNOW IT WAS NOT UNTIL THE NEXT WEEK. AT LEAST THE NEXT WEEK.
Q. AND WHEN YOU WERE TALKING ABOUT THE POMPANO BEACH SITE, DID YOU HAPPEN TO NOTICE IF THERE WAS ANYTHING EVEN IN THE TRASH CANS AT THE SITE?
A. I DON'T REMEMBER. I THINK I WOULD HAVE LOOKED, BUT I SIMPLY DON'T REMEMBER RIGHT NOW.
Q. AND DO YOU BELIEVE THAT THE ACCOUNTING RECORDS OF FIRST UNIVERSAL LENDING ARE COMMINGLED WITH THOSE OF THE LAW OFFICE OF FEINGOLD & KAM?
A. THAT IS WHAT I WAS TOLD. I WAS TOLD I COULDN'T LOOK AT THEM BECAUSE THERE WAS PRIVILEGED MATTER WITHIN THEM. SO THAT'S MY ASSUMPTION THAT THAT IS WHAT WAS MEANT.

Q. WHO TOLD YOU THAT?
A. I GUESS MR. FEINGOLD. I'M NOT POSITIVE RIGHT NOW. THERE WERE A LOT OF MOVING PIECES THAT NIGHT.
Q. NOW, DID YOU TAKE POSSESSION OF THE BUILDING AT 5100 PGA?
A. YES.
Q. AND YOU CHANGED THE LOCKS?
A. YES.
Q. AND DID YOU CONDUCT AN INVENTORY OF THE PREMISES?
A. WELL, WE PHOTOGRAPHED IT. WE HAVEN'T DONE A WRITTEN INVENTORY.
Q. AND DID YOU AUTHORIZE THE FEDERAL TRADE COMMISSION TO REMOVE AND COPY CERTAIN DOCUMENTS FROM THE SITE?
A. YES.
Q. AND WHEN -- DID YOU DIRECT AN ATTORNEY FROM -- THAT WAS AVAILABLE AT THE SITE TO ENSURE THAT THE FTC DIDN'T TAKE ANY DOCUMENTS THAT CONTAINED PRIVILEGED MATERIAL FROM THE LAW OFFICES OF FEINGOLD & KAM?
A. YES. I WASN'T PRESENT TO DO THIS MYSELF. MR. SINASOHN WAS THERE. MR. SINASOHN BROUGHT ONE OF THE FEINGOLD & KAM ATTORNEYS, PUT THEM ON THE PHONE, AND WE DID THAT. WE SAID, YOU KNOW, "YOU BE PRESENT TO MAKE SURE THAT -- THAT THERE IS NO VIEWING OF PRIVILEGED MATERIAL."
Q. AND DID HE TELL YOU THAT EVERYTHING THAT WAS TAKEN THAT DAY BY THE FEDERAL TRADE COMMISSION WAS NOT PRIVILEGED

MATERIALITY?
A. THAT'S MY UNDERSTANDING.
Q. AND DID YOU PERMIT THE FEDERAL TRADE COMMISSION ACCESS TO THE SITE ON OTHER DAYS?
A. YES.
Q. AND IN THE COURSE OF YOUR DUTIES AS THE RECEIVER, YOU, YOURSELF, WENT THROUGH THE PREMISES AND OBTAINED DOCUMENTS FROM THE SITE, CORRECT?
A. YES.
Q. AND IF WE COULD GO THROUGH SOME OF THOSE DOCUMENTS.
IF YOU WOULD LOOK AT WHAT YOU FOUND IN THE UPSTAIRS OFFICE.
A. YES.
MR. SINASOHN: YOUR HONOR, I HAVE A PACKET OF DOCUMENTS THAT I WOULD LIKE TO PRESENT TO THE DEFENDANTS AND TO MAKE SURE THAT THE WITNESS HAS THEM.
THE COURT: THAT IS FINE.
MR. SINASOHN: AND FOR THE COURT.
THE COURT: JUST PASS THEM UP.
(DOCUMENTS TENDERED)
MR. SINASOHN: DO YOU HAVE THESE, MISS MOSCOWITZ? I HAVE AN EXTRA COPY.
YOUR HONOR, WE WOULD LIKE TO MARK AND IDENTIFY THESE AS PLAINTIFF'S NUMBER 20 IF POSSIBLE.
THE COURT: ALL OF THEM? I MEAN, THE ONE PACKET?

MR. SINASOHN: YES, SIR.
THE COURT: FINE.
BY MR. SINASOHN:
Q. AND, MISS MOSCOWITZ, DO YOU HAVE THAT DOCUMENT IN FRONT OF YOU?
A. YES.
Q. AND CAN YOU DESCRIBE FOR THE COURT WHAT THIS DOCUMENT IS AND WHAT IT MEANS TO YOU?
A. WELL, THESE ARE --
THE COURT: ARE THESE -- YOU HAVE EXHIBIT STICKERS, CORRECT?
MR. SINASOHN: I DO NOT, YOUR HONOR. I DO NOT HAVE EXHIBIT STICKERS.
THE COURT: HOW DO YOU INTEND TO MARK THEM?
MR. SINASOHN: IF I COULD GET STICKERS I WOULD MARK THEM.
THE COURT: WELL, THAT IS YOUR JOB TO PROVIDE THE EXHIBIT STICKERS, IT IS NOT THE COURT'S JOB.
MR. SINASOHN: YES, YOUR HONOR.
THE COURT: SO HOW ARE YOU GOING TO MARK THEM?
MR. SINASOHN: FOR NOW I CAN MARK THEM WITH MY PEN IF THAT'S OKAY AND THEN --
THE COURT: MARK THEM WITH YOUR PEN. I MEAN, HOW DID YOU THINK THAT EXHIBITS WERE GOING TO BE MARKED BEFORE COMING IN HERE TODAY?

MR. SINASOHN: MY MISTAKE, YOUR HONOR.

THE COURT: WELL, DURING THE RECESS YOU CAN GET EXHIBIT STICKERS AND MARK THEM PROPERLY.

MR. SINASOHN: YES, YOUR HONOR.

THE COURT: ALL RIGHT. THIS IS THE PLAINTIFF'S 20.

GO AHEAD.

BY MR. SINASOHN:

Q. CAN YOU DESCRIBE FOR THE COURT WHAT THIS DOCUMENT MEANS TO YOU?

A. WELL, THESE DOCUMENTS WERE TAKEN FROM VARIOUS DESKS ON THE THIRD FLOOR WHICH WE WERE TOLD WAS THE SALES AREA. IN THE DOWNSTAIRS AREA MR. LIGGINS HAD MARKED EVERY DESK IN EVERY ROOM AND IT IS MORE ORGANIZED. THIS IS FROM VARIOUS DESKS UP THERE BECAUSE HE NEVER GOT UP THERE. BUT THESE ARE -- THESE WERE FOUND IN VARIOUS PLACES IN THAT SALES AREA.

Q. AND CAN YOU -- IS THERE ANYTHING IN THIS DOCUMENT THAT HELPS YOU UNDERSTAND THE OPERATIONS OF FIRST UNIVERSAL?

A. WILL, I THINK SO, YES. THERE IS, FOR EXAMPLE, ABOUT THE -- WELL, THERE ARE TWO THAT ARE DUPLICATE. I DON'T KNOW WHETHER YOUR HONOR -- DO YOU HAVE A SET FOR THE COURT?

THE COURT: I HAVE ONE.

THE WITNESS: OKAY.

THE COURT: THE FIRST PAGE IS MARKED, "TIE DOWNS."

THE WITNESS: TIE DOWNS. BUT THE LONGER PAGE, ABOUT EITHER TWO OR THREE IN, IS ONE OF THOSE OPENING PITCHES THAT I HAD MENTIONED BEFORE. YOU SEE THE OPENER CALLS AND HE SAYS, "THIS IS MR. SO AND SO. THIS IS THE SALESMAN WITH TRANCE CONTINENTAL LENDING. ARE YOU STRUGGLING WITH YOUR MORTGAGE OR JUST LOOKING TO LOWER YOUR PAYMENTS?"

THEN THEY GO THROUGH THE FINANCIAL HARDSHIPS. AND THEN DOWN AT THE BOTTOM IT SAYS, "FROM YOUR INFORMATION IT LOOKS LIKE YOU QUALIFY FOR THE FINANCIAL HARDSHIP ASSISTANT PROGRAM. I CAN REFER YOU OVER TO A LAW FIRM THAT SPECIALIZES WITH THESE KINDS OF SITUATIONS. WE HAVE SEEN A LOT OF SUCCESS WITH THEM. LET ME SEE IF I CAN GET AN ASSOCIATE ON THE PHONE SO I CAN TRANSFER YOU. HANG ON FOR A MOMENT, AND I WISH YOU THE BEST OF LUCK."

THEN, AS I UNDERSTAND IT, YOU ARE TRANSFERRED TO A CLOSER. THERE ARE SOME NOTES AT THE BACK FROM A NOTEBOOK OF SOMEBODY WHO I BELIEVE IS A CLOSER WHERE THEY TALK ABOUT THE LAW FIRM MODEL. THOSE ARE FROM LIKE A STENO BOOK AND IT HAS VARIOUS NOTES --

THE COURT: LET ME --

MR. SINASOHN: NO. JUST FROM THE FIRST PACKET. WE WILL MARK THE SECOND ONE -- THE SECOND PACKET AS PLAINTIFF'S EXHIBIT 21.

THE WITNESS: OKAY. SO IT'S JUST THE TIE DOWNS?

BY MR. SINASOHN:
Q. YES.
A. ALL RIGHT. SO THE TIE DOWNS ARE WHAT'S OFTEN USED IN TELEMARKETING OR BOILER ROOMS. THIS IS WHERE THE CLOSER IS TRYING TO CLOSE THE SALE. IT SAYS, "THE TIE DOWNS ARE TO BE SAID ONLY AT THE VERY END OF ANY PRESENTATION OF SERVICES OFFERED, PARENTHESES, YELLING THESE ARE GOOD."
THEN THERE IS A SERIES OF THINGS YOU CAN CHOOSE ONE TO SAY TO CLOSE THE SALE, AND AT THE END OF EACH ONE YOU SAY, "WILL THAT BE A DEBIT OR A CREDIT CARD?"
IT SAYS -- FOR EXAMPLE, THE ONE THAT NEXT TO THE LAST ONE ON THE BOTTOM, "NOW, WE WILL REPRESENT YOU IN COURT BUT WE NEED FOR YOU TO TAKE THE STAND FOR YOURSELF. IF YOU ARE NOT GOING TO MAKE THIS COMMITMENT TO YOURSELF AND YOUR HOME LET ME KNOW RIGHT NOW AND WE'LL BID ADIEU. SO LET YOU KISS YOUR HOME GOODBYE. IT MAY SEEM YOU ARE FORCED TO GO THIS ROUTE BUT SAVING YOUR HOME IS NOT A BAD WAY TO GO. WILL THAT BE DEBIT OR CREDIT CARD?"
AND THERE ARE OTHERS THAT SAY, "IF YOU ARE NOT COMMITTED TO SAVING YOUR HOME DON'T HIRE US. IF YOU ARE COMMITTED TO SAVING YOUR HOME WE ASK FOR YOUR FULL COOPERATION AND WE ATTACK YOUR LENDER FOR WHAT IS RIGHTFULLY YOURS, WHICH IS AN AFFORDABLE MORTGAGE. AM I RIGHT? GOOD. LET'S GET STARTED. WILL THAT BE DEBIT OR CREDIT CARD?"
Q. MISS MOSCOWITZ, JUST FOR MY OWN SAKE CAN I JUST SEE

WHAT DOCUMENT YOU'RE REFERRING TO? IS THAT WENT 20 OR 21?
THE COURT: SHE IS READING FROM THE PACKET OF 20.
THE WITNESS: I DON'T KNOW BECAUSE MINE ARE NOT NUMBERED.
MR. SINASOHN: THANK YOU, YOUR HONOR.
BY MR. SINASOHN:
Q. YOU HAVE 21?
THE COURT: WELL, HERS ARE NOT NUMBERED.
THE WITNESS: TELL ME WHAT THAT IS.
BY MR. SINASOHN:
Q. THE DOCUMENT THAT SAYS, "LAW FIRM MODEL," AT THE TOP?
A. THAT'S THE STENO BOOK NEXT?
Q. YES.
A. YES, I DO.
Q. DID THAT HELP YOU TO UNDERSTAND IN ANY WAY THE OPERATIONS OF THE BUSINESS?
A. YES. I MEAN, I UNDERSTAND THIS TO BE A SALESMAN KIND OF TAKING NOTES OF THE SORTS OF THINGS THAT HE SHOULD SAY ON THE PHONE. AND IT'S -- IT TALKS ABOUT VARIOUS THINGS, THE LAW FIRM MODEL. AND IT GOES ON AT SOME POINT IT DISCUSSES THAT FEINSTEIN, WHO IS OWN OF THE LAWYERS WHO HAS CONTRACTED WITH FIRST UNIVERSAL HOLDINGS TO BE ONE OF THE LAWYERS IN THIS SERVICE.
I NOTICE IT SAYS UP AT THE TOP THAT IT IS MONITORED BY THE FLORIDA BAR. IT SAYS IN THE MIDDLE OF THAT

PAGE, "A LAW FIRM GOES STRAIGHT THROUGH. A MODIFICATION COMPANY DOESN'T. SO THIS IS WHY USING A LAW FIRM IS BETTER THAN USING WHAT WERE THE SERVICES OF FIRST UNIVERSAL HOLDING -- FIRST UNIVERSAL LENDING."

AND, YOU KNOW, THEN IT'S LIKE THE NEXT PAGE, "YOU NEED A LAWYER. WE HAVE A LAW FIRM."

THE PAGE AFTER THAT, "THE AVERAGE PERSON GETS SUED THREE TIMES. YOU'RE GOING TO -- YOU'RE GOING TO HAVE A PROBLEM. YOU MIGHT AS WELL HIRE US NOW."

THEN IT'S THE PAGE AFTER THAT, "IF YOU HAVE A LOAN, ARROW, YOU NEED A LAWYER. CREDIT CARD, ARROW, YOU NEED A LAWYER." I'M NOT SURE ACTUALLY, "YOU NEED SOMETHING." AND THEN IT SAYS, "GREAT. WE CAN HELP YOU."

AND AT THE FINAL PAGE IT SAYS, "I HAVE NOT SENT A CLIENT OVER THERE," MEANING THE LAW FIRM, "THAT THEY HAVE NOT BEEN ABLE TO HELP."

Q. AND WAS THERE ANOTHER PACKET OF DOCUMENTS THAT YOU FOUND IN THE UPSTAIRS ROOM THAT'S AT THE TOP IT SAYS, "TRAINING SCHEDULE?"

A. YES.

MR. SINASOHN: YOUR HONOR, WE WILL MARK THAT AS PLAINTIFF'S EXHIBIT 22.

THE COURT: ARE YOU OFFERING THESE DOCUMENTS?

MR. SINASOHN: I WOULD LIKE TO OFFER THESE AND -- YES, YOUR HONOR, INTO EVIDENCE AND MARK THEM.

THE COURT: ANY OBJECTION TO PLAINTIFF'S 20, 21 AND 22?

MR. FEINGOLD: FOR THE RECORD, I DON'T BELIEVE HE HAS LAID A PROPER FOUNDATION FOR ANY OF THEM, YOUR HONOR, SO I DO OBJECT.

THE COURT: ALL RIGHT. I WILL OVERRULE THE OBJECTION. 20, 21 AND 22 ARE IN EVIDENCE.

[PLAINTIFF EXHIBITS 20, 21 AND 22 RECEIVED IN EVIDENCE]

BY MR. SINASOHN:

Q. DID THIS DOCUMENT HELP YOU UNDERSTAND THE OPERATIONS OF THE BUSINESS, MISS MOSCOWITZ?

A. WELL, THIS SHOWS TRAINING SALESMAN -- SALESPERSON TRAINING SCHEDULE. THEN ATTACHED TO THAT IS WHAT'S CALLED AN OBJECTION SHEET, WHICH IS AGAIN A TYPICAL TELEMARKETING TACTIC, I GUESS. AND IT'S HOW -- WHEN PEOPLE ASK QUESTIONS ABOUT WHY THEY SHOULD USE THE SERVICE THESE ARE SUGGESTED THINGS THAT THE SALESMAN CAN SAY.

FOR EXAMPLE, "CAN I DO THIS MYSELF?

"IF YOU HAVE 24 HOURS A DAY, 365 DAYS OUT OF THE YEAR, MAYBE YOU COULD GET SOMETHING DONE. THE REALITY IS WE DEAL WITH THIS EVERY DAY AND KNOW HOW TO COMMUNICATE WITH THESE LENDERS TO TRY AND GET SOMETHING DONE."

SO IT'S THINGS LIKE THAT, THAT YOU ANSWER OBJECTIONS FROM POTENTIAL CUSTOMERS.

Q. NOW, DID YOU ALSO -- YOU MENTIONED EARLIER THAT MR. LIGGINS IDENTIFIED THE DIFFERENT PARTS OF THE ROOM, I BELIEVE, IS THAT CORRECT?
A. THE PARTS OF THE SECOND FLOOR ROOM.
Q. AND DID HE OR -- DID HE IDENTIFY CERTAIN ROOMS OFF TO THE SIDE OF THE MAIN BOILER ROOM AS J AND H ROOMS?
A. YES.
Q. AND DID YOU HAVE AN OPPORTUNITY TO INSPECT THOSE ROOMS?
A. YES.
Q. DID YOU OBTAIN ANY DOCUMENTS FROM THOSE ROOMS TO HELP YOU UNDERSTAND THE BUSINESS PRACTICES?
A. YES. I HAD BEEN TOLD THAT J AND H ROOMS HAD RECENTLY BEEN MADE INTO A SALES AREA. SO I WENT THROUGH THE DESKS AND THE TOPS OF THE DESKS IN THOSE ROOMS.
Q. AND DID YOU FIND A DOCUMENT THAT'S SAYS AT THE TOP OF IT, S AND F CHEAT SHEET?"
A. YES, I DID. LET'S SEE IF I CAN FIND IT.
YES, I HAVE IT.
MR. SINASOHN: YOUR HONOR, I WOULD LIKE TO MARK, IDENTIFY AND MOVE INTO EVIDENCE WHAT WE WILL CALL PLAINTIFF'S EXHIBIT 23.
THE COURT: ALL RIGHT.
MR. SINASOHN: THANK YOU, YOUR HONOR.
THE COURT: ANY OBJECTION TO 23?
MR. FEINGOLD: NO, SIR.

THE COURT: 23 IS IN EVIDENCE.

[PLAINTIFF EXHIBIT 23 RECEIVED IN EVIDENCE]

BY MR. SINASOHN:

Q. AND, MISS MOSCOWITZ, CAN YOU DESCRIBE FOR THE COURT HOW THIS DOCUMENT ASSISTED YOU IN UNDERSTANDING THE PRACTICES OF THIS COMPANY?

A. THIS WAS UP ON THE J ROOM WALL, WHICH IS THE SALES ROOM THAT OPENED THIS NOVEMBER 2009, S AND F CHEAT SHEET. I'M ASSUMING S AND F IS STRATTON & FEINSTEIN, ONE OF THE LAW FIRMS WITH WHICH FIRST UNIVERSAL HOLDINGS CONTRACT. AND IT TALKS ABOUT THE KINDS OF ACCOUNTS THEY WANT TO WORK ON, ACCOUNTS THEY DO NOT WANT TO WORK ON, AND WHAT THE STRONG SELLING POINTS ARE.

"WE REPRESENT OURSELVES AS STAFF. WHEN WE SPEAK TO POTENTIAL CLIENTS THE CLIENTS ARE HIRING PERSONAL ATTORNEYS. COURT COSTS ARE COVERED. FLAT FEE FOR SERVICES. TURN TIME ON NEGOTIATIONS IS MUCH QUICKER VERSUS DEALING WITH A MODIFICATION COMPANY. WE CAN STOP HARASSING CALLS," ET CETERA.

AND ATTACHED TO THAT IS A -- IS A LARGE TYPE QUOTE. "BY HANDLING THE NEGOTIATION YOURSELF YOU ARE SIMPLY PLACING YOUR FUTURE IN THE HANDS OF THE SAME PEOPLE THAT PLACED YOU INTO THIS LOAN IN THE FIRST PLACE."

NOW, I DON'T THINK THESE WERE ON THE WALL. NOW I'M NOT POSITIVE. I THINK THEY WERE NEAR THERE.

Q. THIS WAS ON -- THIS THREE PAGE EXHIBIT WERE THESE PAGES TOGETHER?
A. THAT'S WHAT I'M TRYING TO REMEMBER. THEY WERE AT LEAST RIGHT BY THE DESK THAT IS THE FIRST DESK INSIDE THE ROOM, THE J ROOM.
Q. AND THE FIRST PAGE YOU SAID, "S AND F," YOU THINK THAT MEANS STRATTON & FEINSTEIN?
A. I THINK. BUT I DON'T THINK --
Q. I'M SORRY?
A. YES, I'M PRETTY SURE.
Q. ON THE LAST PAGE WHEN IT SAYS, "WHEN ASKED WHO YOU ARE," WHAT DOES IT SAY?
A. "I'M FROM TRANSCONTINENTAL LENDING. WE ARE A DIRECT LENDER. I NEED TO ASK YOU JUST A FEW QUESTIONS TO SEE WHAT FINANCIAL HARDSHIP ASSISTANCE PROGRAMS YOU ARE BEST SUITED FOR. FAIR ENOUGH?"
Q. AND IS TRANSCONTINENTAL LENDING, AS FAR AS YOU KNOW, IS THAT ONE OF THE D/B/A'S THAT FIRST UNIVERSAL LENDING USES?
A. I THINK IT IS. BUT IT'S JUST PART OF THE SCRIPT WHERE YOU NEVER -- YOU DON'T GET ANYTHING FROM TRANSCONTINENTAL LENDING BECAUSE YOU DON'T QUALIFY. AS IT SAYS AT THE TOP, IT SAYS, "THEN YOU ARE REFERRED TO A LAW FIRM."
Q. NOW, DID YOU SEE ANY PHYSICAL SEPARATION BETWEEN THE OPERATIONS THAT YOU BELIEVED WERE FIRST UNIVERSAL LENDING AND WHERE YOU SAW DESKS THAT HAD INDICATIONS THAT IT MIGHT

BE SOMEONE DOING WORK FOR STRATTON & FEINSTEIN OR ANY OF THE OTHER LAW FIRMS?
A. NO.
Q. AND DID YOU FIND -- IN THE J AND H ROOM ALSO, DID YOU FIND A DOCUMENT THAT SAYS AT THE TOP, "FAIR CREDIT REPORTING, $20,000 INFO AT S SLASH F?"
IT WOULD BE RIGHT --
A. IN THE SAME PACKET?
Q. YEAH.
THE COURT: THE S AND F CHEAT SHEET PACKET?
MR. SINASOHN: YES, SIR.
THE COURT: AND IT SAYS WHAT AGAIN?
MR. SINASOHN: IT SAYS AT THE TOP, "FAIR CREDIT REPORTING ACT, INFO ACT" -- I CAN SHOW IT TO YOU IF YOU LIKE.
THE WITNESS: I DON'T SEE IT.
THE COURT: I DON'T THINK -- IT IS NOT IN 23.
MR. SINASOHN: NO. NO, YOUR HONOR, IT'S THE NEXT DOCUMENTS THAT I'M TALKING ABOUT.
THE COURT: ARE YOU SAYING THAT IT IS PART OF PLAINTIFF'S 23?
MR. SINASOHN: NO, YOUR HONOR.
THE COURT: OKAY.
MR. SINASOHN: SORRY FOR THE CONFUSION.
CAN I APPROACH THE WITNESS, YOUR HONOR?

THE COURT: YES.

BY MR. SINASOHN:

Q. I WOULD LIKE TO -- WHEN SHE IDENTIFIES IT.

CAN YOU RECOGNIZE THAT DOCUMENT?

A. YES. I TOOK IT -- I COPIED IT FROM ONE OF THE J DESKS. AND, I'M SORRY, I DON'T KNOW WHAT HAPPENED TO MY COPY OF IT.

Q. OKAY.

A. ACTUALLY --

Q. IT SAYS AT THE BOTTOM, "H SIX."

A. AND I THINK I WROTE H SIX ON IT.

Q. SO IS THAT FROM THE H ROOM THEN?

A. YES.

MR. SINASOHN: YOUR HONOR, I WOULD LIKE TO MARK AND IDENTIFY AND OFFER INTO EVIDENCE WHAT WE WILL MARK AS EXHIBIT PLAINTIFF'S 24.

THE COURT: WHICH IS?

MR. SINASOHN: WHICH IS THE DOCUMENT THAT AT THE TOP IT SAYS, "FAIR CREDIT REPORTING ACT, $20,000 INFO ACT, S SLASH F AGREEMENT."

THE COURT: ANY OBJECTION?

MR. FEINGOLD: SIR, I HAVEN'T BEEN GIVEN A COPY.

THE COURT: ALL RIGHT.

MR. FEINGOLD: NO OBJECTION, YOUR HONOR.

THE COURT: 24 IS IN EVIDENCE.

[PLAINTIFF EXHIBIT 24 RECEIVED IN EVIDENCE]

BY MR. SINASOHN:
Q. AND HOW DID THIS DOCUMENT, IF AT ALL, HELP YOU TO UNDERSTAND THE OPERATIONS OF THE DEFENDANTS?
A. WELL, THIS IS PART OF THE LAW FIRM MODEL. IT GOES ON TO SAY, "YOU ARE NOT HIRING A COMPANY, YOU'RE HIRING A LAW FIRM. WE ARE THE ONLY ONES NOT TAKING A HUGE FEE. WE BILL IT OUT OVER FIVE MONTHS. LITIGATE ON YOUR BEHALF. OUR RETAINER FEE FOR OUR LEGAL SERVICES MAKING IT AFFORDABLE FOR THE AVERAGE AMERICAN IS $500 PER MONTH FOR A FIVE MONTH PERIOD. GUARANTEE OUR SERVICES NO MATTER HOW LONG IT TAKES. LEGAL REPRESENTATION -- I MEAN, YOU MIGHT AS WELL PAY US BEFORE IT GETS WORSE."
Q. IT DOES SAY ON THIS FORM, "GUARANTEE OUR SERVICES NO MATTER HOW LONG IT TAKES?"
A. YES.
Q. AND WHAT DOES THAT MEAN TO YOU?
A. IT MEANS THAT.
Q. AND DID YOU FIND ALSO A PACKET OF OPENING PITCHES IN THE J ROOM THAT WERE ON DESK J-5?
A. YES.
Q. DO YOU HAVE THAT IN FRONT OF?
A. YES.
Q. AND AT THE TOP DOES IT SAY, "OPENING PITCH," AND IT HAS AN OPENER NAME MIKE A?
A. YES.

Q. DATED 11-18?
A. YES.
MR. SINASOHN: YOUR HONOR, I WOULD LIKE TO MARK, IDENTIFY AND OFFER INTO EVIDENCE WHAT WE WILL MARK AS PLAINTIFF'S EXHIBIT 25.
THE COURT: SHOW THAT TO MR. FEINGOLD.
MR. FEINGOLD: NO OBJECTION, YOUR HONOR.
THE COURT: 25 IS IN EVIDENCE.
[PLAINTIFF EXHIBIT 25 RECEIVED IN EVIDENCE]
BY MR. SINASOHN:
Q. MISS MOSCOWITZ, DID THIS DOCUMENT HELP YOU UNDERSTAND THE BUSINESS PRACTICES OF THE DEFENDANTS?
A. YES. THIS IS ONE OF THE PITCHES, AND I FOUND THEM ON OTHER DESKS ALSO THAT STARTS WITH, YOU KNOW, "THIS IS MIKE A WITH TRANSCONTINENTAL LENDING. ARE YOU STRUGGLING WITH YOUR MORTGAGE?"
AND THEN AFTER THE INTAKE OF FINANCIAL INFORMATION THE PITCH GOES ON TO STATE, "FROM YOUR INFORMATION I CANNOT GET YOU APPROVED FOR FINANCING, BUT I DON'T WANT TO LEAVE YOU WITHOUT ANY HELP. AT THIS POINT IT LOOKS LIKE YOU NEED LEGAL HELP TO FIX THE PROBLEMS. I CAN REFER YOU OVER TO A LAW FIRM THAT WORKS WITH THESE KINDS OF SITUATIONS. WE'VE SEEN A LOT OF SUCCESS WITH THEM. LET ME SEE IF I CAN GET AN ASSOCIATE ON THE PHONE SO I CAN TRANSFER YOU. HANG ON FOR A MOMENT. I WISH YOU THE BEST OF LUCK."

ATTACHED IS A HANDWRITTEN VERSION OF A SIMILAR PITCH, WHICH WAS ALSO ON THAT DESK.

Q. AND THERE ARE SEVERAL DOCUMENTS IN THIS PACKET. DID ANY OF THE OTHER DOCUMENTS IN THIS PACKET HELP YOU TO UNDERSTAND?

A. IF YOU TELL ME WHAT THEY ARE.

Q. THE SECOND DOCUMENT IS A DOCUMENT THAT AT THE TOP IT STAYS, "ADAM ALAOUIEH?"

A. YES. THAT'S THE SAME PITCH AS MIKE A'S. IT WAS JUST FOUND ON THE -- I FOUND IT ON THE J-4 DESK AND COPIED IT.

Q. OKAY.

A. AND THEN THERE IS ANOTHER MIKE A PITCH. I DON'T KNOW IF YOU HAVE THOSE.

Q. YES.

A. AND ANOTHER ONE FROM J-2 FROM JOHNNIE BRAVO, NOVEMBER 10TH, THE SAME PITCH. AND THEN I HAD FOUND THAT PITCH ON H-3. AND THEN THERE IS -- I DON'T KNOW IF YOU HAVE IT IN THE SAME PACKAGE, THE FINLEY AND ASSOCIATES DOCUMENT?

Q. THE NEXT --

A. I DON'T KNOW IF YOU HAVE IT.

Q. I'M LOOKING AT PLAINTIFF'S 25. IT'S A ONE --

THE COURT: SHOW HER WHAT YOU'RE LOOKING AT.

MR. SINASOHN: YES, YOUR HONOR.

BY MR. SINASOHN:

Q. THIS IS WHAT I'M LOOKING AT.

A. YES. AND I HAVE GONE THROUGH WHAT I HAD THAT CAME AFTER THAT. I DON'T KNOW IF YOU HAVE THEM ATTACHED OR NOT.
Q. I DO. AND DID YOU ALSO FIND IN THE COURSE OF YOUR EXAMINING OF THE ROOMS -- THE J AND H ROOMS, DID YOU FIND A PACKET OF DOCUMENTS THAT AT THE TOP SAYS, "FINLEY AND ASSOCIATES, A CONSUMER RIGHTS LAW FIRM?"
A. YES.
MR. SINASOHN: YOUR HONOR, I WOULD LIKE TO MARK, IDENTIFY AND OFFER INTO EVIDENCE AS EXHIBIT -- PLAINTIFF'S EXHIBIT 26, THIS PACKET OF DOCUMENTS.
THE COURT: SHOW IT TO MR. FEINGOLD.
MR. SINASOHN: YES, YOUR HONOR.
MR. FEINGOLD: NO OBJECTION, SIR.
THE COURT: 26 IS IN EVIDENCE.
[PLAINTIFF EXHIBIT 26 RECEIVED IN EVIDENCE]
BY MR. SINASOHN:
Q. CAN YOU DESCRIBE HOW THIS DOCUMENT HELPED YOU TO UNDERSTAND THE BUSINESS PRACTICES OF THE DEFENDANTS?
A. WELL, THIS APPEARS TO BE A SCRIPT OF WHAT WOULD BE CALLED A CLOSER, SOMEBODY WHO WOULD AFTER THE OPENER REFERS YOU TO A LAW FIRM THIS PERSON STATES THAT HE IS A STAFF MEMBER AT FINLEY AND ASSOCIATES WHICH IS A LAW FIRM.
THERE ARE A NUMBER OF CARDS THROUGHOUT THE OFFICE OF VARIOUS -- OF THE SALESPEOPLE. IT WOULD BE A LAW FIRM LOOKING CARD, AND IT HAS THEIR NAME. THEY ARE NOT ATTORNEYS

SO IT SAYS, "STAFF MEMBER."
Q. AND HOW LONG HAVE YOU BEEN AN ATTORNEY, MISS MOSCOWITZ?
A. THIRTY-TWO YEARS.
Q. AND IN ALL THE TIME YOU HAVE BEEN AN ATTORNEY HAVE YOU EVER HEARD OF A LAW FIRM HAVING OPENERS AND CLOSERS?
A. NO.
Q. DID THIS HELP YOU TO UNDERSTAND -- DID ANY OF THE OTHER PAGES IN EXHIBIT 26 HELP YOU UNDERSTAND THE BUSINESS PRACTICES OF THE DEFENDANTS?
A. YES. I MEAN, YOU CAN SEE WHAT HAPPENS. YOU KNOW, THERE IS THE OPENING AND THEN THERE IS THE CLOSING. NOW YOU ARE SUPPOSEDLY CONNECTED TO THE LAW FIRM, ALTHOUGH IT'S A PERSON WHO IS EITHER IN THE SAME ROOM OR THE ROOM NEXT TO YOU.
THIS SAYS, "I'M JIM ROBINET. I'M A STAFF MEMBER HERE AT FINLEY AND ASSOCIATES. I SEE YOU HAVE BEEN SPEAKING TO MAYBE MIKE A OVER AT TRANSCONTINENTAL LENDING. USUALLY WHEN THERE IS A CASE THAT THEY CAN'T HELP YOU WITH THEY IMMEDIATELY REFER YOU TO THIS LAW FIRM. IT APPEARS YOU'RE STRUGGLING WITH YOUR MORTGAGE."
THEN THERE IS THE SALES PITCH. IT GOES DOWN BELOW, "WHAT WE DO HERE AT FINLEY AND ASSOCIATES IS ESSENTIALLY HELP SAVE PEOPLES' HOMES. ESSENTIALLY WHAT WE ARE DOING IS SHOWING YOUR LENDER THAT YOU HAVE THE DESIRE TO SAVE YOUR HOUSE," ET CETERA.

AND THEN DOWN AT THE BOTTOM IT GOES INTO THE PRICING AND SAYS, "NOW, BECAUSE OF YOUR" -- THIS IS A PRINTED PITCH. "NOW, BECAUSE OF YOUR FINANCIAL STRESS AND YOUR HARDSHIP AND DUE TO THE LACK OF FUNDS I'M GOING TO GET MY LEGAL TEAM TO AGREE TO A REDUCTION IN THE MONTHLY PAYMENT. NORMALLY WE WOULD CHANGE $900 A MONTH. I WILL BE WILLING TO LOWER THE PAYMENT TO $600 A MONTH FOR FIVE MONTHS. WE CAN PROCESS THIS IN A LUMP SUM OR STRETCH IT OUT."

THEN THERE IS ANOTHER SALES NOTES THAT GO ON. AND ATTACHED TO THAT IS STENO NOTES. IS THAT ATTACHED ON YOURS?

Q. YES. IT IS PRINTED NOTES AND -- DID YOU SEE THESE NOTES?

A. YES.

Q. AND THEN AFTER THAT --

A. THOSE WERE I THINK TOGETHER WITH THE ROBINET NOTES, WHICH ARE -- AGAIN, THEY SEEM TO ME TO BE NOTES A SALESPERSON HAS THAT HELPS HIM OR HER KEEP, YOU KNOW, SAYING WHAT THEY ARE SUPPOSED BE SAYING WHEN THEY ARE TALKING ON THE PHONE TO A POTENTIAL CUSTOMER.

Q. IT SAYS 30 TO 40 PERCENT REDUCTION?

A. YES.

Q. AND WAS THE LAST PAGE, DOES THAT SAY, "WE ARE A LENDING INSTITUTION. WE APPROVE HOME LOANS." HANDWRITTEN.

A. WELL, THOSE NOTES, THE ONES THAT SAY, "MATT NOTES,"

THAT ARE HANDWRITTEN WERE UP ON THE WALL OVER A DIFFERENT DESK IN THE J ROOM. I THINK THE NOTES MAY HAVE BEEN WITH IT. BUT IN ANY EVENT, THOSE ARE HANDWRITTEN NOTES. THEY WERE BOTH UP ON THE WALL.

THE SECOND PAGE IS, "WE'RE A LENDING INSTITUTION. WE APPROVE HOME LOANS THROUGH TRADITIONAL REFINANCE. IF WE'RE NOT ABLE TO HELP YOU, YOU MIGHT HAVE OTHER ALTERNATIVES AND WE MIGHT BE ABLE TO HELP YOU," AND I ASSUME WHAT FOLLOWS THAT IS THE LAW FIRM INTRO.

Q. AND THIS WAS FOUND IN THE SAME ROOM WITH -- WHERE THE FINLEY AND ASSOCIATES CLOSING NOTES WERE FOUND?

A. YES.

Q. SO DID YOU FIND THAT --

A. THIS WAS -- THE FINLEY AND ASSOCIATES WAS AT H-1. THE HANDWRITTEN NOTES THAT ARE IN THE BACK I THINK WERE IN THE J ROOM. BUT THE J AND THE H ROOMS ARE -- YOU KNOW, IT'S LIKE AN -- THEY ARE BASICALLY THE SAME ROOM.

Q. AND HOW MANY DESKS, JUST TO GIVE THE COURT AN IDEA HOW BIG THIS ROOM WAS, WAS IN THE J AND H ROOM? MANY APPROXIMATELY.

A. EIGHT TO 10.

Q. ALL RIGHT. DID YOU ALSO CONDUCT AN INSPECTION OF SOMETHING CALLED THE RED ROOM?

A. YES.

Q. AND WHY IS IT CALLED THE RED ROOM?

A. WELL, BECAUSE IT'S PAINTED RED. IT'S VERY RED. IT'S VERY RED. I HAD ACTUALLY SPOKEN TO THE PEOPLE IN THAT ROOM WHEN I CAME IN. THEIR NAMES ARE LARRY PATRICK AND EDWARD GEE, I THINK G-E-E, AND THEY TOLD ME THEY WERE IN CUSTOMER SERVICE.
Q. AND DO YOU RECOGNIZE -- WELL, DID YOU FIND A PACKET OF DOCUMENTS THAT AT THE TOP SAYS, "IF ALREADY CANCELED ONLY COMPLETE MY TASK. NOT CANCEL, NO PAY?"
A. YES.
Q. AND YOU FOUND IT IN THE RED ROOM?
A. THOSE DOCUMENTS WERE IN THAT LOOM.
MR. SINASOHN: AND, YOUR HONOR, WE WOULD LIKE TO MARK, IDENTIFY AND OFFER INTO EVIDENCE WHAT WE WOULD LIKE TO CALL PLAINTIFF'S EXHIBIT 27.
MR. FEINGOLD: NO OBJECTION, YOUR HONOR.
THE COURT: ALL RIGHT. 27 IS IN EVIDENCE.
[PLAINTIFF EXHIBIT 27 RECEIVED IN EVIDENCE]
BY MR. SINASOHN:
Q. AND, MISS MOSCOWITZ, CAN YOU TILL THE COURT IF THIS DOCUMENT ASSISTED YOU IN UNDERSTANDING THE OPERATIONS OF THE BUSINESS?
A. YES. I MEAN, THIS IS -- I THINK THIS IS CUSTOMER SERVICE. I THINK THIS IS WHEN SOMEBODY CALLS WITH QUESTIONS AND COMPLAINTS THESE ARE VARIOUS THINGS THAT THESE PEOPLE SAY TO PEOPLE ON THE PHONE.

ONE OF THEM IS, "WE'RE THE NUMBER ONE MODIFICATION COMPANY IN THE COUNTRY. WE ARE -- WE ARE COMPLETING THREE TO 4,000 MODIFICATIONS MONTHLY."

BY THE WAY, THIS SEEMS TO ME TO BE A DOCUMENT FROM THE FIRST UNIVERSAL LENDING ERA BECAUSE IT'S TALKING DIRECTLY ABOUT MODIFICATION.

IT ALSO GOES ON AND SAYS, "LISTEN TO CLIENT. REASSURE THEM I AM HERE TO HELP THEM. WHAT CAN I DO FOR YOU? TYPICALLY WE ASK FOR 50 CENTS ON THE DOLLAR. WE CAN GET THIS DONE. MY ONLY JOB IS TO HELP YOU. HOW CAN I," SOMETHING OR OTHER, "TO LET ME HELP YOU."

THEN THERE IS THE ANSWER ON THE NEXT PAGE, WHICH IS THREE IN, "THE DOCUMENTS ARE UNDER REVIEW AT THE LENDER. THIS IS WHAT WE DO EVERY DAY. WE HELP PEOPLE KEEP THEIR HOMES."

Q. EXCUSE ME. WHICH PAGE ARE YOU ON?

A. I'M ON THE THIRD PAGE OF THAT HANDWRITTEN DOCUMENT.

Q. THANK YOU.

A. "WE HAVE A STAFF OF OVER 150."

THEN ON THE FOURTH PAGE IN IT SAYS, ABOUT THE TOP THIRD, THE THIRD PARAGRAPH DOWN, "EVEN IF YOU ARE SIX MONTHS BEHIND IF YOU MAKE A PAYMENT YOU BECOME A PERFORMING LOAN. BEING CURRENT HINDERS THE PROCESS," BY WHICH I UNDERSTAND THAT IT IS SUGGESTED THAT PEOPLE DO NOT PAY THEIR MORTGAGES AS THEY GO ALONG.

AND THEN THERE IS A BUNCH OF OTHER -- THE LAST HANDWRITTEN PAGE SAYS, "CONSISTENT COMPLAINTS, PASS ON TO MIRANDA," AND SOMEBODY ELSE WHO I CAN'T READ.

Q. WHAT DOES THAT MEAN TO YOU?

A. IT MEANS IF THEY KEEP GETTING THE SAME PERSON OVER AND OVER, "TO MIRANDA AND CHRISTINA. GET ON THE PHONE, GET OFF THE PHONE, AND MOVE ON."

MIRANDA IS THE ROOM SUPERVISOR. "CONSISTENT COMPLAINTS PASS ON TO MIRANDA," AND SOMEBODY ELSE.

Q. YOU SAID THAT IT WAS SUGGESTED TO YOU THAT IT WAS FROM THE FIRST UNIVERSAL LENDING ERA. DID YOU MEAN BY THAT TO SUGGEST THAT THEY ARE NO LONGER DOING BUSINESS?

A. WELL, NO. AS I STATED BEFORE, WE WERE INFORMED, AND I THINK MISS BERG SAW IN THE SYSTEM THAT FIRST UNIVERSAL LENDING CUSTOMERS ARE STILL BEING -- ARE STILL PAYING AND ARE STILL IN THE SYSTEM, 1,098 OF THEM. SO THAT THERE ARE NO NEW FIRST UNIVERSAL SALES BUT IT IS NOT CLOSED.

Q. DID YOU ALSO HAVE AN OPPORTUNITY TO INSPECT DOCUMENTS IN -- ON THE J-1 DESK?

A. I THINK -- I'M AFRAID -- I'M SORRY, YOU ARE GOING TO HAVE TO SHOW ME WHAT YOU MEAN --

Q. SURE.

A. -- BECAUSE BY NOW --

MR. SINASOHN: YOUR HONOR, MAY I APPROACH?

THE COURT: YOU MAY.

THE WITNESS: YES.

BY MR. SINASOHN:

Q. ON THE FIRST DOCUMENT IS -- THE TOP THERE IS A NUMBER FIVE SIX ONE THREE FOUR ZERO ONE TWO ONE TWO. DO YOU SEE THAT?

A. YES.

Q. IS THIS A DOCUMENT THAT YOU FOUND ON THE J-1 DESK?

A. YEAH. THIS I REMEMBER BETTER THAN SOME OF THE OTHERS. THIS WAS IN SOMEBODY'S LIKE PORTFOLIO, YOU KNOW, A LEATHER FOLDER THAT YOU KEEP DOCUMENTS IN.

Q. DID YOU ALSO FIND ON THE J-1 DESK SOMETHING AT THE TOP SAYS, "F AND B CLOSING, OPENING COMMENTARY?"

A. YES.

MR. SINASOHN: AND, YOUR HONOR, I DON'T KNOW IF I SAID THIS BEFORE, 28. BUT FOR 20 AND 29, I WOULD LIKE TO MARK, IDENTIFY AND MOVE THOSE EXHIBITS INTO EVIDENCE, AND 29 IS THE ONE MARKED -- THE DOCUMENT MARKED F AND B CLOSING, OPENING COMMENTARY.

THE COURT: I BELIEVE YOU HAVE ALREADY MOVED INTO EVIDENCE 27, BUT JUST IN CASE YOU ARE ALSO MOVING IN 27?

MR. SINASOHN: YES, YOUR HONOR.

THE COURT: AND YOU HAVE 28 AND 29?

MR. SINASOHN: YES, YOUR HONOR. THANK YOU.

THE COURT: ANY OBJECTION?

MR. FEINGOLD: NO, SIR.

THE COURT: 27, 28 AND 29 ARE IN EVIDENCE.

[PLAINTIFF EXHIBITS 27, 28 AND 29 RECEIVED IN EVIDENCE]

BY MR. SINASOHN:

Q. MISS MOSCOWITZ, THIS DOCUMENT --

MR. SINASOHN: I'M SORRY, YOUR HONOR.

THE COURT: GO AHEAD.

BY MR. SINASOHN:

Q. THIS DOCUMENT SAYS, "F AND D CLOSING, OPENING COMMENTARY," AND YOU SAID YOU FOUND IT ON THE J-1 DESK. IS THAT FROM THE SAME ROOM WHERE YOU FOUND CLOSING NOTES FROM FINLEY AND ASSOCIATES?

A. YES. I THINK THIS IS FINLEY -- THIS IS FINLEY AND BALOGNA.

Q. OKAY. AND WHAT DOES THIS DOCUMENT MEAN TO YOU INSOFAR AS UNDERSTANDING THE OPERATIONS OF THE BUSINESS?

A. WELL, I THINK THIS IS A CLOSER -- A CLOSER'S SCRIPT.

"HELLO, PERSON, MY NAME IS LAWRENCE INGWELL. I WORK IN THE LAW FIRM OF F AND B INTERNATIONAL."

I DID -- I DID ATTEMPT TO LOOK UP TO SEE IF MR. INGWELL WAS A LAWYER. HE IS CERTAINLY NOT IN THE FLORIDA BAR.

"WE PRACTICE LAW THROUGHOUT THE U.S. AND EASTERN EUROPE. OUR PRIMARY OF LAW THAT WE SPECIALIZE IN HERE IN THE U.S. IS CONSUMER PROTECTION." THAT IS A SIC. IT REALLY

IS THAT WAY. "AND WE ARE PRIMARILY -- WE PRIMARILY ARE ONLY TAKING ON REFERRALS BECAUSE OF THE TREMENDOUS NUMBER OF PROBLEMS THE ECONOMY IS CAUSING FOR THESE FOLKS ACROSS THE COUNTRY."

THEN THE NEXT PAGE HAS WHAT THEY CAN DO FOR YOU. "BASED ON THE INFORMATION YOU HAVE PROVIDED ME ON THE PHONE HERE ARE THE STEPS WE CAN TAKE AS A LAW FIRM TO HELP YOU RESOLVE THIS MATTER. LOWER YOUR MONTHLY PAYMENTS TO AN AFFORDABLE LEVEL. THIS NORMALLY TAKES 90 TO 120 DAYS. IN THAT TIME WE WILL PRESENT YOUR HARDSHIP CASE AND BEGINNING NEGOTIATING YOUR LOWER PAYMENT. TYPICALLY WE SEE ANYWHERE FROM A 30 TO 40 A PERCENT REDUCTION IN PAYMENTS," AND THEN IT IS WRITTEN IN, "DEPENDING UPON VERIFYING ALL THE FACTS."

"THE MORTGAGE COMPANIES TRY TO DRAG THEIR FEET ON THIS AND WILL EVEN TRY TO WORK WITH YOU DIRECTLY AS THEY DON'T WANT TO CONCEDE ANY FINANCIAL ADVANTAGE, BUT THEY WILL NEVER OFFER YOU THE LOWER INTEREST AND LOWER PAYMENTS THAT WE CAN NEGOTIATE BECAUSE WE HAVE A LEGAL ADVANTAGE."

THEN IT SAYS ON THE THIRD PAGE, IT HAS SOME MORE ISSUES ABOUT, "HOW WE ARE GOING TO CHARGE YOU. INSTEAD OF HAVING A LOW FLAT FEE WE ALLOW MONTHLY PAYMENTS UP TO FIVE MONTHS OF BLANK FOR A TOTAL OF BLANK."

AND THEN AT THE BOTTOM IT SAYS, "WE WILL NOT SEND THESE OUT," MEANING THE DOCUMENTS, "TO HELP YOU UNTIL WE RECEIVE THE FIRST MONTHLY PAYMENT FROM YOU."

Q. DID YOU ALSO OBTAIN DOCUMENTS FROM THE J-2 DISK?
A. YES.
Q. AND DID YOU OBTAIN A DOCUMENT THAT AT THE TOP THAT SAYS, "FINLEY AND BALOGNA INTERNATIONAL, PA," AND IT HAS SOME HANDWRITTEN NUMBERS AT THE TOP?
A. YES.
MR. SINASOHN: YOUR HONOR, WE WOULD LIKE TO MARK, IDENTIFIED AN OFFER INTO EVIDENCE EXHIBIT PLAINTIFF'S EXHIBIT 30.
MR. FEINGOLD: NO OBJECTION, YOUR HONOR.
THE COURT: 30 IS IN EVIDENCE.
[PLAINTIFF EXHIBIT 30 RECEIVED IN EVIDENCE]
BY MR. SINASOHN:
Q. AND HOW DID THIS DOCUMENT ASSIST YOU IN UNDERSTANDING THE OPERATIONS OF THE BUSINESS, MISS MOSCOWITZ?
A. WELL, THIS IS AN EXAMPLE OF THE CONTRACT UNDER THE LAW FIRM MODEL THAT FIRST UNIVERSAL HOLDING SENDS OUT IN THE NAME OF FINLEY AND BALOGNA, AND IT DESCRIBES AND -- ALL THE SERVICES THAT ARE BEING PROVIDED. IT'S A CONTRACT. AND I GUESS IT ALSO REQUESTS INFORMATION FROM THE CONSUMER.
Q. DO YOU KNOW IF THIS CONTRACT -- WELL, DID YOU HAVE AN OPPORTUNITY IN THE COURSE OF YOUR DUTIES AS A RECEIVER TO SEE OTHER LAW FIRM CONTRACTS AT THE SITE?
A. I'M NOT POSITIVE RIGHT NOW. I THINK I SAW STRATTON & FEINSTEIN CONTRACTS BUT I JUST DON'T KNOW RIGHT NOW.

Q. DID YOU HAVE AN OPPORTUNITY TO SEE ANY OTHER FIRST UNIVERSAL LENDING CONTRACTS, OR FRIST HOLDING CONTRACTS?

A. YES. YES, I'M PRETTY SURE.

Q. DID YOU KNOW WHETHER OR NOT THE MATERIAL TERMS OF THE CONTRACT SIGNIFICANTLY DIFFERED FROM THOSE OF THE LAWYERS CONTRACTS?

A. I DON'T RIGHT NOW.

Q. DID YOU HAVE AN OPPORTUNITY TO OBTAIN DOCUMENTS FROM THE J-6 FILE FOLDER?

A. CAN YOU SHOW ME --

Q. YES.

A. -- WHAT YOU ARE REFERRING TO?

Q. YES.

A. WAIT. I HAVE -- I HAVE THAT FOLDER. YES, I HAVE IT.

Q. CAN YOU TELL THE COURT HOW THIS DOCUMENT ASSISTED YOU IN UNDERSTANDING THE OPERATIONS OF THE BUSINESS?

A. WELL, IT'S THE SAME DOCUMENT WE HAVE SEEN BEFORE, WHICH I THINK CAME FROM UPSTAIRS. IT'S AGAIN THE TRAINING FOR SALESPEOPLE. TO ME IT IS NOT ISOLATED. I FOUND IT IN A FILE FOLDER ON THE DESK WHICH MR. LIGGINS HAD MARKED J-6.

Q. AND THAT'S THE SAME ROOM WHERE WE HAD THE FINLEY AND BALOGNA DOCUMENTS?

A. YES.

MR. SINASOHN: I WOULD LIKE TO MARK, IDENTIFY AND OFFER INTO EVIDENCE PLAINTIFF'S EXHIBIT 31, YOUR HONOR.

MR. FEINGOLD: NO OBJECTION, JUDGE.
THE COURT: 31 IS IN EVIDENCE.
[PLAINTIFF EXHIBIT 31 RECEIVED IN EVIDENCE]
BY MR. SINASOHN:
Q. DID YOU HAVE AN OPPORTUNITY TO OBTAIN DOCUMENTS FROM THE WALL AT J-3?
A. AGAIN, YOU ARE GOING TO HAVE TO SHOW ME.
Q. OKAY.
A. YES.
Q. DO YOU NEED THAT COPY?
A. NO, BECAUSE IT IS THE SAME ONE. IT IS THE SAME.
Q. DID THIS DOCUMENT THAT YOU OBTAINED AT THE WALL AT J-3, DID THAT ASSIST YOU IN UNDERSTANDING THE OPERATIONS OF THE COMPANY?
A. YES. THAT'S THAT SAME CLOSING DOCUMENT FROM MR. ROBINET THAT WE SAW BEFORE.
MR. SINASOHN: YOUR HONOR, I WOULD LIKE TO MARK, IDENTIFY AND OFFER INTO EVIDENCE PLAINTIFF'S EXHIBIT 32.
MR. FEINGOLD: NO OBJECTION, SIR.
THE COURT: 32 IS IN EVIDENCE.
[PLAINTIFF EXHIBIT 32 RECEIVED IN EVIDENCE]
BY MR. SINASOHN:
Q. DO YOU KNOW IF THE SALES CALLS ARE RECORDED FROM FIRST UNIVERSAL LENDING'S OPERATIONS?
A. I HAVE BEEN TOLD BY MR. FEINGOLD AND I THINK

MR. ZAUSNER, OR MR. ZAUSNER TOLD MISS BERG THAT ANYWAY THAT THE SALES CALLS FROM -- ARE NOT RECORDED FROM EITHER FIRST UNIVERSAL LENDING AND FIRST UNIVERSAL HOLDING.

THE FIRST CALL THAT'S RECORDED IS A VERIFICATION CALL, WHICH IS ALSO A TELEMARKETING STRATEGY. SO THE FIRST CALL IS KIND OF, YOU KNOW, "WELCOME AND HERE ARE THE TERMS YOU HAVE AGREED TO, RIGHT?"

Q. COULD YOU DESCRIBE FOR THE COURT WHETHER YOU BELIEVE THIS COMPANY WAS DESIGNED TO -- TO LEGITIMATELY OFFER CONSUMERS MORTGAGE MODIFICATIONS ON THEIR LOANS THAT WOULD SUBSTANTIALLY REDUCE THEIR MORTGAGE IN ALL, OR VIRTUALLY ALL INSTANCES?

A. WELL, NOT ALL OR SUBSTANTIALLY ALL. I REALLY DON'T DOUBT THE GOOD FAITH OF THE BACK OFFICE STAFF, WHICH ARE -- YOUR BACK -- AT YOUR BACK TODAY, AND I DO THINK THEY CALL BANKS AND THINGS LIKE THAT. BUT I ALSO BELIEVE THAT THERE ARE NUMEROUS MISREPRESENTATIONS MADE BY THE SALES FORCE, AND I THINK THAT A LOT OF THE SOFTWARE AND RECORD KEEPING WAS SETUP TO HAVE A DEFENSE FOR THIS DAY AND FOR THE STATE PROCEEDINGS THAT HAVE BEEN BROUGHT.

MR. SINASOHN: I HAVE NOTHING FURTHER, YOUR HONOR.

THE COURT: MR. FEINGOLD, YOUR CROSS-EXAMINATION I AM SURE WILL BE EXTENSIVE?

MR. FEINGOLD: YES, SIR.

THE COURT: ALL RIGHT. THEN WE WILL GO AHEAD AND

RECESS FOR LUNCH.

LET ME JUST SEE HERE.

MISS MOSCOWITZ, YOU CAN STEP DOWN.

THE WITNESS: THANK YOU.

THE COURT: WATCH YOUR STEP, PLEASE.

THE WITNESS: THANK YOU.

THE COURT: I JUST NEED TO CHECK ON ONE THING.

MR. SINASOHN: YOUR HONOR, I JUST WANT TO MAKE YOU AWARE OF SOMETHING. MISS MOSCOWITZ MENTIONED ABOUT HER SCHEDULE. I DON'T KNOW IF THAT'S GOING TO IMPACT ON THE TIMING THAT THE COURT --

THE COURT: GO AHEAD.

MR. SINASOHN: I UNDERSTAND SHE HAS AN APPOINTMENT THIS AFTERNOON SOMETIME.

MS. MOSCOWITZ: IT IS AT 1:30. I'M GOING TO SEE IF I CAN -- I HAVE A CLIENT BEING INTERVIEWED BY AN AGENT, AND IT WAS THE ONLY TIME I COULD GET EVERYBODY TOGETHER, BUT I CAN PUSH IT A LITTLE LATER. I WILL DO THAT BECAUSE I KNOW YOUR HONOR WOULD PREFER TO TAKE THINGS IN ORDER.

THE COURT: CHECK ON THAT AND IF WE NEED TO BREAK UP YOUR TESTIMONY -- IS THIS DOWN IN MIAMI?

MS. MOSCOWITZ: NO, SIR. IT IS RIGHT HERE. I WAS AT LEAST LUCKY IN THAT REGARD.

THE COURT: HOW LONG DO YOU THINK IT WILL TAKE ROUGHLY, AN HOUR?

MS. MOSCOWITZ: AN HOUR, AN HOUR AND A HALF.

THE COURT: WE CAN ALSO INTERRUPT HER TESTIMONY. YOU CAN CALL OTHER WITNESSES?

MR. SINASOHN: YES, YOUR HONOR.

THE COURT: SO THAT WOULD BE THE EASY PART.

MS. MOSCOWITZ: I APPRECIATE THAT.

THE COURT: ALL RIGHT. LET'S HAVE EVERYONE RETURN HERE THEN AT -- YOURS STARTS AT 1:30?

MS. MOSCOWITZ: YES, SIR.

THE COURT: LET'S HAVE EVERYONE RETURN HERE AT 1:15.

PLAN ON CALLING ANOTHER WITNESS.

MR. SINASOHN: YES, SIR.

THE COURT: MISS MOSCOWITZ WILL BE FREE TO PREPARE FOR HER HEARING AND THEN SHE CAN RETURN HERE.

MR. FEINGOLD: YOUR HONOR, MAY WE HAVE THE ROOM UNLOCKED SO I CAN WORK IN HERE?

THE COURT: WELL, THAT IS UP TO THE MARSHAL.

MR. FEINGOLD: OKAY.

THE COURT: EVERYONE HAVE A GOOD LUNCH AND WE WILL SEE YOU AT 1:30.

THE COURT IS IN RECESS.

[THERE WAS A RECESS FOR THE NOON HOUR]

AFTERNOON SESSION

THE COURT: GOOD AFTERNOON. PLEASE BE SEATED.

ALL RIGHT, THE FTC MAY CALL ITS NEXT WITNESS.

MR. SINASOHN: YOUR HONOR, THE FTC CALLS JOHN BRYANT, JR.

THE COURT: SIR, PLEASE STEP UP TO THE WITNESS STAND.

PLEASE REMAIN STANDING AND RAISE YOUR RIGHT HAND.

DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY THAT YOU ARE ABOUT TO GIVE SHALL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

THE WITNESS: YES, I DO.

THE COURT: THANK YOU. PLEASE BE SEATED.

PLEASE SPEAK DIRECTLY INTO THAT MICROPHONE SO THAT WE WILL BE ABLE TO HEAR YOU.

STATE YOUR FULL LEGAL NAME FOR THE RECORD AND SPELL YOUR LAST NAME FOR THE REPORTER.

THE WITNESS: JOHNNY LEWIS BRYANT, JR., B-R-Y-A-N-T.

THE COURT: THANK YOU VERY MUCH, SIR.

YOU MAY PROCEED.

JOHNNY LEWIS BRYANT, JR.,

BEING DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

BY MR. SINASOHN:

Q. MR. BRYANT, CAN YOU TELL THE COURT WHERE YOU LIVE, PLEASE?

A. 2324 NORTHWEST 85TH STREET, MIAMI, FLORIDA.
Q. AND HOW LONG HAVE YOU LIVED THERE?
A. APPROXIMATELY ALL MY LIFE.
Q. HOW LONG IS THAT?
A. IT'S ABOUT 35 YEARS.
Q. THE HOME THAT YOU ARE LIVING IN NOW HAS THAT BEEN IN YOUR FAMILY FOR LONGER THAN THAT PERIOD OF TIME?
A. FORTY-THREE YEARS.
THE COURT: YOU JUST HAVE TO SPEAK INTO THAT MICROPHONE SO WE CAN HERE YOU, MR. BRYANT.
THANK YOU.
BY MR. SINASOHN:
Q. NOW, WHAT DO YOU DO FOR A LIVING MR. BRYANT?
A. ACTUALLY I'M LIKE A CONTRACTOR FOR DEVELOPERS WHO BUILD APARTMENTS AND HOUSING, AFFORDABLE HOUSING.
Q. AND DID YOU LOSE YOUR JOB SOMETIME IN 2008?
A. NO. WAY BEFORE THAT. BACK IN '06 MAYBE, YEAH.
THE COURT: SOMETIME IN 2006?
THE WITNESS: YES. ABOUT LATE '06.
THE COURT: LATE '06?
THE WITNESS: AH-HUH.
BY MR. SINASOHN:
Q. AND DID YOU SUFFER SOME KIND OF FINANCIAL STRAIN AFTER THE LOSS OF YOUR JOB?
A. OH, YES, OF COURSE. I LOST INCOME BASICALLY.

Q. AND DID YOU FALL BEHIND IN YOUR MORTGAGE PAYMENTS FOR YOUR HOME?
A. YES.
Q. SOMETIME IN MARCH OF 2008 DID YOU RECEIVE A PHONE CALL FROM SOMEBODY ABOUT MODIFYING YOUR MORTGAGE LOAN?
A. YES.
Q. WHO DID THEY TELL YOU OR CLAIM THAT THEY WERE WHEN THEY CALLED YOU?
A. FIRST UNIVERSAL LENDING.
THE COURT: WHEN WAS THIS APPROXIMATELY THAT YOU GOT THE CALL, SIR?
THE WITNESS: I REALLY DON'T KNOW APPROXIMATELY -- THE APPROXIMATE DATE. BUT I KNOW I PAID THEM FOR LIKE A YEAR OR SO.
THE COURT: I MEAN, WHEN YOU FIRST RECEIVED THE CALL WHAT MONTH OR WHAT YEAR?
THE WITNESS: THAT WAS LIKE --
THE COURT: IF YOU WERE LAID OFF OR LOST YOUR JOB IN LATE 2006.
THE WITNESS: I PAID THEM FOR 18 MONTHS. I MEAN, IT WAS LIKE THREE MONTHS AFTER I WENT INTO FORECLOSURE. I MEAN, IT SHOULD BE DOCUMENTED IN THE INFORMATION I SENT THE FEDERAL TRADE COMMISSION.
MR. SINASOHN: YOUR HONOR, I HAVE THAT DECLARATION THAT I CAN USE TO REFRESH HIS RECOLLECTION IF YOU WOULD

LIKE.

THE COURT: YES. GO AHEAD.

BY MR. SINASOHN:

Q. IS THAT DECLARATION THAT YOU SIGNED, MR. BRYANT?

A. YES.

Q. DOES IT HELP YOU REMEMBER WHAT THE JUDGE WAS ASKING YOU ABOUT WHEN YOU RECEIVED THIS PHONE CALL?

A. OKAY. YES. APPROXIMATELY I GUESS -- IT WAS THE END OF MARCH.

THE COURT: MARCH OF WHAT YEAR?

THE WITNESS: '08.

THE COURT: 2008.

THE WITNESS: AH-HUH.

THE COURT: THANK YOU.

BY MR. SINASOHN:

Q. AND WHEN THE PEOPLE CALLED YOU DID THEY CLAIM TO BE FROM A BANK?

A. WELL, AT FIRST THEY TOLD ME THEY WAS WORKING WITH CHASE WHICH WAS MY ORIGINAL MORTGAGE HOLDER. AND, SO THEY KEPT CALLING. AND, SO I JUST WENT AHEAD WITH IT BECAUSE THEY KEPT CALLING.

Q. EVENTUALLY DID YOU LEARN THAT IT WAS FIRST UNIVERSAL LENDING?

A. YES.

Q. DID THEY -- DID FIRST UNIVERSAL MAKE ANY PROMISES TO

YOU ABOUT WHAT'S THEY COULD DO FOR YOUR MORTGAGE?
A. YEAH. THE MODIFICATION THING, YOU KNOW, WHERE THEY LOWER YOUR MORTGAGE AND LOWER YOUR PAYMENTS AND STUFF LIKE THAT.
Q. DID THEY TELL YOU HOW MUCH THEY COULD LOWER YOUR MORTGAGE BY.
A. ABOUT HALF.
Q. HOW MUCH WERE YOU PAYING --
A. I WAS PAYING 1,500 A MONTH. SO HALF OF THAT.
Q. DID THEY TELL YOU THAT -- HOW MUCH YOU WOULD HAVE TO PAY THEM TO LOWER YOUR MORTGAGE BY HALF?
A. IT WAS LIKE MAYBE $400, SOMETHING LIKE THAT.
Q. AND DID THEY GIVE YOU -- DID THEY TELL YOU WHETHER OR NOT YOU SHOULD COMMUNICATE WITH YOUR BANK DURING THE LOAN MORTGAGE MODIFICATION PROCESS?
A. WELL, ONCE THEY FAXED ME OVER THE AFFIDAVIT SAYING THAT, YOU KNOW, THEY WILL HANDLE IT FOR ME THEY TOLD ME, "STOP MAKING YOUR PAYMENTS, PAY US, AND WE'LL HANDLE IT FOR YOU." SO THIS IS ALL THE INFORMATION THEY WERE SENDING ME FROM CHASE.
Q. DID THEY TELL YOU NOT TO COMMUNICATE WITH THE BANK?
A. ACTUALLY THEY WOULD HANDLE IT. SO I GUESS NOT.
Q. DID YOU SAY THAT THEY -- THAT THE COST OF THE SERVICES FROM FIRST UNIVERSAL LENDING WAS 400 PER MONTH?
A. YES.

Q. AND HOW MANY MONTHS TOTAL DID YOU PAY THEM?
A. OH, FROM -- I KNOW IT WAS OVER A YEAR. IT WAS OVER A YEAR. SO FROM WHENEVER IT STARTED TO A YEAR.
Q. DID YOU PAY THEM APPROXIMATELY $7,200?
A. YES.
Q. AND DID YOU GET WHAT THEY PROMISED YOU?
A. NOTHING AT ALL. NOTHING AT ALL. CHASE KEPT CALLING, KEPT CALLING, KEPT CALLING AND STATED THAT THEY HAD -- THEY DIDN'T HAVE ANY IDEA ABOUT FIRST UNIVERSAL. AND I CALL FIRST UNIVERSAL AND THEY SAY, "OH, YEAH. WE'VE BEEN CALLING THEM, CONTACTING THEM," BLAH-BLAH-BLAH, AND THEY KEPT CALLING, KEPT CALLING. IT WAS SO FRUSTRATING WHERE I JUST -- I ALMOST HAD A NERVOUS BREAKDOWN, ABOUT TO GET A DIVORCED AND EVERYTHING ELSE BECAUSE, YOU KNOW, I THOUGHT THESE GUYS WERE GOING TO HELP ME OUT BUT NOTHING HAPPENED. I JUST KEPT PAYING AND NOTHING HAPPENED.
Q. IF YOU HAD KNOWN IN MARCH OF 2008 WHAT YOU KNOW TODAY ABOUT FIRST UNIVERSAL WOULD YOU HAVE GIVEN THEM ANY MONEY?
A. NOT AT ALL. NOT AT ALL.
Q. WHY NOT?
A. NO WAY. THEY WERE JUST LYING TO ME, JUST LEADING ME ON, JUST TAKING ADVANTAGE OF MY DOWNFALL, I GUESS. JUST USING ME TO GET THE MONEY.
MR. SINASOHN: THANK YOU.
I HAVE NOTHING FURTHER.

THE COURT: BEFORE THERE IS CROSS-EXAMINATION.

MR. BRYANT, I'M JUST CURIOUS ABOUT A COUPLE OF THINGS, AND JUST SPEAK INTO THAT MICROPHONE SO WE CAN HEAR YOU.

THE WITNESS: YES.

THE COURT: BUT YOU HAD YOUR HOME MORTGAGE WITH WHAT INSTITUTION?

THE WITNESS: CHASE.

THE COURT: CHASE.

THE WITNESS: AH-HUH.

THE COURT: WHEN YOU LOST YOUR JOB AND YOU STARTED TO FALL BEHIND WITH YOUR MORTGAGE PAYMENTS DID YOU TRY TO WORK SOMETHING OUT WITH CHASE?

THE WITNESS: YES. YES. THEY HAD NOT SET UP THEIR MODIFICATION PROGRAM AT THAT TIME. NOW I'M IN THEIR MODIFICATION PROGRAM AFTER ALL OF THIS STUFF. AND I'M -- I'M TRYING TO MAKE PAYMENTS NOW.

THE COURT: BUT AT THAT POINT CHASE WAS NOT WILLING TO TALK WITH YOU.

THE WITNESS: NO. THEY JUST WANTED THE MONEY.

THE COURT: NOW, YOU GET THIS PHONE CALL OUT OF THE BLUE, RIGHT?

THE WITNESS: YEAH.

THE COURT: I MEAN, YOU DID NOT SOLICIT THIS PHONE CALL, DID YOU?

THE WITNESS: NO. NO. NO, NOT AT ALL. SOMEHOW THEY GOT SOME INFORMATION I WAS GOING IN FORECLOSURE SO THEY JUST STARTED CALLING ME.

THE COURT: SO YOU GET THIS PHONE CALL OUT OF THE BLUE, SO TO SPEAK, FROM PEOPLE THAT YOU DO NOT KNOW, THAT YOU NEVER MET BEFORE, IS THAT CORRECT?

THE WITNESS: THAT'S CORRECT.

THE COURT: WHY DID YOU THINK THAT YOU COULD TRUST THESE PEOPLE?

THE WITNESS: WELL, I MEAN, ACTUALLY AFTER A CERTAIN AMOUNT OF MONTHS I JUST GOT -- I HAD TO DO SOMETHING. YOU KNOW, YOU HEAR ADVERTISEMENTS. THE WORSE THING YOU CAN DO IS NOT DO NOTHING. I HAD TO DO SOMETHING. THEY KEPT CALLING SO I JUST GAVE IN A GUESS.

THE COURT: WELL, LET ME ASK YOU. WAS THE BANK -- WAS CHASE THREATENING FORECLOSURE?

THE WITNESS: YES, AT THAT TIME. IT WAS GOING INTO FORECLOSURE. ACTUALLY BEFORE FORECLOSURE, AND I GOT -- TALKED TO CHASE BEFORE THAT. THEN I TOLD THEM I WAS GIVING EVERYTHING TO FIRST UNIVERSAL, THEY WERE GOING TO HANDLE IT, BUT IT NEVER REALLY PANNED OUT AT ALL.

THE COURT: WHAT DID CHASE SAY TO YOU WHEN YOU TOLD THEM THAT YOU WERE WORKING WITH FIRST UNIVERSAL AND THAT FIRST UNIVERSAL WOULD BE CONTACTING CHASE? WHAT DID CHASE SAY, IF ANYTHING?

THE WITNESS: WELL, THEY SAID A LOT OF THINGS LIKE, YOU KNOW, -- THE THING WAS THE REP WILL CALL AND SEND LETTERS STATING --

THE COURT: NO. NO. NO, NOT FIRST UNIVERSAL. WHEN YOU WERE DEALING WITH CHASE --

THE WITNESS: YES.

THE COURT: -- AND YOU TOLD CHASE THAT FIRST UNIVERSAL WOULD BE HANDLING EVERYTHING, WHAT DID CHASE SAY TO YOU?

THE WITNESS: CHASE SAID --

THE COURT: THEY DIDN'T CARE ABOUT THAT?

THE WITNESS: YEAH.

THE COURT: THEY JUST SAID, "START MAKING YOUR PAYMENTS."

THE WITNESS: YES.

THE COURT: THAT WAS THE BOTTOM LINE WITH THE BANK.

THE WITNESS: YES.

THE COURT: ALL RIGHT. CROSS-EXAMINATION.

CROSS EXAMINATION

BY MR. FEINGOLD:

Q. SIR, DO YOU HAVE A WIFE NAMED VIDA JAMES?

A. YES, I DO.

Q. AND ISN'T IT A FACT THAT VIDA JAMES CONTACTED FIRST UNIVERSAL LENDING, THE CORAL SPRINGS OFFICE, IN MARCH OF

2008 INQUIRING ABOUT SERVICES FROM FIRST UNIVERSAL LENDING?
A. NO, THAT'S NOT TRUE.
Q. HAVE YOU LISTENED TO THE VOICE RECORDINGS OR READ THE FILE OF FIRST UNIVERSAL LENDING REGARDING YOU AND YOUR WIFE AND YOUR MORTGAGE?
A. NO, I HAVEN'T.
Q. OKAY. AND, SIR, ISN'T IT ALSO TRUE THAT WHEN YOU FINALLY HIRED FIRST UNIVERSAL YOUR FIRST PAYMENT WAS TAKEN ON 7-25-2008 IN THE AMOUNT OF $399.99, IS THAT CORRECT?
A. YEAH. THAT'S THE AMOUNT WE WAS PAYING.
Q. AND THEN THE NEXT MONTH ON 8-25-08, YOUR PAYMENT ACTUALLY DECLINED BUT FIRST UNIVERSAL LENDING CONTINUED TO SERVICE YOU, ISN'T THAT TRUE?
A. NO. WE MADE PAYMENTS EVERY MONTH.
Q. SIR, ISN'T IT TRUE THAT ALSO ON 8-28-2008, 8-31-2008, 9-25-2008, 10-1-2008, 11-25-2008, 12-25-2008, 12-28-2008, 12-31-2008, 1-25-2009 AND 1-28-2009 THAT YOUR PAYMENTS DECLINED BUT THAT FIRST UNIVERSAL CONTINUED TO WORK FOR YOU WITHOUT GETTING PAYMENTS TO HELP YOU?
A. NO, NOT AT ALL.
Q. THAT'S NOT TRUE?
A. NO.
Q. AND ISN'T IT A FACT, SIR, THAT ALTHOUGH YOU TESTIFIED HERE TODAY IN COURT THAT YOU ARE A CONTRACTOR FOR APARTMENTS YOU HAD ACTUALLY FILLED OUT AN AFFIDAVIT TO THE BANK TELLING

THEM THAT YOU WERE ON DISABILITY, ISN'T THAT A FACT?
A. NO.
Q. YOU HAVE NEVER REPRESENTED TO ANYONE YOU WERE ON DISABILITY?
A. NO.
Q. AND ISN'T IT FACT THAT FIRST UNIVERSAL LENDING ACTUALLY GOT YOU A MODIFICATION FROM CHASE, BUT A CONDITION OF THE MODIFICATION WAS FOR YOU TO PROVIDE A DOCTOR'S NOTE PROVING THAT YOU WERE ON DISABILITY?
A. NO.
Q. THAT DIDN'T HAPPEN.
A. IT DIDN'T HAPPEN.
Q. AND, IN FACT, YOU ALSO TESTIFIED TO THIS COURT THAT FIRST UNIVERSAL TOLD YOU TO STOP PAYING YOUR MORTGAGE. YOU RECALL THAT TESTIMONY?
A. YES.
Q. OKAY. WELL, ISN'T IT A FACT WHEN YOU SIGNED UP WITH FIRST UNIVERSAL YOU WERE ALREADY UNEMPLOYED AND NOT PAYING YOUR MORTGAGE, CORRECT?
A. YES.
Q. OKAY. AND FIRST UNIVERSAL SENT YOU AN E-MAIL FROM CANDIS ALLEN ON 7-28-08 AT 9:18 A.M., TELLING YOU, "PLEASE CONTINUE TO PAY YOUR LENDER AS WE CONTINUE THE PROCESS." ISN'T THAT A FACT?
A. WELL, IF YOU HAVE THE DOCUMENTATION THERE AND IF I

SIGNED IT MAYBE IT IS.
Q. ARE YOU FAMILIAR WITH AN E-MAIL ADDRESS V9JM@AOL.COM?
A. YEAH. THAT'S MY WIFE'S.
Q. THAT'S YOUR WIFE?
A. AH-HUM.
Q. AND YOUR WIFE, WHO WAS A PERSON WHO WAS ACTIVELY INVOLVED IN THIS PROCESS BECAUSE IT IS HOME THAT YOU BOTH LIVE IN, CORRECT?
A. YES.
Q. YOUR WIFE WHO DISCLOSED ON HER FINANCIAL AFFIDAVIT THAT SHE MADE $4,800 A MONTH ACTING AS A NURSE, CORRECT?
A. NOT A NURSE, NO.
Q. WORKING IN THE HEALTH CARE FIELD, SIR?
A. YES.
Q. OKAY. EXCUSE ME. FORTY-EIGHT HUNDRED A MONTH WORKING IN THE HEALTH CARE FIELD AND THAT YOU WERE DISABLED CORRECT, SIR?
A. NO.
Q. DID YOU PAY ANY TAXES IN 2008 OR 2009?
A. NO.
Q. YOU DIDN'T PAY ANY TAXES, DID YOU?
A. NO. JUST FILE --
Q. HAVE YOU MADE THE REPRESENTATIONS THAT YOU ARE DISABLED, THAT YOU SUFFER FROM A DISEASE SIMILAR TO WHERE YOU FALL ASLEEP IN THE MIDDLE OF WHEN YOU'RE SPEAKING, I

DON'T EVEN KNOW WHAT'S CALLED. YOU KNOW WHAT I'M TALKING ABOUT. WHAT IS IT THAT YOU TELL PEOPLE YOU SUFFER FROM? A SLEEPING DISORDER. WHAT IS IT?
A. WHAT DO YOU MEAN?
MR. SINASOHN: OBJECTION. LACKS FOUNDATION.
BY MR. FEINGOLD:
Q. SIR, HAVE YOU EVER TOLD ANYONE YOU HAVE A DISABILITY BECAUSE YOU SUFFER SOMETHING FAMILIAR TO NARCOLEPSY?
A. NO.
Q. HAVE YOU EVER REFLECTED WHATSOEVER THAT YOU HAVE AN ILLNESS?
A. NO.
Q. NEVER. AND IT'S YOUR TESTIMONY AS YOU SIT HERE TODAY THAT CHASE BANK, WHO YOU ADMITTED WOULD NOT GIVE YOU A MODIFICATION WHEN YOU TRIED TO GET ONE YOURSELF, CORRECT? ISN'T THAT CORRECT?
THEY WOULD NOT GIVE YOU ONE CORRECT?
A. NO. CHASE HADN'T SET UP A MODIFICATION PROGRAM.
Q. IS IT YOUR TESTIMONY HERE TODAY THAT, IN FACT, THAT CHASE DIDN'T GIVE A MODIFICATION TO YOU PENDING YOUR PROOF OF A DISABILITY?
A. NO, NOT AT ALL.
Q. IT NEVER HAPPENED.
A. IT NEVER HAPPENED.
Q. DO YOU READ YOUR WIFE'S E-MAILS AT THE V9@AOL, DO YOU

READ THEM?
A. DO I READ HER E-MAILS?
Q. YES.
A. NO.
Q. DID YOU AUTHORIZE HER TO USE THE E-MAIL ADDRESS THAT I REFERENCED TO YOU BEFORE, THAT IS OBVIOUSLY HER E-MAIL ADDRESS, IN ORDER TO COMMUNICATE WITH FIRST UNIVERSAL REGARDING YOUR LOAN?
A. WELL, ONE REPRESENTATIVE CALLED HER AND I TOLD HER TO CONTACT HER WHEN I COULDN'T CONVERSE WITH ANYBODY.
Q. YOU COULDN'T --
A. SO --
Q. SO YOUR WIFE WAS AUTHORIZED TO DEAL WITH FIRST UNIVERSAL LENDING ON YOUR FILE.
A. YES. SHE WAS MAKING THE PAYMENTS, YES.
MR. FEINGOLD: THANK YOU.
NOTHING FURTHER.
THE COURT: ANY REDIRECT?
MR. SINASOHN: I HAVE NOTHING FURTHER, YOUR HONOR.
THE COURT: ALL RIGHT. THANK YOU, SIR. YOU MAY STEP DOWN. WATCH YOUR STEP, PLEASE.
IS THE WITNESS EXCUSED BY THE FTC?
MR. SINASOHN: YES, YOUR HONOR.
THE COURT: BY THE DEFENSE?
MR. FEINGOLD: YES, SIR.

THE COURT: THANK YOU, SIR. YOU ARE FREE TO GO.
CALL YOUR NEXT WITNESS.
MR. SINASOHN: YOUR HONOR, THE FTC CALLS MISS PATRICIA CHRISTOPHER.
THE COURT: PLEASE STEP UP TO THE WITNESS STAND.
REMAIN STANDING AND RAISE YOUR RIGHT HAND.
DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY THAT YOU ARE ABOUT TO GIVE SHALL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?
THE WITNESS: YES, SIR.
THE COURT: PLEASE BE SEATED.
PLEASE SPEAK DIRECTLY INTO THAT MICROPHONE SO THAT WE WILL BE ABLE TO HEAR YOU.
PLEASE STATE YOUR FULL LEGAL NAME FOR THE RECORD AND SPELL YOUR LAST NAME FOR THE REPORTER.
THE WITNESS: PATRICIA ANN CHRISTOPHER, C-H-R-I-S-T-O-P-H-E-R.
THE COURT: THANK YOU.
YOU MAY PROCEED.

PATRICIA ANN CHRISTOPHER,

BEING DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

BY MR. SINASOHN:
Q. MISS CHRISTOPHER, CAN YOU TELL ME WHERE YOU LIVE?
A. I LIVE IN ALABASTER, ALABAMA.

Q. AND DID YOU EXPERIENCE SOME FINANCIAL HARDSHIP IN THE LAST YEAR OR TWO?
A. YES, SIR.
Q. CAN YOU TELL THE COURT WHAT HAPPENED THAT CAUSED THAT?
A. IN FEBRUARY IT WILL BE FIVE YEARS AGO I WAS DIAGNOSED WITH BREAST CANCER AND --
THE COURT: JUST MOVE CLOSER TO THAT MICROPHONE.
THE WITNESS: IN FEBRUARY OF 2005 I WAS DIAGNOSED WITH BEST CANCER, AND AS A RESULT OF NOT BEING ABLE TO WORK LIKE I HAD BEEN WORKING I HAD FINANCIAL HARDSHIP.
Q. WHAT IS YOUR PROFESSION?
A. I'M A REGISTERED NURSE.
Q. HOW LONG HAVE YOU BEEN A NURSE?
A. THIRTY-TWO YEARS.
Q. DID YOU OWN YOUR HOME?
A. YES.
Q. IN JULY OR AUGUST OF 2009 DID YOU RECEIVE A CALL FROM SOMEBODY ABOUT MODIFYING YOUR HOME MORTGAGE LOAN?
A. YES, SIR.
Q. WHO DID YOU RECEIVE A CALL FROM?
A. EARL WILSON.
Q. WHO IS EARL WILSON?
A. HE SAID THAT HE WORKED WITH STRATTON & FEINSTEIN ATTORNEYS.
Q. AND WHAT DID HE TELL YOU?

A. HE TOLD ME THAT HE COULD HELP MODIFY MY MORTGAGE TO WHERE THE PAYMENTS WOULD BE THREE TO $400 CHEAPER THAN WHAT I WAS PAYING.

THE COURT: WHEN WAS THIS CALL APPROXIMATELY?

THE WITNESS: JULY OF 2009.

THE COURT: THANK YOU.

BY MR. SINASOHN:

Q. NOW, AT THE TIME THAT THEY -- THAT YOU RECEIVED THIS PHONE CALL WHAT WERE YOU PAYING PER MONTH ON YOUR MORTGAGE?

A. $1,062.

Q. AND WHAT DID MR. WILSON SPECIFICALLY TELL YOU IF YOU RECALL ABOUT WHAT HE COULD DO FOR YOU?

A. HE SAID THAT HE COULD GET MY MORTGAGE PAYMENTS MUCH CHEAPER THAN THAT.

Q. DID HE TELL YOU ANYTHING ABOUT WORKING WITH ATTORNEYS?

A. YES, SIR. HE TOLD ME THAT HE WORKED WITH ATTORNEYS, BECAUSE I HAD DEALT WITH A COMPANY BEFORE AND I TOLD HIM THAT I DID NOT WANTED TO GET BURNED AGAIN SO I QUESTIONED HIM ABOUT WHO HE WORKED WITH AND HE SAID THAT HE WORKED WITH STRATTON & FEINSTEIN.

Q. YOU JUST SAID THAT YOU DIDN'T WANT TO GET BURNED AGAIN BECAUSE YOU MAD BEEN BURNED BEFORE, IS THAT CORRECT?

A. YES, SIR.

Q. CAN YOU TELL THE COURT ABOUT THAT EXPERIENCE ABOUT BEING BURNED BEFORE?

A. I HAD WORKED WITH -- I GOT A PHONE CALL IN 2008 FROM FIRST UNIVERSAL LENDING. THE INITIAL PHONE CALL, I DO NOT REMEMBER THE GENTLEMAN'S NAME THAT CALLED ME, BUT THAT'S THE COMPANY THAT THEY SAID THAT THEY WORKED WITH AND THEY COULD HELP MODIFY MY HOME LOAN.
Q. AND DID THEY ACTUALLY MODIFY YOUR HOME LOAN?
A. NOT TO MY SATISFACTION, NO.
Q. WHAT PROMISES DID THAT FIRST UNIVERSAL LENDING MAKE IN THAT FIRST TIME THAT YOU FEEL LIKE YOU GOT BURNED?
A. THEY SAID THAT THEY COULD LOWER MY INTEREST RATE AND THEY COULD LOWER MY MONTHLY PAYMENT. AT THAT TIME I WAS PAYING LIKE $1,200 A MONTH ON MY HOME MORTGAGE, AND THEY SAID THEY COULD GET IT DOWN TO AROUND 800 -- BETWEEN 800 AND $900.
Q. AND HOW MUCH DID THEY ACTUALLY GET IT DOWN?
A. ABOUT $132 ONCE MY INSURANCE AND TAXES WERE ADDED BACK INTO IT.
Q. SO THEY WERE ABLE TO REDUCE YOUR MORTGAGE $132?
A. YES, SIR.
Q. AND IS THAT WHY YOU WERE AGAIN THEN IN JULY OR AUGUST INTERESTED IN HEARING WHAT MR. WILSON HAD TO SAY ABOUT LOWERING YOUR MORTGAGE AGAIN?
A. YES, SIR.
Q. NOW, WHEN YOU TOLD THEM THAT YOU DIDN'T WANT TO GET BURNED AGAIN LIKE YOU HAD BEEN PREVIOUSLY WITH FIRST

UNIVERSAL LENDING WHAT DID HE SAY?
A. HE SAID BECAUSE HE WORKED WITH ATTORNEYS, ATTORNEYS COULD WORK WITH THE CLIENTS BETTER AND NEGOTIATE BETTER THAN WHAT REGULAR MORTGAGE -- I MEAN, MORTGAGE MODIFICATION PEOPLE COULD DO.
Q. DID YOU WONDER HOW HE GOT YOUR PHONE NUMBER?
A. YES, SIR.
Q. DID HE TELL YOU -- DID HE TELL YOU HOW MUCH IT WOULD COST YOU TO USE HIS SERVICES AND MODIFY YOUR LOAN?
A. SEVEN HUNDRED DOLLARS A MONTH FOR SIX MONTHS.
Q. AND DID YOU AGREE TO DO THAT?
A. YES, SIR.
Q. AND DID THEY START -- DID THEY TAKE MONEY FROM YOU?
A. YES, SIR.
Q. AND DID YOU BRING IN THE PACKAGE OF DOCUMENTS THAT YOU SHOWED ME EARLIER?
A. NO, SIR.
MR. SINASOHN: THAT'S A PACKET OF DOCUMENTS. I HAVE A COPY FOR THE COURT.
IF I COULD APPROACH THE WITNESS AND SHOW HER THIS.
THE COURT: YES, THAT IS FINE.
WELL, THIS HAS THE EXHIBIT STICKER ON IT. IS THIS THE ORIGINAL ONE?
MR. SINASOHN: YES, YOUR HONOR.
THE COURT: YOU HOLD ON TO THE ORIGINALS.

BY MR. SINASOHN:
Q. IS THIS THE DOCUMENT -- PACKET OF DOCUMENTS, MA'AM, THAT YOU SHOWED ME EARLIER EITHER TODAY OR LAST NIGHT?
A. YES, SIR.
Q. CAN YOU DESCRIBE FOR THE COURT WHAT -- WHAT THAT PACKET CONTAINS?
THE COURT: ARE YOU OFFERING PLAINTIFF'S 32?
MR. SINASOHN: YES, YOUR HONOR, I WOULD LIKE TO OFFER THAT AS I HAVE HAD.
MR. FEINGOLD: NO OBJECTION, SIR.
THE COURT: PLAINTIFF'S 32 IS IN EVIDENCE.
THE WITNESS: THIS IS WHERE THEY TELL ME I NEED TO FAX THE CONTRACT THAT THEY SENT ME --
THE COURT: I'M SORRY, WE NEED TO HOLD ON FOR JUST A MOMENT.
YOU ALREADY HAVE A PLAINTIFF'S 32, YOU KNOW THAT.
MR. SINASOHN: MY MISTAKE, YOUR HONOR. I WILL CHANGE THIS TO EXHIBIT 33.
THE COURT: THIS WILL BE 33 THEN.
MR. SINASOHN: YES.
THE COURT: YOU NEED TO CHANGE IT ON THERE.
MR. SINASOHN: YES, SIR.
THE COURT: PLAINTIFF'S 33.
[PLAINTIFF EXHIBIT 33 RECEIVED IN EVIDENCE]
BY MR. SINASOHN:

Q. JUST EXPLAIN TO THE COURT WHAT EACH DOCUMENT IS IF YOU DON'T MIND, MA'AM.

A. THE FIRST DOCUMENT IS WHERE THEY TELL ME TO SEND THE INFORMATION THAT THEY HAD REQUESTED THAT I FILL OUT. THAT WAS THE FAX NUMBER THAT THEY GAVE ME. THIS WAS THE --

Q. YOU ARE LOOKING AT THE SECOND PAGE NOW?

A. THE SECOND PAGE IS TELLING ME -- IT'S THE DISCLOSURE STATEMENT SAYING THERE IS A LAW FIRM THAT WAS THE PROVIDER THAT WAS HELPING ME WITH THESE SERVICES.

THIS IS AN E-MAIL THAT I RECEIVED FROM EARL WILSON ABOUT -- TALKING WITH ME ABOUT HIM HELPING ME WITH MY MORTGAGE AND CREDIT NEEDS, AND IT LISTED HIM AS A STAFF MEMBER AT STRATTON & FEINSTEIN.

MR. SINASOHN: I DON'T KNOW IF -- YOUR HONOR, THERE MAY BE AN EXTRA SHEET OF PAPER IN THERE. I'M NOT SURE. IS YOUR NEXT SHEET AFTER AN E-MAIL FROM SFLAW.ORG ON JULY 20, 2009. THE NEXT DOCUMENT SHOULD BE ANOTHER E-MAIL, TUESDAY, JULY 28, 2009 AT 5:15?

THE COURT: FROM MANNY BARCELONA?

MR. SINASOHN: YES, YOUR HONOR. I JUST WANT TO MAKE SURE THAT'S THE CORRECT DOCUMENT.

THE WITNESS: THIS IS THE MANNY BARCELONA IS THE PERSON I ORIGINALLY STARTED WORKING WITH. I GUESS THAT'S EARL TURNED MY ACCOUNT OVER TO, AND I HAD QUESTIONED HER ABOUT MR. WILSON BEING A MEMBER OF THE FIRM, OR HELPING WITH

THE FIRM BECAUSE I HAD TRIED TO CALL HIM SEVERAL TIMES AND HADN'T GOTTEN A RETURN PHONE CALL.
BY MR. SINASOHN:
Q. I ASK YOU TO PUT FOR THE COURT -- DID THEY IDENTIFY -- THIS PERSON SAYS THAT THEY -- WHAT IS THE SIGNATURE BLOCK ON THIS?
A. STRATTON & FEINSTEIN.
Q. IT SAYS MANNY BARCELONA, AND THEN --
A. YES, SIR.
Q. DID WHAT -- DID THEY SAY WHO EARL WILSON IS ACTUALLY A STAFF MEMBER FOR AND WHO ARE THE ATTORNEYS OF THAT FIRM?
A. DAVID FEINSTEIN AND MR. STRATTON ARE THE ATTORNEYS FOR THE FIRM.
Q. SO THIS PERSON IDENTIFIED A PERSON BY THE NAME OF DAVID FEINSTEIN?
A. YES, SIR.
Q. OKAY.
A. THE NEXT E-MAIL IS THAT SHE DID RECEIVE DOCUMENTS THAT I HAD SENT FOR HER TO FOLLOW UP ON AND THINGS THAT SHE WOULD NEED FOR THE -- TO ADVISE THEM THAT I HAD RETAINED AN ATTORNEY TO WORK ON MY MODIFICATION FOR ME.
Q. THEY TOLD YOU IT WOULD TAKE THREE TO FOUR MONTHS?
A. YES.
Q. OKAY.
A. AND THIS IS AN E-MAIL I RECEIVED FROM MANNY BARCELONA

SAYING THAT SHE HAD CONTACTED MY LENDERS AND THAT THEY HAD RECEIVED AUTHORIZATION SO SHE COULD START DOING THE NEGOTIATIONS.
Q. DID YOU, BY THE WAY, EVER CONTACT YOUR LENDER TO VERIFY WHETHER OR NOT CONTACT HAD BEEN MADE FROM FIRST UNIVERSAL OR FROM STRATTON & FEINSTEIN?
A. NO.
Q. WHAT'S THE NEXT DOCUMENT?
A. THE NEXT DOCUMENT IS MY BANK STATEMENT WHERE THE MONEY HAS BEEN TAKEN FROM MY ACCOUNT FOR THE $700, AND IT WAS LISTED UNDER FIRST UNIVERSAL ON ALL OF THOSE.
Q. SO WHO TOOK THE MONEY FROM YOU WHILE YOU WERE PAYING -- YOU THOUGHT YOU WERE PAYING STRATTON & FEINSTEIN.
A. YES.
Q. WHO WAS ACTUALLY TAKING THE MONEY?
A. FIRST UNIVERSAL.
Q. OKAY. THANK YOU.
NEXT IS THESE BANK DOCUMENTS?
A. YES.
MR. SINASOHN: AND, YOUR HONOR, I WOULD JUST ASK THAT THE COURT TAKE JUDICIAL NOTICE OF THE NAME OF THE ATTORNEYS THAT THIS PERSON CLAIMED THEY WERE WORKING FOR. THE ATTORNEYS NAME FOR STRATTON & FEINSTEIN IS BRET FEINSTEIN, AT LEAST FROM THE FLORIDA BAR WEB SITE. I JUST ASK THAT THE COURT TO TAKE JUDICIAL NOTICE OF THE CORRECT

NAME OF THE PERSON.

THE COURT: GO AHEAD.

MR. SINASOHN: THANK YOU, YOUR HONOR.

BY MR. SINASOHN:

Q. HOW MUCH MONEY HAVE YOU PAID TO STRATTON & FEINSTEIN OR TO FIRST UNIVERSAL, WHOEVER IS TAKING YOUR MONEY?

A. $2,800.

Q. AND AT A CERTAIN POINT DID YOU STOP PAYING THEM?

A. I DID NOT PAY FOR NOVEMBER.

Q. WHY IS THAT?

A. I TRIED TO CALL TO CONTACT MY -- THE PERSON THAT I HAD BEEN WORKING WITH TO LET THEM KNOW I WAS NOT ABLE TO MAKE THE NOVEMBER PAYMENT.

Q. NOW, DID YOU MAKE A COMPLAINT TO ANYBODY ABOUT EITHER THE FIRST TIME THAT YOU WERE BURNED OR THE ACTIVITIES OR THE MONEY THAT WAS TAKEN OUT ON FOR THIS TRANSACTION WITH STRATTON & FEINSTEIN?

A. NO.

Q. WHY DID YOU NOT COMPLAIN TO ANYBODY?

A. THE FIRST TIME I DIDN'T KNOW THAT I COULD OR EVEN WHO TO MAKE A COMPLAINT TO. THE SECOND TIME I DIDN'T QUESTION IT THAT MUCH BECAUSE I THOUGHT I WAS WORKING WITH AN ATTORNEY'S OFFICE. THAT'S WHAT I WAS TOLD, AND I THOUGHT IF I'M WORKING WITH AN ATTORNEY'S OFFICE THEN IT SHOULD BE LEGIT.

Q. AND DID YOU SAY HOW MUCH YOU PAID TOTAL?
A. $2,800.
MR. SINASOHN: I HAVE NOTHING FURTHER, YOUR HONOR.
THE COURT: MISS CHRISTOPHER, LET ME ASK YOU. YOU SAY THAT YOU HAD -- YOU SAY THAT YOU WERE BURNED, YOU TESTIFIED THAT YOU WERE BURNED EARLIER BY AN EARLIER EXPERIENCE, CORRECT?
THE WITNESS: YES, SIR.
THE COURT: AND THEN YOU GET THIS PHONE CALL.
THE WITNESS: YES, SIR.
THE COURT: WITH THE FIRST EXPERIENCE WITH FIRST UNIVERSAL, DID YOU THINK THAT YOU WERE WORKING WITH A LAW ENFORCEMENT OR A LAW FIRM WITH FIRST UNIVERSAL?
THE WITNESS: THE FIRST TIME?
THE COURT: YES.
THE WITNESS: NO, SIR. NO. THEY TOLD ME THAT THEY WERE A LOAN MODIFICATION COMPANY.
THE COURT: AND DID YOU PAY FIRST UNIVERSAL ANYTHING?
THE WITNESS: THE FIRST TIME?
THE COURT: HOW MUCH MONEY DID YOU PAY THEM TOTAL.
THE WITNESS: I PAID SEVEN PAYMENTS OF $299.
THE COURT: AND WHAT DID YOU RECEIVE FOR THAT?
THE WITNESS: THEY REDUCED MY MORTGAGE PAYMENT BY $132.

THE COURT: OKAY. AND THAT WAS NOT TO YOUR SATISFACTION.

THE WITNESS: NO, SIR.

THE COURT: AND THEN YOU RECEIVE A PHONE CALL BASICALLY OUT OF THE BLUE? I MEAN, DID YOU SOLICIT THIS PHONE CALL.

THE WITNESS: NO, SIR, I DID NOT SOLICIT THIS PHONE CALL. THIS PHONE CALL CAME LIKE AT SEVEN OR EIGHT O'CLOCK AT NIGHT.

THE COURT: AND YOU ARE A NURSE, YOU HAVE WORKED FOR HOW MANY YEARS?

THE WITNESS: THIRTY-TWO YEARS.

THE COURT: AND, SO YOU ARE FAMILIAR WITH TELEMARKETING PHONE CALLS AND THINGS OF THAT NATURE?

THE WITNESS: YES, SIR.

THE COURT: WHY IS IT THAT YOU TRUSTED THESE PEOPLE?

THE WITNESS: BECAUSE WHEN I WAS TALKING TO EARL WILSON ON THE PHONE AND HE TOLD ME THAT HE WAS WORKING WITH THE ATTORNEYS STRATTON & FEINSTEIN, WHILE WE WERE ON THE PHONE HE GAVE ME A WEB SITE FOR ME TO GO AND PULL UP THEIR WEB SITE AND LOOK AT IT.

THE COURT: THE LAW FIRM'S WEB SITE.

THE WITNESS: YES, SIR.

THE COURT: AND DID YOU DO THAT?

THE WITNESS: YES, SIR, I DID WHILE I WAS ON THE PHONE.

THE COURT: WHY DID YOU THINK THAT IT WAS A LEGITIMATE OPERATION?

THE WITNESS: BECAUSE IT WAS AN ATTORNEY'S OFFICE.

THE COURT: WELL, I MEAN, I AM JUST CURIOUS. I MEAN THIS WITH ALL RESPECT, BUT DO YOU THINK THAT THERE IS FALSE INFORMATION ON THE INTERNET?

THE WITNESS: IT WAS A WEB SITE THAT SAID STRATTON & FEINSTEIN AND LAW OFFICES. AND OTHER THAN THAT -- I MEAN, I LOOKED OVER THE WEB SITE. I DIDN'T QUESTION IT BECAUSE IT SAID THEY WERE ATTORNEYS.

THE COURT: OKAY. ALL RIGHT. THANK YOU.

CROSS-EXAMINATION.

MR. SINASOHN: CAN I --

THE COURT: GO AHEAD. YOU HAVE A QUESTION?

MR. SINASOHN: YES, SIR.

BY MR. SINASOHN:

Q. THE $132 THAT YOU TOLD THE JUDGE THAT THEY REDUCED IT THE FIRST TIME, IS THAT WHAT YOU -- IS THAT WHAT THEY PROMISED THEY WOULD DO?

A. NO. THEY SAID THEY WOULD GET MY MORTGAGE PAYMENT LOWER THAN THAT.

THE COURT: WELL, HOW MUCH LOWER?

THE WITNESS: THEY SAID AROUND $800. BETWEEN EIGHT AND $900.

THE COURT: LOWER.

THE WITNESS: THAT THAT WOULD BE WHAT THE TOTAL PAYMENT WOULD BE.

THE COURT: THEY WOULD GET IT DOWN TO EIGHT OR $900 A MONTH.

THE WITNESS: YES, SIR. TOTAL PAYMENT. YES, SIR.

THE COURT: AND IT WAS A THOUSAND SIXTY-TWO.

THE WITNESS: YES, SIR.

BY MR. SINASOHN:

Q. WHEN YOU LOOKED AT THIS PACKET -- YOU DON'T HAVE THIS.

MR. SINASOHN: CAN I APPROACH, YOUR HONOR?

THE COURT: YES.

BY MR. SINASOHN:

Q. WHEN YOU LOOKED AT THIS PACKET FINALLY DID YOU NOTICE SOMETHING FAMILIAR ABOUT THE -- IN THE E-MAIL, I'M LOOKING AT PAGE THREE OF THIS PACKET THAT WE MARKED AS 33?

THE COURT: 33.

BY MR. SINASOHN:

Q. DID YOU NOTICE SOMETHING FAMILIAR ABOUT THE PHONE NUMBER?

A. YES.

Q. WHAT'S FAMILIAR ABOUT THAT?

A. THE 561 340-1212.
Q. WHAT'S FAMILIAR ABOUT THAT?
A. IT WAS 561 340-1210 WAS FIRST UNIVERSAL THE FIRST TIME THAT I DEALT WITH THEM.
Q. AND DID YOU NOTICE SOMETHING -- AND THIS SAYS STRATTON & FEINSTEIN, RIGHT?
A. YES, SIR.
Q. AND DID YOU NOTICED -- DID YOU EVER SEE ANYTHING ABOUT THE ADDRESS FOR THIS LOCATION FOR STRATTON & FEINSTEIN?
A. IT WAS IN PALM BEACH GARDENS.
Q. AND DID THE ADDRESS LOOK FAMILIAR TO YOU?
A. YES.
Q. WHY?
A. BECAUSE THAT'S WHERE FIRST UNIVERSAL WAS THE FIRST TIME.
Q. OKAY. IN FACT, JUST TO REFRESH YOUR RECOLLECTION, I DIDN'T SHOW YOU THIS, THIS IS THE FRONT OF 33.
IS THAT THE ADDRESS THAT YOU SAW -- THIS ADDRESS SAYS STRATTON & FEINSTEIN, CORRECT?
A. YES.
Q. WHAT DOES IT SAY FOR THE, JUDGE?
A. 5100 PGA BOULEVARD, PALM BEACH GARDENS.
Q. THE SECOND FLOOR?
A. THE SECOND FLOOR.
Q. IS THAT THE SAME ADDRESS THAT YOU KNEW FOR FIRST

UNIVERSAL LENDING?
A. THE PGA BOULEVARD AND THE PALM BEACH GARDENS. I CAN'T SAY FOR SURE THE SECOND FLOOR BUT THE OTHER, YES.
Q. THANK YOU.
MR. SINASOHN: I HAVE NOTHING FURTHER, YOUR HONOR.
THE COURT: MAKE SURE YOU STAPLE THOSE EXHIBITS TO KEEP THEM ALL TOGETHER.
MR. SINASOHN: YES, YOUR HONOR.
THE COURT: CROSS-EXAMINATION.

CROSS EXAMINATION

BY MR. FEINGOLD:
Q. MA'AM, YOU TESTIFIED BEFORE THAT YOU HAD A BAD EXPERIENCE. DID YOU EVER INDICATE TO FIRST UNIVERSAL LENDING THAT YOU ACTUALLY HIRED A DEBT SETTLEMENT FIRM BEFOREHAND? DOES THAT RING A BELL, CREDIT SOLUTIONS?
A. THEY WERE HANDLING MY CREDIT CARD BILLS, YES.
Q. AND YOU HAD INDICATED TO FIRST UNIVERSAL THAT YOU HAD A BAD EXPERIENCE WITH CREDIT SOLUTIONS.
MA'AM, YOU THEN -- YOU HIRED FIRST UNIVERSAL LENDING, AND FIRST UNIVERSAL LENDING GOT A MODIFICATION FOR YOU WHERE ON $157,000 PRINCIPAL BALANCE YOUR INTEREST RATE WAS REDUCED FROM 13.24 PERCENT TO 5.25 PERCENT, ISN'T THAT TRUE?
A. THAT I DON'T KNOW FOR SURE. NO, SIR.
Q. YOU DON'T KNOW. AND, ISN'T IT A FACT, MA'AM, THAT

AFTER FIRST UNIVERSAL REDUCED YOUR INTEREST PAYMENT NEARLY EIGHT PERCENT ON $157,000, OR $12,000 A YEAR OVER THE LIVE OF A 30 YEAR LOAN, WHICH IS HUNDREDS OF THOUSANDS OF DOLLARS, THAT YOU IN FACT WERE QUITE HAPPY WITH THE RESULTS BUT THAT YOU, AFTER THEY GOT YOU THAT MODIFICATION, THEN FELL BEHIND ON THAT.

MR. SINASOHN: OBJECTION. LACKS FOUNDATION.

THE COURT: OVERRULED.

DO YOU UNDERSTAND THE QUESTION?

THE WITNESS: NO, SIR.

BY MR. FEINGOLD:

Q. MA'AM, FIRST UNIVERSAL GOT YOU A MODIFICATION WHERE YOUR INTEREST RATE WAS REDUCED SIGNIFICANTLY FROM 13 POINTS TWO FOUR PERCENT DOWN TO 5.25 PERCENT, CORRECT?

A. THE BEST I REMEMBER IT WAS 6.5 PERCENT.

Q. YES, MA'AM. YOU HAD A 6.75 PERCENT ADJUSTABLE RATE MORTGAGE WHEN YOU FIRST GOT YOUR MORTGAGE. THEN EVERY QUARTER THE INTEREST RATE WENT UP, AND AT THE TIME YOU HIRED FIRST UNIVERSAL THE INTEREST RATE WAS 13.24 PERCENT, CORRECT?

A. YES, SIR.

Q. OKAY. AND FIRST UNIVERSAL, AFTER YOU HIRED THEM, THEY NEGOTIATED THAT INTEREST RATE DOWN WITH YOUR LENDER HFC TO 5.25 PERCENT SAVING YOU $12,000 A YEAR IN INTEREST.

A. HFC WAS MY SECOND MORTGAGE. MY FIRST MORTGAGE WAS BANK

OF AMERICA. IT WAS TWO SEPARATE MORTGAGES, TWO SEPARATE SETTLEMENTS.
Q. YES, MA'AM. AND YOUR COMBINED SAVINGS WITH THE BLENDED RATES WAS A SAVINGS OF ROUGHLY EIGHT PERCENT ANNUALIZED INTEREST RATE ON THE OUTSTANDING COMBINED BALANCE OF $157,000, CORRECT?
A. THE BEST I REMEMBER.
Q. YES. SO FIRST UNIVERSAL GETS YOU THIS MODIFICATION SAVING YOU THOUSANDS UPON THOUSANDS OF DOLLARS, AND THEN YOU, AFTER YOU COMPLETED THE SERVICES WITH FIRST UNIVERSAL, YOU FALL BEHIND ON THAT DEAL THREE MONTHS, CORRECT?
A. ON --
Q. ON THE MODIFICATION --
A. ON HFC, YES. NOT ON BANK OF AMERICA.
Q. ON THE MODIFICATION THAT FIRST UNIVERSAL LENDING GOT YOU, YOU FELL BEHIND THREE PAYMENTS, CORRECT?
A. YES.
Q. AND THEN YOUR SISTER, WHOSE NAME IS DEBBIE HESSIE, CORRECT?
A. YES.
Q. YOUR SISTER, DEBBIE HESSIE, CALLED FIRST UNIVERSAL ASKING THEM TO CONTACT YOU BECAUSE YOU NEEDED ASSISTANCE, YOU HAD FALLEN BEHIND, CORRECT?
A. THAT I DO NOT REMEMBER.
Q. AND AT THE TIME FIRST UNIVERSAL LENDING NO LONGER

OPERATED SO THEY REFERRED AN ATTORNEY FROM STRATTON & FEINSTEIN TO CALL YOU AND HELP YOU, CORRECT?
A. THAT WAS NOT -- THAT WAS NOT PRESENTED TO ME LIKE THAT, NO.
Q. YOU DIDN'T KNOW THAT'S HOW YOU WERE CONTACTED?
A. NO.
Q. AND, IN FACT, WHEN YOU HIRED STRATTON & FEINSTEIN YOU HIRED THEM, AND NOT ONLY DID YOU HIRE THEM TO TRY TO WORK ON YOUR MORTGAGES THAT YOU HAD AGAIN DEFAULTED ON BUT TO ALSO WORK ON ONE, TWO, THREE, FOUR, FIVE, SIX CREDIT CARDS THAT YOU WERE BEING THREATENED ON BECAUSE YOU WERE BEHIND IN PAYING THOSE AS WELL, CORRECT?
A. YES.
Q. SO STRATTON & FEINSTEIN NOW WAS REPRESENTING YOU ON TWO MORTGAGES AND SIX CREDIT CARDS, A TOTAL OF EIGHT CREDITORS, CORRECT?
A. YES.
Q. OKAY. AND YOU DIDN'T HAVE ANY COMPLAINTS WITH STRATTON & FEINSTEIN UNTIL NOVEMBER, THE END OF NOVEMBER WHEN YOU KEPT CALLING THE OFFICE AND NO ONE ANSWERED, CORRECT?
A. NO, I DID HAVE COMPLAINTS.
Q. YOU DID. WELL, THE RECORDS REFLECT, MA'AM, THAT YOU RECEIVED A TOTAL OF 68 CONTACTS, 68 CONTACTS FROM STRATTON & FEINSTEIN, 24 PHONE CALLS AND 48 E-MAILS, KEEPING YOU UP-TO-DATE, AND YOUR LENDERS AND CREDITORS UP-TO-DATE WITH

NEGOTIATING YOUR DELINQUENCIES, CORRECT?
A. AS FAR AS THAT MANY E-MAILS AND PHONE CALLS, NO, SIR, I DON'T THINK IT WAS THAT MANY.
Q. YOU DON'T THINK SO?
A. NO, SIR. BECAUSE I MADE PHONE CALLS TO THEM AND COULD NOT GET ANYBODY TO RETURN MY CALL.
Q. AND NO ONE RETURNED YOUR CALL BETWEEN NOVEMBER 19TH, 2009, AND PRESENT, CORRECT? NO ONE HAS RETURNED YOUR PHONE CALL FROM THERE.
A. FROM NOVEMBER -- ABOUT NOVEMBER 2ND.
Q. NOVEMBER 2ND? NOVEMBER 6TH, SPOKE TO YOU AT 2:03 P.M.
MR. SINASOHN: OBJECTION, YOUR HONOR.
BY MR. FEINGOLD:
Q. ISN'T IT A FACT, ISN'T IT TRUE, THAT ON NOVEMBER 6TH, 2009, AT 2:03 P.M., CURRA BLANCO CALLED YOU, AND YOU INDICATED THAT YOU WERE GOING TO TRY TO RESUBMIT YOUR FINANCIALS AND YOU WERE NOT IN FORECLOSURE AND YOU DO NOT HAVE A SALE DATE. ISN'T THAT TAKE FACT? DIDN'T THAT CONVERSATION TAKE PLACE?
A. I DO NOT REMEMBER THAT CONVERSATION, NO, SIR.
Q. YOU DON'T REMEMBER?
WHAT ABOUT ON 11-17-2009 AT 9:55 A.M., CURRA BLANCO SPOKE TO YOU JUST CHECKING IN TO SEE WHAT'S GOING ON, HAD YOU MADE ANY PROGRESS, AND THEN TALKING ABOUT SMALLER STUFF. DO YOU REMEMBER THAT CONVERSATION ON 11-16-2009?

A. I DIDN'T SPEAK WITH HER. I LEFT A VOICE MAIL.
Q. SO YOU LEFT A VOICE MAIL?
A. I LEFT -- IR, I LEFT SEVERAL VOICE MAILS FOR HER IN NOVEMBER.
Q. 11-5-2009, CURRA BLANCO, YOU WERE INFORMED THAT SHE SPOKE WITH YOUR SUPERVISOR AND THEY ARE BOTH WORKING ON YOUR FILE.
MR. SINASOHN: OBJECTION, YOUR HONOR. IS THERE A QUESTION?
BY MR. FEINGOLD:
Q. ISN'T IT A FACT THAT THIS CONVERSATION TOOK PLACE 11-5-2009, 1:28 P.M.?
A. I DON'T REMEMBER.
Q. YOU DON'T REMEMBER.
A. NO, SIR.
Q. SO YOU ALSO TESTIFIED ON EXHIBIT 33 THAT YOU GOT THESE DOCUMENTS.
DON'T YOU HAVE A COPY OF EXHIBIT 33 IN FRONT OF YOU?
A. NO.
MR. FEINGOLD: SIR, COULD YOU INDULGE ME AND GIVE HER YOUR COPY, PLEASE?
THE COURT: HERE, GIVE HER THIS ONE.
BY MR. FEINGOLD:
Q. LET'S TURN THE PAGE TO THE CLIENT DISCLOSURE DOCUMENT.

THE FIRST PARAGRAPH. ISN'T IT A FACT IT SAYS, "YOUR SERVICES ARE BEING PROVIDED BY A COMBINATION OF SERVICE PROVIDERS WHICH MAY INCLUDE THE FOLLOWING;

"A, A LAW FIRM;

"B, A CUSTOMER SUPPORT COMPANY TO ANSWER YOUR QUESTIONS;

"C, A BILLING COMPANY TO COLLECT MONIES THAT YOU PAY FOR SERVICES" -- EXCUSE ME, THAT'S D.

"A CUSTOMER RELATIONS FIRM TO HANDLE BACK OFFICE MATTERS AND ACCOUNTING REGARDING YOUR ACCOUNT, AND SUCH OTHER PROVIDERS AS MAY BE NECESSARY TO ASSIST IN PROVIDING YOUR SERVICES."

YOU WERE AWARE THAT BESIDES THE LAWYERS THERE WERE OUTSIDE SERVICE PROVIDERS ASSISTING YOU, CORRECT?

A. YES, SIR.

Q. YOU READ THIS DOCUMENT, RIGHT?

A. YES.

Q. YOU ARE AN EDUCATED WOMAN, A NURSE, SO YOU UNDERSTOOD THIS.

NEXT YOU WERE DISCLOSED, "EACH SERVICE PROVIDER IS RESPONSIBLE FOR THEIR OWN PROVIDED SERVICES. HOWEVER, YOUR BILLINGS FOR ALL OF THESE SERVICES WILL BE REMOVED DIRECTLY FROM THE BANK ACCOUNT, CREDIT ACCOUNT IN WHICH YOU HAVE AUTHORIZED AUTOMATED PAYMENTS AS PART OF YOUR NORMAL MONTHLY PAYMENT."

YOU SAW THAT, RIGHT?
A. YES.
Q. AND THESE DISCLOSURES, THEY'RE NOT SMALL. THEY'RE REALLY BAG, RIGHT?
A. YES.
Q. THERE IS NO HIDING THIS STUFF, RIGHT?
A. NO.
Q. AND NEXT, YOU HAVE NOT BEEN GUARANTEED ANY RESULTS AND ALL SERVICES ARE BEING PROVIDED ON A BEST EFFORTS BASIS. REAL BIG, RIGHT?
A. YES.
Q. AND NEXT, YOU MAY BE ABLE TO PROVIDE THE SAME SERVICES WHICH WE PROVIDE TO YOU BY YOURSELF. HOWEVER, WE BELIEVE THAT WE CAN PROVIDE VALUE TO YOU BY SAVING YOU THE TIME AND EFFORT AND CONVENIENCE OF ATTEMPTING THESE SERVICES YOURSELF, CORRECT?
A. YES.
Q. OKAY. AND YOU KNOW THAT THIS RELATIONSHIP THAT YOU PAID FOR THE LAW SERVICES THAT YOU GOT UNLIMITED LEGAL SERVICES. NO MATTER IF ALL EIGHT OF YOUR CREDITORS SUED YOU, THAT THE LAW FIRM AGREED YOU WOULD HAVE UNLIMITED DEFENSE AND REPRESENTATION AND YOU WOULD NOT BY RESPONSIBLE FOR A DIME MORE OF ATTORNEY'S FEES OR COSTS, CORRECT?
A. YES.
Q. THAT'S A PRETTY DARN GOOD DEAL. EIGHT POTENTIAL

LAWSUITS AGAINST YOU AND YOUR LEGAL FEES HAVE BEEN CAPPED FOR EIGHT LAWSUITS WITH ALL THE ATTORNEY'S FEES AND COSTS AT A TOTAL OF $700 A MONTH FOR SIX MONTHS. THAT'S A PRETTY DARN GOOD DEAL, ISN'T IT?
A. YES.
Q. THANK YOU.
THE COURT: REDIRECT.

REDIRECT EXAMINATION

BY MR. SINASOHN:
Q. MISS CHRISTOPHER, JUST SO WE ARE CLEAR. IN THE PHONE CALL THAT YOU GOT FROM MR. WILSON AT STRATTON & FEINSTEIN, DID HE PROMISE YOU THAT STRATTON & FEINSTEIN WOULD OBTAIN FOR YOU A MORTGAGE LOAN THAT WOULD SUBSTANTIALLY LOWER YOUR MORTGAGE PAYMENTS?
A. YES.
Q. DID YOU EVER SPEAK WITH AN ATTORNEY AT ANY TIME THAT YOU WERE PAYING THESE PEOPLE THE $2,800 THAT YOU TALKED ABOUT?
A. NO.
MR. SINASOHN: NOTHING FURTHER.
THE COURT: ANY RECROSS ON THOSE TWO QUESTIONS?
MR. FEINGOLD: YES.

RECROSS EXAMINATION

BY MR. FEINGOLD:
Q. DID YOU EVER ASK TO SPEAK TO A LAWYER?

A. NO.
Q. THANK YOU.
THE COURT: ALL RIGHT, MISS CHRISTOPHER, YOU MAY STEP DOWN. WATCH YOUR STEP, PLEASE.
JUST GET THAT EXHIBIT.
IS THE WITNESS EXCUSED BY THE FTC?
MR. SINASOHN: YES, YOUR HONOR.
THE COURT: BY THE DEFENSE?
MR. FEINGOLD: YES, SIR.
THE COURT: THANK YOU. YOU ARE FREE TO GO.
MISS MOSCOWITZ HAS RETURNED. WHY DON'T WE GO BACK TO HER TESTIMONY.
MR. SINASOHN: YES, YOUR HONOR.
THE COURT: THANK, YOU MISS MOSCOWITZ.
I REMIND YOU THAT YOU ARE STILL UNDER OATH.
MS. MOSCOWITZ: YES, SIR.
THE COURT: CROSS-EXAMINATION.
MR. FEINGOLD: YOUR HONOR, MAY I MOVE BETWEEN THE PODIUM AND THE EASEL?
THE COURT: ABSOLUTELY. FEEL FREE TO DO SO.
CROSS EXAMINATION
BY MR. FEINGOLD:
Q. GOOD AFTERNOON.
A. HELLO.
Q. SO LET'S START TALKING ABOUT FIRST UNIVERSAL. YOU WENT

INTO THE OFFICES ON THE NIGHT OF NOVEMBER 19TH KNOWING NOTHING ABOUT THE COMPANY, CORRECT?
A. WELL, I HAD READ PART OF THE PLEADINGS THAT THE FTC HAD FILED AND I HAD LOOKED AT SOME COMPLAINTS THERE ON THE RIP-OFF REPORT AND VARIOUS INTERNET SITES. SO I DIDN'T KNOW NOTHING.
Q. YOU WOULD ACKNOWLEDGE THAT YOU HAD A LIMITED WORKING KNOWLEDGE OF THE COMPANY AT THAT POINT IN TIME.
A. YES.
Q. AND YOU NOW KNOW THAT THERE IS A BACK OFFICE --
MR. SINASOHN: YOUR HONOR, CAN I MOVE AROUND?
THE COURT: FELL FREE TO DO SO.
BY MR. FEINGOLD:
Q. YOU NOW KNOW THERE IS A BACK OFFICE, CORRECT?
A. I KNOW THAT THERE IS SOMETHING THAT YOU CALL A BACK OFFICE.
Q. YES. AND THE BACK OFFICE COMPRISES ALL THESE LADIES AND GENTLEMEN BACK THERE. YOU HAVE SEEN THEIR FACES, CORRECT?
A. YOU KNOW, I DON'T REMEMBER THEIR FACES.
Q. AND THERE IS SALES. AND YOU ALSO KNOW THAT SALES HAS BEEN CLOSED, CORRECT?
A. I KNOW YOU HAVE TOLD ME SALES HAVE BEEN CLOSED.
Q. YES. AND WE KNOW THAT THERE IS FIRST UNIVERSAL LENDING, FIRST UNIVERSAL HOLDINGS AND FEINGOLD & KAM.

NOW, FIRST UNIVERSAL LENDING, THE NIGHT YOU CAME IN ON 11-19-2009, I SAT IN MY OFFICE WITH YOU AND WITH THE FTC LAWYER, WHEREVER HE -- WHEREVER HE WENT, AND I LOOKED AT YOU ALL AND I SAID, "YOU GUYS HAVE COME INTO THE WRONG COMPANY," SOMETHING TO THAT EFFECT. DO YOU REMEMBER THAT?
A. YES.
Q. OKAY. AND AT THAT POINT IN TIME I LOOKED AT THE FTC ATTORNEY AND SAID TO HIM, "ARE YOU AWARE THAT FIRST UNIVERSAL LENDING TURNED IN ITS LENDER'S LICENSE TO THE STATE OF FLORIDA IN APPROXIMATELY SEPTEMBER OF 2009," AND THAT HE STARRED AT ME, DIDN'T ANSWER. AND I SAID TO HIM, "BY YOUR SILENCE IT IS OBVIOUS YOU HAD NO IDEA." DO YOU RECALL THAT EXCHANGE?
A. NO, I DON'T REMEMBER THAT.
Q. YOU DON'T RECALL THAT?
DO YOU RECALL ME INQUIRING TO THE FTC ATTORNEY ABOUT REVIEWING THE DOCUMENTS THAT FIRST UNIVERSAL LENDING HAD SUBMITTED TO THE STATE OF FLORIDA TO EXPLAIN ITS RESULTS, AND ITS REFUNDS, AND THE OVERALL PROCESS OF THE COMPANY. DO YOU RECALL ME TALKING TO MR. SINASOHN ABOUT THAT?
A. MAYBE.
Q. AND --
A. BUT YOU KNOW WHAT? WHAT YOU SAID ISN'T ACCURATE. FIRST UNIVERSAL LENDING -- FIRST UNIVERSAL LENDING IS STILL

OPERATING ON 10,998 ACCOUNTS.
Q. WELL, NO, THAT'S 1,900, NOT 10,000?
A. I'M SORRY. YOU'RE RIGHT.
Q. AND WE WILL GET TO THAT.
YOU TAKE NO ISSUE WITH A FIRM PROVIDING SERVICES FOR FREE TO CUSTOMERS?
A. WELL, I DON'T KNOW WHETHER I DO OR NOT, AND I DON'T KNOW WHETHER THEY WERE FREE.
Q. OKAY. BUT THAT'S RIGHT, YOU DON'T KNOW, DO YOU?
A. I DON'T KNOW BECAUSE I HAVEN'T BEEN ABLE TO REVIEW THE SALES FORCE FILES.
Q. WELL, WE WILL TALK ABOUT A LOT OF IT, BUT THAT'S AN INTERESTING POINT RIGHT NOW.
ISN'T IT A FACT MICHELLE BERG, YOUR REPRESENTATIVE, HAS THE ADMINISTRATIVE USER NAME AND PASSWORD FOR THE BACK OFFICE MANAGER, MIRANDA JOHNSON, AND WE CAN GO ON SALES FORCE RIGHT NOW IF YOU WOULD LIKE AND LOOK HOW MANY TIMES AND HOW MUCH ACCESS HAS BEEN GIVEN. ISN'T IT A FACT THAT MAYBE YOU NEVER LOGGED IN ON SALES FORCE BUT YOUR TEAM CERTAINLY DID.
A. WELL, YEAH, THEY HAD A FEW DAYS ACCESS TO IT THIS LAST WEEK.
Q. LET'S TALK ABOUT THE FEW DAYS.
YOU COME IN ON 11-19 WITH FOUR POLICE. ACCORDING TO MR. SINASOHN I'M PROBABLY IN FORT LAUDERDALE DOING

SOMETHING TO ANOTHER OFFICE, WE WILL GET TO THAT. BUT THE BOTTOM LINE IS, IS WHEN YOU COME IN I'M NOT THERE, CORRECT?
A. RIGHT.
Q. YOU DON'T SIT DOWN AND YOU DON'T INTERVIEW ME. I'M NOT THERE. YOU COME IN -- DO YOU ACTUALLY SIT DOWN AND INTERVIEW ANYONE AND ASK THEM, "HEY, TELL ME ABOUT THIS ENTIRE COMPANY AND WHAT GOES ON?"
A. ACTUALLY I DID INTERVIEW YOU SOME THAT NIGHT, AND THEN THE NEXT THING I KNEW YOU HAD GONE TO COLORADO.
Q. YES.
A. AND, SO I WAS NOT ABLE TO INTERVIEW YOU FOR A WEEK. I ATTEMPTED TO INTERVIEW MR. ZAUSNER. MR. ZAUSNER WAS UNABLE TO ANSWER ANY QUESTION I ASKED DESPITE THE FACT THAT YOU HAD TOLD ME HE WAS IN CHARGE OF SALES. HE TOLD ME HE HAD NO IDEA WHAT PEOPLE SAID ON THE PHONE.
Q. WE ARE GOING TO BREAK DOWN YOUR ANSWERS. WE WILL KEEP IT REALLY SIMPLE.
A. THANK YOU. THAT WILL HELP ME UNDERSTAND I'M SURE.
Q. 11-19 IS A THURSDAY. ON THAT FRIDAY, I'M IN TOWN, YOU DIDN'T SHOW UP TO THE OFFICES OF FIRST UNIVERSAL, DID YOU?
A. NO.
Q. NO, YOU DIDN'T. SO THE DAY AFTER YOU TOOK OVER AN OFFICE WITH ABOUT A HUNDRED PEOPLE WORKING THERE THEY COULDN'T OPEN OR DO A THING WITHOUT YOUR APPROVAL, YOU DIDN'T SHOW, NO ONE IS WORKING, RIGHT? IS THAT CORRECT?

A. YES.
Q. AND ON THAT DAY YOU LEARN AFTER I SPEAK TO THE FTC BRANCH CHIEF AND ADVISE HIM OF THEIR MISTAKE, YOU LEARN THAT THE FTC CONSENTED TO THE APPOINTMENT OF A MONITOR AND THE REMOVAL -- LET ME FINISH MY QUESTION.
A. WELL, YOUR QUESTION ALREADY HAS PREMISES. I DON'T KNOW WHAT CONVERSATION --
Q. YOU DON'T KNOW? OKAY.
A. -- YOU HAD WITH THE FTC. I WASN'T THERE --
Q. THAT'S FAIR.
A. -- I DIDN'T HEAR IT.
Q. YOU DID LEARN THOUGH ON FRIDAY, THE DAY AFTER YOU WEREN'T AT THE OFFICE, YOU DID THEN LEARN THAT YOU WERE REQUESTED TO LOOK FOR A FEDERAL MONITOR RATHER THAN A RECEIVER, CORRECT?
A. WELL, THAT -- SORT OF. I MEAN, THE VERBIAGE IS ALL WRONG. I LEARNED THAT YOU HAD POTENTIALLY AGREED WITH THE FTC TO STIPULATE TO AN INJUNCTION IN WHICH THERE WOULD BE A MONITOR AND, THEREFORE, I LOOKED FOR SOMEBODY WHO COULD BE AT THE PREMISES ON A DAILY BASIS BECAUSE I COULD NOT.
Q. RIGHT. AN INJUNCTION, ALL SALES WOULD END, A MONITOR AT THE EXPENSE OF FIRST UNIVERSAL TO WATCH THE ENTIRE BUSINESS BECAUSE THERE WERE THOUSANDS OF PEOPLE THAT NEEDED THE BACK OFFICE SUPPORT FOR WHAT WAS BEING DONE AND THERE WAS TREMENDOUS --

MR. SINASOHN: OBJECTION. IS THERE A QUESTION, YOUR HONOR?

THE WITNESS: YEAH. THAT'S YOUR TESTIMONY. I DON'T KNOW.

BY MR. FEINGOLD:

Q. DO YOU AGREE WITH THAT STATEMENT?

A. NO.

Q. YOU DON'T KNOW.

A. I DON'T KNOW.

Q. OKAY. THAT'S FINE.

A. AND I -- YOU KNOW WHAT? I JUST AM NOT GOING TO ANSWER A QUESTION THAT HAS TEN PREMISES IN IT.

Q. FINE.

A. YOU SAID YOU WOULD BREAK THEM DOWN, BREAK THEM DOWN.

Q. I WILL. SO YOU DID LEARN THAT THERE WAS A REQUEST FOR A MONITOR, CORRECT?

A. I LEARNED THAT THERE WAS A POTENTIAL AGREEMENT BETWEEN YOU AND THE FTC TO HAVE A MONITORSHIP RATHER THAN A RECEIVERSHIP.

Q. AND YOU DID LEARN FROM ME, I TOLD YOU, ISN'T IT A FACT, THAT I FELT COMFORTABLE AND ACTUALLY WENT AWAY BECAUSE IT APPEARED THAT EVERYTHING HAD BEEN WORKED OUT WITH THE FTC.

A. YOU TOLD ME THAT WHEN YOU CAME BACK A WEEK LATER.

Q. YES. AND, IN FACT, DID YOU SEE ANY OF THE E-MAILS BETWEEN MYSELF AND THE FTC THE SUNDAY AFTER THAT FRIDAY?

DID YOU SEE COPIES OF ANY OF THOSE E-MAILS DISCUSSING THE SETTLEMENT?
A. NO. I THINK MISS KUDMAN HAD THEM. I DON'T THINK I HAD THEM, BUT I'M NOT SURE RIGHT NOW.
Q. OKAY. AND --
A. I KNOW THERE WERE SOME. I JUST DON'T REMEMBER WHETHER I SAW THEM.
Q. YES. AND YOU DO KNOW AS WE SIT HERE NOW THAT THE ISSUE IS UNFAIR AND DECEPTIVE SALES PRACTICES, CORRECT?
A. THAT'S CERTAINLY THE MAJOR ISSUE.
Q. YES. AND YOU WOULD AGREE WITH ME LOGICALLY, THAT IF YOU ARE NOT SELLING THEN YOU CAN'T COMMIT UNFAIR AND DECEPTIVE SALES PRACTICES, CORRECT?
A. WELL, I THINK THERE IS A PROBLEM IF THE WHOLE CUSTOMER BASE WAS BROUGHT IN UNDER FALSE PRETENSES. I MEAN, I THINK THAT'S A MAJOR ISSUE.
Q. HOW MANY OF THE CUSTOMERS HAVE YOU PERSONALLY SPOKEN TO?
A. I HAVE NOT.
Q. YOU HAVEN'T SPOKEN TO A SINGLE CUSTOMER --
A. NO, THAT'S NOT TRUE. THERE WAS A GUY WHO CAME IN ONE DAY WHEN MISS BERG AND I WERE THERE AND SAID HE -- HE HAD NOT HAD ANY ACTION.
Q. ONE CUSTOMER YOU SPOKE TO.
HOW MANY SALESPEOPLE HAVE YOU SPOKEN TO SINCE YOU

HAVE BEEN A RECEIVER?
A. ACTUALLY, YOU KNOW, THEY -- I TRIED TO ASK A FEW LIKE MISS -- I DON'T REMEMBER MIRANDA'S LAST NAME, BUT IT'S VERY DIFFICULT FOR HER TO ANSWER MY QUESTIONS.
Q. MA'AM, HOW MANY SALESPEOPLE HAVE YOU SPOKEN TO SINCE YOU TOOK OVER AS RECEIVER ALMOST THREE WEEKS AGO?
A. OH, SALESPEOPLE.
Q. YES.
A. NONE.
Q. ZERO.
A. I'M SORRY, I DIDN'T HEAR RIGHT. NONE.
Q. ZERO.
A. THEY HAVEN'T BEEN AROUND.
Q. THEY HAVEN'T BEEN AROUND BECAUSE THEY WERE FIRED, CORRECT?
A. I DON'T KNOW.
Q. LET'S --
A. WHO WERE THEY -- DID YOU FIRE THEM?
Q. LET'S FIND OUT WHAT YOU DO KNOW.
J.M. IS GOING TO STAND FOR YOU, F.U.L. WILL STAND FOR FIRST UNIVERSAL LENDING F.U.H. WILL STAND FOR FIRST UNIVERSAL HOLDING, AND F.K. WILL STAND FOR FEINGOLD & KAM.
MA'AM, ISN'T IT TRUE THAT FIRST UNIVERSAL LENDING DID NOT HAVE THE SAME PERSONNEL AS FIRST UNIVERSAL HOLDINGS?

A. AS SALESPEOPLE, AS BACK OFFICE PEOPLE --
Q. THE ENTIRE COMPANY.
A. -- AS -- I DON'T KNOW. I THINK THERE ARE PEOPLE IN THERE NOW WHO ARE STILL -- YOU KNOW, THERE ARE THINGS GOING IN AND OUT THAT SAY FIRST UNIVERSAL LENDING, THAT SAY FIRST UNIVERSAL HOLDINGS. I THINK THE PAYROLL IS ALL PAID UNDER FIRST UNIVERSAL HOLDINGS SO. I THINK THEY ARE PRETTY --
Q. CAN YOU ANSWER THE QUESTION?
A. MY ANSWER IS, I THINK THEY ARE PRETTY INTERCHANGEABLE.
Q. ISN'T IT A FACT THAT ONLY 25 PERCENT OF THE UNIVERSAL LENDING PEOPLE WORK AT FIRST UNIVERSAL HOLDINGS, ISN'T THAT A FACT?
A. WELL, I THINK THAT'S ABOUT RIGHT BECAUSE I KNOW THERE ARE THOUSAND FIRST UNIVERSAL LENDING PEOPLE LEFT AND ABOUT THREE THOUSAND FIRST UNIVERSAL HOLDINGS, THE LAW FIRM MODEL PEOPLE.
Q. I THINK YOU MISUNDERSTAND ME. I'M TALKING ABOUT PERSONNEL.
A. WELL, I'M SAYING THAT IF THE NUMBER OF FILES ARE 25 PERCENT I WOULD PRESUME THAT THAT IS HOW THE PERSONNEL GOES.
Q. SO ONLY ABOUT 25 PERCENT --
A. I DON'T REALLY KNOW. BUT, YOU KNOW, IT SOUNDS LIKE THAT COULD BE SO.
Q. SO I WILL PUT A QUESTION MARK THERE FOR THAT ALSO.
ISN'T IT A FACT THAT THE EXECUTIVE COMMITTEE OF

FIRST UNIVERSAL LENDING IS DIFFERENT THAN THE EXECUTIVE COMMITTEE FOR UNIVERSAL HOLDING?

MR. SINASOHN: OBJECTION. LACKS FOUNDATION.

THE WITNESS: YES. I MEAN, YOU TOLD ME ABOUT AN EXECUTIVE COMMITTEE WHICH ARE A BUNCH OF GUYS WHO TRAIN THE SALESPEOPLE.

BY MR. FEINGOLD:

Q. YOU DON'T KNOW.

A. YOU I DON'T KNOW.

Q. SO WE WILL PUT A QUESTION MARK FOR THAT.

ISN'T IT A FACT THAT THE COMPENSATION STRUCTURE AT FIRST UNIVERSAL LENDING IS DIFFERENT THAN THE COMPENSATION STRUCTURE FOR FIRST UNIVERSAL HOLDING?

A. FOR THE SALES PEOPLE?

Q. FOR EVERYONE, MA'AM.

A. I KNOW WHAT YOU TOLD ME ABOUT HOW THE COMMISSION STRUCTURE WORKS AND I KNOW HOW THE LAW FIRMS PAY. I CAN ANSWER THAT.

Q. DO YOU KNOW -- ISN'T IT TRUE, YES OR NO, ISN'T IT A FACT THAT THE COMPENSATION OF PEOPLE AT FIRST UNIVERSAL LENDING WAS DIFFERENT THAN THE COMPENSATION OF PEOPLE FOR FIRST UNIVERSAL HOLDING?

A. I DON'T KNOW.

MR. SINASOHN: OBJECTION. LACKS FOUNDATION.

THE COURT: WELL, THE WITNESS CAN ANSWER WHETHER

OR NOT SHE KNOWS. IF SHE DOESN'T KNOW SHE CAN STATE THAT.
THE WITNESS: I DON'T KNOW.
BY MR. FEINGOLD:
Q. SO AS TO COMPENSATION YOU DON'T KNOW.
A. WELL, I DON'T KNOW IT FOR -- I MEAN, I DON'T KNOW WHETHER IT WAS DIFFERENT BETWEEN FIRST UNIVERSAL LENDING AND FIRST UNIVERSAL HOLDING.
Q. RIGHT.
A. I UNDERSTAND WHAT IT WAS UNDER FIRST UNIVERSAL HOLDINGS SO IT IS INACCURATE FOR YOU TO SAY, "COMPENSATION YOU DON'T KNOW."
Q. OKAY.
A. I DO KNOW.
Q. KAHLIX. ISN'T IT A FACT THAT FIRST UNIVERSAL HOLDING NEVER USED KAHLIX BUT FIRST UNIVERSAL LENDING USED KAHLIX?
A. I DON'T KNOW WHAT KAHLIX IS.
Q. YOU DON'T KNOW WHAT KAHLIX IS.
ISN'T IT A FACT THAT FIRST UNIVERSAL LENDING USED POINT AND FIRST UNIVERSAL HOLDINGS NEVER USED A POINT?
A. I DON'T KNOW WHAT POINT IS.
Q. ISN'T IT A FACT THAT FIRST UNIVERSAL LENDING USED LONG FORM 1003 FORMS AND FIRST UNIVERSAL HOLDINGS HAS NEVER USED LONG FORMS 1003?
A. I HAVE NO IDEA.
Q. ISN'T IT A FACT THAT FIRST UNIVERSAL LENDING UTILIZES

STIPULATIONS WITH LENDERS, FIRST UNIVERSAL HOLDINGS DOES NOT UTILIZE LENDER'S STIPULATIONS.
A. I DON'T KNOW THAT.
Q. ISN'T IT A FACT THAT FIRST UNIVERSAL HOLDINGS PROVIDES UNLIMITED LEGAL SERVICES AND BACK OFFICE SUPPORT FOR LAW FIRMS, AND FIRST UNIVERSAL LENDING HAS NEVER DONE THAT?
A. THAT I -- THAT I AM TOLD. I MEAN, I AM TOLD THAT. I HAVEN'T VERIFIED THAT.
Q. ISN'T IT TRUE --
A. YOU TOLD ME THAT. I MEAN, I AM REPEATING BACK TO YOU THINGS YOU HAVE TOLD ME.
Q. ISN'T IT TRUE THAT FIRST UNIVERSAL LENDING, IT'S BUSINESS PRACTICE WAS TO CLEAR CONDITIONS BUT FIRST UNIVERSAL HOLDINGS NEVER HAD TO CLEAR CONDITIONS.
A. I DON'T KNOW WHAT THAT MEANS.
Q. YOU DON'T KNOW. ISN'T IT TRUE THAT FIRST UNIVERSAL LENDING HAD --
A. I ALSO DON'T KNOW WHETHER ANY OF THOSE THINGS MATTER, WHETHER THEY ARE MATERIAL. I DON'T.
Q. WELL, MA'AM, YOU ARE OPERATING AS A RECEIVER OVER FIRST UNIVERSAL HOLDINGS EVEN THOUGH FIRST UNIVERSAL LENDING WAS SUED. I THINK WE NEED TO GO THROUGH THE DISTINCTIONS. THIS IS WHY I'M DOING IT. OKAY?
THE OFFICE SPACE. ISN'T IT A FACT, MA'AM, THAT THE OFFICE SPACE CONFIGURATION OF FIRST UNIVERSAL LENDING

WAS DIFFERENT THAN THE OFFICE SPACE CONFIGURATION OF FIRST UNIVERSAL HOLDINGS?
A. WELL, I MEAN, YOU TOLD ME THAT YOU BROKE SOME WALLS DOWN TO PUT SALES SPACE ON THE SECOND FLOOR, YOU MOVED YOUR SECRETARY TO ANOTHER PART OF THE LAW OFFICE AND OPENED A SALES ROOM ON THE THIRD FLOOR. SO I UNDERSTAND IT WAS DIFFERENT IN THAT REGARD.
Q. IT WAS MOVED AROUND. THE OFFICE SETUP WAS MOVED AROUND.
A. YES. PEOPLES DESKS WERE MOVED TO DIFFERENT PLACES.
Q. ISN'T IT TRUE THAT FIRST UNIVERSAL LENDING USED UNDERWRITERS, FIRST UNIVERSAL HOLDING HAS NEVER UTILIZED UNDERWRITERS.
A. I DON'T KNOW WHAT YOU MEAN BY UNDERWRITERS. I THINK YOU MEAN PEOPLE -- WHEN YOU SAY UNDERWRITERS, YOU ARE TALKING ABOUT PEOPLE INSIDE FIRST UNIVERSAL LENDING ACTING AS UNDERWRITERS.
Q. CORRECT.
A. NOT LIKE GOING TO NEW YORK AND HIRING A BIG FIRM TO BE AN UNDERWRITER. SOME OF THESE PEOPLE IN THE BACK OF THE ROOM WERE ACTING AS UNDERWRITERS, CORRECT?
Q. I AM TALKING ABOUT UNDERWRITERS AS YOU REFERENCED, NOT IN THE I.P.O. MARKET IN WALL STREET. WE'RE TALKING ABOUT UNDERWRITERS IN LENDING INDUSTRY.
A. SO YOU LABELED SOME PEOPLE UNDERWRITERS.

Q. NO, PEOPLE ACTING AS UNDERWRITERS AS THAT TERM IS UTILIZED IN THE LENDING INDUSTRY. ISN'T IT A FACT THAT FIRST UNIVERSAL LENDING HIRED, COMPENSATED, AND HAD UNDERWRITERS WORKING FOR IT, AND FIRST UNIVERSAL HOLDINGS NEVER HAD UNDERWRITERS EMPLOYED UNDER ITS ROOF.
A. WELL, I THINK THEY EXTRACT THE SAME INFORMATION. WHETHER THEY HAVE THE SAME TITLE AND COMPENSATION I REALLY DON'T KNOW.
Q. YOU DON'T KNOW.
A. I DON'T KNOW.
Q. ISN'T IT A FACT THAT FIRST UNIVERSAL LENDING EMPLOYED PROCESSORS, AND FIRST UNIVERSAL HOLDINGS HAS NEVER UTILIZED PROCESSORS?
A. I DON'T KNOW.
Q. ISN'T IT A FACT THAT FIRST UNIVERSAL LENDING EMPLOYED MORTGAGE BROKERS, FIRST UNIVERSAL HOLDINGS HAD NEVER EMPLOYED MORTGAGE BROKERS?
A. I DON'T KNOW WHETHER THAT'S TRUE OR NOT.
Q. MA'AM, HAVE YOU EVER READ THE DAILY COMPLIANCE LOGS OF FIRST UNIVERSAL LENDING?
MR. SINASOHN: OBJECTION. LACKS FOUNDATION THAT THEY EXIST.
THE COURT: WELL, HAVE YOU EVER READ SUCH A DOCUMENT?
THE WITNESS: NO. NOT FOR EITHER ONE, YOUR

HONOR.
BY MR. FEINGOLD:
Q. NOT FOR EITHER ONE.
ARE YOU AWARE IF DAILY COMPLIANCE LOGS EXIST FOR EACH COMPANY?
A. YOU TOLD ME THAT DAILY COMPLIANCE LOGS EXIST WHERE EVERYBODY -- ALL THE BACK OFFICE PEOPLE RECORD EVERY CALL OR, YOU KNOW, MAKE NOTES OF EVERY CALL THAT THEY EITHER HEAR OR MAKE.
Q. DON'T YOU THINK THAT'S AN IMPORTANT PIECE OF INFORMATION TO REVIEW A DAILY COMPLIANCE LOG TO SEE IF THERE IS PROBLEMS AT A COMPANY?
A. LISTEN I'M JUST BEGINNING. I PLAN TO DO THOSE THINGS IF I GO ON. IF THERE IS AN INJUNCTION AND I'M THE RECEIVER THERE WILL BE A LOT OF THINGS THAT I WILL NEED TO DO AND MISS BERG WILL NEED TO DO.
Q. BUT, MA'AM, YOU CAME INTO THIS COMPANY BEING TOLD THERE WERE PROBLEMS THERE. WOULDN'T LOGIC DICTATE THAT YOU WOULD LOOK IN THE LOGS OF THE PROBLEMS TO SEE IF THE PROBLEMS WERE ACTUALLY TRUE, THAT THEY EXISTED? WOULDN'T THAT BE THE FIRST STEP?
A. NO, IT WOULDN'T BE THE FIRST STEP. THE FIRST STEP WAS DETERMINING WHAT PEOPLE WERE BEING PROMISED, AND THEN THERE WERE THE ISSUES ABOUT WHETHER WE COULD GET REMOTE ACCESS TO SALES FORCE AND THINGS LIKE THAT --

Q. IF THE FIRST --

MR. SINASOHN: OBJECTION.

MR. FEINGOLD: I APOLOGIZE.

THE COURT: LET THE WITNESS FINISH.

BY MR. FEINGOLD:

Q. I'M SORRY. ARE YOU DONE, MA'AM?

IF THE FIRST STEP WAS TO DETERMINE WHAT PEOPLE ARE BEING PROMISED, THEN HOW IS IT YOU ONLY SPOKE TO ONE CUSTOMER THE ENTIRE TIME YOU HAVE BEEN RECEIVER FOR THREE WEEKS? HOW DID YOU SATISFY THAT JOB TO SPEAKING TO ONE CUSTOMER?

A. WELL, I ACTUALLY WAS ABLE TO SEE WHAT THE SALESPEOPLE SAID BECAUSE THEIR SCRIPTS WERE ALL OVER THEIR DESKS.

Q. THAT IS A GREAT POINT. SCRIPTS WERE ALL OVER THE DISK.

MA'AM, DO YOU HAVE THE STACK OF WHAT YOU CALL SCRIPTS?

A. YES.

Q. THAT WERE EXHIBITS 33?

A. I DON'T KNOW THAT I HAVE THEM NUMBERED RIGHT. JUST TELL ME WHICH ONE AND I'LL LOOK FOR IT.

Q. WE ARE GOING TO GO THROUGH ALL OF THEM, MA'AM, ALL OF THESE SCRIPTS. LET'S START WITH GOVERNMENT EXHIBIT 32.

A. CAN YOU TELL ME WHICH ONE IT IS AND I WILL LOOK FOR THAT?

Q. IT IS NUMBER 32.

A. CAN YOU SHOW IT TO ME? MINE ARE NOT NUMBERED.

MR. FEINGOLD: I APOLOGIZE IF --

THE COURT: I WILL GIVE THE WITNESS MINE.

THE WITNESS: I'M SORRY, JUDGE.

THE COURT: THAT IS ALL RIGHT.

BY MR. FEINGOLD:

Q. MA'AM, LET'S START WITH EXHIBIT NUMBER 32.

THE TOP OF IT, IT SAYS, "FINLEY AND ASSOCIATES, A CONSUMER RIGHTS LAW FIRM."

YOU CHARACTERIZED THIS IN MY NOTES AS TYPICAL BOILER ROOM TACTICS. CAN YOU POINT OUT FOR ME ON EXHIBIT 32 ANYTHING THAT IS ILLEGAL, ANYTHING THAT'S ILLEGAL ON EXHIBIT 32, BECAUSE THEY DIDN'T GO THROUGH IT LAST TIME.

A. ACTUALLY IT IS NOT MY JOB TO SAY WHAT'S LEGAL OR ILLEGAL. I CAN'T -- I MEAN, I CAN, BUT I CAN ALSO TELL YOU WHAT I FIND TO BE HIGH PRESSURE, BOILER ROOM TECHNIQUES, LIKE WHERE IT SAYS, "SUMMARY REBUTTALS."

THIS IS -- YOU DON'T NEED A REBUTTAL UNLESS SOMEBODY IS ACTUALLY OBJECTING TO PURCHASING YOUR SERVICE AND YOU WANT TO REBUT WHAT THEY SAY IN ORDER TO INDUCE THEM TO PAY YOU MONEY.

YOU KNOW, WHEN I HAVE A CLIENT COME IN TO INTERVIEW ME TO DECIDE WHETHER THEY WANT TO ENGAGE ME AS THEIR LAWYER I DON'T THINK ABOUT REBUTTALS. I DON'T THINK WHERE THEY SAY, "I CAN'T AFFORD YOU," AND I SAY, "WELL,

WITHOUT ME YOU MAY GO TO JAIL," OR SOMETHING LIKE THAT. IT IS NOT -- THAT'S NOT HOW I PICTURE LAWYERS GET CLIENTS. THEY DON'T HAVE REBUTTALS.

REBUTTALS, CLOSERS, OPENERS, TAPED VERIFICATION CALLS, OBJECTION SHEETS, THAT'S WHERE I CAME IN WITH YOU, U.S. OIL AND GAS, AND ALL THE BOILER ROOMS THAT WE PROSECUTED IN THE '80'S HERE.

Q. BUT, MA'AM, THE POINT IS, IS THAT YOU CHARACTERIZED THESE SO NEGATIVELY BEFORE AND I WANT YOU TO TAKE ME THROUGH EACH SHEET AND SHOW ME WHAT IS SO OBJECTIONABLE ABOUT, "DON'T SAY GUARANTEE. DON'T MAKE GREAT PROMISES. DON'T SAY WE'RE ATTORNEYS." WHAT IS SO WRONG WITH TRAINING PEOPLE TO MAKE SURE THEY SAY THE TRUTH?

A. YOU --

Q. YOU MAY -- I APOLOGIZE.

A. YOU SAY WHATEVER YOU WANT TO SAY.

Q. BUT JUST TELL ME WHAT'S -- I MEAN, THE SALES ROOM IS CLOSED. THIS IS ALMOST ACADEMIC. BUT THE POINT IS, IS THE WAY YOU CHARACTERIZED THIS IS SO NEGATIVE I WANT TO KNOW ON EXHIBIT 32 WHAT'S UNLAWFUL?

A. OKAY. SOME REBUTTALS, "THEY WILL FORECLOSE. THEY WILL MOVE FORWARD WITH THE SALES DATE. THEY WILL EVENTUALLY EVICT YOU FROM YOUR HOME. IT'S ONLY A MATTER OF TIME. DON'T BE PENNY-WISE AND POUND FOOLISH. WE WON'T TAKE YOUR HOME, THE LENDER WILL. DON'T LET A FEW HUNDRED DOLLARS A

MONTH STOP YOU FROM SAVING YOUR HOME."

I THINK THAT'S A PROMISE THAT SOMEBODY'S HOME WILL BE SAVED.

Q. BUT YOU HAVEN'T HEARD HOW IT WAS SAID AND YOU DON'T KNOW -- CORRECT?

A. I HAVE NOT HEARD HOW IT WAS SAID.

Q. AND, IN FACT, YOU HAVEN'T BROUGHT A SINGLE PERSON IN, A FINLEY AND ASSOCIATES PERSON, WHO SAID THAT THEY FELT LIKE THEY WERE LIED TO OR MISREPRESENTED IN ANY WAY. ISN'T IT TRUE THE LAST WITNESS WHO GOT UP AND WAS A CLIENT OF THE LAW FIRM, SHE GOT A PRETTY GOOD RESULT, DIDN'T SHE.

A. I DON'T KNOW. I DIDN'T HEAR ALL OF HER, AND I'M NOT SURE BECAUSE I DIDN'T GET A CHANCE -- I HEARD YOUR TESTIMONY ABOUT IT, BUT I HAVE NEVER SEEN HER RECORDS. SO THE ANSWER IS I DON'T KNOW.

Q. YOU DON'T KNOW?

A. I DON'T KNOW.

Q. SITTING IN THIS COURTROOM YOU DON'T KNOW?

A. I DON'T KNOW.

Q. OKAY. LET'S GO TO EXHIBIT NUMBER 31.

A. CAN YOU TELL ME WHICH IT IS?

Q. SURE. IT'S THE TRAINING SCHEDULE, MA'AM.

THE WITNESS: I HAVE IT, JUDGE.

THE COURT: OKAY.

BY MR. FEINGOLD:

Q. THE TRAINING SCHEDULE. IS THERE ANYTHING OFFENSIVE ABOUT GIVING PEOPLE A TRAINING AND WORK SCHEDULE IN WRITING?
A. NO. BUT THERE IS CERTAIN THINGS IN IT THAT I SEE THAT ARE INDICATIVE TO ME OF THE PRACTICE, WHERE IT SAYS, "REVIEW THE OPENING PITCH. COMMON OBJECTIONS," AND IT SAYS, "REVIEW OBJECTIONS HEARD PRIOR DAYS. ADDING REBUTTALS TO MORE OBJECTIONS. HOW TO OVERCOME MOST OBJECTIONS THAT HAPPENS A FEW DAYS." I --
Q. BUT EVERYTHING IN HERE --
A. THIS TO ME -- WHAT I THOUGHT WAS INTERESTING ABOUT THE TRAINING SCHEDULE WAS, IT SAID TO ME THAT THE OTHER DOCUMENTS THAT I FOUND WERE PART OF THE REGULAR PRACTICE, YOU KNOW, BECAUSE THIS SHOWS ME THAT EVERYBODY IS GETTING TRAINED TO DO THE SAME THING.
Q. WELL, YOU WOULD AGREE WITH ME THAT YOU WOULD EXPECT A BUSINESS WOULD TRAIN ITS PEOPLE, CORRECT?
A. ABSOLUTELY.
Q. AND YOU WOULD EXPECT THAT TRAINING PEOPLE IN AN ETHICAL BUSINESS WOULD MAKE SURE THAT EVERYTHING PUT IN PAPER, IF YOU ARE TRAINING PEOPLE, IS ACTUALLY TRUE. I MEAN, THERE IS NOTHING IN EXHIBIT 31 THAT YOU CAN POINT TO ME AND SHOW ME IS FALSE.
A. I DON'T KNOW. IT SAYS, "WHO ARE YOU? YOUR CREDIT WAS PULLED FOR A HOME MORTGAGE. WE'RE A DIRECT LENDER PARTNERED WITH EXPERIENCE IN THE CREDIT BUREAU. BECAUSE OF THIS

RELATIONSHIP I CAN GUARANTEE YOU THE BEST INTEREST RATE, AS WELL AS SAVE YOU THOUSANDS OF DOLLARS IN CLOSING COSTS. ARE YOU STILL LOOKING TO LOWER YOUR PAYMENTS?"

I DON'T KNOW IF THAT'S ACCURATE BUT I'M INCLINED TO DOUBT IT.

Q. YOU ARE INCLINED TO DOUBT IT. MA'AM, WHAT'S A NET BRANCH?

A. A NET BRANCH? I DON'T KNOW.

Q. YOU DON'T KNOW. IS FIRST UNIVERSAL HOLDINGS A NET BRANCH WHERE IT REFERS MORTGAGES THROUGH {EXPERIEN}, TO OUTSIDE MORTGAGE COMPANIES?

A. I THOUGHT FIRST UNIVERSAL HOLDING WAS A BACK OFFICE TO THE LAW FIRMS.

Q. AND YOU ALSO SAW THAT IT REFERRED OUT MORTGAGES TO PEOPLE BECAUSE IT'S NOT A LICENSED LENDER, CORRECT? YOU DID SEE THAT, RIGHT?

A. NO, I ACTUALLY DIDN'T SEE THAT.

Q. YOU DIDN'T SEE THAT?

A. NO. EVERYTHING THAT I SAW WAS THEM CALLING LENDERS -- YOU KNOW, THE WAY THE BUSINESS WAS TOLD TO ME BY YOU, THEY CALL LENDERS AND THEY CALL THE LENDER YOU HAVE YOUR LOAN WITH AND TRY TO LOWER YOUR LOAN.

Q. JUST LENDERS?

A. YEAH. WELL, WHOEVER HAS -- WHOEVER IS HOLDING YOUR MORTGAGE AT THAT TIME.

Q. HOW ABOUT ALL OF THE CREDITORS --
A. WELL, YEAH. I'M SORRY. AND CREDIT CARD PEOPLE IF THEY DO THAT, BUT IT'S MOSTLY MORTGAGES.
Q. HOW MUCH IS IT MORTGAGES VERSUS CREDIT CARDS --
A. I DON'T KNOW.
Q. -- VERSUS ALIMONY, CHILD SUPPORT --
A. I DON'T KNOW.
Q. -- TAXES? YOU DON'T KNOW?
A. I DON'T KNOW. EVERYTHING THAT -- EVERY PIECE OF PAPER I SAW AND ALL THE SALES PATCHES HAVE TO DO WITH MORTGAGES. CERTAINLY THAT'S WHERE I FOCUSED.
Q. MA'AM --
A. AND MOST OF THE COMPLAINTS -- AND ALL THE COMPLAINTS I READ HAD TO DO WITH MORTGAGES TOO. AND REALLY NONE OF THEM SPOKE ABOUT -- THAT I SAW SPOKE ABOUT GETTING A NEW MORTGAGE WITH A DIFFERENT LENDER. THEY WERE ALL NEGOTIATING WITH THE CURRENT HOLDER OF THE MORTGAGE TO LOWER THE, YOU KNOW, THE --
Q. AS YOU SIT HERE NOW DO YOU KNOW HOW MANY MORTGAGES HAVE BEEN REFERRED OUT AND PRESENTLY PENDING?
A. NO.
Q. TURN TO EXHIBIT 30, PLEASE, WHICH IS THE FINLEY AND BALOGNA LEGAL SERVICES AGREEMENT.
A. OH, I DON'T HAVE ANY PROBLEM WITH -- I MEAN, I FILLED WITH DISCLOSURES. I MEAN, THAT'S JUST IN THERE FOR

COMPLETENESS.
Q. YOU HAVE NO PROBLEM WITH THAT.
A. YOU KNOW, I CAN'T SAY I HAVE NO PROBLEM BUT I AM NOT GOING TO BE ABLE TO FIND WHATEVER LITTLE PROBLEM I HAVE SITTING ON THE STAND. SO I UNDERSTAND THAT -- I UNDERSTAND THAT THE WRITTEN MATERIALS HAVE A LOT OF DISCLOSURES.
Q. AND, SO WE SPEED UP THE COURT'S TIME, IF YOU CAN LOOK THROUGH THE REMAINING DOCUMENTS -- YOU KNOW, IN PARTICULAR ACTUALLY --
A. I MEAN, I CAN READ THEM OUT AGAIN BUT THAT IS NOT I THINK USEFUL TO ANYBODY.
Q. LOOK AT EXHIBIT NUMBER 24, WHICH YOU SEEM TO HAVE A REAL PROBLEM WITH. IT SAYS, "GUARANTEE OUR SERVICES." IT WAS FROM THE BINDER THAT YOU GOT.
THE COURT: HERE.
BY MR. FEINGOLD:
Q. EXHIBIT NUMBER BETWEEN 24. YOU TESTIFIED IT SOUNDED LIKE TO YOU THAT THEY WERE GIVEN A GUARANTEE. DO YOU REMEMBER THAT TESTIMONY?
A. YES.
Q. OKAY. LOOK AT PARAGRAPH NUMBER FOUR OF THE CONTRACT YOU JUST TESTIFIED THAT YOU DON'T HAVE A PROBLEM WITH AND TELL ME WHAT PARAGRAPH NUMBER FOUR SAYS.
A. I DON'T HAVE IT IN FRONT OF ME. YOU CAN READ IT.
Q. IT SAYS, "GUARANTEE OF SERVICES.

"FINLEY BALOGNA INTERNATIONAL GUARANTEES THAT IT WILL DURING THE RELATIONSHIP WITH THE CLIENT ATTEMPT TO DELIVER TO CLIENT A SETTLEMENT OFFER FROM CLIENT'S CREDITORS. THE EXACT OUTCOME WILL BE DEPENDENT UPON MANY FACTORS, INCLUDING CLIENT SPECIFIC FACTORS AND CREDITOR SETTLEMENT POLICIES. F.B.I.N. WILL INFORM THE CLIENTS OF THE AMOUNT AND TERMS AND CONDITIONS OF ALL WRITTEN SETTLEMENT AGREEMENTS" --

THE COURT: SLOW DOWN.

BY MR. FEINGOLD:

Q. I'M SORRY. "EXCEPT AS PROVIDED HEREIN F.B.I.N. MAKES NO GUARANTEES, REPRESENTATIONS, WARRANTEES, OR PREDICTIONS AS TO THE OUTCOME OF ITS SERVICES. IF CLIENT IS NOT SATISFIED FOR ANY REASON AND NOTIFIES F.B.I.N. WITHIN FIVE BUSINESS DAYS OF SIGNING ALL FEES PAID BY CLIENT WILL BE RETURNED."

NOW --

A. I'M SORRY. WERE YOU ASKING ME A QUESTION?

Q. ISN'T IT A FACT THAT THE NOTE REGARDING GUARANTEE OF SERVICES REFERRED TO TRAINING, WHERE INDIVIDUAL PEOPLE WERE TAKEN THROUGH THE PARAGRAPH OF THE CONTRACT YOU HAD NO OBJECTION TO SO THAT THEY COULD UNDERSTAND THE EXTENT OF THE GUARANTEE?

A. I HAVE NO IDEA. THAT IS SIMPLY TESTIMONY ON YOUR PART. I AM USED TO THE FACT THAT THE VERBAL PRESENTATION IS FAR

DIFFERENT. THE SALES PRESENTATIONS ARE FAR DIFFERENT FROM THE WRITTEN MATERIALS THAT COME AFTER.
Q. MA'AM, YOU WERE A PROSECUTOR, CORRECT?
A. I WAS.
Q. AND YOU ARE REALLY USED TO SEEING THE BAD IN PEOPLE FROM YOUR EXPERIENCE AS A PROSECUTOR, CORRECT?
A. I HAVE BEEN NOW 23 YEARS A DEFENSE ATTORNEY.
Q. MA'AM, YOU'RE TELLING ME HAVING INTERVIEWED ONE CUSTOMER, HAVING NEVER SPOKEN TO A SINGLE SALESPERSON, HAVING GONE THROUGH THE DOCUMENTS AND NOT POINTED TO A SINGLE ILLEGAL STATEMENT IN ANY OF THE SO-CALLED PITCH BOOKS THAT YOU FOUND, THAT YOU'RE TELLING ME, IN ESSENCE IN YOUR OPINION, IT IS AN UNLAWFUL SALES OFFICE.
MR. SINASOHN: OBJECTION. MISSTATES THE WITNESS' TESTIMONY.
THE COURT: OVERRULED.
THE WITNESS: FIRST OF ALL, I DIDN'T SAY IT'S UNLAWFUL. I SAID I SEE THINGS THAT ARE INDICATIVE TO ME OF A BOILER ROOM. AND I WILL TELL YOU THEM, AND YOU HAVE GIVEN THE MOST VANILLA DOCUMENTS. YOU HAVEN'T GOTTEN OUT THE EXHIBIT 2-, THE TIE DOWN DOCUMENT WHERE IT SAYS, "TO BE SAID ONLY AT THE VERY END OF ANY PRESENTATION OF OFFERED. YELLING THESE ARE GOOD."
AND I ALSO FIND MISREPRESENTATIONS IN MANY OF THESE DOCUMENTS THAT WE DIDN'T GO OVER THAT I WENT OVER IN

MY DIRECT TESTIMONY.
Q. TELL ME THE MISREPRESENTATIONS. TELL ME, PLEASE.
A. WELL, ONE IS, "WE ARE WITH TRANSCONTINENTAL LENDING. ARE YOU STRUGGLING WITH YOUR MORTGAGE?" I DON'T THINK THEY ARE WITH TRANSCONTINENTAL LENDING.
Q. REALLY WHAT IS THE DATE OF THE SHEET, AND WHAT IS THE DATE OF THE AGREEMENT WITH TRANSCONTINENTAL ENDING?
A. THEY ARE DATED AS EARLY -- AS LATE AS 11-16 AND 17, WHICH IS LAST WEEK. AND THEN EVERY SINGLE TIME AFTER YOU GET THE HARDSHIP INFORMATION, THE OPENER IS TAUGHT TO SAY, APPARENTLY, "FROM YOUR -- EITHER FROM YOUR INFORMATION IT LOOKS LIKE YOU QUALIFY FOR THE FINANCIAL HARDSHIP ASSISTANT PROGRAM. I CAN REFER YOU OVER TO A LAW FIRM THAT SPECIALIZES WITH THESE THINGS," OR THE ONE THAT I FIND WORSE, WHICH IS --
Q. CAN I ASK YOU ABOUT THAT?
A. OR THE ONE I FIND WHICH IS WORSE WHICH SAYS, "I'M SORRY YOU DON'T QUALIFY. WHAT I NEED YOU THINK NEED IS A LAW FIRM THAT SPECIALIZES IN CONSUMER RIGHTS."
Q. IN THE ONE THAT YOU SEE THAT SAYS, "I'M SORRY YOU DON'T QUALIFY," ISN'T IT A FACT THAT BEFORE THE PERSON IS TOLD THEY DON'T QUALIFY, IN FACT THE PERSON'S CREDIT SCORE IS REVIEWED IN COMPARISON TO THE ACTUAL LENDING PROGRAMS THAT ARE OUT THERE AND AVAILABLE TO DETERMINE IF THEY EVEN HAVE AN OPPORTUNITY TO FALL INTO A GUIDELINE MORTGAGE AND BE

REFERRED TO A MORTGAGE COMPANY?
A. YOU ARE TESTIFYING TO THAT.
Q. I AM SAYING, ISN'T IT A FACT, AND IT IS -- EITHER IT IS OR YOU DON'T KNOW.
A. I DON'T KNOW.
Q. OKAY. SO YOU'RE TELLING ME --
A. BUT THOSE ARE MANY FACTS NOT IN EVIDENCE.
Q. BUT YOU ARE TELLING ME NOW WHAT GOES ON WITHOUT KNOWING.
A. I DON'T KNOW IF IT WENT ON AND YOU HAVEN'T SAID -- I MEAN, YOU ARE JUST SAYING IT DID.
Q. WELL, GRANTED PEOPLE THAT WORK THERE WILL GET UP AND TESTIFY. SO I GUESS THEN THAT WILL BE CLEARED UP.
CERTAINLY YOU WOULD AGREE WITH ME TO HAVE AN UNDERSTANDING OF THE SALES, THE SALES THAT HAVE STOPPED, BUT TO HAVE AN UNDERSTANDING OF THOSE SALES, WE WOULD NEED TO HEAR THE ENTIRE PROCESS. WOULD YOU AGREE WITH ME ON THAT?
A. I THINK IT WOULD BE HELPFUL TO HEAR THE ENTIRE PROCESS BUT I THINK WE KNOW A LOT.
Q. YOU KNOW A LOT FROM SPEAKING TO ONE CLIENT. HOW MANY CUSTOMERS WERE THERE OF FIRST UNIVERSAL LENDING?
A. HOW MANY ARE LEFT?
Q. HOW MANY WERE THERE.
A. I DON'T KNOW.

Q. YOU DON'T KNOW.
A. NO.
Q. HOW MANY CLIENTS ARE LEFT AT FIRST UNIVERSAL HOLDINGS?
A. I THINK ABOUT 3,000.
Q. DO YOU THINK THERE IS ANY RISK THAT WHILE THIS BUSINESS IS COMPLETELY SHUT DOWN AND NO ONE IS WORKING THAT THESE 3,000 PEOPLE ARE GOING TO HAVE SIGNIFICANT EFFECTS TO THEIR HOMES, THEIR CREDIT CARDS, ALL THEIR DIFFERENT LOANS AND CREDITORS?
A. YOU KNOW WHAT'S INTERESTING ABOUT THAT IS I UNDERSTAND THAT THIS IS THE BACK OFFICE OF LAW FIRMS. AND, SO THOSE LAW FIRST ARE RESPONSIBLE FOR THOSE PEOPLE.
I ACTUALLY CALLED MR. FEINSTEIN AND I ASKED HIM DID HE WANT TO -- BECAUSE I DON'T HAVE ENOUGH MONEY TO RUN THIS OPERATION WITHIN THE FUNDS THAT ARE FROZEN. AND I SAID, "YOU KNOW, THIS IS -- THERE IS A PROBLEM, YOU KNOW. IF IT IS A PROBLEM MAYBE, YOU KNOW, YOU WANT TO FUND THE OPERATION." AND HE SAID I'LL GET BACK TO YOU. THAT WAS ABOUT A WEEK AGO.
I SPOKE TO MR. FINLEY AND HE SAID, YOU KNOW, HE UNDERSTOOD IT WAS HIS RESPONSIBILITY AND HE WOULD BE LOOKING INTO HIS FILES.
Q. AND DID MR. FINLEY ALSO TELL YOU THAT HE CAN'T PROPERLY SERVICE THESE CLIENTS WITHOUT THE EXISTENCE OF HOLDINGS?
A. NO --

Q. HE DIDN'T TELL YOU THAT.
A. -- ACTUALLY HE DIDN'T SAY THAT TO ME --
Q. HE DIDN'T TALK TO YOU, HE HAD TRIPLETS --
A. HE DID TELL ME THAT --
Q. -- HE HAD OFFICES --
MR. SINASOHN: OBJECTION. HE HAS TO LET HER FINISH THE ANSWER.
THE COURT: LET THE WITNESS FINISH.
THE WITNESS: HE TOLD ME HE KNEW HE HAD OBLIGATIONS TO THOSE CLIENTS. AND, YES, HE TOLD ME HE HAD TRIPLETS AND THAT HE WORKS LATE AT NIGHT.
BY MR. FEINGOLD:
Q. AND HE SPOKE VERY GLOWINGLY OF THE ASSISTANCE THAT FIRST UNIVERSAL HOLDINGS WAS GIVING HIM.
A. I DON'T REMEMBER THAT PART.
Q. YOU DON'T REMEMBER?
HAVE YOU READ ANY OF THE STATUTES OR CASE LAW REGARDING BACK OFFICE OUTSOURCES FOR LAWYERS?
A. I READ THE MATERIAL YOU GAVE ME ABOUT BACK OFFICE OUTSOURCING FOR LAWYERS.
Q. I GAVE YOU THE A.B.A. GUIDELINE, CORRECT?
A. YOU GAVE ME THE A.B.A. GUIDELINE AND SOME ARTICLE ABOUT IT.
Q. AH-HUH. AND HAVE YOU, YOURSELF, OR ANY OF YOUR ATTORNEYS HERE HAVE YOU ASKED THEM TO DO ANY RESEARCH

REGARDING THAT?
A. NO.
Q. HAVE YOU DONE ANY RESEARCH REGARDING LOAN MODIFICATIONS IN THE STATE OF FLORIDA?
A. I READ SOME STATUTES -- YOU KNOW, SOME OF THE STATUTORY STUFF.
Q. AND ISN'T IT A FACT THAT NOT ONLY ARE ATTORNEYS EXEMPT BUT ALSO LENDERS ARE EXEMPT FROM THAT LOAN MODIFICATION STATUTE?
A. AS I READ IT, YES.
Q. BEFORE YOU REFERRED TO FIRST UNIVERSAL SOFTWARE AS, QUOTE, "FANCY AND EXPENSIVE. IT LOOKS LIKE THEY GOT IT PLANNING FOR A DAY LIKE TODAY." SOMETHING TO THAT EFFECT WAS YOUR TESTIMONY. DO YOU RECALL THAT?
A. WELL, I DON'T THINK THOSE ARE MY EXACT WORDS BUT CLOSE ENOUGH.
Q. YES. FIRST UNIVERSAL SOFTWARE YOU WOULD ADMIT IS ONE OF THE MOST COMPREHENSIVE RECORD KEEPING SOFTWARE THAT YOU HAVE SEEN, CORRECT?
A. AS I TOLD YOU, I HAVEN'T BEEN IN IT YET AND MISS BERG HAD, YOU KNOW, A GREAT DIFFICULTY GETTING IN IT BEYOND THE TIME SHE WAS ACTUALLY SITTING WITH MIRANDA.
Q. IS IT YOUR TESTIMONY --
A. YOU HAVE TOLD ME THAT.
Q. IS IT YOUR TESTIMONY THAT MISS BERG DIDN'T HAVE THE

ADMINISTRATOR'S USER NAME AND PASSWORD?
A. WELL, I MEAN, SHE WILL HAVE TO TELL YOU. I DON'T REMEMBER THE DETAILS. I DON'T WANT TO GET IT WRONG. I KNOW THAT ALL WEEKEND SHE WAS SEEKING ASSISTANCE TO GET ON TO GET CERTAIN THINGS AND COULD NOT GET IT.
Q. LET'S TALK ABOUT ALL WEEKEND BECAUSE THAT'S AN INTERESTING POINT.
YOU HAVE BEEN A RECEIVER FOR ABOUT THREE WEEKS AND THIS WEEKEND, FRIDAY, YOU ALL ASKED THE FIRST UNIVERSAL PEOPLE TO START PRINTING OUT SALES FORCE FILES FOR YOU OF THE 15 COMPLAINTS THAT WERE FILED WITH THIS COURT, CORRECT? JUST THIS FRIDAY.
A. YES.
Q. AFTER ABOUT THREE WEEKS AS RECEIVER JUST THIS FRIDAY YOU DECIDE TO GET COPIES OF THOSE FILES AND LOOK AT THEM NOW A COUPLE DAYS BEFORE THIS COURT HEARING, CORRECT?
A. YES.
Q. AND WE FIND OUT ON FRIDAY AFTER -- YOU HAVEN'T PAID A SINGLE BILL FOR FIRST UNIVERSAL, CORRECT?
A. I ACTUALLY DON'T EVEN HAVE A BANK ACCOUNT YET AND I DON'T THINK I AM AUTHORIZED TO OPEN ONE PURSUANT TO THE TEMPORARY RECEIVER ORDER. I DON'T HAVE ANY MONEY TO PUT IN IT AT THIS POINT. THE APPLICATION --
Q. WE'LL TALK ABOUT THAT. I'M SORRY.
SO FRIDAY MISS BERG COMES TO THE OFFICE, NO BILLS

HAVE EVER BEEN PAID AND GUESS WHAT, WE FIND OUT THE INTERNET IS DOWN, CORRECT? ON FRIDAY --
A. YES. I HAVE BEEN TOLD THAT.
Q. AND, IN FACT, BILLY CHRISTAKOS, INSTEAD OF GOING TO CHURCH ON SUNDAY CAME INTO THE OFFICE ALL DAY AND SAT WITH MISS BERG AND PRINTED OUT SALES FORCE FILES SO THEY COULD BE DELIVERED TO YOU YESTERDAY, THE DAY BEFORE THIS HEARING, ISN'T THAT TRUE?
A. SHE WILL HAVE TO -- I REALLY DON'T KNOW THE DETAILS.
Q. DID YOU GET THE FILES YESTERDAY?
A. I GOT FILES YESTERDAY.
Q. YESTERDAY. THE DAY BEFORE THIS HEARING.
DON'T YOU THINK FROM LOOKING AT THOSE FILES COTEMPORANEOUSLY AS WHEN YOU WERE APPOINTED AS RECEIVER WOULD HAVE HELPED YOU TO DETERMINE IF WHAT THE FTC HAD TOLD THIS COURT WAS ACTUALLY TRUE?
A. I REALLY DON'T DOUBT THAT WHAT THE FTC -- I MEAN, YOU KNOW, THAT'S A POOR QUESTION. I DON'T HAVE A DOUBT IN THAT REGARD.
I MEAN, YES, IN A PERFECT WORLD I WOULD HAVE DONE A LOT MORE WORK. AND IF I'M A PERMANENT RECEIVER I WILL DO A LOT MORE WORK, AND YOU CAN GO ON WITH A THOUSAND LITTLE DETAILS THAT I DIDN'T DO, AND I REALLY HAVE ONLY DONE WHAT YOU KNOW WHAT I HAVE DONE BECAUSE YOU HAVE SEEN EVERYTHING THAT I HAVE DONE. AND IT'S TRUE, I AM CERTAIN I COULD HAVE

DONE MORE AND MISS BERG COULD HAVE DONE MORE AND MISS KUDMAN COULD HAVE DONE MORE, BUT WE COULDN'T DEVOTE 24 HOURS A DAY TO IT SO WE DID THE BEST WE COULD.

Q. AND IT IS YOUR TESTIMONY THAT THERE IS NOT A WHOLE LOT OF MONEY THERE, CORRECT?

A. I KNOW WHAT'S BEEN FROZEN AND I KNOW -- YOU KNOW, I KNOW VARIOUS THINGS ABOUT THE FINANCES THAT YOU'VE TOLD ME. I HAVEN'T LOOKED AT THE ACCOUNTING YET BECAUSE OF THAT PRIVILEGE ISSUE.

Q. YOU ACTUALLY WERE PRINTED OUT AND GIVEN A FINANCIAL AFFIDAVIT FROM THE COMPANY, CORRECT?

A. YEAH, I GOT A FINANCIAL AFFIDAVIT FROM THE COMPANY.

Q. NO ONE HAS EVER DENIED YOU ACCESS TO SIT DOWN WITH EITHER GAIL OR LISA TO DISCUSS THE FINANCES OF THE COMPANY, CORRECT?

A. YOU KNOW, THAT'S INTERESTING. I MEAN, I WAS WAITING TO GET THE BOOKS AND RECORDS. I GUESS I COULD HAVE DONE THAT.

Q. THE LAW FIRM OF FEINGOLD & KAM, BY THE WAY, YOU KNOW I'M A PRACTICING ATTORNEY, CORRECT? AND YOU'VE SEEN I'VE GOT ABOUT 63 LAWSUITS THAT MYSELF AND MY SIX LAWYERS AND THREE PARALEGALS ARE HANDLING AT MY FIRM, CORRECT?

A. YOU SUBMITTED A LIST THAT SAYS THAT YOU HAVE THOSE CASES.

Q. YES. YOU HAVE NO EVIDENCE, NOTHING TO INDICATE THAT THAT IS NOT TRUE, CORRECT?

A. CORRECT.
Q. OKAY. MY TRUST ACCOUNTS, WHICH YOU KNOW AS A LAWYER ARE OTHER PEOPLES' MONEY, HAVE BEEN FROZEN, CORRECT?
A. AH-HUH.
Q. YES?
A. YES.
Q. THE FTC HAS NOT AGREED, REFUSES TO LET ME RELEASE CLIENT'S MONIES, INCLUDING BIRTH MOTHERS WHO ARE SCHEDULED TO GIVE BIRTH THIS WEEK AND NEED THEIR MEDICAL BILLS PAID, CORRECT? YOU ARE AWARE OF THAT.
A. I DON'T KNOW THAT. IF YOU WANT TO ASK ME ABOUT WHAT I KNOW ABOUT YOUR TRUST ACCOUNT I TOLD YOU THAT I CAN -- I WOULD CONSENT TO RELEASING YOUR LAW FIRM'S OPERATING AND TRUST ACCOUNTS SO LONG AS WE KNEW THAT THE MONEY WASN'T RELATED TO FIRST UNIVERSAL.
THEN WE LOOKED AT THE ORDER AND WE REALIZED THAT MY CONSENT DIDN'T MATTER. AND, SO THAT'S THE ISSUE BETWEEN YOU AND ME AS TO THAT. ANYTHING ELSE IS BETWEEN YOU AND THE FTC.
Q. AND SO THE RECORD IS CLEAR, YOU HAVE NO OBJECTION TO THE COURT UNFREEZING MY OPERATING ACCOUNTS, OR MY TRUST ACCOUNTS SO MY LAW FIRM CAN GO BACK TO WORKING?
A. I HAVE NO OBJECTIONS WITH THE CONDITION THAT WE DISCUSSED THAT I AM AWARE OF -- THAT THE FUNDS -- THAT I BE MADE AWARE OF WHAT THE FUNDS ARE BEING USED FOR SO I KNOW

THEY ARE NOT BEING USED FOR FIRST UNIVERSAL ISSUES OR RECEIVING FIRST UNIVERSAL MONIES.
Q. THE BRANCHES. DID YOU EVER REVIEW THE CORPORATE DOCUMENTS OF THE BRANCH OFFICES TO DETERMINE WHO ACTUALLY OWNED THOSE OFFICES?
A. NO. BUT I DID REVIEW -- FIRST OF ALL, YOU TOLD ME, NOT THAT TROY LEVY SHUT DOWN THE POMPANO BEACH OFFICE BUT THAT YOU SHUT DOWN THE POMPANO BEACH OFFICE.
Q. YES, MA'AM.
A. SO IT WAS CLEAR TO ME WHO WAS IN CONTROL OF IT, A; AND, B, I JUST HAPPENED TO BE READING THE LAWSUIT ABOUT THE CORAL SPRINGS OFFICE WHERE I UNDERSTAND FROM YOU, AND BASED ON THE LAWSUIT THAT YOU FILED THAT YOU ALLEGE THESE PEOPLE RAN OFF WITH YOUR CLIENTS. AND ATTACHED IN THERE WAS AN AFFIDAVIT IN WHICH TROY LEVY SAID, RIGHT AROUND THE TIME, YOU KNOW, THAT WHOEVER WAS TESTIFYING THIS MORNING MENTIONED THAT HE WAS -- HE WAS PITCHED BY THE POMPANO BEACH OFFICE THAT HE IS THE BRANCH MANAGER FOR FIRST UNIVERSAL LENDING, NOT THAT HE IS -- NOT THE BRANCH MANAGER, OR THAT, YOU KNOW, NOT THAT HE IS THE OWNER AND THAT IT'S A SEPARATE ORGANIZATION. HE SAID HE'S -- I WILL READ IT TO YOU.
Q. YES. I'M FAMILIAR WITH IT.
A. I CAN'T REMEMBER WHICH LETTER IT IS.
HERE. "I AM THE MANAGER OF FIRST UNIVERSAL LENDING, LLC'S, PARENTHESIS, F.U.L., POMPANO BEACH,

FLORIDA, OFFICE WHICH IS LOCATED APPROXIMATELY 10 MILES FROM F.U.L.'S CORAL SPRINGS OFFICE. ON FRIDAY, MAY 15TH, 2009, WHILE PERFORMING MY MANAGERIAL DUTIES, WHICH INCLUDES AMONG OTHER THINGS MONITORING F.U.S. POMPANO BEACH'S TELEPHONE CALLS FOR COMPLIANCE PURPOSES, I INTERCEPTED THIS TELEPHONE CALL."

Q. RIGHT. LET ME GO BACK TO JUST -- I WILL DEAL WITH THAT ISSUE. BUT THE FIRST POINT YOU MADE WHERE I SHUT DOWN THAT BRANCH OFFICE.

DO YOU THINK -- ISN'T IT A FACT THAT IT WOULD BE PRUDENT FOR OUTSIDE COUNSEL TO DIRECT ITS CLIENT TO CLOSE DOWN A SALES OFFICE IF THE FOCUS OF THE FTC'S LAWSUIT WAS SALES?

A. WELL, THERE WAS NO DESCRIPTION TO ME THAT IT WAS AS AN ATTORNEY, YOU KNOW, SO I DON'T KNOW -- I KNOW THAT BETWEEN WHAT YOU SAID AND BETWEEN THIS AFFIDAVIT I DON'T THINK THERE IS A BIG DISTINCTION BETWEEN THAT ROOM AND FIRST UNIVERSAL LENDING.

Q. DID YOU TRACE THE MONEY THAT WAS PAID FROM FIRST UNIVERSAL LENDING TO THAT BRANCH OFFICE AND SEE THE NAMES OF PEOPLE THAT OWN THOSE ACCOUNTS AND OWN THAT OFFICE?

A. NO.

Q. YOU ALSO SAW THE LETTER THAT MY LAW FIRM WROTE TO THE STATE OF FLORIDA WHEN IT OPENED AN INQUIRY ABOUT SIX, SEVEN MONTHS AGO REGARDING FIRST UNIVERSAL LENDING, CORRECT?

A. YES.
Q. A LETTER I REFERRED TO MY OPENING WHICH ASKED THEY WERE GOING TO TAKE ACTION TO PROVIDE ALL OF THE DISCLOSURES TO THE COURT, CORRECT?
A. YES.
Q. YOU HAD SEEN THAT LETTER. WHEN WAS THE FIRST TIME THAT YOU SAW THAT LETTER?
A. I MAY HAVE READ IT FOR THE FIRST TIME OVER THE WEEKEND BECAUSE YOU HAD ATTACHED IT TO A PLEADING. I MAY HAVE SEEN IT BEFORE. I KNOW I READ IT OVER THE WEEKEND.
Q. AND, SO UP UNTIL THIS WEEKEND, WHICH IS ABOUT THREE WEEKS INTO BEING THE RECEIVER, YOU HAD NOT REVIEWED THE LETTER WHERE I PROVIDED THE DISCLOSURE AS TO HOW MANY MODIFICATIONS WERE DONE, WHAT THE PERCENTAGE OF MODIFICATIONS WERE DONE, HOW MANY REFUNDS WERE GIVEN, AND THE OVERALL CUSTOMER COMPLAINTS FOR FIRST UNIVERSAL LENDING, CORRECT?
A. I JUST DON'T REMEMBER WHEN I FIRST READ IT.
Q. SO THROUGHOUT YOUR THREE WEEKS OF BEING A RECEIVER YOU DIDN'T ACCESS SALES FORCE, YOU DIDN'T READ THE LETTER FOR THE STATE OF FLORIDA. SO THEN I ASSUME ALSO ALL OF THE BOXES, THE BINDERS, AND THE OTHER DOCUMENTS THAT WERE MADE AVAILABLE TO THE FTC AND TO THE STATE OF FLORIDA, IS IT TRUE TO SAY THAT YOU HAVEN'T READ THOSE DOCUMENTS EITHER?
A. TRUE.

Q. HAVE YOU ASKED ANY OF THE PEOPLE WHO ARE WORKING FOR YOU AS ATTORNEYS TO GO OVER READ THAT INFORMATION?
A. NO.
MR. FEINGOLD: NOTHING FURTHER.
THE COURT: REDIRECT?
MR. SINASOHN: YES, YOUR HONOR.

REDIRECT EXAMINATION

BY MR. SINASOHN:
Q. JUST TO CLEAR UP THE RECORD, WHAT DID -- CAN YOU DESCRIBE FOR THE COURT WHAT YOU DID REVIEW SINCE YOU HAVE BEEN DESIGNATED AS A RECEIVER?
A. WELL, I HAVE REVIEWED ALL THE PAPERS THAT WERE ON TOPS OF PEOPLES' DESKS IN THE PHONE ROOM AREAS AND THE AREAS AROUND THERE AND INSIDE THE DESKS AND INSIDE THE FILE FOLDERS.
I'VE SPENT TIME WITH MR. FEINGOLD, AND I TRIED TO SPEND TIME WITH MR. ZAUSNER. I LOOKED AT THE COMPUTERS AT THE POMPANO PLACE AND SAW WHAT I COULD SEE BECAUSE THOSE WEREN'T PASSWORD PROTECTED.
I WENT THROUGH SOME OF THE COMPUTERS THAT ARE IN THE OFFICE WHERE I COULD GET IN, AND I DID READ SOME CORRESPONDENCE WITH CONSUMERS AND I SAW LISTS OF CONTRACTS, AND I WENT ON SEAN ZAUSNER'S COMPUTER AND I PULLED SOME FINANCIAL STUFF OFF OF THAT.
I'M TRYING -- YOU KNOW, I BASICALLY PAWED THROUGH

EVERYTHING I COULD PAW THROUGH AROUND THERE. I INTERVIEWED MIRIAM, AND I APOLOGIZE FOR CALLING HER BY HER FIRST NAME EVERY TIME, BUT I JUST CAN'T --

Q. JOHNSTON?

A. JOHNSTON. WITH RESPECT TO CERTAIN ITEMS I COULDN'T -- YOU KNOW, SOME INFORMATION I COULD GET WITH HER -- FROM HER. I REVIEWED THE EXECUTIVE COMMITTEE NOTES WHICH ARE THE SALES FORCE MEETINGS. I REVIEWED A BUNCH MEMOS ABOUT SALES FORCE MEETINGS ON MR. ZAUSNER'S COMPUTER.

I THINK I HAVE BEEN THERE -- I THINK I HAVE SPENT FOUR DAYS THERE, AND MISS BERG HAS BEEN THERE A SUBSTANTIALLY GREATER AMOUNT OF TIME.

Q. DID YOU HAVE A CHANCE TO LOOK AT ALL THE BBB COMPLAINTS?

A. I HAVE READ ALL THE BBB COMPLAINTS THAT WERE ATTACHED TO THE FTC COMPLAINT.

Q. DO YOU REMEMBER, WAS IT MORE THAN 250 COMPLAINTS?

A. I KNOW IT WAS VERY FAT.

Q. YOU WERE ASKED A QUESTION BY MR. FEINGOLD ABOUT WHETHER OR NOT ATTORNEYS ARE EXEMPT. DO YOU REMEMBER THAT TESTIMONY?

A. YES.

Q. AND DO YOU -- YOU ARE NOT HERE TO GIVE LEGAL OPINIONS, CORRECT?

A. CORRECT.

Q. BUT SINCE THAT WAS BROUGHT UP I WANT TO ASK YOU, DO YOU HAVE ANY INFORMATION THAT ATTORNEYS ARE EXEMPT FROM COMPLYING WITH SECTION FIVE OF THE FTC ACT OR THE TELEMARKETING SALES RULE?
A. I DON'T KNOW.
Q. SO YOU WERE ASKED -- IN THE COURSE OF YOUR ROLE AS A RECEIVER, HAVE YOU COME TO AN UNDERSTANDING AS TO WHETHER OR NOT THIS COMPANY THAT I THINK YOU TESTIFIED MAYBE GOING BY DIFFERENT NAMES IS MAKING PROMISES TO CONSUMERS THAT THEY WILL MODIFY THEIR HOME MORTGAGE LOANS SUCH THAT THEY WILL HAVE SUBSTANTIALLY LOWER PAYMENTS IN ALL OR VIRTUALLY ALL INSTANCES?
A. WELL, I BELIEVE THAT'S WHAT'S INDICATED ON THE SCRIPTS THAT I REVIEWED, AND I ALSO BELIEVE, WHICH TO ME I GUESS IN MY EXPERIENCE IS AT LEAST AS IMPORTANT IS THERE IS A VERY HIGH PRESSURE -- HIGH PRESSURE SALES TECHNIQUES BEING USED.
Q. NOW, THERE IS SOME DISCUSSION ABOUT -- ON THE CROSS-EXAM SOME DISCUSSION ABOUT TRANSCONTINENTAL LENDING, AND I THINK MR. FEINGOLD, DIDN'T HE TELL YOU THAT FIRST UNIVERSAL LENDING HAD GIVEN UP ITS LENDING LICENSE?
A. YES.
Q. BUT AREN'T THE DEFENDANTS, INCLUDING TRANSCONTINENTAL LENDING, WHICH IS A D/B/A OF FIRST UNIVERSAL LENDING, AREN'T THEY TELLING CONSUMERS THAT THEY ARE A LENDING COMPANY?
A. YES. IN THAT SCRIPT THEY ARE, AND I VERIFIED THAT

TRANSCONTINENTAL LENDING IS -- HAD MISS BERG VERIFY THAT IT IS A D/B/A OF FIRST UNIVERSAL.
Q. SO WOULD YOU CONSIDER THAT TO BE DECEPTIVE?
A. YES. I DIDN'T THINK ABOUT IT. BUT, YES. YES, "I'M WITH TRANSCONTINENTAL LENDING. ARE YOU STRUGGLING WITH YOUR MORTGAGE?"
Q. I'M SORRY. WERE YOU READING FROM A --
A. I WAS READING FROM THE SCRIPT. I APOLOGIZE.
Q. AND WHAT DOES IT SAY?
A. "I'M FROM TRANSCONTINENTAL LENDING. ARE YOU STRUGGLING WITH YOUR MORTGAGE?"
Q. NOW, THERE WAS A QUESTION ASKED OF YOU ABOUT NOT HAVING SPOKEN TO SALESPEOPLE. IS THERE A REASON THAT YOU DIDN'T SPEAK TO SALESPEOPLE?
A. WELL, THEY WEREN'T THERE. BUT FRANKLY I REALLY DIDN'T TRY BECAUSE I DIDN'T EXPECT THAT THEY WERE GOING TO SPEAK WITH ME. AND I FIGURED IF WE GO FORWARD, YOU KNOW, YOU WILL BE SPEAKING WITH SALESPEOPLE AND, YOU KNOW -- YOU KNOW, THERE WAS THANKSGIVING, THERE WERE -- YOU KNOW, THIS HAS BEEN ON A VERY, VERY SHORT TIME FRAME. SO I DID WHAT I COULD DO IN THE TIME THAT I HAD.
Q. BUT ON THE FIRST NIGHT DIDN'T YOU TRY, DIDN'T YOU WANT TO SPEAK TO SOMEONE WHEN WE FIRST GOT THERE, WASN'T IT YOUR INTENTION THAT PEOPLE WOULD SIGN A LIST AND THAT YOU MIGHT BE ABLE TO GET BACK IN TOUCH WITH THEM?

A. I'M NOT SURE THERE WERE SALESPEOPLE THERE THEN BECAUSE I'M TOLD THEY WORK -- THEY EFFECTIVELY GET SIESTA. THEY WORK FROM NINE TO ONE, AND FIVE TO NINE, AND WE DIDN'T COME IN THEN. AND THEN I GUESS SOMEBODY HEADED THEM OFF BECAUSE THEY NEVER APPEARED THAT EVENING.

BUT THAT'S RIGHT, WHEN WE CAME IN I DID WANT TO SPEAK TO THE EMPLOYEES THAT WERE PRESENT. AND I SPOKE BRIEFLY LIKE TO THOSE TWO GUYS IN THE CUSTOMER SERVICE AREA, BUT DAVID ZAUSNER BASICALLY ASKED EVERYBODY TO LEAVE. AND, SO WE DID NOT GET TO INTERVIEW THE OFFICE STAFF. AND THAT WAS THEIR PRIVILEGE.

Q. I REMEMBER ALSO IN THE CROSS-EXAM MR. FEINGOLD TALKED ABOUT THE FIRING OF SALESPEOPLE. DO YOU RECALL THAT?

A. YES.

Q. DID YOU FIRE OR -- ANY SALESPEOPLE?

A. NO. I MEAN, I HAVEN'T OPENED THE PREMISES FOR SALES, BUT THIS IS A TEMPORARY RECEIVERSHIP. YOU KNOW, I DON'T -- I WOULDN'T MAKE ANY SALES OR DO ANYTHING UNDER THAT AEGIS AT THIS POINT.

Q. DID MR. FEINGOLD TELL THAT YOU THAT SHOULDN'T LET THE FTC HAVE ACCESS TO THE COMPUTER ACCOUNTS BECAUSE THE ACCOUNTS ARE SO INTERMINGLED WITH ACCOUNTS FROM FEINGOLD & KIM?

A. I DON'T REMEMBER THE EXACT WORDS BUT I KNOW THAT I WAS TOLD THAT WE COULDN'T LOOK AT THE ACCOUNTING RECORDS BECAUSE

THERE WERE PRIVILEGE MATTERS IN THERE. AND, SO I TOOK FROM THAT THAT IT MEANT THE LAW FIRM'S STUFF WAS TOGETHER WITH THE FIRST UNIVERSAL STUFF. AND I THINK THAT THAT IS STILL THE CLAIM BECAUSE OF THIS REQUEST FOR A PRIVILEGE LOG BY MR. FEINGOLD.

Q. NOW, DID YOU EVER LEARN -- IN THE CROSS-EXAMINATION MR. FEINGOLD TALKED ABOUT THE FACT THAT THERE WAS A MONITOR -- A DISCUSSION ABOUT WHETHER THE FTC WAS GOING TO AGREE TO A MONITOR, AND THEN THERE WAS NO AGREEMENT.

DID YOU EVER LEARN FROM ANYBODY WHY THE FTC DECIDED A MONITOR WOULD NOT BE A GOOD PROPOSITION IN THIS CASE?

A. YES. I WAS TOLD THAT THE FTC DID NOT AGREE BECAUSE OF THE FACT THAT THE FTC, AND I GUESS ME, I GUESS I HAD NOT -- ME, I'M NOT SURE, HAVE NOT BEEN TOLD OF THE SATELLITE SALES LOCATION IN POMPANO, THE SALES INSTALLATION ON THE THIRD FLOOR, AND BECAUSE THE FINANCIAL AFFIDAVITS WERE LATE.

Q. WELL, HAVE YOU EVER BEEN TOLD THAT THE FTC HAS NEVER RECEIVED FINANCIAL STATEMENTS FROM EITHER OF THE ZAUSNER BROTHERS OR COMPLETE STATEMENT FROM ANY DEFENDANT IN THIS CASE?

A. I DON'T KNOW. I'VE GOTTEN SOME THINGS FROM THEM. I DON'T KNOW WHETHER THEY ARE COMPLETE OR NOT.

Q. DO YOU HAVE AN UNDERSTANDING AS TO WHETHER THE SERVICES THAT FIRST UNIVERSAL PROVIDES FOR CONSUMERS IN OBTAINING, OR

PURPORTEDLY OBTAINING MORTGAGE LOAN MODIFICATIONS OR MONEY, DO YOU HAVE AN UNDERSTANDING AS TO WHETHER OR NOT THOSE VERY SAME SERVICES COULD BE PROVIDED TO CLIENTS BY HUD APPROVED CREDIT COUNSELORS AT NO COST TO CONSUMERS?

A. YES. I UNDERSTAND THERE ARE DIRECT HUD COUNSELORS AND THAT THERE ARE APPROVED, AND I FORGOT COMMUNITY CREDIT COUNSELORS, I'M NOT SURE I HAVE ALL THE WORDS RIGHT, WHICH ARE PAID BY GRANT, BY GOVERNMENT GRANT, NOT PAID BY THE CONSUMER WHO PROVIDE THESE SERVICES.

Q. DO YOU HAVE ANY INFORMATION -- THERE WAS QUESTIONS BY MR. FEINGOLD IN HIS CROSS ABOUT, IT WAS PREMISED IN THE QUESTION THAT BINDERS WERE MADE AVAILABLE TO THE FEDERAL TRADE COMMISSION.

DO YOU HAVE ANY INFORMATION THAT ANY OF THOSE BINDERS WERE MADE AVAILABLE TO THE FEDERAL TRADE COMMISSION PRIOR TO THE TEMPORARY RESTRAINING ORDER?

A. OH, I WOULDN'T KNOW ANYTHING PRIOR TO THE RESTRAINING ORDER. I HAVE SEEN THEM IN THE OFFICE.

Q. IN YOUR OPINION IS THERE A WAY TO DISSECT THE BUSINESSES THAT ARE IN THAT 5100 PGA, THE POMPANO BEACH LOCATION, AND THE THIRD FLOOR, TO DISSECT WHAT IS REALLY FIRST UNIVERSAL LENDING AND ITS SUCCESSORS AND ASSIGNS VERSUS THE LAW FIRMS THAT THERE ARE?

A. WELL, I THINK YOU CAN -- I THINK THE WAY I UNDERSTAND IT SOME OF THE BACK OFFICE STAFF ARE ASSIGNED TO BE THE

F.U.L. FOLLOW UP AND SOME ARE ON THE LAW FIRM MODEL.

SO I THINK YOU COULD SAY WHICH -- YOU KNOW, YOU COULD FIND OUT WHICH ARE THE F.U.L. ACCOUNTS AND WHICH ARE THE F.U.H. ACCOUNTS. BUT I DO BELIEVE THAT F.U. -- THAT FIRST UNIVERSAL HOLDINGS IS A SUCCESSOR.

THERE IS THE -- YOU KNOW, THE SIMILARITY OF OWNERSHIP, THERE IS AN ASSIGNMENT OF A BANK ACCOUNT DIRECTLY FROM ONE TO THE ANOTHER. THERE IS A SIMILARITY OF OPERATIONS OF PREMISES, OF SO MANY THINGS.

SO I -- YOU KNOW, YOU KIND OF -- THE QUESTION KIND OF WENT IN BOTH WAYS. IN OTHER WORDS, I THINK YOU COULD SEPARATE THE ACCOUNTS BUT I DO BELIEVE THAT F.U.H. IS A SUCCESS OR TO F.U.L.

Q. NOW, MR. FEINGOLD SPENT A LOT OF TIME SPEAKING ABOUT BACK OFFICE SPORT. DO YOU RECALL THAT? ARE THE PROMISES MADE TO CONSUMERS MADE BY THE BACK OFFICE?

A. NO. NO. AND I -- YOU KNOW, I JUST -- I'M NOT SURE ABOUT THAT. THERE IS -- THERE IS -- YOU KEEP HEARING THIS, YOU KNOW, "WELL, YOUR FILE IS -- YOUR FILE IS WITH THE LENDER." THAT IS TOLD A LOT TO PEOPLE. AND I DON'T -- YOU KNOW, I JUST HAVEN'T VERIFIED HOW THAT WORKS, WHETHER THEY MAKE A NOTE IF THEY LEAVE A VOICE MAIL OR THEY REALLY HAVE TO HAVE A CONTACT. I DON'T KNOW, AND THAT'S WHY I NEITHER WANT TO BLESS IT OR CRITICIZE IT RIGHT NOW, THE BACK OFFICE OPERATION.

Q. SO YOU DON'T KNOW IF THEY ARE THE ONES MAKING THE PROMISES, THE BACK OFFICE.
A. I DON'T THINK -- I MEAN, I KNOW THEY ARE NOT MAKING THE SALES CALLS. I JUST DON'T KNOW ENOUGH ABOUT THE THINGS THAT THEY DO TO SAY THAT -- WHETHER THERE ARE NO MISREPRESENTATIONS THERE AND, YOU KNOW, I -- LIKE I SAY, I DON'T -- I THINK THEY WORK VERY HARD, BUT I DON'T REALLY -- I HAVEN'T VERIFIED ENOUGH OF WHAT THEY DO TO OPINE ON IT.
Q. DOES THE BACK OFFICE SUPPORT THE PROMISES MADE BY THE OPENERS AND BY THE SALES STAFF BY KEEPING THE CUSTOMERS MAKING PAYMENTS TO FIRST UNIVERSAL?
A. THAT'S WHAT I -- YES, GLOBALLY THERE IS NO ISSUE THAT -- THAT YOU HAVE TO HAVE THOSE ACCOUNTS WORKED FOR SEVERAL MONTHS TO GET THE PAYMENTS FOR SEVERAL MONTHS.
MR. SINASOHN: I HAVE NOTHING FURTHER.
THANK YOU, YOUR HONOR.
THE COURT: ANY RECROSS?
MR. FEINGOLD: VERY BRIEFLY, JUDGE.

RECROSS EXAMINATION

BY MR. FEINGOLD:
Q. MA'AM, YOU MENTIONED TRANSCONTINENTAL LENDING. DO YOU KNOW HOW TO SET UP AND LAWFULLY OPERATE A NET BRANCH OF ANOTHER NATIONAL LENDER?
A. NO.
MR. SINASOHN: OBJECTION. EXCEEDS THE SCOPE OF

THE --

THE COURT: THE WITNESS HAS ANSWERED THE QUESTION.

BY MR. FEINGOLD:

Q. THE COMPUTERS WITH REGARDS TO MY PRIVILEGE ISSUE, WAS IT EXPLAINED TO YOU THAT THE ISSUE WAS THAT SOME OF THE OLD LAW FIRM COMPUTERS MAY BE USED BY THE BOOKKEEPERS AT FIRST UNIVERSAL, AND ALTHOUGH THE DISKS HAD BEEN CLEANED THE FTC'S COMPUTER TECH BY PLUGGING IN AND USING HIS TECHNOLOGY COULD CONCEIVABLY PULL UP LAW FIRM FILE?

A. NO. YOUR TESTIMONY NOW IS THE FIRST TIME HEARING OF THAT.

Q. AND YOU WOULD ACKNOWLEDGE, THOUGH, THAT WHEN THAT ISSUE AROSE MISS KUDMAN AND MYSELF WERE THE ONES DEALING WITH THE PRIVILEGE LOG AND THE PRIVILEGE ISSUE. YOU WEREN'T ACTUALLY IN THERE.

A. I THOUGHT I WAS. I DON'T KNOW. I THOUGHT I WAS.

Q. OKAY. IN TERMS OF YOU BEING ASKED ABOUT HOPE NOW AND THE SERVICES CAN BE DONE FOR FREE, THE SERVICE IS NOT UNLAWFUL BECAUSE IT CAN BE DONE FOR FREE, CORRECT?

A. CORRECT.

Q. YOU WOULD AGREE WITH ME --

A. I AGREED WITH YOU.

Q. YES. THANK YOU.

YOU HAVE NOT SEEN ANYWHERE WHERE THESE BACK OFFICE PEOPLE ARE MAKING ANY SALES CALLS WHATSOEVER, CORRECT?

A. TO ENGAGE NEW CUSTOMERS?
Q. CORRECT.
A. I DON'T THINK THEY ARE, BUT I -- I DON'T THINK SO. I TOLD YOU I REALLY DON'T KNOW EXACTLY WHAT THEY'RE DOING BUT I DON'T THINK SO.
Q. THANK YOU.
THE COURT: ALL RIGHT. THANK YOU, MISS MOSCOWITZ. YOU MAY STEP DOWN. WATCH YOUR STEP PLEASE.
WE WILL TAKE A BRIEF MID-AFTERNOON RECESS.
PLEASE RETURN HERE AT 20 OF AND WE WILL CONTINUE ON.
THE COURT IS IN RECESS FOR 15 MINUTES.
[WHEREUPON, THERE WAS A BRIEF RECESS]
THE COURT: GOOD AFTERNOON. PLEASE BE SEATED.
ALL RIGHT, THE PLAINTIFF MAY CALL ITS NEXT WITNESS.
MR. SINASOHN: YOUR HONOR, THE PLAINTIFF CALLS DONALD GRIFFIE.
THE COURT: PLEASE STEP UP TO THE WITNESS STAND.
PLEASE REMAIN STANDING AND RAISE YOUR RIGHT HAND.
DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY THAT YOU ARE ABOUT TO GIVE SHALL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?
THE WITNESS: YES, SIR, I DO.
THE COURT: PLEASE BE SEATED.

PLEASE SPEAK DIRECTLY INTO THAT MICROPHONE SO THAT WE WILL HE BE ABLE TO HEAR YOU.

PLEASE STATE YOUR FULL LEGAL NAME FOR THE RECORD AND SPELL YOUR LAST NAME FOR THE REPORTER.

THE WITNESS: MY LEGAL NAME IS DONALD LEE GRIFFIE. THAT'S GRIFFIE.

THE COURT: THANK YOU.

YOU MAY PROCEED.

DONALD LEE GRIFFIE,

BEING DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

BY MR. SINASOHN:

Q. MR. GRIFFIE, WHERE DO YOU LIVE?

A. I LIVE AT 128 ELM STREET, HENDERSON, NEVADA.

Q. AND HOW LONG HAVE YOU LIVED IN THAT HOME?

A. OVER 35 YEARS.

Q. HAVE YOU ONE A LOT TO THAT HOME?

A. YES, I HAVE.

Q. DID YOU SUFFER SOME FINANCIAL STRAIN IN THE LAST COUPLE OF YEARS?

A. ACTUALLY THE START OF THIS LAST YEAR WHEN THE ECONOMY TURNED BAD.

Q. AND HOW DID THAT STRAIN MANIFEST ITSELF FOR YOU?

A. WELL, I RETIRED FROM THE FIRE DEPARTMENT 35 YEARS, AND I STARTED MY OWN BUSINESS SINCE I RETIRED. I HAVE

EMPLOYEES, AND WHEN THE ECONOMY WENT BAD IT JUST -- MY CUSTOMERS BASE KIND OF QUIT CALLING FOR A LITTLE BIT AND SOME OF THEM COULDN'T AFFORD TO PAY ME.
Q. BEFORE YOU STARTED THIS BUSINESS WHAT WERE YOU DOING?
A. I WAS A FIRE FIGHTER, A FIRE CAPTAIN FOR THE CITY OF HENDERSON.
Q. AND THIS BUSINESS THAT YOU STARTED, IT STARTED TO GET SLOW IS THAT WHAT YOU SAID?
A. YES.
Q. AND DID YOU -- DID THAT AFFECT YOUR ABILITY TO PAY YOUR MORTGAGE?
A. YES. IN A WAY, YES. I -- I HAVE EMPLOYEES, AND I FELT -- I KIND OF GOT BEHIND IN MY PAYMENTS JUST TO HELP MAKE MY WAGES FOR MY EMPLOYEES.
Q. AND DID YOU RECEIVE AN UNSOLICITED TELEPHONE CALL IN SEPTEMBER OF THIS YEAR TALKING ABOUT SOMEBODY'S ABILITY TO HELP YOU MODIFY YOUR HOME MORTGAGE LOAN?
A. THAT'S CORRECT.
Q. AND CAN YOU TELL THE COURT WHO TOLD YOU THAT WAS CALLING YOU?
A. I HAVE HIS NAME RIGHT HERE. EARL WILSON.
Q. DID HE TELL YOU WHAT COMPANY HE WAS CALLING FROM?
A. ACTUALLY I HAVE CALLER ID ON MY PHONE. IT ACTUALLY DID SAY MARRUCCI LAW.
Q. OKAY. AND WHAT DID HE TELL YOU?

A. ACTUALLY HE CALLED ME TWICE TO START WITH. I WAS GOING OVER MY THOUGHTS, AND HE ACTUALLY CALLED ME AT THE END OF AUGUST AND I WAS BUSY WITH MY BUSINESS. THAT'S KIND OF THE HIGH TIME OF MY BUSINESS.

I SAID LISTEN, "I CAN'T TALK RIGHT NOW. CALL ME BACK IN A WEEK AND I'LL DISCUSS IT WITH YOU," AND THAT WAS I SAID RIGHT AFTER MEMORIAL WEEKEND -- OR LABOR DAY WEEKEND. EXCUSE ME.

AND, SO I CALLED ME, OH, A COUPLE OF DAYS AFTER LABOR DAY WEEK AND WE STARTED TALKING. AND BASICALLY HE SAID THAT I -- I HAD SOME QUESTIONS THAT I HAD DRAWN UP THAT I WANTED TO ASK HIM, AND I SAID, "FIRST OFF, ARE YOU LICENSED IN THE STATE OF NEVADA TO HANDLE THIS?" AND HE SAID, "YES, WE ARE LICENSED ALL OVER THE COUNTRY. WE HANDLE NUMEROUS CLIENTS," IS BASICALLY WHAT IT WAS.

THEN I WENT ON AND I JUST SAID, "RIGHT NOW I'M" -- HE ASKED -- THE NEXT QUESTION IS, "ARE YOU BEHIND IN YOUR PAYMENTS?" I SAID, "ACTUALLY I'M A MONTH AND A HALF BEHIND RIGHT NOW."

THE CONVERSATION WENT ON, "WELL, WE CAN HELP YOU MODIFY YOUR LOAN." AND I SAID, "WELL, THERE IS A LOT OF TALK IN THE NEWSPAPER HERE BECAUSE IT'S -- LAS VEGAS IS GOING THROUGH ONE OF THE HARDEST HIT AREAS." AND I SAID, "WELL, I'M LOOKING TO MODIFY MY LOAN. AND I HAVE A FIRST, SECOND AND A LINE OF CREDIT." AND HE SAYS, "WELL, WE CAN

PROBABLY GET RID OF THE LINE OF CREDIT AND REMODIFY YOUR LOAN."

SO I KIND OF JUST WENT ON AND LISTENED AND LISTENED, AND I TURNED AROUND AND SAID, "WELL, YOU KNOW, IT SOUNDS PRETTY GOOD." SO OUT OF THE CLEAR BLUE SKY I SAID, "WHAT'S IT GOING TO COST?" HE SAID, "IT'S A $9,000." AND I SAID, 9,000?" HE SAID, "YEAH, WE'LL TAKE IT IN $1,500 INCREMENTS A MONTH." AND I SAID -- HE SAID, "IT WOULD BE SIX PAYMENTS."

I THOUGH IT OVER, I THOUGHT IT OVER, AND I PONDERED IT. I WAS DOING SOME PAPERWORK ADDING ON MY DESK. I SAID, "OKAY." I SAID, "I WOULD BE INTERESTED. I COULD HANDLE THE 1,500 A MONTH FOR SIX MONTHS." I SAID, "HOPEFULLY YOU WOULD HAVE MY LOAN REMODIFIED BEFORE THEN AND -- THE SIX MONTHS." AND HE SAID, "YEAH, WE COULD GET IT DONE."

I JUST LEFT IT AS THAT. AND THEN HE SAID, "WELL, I HAVE SOME CONTRACTS STUFF TO SEND YOU," AND I SAID -- HE SAID, I'LL -- ASKED FOR MY E-MAIL ADDRESS OR I SAID, "I CAN FAX IT TO YOU." AND I SAID, "WHY DON'T YOU E-MAIL IT BECAUSE THEN I CAN GET THE COPY OF THE DOCUMENTS AND I CAN ACTUALLY CONVERT THEM INTO PDF'S AND FILL THEM OUT RIGHT ON MY COMPUTER," AND THAT'S WHAT HE DID.

Q. DID HE TELL YOU THAT HE COULDN'T DO ANYTHING BEFORE YOU FILLED OUT THE PAPER AND SENT HIM MONEY?

A. HE ACTUALLY SAID, "CORRECT. YOU GET THE STUFF SIGNED OUT AND EVERYTHING, BUT WE CAN'T REALLY START UNTIL WE ACTUALLY HAVE THE FIRST $1,500 IN OUR HAND, WHICH WOULD BE A COUPLE OF WEEKS."

I SAID, "OKAY." AND HE ASKED ME WHAT DAY I COULD MAKE THE FIRST PAYMENT, AND HE WANTED IT, YOU KNOW, WITHIN A COUPLE OF DAYS. AND I SAID, "NO, IT WILL HAVE TO BE AROUND THE 28TH." I SAID, "THE 28TH WOULD WORK GREAT FOR ME BECAUSE THAT'S WHEN MY RETIREMENT CHECK COMES IN AND YOU CAN JUST TAKE IT RIGHT OUT OF THAT," AND THAT'S WHAT WE SCHEDULED IT UP FOR.

Q. SO THIS WAS AN AUTOMATIC DEBIT IN YOUR CHECKING ACCOUNT?

A. YES.

Q. AND AT THIS POINT IN TIME YOU THOUGHT THAT MR. WILSON WAS WORKING -- YOU WERE GOING TO HIRE A LAW FIRM CALLED --

A. YES.

Q. AND DID HE TELL YOU HOW LONG IT WAS GOING TO TAKE TO MODIFY YOUR LOAN?

A. WELL, WHEN WE DISCUSSED IT HE SAID IT WOULD TAKE THREE TO FOUR MONTHS AND THAT'S IT, AND I THOUGHT IT WILL BE ALL DONE AND OVER WITH. I SAID, YEAH. OKAY," AND THAT WILL GET ME TO MARCH -- I MEAN, I HAD IT ALL FIGURED OUT BY MARCH I WOULD BE ALL STRAIGHTENED OUT AND EVERYTHING. BASICALLY THAT'S WHAT IT WAS.

Q. DID YOU SUBSEQUENTLY HAVE ANY CONTACT WITH ANYBODY FROM THE MARRUCCI LAW FIRM?
A. YES. A COUPLE OF DAYS AFTER I SENT THIS CONTRACT IN, SIGNED THE CONTRACT AND I ACTUALLY FAXED IT BACK TO HIM, I HAD SOME QUESTIONS SO I CALLED EARL WILSON. I ACTUALLY THOUGHT HE WAS AN ATTORNEY. HE SAID, "NO, I'M NOT AN ATTORNEY BUT WE HAVE AN ATTORNEY ASSIGNED TO YOUR CASE AND WE'LL HAVE HER -- HAVE THEM GET BACK WITH YOU."
SO THEN I RECEIVED A CALL FROM -- ELSIE MORALES WAS HER NAME, AND SHE IDENTIFIED HERSELF AS AN ATTORNEY AND SHE SAID SHE WOULD BE HANDLING MY CASE.
Q. SO YOU UNDERSTOOD HER TO BE AN ATTORNEY.
A. I DID AT THAT TIME. I STILL DO. I MEAN, NOBODY HAS EVER TOLD ME DIFFERENT.
Q. DID THEY -- DID SOMEBODY AT MARRUCCI EVER TELL YOU HOW MUCH -- THEY SAID THEY WERE GOING TO ELIMINATE THE HELOCK, IS THAT CORRECT?
A. YES.
Q. AND DID THEY TELL YOU ABOUT HOW MUCH THEY WOULD REDUCE THE OTHER LOANS THAT YOU HAD?
A. THEY JUST SAID THEY WOULD NEGOTIATE WITH THE BANK TO REDUCE MY FIRST MORTGAGE.
Q. AND YOUR FIRST MORTGAGE WAS HOW MUCH?
A. IT'S A HUNDRED EIGHT TEA NINE THOUSAND.
Q. NO, I MEANT -- I'M SORRY, YOU MONTHLY PAYMENT.

A. OH, MY MONTHLY PAYMENT WAS FOURTEEN FORTY-FOUR, WHICH INCLUDES TAX AND INSURANCE WITH IT.
Q. SO YOU AGREED -- YOU AGREED TO PAY MARRUCCI $1,500 A MONTH TO MODIFY -- IN RETURN FOR A PROMISE TO OBTAIN A MODIFICATION OF YOUR LOAN TO SUBSTANTIALLY LOWER THE AMOUNT THAT YOU HAVE TO PAY PER MONTH, CORRECT?
A. CORRECT.
Q. AND THAT'S WHAT THEY HAD PROMISED THEY WOULD DO FOR YOU?
A. YES.
Q. NOW, DID YOU RECEIVE A PHONE CALL FROM YOUR BANK IN OCTOBER?
A. I RECEIVED A COUPLE OF PHONE CALLS FROM MY BANK IN OCTOBER.
Q. AND WHO IS YOUR BANK?
A. MY BANK IS WELLS FARGO.
Q. AND WHAT DID YOUR BANK TELL YOU?
A. WELL, THE FIRST CALL I GOT FROM THEM WAS, THEY WERE DEMANDING A PAYMENT ON MY LOAN. THEN I NOTIFIED THEM, I SAID, "WELL, I HAD HIRED THIS MARRUCCI LAW FIRM AND THEY WERE GOING TO BE GETTING AHOLD OF THEM TO NEGOTIATE MY MORTGAGE WITH THEM," AND I ACTUALLY GAVE THEM THEIR NUMBER AND -- TO CALL THEM.
Q. YOU GAVE THE BANK MARRUCCI'S PHONE NUMBER?
A. YES.

Q. AND DID THEY SAY THAT THEY HAD EVER HEARD FROM THE MARRUCCI?
A. THE FIRST TIME THEY SAID NO THAT THEY HADN'T, AND I REALLY HADN'T FOUND ANYTHING OUT UNTIL THIS LAST FRIDAY WHEN I CALLED -- I DECIDED I BETTER CALL MY BANK AND TALK TO THEM.
Q. IS THIS WELLS FARGO?
A. THIS IS WELLS FARGO.
Q. AND WHAT DID THEY TELL YOU?
A. WELL, CAN I TELL YOU EVERYTHING ABOUT IT? THE REASON I REALLY CALLED IS -- IS I GOT A NOTICE IN THE MAIL THAT MY HOUSE WAS IN FORECLOSURE. AND, SO I THOUGHT, "WHAT'S GOING ON HERE?" SO I THOUGHT I WOULD CALL MY BANK. AND THEN I ASKED THEM IF THEY HAD HEARD ANYTHING FROM THE MARRUCCI LAW FIRM, AND BASICALLY ALL THEY SAID IS THAT THEY HAD RECEIVED SOMETHING THAT SAID THAT THEY WERE GOING TO REPRESENT ME AND THAT WAS IT, AND WAS ALL THE -- THAT THEY HAD RECEIVED.
Q. DID YOU HEAR BACK FROM MOSS MORALES OF THE MARRUCCI LAW FIRM AFTER THAT?
A. ELSIE MORALES CALLED ME -- ACTUALLY I CALLED HER A COUPLE OF TIMES AND I COULD NEVER GET ANYBODY. I ALSO GOT A RECORDING, AND THEN FINALLY SHE CALLED ME ONE DAY AND SHE SAYS, "MR. GRIFFIE, I HAVE A PROBLEM." SHE SAYS, "WITH -- WITH ONE OF YOUR LOANS," BECAUSE I HAVE TWO LOANS THROUGH WELLS FARGO. AND SHE SAYS, "THEY HAVE NO ACCOUNT FOR YOUR

SECOND MORTGAGE. WE HAVE NO ACCOUNT NUMBERS."

I SAID, "WELL, I SENT IT TO YOU THE FIRST TIME." SO I WENT AND MADE IT OUT AGAIN FOR THEM. AND THEN SHE CALLED ME A COUPLE OF DAYS LATER. I FAXED HER THAT. THEN SHE CALLED ME A COUPLE DAYS LATER AND SAID THAT U.S. BANK, WHICH HAS THE OTHER LINE OF CREDIT, SAID THEY WOULDN'T ACCEPT THE -- I WANTED TO CALL IT HERE. I GOT IT HERE RIGHT HERE. THE POWER OF ATTORNEY, AND THAT THEY NEEDED TO HAVE ANOTHER POWER OF ATTORNEY.

AND I GO, "WAIT A SECOND. WHAT'S GOING ON?" WELL, AT THAT TIME I WAS GETTING READY TO LEAVE FOR NEW YORK, AND I SAID, "WELL, FAX ME THE PAPERWORK." AND THEY FAXED IT TO ME FOR -- TO GO UP AND HAVE ANOTHER NOTARIZED ONE SENT TO THEM. AND AT THAT TIME, THOUGH, I HAD LEFT TOWN AND I COULDN'T GET MY NOTARY TO DO IT. SO I SAID, "WHEN I GET BACK FROM NEW YORK THEN I WILL GET IT AND TAKE CARE OF IT."

WHILE I WAS IN NEW YORK, THOUGH, I CALLED ELSIE MORALES' OFFICE AGAIN AND DIDN'T GET ANY REPLY. SO WHEN I GOT BACK I SAID, "WELL, I'M GOING TO GO AHEAD AND FAX," BECAUSE SHE SAID SHE NEEDED SOME INFORMATION. SO I FAXED SOME INFORMATION TO HER WHICH WAS -- OH, THE -- LET'S SEE, WHAT WAS IT I FAXED TO HER. OH, MY TAX RETURN FOR 2008 AND -- TWO ITEMS ANYWAY.

SO I WROTE ON THE E-MAIL THAT I SENT THAT TO HER

THAT, "DO YOU ALSO NEED THE FULL TAX RETURN?" BECAUSE MY TAX RETURN IS JUST NOT LIKE NORMAL PEOPLES' TAX RETURN. MY TAX RETURN IS ABOUT 24 PAGES LONG. AND I SAID, "DO YOU NEED A COPY OF EVERY ONE OF THEM?"

THE NEXT DAY I GET AN E-MAIL FROM A TROY LEVY, AND IT WAS ACTUALLY ON MONDAY THE 30TH, AND HE SAYS, "THIS IS E-MAIL IS TO INFORM YOU OF SOME CLIENT CHANGES IN OUR SITUATION AND PLEASE USE THIS E-MAIL ADDRESS AND FAX NUMBER FOR ALL FUTURE COMMUNICATIONS WITH MARRUCCI LAW FIRM."

Q. SO TROY LEVY SENDS YOU AN E-MAIL AND IT SAYS IT IS FROM THE MARRUCCI LAW FIRM?

A. YES.

Q. YOU HAD MENTIONED EARLIER THAT YOU WERE ASKED BY ELSIE MORALES TO SUBMIT A NEW POWER OF ATTORNEY, I BELIEVE IS THAT CORRECT?

A. THAT'S CORRECT.

Q. BECAUSE THE POWER OF ATTORNEY THAT YOU HAD SUBMITTED PRIOR WASN'T ACCEPTED BY THE BANK, IS THAT CORRECT?

A. WHICH WASN'T ACCEPTED BY THE BANK.

Q. SO DID SHE SEND YOU A NEW POWER OF ATTORNEY?

A. SHE SENT ME THE FORM TO DO IT.

Q. WAS IT DIFFERENT THAN THE OTHER ONE THAT YOU HAD PREVIOUSLY GIVEN HER?

A. I DIDN'T REALLY ASK HER. I KIND OF ASKED HER AT FIRST, YOU KNOW, WHAT WAS WRONG WITH IT BECAUSE -- AND I SAID,

"WELL, JUST SEND ME THE NEW ONE." WHEN I GOT LOOKING AT IT, IT WAS THE SAME ONE. IT HADN'T CHANGED.
Q. NOW, YOU STARTED MAKING PAYMENTS TO WHOEVER YOU THOUGHT WAS MARRUCCI LAW FIRM WHEN?
A. THE FIRST ONE WAS SEPTEMBER 28TH.
Q. AND YOU MADE PAYMENTS OF $1,500 FOR HOW LONG?
A. THREE MONTHS. THREE MONTHS NOW.
Q. AND YOUR FIRST PAYMENT WAS SEPTEMBER 30TH, CORRECT?
A. THE FIRST PAYMENT WAS SEPTEMBER 30TH, CORRECT.
Q. AND YOUR SECOND PAYMENT WAS OCTOBER 30TH?
A. OCTOBER 30TH.
Q. AND YOUR THIRD PAYMENT WAS JUST ON THE 2ND OF DECEMBER, CORRECT?
A. CORRECT.
MR. SINASOHN: AND, YOUR HONOR, I WOULD LIKE TO MARK, IDENTIFY, AND OFFER FOR ADMISSION INTO EVIDENCE EXHIBIT 34, WHICH IS A -- WHICH IS MR. GRIFFIE'S, BANK STATEMENTS FOR THESE MOMENTS.
THE COURT: ANY OBJECTION?
MR. FEINGOLD: NO, SIR.
THE COURT: 34 IS IN EVIDENCE.
BY MR. SINASOHN:
Q. MR. GRIFFIE, CAN YOU TAKE A LOOK AT THE BANK STATEMENT AND THE ENTRY FOR SEPTEMBER 30TH, 2009. DO YOU SEE THAT?
A. YES.

Q. CAN YOU TELL ME WHO WITHDREW MONEY FROM YOU ON THAT DATE FOR $1,500?
A. FIRST UNIVERSAL.
Q. AND WHO WITHDREW MONEY FROM YOUR BANK ACCOUNT ON OCTOBER 30TH FOR $1,500?
A. FIRST UNIVERSAL.
Q. AND WHO WITHDREW MONEY FROM YOUR ACCOUNT ON DECEMBER 2ND -- LET ME JUST TAKE A STEP BACK.
YOU SAID EARLIER THAT IN NOVEMBER YOU RECEIVED NOTICE THAT YOUR HOUSE WAS IN DEFAULT, CORRECT?
A. CORRECT.
Q. SO AFTER YOUR HOUSE WENT INTO DEFAULT WHO TOOK MONEY OUT OF YOUR BANK ACCOUNT FOR $1,500?
A. FIRST UNIVERSAL.
Q. SO DID -- WHOEVER YOU THOUGHT YOU WERE PAYING MONEY TO, OR WHOEVER YOU WERE PAYING MONEY TO, DID THEY DO ANYTHING FOR YOU IN THE WAY OF OBTAINING A MORTGAGE LOAN MODIFICATION TO MAKE YOUR MORTGAGE PAYMENTS SUBSTANTIALLY MORE AFFORDABLE? DID THEY DO THAT FOR YOU?
A. NO.
MR. SINASOHN: I HAVE NOTHING FURTHER.
THE COURT: CROSS-EXAMINATION.
MR. FEINGOLD: YES, SIR.

CROSS EXAMINATION

BY MR. FEINGOLD:

Q. SIR, YOU FIRST RECEIVED A CONTRACT WITH REGARD TO THE MARRUCCI LAW OFFICES BY E-MAIL TO DON.GRIFFIE@DOCTORHIDRET.COM AROUND 9-9-2009, DO YOU RECALL THAT?
A. THAT'S CORRECT.
Q. OKAY. AND ON 9-9-2009 YOU WERE ADVISED BY EARL WILSON, WHO SIGNED HIS COMMUNICATIONS TO YOU AS A NON-ATTORNEY STAFF MEMBER THAT HE WAS FORWARDING YOU THE CONTRACTS, CORRECT?
A. CORRECT.
Q. AND THEN YOU ADVISED MR. WILSON THAT YOU WOULD NOT BE ABLE TO PAY FOR THE SERVICES UNTIL THE 28TH, CORRECT?
A. THAT'S CORRECT.
Q. OKAY. AND THE SERVICES THAT YOU HIRED THE MARRUCCI FIRM FOR WERE THAT YOU HAD THREE CREDITOR ISSUES WHERE YOU WERE THREE MONTHS BEHIND, TWO TO WELLS FARGO, ONE TO U.S. BANK, CORRECT?
A. THAT'S CORRECT.
Q. OKAY. SO YOU HAVE A PROPERTY IN NEVADA, YOU HAVE BASICALLY THREE SEPARATE LOANS FROM TWO DIFFERENT LENDERS WHICH YOU ARE THREE MONTHS BEHIND IN AND AT RISK OF BEING SUED, CORRECT?
A. NO. I WAS ONLY TWO MONTHS BEHIND IN ONE, ONE MONTH BEHIND IN THE OTHER, AND I WASN'T BEING SUED AT THAT TIME.
Q. AND, SO I'M CLEAR. YOU WERE AT RISK OF BEING SUED, CORRECT?

A. NO. I WOULDN'T SAY AT THAT TIME I WASN'T, NO.
Q. YOU DON'T THINK THAT THE LENDER WASN'T GOING TO PROCEED WITH FILING A LAWSUIT AGAINST YOU?
A. NOT AT THAT TIME.
Q. OKAY. AND ON 9-28, YOUR PAYMENT WAS RUN, CORRECT?
A. CORRECT.
Q. AND AS SOON AS YOUR PAYMENT WAS RUN THEN THE NEXT DAY ON 9-29, ELSIE MORALES LEFT YOU A VOICE MAIL AT 3:06 P.M., CORRECT?
A. PROBABLY. YEAH. PROBABLY, YES.
Q. PRETTY IMMEDIATE CUSTOMER SERVICE RESPONSE, CORRECT?
A. RIGHT.
Q. OKAY.
A. THAT SHE WAS REPRESENTING ME.
Q. OKAY. AND, IN FACT, SHE THEN GOT IN CONTACT WITH YOU AND LET YOU KNOW THAT SHE WAS IN FACT YOUR PRIMARY CONTACT, CORRECT?
A. COULD I TELL YOU I CALLED HER BACK AND THEN A COUPLE DAYS LATER, YEAH.
Q. SHE --
A. SHE WAS GOING TO BE MY PRIMARY.
Q. RIGHT. AND THEN --
A. I DID ASK HER JUST, SO YOU KNOW, "ARE YOU A LAWYER? YEAH. OKAY." JUST SO YOU KNOW, I DID ASK HER THAT.
Q. OKAY. AND THEN ON 9-30-09, ELSIE MORALES, ONE DAY

AFTER, CONTACTED YOU, CONTACTED WELLS FARGO FOR THEIR AUTHORIZATION, THEIR FAX NUMBER WHERE THEY RECEIVE AUTHORIZATIONS SO SHE COULD BEGIN DEALING WITH THEM, CORRECT?

MR. SINASOHN: OBJECTION. IT LACKS FOUNDATION.

THE COURT: IF YOU KNOW WHAT SHE DID.

BY MR. FEINGOLD:

Q. DO YOU KNOW THAT SHE DID THAT?

A. NO, I DON'T.

Q. OKAY. DO YOU KNOW THAT ALSO ON 9-30-09, AT 10:11 A.M., ELSIE FAXED TO WELLS FARGO AN AUTHORIZATION. DO YOU KNOW THAT?

A. I DON'T KNOW THAT, NO.

Q. OKAY. AND THEN ON 10-1-2009, AT 1:22 P.M., ELSIE SPOKE TO YOU ON THE TELEPHONE AND ADVISED YOU THAT YOU SHOULD CONTINUE TO TRY TO MAKE PAYMENTS IF YOU CAN BECAUSE YOU WERE CONCERNED THAT YOUR LENDER WILL NOT STOP CALLING OR TRYING TO COLLECT. DO YOU RECALL THAT CONVERSATION?

A. JUST SO YOU UNDERSTAND, I ASKED HER IF I SHOULD MAKE THE PAYMENT. SHE SAYS, "I'M NOT GOING TO TELL YOU NOT TO AND I'M NOT GOING TO TELL YOU YES." THAT IS HER WORD.

JUST SO YOU ALSO KNOW THAT EARL WILSON TOLD ME, "HEY, DON'T MAKE THE PAYMENTS," BECAUSE I ASKED HIM THAT RIGHT FROM THE GET GO. HE SAYS, "NO, DON'T MAKE ANY PAYMENTS. WE'RE GOING TO TAKE CARE OF THAT FOR YOU."

Q. OKAY. WE WILL GET TO THAT.

ARE YOU AWARE YOU ARE ON A RECORDED TELEPHONE CALL LINE WHEN YOU TALKED TO THEM?

A. YES. OH, I DON'T KNOW THAT, BUT I ASSUME THAT'S WHAT IT IS.

Q. OKAY. ON 10-1-2009, YOU ALSO INDICATED THAT YOU WERE SENDING HER 2008 INCOME TAX RETURNS, YOUR LAST TWO MONTHS BANK STATEMENTS, AND YOU WERE ASKED TO WRITE A HARDSHIP LETTER, CORRECT?

A. THAT IS CORRECT.

Q. OKAY.

A. DID YOU ALSO HAVE IN YOUR NOTES THERE THAT I TOLD HER I HADN'T DONE MY 2008. I WAS IN THE PROCESS OF DOING IT AT THAT TIME --

Q. YES, SIR.

A. -- AND THAT IT WOULD BE DONE SHORTLY, AND THAT AS SOON AS I GOT IT THAT SHE WOULD GET A COPY OF IT.

Q. SHE VERIFIED ALL MORTGAGES WITH YOU AND SHE ALSO VERIFIED YOUR PROPER ADDRESS, CORRECT? IF YOU RECALL.

A. WELL, LET'S -- DID YOU MISS THE POINT WHERE SHE SAID, HEY, MY BANK COULDN'T FIND THE SECOND MORTGAGE? SHE ASKED ME IF I KNEW THE NUMBER OF THE BANK, AND I SAID, "WELL, I SENT IT TO YOU THE FIRST TIME."

Q. THE ACCOUNT NUMBER.

A. THE ACCOUNT NUMBER.

Q. YES.
A. AND SHE SAID MY BANK SAID THERE WAS NO SUCH THING.
Q. YES. OKAY.
A. OKAY.
Q. YOU KNOW WHEN YOU SENT INFORMATION TO HER IT ULTIMATELY GETS LOGGED INTO YOUR FILE?
A. ACTUALLY I HAVE EVERYTHING THAT SHE SENT ME LOGGED ALSO.
Q. OKAY.
A. OKAY.
Q. AND ON 10-1-2009, THE SAME DAY THAT YOU ALL TALKED NOW FOR THE THIRD TIME AFTER YOU HIRED THE FIRM, ELSIE IS IN CONTACT, AND ALSO ISN'T IT TRUE THAT AT 6:24 P.M., SHE FAXED THE AUTHORIZATION TO CARRY T. AT U.S. BANK AT 924 426-7460?
MR. SINASOHN: OBJECTION. LACKS FOUNDATION.
BY MR. FEINGOLD:
Q. ARE YOU AWARE OF THAT, SIR?
A. NO, I'M NOT.
Q. AND ARE YOU AWARE THAT ON 10-6 AT 9:20 A.M., ELSIE THEN FAXED YOUR AUTHORIZATION AGAIN TO U.S. BANK AFTER SHE CHECKED OUT TO SEE IF SHE HAD RECEIVED IT AND PUT IN YOUR FILE. YOU ARE NOT AWARE OF THAT?
A. NO.
Q. OKAY. AND THEN ON 10-14-2009, AT 6:05 P.M., ELSIE CONTACTED YOU TO LET YOU KNOW THAT THIS WAS AN INSTITUTION

THAT ACTUALLY WANTED THE POWER OF ATTORNEY NOTARIZED. DO YOU RECALL THAT?
A. THAT IS -- WHAT DATE WAS THAT?
Q. THAT WAS ON 10-14-2009.
A. THAT'S THE ONE -- BUT SHE ALREADY HAD ONE.
Q. SHE HAD ONE, BUT IT WAS NOT NOTARIZED, SIR, CORRECT?
A. OH, CORRECT. IT WAS NOT NOTARIZED.
Q. YOU WENT AND YOU FAXED HER A POWER OF ATTORNEY?
A. CORRECT.
Q. WHICH YOU HAVE BEEN CRITICAL OF HER AND SAID SHE SENT YOU BACK THE SAME ONE. BUT, IN FACT, SHE SENT IT BACK AND ASKED YOU TO HAVE IT NOTARIZED --
A. NOTARIZED. THAT'S CORRECT.
Q. -- CORRECT?
A. SHE SAID --
Q. IT IS NOT THAT SHE LOST IT, SIR. YOU SENT IN IT AND THE FORM STATED IT NEEDED TO BE NOTARIZED AND YOU DID NOT NOTARIZE IT THE FIRST TIME, CORRECT?
A. CORRECT.
Q. BUT SHE --
A. BECAUSE I WASN'T TOLD TO.
Q. WELL, THE FORM SAYS "NOTARIZED," CORRECT?
A. WELL --
MR. SINASOHN: OBJECTION.
BY MR. FEINGOLD:

Q. IF YOU KNOW, SIR.
A. NO. I DIDN'T KNOW BECAUSE I WAS -- I WASN'T TOLD I HAD TO HAVE IT NOTARIZED. AND EARL WILSON SAID, "HEY, IF YOU FAX THIS BACK RIGHT NOW," IF YOU NOTICE HE FAXED IT TO ME, IF YOU'VE GOT ALL THE RECORDS THEN YOU COULD SEE I FILLED EVERYTHING OUT AND SENT IT RIGHT BACK TO HIM THE SAME DAY THAT HE HAD SENT IT TO ME.
Q. AND THEN AT 10-14-2009 AT 6:18 P.M., ELSIE CALLED YOU, LEFT YOU A VOICE MAIL AND ALSO E-MAILED YOU TO PLEASE RETURN HER PHONE CALL.
A. THAT'S CORRECT.
Q. YES. AND THEN ON 10-23-09, AT 2:31 P.M., ELSIE SPOKE WITH JOSH AT WELLS FARGO WHO INFORMED HER OF THE TERMS OF YOUR LOAN AND THAT THEY WERE WORKING ON A LOAN MOD REQUEST FOR YOU, ISN'T THAT TRUE?
A. I DON'T KNOW THAT.
Q. YOU DON'T KNOW. AND THEN ON 10-23-2009, AT 2:49 P.M., ELSIE SPOKE TO YOU ABOUT YOUR PROOF OF INCOME FOR 2008, SINCE YOU DIDN'T HAVE YOUR TAX RETURNS, AND YOUR HARDSHIP LETTER, CORRECT?
A. CORRECT.
Q. AND THEN AT 10-23-2009, AT 3:20 P.M., YOU CONTACTED ELSIE AND LET HER KNOW THAT YOUR COMPUTER HAD CRASHED AND YOU APOLOGIZED THAT YOU HADN'T BEEN PROMPT ABOUT RETURNING DOCUMENTS TO HER, CORRECT?

A. THAT IS CORRECT.
Q. RIGHT. AND THEN ON 10-28-2009, AT 10:01 A.M., ELSIE SPOKE TO YOUR LENDER AND BEGAN NEGOTIATING WITH THEM FOR A MODIFICATION AND SENT THEM ADDITIONAL FAX AUTHORIZATIONS BECAUSE YOUR LENDER COULDN'T FIND THE FAXES THAT SHE HAD SENT THEM, ISN'T THAT TRUE?
MR. SINASOHN: OBJECTION. LACKS FOUNDATION.
THE COURT: IF YOU KNOW WHAT SHE DID.
THE WITNESS: I DON'T KNOW.
BY MR. FEINGOLD:
Q. YOU DON'T KNOW.
AND THEN ON 10-28-2009, AT 9:05 A.M., ELSIE ALSO CALLED YOUR LENDER AND INFORMED THE LENDER THAT THEY NEEDED TO SPEAK TO HER DIRECTLY AND STOP CALLING YOU SO THAT THEY COULD CONTINUE THE MODIFICATION PROCESS.
A. COULD YOU REPEAT THAT AGAIN?
Q. 10-28-2009 ELSIE CONTACTED THE LENDER TO ADVISE THEM THAT YOU WERE REPRESENTED BY HER AND THAT THE LENDER NEEDED TO CONTACT HER AND LEAVE YOU ALONE.
A. I DON'T KNOW THAT.
Q. YOU DON'T KNOW THAT.
ON 11-13-2009, AT 9:05 A.M., THE LENDER ACTUALLY CONTACTED ELSIE AND LET HER KNOW THAT THEY HAD A MUTUAL CLIENT, NOT ONLY YOU, BUT THERE WAS SOMEONE ELSE THAT MARRUCCI WAS DEALING WITH AT THIS BANK. DID SHE TELL YOU

ABOUT THAT?
A. NO.
Q. THEN ON 11-11-2009, AT 3:29 P.M., ELSIE LEFT YOU A VOICE MAIL FOLLOWING UP WITH YOU BECAUSE SHE HASN'T RECEIVED ALL YOUR DOCUMENTS AND SHE IS ANXIOUS TO GET THE INFORMATION TO THE LENDER TO GET THE MODIFICATION DONE.
DO YOU RECALL HER CONTACTING YOU AT ELEVEN -- ON 11-11-2009 AT 3:29 P.M., ADVISING SHE IS STILL WAITING ON DOCUMENTS FROM YOU AND SHE'S ANXIOUS TO GET THE MOD DONE WITH THE LENDER.
A. AT WHAT PHONE NUMBER?
Q. 11-11. THE PHONE NUMBER, SIR, IS 702 564-0885.
A. THAT DAY I WAS IN NEW YORK.
Q. OKAY.
A. SO I DIDN'T KNOW IT.
Q. OKAY.
A. NO.
Q. AND I ALSO, JUST SO THE RECORD IS CLEAR, HAVE IT SHE WOULD CALL YOU ON 702 333-6848.
A. SHE DIDN'T CALL ME.
Q. MY RECORDS REFLECT THAT'S YOUR OTHER ALTERNATE NUMBER
A. NO. THAT IS MY ANOTHER ALTERNATE NUMBER. SHE DIDN'T CALL ME ON IT.
Q. SHE SAID SHE LEFT YOU A MESSAGE?
A. BUT I DIDN'T GET IT.

Q. AND THEN ON 11-11-2009 AT 3:51 P.M., CRYSTAL AT U.S. BANK INFORMED ELSIE THAT YOU WERE THREE PAYMENTS BEHIND, THAT THEY WERE NOT PUTTING THE PROPERTY IN FORECLOSURE, AND THAT THEY WANTED TO WORK ON THE TRANSACTION, WORK IT OUT. ARE YOU AWARE OF THAT?
A. NO.
Q. NO. AND ON 11-11-2009, AT 4:02 P.M., GREG FROM WELLS FARGO AT 866 249-5075 WAS CALLED WHERE ELSIE FOLLOWED UP WITH HIM ASKING HIM WHAT HIS STATUS WAS ON WORKING ON THE MOD. ARE YOU AWARE OF THAT?
A. NO.
Q. THEN ON 11-18-2009, ANNA CALLED -- ANNA RECEIVED A VOICE MAIL FROM YOU INDICATING THAT YOU ARE -- YOUR CELLULAR IS ACTING UP AND YOU ARE IN NEW YORK BECAUSE ONE OF YOUR WIFE'S RELATIVES IS ILL?
A. THAT'S CORRECT.
Q. THAT'S CORRECT.
AND THEN ON 11-18-2009 AT 2:22 P.M., YOU INDICATED THAT YOU WILL BE COMING BACK FROM NEW YORK ON TUESDAY, AND AT THAT POINT YOU WILL BE FORWARDING THE DOCUMENTS SO THAT CONTINUATION OF THE MODIFICATION PROCESS CAN OCCUR, CORRECT?
A. THAT IS CORRECT.
Q. OKAY. SO THEY'RE WORKING AND THEY ARE WAITING ON DOCUMENTS FROM YOU, AND UNFORTUNATELY YOU ARE DEALING WITH PERSONAL ISSUES, CORRECT?

A. WELL, YEAH. CORRECT.
Q. OKAY. AND THEN WE FIND OUT THAT YOU THEN TRY TO CONTACT FIRST UNIVERSAL BECAUSE THE -- EXCUSE ME, FIRST UNIVERSAL HOLDINGS BACK OFFICE OR MARRUCCI -- YOU SAW THAT YOU WERE PAYING FIRST UNIVERSAL, CORRECT?
A. I SAW IT BUT I DIDN'T PAY ATTENTION TO IT. I THOUGHT I WAS PAYING THE MARRUCCI LAW FIRM.
Q. BUT YOU DID SIGN A CONTRACT --
A. I SEE THAT NOW, YES.
Q. -- WHERE IT INDICATED THERE WOULD BE THIRD-PARTY BILLING COMPANIES, CORRECT?
A. CORRECT.
Q. SO THE LAST CONTACT THAT YOU GOT FROM MARRUCCI, SLASH, FIRST UNIVERSAL WAS ON 11-18-2009, CORRECT?
A. CORRECT.
Q. OKAY. WE KNOW THAT THROUGHOUT YOUR RELATIONSHIP WITH MARRUCCI YOU WERE CONTACTED ON AVERAGE ONCE EVERY THREE DAYS, CORRECT?
A. CAN I EXPAND ON THAT?
Q. YOU CAN, SIR, BUT LET ME ASK THE QUESTION FIRST.
A. OKAY.
Q. JUST ANSWER THAT. THAT'S TRUE?
A. YEAH. I'LL SAY YES.
Q. THEY WERE VERY RESPONSIVE TO YOU?
THE COURT: WELL, NOW YOU SAID IF HE ANSWERED YOUR

QUESTION --

MR. FEINGOLD: OH, I'M SORRY. YOU'RE RIGHT.

BY MR. FEINGOLD:

Q. NOW YOU CAN --

A. LET ME ASK YOU A QUESTION. HOW MANY TIMES DID -- AS YOU ARE LOOKING AT THE PHONE NUMBERS HERE BECAUSE I DECIDED I WOULD START LOOKING AT SOME INFORMATION HERE.

Q. SURE.

A. CLIENT SERVICES, IS THAT NOT UNIVERSAL THERE, CLIENT SERVICES, INC.?

Q. TELL ME --

A. RIGHT HERE, CLIENT SERVICES. DO YOU KNOW, I GOT FIVE CALLS FROM MARRUCCI LAW FIRM, OR CLIENT SERVICES, OR THEIR COMPANY, AND I HAD TO TELL THE PEOPLE, "DO YOU KNOW I'M ALREADY A MEMBER OR ALREADY SIGNED UP WITH YOU?" AND, "OH, WE'RE SORRY. WE DIDN'T KNOW THAT."

I CAN'T EVEN TELL YOU -- I'M STILL GETTING CALLS, OR I WAS UP UNTIL -- I DIDN'T KNOW THAT WAS THEM. AND NOW I HAPPEN TO LOOK AT THIS PAPERWORK TODAY AND I'M SAYING, "YOU KNOW WHAT? I GOT A CLIENT SERVICES, I GET THEM ALL THE TIME."

I WILL TELL YOU EXACTLY WHAT MY WIFE DOES. MY WIFE LOOKS AT THAT NUMBER, PICKS IT UP, ANSWERS IT, AND HANGS UP. I GET THEM TWO AND THREE TIMES A DAY, AND EVERY DAY EXCEPT SATURDAY AND SUNDAY, AND THESE ARE THE SAME

PEOPLE. JUST SO LET YOU KNOW THAT.
Q. OKAY. AND DO YOU KNOW HOW THESE PEOPLE BY THE WAY GOT YOUR PHONE NUMBER?
A. I HAVE NO IDEA.
Q. DO YOU GO ON THE INTERNET, SIR?
A. DO I GO ON THE INTERNET.
Q. YES.
A. YES. I GO ON THE INTERNET, YEAH.
Q. DID YOU EVER FILL OUT INFORMATION REQUESTING THAT YOU NEEDED ASSISTANCE WITH YOUR BILLS AND YOUR MORTGAGE AND YOU WERE LOOKING FOR MORTGAGE QUOTES TO SEE WHAT THE DIFFERENCES WOULD BE?
A. I LOOKED AT A -- ONE TIME I LOOKED UP FOR A MORTGAGE QUOTE, AND THAT WAS IT. ONE TIME.
JUST ALSO FOR YOUR INFORMATION --
Q. YES, SIR.
A. -- BECAUSE I HADN'T HEARD ANYTHING AND I -- I THINK I NEED TO EXPAND ON IT. FRIDAY I DECIDED I'M GOING TO CALL WELLS FARGO, AND I'M GOING TO TELL YOU I WAS ON THE PHONE WITH THEM FOR AN HOUR. AND I SAID WOULD YOU LOOK OVER ALL THE INFORMATION YOU HAVE FROM MARRUCCI LAW FIRM. THEY ONLY HAD ONE TIME THAT THEY SAID THAT YOU GUYS HAD CONTACTED THEM, AND I'M GOING OFF WHAT THEY ARE TELLING ME.
Q. WHO DID YOU SPEAK WITH THERE, THE SAME PEOPLE --
A. THE SAME PEOPLE --

Q. THE SAME NAME?

A. -- RIGHT HERE. NO. THEY HAVE -- WHEN I WANT TO CALL ABOUT MY LOAN, BECAUSE MY HOUSE IS IN DEFAULT. I'M NOT GOING TO LOSE MY HOUSE, JUST TO LET YOU KNOW. I GOT THE MONEY.

Q. OKAY.

A. OKAY. I CAN BARROW THE MONEY AND I WILL GET THE MONEY. I WENT SO MUCH AS -- BECAUSE YOU HADN'T DONE ANYTHING I WENT AHEAD AND CAUGHT UP U.S. BANK. I WENT AHEAD AND CAUGHT UP WELLS FARGO ON MY OTHER ONE. I PAID THEM ALL UP BECAUSE I'M NOT GOING TO LOSE THE HOUSE. SO MY HOUSE IN FIRST IS IN FORECLOSURE RIGHT NOW AND I WILL TAKE CARE OF IT. I ALREADY TOLD THEM THAT I WILL TAKE CARE OF IT. IN FACT, THEY ARE GOING TO SEND ME INFORMATION TO GET IT OUT OF FORECLOSURE.

Q. WELL, HERE IS SOMETHING IMPORTANT BECAUSE YOU SAID, "YOU HADN'T DONE ANYTHING."

WE JUST WENT DOWN A LIST OF COMMUNICATIONS INDICATING THAT YOU WERE BEING CONTACTED AT LEAST ONCE EVERY THREE DAYS, YOU WERE BEING ASKED FOR DOCUMENTS, YOU WERE TRAVELING TO NEW YORK, YOU HAD COMPUTER CRASH. THESE PEOPLE WERE PROMPTLY GETTING IN TOUCH WITH YOU. DID YOU EXPECT THEM TO GET ON A PLANE AND FLY TO GET YOUR DOCUMENTS FROM YOU?

A. NO. BUT I DIDN'T EXPECT MY HOUSE TO GO INTO FORECLOSURE.

Q. NO, SIR. BUT YOU ALSO RECOGNIZE THAT YOU WERE BEHIND IN PAYMENTS.
A. I WAS BEHIND, AND I DID WHAT I DID BECAUSE YOUR CLIENT ADVISED ME NOT TO MAKE MY HOUSE PAYMENT. WHETHER YOU LIKE IT, OR THEY DON'T WANT TO HEAR THAT, THAT IS EXACTLY WHAT THEY SAID.
Q. THEY TOLD YOU STOP --
A. "STOP THE PAYMENTS. WE WILL TAKE CARE OF IT FOR YOU." I DID THAT. I STOPPED ALL OF THEM. HOW DO YOU THINK I WENT AND MADE THE MONEY TO PAY THE PAYMENTS? I DIDN'T JUST TAKE THAT MONEY AND THROW IT AWAY AND GO GIVE -- AND SPEND IT ON SOMETHING ELSE. NO, I'M SAVING IT AND -- JUST IN CASE THIS IS WHAT HAPPENED. THAT IS EXACTLY WHY I DID IT.
Q. WERE YOU WITH THE FIRM FOR TWO MONTHS?
A. ALMOST THREE.
Q. TWO MONTHS. YOU SIGNED UP 9-29, 9-29 IS WHEN THE SERVICES START, WHICH IS BASICALLY THE LAST DAY OF SEPTEMBER. SO YOU HAD ALL OF OCTOBER AND UNTIL NOVEMBER 19TH WHEN THE FEDERAL TRADE COMMISSION --
A. I DIDN'T KNOW THAT.
Q. I KNOW YOU DIDN'T, SIR. I APOLOGIZE. OKAY.
SO THAT'S IN A MONTH AND A HALF THEY ARE DOING WORK FOR YOU, YOU WOULD AGREE WITH ME?
A. NO, I WOULD NOT.
Q. NO? SO ALL OF THE ENTRIES THAT WE WENT OVER, THEY

DIDN'T DO ANYTHING FOR YOU?
A. HAVE THEY DONE ANYTHING FOR ME? MY BANK WENT AND FILED FORECLOSURE. SO THAT DIDN'T TELL ME THEY DID ANYTHING FOR ME.
MY HOUSE -- IF I HADN'T GOT THE PAPER THAT I GOT AND I READ IT AND GOT ON THE PHONE ON FRIDAY MY HOUSE WOULD HAVE BEEN SOLD OUT FROM UNDERNEATH ME AND I WOULD NOT HAVE KNOWN A THING. EVEN WHEN THESE PEOPLE WERE REPRESENTING ME I WOULD NOT HAVE KNOWN -- I WOULD HAVE HAD THE NEXT THING SOMEBODY WOULD HAVE BEEN KNOCKING ON MY DOOR AND SAID, "HEY, WE SOLD YOUR HOUSE. WE DIDN'T HAVE TO TELL YOU ANYTHING."
Q. THAT WAS -- I'M SORRY.
A. IF YOU WANT TO KNOW, I GOT IT HERE. I WILL GIVE YOU A COPY.
Q. THIS WAS THIS PAST FRIDAY?
A. I ACTUALLY GOT IT WEDNESDAY.
Q. OKAY. SO IN DECEMBER, IN DECEMBER --
A. CORRECT.
Q. -- THE RECEIVER -- I'M TELLING YOU 11-19 THE RECEIVER CAME IN. NOW IN DECEMBER AFTER NO ONE IS WORKING ON YOUR FILE YOU THEN FOUND OUT, AND YOU WEREN'T AWARE THAT NO ONE WAS WORKING ON YOUR FILE.
A. OKAY.
Q. BUT NO ONE WAS PERMITTED TO WORK ON YOUR FILE. AND, SO AFTER THEY STOPPED WORKING ON YOUR FILE YOU THEN FOUND OUT

THE BANK HAD MOVED IT TOWARDS FORECLOSURE, CORRECT?
A. I DIDN'T KNOW THAT.
Q. I UNDERSTAND THAT.
A. OKAY.
Q. BUT -- BUT YOU NOW KNOW FROM THE TIME THAT YOU LOST CONTACT WITH THEM UNTIL NOW WHEN YOU WERE NOTIFIED THAT YOUR HOUSE IS BEING PUT IN FORECLOSURE YOU JUST LEARNED TODAY THAT THEY WEREN'T WORKING ON YOUR FILE BECAUSE THEY WEREN'T ALLOWED.
A. OKAY. THEY WEREN'T ALLOWED BUT THEY WENT AHEAD AND TOOK MY MONEY.
Q. THEY TOOK YOUR MONEY BECAUSE DIDN'T YOU SIGN A CONTRACT THAT YOU WERE AGREEING TO AUTOMATIC PAYMENTS --
A. AUTOMATIC PAYMENTS ON CONDITIONS. DOES IT NOT SAY THAT THEY WERE GOING TO DO SOMETHING FOR YOU AND I RECEIVED NOTHING? MY HOUSE IS IN FORECLOSURE.
Q. YES, SIR.
A. THEY DIDN'T STOP IT. SO WHAT AM I -- I AM GOING TO PAY MARRUCCI $9,000 TO LOSE MY HOUSE AND WALK OUT THE DOOR, IS THAT WHAT YOU'RE TELLING ME?
Q. SIR --
A. NO. NO. I'M ASKING YOU A QUESTION. IS THAT WHAT I'M SUPPOSED TO DO?
Q. YOU HAD A CONTRACT THAT TOLD YOU, SIR, YOU HAVE NOT BEEN GUARANTEED ANY RESULTS. ALL SERVICES ARE BEING

PROVIDED ON A BEST EFFORTS BASIS. AS LONG AS THAT OFFICE WAS OPEN, SIR, THEY WERE PROVIDING THOSE SERVICES TO YOU.
A. CAN I ASK YOU ONE MORE QUESTION?
Q. ABSOLUTELY, SIR.
A. ARE THEY LICENSED TO PRACTICE IN THE STATE OF NEVADA.
Q. THEY HAVE LOCAL COUNSEL RELATIONSHIPS THAT THEY PAY IN ALL 50 STATES AT THEIR OWN COST, SIR. AND IF YOU READ THE CONTRACT IT ALLOWS THEM TO HIRE SERVICE PROVIDERS FOR YOU IN EVERY STATE --
A. HAVE THEY?
Q. -- AT THEIR COST?
A. HAVE THEY? I'M JUST ASKING YOU HAVE THEY.
Q. YES.
A. WHO IS IT? I SHOULD BE ABLE TO KNOW WHO THEY ARE. I ACTUALLY HAVE THE LIST THAT IS HERE, THAT STATE OF NEVADA ALLOWS. I JUST FOUND OUT BECAUSE THIS IS THE BIGGEST THING GOING ON IN THE STATE OF NEVADA RIGHT NOW, AND YOU CANNOT -- ACTUALLY HERE I SIGN THIS CONTRACT.
Q. RIGHT.
A. DO YOU KNOW THEY ARE NOT ALLOWED TO TAKE MONEY FOR THAT? I AM JUST ASKING YOU A QUESTION.
Q. YOU ARE INCORRECT, SIR. LAWYERS ARE EXEMPT, NUMBER ONE; AND, NUMBER TWO, SIR, AND THIS WILL BE MY FINAL QUESTION TO YOU, WOULD YOU EXPECT THAT THEY WOULD BE ABLE TO STOP YOUR FORECLOSURE IF THEY HAD BEEN DENIED ACCESS TO

THEIR COMPUTERS TO WORK ON YOUR FILE?
A. I CAN'T ANSWER THAT.
Q. YOU CAN'T ANSWER THAT.
A. NO.
Q. YOU WOULD EXPECT THAT THEY WOULD BE ABLE TO WORK ON YOUR FILE WHEN THEY WERE DENIED ACCESS TO THEIR COMPUTERS?
A. I EXPECT THEM -- THEY GOT MONEY IN ERNEST. THEY SHOULD HAVE BEEN ABLE TO DO WHAT THEY DID AND THEY HADN'T DONE ANYTHING.
Q. THANK YOU.
THE COURT: LET ME JUST ASK YOU A QUESTION, MR. GRIFFIE, BEFORE THERE IS REDIRECT.
WERE YOU EVER INFORMED THAT A RECEIVER HAD BEEN APPOINTED AND THAT THEY COULD NO LONGER WORK ON YOUR FILE?
THE WITNESS: NO.
THE COURT: REDIRECT.

REDIRECT EXAMINATION

BY MR. SINASOHN:
Q. I JUST WANTED TO GET THE TIME LINE CORRECT, MR. GRIFFIE, BECAUSE IT SEEMS LIKE WE HAVE A LITTLE BIT OF CONFUSION.
I HAVE HERE IN FRONT OF ME A DEED OF TRUST -- I ONLY HAVE TWO COPIES BECAUSE I DIDN'T EXPECT TO ENTER IT.
MR. SINASOHN: I WILL GIVE MR. FEINGOLD ONE, YOUR HONOR, AND I WILL MAKE COPIES -- WILL BE NEXT -- I WOULD

LIKE TO MARK, IDENTIFY, AND MOVE INTO EVIDENCE --
THE COURT: 35.
MR. SINASOHN: -- 35. THIS, YOUR HONOR, IS A NOTICE OF DEFAULT AND ELECTION.
DO YOU HAVE A COPY, MR. GRIFFIE?
THE WITNESS: I THINK I DO HERE, YES.
MR. SINASOHN: CAN APPROACH, YOUR HONOR?
THE COURT: GO RIGHT AHEAD.
BY MR. SINASOHN:
Q. CAN YOU -- JUST SO THAT THE COURT UNDERSTANDS THE TIME LINE --
THE COURT: DO YOU HAVE THE ORIGINAL?
THE WITNESS: THIS IS THE ORIGINAL, SIR. I BROUGHT IT.
THE COURT: WHERE IS THE STICKER?
MR. SINASOHN: I DIDN'T ANTICIPATE THIS UNTIL THIS SECOND, YOUR HONOR. I WILL PUT A STICKER ON FOR YOU IF YOU LIKE.
THE COURT: HERE TAKE IT BACK AND START ANTICIPATING.
MR. SINASOHN: YES, SIR.
THE COURT: GO AHEAD.
BY MR. SINASOHN:
Q. MR. GRIFFIE, I WANT TO MAKE THE COURT AWARE OF THE TIME LINE BECAUSE THERE HAS BEEN SOME DISCUSSION ABOUT FIRST

UNIVERSAL AND MARRUCCI, THEIR INABILITY TO PERFORM FOR YOU BECAUSE THE RECEIVER TOOK OVER AND THERE WAS A TEMPORARY RESTRAINING ORDER STOPPING THEM. THAT HAPPENED ON THE 19TH. I WILL LET YOU KNOW. OKAY?
A. OKAY.
Q. OF NOVEMBER.
NOW, WHAT IS THE DATE ON THIS DOCUMENT THAT YOU RECEIVED? AND IF YOU LOOK ON THE SECOND PAGE IT GIVES YOU THE DATE WHEN THIS NOTICE OF DEFAULT WAS SENT TO YOU.
A. THIS ONE RIGHT HERE?
Q. IS THAT THE DATE RIGHT THERE?
A. OH, CORRECT.
Q. WHAT DATE DOES THAT SAY?
A. NOVEMBER 12TH.
Q. IS NOVEMBER 12TH A WEEK BEFORE NOVEMBER 19TH?
A. YES.
Q. SO THAT'S BEFORE. SO NOBODY STOPPED ANYBODY ON NOVEMBER 12TH THAT YOU ARE AWARE OF, RIGHT?
A. THAT'S CORRECT.
Q. SO THEY COULD HAVE BEEN WORKING ON YOUR FILE UNTIL NOVEMBER 12TH --
A. CORRECT.
Q. -- AND YOUR HOUSE WENT INTO DEFAULT, RIGHT?
A. CORRECT.
Q. NOW, MR. FEINGOLD TALKED ABOUT, OH, HE DIDN'T SEND

SOMETHING IN AND THAT IT WASN'T NOTARIZED, THE POWER OF ATTORNEY.

LET ME ASK YOU, DID YOU SEND BACK PAPERWORK, EVERYTHING THAT YOU WERE ASKED TO BY EITHER THIS FIRM MARRUCCI, OR WHOEVER IT WAS TALKING TO YOU, IN FACT, EXACTLY THE WAY THAT THEY ASKED YOU TO SEND IT?

A. I SENT NOT EVERYTHING BECAUSE I STARTED HAVING SOME QUESTIONS ABOUT WHAT THEY WANTED TO KNOW AND THERE WAS SOME INFORMATION AND I WAS WORKING ON IT.

Q. WHAT ABOUT THE POWER OF ATTORNEY? THE POWER OF ATTORNEY THAT WE TALKED ABOUT, THAT MR. FEINGOLD TALKED ABOUT AND SAID IT NEEDED TO BE NOTARIZED, WERE YOU ASKED BY MR. WILSON TO FAX IT BACK AND THAT WOULD BE GOOD ENOUGH?

A. THAT IS CORRECT.

Q. AND YOU DID THAT.

A. NO, I DIDN'T. I NEVER WENT AND GOT IT NOTARIZED AT THE TIME.

Q. DID HE ASK YOU TO FAX IT --

A. OH, THE FIRST ONE, YES. THE VERY FIRST ONE I DID.

Q. DID YOU DO THAT?

A. YES.

THE COURT: ARE YOU OFFERING 35?

MR. SINASOHN: YES, YOUR HONOR, I WOULD LIKE TO OFFER EXHIBIT 35 INTO EVIDENCE.

THE COURT: ANY OBJECTION?

MR. FEINGOLD: NO, JUDGE.

THE COURT: 35 IS IN EVIDENCE.

[PLAINTIFF EXHIBIT 35 RECEIVED IN EVIDENCE]

BY MR. SINASOHN:

Q. YOUR HONOR -- MR. GRIFFIE, THERE WAS SOME DISCUSSION IN YOUR CROSS-EXAM ABOUT WHETHER OR NOT EITHER MARRUCCI, OR FIRST UNIVERSAL, OR WHOEVER IT IS, IS LICENSED TO DO THIS BUSINESS -- THIS TYPE OF MORTGAGE MODIFICATION BUSINESS IN NEVADA. DO YOU RECALL THAT?

A. CORRECT.

MR. SINASOHN: AND I WOULD LIKE TO MARK, IDENTIFY, AND OFFER FOR ADMISSION INTO EVIDENCE EXHIBIT 36, WHICH IS TITLED -- IT SAYS, "CHAPTER 645(F) INDEPENDENT LICENSEES WHO ARE FULLY LICENSED AND HAVE DEPOSITED SURETY BOND OR SUBSTITUTE FORM OF SECURITY WITH THE DIVISION."

UNDERNEATH THAT IT SAYS, "CHAPTER 645, INDEPENDENT LICENSEE APPLICANTS WHO ARE ELIGIBLE TO CONDUCT ACTIVITIES AND HAVE DEPOSITED A SURETY BOND OR SUBSTITUTE FORM SECURITY WITHIN THE DIVISION."

BY MR. SINASOHN:

Q. DO YOU HAVE THAT DOCUMENT IN FRONT OF YOU?

A. YES, I HAVE IT.

Q. AND DID YOU TAKE A LOOK AT THAT DOCUMENT FOR THE PURPOSE OF DETERMINING WHETHER OR NOT THE COMPANY YOU WERE DEALING WITH NOW IS IN FACT LICENSED TO DO BUSINESS IN

NEVADA?
A. YES.
Q. DID YOU SEE THE NAME ON THERE?
A. NO.
THE COURT: ARE YOU OFFERING 36?
MR. SINASOHN: YES, YOUR HONOR, I OFFER 36.
MR. FEINGOLD: NO OBJECTION.
THE COURT: 36 IS IN EVIDENCE.
[PLAINTIFF EXHIBIT 36 RECEIVED IN EVIDENCE]
MR. SINASOHN: I HAVE NOTHING ELSE.
MR. FEINGOLD: YOUR HONOR --
THE COURT: RECROSS?
MR. FEINGOLD: YES, SIR.

RECROSS EXAMINATION

BY MR. FEINGOLD:
Q. SIR, EXHIBIT NUMBER 35 WHERE YOU JUST TESTIFIED THAT YOU RECEIVED IT ON NOVEMBER 12TH, 2009 --
MR. SINASOHN: OBJECTION. MISSTATES THE WITNESS' TESTIMONY.
THE COURT: WELL, HE CAN CORRECT COUNSEL IF IT MISSTATES HIS TESTIMONY.
GO AHEAD.
BY MR. FEINGOLD:
Q. SIR, ISN'T IT TRUE THAT YOU TESTIFIED THAT YOU RECEIVED THIS DOCUMENT, THE NOTICE OF DEFAULT ON 11-12-2009 AFTER THE

OPPOSING COUNSEL POINTED THAT DATE TO YOU ON THE SECOND PAGE AT THE BOTTOM?
A. WHAT -- LET ME -- GO AHEAD.
THE COURT: WHAT COUNSEL IS ASKING YOU IS, WHAT DATE DID YOU RECEIVE THAT?
THE WITNESS: WHAT DATE I REALLY RECEIVED THIS BECAUSE --
THE COURT: NO. WHAT DATE DID YOU RECEIVE IT.
THE WITNESS: THAT'S WHAT I WANT TO GET TO. THIS WAS JUST NOT MAILED TO YOU -- IT WAS SENT TO ME CERTIFIED.
THE COURT: WHAT DATE DID YOU RECEIVE IT?
THE WITNESS: I JUST RECEIVED IT 12-1 CERTIFIED.
THE COURT: DECEMBER 1 --
BY MR. FEINGOLD:
Q. DECEMBER 1, 2009.
SO YOU RECEIVED THIS DOCUMENT TWO AND A HALF WEEKS AFTER THE DATE YOU IDENTIFIED, AND YOU ASSUMED THAT FIRST UNIVERSAL SHOULD BE HELD RESPONSIBLE FOR KNOWING ABOUT A DOCUMENT IN NOVEMBER THAT YOU DIDN'T RECEIVE A COPY OF UNTIL DECEMBER, CORRECT?
A. NO. I WOULD LIKE TO -- THEY TRIED TO SERVE ME AND I WAS OUT OF TOWN. MY SON WAS AT THE HOUSE ON THE 11TH AND HE TOLD THEM I WOULD BE OUT OF TOWN, I WOULD NOT BE BACK. THAT'S WHY THEY ENDED IT UPBRINGING IT BACK TO ME.
Q. AND, SIR, EXHIBIT 36, ARE YOU A LAWYER?

A. AM I A LAWYER? NO, SIR.
Q. DO YOU KNOW IF CHAPTER 645 IS A APPLICABLE TO LAWYERS? DO YOU KNOW?
A. I DON'T KNOW.
Q. THANK YOU.
THE COURT: THANK YOU, SIR. YOU MAY STEP DOWN. WATCH YOUR STEP, PLEASE.
IS THE WITNESS EXCUSED BY THE PLAINTIFF?
MR. SINASOHN: YES, YOUR HONOR.
THE COURT: BY THE DEFENSE?
MR. FEINGOLD: YES, SIR.
THE COURT: THANK YOU, SIR. YOU ARE FREE TO GO.
LET ME DO THIS. IF I AM NOT MISTAKEN THE TEMPORARY RESTRAINING ORDER EXPIRES AT FIVE P.M. TODAY, CORRECT?
MR. SINASOHN: YES, YOUR HONOR.
THE COURT: THEN FOR GOOD CAUSE SHOWN THE COURT IS GOING TO EXTEND THE RESTRAINING ORDER UNTIL THE CONCLUSION OF THIS EVIDENTIARY HEARING.
MR. SINASOHN: THANK YOU, YOUR HONOR.
THE COURT: BY THE CONCLUSION OF THE EVIDENTIARY HEARING I MEAN THAT I WILL GIVE AN ABBREVIATED RULING AT THE CONCLUSION OF THIS EVIDENTIARY HEARING. I WILL THEN ENTER A WRITTEN ORDER. BUT THE TEMPORARY RESTRAINING ORDER WILL EITHER EXPIRE OR CONCLUDE AT THE TIME THAT I ARTICULATE MY

ABBREVIATED RULING FROM THE BENCH.

MR. SINASOHN: THANK YOU, YOUR HONOR.

THE COURT: CALL YOUR NEXT WITNESS.

MR. SINASOHN: YOUR HONOR, THE FTC CALLS MICHAEL LIGGINS.

THE COURT: SIR, PLEASE REMAIN STANDING AND RAISE YOUR RIGHT HAND.

DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY THAT YOU ARE ABOUT TO GIVE SHALL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

THE WITNESS: I DO.

THE COURT: THANK YOU. PLEASE BE SEATED.

PLEASE SPEAK DIRECTLY INTO THE MICROPHONE SO THAT WE WILL BE ABLE TO HEAR YOU.

PLEASE STATE YOUR FULL LEGAL NAME FOR THE RECORD AND SPELL YOUR LAST NAME FOR THE REPORTER.

THE WITNESS: MICHAEL STEPHEN, WITH A P-H, LIGGINS, L-I-G-G-I-N-S.

THE COURT: THANK YOU VERY MUCH.

YOU MAY PROCEED.

MR. SINASOHN: YOUR HONOR, JUST AS A LOGISTICAL POINT QUESTION. WE HAVE ALREADY SUBMITTED MR. LIGGINS' INITIAL DECLARATION AS PART OF THE TEMPORARY RESTRAINING ORDER. IT WAS FILED WITH THE COURT TOGETHER WITH EXHIBITS THAT WERE ATTACHED.

WE WOULD LIKE TO MOVE -- THEY HAVE ALREADY BEEN ADMITTED AS PART OF THE TEMPORARY RESTRAINING ORDER. WE WOULD LIKE TO MOVE THEM INTO EVIDENCE AS PART OF THIS, BUT WOULD THE COURT PREFER THAT WE ACTUALLY RESUBMIT THEM AS AN EXHIBIT IN THIS HEARING?

THE COURT: THAT'S CORRECT. MARK THEM AND RESUBMIT THEM. YOU CAN DO THAT AT THE RECESS. I AM SURE YOU DON'T HAVE THEM NOW, DO YOU?

MR. SINASOHN: I HAVE JUST -- WE HAVE ALREADY SERVED THEM ON THE DEFENDANTS AND THE COURT HAS THEM --

THE COURT: WHAT IS MY QUESTION? DO YOU HAVE THEM MARKED RIGHT NOW?

MR. SINASOHN: NO, SIR.

THE COURT: ALL RIGHT. THEN DO THAT AT THE RECESS.

MR. SINASOHN: OKAY.

MICHAEL STEPHEN LIGGINS,

BEING DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

BY MR. SINASOHN:

Q. MR. LIGGINS, CAN YOU DESCRIBE FOR THE COURT YOUR BACKGROUND AND EXPERIENCE?

A. YES. I HAVE BEEN AN INVESTIGATOR FOR APPROXIMATELY 28 YEARS. I SPENT ONE YEAR AS A PRIVATE INVESTIGATOR, 10 YEARS AS A MILITARY INVESTIGATOR AND SPECIAL AGENT WITH THE ARMY

CRIMINAL INVESTIGATION COMMAND.

AFTER LEAVING THE ARMY AFTER 10 YEARS I WAS EMPLOYED WITH THE FULTON COUNTY DISTRICT ATTORNEY'S OFFICE, WHICH IS IN ATLANTA, GEORGIA. I WAS A SENIOR INVESTIGATOR WITH THE ECONOMIC CRIME UNIT THERE FOR EIGHT YEARS.

UPON LEAVING THERE I WAS EMPLOYED WITH THE FEDERAL TRADE COMMISSION, AND I HAVE BEEN AN INVESTIGATOR WITH THE FEDERAL TRADE COMMISSION APPROXIMATELY 10 YEARS.

Q. THANK YOU. NOW, IN THE COURSE OF YOUR WORK AS A INVESTIGATOR FOR THE FEDERAL TRADE COMMISSION DO YOU REVIEW BUSINESS ACTIVITIES OF COMPANIES TO HELP DETERMINE WHAT TYPES OF CASE IS ARE PURSUED BY THE FEDERAL TRADE COMMISSION?

A. THAT'S CORRECT. PART OF MY DUTIES AS AN INVESTIGATOR WITH THE FEDERAL TRADE COMMISSION IS TO DO RESEARCH, COORDINATE WITH OTHER FEDERAL, STATE, AND LOCAL LAW ENFORCEMENT AGENCIES, OTHER CONSUMER PROTECTION AGENCIES TO TAKE A LOOK AT AND ANALYZE EITHER COMPLAINTS OR BUSINESS PRACTICES OF COMPANIES THAT WE MIGHT SUSPECT MIGHT BE VIOLATING EITHER THE RULES OF LAW.

Q. AND THOSE RULES INCLUDE SECTION FIVE OF THE FTC ACT?

A. THAT'S CORRECT.

Q. AND THE TELEMARKETING SALES ROOM?

A. THAT'S CORRECT.

Q. AND DID YOU DO RESEARCH IN THIS CASE REGARDING A

COMPANY CALLED FIRST UNIVERSAL LENDING?
A. I DID.
Q. AND DO YOU HAVE YOUR DECLARATION, YOUR FIRST DECLARATION WITH YOU?
A. YES, I DO.
Q. AND CAN YOU DESCRIBE WHAT YOU DID AS FAR AS RESEARCHING THIS COMPANY?
A. YES.
Q. BRIEFLY.
A. WITH THIS COMPANY, AND MOST ALL COMPANIES THAT WE INITIATE INITIAL INQUIRY OF, I LOOK FOR BUSINESS RECORDS TO DETERMINE OF COURSE THE LOCATION OF THE BUSINESS, I ALSO DO SECRETARY OF STATE RESEARCH TO DETERMINE THE PRINCIPALS OF THE BUSINESS, ARE THEY STILL OPERATING, THINGS OF THAT NATURE.
THE COURT: MR. LIGGINS, LET ME ASK YOU, WHAT WAS THE GENESIS OF THIS INVESTIGATION? WHAT PROMPTED THIS INVESTIGATION?
THE WITNESS: WHAT PROMPTED THIS INVESTIGATION, OF COURSE, YOUR HONOR, WAS THE --
THE COURT: GO AHEAD AND SPEAK INTO THE MICROPHONE.
THE WITNESS: -- DURING THE ECONOMIC TIMES THAT WE ARE IN NOW WE WERE REALLY RECEIVING A LOT OF INQUIRIES REGARDING MORTGAGE FORECLOSURE RESCUE COMPANIES, LOAN

MODIFICATION COMPANIES, CREDIT CARD INTEREST RATE COMPANIES.

WHAT I BASICALLY DO IS I GO INTO THE INTERNET. THE FTC HAS A MAJOR LAW ENFORCEMENT DATABASE CALLED THE CONSUMER SENTINEL. I DO RESEARCH INTO THAT DATABASE, LOOK INTO COMPLAINTS, ALSO COORDINATE WITH STATE ATTORNEY GENERALS OFFICES TO REQUEST TO SEE IF THEY HAVE COMPLAINTS. ALSO BETTER BUSINESS BUREAUS TO SEE IF THE SPECIFIC COMPANY HAS A LARGE NUMBER OF COMPLAINTS.

I DO RESEARCH ON LINE. I RESEARCH THE -- SOME CONSUMER BLOGS TO DETERMINE IF THERE ARE EITHER QUESTIONS OR COMPLAINTS ON THE INTERNET ACTUALLY REGARDING THESE PARTICULAR COMPANIES.

WHAT I DO, I TAKE A LOOK AT THOSE COMPANIES, COMPARE THE COMPLAINTS, SEE WHAT TYPE OF COMPLAINTS ARE BEING MADE. IF I SEE A PATTERN OR A LARGE NUMBER OF COMPLAINTS THAT APPEAR TO BE THE SAME AND THEN IT KIND OF SENDS UP A RED FLAG.

THE COURT: AND, SO YOU WERE DOING ALL OF THIS, EVERYTHING THAT YOU JUST TOLD ME, CORRECT?

THE WITNESS: YES.

THE COURT: WHAT LED YOU TO THESE DEFENDANTS?

THE WITNESS: AS I RECALL, I HAVE DONE A COUPLE OF THESE HERE RECENTLY AND I'M TRYING NOT TO COMMINGLE THEM. BUT WITH THIS PARTICULAR CASE WITH FIRST UNIVERSAL LENDING I

BELIEVE I GOT SOME INFORMATION FROM THE FLORIDA ATTORNEY GENERAL'S OFFICE THAT I REQUESTED REGARDING THE COMPANY. ONCE I GOT THOSE COMPLAINTS, CONSUMER COMPLAINTS, AND I STARTED ANALYZING THOSE COMPLAINTS THEN I START LOOKING AT THE COMPANY A LITTLE BIT FURTHER.

THE COURT: WELL, WHY DID YOU ASK FOR INFORMATION FROM THE FLORIDA ATTORNEY GENERAL'S OFFICE BASE --

THE WITNESS: BASED ON THE INFORMATION --

THE COURT: -- REGARDING FIRST UNIVERSAL LENDING?

THE WITNESS: BASED ON INFORMATION I WAS DEVELOPING AND LOOKING AT ON THE WEB AND LOOKING AT THE PARTICULAR INDUSTRY I WAS SEEING THAT FIRST UNIVERSAL LENDING KEPT POPPING UP SO IT KIND OF PEAKED MY INTEREST.

THE COURT: GO AHEAD. COUNSEL.

MR. SINASOHN: THANK YOU, YOUR HONOR.

BY MR. SINASOHN:

Q. NOW, IN THE COURSE OF YOUR RESEARCH YOU -- YOU LOOKED AT DOCUMENTS FROM THE FLORIDA SECRETARY OF STATE, CORRECT?

A. CORRECT.

Q. AND IS THAT -- ARE THOSE DOCUMENTS ATTACHED AS EXHIBIT A TO YOUR DECLARATION?

A. YES.

Q. AND MAYBE FOR PURPOSES OF EXPEDITION, COULD YOU GO THROUGH YOUR DECLARATION AND THE ATTACHED EXHIBITS AND EXPLAIN TO THE COURT THE SIGNIFICANCE OF THOSE AS FAR AS IT

CONCERNS YOUR RESEARCHING THIS COMPANY?
A. WELL, MY RESEARCH WITH THE FLORIDA DEPARTMENT SECRETARY OF STATE DIVISION OF CORPORATIONS, OF COURSE, I GOT THE ARTICLES OR ORGANIZATION FOR THE LIMITED LIABILITY COMPANY FOR -- THAT FELL UNDER WHEN I ENTERED FIRST UNIVERSAL LENDING INTO THE SYSTEM.
WHAT I PULLED FROM THAT IS A COMPANY BY THE NAME OF NATIONAL BUSINESS EXPO, WHICH WAS INCORPORATED IN AUGUST OF 2002. I WILL PULL THE ANNUAL REPORTS FROM FIRST UNIVERSAL LENDING IN WHICH THIS WAS PART OF ALL THE WAY THROUGH, I BELIEVE EITHER 2008 OR 2009.
IN THE MIDST OF THAT THERE WAS A COMPANY NAME CHANGE WHICH WAS FILED ALSO WITH THE FLORIDA SECRETARY OF STATE WHICH IS INCLUDED CHANGING THE NAME OVER FROM NATIONAL BUSINESS EXPO, LLC, TO FIRST UNIVERSAL LENDING, LLC.
Q. OKAY. THANK YOU.
THE COURT: THE NAME CHANGE WENT FROM NATIONAL EXPO TO --
THE WITNESS: NATIONAL BUSINESS EXPO, YOUR HONOR.
THE COURT: NATIONAL BUSINESS EXPO TO FIRST UNIVERSAL LENDING.
THE WITNESS: YES, YOUR HONOR.
BY MR. SINASOHN:
Q. AND THOSE FLORIDA SECRETARY OF STATE DOCUMENTS TAKE YOU THROUGH EXHIBIT I, IS THAT CORRECT?

A. YES. THAT WOULD BE THE LAST ANNUAL REPORT FOR APRIL OF 2009, AND THAT WOULD BE EXHIBIT I -- OR ATTACHMENT I.
Q. NOW, IN THE COURSE OF YOUR RESEARCH DID YOU OBTAIN BANKING RECORDS FOR FIRST UNIVERSAL LENDING THAT YOU LOOKED AT?
A. YES.
Q. AND IS THAT ATTACHED AS EXHIBIT J, OR PART OF ATTACHMENT EXHIBIT A?
A. FROM ENTERPRISE NATIONAL BANK, YES.
Q. DOES IT LIST DAVID J. FEINGOLD AS PRESIDENT OF FIRST UNIVERSAL LENDING?
A. YES. IT LISTS DAVID J. FEINGOLD AS PRESIDENT AND SEAN, AND I'M NOT SURE HOW TO PRONOUNCE HIS LAST NAME, ZAUSNER.
THE COURT: HOW DO YOU SPELL IT?
THE WITNESS: Z-A-U-S-N-E-R AS AN AUTHORIZED SIGNER.
BY MR. SINASOHN:
Q. AND DOES IT ALSO LIST MR. FEINGOLD AT THE BOTTOM AS LEGAL COUNSEL? YOU SEE THE BOTTOM RIGHT?
A. IT SAYS, "MANAGER, DESIGNATED MEMBER," AND IT HAS WRITTEN NEXT TO IT, "LEGAL COUNSEL," NEXT TO HIS SIGNATURE.
Q. AND IS IT TYPEWRITTEN UNDER THERE --
A. TYPEWRITTEN, "DAVID FEINGOLD."
Q. THE NEXT EXHIBIT THAT YOU ATTACHED TO YOUR DECLARATION IS EXHIBIT K. IT APPEARS ALSO TO BE A BANK RECORD FOR FIRST

UNIVERSAL LENDING, LLC, IS THAT CORRECT?
A. THAT IS CORRECT.
Q. AND ON THIS DOCUMENT IS IT LISTED AT SEAN M. ZAUSNER IS A MANAGER AND DAVID R. ZAUSNER IS AN AUTHORIZED SIGNER FOR THIS ACCOUNT?
A. THAT IS CORRECT.
Q. AND ATTACHMENT L, CAN YOU DESCRIBE TO THE COURT WHAT ATTACHMENT L IS?
LET ME ASK YOU. THIS DOES THAT APPEAR TO BE A PARTNERSHIP AGREEMENT BETWEEN SEAN ZAUSNER AND DAVID ZAUSNER FOR THE PARTNERSHIP KNOWN AS LENDING PARTNERS?
A. YES.
Q. DOES IT LIST THEM AS THE ONLY TWO PARTNERS IN THAT PARTNERSHIP?
A. YES, IT DOES.
Q. I POINT YOU THEN TO THE NEXT ATTACHMENT, ATTACHMENT M, WHICH IS AN OPERATING AGREEMENT OF FIRST UNIVERSAL LENDING. DO YOU SEE THAT?
A. YES.
Q. AND THIS IS AGAIN ATTACHMENT M TO YOUR DECLARATION.
DOES IT LIST ON PAGE THREE THAT LENDING PARTNERS IS A HUNDRED PERCENT OWNER OF THE LLC UNIT KNOWN AS FIRST UNIVERSAL LENDING?
A. YES, IT DOES.
Q. AND IF YOU COULD LOOK AT ATTACHMENT N, CAN YOU -- DOES

THIS APPEAR TO BE AN AMENDMENT TO AN AGREEMENT FROM A COMPANY CALLED PAYTECH COMMUNICATIONS, INC.?
A. YES, IT IS.
Q. AND DOES IT HAVE THE SIGNATURE AND THE WRITTEN NAME OF DAVID ZAUSNER AS THE V.P. MARKETING?
A. YES, IT DOES.
Q. AND IS THE COMPANY LISTED AT THE TOP FIRST UNIVERSAL LENDING, LLC?
A. THAT'S CORRECT.
Q. LOOKING AT EXHIBIT O, ATTACHMENT A TO AMENDMENT, YOU SEE THAT?
A. YES.
Q. DOES THAT ALSO HAVE MR. ZAUSNER LISTED AS THE V.P. MARKETING AS OF OCTOBER 2, 2008?
A. YES, IT DOES.
Q. WILL YOU LOOK AT ATTACHMENT P, PLEASE.
DOES THAT APPEAR TO BE AN ORDER CONFIRMATION DOCUMENT CALLED F.U.N. COMMUNICATIONS?
A. YES.
Q. DOES IT SAY CONTACT, "DAVID AND SEAN?"
A. CORRECT.
Q. AT THE BOTTOM DOES IT HAVE A SIGNATURE AND NEXT TO IT THE PRINTED NAME SEAN ZAUSNER AND TITLE PRESIDENT?
A. CORRECT.
Q. AND WAS THE DOCUMENT MARKED AS EXHIBIT P, IS THAT FOR

THE CUSTOMER FIRST UNIVERSAL LENDING, LLC?

A. YES, IT IS.

Q. AND JUST TO EXPEDITE THINGS, CAN YOU GO THROUGH THE REST OF THE ATTACHMENTS AND EXPLAIN TO THE COURT WHAT THE SIGNIFICANCE OF THOSE DOCUMENTS ARE, AS FAR AS YOUR ROLE AS AN FTC INVESTIGATOR.

A. OKAY. ATTACHMENT R TO MY DECLARATION IS A LETTER FROM THE FIRM OF FEINGOLD & KAM --

Q. I THINK YOU SKIPPED Q. CAN YOU GO BACK TO Q, PLEASE. I'M SORRY.

A. I'M SORRY. ATTACHMENT Q IS AN ORDER OF CONFIRMATION DOCUMENT FROM F.D.N. COMMUNICATIONS WHICH AGAIN LISTS THE CONTACT AS DAVID AND SEAN, AND THE CUSTOMER IS FIRST UNIVERSAL LENDING, LLC., IN WHICH SEAN ZAUSNER SIGNED AND WITH HIS NAME PRINTED AS PRESIDENT NEXT TO IT.

ATTACHMENT R IS A LETTER DATED APRIL THE 3RD, 2008, FROM FEINGOLD & KAM IN RESPONSE TO A MR. HANK NAGEL OF THE OFFICE OF FINANCIAL REGULATIONS IN WEST PALM BEACH, FLORIDA, REGARDING A COMPLAINT THAT APPARENTLY FIRST UNIVERSAL LENDING RECEIVED FROM -- I GUESS TO THE OFFICE OF FINANCIAL REGULATIONS BY A MISS LEE, IN WHICH DAVID J. FEINGOLD SIGNED THIS PARTICULAR LETTER.

ATTACHMENT S TO MY DECLARATION IS A LETTER WITH THE LETTERHEAD FROM FIRST UNIVERSAL LENDING AT 5100 PGA BOULEVARD, SECOND FLOOR, PALM BEACH GARDENS, FLORIDA, DATED

SEPTEMBER 9TH, 2008, ADDRESSED TO MR. HANK K. NAGEL OF THE DEPARTMENT OF FINANCIAL SERVICES, OFFICE OF FINANCIAL REGULATION IN WEST PALM BEACH REGARDING TO A COMPLAINT OF A JOMER CRUZ.
Q. IS IT DELA CRUZ?
A. YES, IT IS. I'M SORRY. I WILL SPELL THE WHOLE NAME. FIRST NAME J-O-M-E-R. I BELIEVE THE LAST NAME IS DELA CRUZ, D-E-L-A C-R-U-Z. THE CASE NUMBER 1207. THIS APPEARS TO BE A LETTER IN RESPONSE TO A COMPLAINT THAT MISS DELA CRUZ LODGED WITH THE OFFICE OF FINANCIAL REGULATION.
Q. WHO SIGNED THAT LETTER?
A. SEAN ZAUSNER AS MANAGER.
ATTACHMENT T IS A LETTER WITH THE FIRST UNIVERSAL LENDING. A LETTERHEAD 5100 PGA BOULEVARD, SECOND FLOOR, PALM BEACH GARDENS, DATED JUNE 18, 2008, TO MR. SEDRICK L. JOHNSON OF THE DEPARTMENT OF FINANCIAL SERVICES, OFFICE OF FINANCIAL REGULATION IN WEST PALM BEACH, FLORIDA, REGARDING A MR. CHAD JOHNSON AGAINST FIRST UNIVERSAL LENDING. THE COMPLAINT NUMBER IS CMP-670. AND AGAIN, THIS APPEARS TO BE A LETTER THAT WAS IN RESPONSE TO A COMPLAINT.
Q. WHO SIGNED THAT LETTER?
A. THIS LETTER WAS SIGNED BY SEAN M. ZAUSNER, MANAGER.
ATTACHMENT U TO MY DECLARATION IS AN APPLICATION FOR LICENSURE AS A CORRESPONDENT MORTGAGE LENDER SUBMITTED TO THE DEPARTMENT OF FINANCIAL SERVICES IN TALLAHASSEE,

FLORIDA, ON BEHALF OF FIRST UNIVERSAL LENDING, LLC.
Q. IF YOU GO TO PAGE THREE OF THAT DOCUMENT CAN YOU SEE WHO SIGNED IT AND IN WHAT CAPACITY?
A. ON PAGE THREE AT THE END OF THIS PARTICULAR DOCUMENT WAS SIGNED BY SEAN M. ZAUSNER, MANAGING MEMBER. I BELIEVE THE DATE IS --
THE COURT: WELL, WHAT IS THE DATE ON THE LETTER?
THE WITNESS: ON THE PREVIOUS ATTACHMENT, YOUR HONOR?
THE COURT: NO. NO. THE ONE YOU WERE READING FROM.
THE WITNESS: I WAS TRYING THE MAKE OUT THE DATE. HE SIGNED IT ON ONE, IT APPEARS TO BE 30, '03. I CAN'T REALLY MAKE OUT THE -- HIS HANDWRITING ON THE DATE. BUT IT WAS ACTUALLY STAMPED AS RECEIVED BY THE DEPARTMENT OF FINANCIAL SERVICES ON APRIL 14TH OF 2003.
BY MR. SINASOHN:
Q. THANK YOU. AND IF YOU LOOK AT THE NEXT -- I BELIEVE IT'S PAGE -- A FEW PAGES FOLLOWING WHERE IT SAYS, "NAME OF ENTITY APPLYING FOR LICENSURE, NATIONAL BUSINESS EXPO, LLC," AND THEN SAYS, "SOCIAL SECURITY NUMBER," AND THEN SECTION B SAYS, "DIRECTOR, MANAGING MEMBERS, OWNERS, AND PRINCIPAL OFFICERS OF BUSINESS." DO YOU SEE THAT?
A. WHAT PAGE WOULD THAT BE?
Q. IT'S THREE PAGES AFTER THE SIGNATURE OF SEAN ZAUSNER.

A. OKAY.
Q. DO YOU SEE THAT DOCUMENT?
A. YES.
Q. AND WHO DOES IT LIST UNDER DIRECTORS, MANAGING MEMBERS, OWNERS, AND PRINCIPAL OFFICERS OF BUSINESS?
A. IT READS SEAN ZAUSNER, MANAGING MEMBER, SIGNATURE OWNERSHIP ONE HUNDRED PERCENT.
Q. AND GO TO THE NEXT DOCUMENT, THE NEXT EXHIBIT ATTACHMENT.
A. FOR THE SAKE OF SPEED DO YOU HAVE THE PAGE NUMBER?
Q. IT WOULD BE ATTACHMENT U, AND IT WAS IDENTIFIED IN YOUR DECLARATION AS AN APPLICATION FOR LICENSURE AS A CORRESPONDENT MORTGAGE LENDER.
I THINK YOU ALREADY REFERRED TO IT. IN FACT, I THINK EXHIBIT U IS THIS APPLICATION ALSO INCLUDE THE DOCUMENT INDICATING THAT SEAN ZAUSNER IS THE HUNDRED PERCENT OWNER OF NATIONAL BUSINESS EXPO, LLC.
SO CAN I DIRECT YOUR ATTENTION TO ATTACHMENT V, THE OFFICE OF THE ATTORNEY GENERAL WITH A CHART OF 129 CONSUMER COMPLAINTS?
A. YES, I HAVE IT.
ATTACHMENT V IS A -- IT'S A CHART THAT WE RECEIVED FROM THE -- FROM FRANK MULLER, SENIOR INVESTIGATOR WITH THE ECONOMIC CRIME DIVISION OF THE OFFICE OF THE FLORIDA ATTORNEY GENERAL IN WHICH THEY PROVIDED US WITH A CHART OF

CONSUMERS THAT COMPLAINED AGAINST THIS COMPANY. I THINK IT WAS 129 COMPLAINTS.
Q. OKAY. ATTACHMENT W?
A. ATTACHMENT W IS A PRINTOUT OF FIRST UNIVERSAL LENDING'S WEB SITE WHICH I ACCESSED AND PRINTED THIS PARTICULAR GROUP OF PAGES OUT IN MAY OF 2009.
Q. ATTACHMENT X, A LETTER TO CEASE AND DESIST.
A. OKAY. ATTACHMENT X TO MY DECLARATION IS A -- IT'S FROM -- IT'S A SUMMERY ORDER TO CEASE AND DESIST FROM THE STATE OF MARYLAND FILED BY THE, I BELIEVE THE COMMISSIONER OF FINANCIAL REGULATION FOR THE STATE OF MARYLAND AGAINST FIRST UNIVERSAL LENDING, ALSO FLOWN AS FIRST UNIVERSAL, FIRST UNIVERSAL WORKOUT SOLUTION, FIRST UNIVERSAL LENDING, LLC, MARYLAND, LEADING PARTNERS FEINGOLD & KAM, LLC, DAVID FEINGOLD, DAVID ZAUSNER, SEAN ZAUSNER, AND GARY, I WILL SPELL HIS LAST NAME, L-I-N-O-W-E-S.
Q. AND THAT WAS -- WHEN WAS THAT ISSUED ON THE LAST PAGE, ON PAGE 29?
A. THIS WAS ISSUED ON 4-21-09 BY MARK CALKMAN, DEPUTY COMMISSIONER, MARYLAND COMMISSIONER OF FINANCIAL REGULATION.
Q. AND EXHIBIT Y?
A. EXHIBIT Y IS AN ORDER TO CEASE AND DESIST FROM THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF BANKING -- COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF BANKING, BUREAU OF COMPLIANCE, INVESTIGATION, AND LICENSING VERSUS FIRST

UNIVERSAL LENDING. THAT WAS FILED MAY 22ND OF 2009.
Q. THANK YOU. AND ATTACHMENT Z?
A. ATTACHMENT Z IS AN ASSURANCE OF VOLUNTARY COMPLIANCE, REFERENCE FIRST UNIVERSAL LENDING, LLC, BY THE IOWA ATTORNEY GENERAL'S OFFICE.
Q. WHAT'S THE DATE OF THAT, THAT FIRST UNIVERSAL LENDING --
A. IT WAS SIGNED ON THE 21ST OF JULY 2009.
Q. AND WHO SIGNED THAT ON BEHALF OF FIRST UNIVERSAL LENDING?
A. IT APPEARS TO BE SEAN ZAUSNER.
Q. AND EXHIBIT -- EXCUSE ME ATTACHMENT AA, IS THAT A SERIES OF DIFFERENT DOCUMENTS FROM DIFFERENT STATES?
A. ATTACHMENT AA TO MY DECLARATION, THE FIRST PAGE IS FROM THE COMMONWEALTH OF MASSACHUSETTS. IT APPEARS TO BE THE FIRST UNIVERSAL LENDING, IT'S FROM THE CORPORATIONS DIVISION. IT IS JUST LISTING FIRST UNIVERSAL LENDING, I BELIEVE, AS A FOREIGN LIMITED LIABLE COMPANY OF THE STATE.
Q. AND BB?
A. ATTACHMENT BB IS A DOCUMENT FROM THE GEORGIA SECRETARY OF STATE'S OFFICE AGAIN SHOWING FIRST UNIVERSAL LENDING AS A FOREIGN LIMITED LIABILITY COMPANY IN THE STATE OF FLORIDA.
Q. AND WHO SIGNED THAT DOCUMENT OR THE APPLICATION FOR CERTIFICATE OF AUTHORITY FOR FOREIGN LIMITED LIABILITY COMPANY IN GEORGIA, WHO SIGNED THAT DOCUMENT AND IN WHAT

CAPACITY?
A. IT SAYS, "SEAN ZAUSNER, PRESIDENT."
Q. IF YOU GO BACK TO AA REAL QUICKLY, WHO -- WHO SIGNED -- WHO IS IDENTIFIED, EXCUSE ME, IN AA AS THE MANAGER OF FIRST UNIVERSAL LENDING, LLC?
A. IN AA?
Q. YES.
A. IT ACTUALLY SAYS, "I, SEAN ZAUSNER, PRESIDENT OF FIRST UNIVERSAL LENDING, LLC."
Q. NOW, YOU ALSO -- MR. LIGGINS, DID YOU PARTICIPATE IN ACCESSING THE FACILITY LOCATED AT 5100 PGA BOULEVARD ON NOVEMBER 19, 2009?
A. YES.
Q. AND DID YOU OBTAIN DOCUMENTS IN THE COURSE OF THAT ACCESS?
A. YES.
Q. AND DID YOU PREPARE AND SUBMIT A DECLARATION WITH REGARD TO THOSE DOCUMENTS AS WELL?
A. YES.
MR. SINASOHN: AND, YOUR HONOR -- YOUR HONOR, THE FIRST DECLARATION WE JUST WENT THROUGH WITH MR. LIGGINS AND THE ATTACHMENTS TO THIS EXHIBIT WE WOULD MARK, IDENTIFY, AND MOVE INTO EVIDENCE AS EXHIBIT 19, PLAINTIFF'S EXHIBIT 19.
THE COURT: PLAINTIFF'S 19. THIS IS MR. LIGGINS' DECLARATION AND ATTACHMENTS, CORRECT?

MR. SINASOHN: YES, YOUR HONOR.

THE COURT: WELL, I MEAN, IS IT?

MR. SINASOHN: YES, YOUR HONOR.

THE COURT: ANY OBJECTION?

MR. FEINGOLD: NO, SIR.

THE COURT: PLAINTIFF'S 19 IS IN EVIDENCE.

[PLAINTIFF EXHIBIT 19 RECEIVED IN EVIDENCE]

THE COURT: IS THERE ANOTHER DECLARATION COMING IN?

MR. SINASOHN: YES, YOUR HONOR.

THE COURT: OKAY.

MR. SINASOHN: I WOULD LIKE TO MARK, IDENTIFY --

THE COURT: THAT IS FINE.

MR. SINASOHN: -- AND MOVE INTO EVIDENCE THE NEXT DECLARATION, WHICH HAS ALSO BEEN SERVED ON THE DEFENDANTS AND FILED WITH THE COURT, BUT WILL BE MOVED AND MARKED INTO EVIDENCE HERE AS EXHIBIT NUMBER 37, AND IT IS MR. LIGGINS' SUPPLEMENTAL DECLARATION.

THE COURT: ANY OBJECTION?

MR. FEINGOLD: NO, SIR.

THE COURT: 37 IS IN EVIDENCE.

[PLAINTIFF EXHIBIT 37 RECEIVED IN EVIDENCE]

BY MR. SINASOHN:

Q. MR. LIGGINS, IN THE COURSE OF YOUR ACCESS TO THE SITE YOU SAID YOU OBTAINED SOME DOCUMENTS, CORRECT?

A. THAT'S CORRECT.
Q. AND DOES YOUR SUPPLEMENTAL DECLARATION DESCRIBE WHAT YOU OBTAINED?
A. YES, IT DOES.
Q. AND COULD YOU WALK THE COURT THROUGH YOUR DECLARATION, PLEASE?
THE COURT: WELL, LET ME INTERRUPT YOU AT THIS POINT. THIS WILL TAKE A WHILE, CORRECT? I MEAN, THIS WILL TAKE MORE THAN TWO MINUTES.
MR. SINASOHN: IT WILL TAKE MORE THAN TWO MINUTES. YES, YOUR HONOR.
THE COURT: OKAY. THEN WE WILL GO AHEAD AND RECESS FOR THE DAY.
I WOULD LIKE FOR YOU TO RETURN HERE TOMORROW AT -- I HAVE A 9:30 AND A 10:00 O'CLOCK. RETURN HERE AT 10:15, AND WE WILL CONTINUE ON.
THE COURT IS IN RECESS UNTIL 10:15 TOMORROW MORNING.
HAVE A NICE EVENING.
MR. SINASOHN: THANK YOU.
THE COURT: TAKE CARE.
MS. MOSCOWITZ: EITHER MISS KUDMAN OR MISS BERG WILL BE HERE.
THE COURT: IS MOSCOWITZ EXCUSED BY THE FTC?
MR. SINASOHN: YES, YOUR HONOR.

THE COURT: BY THE DEFENSE?

MR. FEINGOLD: YES.

THE COURT: ALL RIGHT. THANK YOU.

THE COURT IS IN RECESS.

MR. FEINGOLD: JUDGE, JUST SO WE ARE CLEAR. I AM AGREEABLE TO MISS MOSCOWITZ --

THE COURT: WHO DO YOU WANT?

MR. FEINGOLD: BOTH OF HER ATTORNEYS.

MS. KUDMAN: YOUR HONOR, I WILL BE IN FORT MYERS.

THE COURT: WHAT TIME DO YOU HAVE TO BE UP THERE?

MS. KUDMAN: TEN O'CLOCK.

THE COURT: WHAT TIME COULD YOU BE BACK, DO YOU THINK?

MS. KUDMAN: IT WILL BE LENGTHY. BUT, OF COURSE, YOUR HONOR I'M BOUND BY THE COURT.

THE COURT: I MEAN --

MR. FEINGOLD: JUDGE, PROFESSIONALISM. I COULD PROBABLY COVER EVERYTHING WITH MISS BERG, AND THAT WAY -- I'M SORRY. AND THAT WAY -- I DON'T WANT TO INTERFERE WITH YOUR LAW PRACTICE.

THE COURT: FINE. WE WILL RELY ON MISS BERG. I AM SURE THAT SHE IS WELL VERSED AND READY TO GO.

MS. MOSCOWITZ: SHE IS.

MR. SINASOHN: YOUR HONOR, COULD WE GET A LIST OF THE DEFENSE WITNESSES?

THE COURT: WELL, ASK HIM THAT DURING THE BREAK.

COURT IS IN RECESS.

EVERYONE HAVE A GREAT EVENING.

MR. SINASOHN: I HAVE BEEN INFORMED BY THE DEFENSE THAT HE WANTS TO CALL ME AND MY CO-COUNSEL AS WITNESSES, AND I AM NOT SURE IF THAT'S -- IF THE COURT NEEDS TO BE AWARE OF THAT I GUESS.

THE COURT: ALL RIGHT. YOU NEED TO BRIEF IT, AND IF IT COMES UP LET ME KNOW WHAT YOU HAVE TO SAY ABOUT IT.

MR. SINASOHN: THANK YOU, YOUR HONOR.

THE COURT: OKAY.

THE COURT: MAYBE YOU CAN GET MISS MOSCOWITZ TO REPRESENT YOU.

ALL RIGHT, THE COURT IS IN RECESS.

(WHEREUPON, THE FOREGOING PROCEEDINGS WERE ADJOURNED TO RECONVENE AT 10:15 ON TUESDAY, DECEMBER 8, 2009.)

- - -

C E R T I F I C A T E

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 231 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF FORT LAUDERDALE, FLORIDA, IN THE MATTER THEREIN STATED.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 2ND DAY OF JANUARY 2010.

/S/CARL SCHANZLEH
CARL SCHANZLEH, RPR-CM
OFFICIAL FEDERAL COURT REPORTER
299 EAST BROWARD BLVD., 202B
FORT LAUDERDALE, FL 33301
TELEPHONE 954/769-5488

A

**AA** 226:12,14 227:3,4,6
**ABBREVIATED** 210:22 211:1
**ABEL** 2:7 31:5,9
**ABILITY** 174:10,16
**ABLE** 17:2,24 21:5 30:25 33:5,21 44:24 45:1 48:14 49:4,12 50:15 60:16 73:7,8 86:13 100:13 101:9 103:18 109:12 122:12 127:10 128:11 140:12 147:4 165:25 173:2 185:11 202:14,24 203:5,8 211:14
**ABOVE-STYLED** 1:11
**ABSOLUTELY** 124:20 144:17 202:4
**ACADEMIC** 142:18
**ACCEPT** 181:7
**ACCEPTED** 182:18,19
**ACCESS** 46:22 48:4,6 49:23 54:3 127:18,21 139:24 157:13 161:20 166:21 202:25 203:6 227:15 228:24
**ACCESSED** 50:18 225:5
**ACCESSING** 46:22 227:11
**ACCOMPANIED** 44:19,20
**ACCOMPLISH** 19:16
**ACCOMPLISHING** 19:20
**ACCOUNT** 23:10 24:9,23 26:13,15 29:2,5,8,11,12,14 35:5,6 106:24 108:10 121:10,23,23 155:20 158:12 169:7 177:13 180:25 181:1 184:4,7,13 188:24,25 219:5
**ACCOUNTING** 49:7,8,10,19 52:20 121:10 157:8 166:25
**ACCOUNTS** 63:11,12 127:1 158:2 158:14,21,22 160:21 166:21,22 166:22 169:3,4,12 170:13
**ACCURATE** 48:3 126:24 145:4
**ACKNOWLEDGE** 125:7 171:12
**ACKNOWLEDGED** 38:24
**ACT** 7:7 65:14,14 66:18,18 164:3 213:21
**ACTING** 97:11 137:16,21 138:1 194:14
**ACTION** 9:4,7 10:16 131:23 161:3
**ACTIVELY** 97:6
**ACTIVITIES** 22:7 109:15 207:17 213:11
**ACTS** 7:7
**ACTUAL** 32:10 150:23
**ADAM** 69:8
**ADAMANT** 25:15
**ADD** 25:8
**ADDED** 103:16
**ADDING** 144:6 176:11
**ADDITION** 7:25
**ADDITIONAL** 192:4
**ADDRESS** 97:2 99:5,7 114:9,11,18 114:18,25 176:19 182:8 188:19
**ADDRESSED** 222:1
**ADIEU** 58:15
**ADJOURNED** 231:15
**ADJUSTABLE** 116:16
**ADMINISTRATIVE** 127:15
**ADMINISTRATOR'S** 155:1
**ADMISSION** 183:16 207:12
**ADMIT** 154:17
**ADMITTED** 98:14 212:2
**ADVANCE** 6:19
**ADVANTAGE** 79:16,18 91:22
**ADVERTISEMENTS** 93:12
**ADVISE** 107:20 129:3 192:17
**ADVISED** 10:11,13,16 11:5,6 185:6 185:10 187:15 199:4
**ADVISING** 193:8
**AEGIS** 166:18
**AFFECT** 174:10
**AFFIDAVIT** 51:3,4,6 90:16 95:25 97:10 157:11,12 159:14 160:16
**AFFIDAVITS** 11:8 167:17
**AFFORD** 141:25 174:3
**AFFORDABLE** 6:12,16 7:2,5 58:23 67:8 79:9 87:15 184:19
**AFLOAT** 45:6
**AFRAID** 76:20
**AFTERNOON** 84:14 85:24,25 124:23 172:14
**AGENCIES** 213:17,17
**AGENT** 84:16 212:25
**AGO** 11:19 37:11 101:5 132:6 152:19 160:25
**AGREE** 72:5 104:11 130:6 131:11 144:15 151:14,17 167:8,13 171:21 199:23
**AGREEABLE** 230:6
**AGREED** 26:16 83:7 122:21 129:17 158:7 171:22 179:3,3
**AGREEING** 201:13
**AGREEMENT** 66:19 130:17 146:23 150:7 167:9 219:10,17 220:1
**AGREEMENTS** 148:8
**AHEAD** 17:23 22:22 24:3 34:23 56:7 78:7 83:25 84:12 89:2,20 109:2 112:17 181:20 198:9,9 201:10 204:8,22 208:22 209:3 214:21 216:14 229:12
**AHOLD** 179:21
**AH-HUH** 39:5 87:21 89:13 92:10 153:24 158:4
**AH-HUM** 97:5
**AIR** 42:20
**ALABAMA** 100:25
**ALABASTER** 100:25
**ALAOUIEH** 69:8
**ALBUQUERQUE** 31:14 39:19
**ALIMONY** 146:6
**ALLEGE** 159:13
**ALLEN** 96:22
**ALLOW** 8:10 19:24 79:21
**ALLOWED** 17:6 201:9,10 202:20
**ALLOWS** 202:8,16
**ALTERNATE** 193:21,22
**ALTERNATIVES** 73:8
**AMAZING** 14:10
**AMENDMENT** 220:1,10
**AMERICA** 117:1,14 232:6
**AMERICAN** 67:9
**AMOUNT** 21:14,14 24:24,25 25:24 26:1 33:20 93:11 95:9,10 148:7 163:12 179:5
**ANALYZE** 213:18
**ANALYZING** 216:4
**ANN** 2:11 100:16,20
**ANNA** 194:12,12
**ANNOUNCED** 9:2
**ANNUAL** 217:9 218:1
**ANNUALIZED** 117:4
**ANSWER** 61:24 75:12 121:5 126:11 128:13 130:11 132:4 133:8,9 134:18,25 143:14 153:7 195:22 203:2,3
**ANSWERED** 118:20 171:2 195:25
**ANSWERS** 128:16 196:23
**ANTICIPATE** 204:16
**ANTICIPATING** 204:20
**ANXIOUS** 193:5,9
**ANYBODY** 37:2 43:19,21,23 99:10 109:14,19 119:6 147:11 167:10 178:1 180:21 205:17
**ANYWAY** 44:9 83:1 181:24
**APARTMENTS** 42:22 87:15 95:24
**APOLOGIZE** 140:3 141:2 142:15 163:2 165:8 199:21
**APOLOGIZED** 191:24
**APPARENTLY** 150:11 221:19
**APPEAR** 24:16 215:17 219:9 220:1 220:17
**APPEARANCES** 1:12 4:5
**APPEARED** 24:17 130:22 166:5
**APPEARS** 70:19 71:19 218:25 222:8,19 223:13 226:11,15
**APPLICABLE** 210:2
**APPLICANTS** 207:17
**APPLICATION** 155:23 222:23 224:12,15 226:23
**APPLYING** 223:20
**APPOINTED** 5:1,10 42:13 156:14 203:14
**APPOINTMENT** 6:1 7:18 84:13 129:4
**APPRECIATE** 85:6
**APPROACH** 65:25 76:24 104:20 113:14 204:7
**APPROVAL** 128:24
**APPROVE** 72:24 73:6
**APPROVED** 68:19 168:3,6
**APPROXIMATE** 88:13
**APPROXIMATELY** 20:16 23:16 29:6 32:8 51:9 73:20 87:3 88:10 88:12 89:8 91:4 102:4 126:10 160:1 212:23 213:8
**APRIL** 32:10 35:12,21 39:4 40:5 218:1 221:16 223:16
**ARBITRATIONS** 17:1
**AREA** 56:12,13,17 62:13 166:8
**AREAS** 162:13,13 175:23
**AREN'T** 164:22,23
**ARGUMENTS** 12:25
**ARMED** 10:23
**ARMY** 212:25 213:2
**AROSE** 171:13
**ARRANGED** 15:1
**ARRANGEMENT** 23:3 24:6 35:1
**ARREST** 44:1
**ARRIVED** 52:6
**ARROW** 60:11,11
**ARTICLE** 153:22
**ARTICLES** 217:4
**ARTICULATE** 210:25
**ASKED** 12:24 40:1 48:14,15,16 49:3,14 64:11 128:13 152:13 153:25 155:9 161:2 162:1 163:19 164:6 165:12 166:9 171:17 175:17 176:19 177:5 180:14 182:13,24 187:19,23 188:8,21 190:12 198:19 206:4,6 206:12
**ASKING** 89:6 117:22 148:18 194:9 201:22 202:12,21 209:4
**ASLEEP** 97:25
**ASSESSMENT** 45:8
**ASSET** 5:25 7:17
**ASSETS** 6:2 7:20
**ASSIGNED** 168:25 178:7
**ASSIGNMENT** 169:7
**ASSIGNS** 168:22
**ASSIST** 80:14 82:13 121:11
**ASSISTANCE** 64:15 117:22 153:13 155:4 197:10
**ASSISTANT** 42:10 57:11 150:12
**ASSISTED** 63:5 74:20 81:15
**ASSISTING** 4:19 48:12 121:14
**ASSOCIATE** 57:14 68:24
**ASSOCIATES** 69:18 70:6,22 71:16 71:22 73:11,14 78:12 141:8 143:8
**ASSUME** 26:20 73:8 161:21 188:4
**ASSUMED** 209:17
**ASSUMING** 63:9
**ASSUMPTION** 52:25
**ASSURANCE** 226:3
**ATLANTA** 213:4
**ATTACHED** 10:15 12:1 61:14 63:20 69:1 70:2 72:11,11 159:14 161:9 163:15 211:25 216:20,24 218:7,24
**ATTACHMENT** 218:2,8 219:7,8,16 219:16,20,25 220:10,16 221:7 221:11,16,23 222:13,23 223:8 224:9,11,18,22 225:3,4,7,8 226:2,3,12,14,20
**ATTACHMENTS** 221:4 227:22,25
**ATTACK** 58:22
**ATTEMPT** 23:2 78:20 148:2
**ATTEMPTED** 24:6 128:12
**ATTEMPTING** 122:15
**ATTENTION** 40:1 195:6 224:18
**ATTORNEY** 41:25 42:10 46:7 48:13 53:15 71:2,4 107:21 118:1 123:16 126:8,16 149:7 157:19 160:15 178:6,7,7,10,12 181:8,9 182:14,17,20 190:1,8 206:2,10 206:11 215:6 216:1,7 224:19,25 226:4
**ATTORNEYS** 8:12 18:13,19 43:12 53:21 63:16 70:25 101:24 102:15,16 104:2,2 107:11,12 108:22,23 111:20 112:13 142:12 153:25 154:7 162:2 163:20 164:2 230:8
**ATTORNEY'S** 109:23,24 112:5 122:23 123:2 213:3
**AUGUST** 23:4 24:13,19 26:21 29:6 36:14,15 101:17 103:20 175:3 217:8
**AUTHORITY** 226:24
**AUTHORIZATION** 35:4 108:2 187:2,11 189:14,20
**AUTHORIZATIONS** 187:3 192:4
**AUTHORIZE** 53:12 99:5
**AUTHORIZED** 99:13 121:24 155:21 218:15 219:4
**AUTOMATED** 121:24
**AUTOMATIC** 23:11 177:12 201:13 201:14
**AVAILABLE** 8:13 53:16 150:24 161:23 168:12,15
**AVERAGE** 60:7 67:9 195:17
**AWARE** 11:18,25 12:2 18:16 84:9 121:13 126:8 139:4 158:10,24 158:25 188:2 189:17,19,22 194:5,10 200:21 204:24 205:18 231:6
**A'S** 69:9
**A.B.A** 153:21,22
**A.M** 96:22 119:22 187:10 189:19 192:2,12,22

B

**B** 1:16 77:12,17 78:19 121:5 159:11 223:21
**BACK** 11:4,14 16:6 25:13,21,25 26:10,12,14,21 36:12,14 42:4 45:15 57:17 73:15 83:14,15,15 87:17 103:16 121:9 124:12 125:10,14,15,17,18 127:16 129:24 130:23 133:1 136:5,10 137:20 139:7 145:12 152:11,18 153:18,19 158:22 160:7 165:25 168:25 169:15,16,24 170:2,9 171:24 175:6 178:4,8 180:18 181:16,20 184:8 186:18 190:11 190:11 191:4,6 194:19 195:4 204:19 206:3,13 209:23,24 221:9 227:3 230:12
**BACKGROUND** 42:3 212:22
**BAD** 58:17 115:12,18 149:5 173:22 174:1
**BAG** 122:4
**BALANCE** 8:3 14:13,15,18 15:8 115:21 117:5
**BALANCING** 16:21 17:5
**BALOGNA** 78:14 80:4,18 81:22 146:23 148:1
**BANK** 9:11 23:8 24:16 25:5,7,10,21 25:25 26:2 29:2,5,7 36:17 89:17 90:14,21 93:15 94:17 95:25 98:14 108:9,18 116:25 117:14 121:23 155:20 169:7 178:21 179:11,13,15,16,17,24 180:5,13 181:5 182:18,19 183:17,23 184:4,13 185:16 188:8,21,22 189:2,14,20 192:25 194:2 198:9 200:2 201:1 218:9,25
**BANKING** 218:4 225:23,24
**BANKS** 83:16
**BAR** 59:25 78:22 108:24
**BARCELONA** 106:19,22 107:8,25
**BARROW** 198:7
**BASE** 131:15 174:2 216:7
**BASED** 7:24 79:6 159:12 216:8,10
**BASIC** 7:7
**BASICALLY** 22:4 26:2 44:7 49:9 50:13 73:17 87:25 111:5 162:25 166:9 175:10,15 177:24 180:15 185:19 199:17 215:3
**BASIS** 122:9 129:20 202:1
**BB** 226:19,20
**BBB** 163:13,15
**BEACH** 14:9 27:25 38:6 50:2,7,9 51:8,11,21 52:9,15 114:10,22 115:2 159:7,8,17,25 168:20 221:18,25 222:3,15,17
**BEACH'S** 160:4
**BEGAN** 192:3
**BEGINNING** 79:10 139:13
**BEHALF** 4:12,13,18 67:7 223:1 226:9
**BELIEVE** 7:14 21:24 22:8,17 23:18 37:10 46:18 47:14 50:2 52:20 57:18 61:3 62:3 77:19 83:8,16 122:13 164:13,14 169:4,12 182:14 216:1 217:11 222:7 223:5,18 225:10 226:18
**BELIEVED** 64:24
**BELL** 115:15
**BENCH** 211:1
**BERG** 1:17 4:19 15:24,25 16:2 48:11 76:14 83:1 127:14 131:22 139:16 154:20,25 155:25 156:6 157:1 163:11 165:1 229:22 230:18,21
**BEST** 32:7 57:15 64:15 68:25 101:9 116:15 117:7 122:9 145:1 157:3 202:1
**BETTER** 21:5,10 26:8,18 27:1 60:2 77:8 104:3,3 180:5 215:8

**BEYOND** 154:21
**BID** 58:15
**BIG** 43:7,15 73:19 122:10 137:19 160:17
**BIGGEST** 202:16
**BILKED** 6:8
**BILL** 67:6 155:19
**BILLING** 121:7 195:11
**BILLINGS** 121:22
**BILLS** 14:23 115:16 155:25 158:9 197:10
**BILLY** 156:4
**BINDER** 10:14 147:14
**BINDERS** 161:22 168:12,15
**BIRTH** 158:8,9
**BIT** 10:18 20:12 42:2 45:6 174:2 203:20 216:5
**BLAH-BLAH-BLAH** 91:11
**BLANCO** 119:15,23 120:5
**BLANK** 79:22,22
**BLENDED** 117:3
**BLESS** 169:24
**BLOCK** 107:5
**BLOGS** 215:11
**BLUE** 92:22 93:5 111:5 176:5
**BLVD** 1:22 232:20
**BOILER** 44:10,15 46:13 58:4 62:6 141:11,16 142:6 149:19
**BOND** 207:14,18
**BOOK** 57:19 59:12
**BOOKKEEPERS** 171:6
**BOOKS** 49:22 149:11 157:17
**BOTTOM** 10:20 13:13 16:20 47:2 57:9 58:12 66:9 72:1 79:23 94:16 128:2 209:2 218:18,19 220:22
**BOULEVARD** 51:18 52:4,10 114:22 115:2 221:25 222:14 227:11
**BOUND** 230:15
**BOXES** 9:11 161:22
**BRANCH** 14:1,11 27:24 38:5 129:3 145:7,8,10 159:4,18,19 160:9,20 170:22
**BRANCHES** 15:16 159:3
**BRAVO** 69:15
**BREAK** 45:14 84:20 128:16 130:14 130:14 231:1
**BREAKDOWN** 91:13
**BREAST** 101:6
**BRET** 108:23
**BRIEF** 4:21 5:17 8:11 172:9,13 231:8
**BRIEFLY** 166:8 170:18 214:9
**BRING** 14:4 33:7,12 37:16,17 104:15
**BRINGING** 5:23
**BROKE** 137:3
**BROKERS** 138:16,17
**BROTHERS** 167:20
**BROUGHT** 40:1 45:5 53:20 83:20 131:15 143:7 164:1 204:14
**BROWARD** 1:11,22 4:1 232:20
**BRYANT** 2:9 86:3,16,20,24 87:10 87:13 89:4 92:2
**BUILD** 87:14
**BUILDING** 42:20 48:21 53:4
**BUNCH** 76:1 134:5 163:8
**BUREAU** 26:8,19 27:1 144:25 225:24
**BUREAUS** 215:8
**BURNED** 102:18,21,22,25 103:9,25 109:15 110:5,6
**BUSINESS** 7:14,18 8:7 26:8,18 27:1 42:15 44:25 45:1,6 59:16 61:12 62:11 68:12 70:18 71:8 74:21 76:12 78:16 80:15 81:16 129:23 136:13 144:16,19 145:20 148:15 152:5 173:25 174:4,7 175:3,4 207:8,8,25 213:11,18 214:11,12,14 215:8 217:8,15,19 217:20 223:20,23 224:5,17
**BUSINESSES** 168:20
**BUSY** 15:23 175:3
**B-R-Y-A-N-T** 86:17

**C**

**C** 18:5 121:7 232:3,3
**CABINETS** 50:13
**CALKMAN** 225:19
**CALL** 17:11,12 20:22 21:3 22:4 30:16 32:6,8,10,15,17 35:17 40:22 46:15 62:20 74:14 83:4,5 83:6,15 85:3 86:1 88:4,11,16 89:7 91:9 92:21,25 93:4 94:2 100:2 101:17,20 102:4,9 103:1,2 107:1,2 109:11 110:9 111:4,6,8 111:8 118:2 119:6,7,9 123:11 125:15 139:7,8 140:15 145:21 145:21 160:6 172:15 174:15 175:5 178:9 179:11,18,23 180:5 180:13 181:7 188:2 191:10 193:19,20,23 197:18 198:2 211:3 231:5
**CALLED** 9:3 22:3 25:14 36:12 45:15 46:19 47:8 48:11 50:11,21 61:14 70:20 73:23,25 88:8 89:16 98:1 99:9 103:3 117:21 119:15 152:13 175:1,2,9 177:16 178:5 180:5,11,20,20,22 181:4,5,18 186:18 191:8 192:13 194:8,12 214:1 215:4 220:2,18
**CALLER** 174:23
**CALLING** 4:4 85:12 89:20,21 91:7 91:8,8,10,12,12 93:3,14 118:20 145:19 163:2 174:2,20,22 187:17 192:14
**CALLS** 20:3,6 26:10 28:2 38:20 40:23 57:4 63:18 74:23 82:23 83:2 86:2 100:3 111:14 118:24 119:2,5 142:5 160:5 170:4 171:25 172:17 179:13 196:13,17 211:4
**CANCEL** 23:2,5 24:6 74:8
**CANCELED** 74:7
**CANCER** 101:6,9
**CANDIS** 96:22
**CANS** 52:17
**CAN'T** 32:24 47:3,3 71:18 76:3 115:2 131:12 141:15,25 147:3 152:23 159:23 163:3 175:5 177:2 196:17 203:2,3 223:13
**CAPACITY** 223:3 227:1
**CAPPED** 123:1
**CAPTAIN** 174:5
**CARD** 17:1 28:21 29:1,3 58:10,18 58:24 60:11 70:25 115:16 146:2 215:1
**CARDS** 70:23 118:10,15 146:4 152:8
**CARE** 15:6 37:15,15 94:11 97:13 97:16 181:17 187:25 198:12,13 199:8 229:21
**CARL** 1:19 232:10,19
**CARPENTER** 19:9
**CARRY** 189:14
**CASE** 1:3 4:4 5:6,23 8:21 9:1 42:13 71:18 77:20 79:10 153:17 167:12,21 178:7,11 199:12 213:12,25 215:25 222:8
**CASES** 157:23
**CATHY** 32:17
**CAUGHT** 198:9,9
**CAUSE** 210:17
**CAUSED** 101:4
**CAUSING** 79:3
**CEASE** 225:7,9,22
**CELLULAR** 194:13
**CENT** 16:14
**CENTRAL** 43:9
**CENTS** 75:9
**CERTAIN** 53:13 62:5 93:11 109:8 144:3 155:5 156:25 163:5
**CERTAINLY** 28:11 43:19 78:21 127:20 131:10 146:11 151:14
**CERTIFICATE** 226:24
**CERTIFIED** 209:10,12
**CERTIFY** 232:12
**CETERA** 63:19 71:25
**CHAD** 222:18
**CHAIR** 18:1,2 30:25
**CHALLENGE** 17:2
**CHANCE** 143:13 163:13
**CHANGE** 21:9 25:25 72:6 105:18 105:21 217:13,17
**CHANGED** 9:21 24:19 25:8,24 45:21 46:2 53:7 183:2
**CHANGES** 182:7
**CHANGING** 217:14
**CHAPTER** 207:13,16 210:2
**CHARACTERIZED** 141:10 142:8 142:19
**CHARGE** 22:6 24:16 25:4 28:18 79:20 128:14
**CHARGED** 24:10
**CHARGES** 25:1
**CHARGING** 35:9
**CHARLES** 2:6 18:6 19:2
**CHART** 224:19,22,25
**CHASE** 89:18 90:20 91:7 92:8,9,13 92:18 93:16,19,22,24,25 94:5,7 94:8,10 96:7 98:14,18,20
**CHEAPER** 102:2,14
**CHEAT** 62:16 63:8 65:10
**CHECK** 84:7,20 177:9
**CHECKED** 189:21
**CHECKING** 119:23 177:12
**CHIEF** 129:3
**CHILD** 15:6 146:6
**CHOOSE** 58:8
**CHRISTAKOS** 156:4
**CHRISTINA** 76:6
**CHRISTOPHER** 2:11 100:4,16,20 100:24 110:4 123:10 124:3
**CHURCH** 156:5
**CIRCUIT** 14:14
**CITES** 46:22
**CITY** 19:6 31:13 36:22 39:10,22 174:5 232:14
**CLAIM** 13:23 88:7 89:16 167:4
**CLAIMED** 10:2 108:22
**CLEAN** 52:9
**CLEANED** 171:7
**CLEAR** 27:13 123:10 136:13,14 158:20 159:10 162:9 176:5 185:24 193:18 230:5
**CLEARED** 151:13
**CLIENT** 46:7 60:15 75:7 84:16 120:25 141:22 143:10 148:2,3,5 148:13,15 151:21 160:11 182:7 192:24 196:9,9,12,13,20 199:3
**CLIENTS** 6:15 9:15 11:4,10 12:17 16:7,23 21:17 51:2 63:15,15 104:3 142:2 148:6 152:3,24 153:10 159:14 168:3 175:15
**CLIENT'S** 148:3 158:8
**CLOSE** 9:24 58:5,9 154:15 160:11
**CLOSED** 10:4,7 11:10,18 13:21 14:11 27:25 28:6,18 36:14 38:18 39:11 45:21 51:11,14,15 76:17 125:22,23 142:18
**CLOSER** 47:8 57:17,18 58:4 70:20 78:17 101:7
**CLOSERS** 71:5 142:4
**CLOSER'S** 78:17
**CLOSING** 71:11 73:11 77:12,17 78:9,11 82:15 145:2
**CMP-670** 222:19
**COLLECT** 121:7 187:18
**COLORADO** 128:9
**COMBINATION** 121:2
**COMBINED** 117:3,5
**COME** 13:6 21:11 25:6 126:4 127:24 128:2,5 141:22 149:2 164:7 166:3
**COMES** 13:16 46:18 155:25 177:9 231:9
**COMFORTABLE** 130:21
**COMING** 23:9 25:22 55:25 194:19 228:8
**COMMAND** 213:1
**COMMENTARY** 77:12,18 78:10
**COMMINGLE** 215:24
**COMMINGLED** 52:21
**COMMISSION** 1:3 4:7,9 5:23 47:10 53:12,25 54:3 88:23 134:16 168:13,15 199:19 213:7,8,10,13 213:15
**COMMISSIONER** 225:10,20,20
**COMMIT** 131:12
**COMMITMENT** 58:14
**COMMITTED** 58:20,21
**COMMITTEE** 133:25 134:2,5 163:7
**COMMON** 144:5
**COMMONWEALTH** 225:23,24 226:15
**COMMUNICATE** 61:22 90:14,21 99:7
**COMMUNICATIONS** 28:5 182:9 185:7 198:17 220:2,18 221:12
**COMMUNITY** 168:6
**COMPANIES** 8:21 15:15 79:14 145:11 195:11 213:11,19 214:10 214:25 215:1,2,13,14
**COMPANY** 10:1,2,23 11:10,17 14:10,16,19 15:10 16:24 21:9 22:25 31:16 45:24 46:16,17 60:2 63:6,18 67:5 75:2 82:14 83:9 102:17 103:4 110:17 121:5,7 125:2,8 126:5,20 128:7 133:2 139:5,12,17 151:1 157:11,12,14 164:8,24 174:22 196:14 207:24 214:1,7,10 215:8 216:2,5 217:1 217:4,7,12 220:2,7 225:1 226:18 226:22,25
**COMPARE** 215:15
**COMPARISON** 150:23
**COMPENSATED** 47:9 138:3
**COMPENSATION** 134:11,12,20,21 135:4,10 138:7
**COMPETENT** 48:13
**COMPLAIN** 25:12 109:19
**COMPLAINED** 25:13 26:8,25 225:1
**COMPLAINT** 14:5 26:19 36:11 109:14,21 163:16 221:19 222:3 222:9,19,20
**COMPLAINTS** 9:14 11:9,21 13:25 14:6,8,11 15:15 16:3 74:24 76:2 76:9 118:18,21 125:4 146:13,13 155:11 161:16 163:14,15,17 213:18 215:6,7,9,12,15,15,17 216:3,3,4 224:20 225:2
**COMPLETE** 74:8 167:20,23
**COMPLETED** 117:10
**COMPLETELY** 12:14 13:21 152:6
**COMPLETENESS** 147:1
**COMPLETING** 75:2
**COMPLIANCE** 11:23 138:19 139:4 139:6,11 160:5 225:25 226:3
**COMPLYING** 164:3
**COMPOUND** 28:23
**COMPREHENSIVE** 154:18
**COMPRISES** 125:17
**COMPUTER** 11:24 20:10 48:10 49:5 162:23 163:9 166:21 171:8 176:23 191:23 198:20
**COMPUTERS** 10:25 43:25 45:3 49:2,6,24 50:14,16,18 162:17,20 171:4,6 203:1,6
**CONCEDE** 79:16
**CONCEIVABLY** 171:9
**CONCERN** 10:5
**CONCERNED** 12:18 28:21 36:24 187:17
**CONCERNS** 7:24 8:9 10:8 217:1
**CONCLUDE** 210:25
**CONCLUSION** 28:3 210:18,21,23
**CONDITION** 96:7 158:23
**CONDITIONS** 136:13,14 148:7 201:14
**CONDUCT** 53:9 73:22 207:17
**CONDUCTING** 45:7
**CONFERENCE** 11:11
**CONFIGURATION** 136:25 137:1
**CONFIRMATION** 29:15 220:17 221:11
**CONFUSION** 65:24 203:21
**CONNECTED** 71:12
**CONNECTION** 50:2
**CONSENT** 158:13,17
**CONSENTED** 129:4
**CONSIDER** 165:3
**CONSISTENT** 76:2,8
**CONSISTENTLY** 16:1
**CONSTITUTE** 232:13
**CONSTITUTIONAL** 12:22
**CONSTRUCTION** 31:16
**CONSUMER** 5:24 6:11 7:21,22 47:5,15 70:6 78:25 80:20 141:9 150:19 168:9 213:17 215:5,11 216:3 224:20
**CONSUMERS** 6:9,14,18,20,22,24 7:1,4,15,23 9:13,18 10:6 11:22 46:22 49:2 83:10 162:22 164:9 164:24 167:25 168:4 169:16 225:1
**CONTACT** 6:14,22 20:13 38:11 99:10 108:4,5 109:11 117:22 169:23 178:1 186:15,16 189:13 192:19 195:3,13 201:6 220:20 221:13
**CONTACTED** 12:21 20:9 25:5 28:20 94:24 108:1 118:5 187:1,1 189:25 191:22 192:17,23 195:17 197:22 198:18
**CONTACTING** 91:11 93:24 193:7
**CONTACTS** 118:23,23
**CONTAINED** 51:3 53:17

**CONTAINING** 9:11
**CONTAINS** 105:6
**CONTENTS** 2:2
**CONTINENTAL** 57:5
**CONTINUATION** 7:21 194:21
**CONTINUE** 26:1 96:23,23 172:10 187:16 192:15 229:16
**CONTINUED** 5:25,25 7:17 25:15 95:12,18
**CONTINUING** 6:2 8:6
**CONTRACT** 63:10 80:16,19,21 81:5 105:13 147:21 148:21 178:3,4 185:1 195:8 201:12,24 202:8,18
**CONTRACTED** 47:12,20 59:21
**CONTRACTOR** 49:24 87:14 95:24
**CONTRACTS** 14:22 50:20,20,21 80:23,25 81:2,2,6 162:22 176:18 185:8
**CONTROL** 159:10
**CONVENIENCE** 122:15
**CONVENIENT** 8:14
**CONVERSATION** 119:19,20,25 120:11 129:7 175:20 187:18
**CONVERSE** 99:10
**CONVERT** 176:22
**COOPERATION** 58:22
**COORDINATE** 213:16 215:6
**COPIED** 49:11 66:5 69:10
**COPIES** 47:23 131:1 155:15 203:23,25
**COPY** 10:14 53:13 54:22 66:6,21 82:10 104:19 120:18,22 176:21 182:4 188:17 200:14 204:5 209:19
**CORAL** 14:9 27:18 28:7,18 51:1,9 94:25 159:11 160:2
**CORE** 43:9
**CORPORATE** 5:1 159:3
**CORPORATIONS** 8:25 217:3 226:16
**CORRESPONDENCE** 34:21 162:22
**CORRESPONDENT** 222:24 224:13
**COST** 9:23 21:6 90:23 104:9 168:4 176:6 202:7,11
**COSTS** 63:16 122:23 123:2 145:2
**COTEMPORANEOUSLY** 156:14
**COULDN'T** 52:23 99:10,11 128:24 157:2 163:5 166:25 174:3 176:24 181:15 188:21 192:5
**COUNSEL** 4:5 18:10,25 24:3 160:11 202:6 208:20 209:1,4 216:14 218:19,21
**COUNSELORS** 168:4,5,7
**COUNT** 14:24
**COUNTRY** 75:2 79:4 175:14
**COUNTY** 1:11 4:1 213:3
**COUPLE** 26:22 92:2 155:16 173:19 175:9 177:4,7 178:3 179:13 180:21 181:4,5 186:18 215:23
**COURSE** 54:6 70:3 80:22 87:25 164:6 213:9 214:12,20 216:17 217:3 218:3 227:14 228:24 230:14
**COURTHOUSE** 1:21
**COURTROOM** 4:25 5:4 16:10 18:14,15,23 143:18
**COURT'S** 55:18 147:7
**COVER** 29:13 230:18
**COVERED** 63:16
**CO-COUNSEL** 231:5
**CRASH** 198:20
**CRASHED** 191:23
**CREDENTIALS** 41:24
**CREDIT** 17:1 28:21 29:1,2 58:10 58:18,24 60:11 65:5,13 66:18 106:12 115:15,16,18 118:10,15 121:23 144:23,25 146:2,4 150:22 152:8 168:4,6 175:25 176:1 181:6 215:1
**CREDITOR** 148:5 185:14
**CREDITORS** 118:15,25 122:20 146:1 148:4 152:9
**CRIME** 213:5 224:24
**CRIMINAL** 15:23 213:1
**CRITICAL** 190:10
**CRITICIZE** 169:24
**CROSS** 2:5 27:11 38:2 94:20 115:10 124:21 168:11 184:24
**CROSS-EXAM** 164:18 166:12 207:6
**CROSS-EXAMINATION** 27:9 37:25 83:22 92:1 94:19 112:15 115:9 124:17 167:6 184:22
**CRUZ** 222:4,5,7,9
**CRYSTAL** 194:1
**CURIOUS** 92:2 112:7
**CURRA** 119:15,22 120:5
**CURRENT** 19:12 75:23 146:17
**CUSTOMER** 72:20 74:4,22 121:5,9 131:14,20,24 140:9,11 149:9 161:16 166:8 186:11 221:1,13
**CUSTOMERS** 14:22 45:25 61:25 76:15 127:6 131:17 151:22 170:10 172:1 174:2
**CUT** 15:6
**C-H-R-I-S-T-O-P-H-E-R** 100:17
**C-R-U-Z** 222:8

**D**

**D** 78:9 121:8
**DAILY** 11:23 129:20 138:19 139:4 139:6,11
**DARN** 122:25 123:4
**DASH** 29:15
**DATABASE** 215:4,5
**DATE** 24:24,25 29:23 42:16 50:23 88:13 119:18 142:22 150:6,7 184:2 190:3 205:7,9,11,13 209:1 209:5,6,8,11,17 223:6,7,12,14 226:6
**DATED** 51:5 68:1 150:8 221:16,25 222:15
**DAVID** 1:6,7,14 4:11,13 6:7,7 43:3 44:6 51:12 107:12,14 166:9 218:10,12,23 219:4,10 220:5,20 221:13,21 225:14,15
**DAY** 10:21 15:25 24:8 44:18 48:18 48:23 53:25 61:20,22 75:14 83:19 128:22 129:2,12 131:22 154:13 156:5,7,12 157:2 175:7 175:10 177:5 180:22 182:5 186:7,25 189:11 191:6 193:13 196:24,25 199:17 229:13 232:17
**DAYS** 26:22 50:12 51:23 54:4 61:20 79:9 127:21,23 144:6,8 148:15 155:16 163:11 175:9 177:7 178:3 181:4,5 186:19 195:18 198:19
**DEAL** 32:24 37:1,17 61:22 99:13 117:11 122:25 123:4 160:7
**DEALING** 63:17 94:5 171:13 187:3 192:25 194:24 207:25
**DEALINGS** 23:25
**DEALT** 9:12 38:24 39:23 102:17 114:4
**DEBBIE** 117:18,21
**DEBIT** 58:10,18,24 177:12
**DEBITS** 23:11
**DEBT** 35:25 115:14
**DECEMBER** 1:11 4:2 39:8,11,25 183:12 184:7 200:17,17,20 209:13,15,20 231:16
**DECEPTION** 5:24 6:1,21 7:21 16:10
**DECEPTIVE** 7:8 8:5,6 10:3,4 131:9 131:13 165:3
**DECIDE** 141:23 155:15
**DECIDED** 9:4,7,24 15:17,24 167:11 180:5 196:6 197:18
**DECLARATION** 88:24 89:4 211:23 214:3,4 216:21,24 218:24 219:20 221:7,23 222:23 224:12 225:8 226:14 227:17,21,25 228:8,15,18 229:2,5
**DECLARATIONS** 7:23
**DECLINED** 95:12,18
**DEED** 203:22
**DEEPER** 35:25
**DEFAULT** 184:10,12 198:3 204:4 205:9,23 208:25
**DEFAULTED** 118:9
**DEFENDANT** 45:13 167:20
**DEFENDANTS** 1:8,14 4:13 5:1 6:3 6:7 7:11,14,19 8:5,6 42:16 44:2 45:8 48:5 50:3 54:15 67:3 68:12 70:18 71:9 164:22 212:10 215:22 228:15
**DEFENSE** 5:15,19 8:19 15:23 30:12 40:18 83:19 99:24 122:22 124:8 149:7 210:10 230:1,25 231:4
**DEL** 39:17
**DELA** 222:5,7,9
**DELINQUENCIES** 119:1
**DELIVER** 148:3
**DELIVERED** 156:7
**DEMANDING** 179:19
**DEMONSTRATED** 8:1
**DENIED** 157:13 202:25 203:6
**DEPARTMENT** 42:8 173:24 217:2 222:2,16,25 223:15 225:23,24
**DEPENDENT** 148:4
**DEPENDING** 79:13
**DEPOSITED** 207:14,18
**DEPOSITION** 15:4,5,7
**DEPUTY** 225:19
**DESCRIBE** 42:19 55:7 56:9 63:4 70:17 83:8 105:5 162:10 212:21 214:6 219:7 229:2
**DESCRIBED** 43:15
**DESCRIBES** 80:18
**DESCRIPTION** 2:18 160:14
**DESIGNATED** 162:11 218:20
**DESIGNED** 83:9
**DESIRE** 71:24
**DESIST** 225:7,9,22
**DESK** 56:13 64:4,4 67:19 69:2,10 73:2 76:19 77:7,11 78:10 81:20 176:11
**DESKS** 45:3 50:14 56:11,15 62:13 62:14 64:25 66:5 68:14 73:18 137:10 140:13 162:13,14
**DESPITE** 128:13
**DESTROYING** 16:12,12
**DESTRUCTION** 7:20
**DETAILS** 155:3 156:9,23
**DETERMINE** 14:15 140:7 150:24 156:15 159:4 213:11 214:12,13 215:11
**DETERMINING** 139:23 207:24
**DEVELOPERS** 87:14
**DEVELOPING** 216:11
**DEVOTE** 157:2
**DIAGNOSED** 101:5,8
**DICTATE** 139:18
**DIDN'T** 12:13 14:3 22:14 25:6 29:10,23 37:3 39:13 40:3 43:19 44:7 48:15 51:25 53:16 91:9 94:11 96:11,12 97:21 98:20 102:21 103:24 109:20,21 112:12 114:17 118:5,18 119:18 120:1 125:5 126:11 128:20,22,25 129:11 132:11 141:13 143:11,12 143:13 145:17,18 149:17,25 153:1,2,3 154:25 156:23 158:17 161:20,20 164:19 165:4,13,15 165:16,22,22 166:3 181:19 182:24 191:2,19 193:15,20,22 193:25 195:6 196:16,18 198:24 199:10,20,21 200:1,3,11 201:2 201:12,18 203:23 204:16 205:25 206:16 209:19
**DIFFERED** 81:5
**DIFFERENCE** 30:1
**DIFFERENCES** 14:25 47:17 197:11
**DIFFERENT** 14:20,21,22,22,23 15:2 48:20 62:2 73:1 134:1,12 134:21 135:6 137:1,7,10 146:16 149:1,1 152:8 164:9 178:14 182:22 185:19 226:13,13
**DIFFERENTLY** 15:1
**DIFFICULT** 132:4
**DIFFICULTY** 48:4 154:21
**DILIGENCE** 9:9
**DIME** 122:23
**DIRECT** 2:5 19:4 31:11 41:21 46:4 53:15 64:13 86:22 100:22 144:24 150:1 160:11 168:5 173:11 212:19 224:18
**DIRECTLY** 17:24 30:24 37:2 75:6 79:15 86:12 100:12 121:22 169:7 173:1 192:14 211:13
**DIRECTOR** 223:22
**DIRECTORS** 224:4
**DISABILITY** 96:1,4,9 98:7,21
**DISABLED** 15:6 97:16,24
**DISCLOSED** 97:10 121:20
**DISCLOSURE** 106:7 120:25 161:13
**DISCLOSURES** 10:17,17 15:19 122:3 146:25 147:6 161:3
**DISCUSS** 5:5 36:13 37:13 157:14 175:6
**DISCUSSED** 33:2 158:24 177:20
**DISCUSSES** 59:20
**DISCUSSING** 131:1
**DISCUSSION** 22:2 164:17,18 167:8 204:25 207:5
**DISEASE** 97:24
**DISK** 80:1 140:14
**DISKS** 171:7
**DISORDER** 98:3
**DISSECT** 168:19,21
**DISTINCTION** 160:17
**DISTINCTIONS** 136:22
**DISTRICT** 1:1,1 42:11,12 213:3 232:7,11,11
**DIVISION** 207:15,19 217:3 224:24 226:17
**DIVORCED** 91:14
**DOCTOR'S** 96:8
**DOCUMENT** 48:5 55:4,7 56:9,18 59:1,11 61:11 62:15 63:5 65:5 66:4,17 67:2 68:11 69:7,7,18 70:17 74:20 75:4,17 77:3,7,17 78:5,9,15 80:3,14 81:15,17 82:12,15 105:2 106:1,3,17,21 108:8,9 120:25 121:16 138:24 149:21 205:7 207:21,23 208:25 209:16,19 219:3 220:18,25 221:12 223:2,4 224:2,8,16 226:20,23,25
**DOCUMENTATION** 96:25
**DOCUMENTED** 88:22
**DOCUMENTS** 6:3 7:20 9:12 11:19 11:20,21,22 29:16 50:15,17 53:13,17 54:7,10,15,20 56:11 60:17,23 62:10 65:19 69:3,4 70:5,10 74:7,11 75:13 76:18 77:10 79:24 80:1 81:8,22 82:5 104:15,18 105:2 107:18 108:18 120:17 126:17 144:12 147:8 149:10,20,25 159:4 161:22,24 176:21 191:25 193:5,9 194:20 194:24 198:19,22 216:18,20 217:24 221:5 226:13 227:14,18 228:25
**DOESN'T** 13:7 15:19 60:2 135:1
**DOING** 6:17 19:23 26:17 29:19 30:2 36:8,9 48:1 65:1 71:24 76:12 108:2 127:25 136:23 172:4 174:4 176:11 188:13 199:22 215:19
**DOLLAR** 75:9
**DOLLARS** 6:20 7:22 9:17 32:20 34:11 104:10 116:4 117:9 142:25 145:2
**DONALD** 2:13 172:18 173:5,9
**DON.GRIFFIE@DOCTORHIDRE...** 185:3
**DOOR** 42:25 43:6 200:10 201:19
**DOUBT** 83:14 145:5,6 156:17,18
**DOWNFALL** 91:22
**DOWNS** 56:25 57:1,25 58:3,5
**DOWNSTAIRS** 56:13
**DRAG** 79:14
**DRAWN** 175:11
**DRIVE** 52:9
**DRIVER** 31:16
**DROP** 43:20,23
**DUE** 9:8 16:14,15,17 72:4
**DULY** 19:3 31:10 41:20 86:21 100:21 173:10 212:18
**DUPLICATE** 56:21
**DUTIES** 45:7 54:6 80:22 160:3 213:14
**D-E-L-A** 222:8
**D/B/A** 164:23 165:2
**D/B/A'S** 64:18

**E**

**E** 1:13,13,22 232:3,3
**EARL** 101:21,22 106:10,24 107:10 111:18 174:21 178:5 185:6 187:22 191:3
**EARLIER** 29:9 37:10 62:1 104:16 105:3 110:6,6 182:13 184:9
**EARLY** 150:8
**EASEL** 124:19
**EAST** 232:20
**EASTERN** 78:23
**EASY** 85:5
**ECONOMIC** 213:5 214:23 224:24
**ECONOMY** 79:3 173:21 174:1
**EDUCATED** 121:18

**EDUCATIONAL** 42:2
**EDWARD** 74:3
**EFFECT** 6:21 126:5 154:13
**EFFECTIVELY** 166:2
**EFFECTS** 152:7
**EFFORT** 14:3 19:19 122:15
**EFFORTS** 122:9 202:1
**EIGHT** 11:19 29:16 42:9 73:21 111:8 113:2,6 116:2 117:4 118:15 122:20,25 123:2 178:24 213:5
**EITHER** 22:11 43:11 49:5 57:2 71:13 83:2 105:3 109:14 138:25 139:3,8 150:11 151:3 157:14 161:24 167:19 206:4 207:6 210:25 213:18,20 215:11 217:11 229:22
**ELECTION** 204:4
**ELECTRONICALLY** 23:10
**ELEVEN** 34:8,14 193:7
**ELEVENTH** 14:14
**ELIGIBLE** 207:17
**ELIMINATE** 178:16
**ELIMINATING** 21:19
**ELM** 173:14
**ELSIE** 178:9 180:20 181:18 182:13 186:8,25 187:11,14 189:12,19 189:24 191:8,12,18,23 192:2,12 192:17,23 193:3 194:2,8
**EMPLOYED** 32:1 37:6 138:5,11,15 138:17 213:3,6
**EMPLOYEES** 45:4 166:7 174:1,12 174:14
**EMPLOYMENT** 37:6
**EMPTY** 50:13,13,14
**ENDED** 209:24
**ENDEMIC** 7:13
**ENFORCEMENT** 110:13 213:17 215:4
**ENGAGE** 141:23 172:1
**ENGAGING** 7:12
**ENJOIN** 14:16
**ENSURE** 53:16
**ENTER** 6:4 203:23 210:23
**ENTERED** 42:25 44:18 52:3 217:5
**ENTERPRISE** 218:9
**ENTERPRISES** 17:7
**ENTIRE** 27:3 128:7 129:22 133:2 140:9 151:17,19
**ENTITY** 223:20
**ENTRANCE** 51:15
**ENTRIES** 199:25
**ENTRY** 183:24
**EPISODE** 27:3 36:4
**EQUITABLE** 14:15
**EQUITIES** 8:3 14:14,15,19 15:9 16:22 17:5
**ERA** 75:5 76:11
**ERNEST** 203:7
**ESQ** 1:14
**ESQS** 1:13,17
**ESSENCE** 149:12
**ESSENTIALLY** 47:14 71:23,23
**ESTATE** 48:13
**ET** 63:19 71:25
**ETHICAL** 144:18
**EUROPE** 78:24
**EVENING** 166:5 229:19 231:3
**EVENT** 49:17 73:3
**EVENTUALLY** 6:4 43:6 89:22 142:22
**EVERYBODY** 18:12 43:1,24 44:7 84:17 139:7 144:13 166:9
**EVICT** 142:23
**EVIDENCE** 2:17 6:5 7:24,25 60:25 61:7,9 62:20 63:1,2 66:14,24,25 68:4,8,9 70:9,14,15 74:13,16,17 77:16,20 78:1,3 80:8,11,12 81:25 82:2,3,18,20,21 105:11,24 151:7 157:24 183:16,21 204:1 206:24 207:2,3,12 208:8,9 212:3 227:23 228:6,7,14,17,21,22
**EVIDENTIARY** 210:19,21,23
**EXACT** 47:7 148:4 154:15 166:24
**EXACTLY** 172:4 196:22 199:5,13 206:5
**EXAMINATION** 19:4 27:11 31:11 38:2 41:21 86:22 94:20 100:22 115:10 123:8,23 124:21 162:7 170:19 173:11 184:24 203:17 208:14 212:19
**EXAMINED** 19:3 31:10 41:20 86:21 100:21 173:10 212:18
**EXAMINING** 70:4
**EXAMPLE** 38:7 56:20 58:11 61:19 80:16
**EXCEEDS** 170:25
**EXCEPTION** 4:25 46:5
**EXCHANGE** 12:14 126:13
**EXCLUDE** 4:24
**EXCUSE** 23:14 29:5 37:13 38:9 75:16 97:15 121:8 175:8 195:3 226:12 227:4
**EXCUSED** 30:10,12 40:16 99:22 124:6 210:8 229:24
**EXECUTIVE** 133:25 134:1,5 163:7
**EXEMPT** 5:13 154:7,8 163:20 164:2 202:22
**EXHIBIT** 2:20,21,22,23,24 3:1,2,3,4 3:5,6,7,8 55:10,13,18 56:3 57:24 60:22 62:21 63:2 64:1 66:15,25 68:5,9 70:9,10,15 71:8 74:14,17 80:8,9,12 81:25 82:3,18,21 104:22 105:18,24 120:16,18 124:5 140:22 141:7,11,13 142:20 143:20 144:21 146:22 147:12,17 149:21 183:17 206:24 207:3,12 208:9,16 209:25 212:5 216:20 217:25 218:2,7,8,24,25 220:10,25 224:8,15 225:21,22 226:12 227:22,23,23 228:7,17 228:22
**EXHIBITS** 2:15,16,19,25 10:14 55:24 61:8 77:16 78:2 115:6 140:18 211:24 216:24
**EXIST** 138:22 139:4,6
**EXISTED** 50:5 139:20
**EXISTENCE** 51:21 152:24
**EXISTING** 23:24
**EXPAND** 195:19 197:18
**EXPECT** 144:15,18 165:16 198:21 198:24 202:24 203:5,7,23
**EXPEDITE** 221:3
**EXPEDITION** 216:23
**EXPENSE** 129:22
**EXPENSIVE** 11:23 48:11 154:12
**EXPERIEN** 145:10
**EXPERIENCE** 101:1 102:24 110:7 110:11 115:13,18 144:25 149:6 164:15 212:22
**EXPERIENCED** 48:12
**EXPIRE** 210:25
**EXPIRES** 210:14
**EXPLAIN** 106:1 126:18 216:25 221:4
**EXPLAINED** 46:3 171:5
**EXPLAINS** 47:22
**EXPO** 217:8,15,18,19,20 223:20 224:17
**EXTEND** 210:18
**EXTENSION** 15:5
**EXTENSIVE** 83:23
**EXTENT** 10:17 33:4 148:22
**EXTRA** 54:22 106:15
**EXTRACT** 138:6
**E-MAIL** 96:21 97:2 99:5,6 106:10 106:16,17 107:18,25 113:18 176:19,20 181:25 182:5,7,8,10 185:2
**E-MAILED** 23:6 191:9
**E-MAILS** 25:16 98:25 99:2 118:24 119:2 130:24 131:1

**F**

**F** 62:16 63:8,9 64:6 65:6,10 66:19 77:12,17 78:9,19 232:3
**FACES** 125:18,20
**FACILITY** 51:16,18,18,21 227:11
**FACT** 15:21 27:17 28:17 29:6,10 29:19,20 38:4,6 39:22 94:24 95:23 96:1,6,13,17,24 98:19 114:16 115:25 116:4 118:7 119:14,18 120:11 121:1 127:14 127:19 128:13 130:20,24 133:10 133:12,25 134:11,20 135:14,18 135:21,25 136:4,24 138:2,11,15 143:7 148:19,25 150:21,22 151:3 154:7 156:4 160:10 167:7 167:14 186:15,16 190:11 198:13 206:5 207:25 224:14
**FACTORS** 148:5,5
**FACTS** 5:6 13:2 15:21 79:13 151:7
**FACTUAL** 13:14
**FAIR** 64:16 65:5,13 66:18 129:10
**FAITH** 83:14
**FALL** 88:1 92:12 97:25 117:11 150:25
**FALLEN** 40:6 117:23
**FALSE** 112:9 131:15 144:22
**FAMILIAR** 18:12 44:10,15 46:12 97:2 98:8 111:13 113:18,22,25 114:2,11 159:22
**FAMILY** 36:7 87:7
**FANCY** 48:10 154:12
**FAR** 8:5 36:23 40:7 42:4 64:17 119:2 148:25 149:1 214:6 216:25 221:5
**FARGO** 179:16 180:7,8,25 185:15 187:1,11 191:13 194:8 197:19 198:10
**FASHION** 9:2
**FAT** 163:18
**FAVORS** 8:3
**FAX** 105:13 106:5 176:20 181:12 181:20 182:8 187:2 191:4 192:4 206:13,18
**FAXED** 90:16 178:4 181:4,13,21,23 187:11 189:13,20 190:8 191:4
**FAXES** 23:7 192:5
**FEBRUARY** 37:4 101:5,8
**FEDERAL** 1:3 4:7,8 5:23 12:18 15:11 36:12 53:12,25 54:3 88:23 129:14 168:12,15 199:19 213:6 213:8,10,12,15,16 232:20
**FEE** 23:17,18,19 24:11 47:17 63:16 67:6,8 79:21
**FEEL** 36:2 103:9 124:20
**FEES** 6:19 122:23 123:1,2 148:15
**FEET** 79:14
**FEINSTEIN** 59:21 63:9 64:7 65:1 80:25 101:23 102:20 106:13 107:7,12,15 108:6,13,23,24 109:5,17 111:20 112:11 114:6,9 114:19 118:2,7,14,19,24 123:11 123:12 152:13
**FELL** 116:6 117:16 125:12 217:5
**FELT** 25:16 130:21 143:8 174:13
**FIELD** 97:13,16
**FIFTY** 33:22 34:2,8,11,15,19 35:10 35:11
**FIGHTER** 174:5
**FIGHTING** 14:10
**FIGHTS** 12:25
**FIGURE** 14:4 21:16
**FIGURED** 25:20 165:17 177:23
**FIGURES** 21:13
**FILE** 10:14 28:19 36:11,14,16 50:13 81:9,20 95:4 97:22 99:14 120:7 162:14 169:19,19 171:9 189:6,22 200:21,22,24,25 201:8 203:1,6,14 205:20
**FILED** 7:23 51:7 125:4 155:11 159:13 200:2 211:24 217:13 225:10 226:1 228:16
**FILES** 12:17,17,19,23 15:17 127:11 133:19 152:22 155:10,15 156:6 156:10,11,13
**FILING** 186:3
**FILL** 31:3 106:4 176:22 197:9
**FILLED** 95:25 146:24 176:25 191:5
**FINAL** 60:14 202:23
**FINALLY** 95:8 113:17 180:22
**FINANCES** 157:7,14
**FINANCIAL** 31:21 35:24 46:18 57:8 57:10 64:15 68:17 72:3 79:16 87:23 97:10 101:1,10 150:12 157:10,12 162:24 167:17,19 173:19 221:18,21 222:2,2,10,16 222:17,25 223:16 225:11,20
**FINANCIALS** 119:17
**FINANCING** 68:19
**FIND** 9:1 11:15 12:20 13:20 14:7 14:18 15:2,8,20 16:2,8,11,21 19:19 25:6 28:11 62:15,17 65:4 65:5 67:18 70:3,4 73:13 74:6 77:11 132:19 141:16 147:4 149:24 150:14,17 155:18 156:1 169:3 188:21 192:5 195:2
**FINE** 8:16 40:4 54:17 55:2 104:21 130:10,13 228:13 230:21
**FINISH** 129:5 140:4 153:7,8
**FINISHED** 10:5
**FINLEY** 69:18 70:5,22 71:16,22 73:11,14 78:12,13,13 80:4,18 81:21 141:8 143:8 146:22 148:1 152:20,23
**FIRE** 132:18 166:15 173:24 174:5,5
**FIRED** 12:17 132:14
**FIRING** 166:13
**FIRM** 4:11 8:23 10:22 11:22 12:16 12:22 29:19 30:1 42:24 43:1 46:10 47:11 57:11,19 59:11,20 60:1,2,6,15 64:22 67:4,6 68:22 70:6,21,22,24 71:5,12,19 73:9 78:19 79:7 80:17,23 106:8,25 107:1,11,13 110:13 115:14 121:4,9 122:21 127:5 133:15 137:19 141:9 143:11 150:13,18 157:18,21 158:22 160:23 169:1 171:6,9 177:16 178:2 179:20 180:15,19 182:9,11 183:4 185:14 189:12 195:7 196:13 197:21 199:14 206:4 221:8
**FIRMS** 9:4,5 47:12 63:10 65:2 134:17 136:6 145:13 152:11 168:23
**FIRM'S** 111:23 158:13 167:2
**FIVE** 7:6 22:21 32:2 33:22 34:19,19 39:12 47:17 67:7,9 72:7 77:4 79:21 101:5 118:10 148:14 164:3 166:3 196:12 210:14 213:21
**FIX** 68:21
**FL** 232:21
**FLAG** 215:18
**FLAT** 47:17 63:16 79:21
**FLIGHTS** 8:15
**FLOOR** 43:20,23 51:23 52:12 56:12 62:4 114:23,24 115:3 137:4,6 167:17 168:21 221:25 222:14
**FLORIDA** 1:1,11,23 4:1 9:10,11,25 10:10 11:18 27:18 42:1,12 45:21 51:8 59:25 78:22 87:1 108:24 126:10,18 154:4 160:1,24 161:21,23 216:1,7,18 217:2,13 217:24 221:19,25 222:17 223:1 224:24 226:22 232:7,12,14
**FLOWN** 225:12
**FLY** 198:22
**FOCUS** 160:12
**FOCUSED** 146:11
**FOLDER** 77:10 81:9,14,20
**FOLDERS** 162:15
**FOLKS** 79:3
**FOLLOW** 13:16 22:4 107:19 169:1
**FOLLOWED** 194:8
**FOLLOWING** 121:3 193:4 223:19
**FOLLOWS** 19:3 31:10 41:20 73:9 86:21 100:21 173:10 212:18
**FOOLISH** 142:24
**FORCE** 49:6 83:17 127:11,17,20 139:25 155:10 156:6 161:20 163:8,8
**FORCED** 58:16
**FORECLOSE** 142:21
**FORECLOSED** 47:19
**FORECLOSURE** 6:10 88:21 93:2 93:16,18,18 119:17 180:12 194:3 198:12,14,25 200:3 201:1 201:7,16 202:25 214:25
**FOREGOING** 231:15 232:12
**FOREIGN** 226:18,22,24
**FOREVER** 26:1
**FORGOT** 168:6
**FORGOTTEN** 41:3
**FORM** 43:14 67:13 135:22 182:21 190:17,22 207:15,18
**FORMS** 135:22,23
**FORT** 1:10,23 4:1 11:4 19:7 127:25 230:9 232:14,21
**FORTH** 20:14
**FORTY** 34:13
**FORTY-EIGHT** 97:15
**FORTY-FOUR** 179:1
**FORTY-THREE** 87:8
**FORWARD** 18:2 31:1 142:22 165:17
**FORWARDING** 28:7 185:8 194:20
**FOUND** 15:5 47:23 48:17,25 50:12 50:19 54:11 56:16 60:18 68:13 69:10,10,16 73:10,11 74:10 77:7 78:10,11 81:19 144:12 149:12 180:4 200:21,25 202:16
**FOUNDATION** 61:4 98:5 116:7 134:3,24 138:21 187:5 189:15 192:7
**FOUR** 10:23 29:15 33:13,14,22

34:2,14 35:10,11 77:4 107:22 116:14 118:10 127:24 147:21,23 163:11 177:21
**FOURTEEN** 179:1
**FOURTH** 75:20
**FRAME** 165:20
**FRANK** 224:23
**FRANKLY** 12:10 165:15
**FREE** 13:6 30:14 40:20 85:14 100:1 124:10,20 125:12 127:6,8 171:18,19 210:12
**FREEZE** 5:25 6:2 7:17
**FRIDAY** 128:19 129:12 130:25 155:9,12,14,18,25 156:2 160:2 180:4 197:18 200:6,15
**FRIST** 81:2
**FRONT** 55:4 67:21 114:17 120:18 147:24 203:22 207:21
**FROZEN** 152:15 157:6 158:3
**FRUSTRATING** 91:12
**FTC** 5:2,10,18,24 7:7 8:1 9:1,7,8,9 10:11 12:16 17:11 30:10 40:16 40:23 49:11,23,24 50:9 51:14 53:16 86:1,2 99:22 100:3 124:6 125:3 126:3,7,16 129:2,4,9,18 130:18,22,25 156:15,17 158:7 158:19 161:23 163:16 164:3 166:21 167:8,10,13,14,18 211:4 213:21 215:4 221:6 229:24
**FTC'S** 10:9 160:12 171:7
**FULL** 18:3 41:12 58:21 86:14 100:14 173:3 182:1 211:15
**FULLY** 10:16 207:14
**FULTON** 213:3
**FUND** 152:17
**FUNDS** 72:4 152:15 158:24,25
**FURTHER** 8:12 37:11 83:21 91:25 99:17,19 110:3 115:5 123:20 162:4 170:15 184:21 216:5
**FUTURE** 63:22 182:9
**F.B.I.N** 148:6,11,14
**F.D.N** 221:12
**F.K** 132:22
**F.U** 169:4
**F.U.H** 132:21 169:4,12
**F.U.L** 51:9 132:20 159:25 160:2 169:1,3,13
**F.U.N** 220:18
**F.U.S** 160:4

**G**

**GAIL** 157:14
**GAINING** 48:4,6
**GALS** 16:6
**GARCIA** 2:7 31:5,9,13 32:18 38:4 39:17,19
**GARDEN** 27:25 42:22
**GARDENS** 38:6 50:9 114:10,22 115:2 221:25 222:15
**GARY** 225:15
**GAS** 142:6
**GEE** 74:4
**GENERAL** 224:19,25
**GENERALS** 215:7
**GENERAL'S** 216:2,7 226:5
**GENESIS** 214:17
**GENTLEMAN** 21:4,24 36:13
**GENTLEMAN'S** 103:3
**GENTLEMEN** 125:18
**GEORGIA** 213:4 226:20,25
**GETTING** 76:5 95:19 144:13 146:15 154:21 179:21 181:11 196:17 198:21
**GIDEON** 1:13 4:6 5:22
**GIVE** 15:16,19 17:17 21:13,16 30:20 41:7 73:18 86:8 90:13 98:14,17,20 100:8 120:21,23 141:3 158:9 163:23 172:22 199:11 200:13 203:24 210:22 211:9
**GIVEN** 10:11 11:8 47:15 66:21 91:18 127:18 147:18 149:20 157:10 161:15 164:20 182:23
**GIVES** 47:13 205:8
**GIVING** 93:19 144:2 153:14
**GLOBALLY** 170:12
**GLOWINGLY** 153:13
**GO** 11:11,25 12:8 14:23 17:23 19:20 22:22 24:3 30:14 34:18,23 35:4 40:20 42:4,15,23 47:25 52:8 54:10 56:7 57:8 58:16,17 72:10 75:25 78:7 83:25 84:12 89:2 100:1 109:2 111:21 112:17 124:10,11 127:17 136:22 139:14 140:21 141:13 142:1 143:20 149:25 156:22 158:22 160:7 162:2 165:17 181:10,13,20 187:24 197:5,6,8 198:24 199:11 204:8,22 208:22 209:3 210:12 214:21 215:3 216:14,23 221:3,9 223:2 224:8 227:3 229:12 230:22
**GOD** 17:18 30:21 41:8 86:9 100:9 172:23 211:10
**GOES** 59:20 60:1 67:4 68:18 71:21 72:1 75:7 128:7 133:20 151:8
**GOING** 9:1 12:11 13:2,2,14,15,20 13:22,24 14:4,5,7,18,23 15:2,8 15:10 16:9,11,21 17:6,6 33:22 34:12 37:2 50:23 55:20,24 58:14 60:8,8 72:4 76:20 79:20 82:7 84:10,15 91:15 93:2,17,20 119:16,23 128:16 130:11 132:20 133:4 137:19 140:21 147:4 152:7 156:4 161:3 164:8 165:16 167:8 175:1,23 176:6 177:16,18 178:16 179:21 180:12,16 181:10 181:20 186:2,21 187:20,21,25 197:18,19,23 198:4,11,14 201:15,18 202:17 210:18
**GOOD** 4:3,10,15,16,17,20 5:20,21 41:11 58:7,23 83:14 85:20,25 122:25 123:4 124:23 143:11 149:23 167:11 172:14 176:5 206:13 210:17
**GOODBYE** 58:16
**GOTTEN** 37:21 107:2 149:20 167:22
**GOVERNMENT** 12:6,18 13:8 140:22 168:8
**GRADUATED** 42:6,8
**GRANT** 49:23 168:8,8
**GRANTED** 151:12
**GREAT** 60:13 140:14 142:11 154:21 177:8 231:3
**GREATER** 8:8 163:12
**GREATEST** 17:5
**GREG** 194:7
**GRIFFIE** 2:13 172:18 173:6,6,9,13 180:23 183:23 203:12,20 204:5 204:24 207:5
**GRIFFIE'S** 183:17
**GROUND** 10:25
**GROUP** 225:5
**GUARANTEE** 67:10,13 142:11 145:1 147:13,18,25 148:19,23
**GUARANTEED** 122:8 201:25
**GUARANTEES** 148:1,12
**GUESS** 45:23 52:11 53:2 61:16 80:20 89:8 90:22 91:22 93:14 106:23 151:13 156:1 157:17 164:14 166:4 167:14,14 221:20 231:7
**GUIDELINE** 150:25 153:21,22
**GUY** 51:6 131:21
**GUYS** 13:7 39:24 91:15 126:4 134:5 166:8 197:22
**GUY'S** 12:22
**G-A-R-C-I-A** 31:5
**G-E-E** 74:4

**H**

**H** 62:6,12 65:4 66:9,10,11 70:4 73:16,19
**HADN'T** 39:9,12,14,24 98:18 107:2 180:3,4 183:2 188:13 191:24 197:17 198:8,16 200:5 203:8
**HALF** 9:17 11:13 33:17 85:1 90:7,9 90:11 175:19 199:22 209:16
**HALTING** 8:4
**HAND** 8:25 17:15 30:18 41:5 86:6 100:6 172:20 177:3 211:7 232:16
**HANDLE** 37:14 90:17,18,22 93:20 121:9 175:13,14 176:13
**HANDLES** 14:21
**HANDLING** 23:6 63:21 94:8 115:16 157:21 178:11
**HANDS** 10:25 63:22
**HANDWRITING** 223:14
**HANDWRITTEN** 69:1 72:24 73:1,3 73:15 75:17 76:2 80:5
**HANG** 57:14 68:24
**HANGS** 196:24
**HANK** 221:17 222:1
**HAPPEN** 26:9 52:16 96:11,12 196:19
**HAPPENED** 9:20 11:1 20:1 21:3 22:1 24:7 25:12 26:7 35:24 46:2 46:8 66:6 91:15,16 98:23,24 101:4 159:11 199:13 205:3
**HAPPENS** 46:11 71:10 144:7
**HAPPY** 116:4
**HARASSING** 63:18
**HARD** 13:5 36:10 170:7
**HARDEST** 175:23
**HARDSHIP** 46:18 47:1 57:10 64:15 72:4 79:10 101:1,10 150:10,12 188:8 191:19
**HARDSHIPS** 57:8
**HARM** 17:5
**HARMED** 16:22
**HAROLD** 1:13 4:8
**HARVARD** 42:6
**HASN'T** 16:14 193:4
**HAVEN'T** 13:5 16:13,15,17 48:6,7 49:4,5 53:10 66:21 95:6 127:10 131:20 132:13,14 136:8 143:4,7 149:20 151:10 154:20 155:18 157:8 161:24 166:16 169:21 170:8
**HEADED** 166:4
**HEALTH** 15:6 97:13,16
**HEAR** 5:18 8:12,19 13:2,3 17:25 30:25 86:13 92:3 93:12 100:13 129:11 132:11 139:8 143:12 151:17,19 173:2 180:18 199:5 211:14
**HEARD** 71:5 143:4,6,13 144:6 180:1,14 197:17
**HEARING** 1:10 85:15 103:21 155:16 156:7,12 169:18 171:10 210:19,22,23 212:5
**HELD** 209:18 232:14
**HELLO** 78:18 124:24
**HELOCK** 178:16
**HELP** 17:18 30:21 32:21 33:3,5 41:8 45:5 47:3 48:13 59:15 60:13,16 61:11 62:10 67:2 68:11 68:20,21 69:4 71:7,8,18,23 73:7 73:8 75:8,10,11,14 79:7,24 86:9 89:6 91:15 95:19 100:9 102:1 103:5 118:2 128:18 172:23 174:13,17 175:20 211:10 213:11
**HELPED** 70:17 156:15
**HELPFUL** 151:19
**HELPING** 46:7 106:9,11,25
**HELPS** 56:19 72:18
**HENDERSON** 173:14 174:6
**HEREUNTO** 232:16
**HESSIE** 117:18,21
**HEY** 128:6 187:23 188:21 191:3 200:10
**HE'S** 14:4 159:21
**HFC** 116:23,25 117:14
**HIDE** 16:10
**HIDING** 7:19 122:6
**HIGH** 44:14 141:16 164:16,16 175:4
**HIGHER** 47:9,9
**HIGHLY** 9:2
**HINDER** 47:25
**HINDERS** 75:23
**HIRE** 15:24 58:20 60:9 118:8 177:16 202:8
**HIRED** 49:24 95:8 115:14,19 116:18,22 118:7,8 138:3 179:20 185:13 189:12
**HIRING** 63:15 67:5,5 137:19
**HIT** 175:23
**HOLD** 104:25 105:14
**HOLDER** 89:19 146:17
**HOLDING** 10:23 16:23 60:4 80:17 81:2 83:3 132:22 134:2,13,22 135:7,14 137:12 145:12,24
**HOLDINGS** 8:22 13:4 14:17,19 15:9 16:4 45:18,23 47:13,20 48:22 49:9 50:17 59:22 63:10 125:25 132:25 133:6,7,11,15 135:9,19,22 136:1,4,14,21 137:2 138:4,12,16 145:9 152:3,24 153:14 169:5 195:4
**HOLLER** 13:12
**HOME** 19:10,12,14 31:17,19,22 36:24 58:15,16,17,20,21 72:24 73:6 87:6 88:2 92:6 97:7 101:15 101:18 103:5,6,12 142:23,25 143:1,2 144:24 164:10 173:15 173:17 174:17
**HOMES** 16:25 71:23 75:15 152:8
**HONEST** 36:3
**HONORABLE** 1:10
**HOOKS** 47:8
**HOPE** 9:3 171:17
**HOPED** 44:5
**HOPEFULLY** 176:14
**HOUR** 11:13 16:12 84:25 85:1,1,23 197:20
**HOURS** 52:5 61:20 157:2
**HOUSE** 71:25 180:12 184:10,12 198:3,4,11,11,24 199:4 200:5,6 200:11 201:7,16,19 205:23 209:22
**HOUSING** 87:15,15
**HUD** 168:3,5
**HUGE** 67:6
**HUNDRED** 33:23,23 34:11,20 97:15 104:10 128:23 142:25 178:24 219:22 224:7,16
**HUNDREDS** 116:3
**H-1** 73:14
**H-3** 69:17

**I**

**IDEA** 49:20 73:18 91:9 126:12 128:15 135:24 148:24 197:4
**IDENTIFICATION** 2:17
**IDENTIFIED** 20:23 62:2 80:8 107:14 178:10 209:17 224:11 227:4
**IDENTIFIES** 66:3
**IDENTIFY** 18:17 20:13 54:23 62:5 62:20 66:14 68:4 70:9 74:13 77:16 81:24 82:18 107:4 183:16 204:1 207:11 227:22 228:12
**ILLEGAL** 141:12,12,15 149:11
**ILLNESS** 98:11
**IMAGE** 49:24
**IMAGED** 49:11
**IMAGINE** 15:4
**IMMEDIATE** 186:11
**IMMEDIATELY** 16:24 71:19
**IMPACT** 84:10
**IMPORTANT** 139:10 164:15 198:15
**IMPOSSIBLE** 10:3,6
**IMPRESSION** 43:14
**INABILITY** 205:1
**INACCURATE** 135:10
**INCEPTION** 9:13
**INCLINED** 145:4,6
**INCLUDE** 5:9 121:3 213:21 224:15
**INCLUDED** 217:14
**INCLUDES** 47:18 160:3 179:2
**INCLUDING** 7:23 148:5 158:8 164:22
**INCOME** 87:25 188:7 191:18
**INCORPORATED** 217:8
**INCORRECT** 28:25 202:22
**INCREASE** 6:25
**INCREMENTS** 176:8
**INDEPENDENT** 38:5 49:23 207:13 207:16
**INDEPENDENTLY** 14:1,12
**INDEX** 2:15
**INDICATE** 33:4,11 34:16 115:13 157:24
**INDICATED** 29:23 115:17 119:16 164:13 188:6 194:18 195:10
**INDICATING** 194:13 198:18 224:16
**INDICATION** 10:12
**INDICATIONS** 64:25
**INDICATIVE** 144:4 149:18
**INDIVIDUAL** 34:16 148:20
**INDUCE** 49:2 141:20
**INDULGE** 120:21
**INDUSTRY** 11:24 137:24 138:2 216:12
**INFO** 65:6,14 66:18
**INFORM** 148:6 182:7
**INFORMATION** 13:14 19:23 20:4 20:10 28:7,15 48:4 57:9 68:17 68:18 79:6 80:20 88:22 90:19 93:2 106:4 112:9 138:6 139:11 150:10,11 162:2 163:6 164:2 168:10,14 181:21,22 189:5 193:5 196:7 197:9,15,21 198:14 206:9 216:1,6,8,10
**INFORMED** 45:19,20 76:13 120:5

191:13 192:13 194:2 203:13 231:4
**INGWELL** 78:18,21
**INITIAL** 6:14 38:11 103:2 211:23 214:11
**INITIALLY** 34:10
**INITIATE** 214:11
**INJUNCTION** 1:10 5:25 7:11,17 8:4 129:18,21 139:14
**INJURY** 7:22
**INQUIRIES** 214:24
**INQUIRING** 95:1 126:16
**INQUIRY** 160:24 214:11
**INSIDE** 64:4 137:16 162:14,14
**INSOFAR** 78:15
**INSPECT** 62:8 76:18
**INSPECTION** 73:22
**INSTALLATION** 167:16
**INSTANCES** 6:13,18 7:5 83:12 164:12
**INSTITUTION** 72:24 73:5 92:7 189:25
**INSURANCE** 103:16 179:2
**INSURANCES** 16:15
**INTAKE** 68:17
**INTEGRITY** 42:9
**INTEND** 55:14
**INTENTION** 165:24
**INTENTIONAL** 10:9
**INTERCEPTED** 160:5
**INTERCHANGEABLE** 133:9
**INTEREST** 8:4,7,7 19:17 21:15,16 33:7,16,18 37:16,16 79:17 103:10 115:21 116:1,13,18,19 116:23,24 117:5 145:1 215:1 216:13
**INTERESTED** 15:20 103:21 176:12
**INTERESTING** 127:13 144:10 152:10 155:7 157:16
**INTERESTS** 8:5
**INTERFERE** 230:19
**INTERMINGLED** 166:22
**INTERNATIONAL** 78:19 80:4 148:1
**INTERNET** 112:9 125:5 156:1 197:5,6,8 215:3,12
**INTERRUPT** 85:2 229:7
**INTERVIEW** 11:5 15:3 128:4,6,8,11 128:12 141:23 166:10
**INTERVIEWED** 12:9 84:16 149:8 163:1
**INTERVIEWING** 48:7
**INTRO** 73:9
**INTRODUCED** 32:18
**INVENTORY** 53:9,11
**INVESTIGATION** 213:1 214:17,18 214:19 225:25
**INVESTIGATOR** 5:2,10 11:9 212:23,24,25 213:4,7,10,14 221:6 224:23
**INVOKED** 5:3
**INVOLVED** 97:7
**IOWA** 226:4
**IR** 120:3
**IRS** 17:3
**ISN'T** 13:25 16:24 27:17 28:17 29:6 29:10,19 38:4,6,18 40:5,8 94:24 95:7,13,15,23 96:1,6,17,24 98:16 115:22,25 119:14,14,18 120:11 121:1 123:4 126:24 127:14,19 130:20 132:23 133:10 133:11,25 134:11,19,19 135:14 135:18,21,25 136:4,9,12,16,24 137:11 138:2,11,15 143:9 148:19 150:21 151:3 154:7 156:8 160:10 189:13 191:15 192:6 208:24
**ISOLATED** 81:19
**ISSUE** 29:20 45:17 49:7 127:5 131:8,10,16 157:9 158:17 160:8 170:12 171:4,5,12,14
**ISSUED** 225:17,19
**ISSUES** 12:22 79:20 139:24 159:1 185:14 194:25
**ISSUING** 8:3
**ITEMS** 14:24 163:5 181:24
**IT'S** 9:13 10:3 12:25 13:1 14:10,15 16:13 18:5 24:24 35:18,18,18,19 35:19 36:10 42:20,20,21,22 43:16 44:8,13 45:24 46:16 47:18 49:17 57:25 59:19 60:5,10 61:16 61:24 64:19 65:18 69:21 71:12 73:16 74:1,1,1 75:5 80:19 81:17 81:18 87:5 98:13 106:7 132:3 136:12 142:23 143:22 145:15 146:3 149:17 156:25 159:20 175:22 176:6 178:24 223:19,25 224:22 225:8,9 226:16
**I'LL** 140:20 152:18 175:6 176:19 195:23
**I'VE** 157:19 162:16 167:22
**I.P.O** 137:23

J

**J** 1:7,10,14 62:6,12 63:7 64:5 65:4 66:5 67:19 70:4 73:2,15,16,19 218:7,10,12 221:21
**JAIL** 142:1
**JAMES** 2:6 17:12 18:5,5 19:2 94:22 94:24
**JANE** 2:8,12 15:22 40:23 41:14,19
**JANUARY** 232:17
**JESSICA** 40:6,8
**JIM** 71:15
**JOB** 32:5 55:17,18 75:10 87:16,24 88:18 92:11 140:10 141:14
**JOHN** 86:2
**JOHNNIE** 69:15
**JOHNNY** 2:9 86:16,20
**JOHNSON** 127:16 222:16,18
**JOHNSTON** 163:4,5
**JOMER** 222:4
**JOSH** 191:13
**JR** 2:10 86:3,16,20
**JUDGE** 8:20,21 10:16 12:3,15 13:1 13:13 14:24 15:21 16:20 17:9 28:2 82:1 89:6 112:20 114:21 141:4 143:23 170:18 207:1 230:5,17
**JUDICIAL** 108:21,25
**JULY** 101:17 102:5 103:20 106:17 106:18 226:8
**JUNE** 222:15
**JURISDICTIONAL** 7:7
**JUSTICE** 42:8
**J-O-M-E-R** 222:7
**J-1** 76:19 77:7,11 78:10
**J-2** 69:15 80:1
**J-3** 82:6,12
**J-4** 69:10
**J-5** 67:19
**J-6** 81:9,20
**J.M** 132:20

K

**K** 218:25 222:1
**KAHLIX** 135:14,15,15,16,17
**KAM** 4:12 8:23 12:16 42:24 49:10 52:22 53:18,20 125:25 132:22 157:18 221:8,17 225:14
**KEEP** 21:8 35:8 45:6 72:18 75:14 76:5 77:10 115:7 128:16 169:18
**KEEPING** 83:18 118:24 154:18 170:10
**KEPT** 12:12 34:12 49:18 89:19,21 91:7,8,8,11,12,16 93:14 118:20 216:13
**KILL** 16:6
**KIM** 10:22 166:23
**KIND** 19:8 31:15 36:10 42:21,22,22 43:5 44:13 59:17 83:6 87:23 169:10,10 174:2,13 175:3 176:3 182:24 215:17 216:13
**KINDS** 57:12 63:11 68:22
**KIRTZ** 1:13 4:8,8 19:1,5 21:2 22:23 24:4,5 26:6 27:7 30:6,11 31:8,12 32:12 34:22,24,25 37:23 40:13 40:17 44:20
**KISS** 58:16
**KNEW** 32:6 37:5 114:25 128:9 153:9 158:14 188:22
**KNOCKING** 200:10
**KNOWING** 125:1 151:9 209:18
**KNOWLEDGE** 125:8
**KNOWN** 11:24 27:3 36:4 91:17 200:8,9 219:11,22
**KNOWS** 135:1
**KUDMAN** 1:16 4:17,18 12:20 44:20 48:15 131:3 157:1 171:13 229:22 230:9,11,14

L

**L** 219:7,8 222:15
**LABELED** 137:25
**LABOR** 175:7,10
**LACK** 72:4
**LACKS** 98:5 116:7 134:3,24 138:21 187:5 189:15 192:7
**LACOURSE** 2:6 17:13 18:6 19:2,6 20:15 27:13
**LADIES** 125:17
**LADY** 32:17 35:16
**LAID** 61:4 88:18
**LANGUAGE** 47:7
**LARGE** 63:20 215:9,16
**LARRY** 74:3
**LAS** 175:22
**LATE** 87:19,20 88:19 150:8 153:11 167:17
**LAUDERDALE** 1:10,23 4:1 11:4 19:7 127:25 232:14,21
**LAWFUL** 15:9
**LAWFULLY** 170:22
**LAWRENCE** 78:18
**LAWS** 9:21
**LAWSUIT** 159:11,13 160:12 186:3
**LAWSUITS** 17:1 123:1,2 157:20
**LAWYER** 12:15,20 15:23 25:14 47:4 60:6,11,12 78:21 123:25 126:3 141:24 158:2 186:23 209:25 210:1
**LAWYERS** 12:9 28:19 47:20 59:21 59:22 81:5 121:13 142:2 153:18 153:20 157:20 202:22 210:2
**LEADING** 91:21 225:14
**LEADS** 46:19,20
**LEARN** 50:1 51:22,24 52:12 89:22 129:2,3,12,13 130:15,20 167:6 167:10
**LEARNED** 15:22 29:7 43:1 45:22 48:19,20 50:5 51:23 129:17 130:17 201:7
**LEATHER** 77:9
**LEAVE** 8:15 44:7 68:19 166:9 169:22 181:11 192:19
**LEAVING** 213:2,6
**LED** 36:8 215:22
**LEE** 2:13 173:5,9 221:21
**LEFT** 18:15 48:18 120:1,2,3,3 133:14 151:23 152:3 176:17 181:15 186:8 191:9 193:3,24
**LEGAL** 8:24 10:15 18:3 24:19 25:10,24 26:25 28:2,22 29:8,19 30:2 31:3 41:12 47:18 67:8,11 68:21 72:5 79:18 86:14 100:14 122:19 123:1 136:5 141:14 146:23 163:23 173:3,5 211:15 218:19,21
**LEGIT** 109:25
**LEGITIMATE** 112:4
**LEGITIMATELY** 83:9
**LENDER** 9:8,20 33:10 35:5 36:18 36:19,21 37:1,12,13,18 58:22 64:14 71:24 75:13 96:23 108:4 116:23 142:25 144:24 145:15,21 146:16 169:20 170:23 186:2 187:17 192:3,5,13,13,17,18,22 193:6,10 222:24 224:13
**LENDERS** 6:22,24 9:22 61:23 108:1 118:25 136:1 145:19,21 145:23 154:8 185:19
**LENDER'S** 126:9 136:2
**LENDING'S** 82:24 225:4
**LENGTH** 50:4
**LENGTHY** 230:14
**LETTER** 10:14 12:1 15:19 22:25 40:5,8 159:23 160:23 161:2,6,7 161:13,20 188:9 191:20 221:7 221:16,22,23 222:9,11,13,20,21 222:22 223:7 225:7
**LETTERHEAD** 221:24 222:14
**LETTERS** 94:3
**LET'S** 58:24 62:17 85:7,10 120:25 124:25 127:23 132:17,19 140:22 141:7 143:20 155:6 181:22 188:20
**LEVEL** 79:9
**LEVY** 51:6 159:7,15 182:5,10
**LEWIS** 2:9 86:16,20
**LIABILITY** 217:4 226:22,24
**LIABLE** 226:18
**LICENSE** 9:25 126:9 164:20
**LICENSED** 9:20 41:25 145:15 175:13,14 202:5 207:7,14,25
**LICENSEE** 207:17
**LICENSEES** 207:13
**LICENSING** 225:25
**LICENSURE** 222:24 223:20 224:12
**LIED** 143:9
**LIFE** 10:21 87:3
**LIGGINS** 2:14 44:22,23 56:13 62:2 81:20 211:5,18,22 212:17,21 214:16 227:10,21,24 228:17,24
**LIKELIHOOD** 6:25 8:2 13:18
**LIMITED** 125:7 217:4 226:18,22,24
**LINE** 2:18,18 10:20 13:13 16:20 19:21 20:5 94:16 128:2 175:25 176:1 181:6 188:3 203:19 204:11,25 215:10
**LISA** 157:14
**LIST** 14:23 50:19 157:22 165:24 198:17 202:15 218:10,18 219:13 219:21 224:4 230:24
**LISTED** 106:12 108:11 219:3 220:7 220:13
**LISTEN** 75:7 139:13 175:5
**LISTENED** 95:3 176:3,4
**LISTING** 226:17
**LISTS** 162:22 218:12 221:12
**LITERALLY** 39:12
**LITIGATE** 67:7
**LITIGATION** 10:13
**LITTLE** 10:18 20:12 37:5 42:2 84:18 147:4 156:22 174:2 203:20 216:5
**LIVE** 19:6,7 31:13 86:24 97:8 100:24,25 116:2 173:13,14
**LIVED** 87:2 173:15
**LIVES** 16:12,13
**LIVING** 87:6,13
**LLC** 1:6 217:15,15 219:1,22 220:8 221:1,14 223:1,20 224:17 225:14,14 226:4 227:5,9
**LLC'S** 51:8 159:25
**LOAN** 6:9 7:2 19:14 21:5,11 23:1 33:8 46:5,6 47:3 60:11 63:23 75:22 88:5 90:14 99:8 101:18 103:5,6 104:9 110:17 116:3 123:13 145:21,22 154:3,8 168:1 174:17 175:21,24 176:2,14 177:19 179:5,19 184:17 191:14 191:14 198:3 214:25
**LOANS** 6:12,16 7:4,4 32:22,22 46:6 72:24 73:6 83:10 152:8 164:10 178:20 180:24,24 185:19
**LOCAL** 202:6 213:16
**LOCATED** 48:22 50:1 51:9 160:1 227:11
**LOCATION** 114:9 167:16 168:21 214:12
**LOCATIONS** 48:20
**LOCKS** 53:7
**LODGED** 222:10
**LOG** 12:24 49:14 139:11 167:4 171:14
**LOGGED** 127:19 189:6,7
**LOGIC** 139:18
**LOGICALLY** 131:11
**LOGISTICAL** 8:9 211:21
**LOGS** 11:23 138:19 139:4,6,19
**LONG** 19:12 25:25 31:19 52:2 67:10,14 71:2 84:24 87:2,4 101:13 135:21,23 158:14 173:15 177:18 182:3 183:6 202:1
**LONGER** 23:7 46:4 57:1 76:12 87:7 117:25 203:14
**LOOK** 13:18 49:12,13 52:23 54:11 78:20 111:22 114:11 127:18 129:14 139:19 140:20,23 147:7 147:12,21 155:15 163:13 166:25 183:23 196:19 197:20 205:8 207:23 213:18 214:11 215:5,14 219:25 220:16 223:18
**LOOKED** 11:14 15:14 52:18 112:12 113:13,17 125:4 126:3,7 129:19 157:8 158:16 162:17 197:13,13 216:17 218:4
**LOOKING** 45:2 49:21,21 57:6 69:21,22,25 70:25 106:6 113:18 145:3 152:21 156:13 175:24 183:1 196:6,7 197:11 216:4,11 216:11 220:10
**LOOKS** 43:3 57:10 68:20 150:12 154:12 196:23
**LOOM** 74:11
**LOSE** 16:25 17:1 87:16 198:4,11 201:19
**LOSS** 87:24

**LOST** 14:24 87:25 88:18 92:11 190:16 201:5
**LOT** 11:14 21:5,10,10 45:2 49:18 53:3 57:13 68:23 83:18 94:1 127:12 139:15 147:6 151:20,21 156:21,22 157:4 169:14,20 173:17 175:21 214:24
**LOW** 79:21
**LOWER** 19:17,18 21:10 34:17 46:13 57:6 72:7 79:8,11,17,17 90:3,3,5,11 103:10,11 112:23,25 113:3 123:13 145:3,22 146:17 164:11 179:5
**LOWERED** 23:25
**LOWERING** 103:22
**LOWERMYBILLS.COM** 46:20
**LUCK** 57:15 68:25
**LUCKY** 84:23
**LUMP** 72:8
**LUNCH** 84:1 85:20
**LYING** 91:21
**L-A-C-O-U-R-S-E** 18:8
**L-I-G-G-I-N-S** 211:18
**L-I-N-O-W-E-S** 225:16

**M**

**M** 219:3,16,20 222:22 223:5
**MAD** 102:22
**MAIL** 120:1,2 169:22 180:11 186:8 191:9 193:4 194:13
**MAILED** 209:10
**MAILS** 120:3
**MAIN** 50:19 62:6
**MAJOR** 131:10,16 215:4
**MAKING** 21:7 23:21 39:13 67:8 90:18 94:13 99:15 164:9 170:1,3 170:11 171:25 183:3
**MAN** 11:24 12:14 15:3,16,17
**MANAGER** 51:7 127:16 159:18,19 159:24 218:20 219:4 222:12,22 227:4
**MANAGERIAL** 160:3
**MANAGING** 223:5,22 224:4,6
**MANIFEST** 173:23
**MANNY** 106:19,22 107:8,25
**MARCH** 20:18,21 37:4 39:23 88:4 89:9,10 91:17 94:25 177:23,23
**MARK** 21:24 54:23 55:14,16,20,21 55:23 56:3 57:23 60:21,25 62:19 66:13,14 68:3,4 70:8 74:13 77:16 80:7 81:24 82:17 133:24 134:10 183:16 204:1 207:11 212:6 225:19 227:22 228:12
**MARKED** 2:16 55:24 56:13,25 77:17,17 81:20 113:19 212:12 220:25 228:16
**MARKET** 8:6 137:23
**MARKETING** 220:5,14
**MARRUCCI** 174:24 178:2,15 179:3 179:20 180:2,14,18 182:9,11 183:4 185:2,13 192:25 195:4,7 195:13,17 196:13 197:21 201:19 205:1 206:5 207:6
**MARRUCCI'S** 179:24
**MARSHAL** 85:18
**MARYLAND** 42:11 225:10,11,14 225:20
**MASSACHUSETTS** 226:15
**MATERIAL** 49:13 53:17,23 81:4 136:19 153:19
**MATERIALITY** 54:1
**MATERIALS** 147:6 149:2
**MATT** 72:25
**MATTER** 1:11 5:5 52:24 67:10,14 79:8 122:20 136:18 142:23 158:17 232:15
**MATTERS** 4:21 121:10 167:1
**MA'AM** 105:2 106:2 115:12,19,25 116:12,16 117:3 118:22 132:5 132:23 134:15 136:20,24 138:19 139:17 140:6,15,21 141:7 142:8 143:22 145:6 146:12 149:3,8 159:9 170:21
**MEAN** 25:18 26:3 32:23 33:14 35:16,19 37:7,16 38:7,8,10 44:12 45:10 51:12 54:25 55:23 59:17 67:11,16 71:10 74:22 76:4 76:11,21 78:15 88:15,20,22 92:24 93:10 98:4 104:4 111:5 112:7,8,11 129:16 131:15 134:4 135:5 136:7,10 137:3,14,15 141:15 142:17 144:20 146:24,25 147:10 151:11 155:2 156:17,20 157:16 166:16 170:3 177:23 178:13 210:22 228:2 229:8 230:16
**MEANING** 60:15 79:24
**MEANS** 50:22 55:8 56:9 64:7 67:17 76:5 136:15
**MEANT** 52:25 167:2 178:25
**MEASURES** 7:19
**MEDICAL** 158:9
**MEETINGS** 163:8,9
**MELTDOWN** 9:20
**MEMBER** 47:10 70:22 71:1,15 106:13,25 107:11 185:8 196:15 218:20 223:5 224:6
**MEMBERS** 223:22 224:4
**MEMORIAL** 175:7
**MEMOS** 163:8
**MENTION** 51:20
**MENTIONED** 57:3 62:1 84:9 159:16 170:21 182:13
**MERITS** 5:6 8:2 13:19
**MESSAGE** 193:24
**MET** 39:8 93:6
**MEXICO** 31:14 39:20
**MIAMI** 84:21 87:1
**MICHAEL** 2:14 211:4,17 212:17
**MICHELLE** 1:17 4:18 15:24 127:14
**MICROPHONE** 17:24 30:24 86:12 87:10 92:3 100:12 101:7 173:1 211:13 214:22
**MICROPHONES** 13:10
**MIDDLE** 59:25 97:25
**MIDST** 217:12
**MID-AFTERNOON** 172:9
**MIKE** 67:24 68:14 69:9,12 71:17
**MILES** 51:9 160:1
**MILITARY** 212:25
**MILLION** 7:22 9:17 32:20
**MIND** 106:2
**MINE** 59:3 141:1,3
**MINUTE** 23:14
**MINUTES** 37:11 172:12 229:9,10
**MIRANDA** 76:3,6,8,9 127:16 154:22
**MIRANDA'S** 132:3
**MIRIAM** 163:2
**MISREPRESENTATIONS** 7:6,13 7:15 10:6,9 83:17 149:24 150:2 170:6
**MISREPRESENTED** 143:9
**MISSTATES** 149:14 208:18,21
**MISTAKE** 56:1 105:17 129:3
**MISTAKEN** 210:13
**MISUNDERSTAND** 133:17
**MOD** 191:14 193:9 194:10
**MODEL** 46:10 57:19 59:11,20 67:4 80:17 133:15 169:1
**MODIFICATION** 6:10 32:22 35:15 37:15 40:2 46:6 60:1 63:18 75:1 75:6 90:2,15 92:15,16 96:7,8 98:15,18,20 104:4 107:21 110:17 115:20 116:5,12 117:8 117:13,15 154:8 179:5 184:17 192:4,15 193:6 194:21 207:8 215:1
**MODIFICATIONS** 9:5 46:5 75:3 83:10 154:3 161:14,15 168:1
**MODIFIED** 7:1,3
**MODIFY** 6:15 19:14 102:1 103:5,6 104:9 164:10 174:17 175:21,24 177:19 179:4
**MODIFYING** 88:5 101:18
**MOMENT** 17:22 47:7 57:15 68:25 105:15
**MOMENTS** 183:18
**MONDAY** 1:11 4:1 182:6
**MONEY** 22:15,24 23:9 24:8 25:16 25:22,23 27:5 29:13 35:4,7 36:2 36:5 91:18,23 92:20 104:13 108:9,12,15 109:5,6,16 110:21 141:21 152:14 155:22 157:5 158:3,14 160:19 168:1 176:25 184:1,4,7,12,15,16 198:5,7,7 199:10,11 201:11,12 202:20 203:7
**MONIES** 121:7 158:8 159:2
**MONITOR** 15:25 129:4,14,19,21 130:16 167:7,9,11
**MONITORED** 59:25
**MONITORING** 160:4
**MONITORSHIP** 130:18
**MONTH** 22:9,20 24:12,18 25:1 26:4 33:24 34:2,11 35:9 36:15 48:2 67:9,9 72:6,7 88:16 90:9,24 95:11,14 97:11,15 102:9 103:12 104:10 113:7 123:3 143:1 175:18 176:8,13 179:4,6 185:22 199:22
**MONTHLY** 21:10 72:5 75:3 79:8,21 79:25 103:11 121:24 178:25 179:1
**MONTHS** 11:19 22:10,11,21 23:12 24:17 32:2 34:3 35:6,11,15,22 37:4,8,9 39:12 40:2,3 47:18,18 67:7 72:8 75:21 79:22 88:20,21 91:1 93:11 104:10 107:22 117:11 123:3 160:25 170:14,14 176:13,15 177:21 183:7,7 185:15,20,22 188:7 199:14,16
**MORALES** 178:9 180:18,20 181:19 182:14 186:8,25
**MORNING** 4:3,10,15,16,17,20 5:20 5:21 41:11 42:16 45:20 46:21 159:16 229:18
**MORTGAGE** 6:9,12,15,22,24 7:3 9:4,20 21:8,14 22:25 23:22,24 26:17 31:25 32:4,25 33:12,21 34:4,5,5,10 36:22 39:1,10,22,24 40:7 45:21 47:25 57:6 58:23 68:16 71:20 79:14 83:10,11 88:1 88:5 89:19 90:1,3,6,11,15 92:6 92:12 95:5 96:14,19 101:18 102:1,9,13 103:12,18,22 104:4,4 106:12 110:24 112:23 116:17,17 116:25,25 123:13,14 138:16,17 144:24 145:11,25 146:15,17 150:4,25 151:1 164:10 165:6,11 168:1 174:11,17 178:22,23 179:22 181:1 184:17,18 188:21 197:10,11,13 207:8 214:25 222:24 224:13
**MORTGAGES** 75:24 117:1 118:9 118:15 145:10,14 146:3,4,10,14 146:19 188:18
**MOSCOWITZ** 2:8,12 12:10 15:23 40:24 41:11,14,19 54:21 55:4 58:25 61:12 63:4 68:11 71:2 74:19 78:5 80:15 84:3,9,15,22 85:1,6,9,14 124:11,14,16 172:7 229:22,24 230:6,23 231:12
**MOSS** 180:18
**MOTHERS** 158:8
**MOVE** 10:25 18:1 31:1 62:20 76:7 77:16 101:7 124:18 125:11 142:22 204:1 212:1,3 227:23 228:14
**MOVED** 77:19 137:4,8,8,10 201:1 228:16
**MOVES** 4:24
**MOVING** 53:3 77:20
**MULLER** 224:23
**MULTIPLE** 48:16
**MUTUAL** 192:23
**MYERS** 230:9
**M-O-S-C-O-W-I-T-Z** 41:15

**N**

**N** 219:25
**NAGEL** 221:17 222:1
**NAME** 5:22 18:3,4,7 21:24,25 25:8 26:1 31:3,4 39:17 41:12,13 67:24 70:25 78:18 80:18 86:14 86:15 100:14,15 103:3 107:14 108:21,23 109:1 117:18 127:15 132:3 155:1 163:2 173:3,4,5 174:21 178:10 198:1 208:3 211:15,16 217:7,12,14,17 218:13 220:4,23 221:15 222:6,7 222:7 223:19 225:16
**NAMED** 21:24 32:17 94:22
**NAMES** 74:3 160:20 164:9
**NARCOLEPSY** 98:8
**NATIONAL** 36:22 39:10,22 170:23 217:8,14,17,19,20 218:9 223:20 224:17
**NATURE** 21:9 22:5 111:14 214:15
**NEAR** 63:25
**NEARLY** 11:19 116:1
**NECESSARY** 121:11
**NEED** 13:12 16:18 22:4 35:20 39:13 47:4,6 58:13 60:6,11,12 60:12 64:14 68:20 82:10 84:7,20 105:12,14,21 107:20 136:22 139:15,16 141:18 150:18,18 151:16 158:9 182:1,4 197:18 231:8
**NEEDED** 117:22 129:23 181:8,21 190:17 192:13,18 197:10 206:12
**NEEDS** 106:12 231:6
**NEGATIVE** 142:19
**NEGATIVELY** 142:9
**NEGOTIATE** 79:18 104:3 178:21 179:21
**NEGOTIATED** 116:23
**NEGOTIATING** 79:11 119:1 146:16 192:3
**NEGOTIATION** 63:21
**NEGOTIATIONS** 63:17 108:3
**NEITHER** 169:23
**NERVOUS** 91:13
**NET** 145:6,8,9 170:22
**NEVADA** 173:14 175:13 185:18 202:5,15,17 207:9 208:1
**NEVER** 15:3,3,4,5,6 29:16 36:1 56:15 64:20 79:17 93:6,21 96:3 98:13,23,24 127:19 135:15,19 135:22 136:6,14 137:12 138:5 138:12,16 143:14 149:9 166:5 167:18 180:21 206:16
**NEW** 25:4 31:14 39:19 50:21 76:17 137:19 146:15 172:1 181:12,16 181:18 182:14,20 183:1 193:13 194:14,19 198:20
**NEWSPAPER** 175:22
**NICE** 229:19
**NIGHT** 50:8 51:15,20 53:3 105:3 111:9 125:1 126:1 128:8 153:11 165:22
**NINE** 29:15,15 166:3,3 178:24
**NINETY-NINE** 22:8 24:11 26:4
**NON-ATTORNEY** 185:7
**NOON** 85:23
**NORMAL** 24:11 121:24 182:2
**NORMALLY** 72:6 79:9
**NORTHWEST** 87:1
**NOTARIZE** 190:18
**NOTARIZED** 181:14 190:1,6,7,12 190:13,17,22 191:3 206:1,12,16
**NOTARY** 181:15
**NOTATION** 29:7
**NOTE** 4:5 96:8 148:19 169:22
**NOTEBOOK** 57:17
**NOTES** 46:9 57:17,20 59:18 72:10 72:11,12,13,16,17,25,25 73:2,3 73:11,15 78:11 139:8 141:10 163:7 188:12
**NOTICE** 52:16 59:24 108:21,25 113:17,22 114:5 180:11 184:10 191:4 204:4 205:9 208:25
**NOTICED** 114:8
**NOTIFIED** 9:9 39:22 179:19 201:6
**NOTIFIES** 148:14
**NOVEMBER** 10:20 26:12,23 42:17 50:23 51:22 63:8 69:15 109:9,13 118:19,19 119:7,10,10,11,11,14 120:4 125:1 184:9 199:18 205:6 205:14,15,15,18,21 208:17 209:19 227:12
**NSF** 29:11,14,15
**NUMBER** 1:3 4:4 9:12,16,19 13:20 23:11 36:7 48:25 54:24 70:23 75:1 77:3 79:2 104:6 106:5 113:23 133:19 140:25 141:7 143:20 147:12,17,21,23 179:22 179:24 182:8 187:2 188:22,24 188:25 193:11,12,21,22 196:23 197:3 202:22,23 208:16 215:9 215:16 222:8,19 223:21 224:10 228:17
**NUMBERED** 59:4,8 140:19 141:1
**NUMBERS** 49:20 80:5 181:1 196:6
**NUMEROUS** 83:17 175:15
**NURSE** 97:11,12 101:12,13 111:10 121:18

**O**

**O** 220:10
**OATH** 124:15
**OBJECT** 61:5
**OBJECTING** 141:19
**OBJECTION** 16:15,16,17 28:23 38:20 61:1,7,15 62:24 66:20,23 68:7 70:13 74:15 77:24 80:10 82:1,19 98:5 105:10 116:7 119:12 120:8 130:1 134:3,24

138:21 140:2 142:5 148:22 149:14 153:6 158:20 170:25 183:19 187:5 189:15 190:24 192:7 206:25 208:7,18 228:4,19
**OBJECTIONABLE** 142:10
**OBJECTIONS** 61:25 144:5,6,7,7 158:23
**OBLIGATIONS** 153:10
**OBTAIN** 6:11 7:1,3 62:10 80:1,3 81:8 82:5 123:12 179:4 218:3 227:14
**OBTAINED** 54:7 82:12 228:25 229:3
**OBTAINING** 167:25 168:1 184:17
**OBVIOUS** 126:12
**OBVIOUSLY** 49:13 99:6
**OCCASIONS** 48:16
**OCCUR** 194:21
**OCCURRED** 27:4 36:4
**OCTOBER** 26:11 35:12 179:12,14 183:10,11 184:5 199:18 220:14
**OFFENSIVE** 15:21 144:1
**OFFER** 60:24 66:14 68:4 70:9 74:13 79:17 80:8 81:25 82:18 83:9 105:9 148:3 183:16 206:24 207:12 208:6
**OFFERED** 32:25 58:7 149:22
**OFFERING** 60:23 105:7 206:22 208:5
**OFFICERS** 5:2 10:24 44:21 223:23 224:5
**OFFICES** 9:22 10:22 13:9 14:1,11 43:9 53:18 112:11 125:1 128:20 153:5 159:4,5 185:2 215:7
**OFFICIAL** 1:20 232:10,20
**OH** 29:15,15,15 34:5 87:25 91:2,10 132:7 146:24 168:17 175:9 179:1 181:22,23 188:4 190:7 196:2,15 205:12,25 206:19
**OIL** 142:6
**OKAY** 18:5 23:21 27:16 28:12 31:2 33:11 34:9 35:18,19,19 36:23 39:3 55:22 56:24 57:25 65:23 66:7 69:11 78:15 82:8 85:19 89:8 95:7 96:17,21 97:15 107:17 107:24 108:17 111:1 112:14 114:16 116:22 118:18 122:18 126:7 127:9 129:8 130:10 131:5 135:12 136:23 142:21 143:20,24 147:21 151:6 158:2 171:17 174:25 176:12 177:5,22 185:6 185:13,18 186:5,13,15,24,25 187:10,14 188:1,6,11 189:3,4,9 189:10,24 193:14,16 194:23 195:2,16,21 197:2 198:6,7 199:21 200:17,23 201:4,10 205:4,5 212:16 217:16 221:7 224:1 225:3,8 228:11 229:12 231:11
**OLD** 46:12 171:5
**OMISSIONS** 10:9 13:15
**ONCE** 90:16 103:16 195:17 198:18 216:3
**ONES** 67:6 72:25 170:1 171:13
**OPEN** 4:2 42:20,23 128:24 155:21 202:2
**OPENED** 43:6 63:8 137:5 160:24 166:16
**OPENER** 46:23 57:3 67:24 70:20 150:10
**OPENERS** 46:11,12,14 71:5 142:4 170:10
**OPENING** 2:3,4 4:21 8:11 16:19 57:2 67:18,23 71:11 77:12,18 78:9 144:5 161:2
**OPENINGS** 5:17
**OPERATE** 170:22
**OPERATED** 118:1
**OPERATING** 127:1 136:20 158:13 158:21 214:14 219:17
**OPERATION** 7:13 9:3 45:1,15 46:1 46:10 112:4 152:15,18 169:25
**OPERATIONS** 44:24 45:8,13 56:19 59:16 61:11 64:24 67:3 74:20 78:16 80:15 81:16 82:13,24 169:9
**OPINE** 170:8
**OPINION** 149:13 168:19
**OPINIONS** 15:11,11 45:10,12 163:23
**OPPORTUNITY** 62:8 76:18 80:22 81:1,8 82:5 150:25
**OPPOSING** 209:1
**ORDER** 6:1,3 7:11,17 11:17 23:5 84:19 99:7 141:20 155:22 158:16 168:16,18 205:3 210:14 210:18,24,24 211:24 212:2 220:17 221:11 225:9,22
**ORDERS** 35:8
**ORGANIZATION** 159:20 217:4
**ORGANIZED** 56:14
**ORIGINAL** 89:19 104:23 204:12,13
**ORIGINALLY** 50:8 106:23
**ORIGINALS** 104:25
**ORLANDO** 14:8 38:5,12,14,17,25 39:24 50:7,8,11
**OUTCOME** 148:4,13
**OUTRAGE** 13:1,1
**OUTRAGED** 12:8,12,13,14
**OUTSIDE** 5:4,7 18:22 121:14 145:11 160:11
**OUTSOURCES** 153:18
**OUTSOURCING** 15:10 153:20
**OUTSTANDING** 117:5
**OUTWEIGHS** 8:5
**OVERALL** 126:19 161:16
**OVERCOME** 144:7
**OVERRULE** 61:6
**OVERRULED** 116:8 149:16
**OWNED** 14:1,12 159:5
**OWNER** 51:4 159:20 219:22 224:17
**OWNERS** 223:22 224:5
**OWNERSHIP** 14:2 169:7 224:7
**O'CLOCK** 111:9 229:15 230:11

**P**

**P** 220:16,25
**PA** 80:4
**PACKAGE** 69:18 104:15
**PACKET** 54:14,25 57:22,23 59:2 60:17 65:8,10 67:18 69:3,4 70:5 70:10 74:6 104:18 105:2,5 113:13,17,19
**PADS** 8:24
**PAGE** 2:3,4,18,18 56:25 57:1 60:1 60:5,7,10,14 64:1,6,11 72:23 73:5 75:12,16,17,20 76:2 79:5 79:19 106:6,7 113:19 120:25 205:8 209:1 219:21 223:2,4,19 223:24 224:10 225:17,18 226:14
**PAGES** 9:11 64:1 71:8 182:3 223:19,25 225:6 232:12
**PAID** 13:5 16:13,14,15,17 23:16 34:5 36:5 50:22 88:13,20 109:5 110:1,22 122:19 133:6 148:15 155:18 156:1 158:9 160:19 168:8,8 198:10
**PAINTED** 74:1
**PALM** 27:25 28:6,13,15 38:6 50:9 114:10,22 115:2 221:18,25 222:3,15,17
**PANNED** 93:21
**PAPER** 106:15 144:19 146:9 176:25 200:5
**PAPERS** 11:6,7 49:21 162:12
**PAPERWORK** 22:5 176:11 181:12 196:19 206:3
**PARAGRAPH** 75:21 121:1 147:21 147:23 148:21
**PARALEGALS** 157:21
**PARENTHESES** 58:7
**PARENTHESIS** 159:25
**PART** 7:16 23:17 64:19 65:20 67:4 85:5 121:24 125:3 137:5 144:12 148:24 153:15 211:23 212:2,3 213:14 217:10 218:7
**PARTICIPATE** 227:10
**PARTICULAR** 147:8 215:13,25 216:12 221:22 223:4 225:5
**PARTNERED** 144:24
**PARTNERS** 219:11,13,21 225:14
**PARTNERSHIP** 219:10,11,14
**PARTS** 62:2,4
**PASS** 49:4,5 54:19 76:2,9
**PASSED** 48:18
**PASSWORD** 48:14 49:3 50:15 127:16 155:1 162:19
**PATCHES** 146:10
**PATRICIA** 2:11 100:4,16,20
**PATRICK** 74:3
**PATTERN** 215:16
**PAW** 163:1
**PAWED** 162:25
**PAY** 6:18,24 22:10 29:10 32:21,25 33:14,17 34:6 35:11,12 37:11 39:1,14 40:3 67:11 74:8 75:24 90:11,18 91:1,4 96:23 97:19,21 109:9 110:18,21 121:8 134:17 141:21 174:3,10 179:3,6 185:11 195:6 199:10 201:18 202:6
**PAYING** 22:15 34:1,2,19 35:2,7 39:14 47:25 76:15 90:8,9 91:16 95:10 96:14,18 102:3,9 103:12 108:12,13 109:8 118:12 123:17 184:15,16 195:5,7
**PAYMENT** 19:22 21:10 23:8,25 24:19 25:6,9,22 26:12,21 33:8,8 34:10,17 35:8 37:17 39:10,25 72:6,7 75:22 79:11,25 95:8,11 103:11 109:13 110:24 112:23 113:5,8 116:1 121:25 177:6 178:25 179:1,19 183:8,9,10,12 186:5,7 187:20 199:4
**PAYMENTS** 7:2 19:18 21:7 23:22 26:24 33:21 37:12 39:13 40:7 57:7 79:8,12,17,21 88:1 90:3,18 92:12,17 94:14 95:14,17,19 99:15 102:2,13 110:22 117:16 121:24 123:14 145:3 164:11 170:11,14 174:13 175:18 176:9 183:3,6 184:18 187:16,23,25 194:2 199:2,8,10 201:13,14
**PAYROLL** 133:6
**PAYROLLS** 16:16
**PAYTECH** 220:2
**PDF'S** 176:22
**PEAKED** 216:13
**PEN** 55:21,23
**PENDING** 98:20 146:20
**PENNSYLVANIA** 225:23,24
**PENNY** 13:7,8 25:24
**PENNY-WISE** 142:24
**PEOPLE** 13:3,5,6 16:4,22 18:14,18 32:21,24 43:10,18 44:3,13 51:1 61:16 63:22 74:2,24,25 75:14,24 89:16 93:5,9 98:2 104:5 111:17 123:17 128:15,23 129:23 133:1 133:3,11,14,16 134:14,20,21 137:15,16,20,25 138:1 139:7,23 140:7 142:12 144:2,16,18,20 145:15 146:2 148:20 149:5 151:12 152:7,12 155:10 159:13 160:21 162:1 165:24 169:20 171:25 196:14 197:1,2,24,25 198:20 200:8
**PEOPLES** 71:23 137:10 158:3 162:13 182:2
**PERCENT** 9:14 11:20 21:18,20 33:13,14,17 72:21 79:12 115:22 115:22 116:2,14,14,15,16,19,24 117:4 133:10,20,21 219:22 224:7,16
**PERCENTAGE** 161:14
**PERFECT** 156:20
**PERFORM** 46:5 205:1
**PERFORMED** 46:7
**PERFORMING** 75:22 160:3
**PERIOD** 67:10 87:7
**PERMANENT** 7:18 156:21
**PERMIT** 54:3
**PERMITTED** 200:24
**PERSON** 38:11 43:18 47:10,13 51:3 60:7 70:21 71:13 76:5 78:18 97:6 106:23 107:5,14,14 108:22 109:1,11 143:7,8 150:21
**PERSONAL** 63:15 194:25
**PERSONALLY** 4:12 10:21 131:17
**PERSONNEL** 132:24 133:18,20
**PERSON'S** 150:22
**PGA** 51:18 52:4,10 53:5 114:22 115:2 168:20 221:24 222:14 227:11
**PHONE** 20:3,6,22 21:3 26:10 32:6 32:8,15 53:21 57:14 59:19 68:24 72:20 74:25 76:6,7 79:6 88:4 89:7 92:21,24 93:4 102:9 103:1 103:2 104:6 107:2 110:9 111:4,6 111:8,8,14,19,21 112:2 113:22 118:24 119:2,5,8 123:10 128:15 162:13 174:23 179:11,13,24 191:10 193:11,12 196:6 197:3 197:19 200:6
**PHOTOGRAPHED** 53:10
**PHYSICAL** 9:22 48:6 64:23
**PICKS** 196:23
**PICTURE** 142:2
**PIECE** 139:10 146:9
**PIECES** 53:3
**PITCH** 47:2,14,22 67:23 68:18 69:2 69:9,12,16,16 71:21 72:3 144:5 149:11
**PITCHED** 159:17
**PITCHES** 47:24 49:1 57:3 67:18 68:13
**PLACE** 6:2 16:10 44:13 63:23 119:19 120:11 162:18
**PLACED** 63:23
**PLACES** 46:9 56:16 137:10
**PLACING** 63:22
**PLAINTIFF** 1:4,13 2:19,20,21,22,23 2:24,25 3:1,2,3,4,5,6,7,8 4:24 61:8 63:2 66:25 68:9 70:15 74:17 78:2 80:12 82:3,21 105:24 172:15,17 207:3 208:9 210:8 228:7,22
**PLAINTIFF'S** 54:24 56:5 57:24 60:22 61:1 62:21 65:21 66:15 68:5 69:21 70:9 74:14 80:8 81:25 82:18 105:7,11,16,23 227:23,24 228:6
**PLAN** 85:12 139:13
**PLANE** 198:22
**PLANNING** 154:13
**PLANS** 8:15
**PLEADING** 161:9
**PLEADINGS** 125:3
**PLEASE** 4:3 17:14,15,20,23 18:4 30:17,18,23,24 41:2,10,12 45:13 84:5 85:25 86:4,6,11,12,25 96:22 99:21 100:5,11,12,14 120:22 124:4 146:22 150:2 172:8,10,14,19,20,25 173:1,3 182:8 191:9 210:7 211:6,12,13 211:15 220:16 221:9 229:6
**PLUGGING** 171:8
**PODIUM** 124:19
**POINT** 19:14,19 23:2 24:10 26:11 31:21 43:22 44:9 59:20 68:20 92:18 109:8 125:8 126:7 127:13 135:19,19,20 140:14 141:11 142:8,18 144:21 155:7,23 160:8 166:19 177:15 188:20 194:20 211:22 219:16 229:8
**POINTED** 149:10 209:1
**POINTS** 63:13 116:13
**POLICE** 10:24 44:21 127:24
**POLICIES** 148:6
**POLITICIZED** 9:2
**POMPANO** 14:9 50:2,6,10,10 51:4 51:8,11,21 52:9,15 159:7,8,17 159:25 160:4 162:18 167:16 168:20
**PONDERED** 176:11
**POOR** 156:18
**POPPING** 216:13
**PORTFOLIO** 77:9
**POSITIVE** 52:13 53:2 63:25 80:24
**POSSESSION** 53:4
**POSSIBLE** 54:24
**POSSIBLY** 19:18 21:11
**POTENTIAL** 5:4,7 18:14 61:25 63:15 72:20 122:25 130:17
**POTENTIALLY** 129:17
**POUND** 142:24
**POWER** 44:8 181:8,9 182:14,17,20 190:1,8 206:1,10,10
**PRACTICE** 41:25 78:23 136:13 144:4,12 202:5 230:20
**PRACTICES** 7:8 8:5 10:3,4 62:11 63:5 68:12 70:18 71:9 131:9,13 213:19
**PRACTICING** 157:19
**PREDICTIONS** 148:12
**PREFER** 84:19 212:4
**PRELIMINARY** 1:10 5:24 7:11,16 8:4
**PREMISED** 168:11
**PREMISES** 42:15,19 44:18,25 50:9 50:19,19,24 52:3,6 53:9 54:7 129:6,20 130:12 166:16 169:9
**PREPARE** 85:14 227:17
**PRESENT** 32:20 44:6 53:19,22 54:15 79:10 119:8 166:7
**PRESENTATION** 58:6 148:25 149:22
**PRESENTATIONS** 149:1
**PRESENTED** 6:5,6 8:1 118:3

**PRESENTING** 7:10
**PRESENTLY** 146:20
**PRESERVE** 6:3
**PRESIDENT** 33:1 218:10,12 220:23 221:15 227:2,8
**PRESSURE** 44:14 141:16 164:16 164:16
**PRESUME** 133:20
**PRETENSES** 131:15
**PRETTY** 12:11 25:20 64:10 81:3 122:25 123:3 133:7,9 143:11 176:5 186:11
**PREVENT** 7:12,19,20,21
**PREVIOUS** 24:17 223:8
**PREVIOUSLY** 103:25 182:23
**PRICING** 72:2
**PRIMARILY** 79:1,1
**PRIMARY** 78:24 186:16,21
**PRINCIPAL** 21:11,18,19 33:20 115:21 223:22 224:5
**PRINCIPALS** 214:13
**PRINTED** 46:15 47:24 72:3,12 156:6 157:10 220:23 221:15 225:5
**PRINTING** 155:10
**PRINTOUT** 225:4
**PRIOR** 144:6 168:16,17 182:18
**PRIVATE** 212:24
**PRIVILEGE** 12:24 15:17 157:9 166:11 167:1,4 171:4,14,14
**PRIVILEGED** 49:13,14 52:24 53:17 53:23,25
**PROBABLY** 127:25 176:1 186:10 186:10 230:18
**PROBLEM** 16:5 48:6,9 60:9 131:14 146:24 147:2,3,4,13,22 152:16 152:17 180:23
**PROBLEMS** 32:21 36:14 46:25,25 48:9 68:21 79:3 139:12,18,19,19
**PROCEDURES** 41:3
**PROCEED** 18:25 31:7 34:22 41:17 86:19 100:19 173:8 186:2 211:20
**PROCEEDING** 4:19
**PROCEEDINGS** 83:20 231:15 232:13
**PROCESS** 6:23,25 44:21 72:8 75:23 90:15 96:23 97:7 126:19 151:17,19 188:13 192:15 194:21
**PROCESSORS** 138:12,13
**PRODUCE** 12:3
**PRODUCED** 9:10 10:10 11:19
**PRODUCTS** 14:21
**PROFESSION** 101:11
**PROFESSIONAL** 41:23
**PROFESSIONALISM** 230:17
**PROFESSIONALLY** 42:7
**PROGRAM** 57:11 92:15,16 98:18 150:13
**PROGRAMS** 19:22 64:15 150:23
**PROGRESS** 119:24
**PROHIBITIVE** 9:23
**PROHIBITS** 7:7
**PROMISE** 123:12 143:2 179:4
**PROMISED** 6:11 22:12 35:13 91:6 112:22 139:23 140:8 179:8
**PROMISES** 89:25 103:8 142:11 164:9 169:15 170:2,9
**PROMPT** 191:24
**PROMPTED** 214:17,19
**PROMPTLY** 198:21
**PRONOUNCE** 218:13
**PROOF** 98:20 191:18
**PROPER** 61:4 188:19
**PROPERLY** 56:3 152:23
**PROPERTY** 17:2 145:18 194:3
**PROPOSITION** 167:11
**PROSECUTED** 142:7
**PROSECUTING** 44:16
**PROSECUTOR** 44:17 149:3,6
**PROTECTED** 49:3 50:15 162:19
**PROTECTION** 78:25 213:17
**PROVIDE** 16:5 47:21 55:17 96:8 122:12,13,14 161:3 168:9
**PROVIDED** 11:3 47:15 79:6 80:19 121:2,21 122:9 148:11 161:13 168:3 202:1 224:25
**PROVIDER** 106:8 121:20
**PROVIDERS** 121:3,11,14 202:8
**PROVIDES** 46:20 136:4 167:25
**PROVIDING** 121:11 127:5 202:2
**PROVING** 96:8
**PRUDENT** 160:11
**PUBLIC** 8:4,7 9:2 17:6 42:9
**PULL** 111:21 171:9 217:9
**PULLED** 144:24 162:23 217:7
**PURCHASED** 46:19
**PURCHASES** 44:14
**PURCHASING** 141:19
**PURPORTEDLY** 168:1
**PURPOSE** 207:24
**PURPOSES** 160:5 216:23
**PURSUANT** 155:21
**PURSUED** 213:12
**PUSH** 84:18
**PUT** 13:22 19:22,23 20:10 22:4 23:8 24:19 25:9,21 53:21 107:4 133:24 134:10 137:4 144:19 155:22 189:21 201:7 204:17
**PUTTING** 194:3
**P-H** 211:17
**P.M** 119:11,15 120:12 186:8 187:14 189:13,24 191:8,12,17 191:22 193:3,8 194:1,7,18 210:14

**Q**

**QUALIFIED** 33:2
**QUALIFY** 57:10 64:21 150:12,18 150:21,22
**QUARTER** 116:18
**QUESTION** 28:24 43:16 109:21 112:12,17 116:9 120:9 128:13 129:5,6 130:1,12 133:8,24 134:10 148:18 156:18 163:19 165:12 168:12 169:10 171:2 175:17 195:20 196:1,5 201:22 202:3,21,24 203:11 211:22 212:11
**QUESTIONED** 102:18 106:24
**QUESTIONS** 61:16 64:14 74:23 121:6 123:21 132:4 168:10 175:11 178:5 206:8 215:11
**QUICKER** 63:17
**QUICKLY** 227:3
**QUIT** 174:2
**QUITE** 12:10 116:4
**QUOTE** 28:22 29:8,19 63:21 154:12 197:14
**QUOTES** 197:11

**R**

**R** 1:17 219:4 221:7,16 232:3
**RAISE** 17:15 30:18 41:5 86:6 100:6 172:20 211:6
**RAN** 159:13
**RATE** 21:10,15,16 33:7,16,18 37:16,16 103:10 115:21 116:13 116:16,18,19,23 117:5 145:1 215:1
**RATES** 19:17 117:4
**READ** 11:12 50:25 76:3 95:3 98:25 99:1,2 121:16 125:3 138:19,23 146:14 147:10,24 153:17,19 154:5,10 159:21 161:8,10,18,20 161:24 162:2,21 163:15 200:6 202:7
**READING** 59:2 159:11 165:7,8 223:10
**READS** 224:6
**READY** 181:11 230:22
**REAL** 32:1 48:13 122:10 147:13 227:3
**REALITY** 61:21
**REALIZE** 15:14,15
**REALIZED** 158:16
**REALLY** 33:1 36:3,9 43:17 44:8 78:25 83:13 88:12 93:21 122:4 128:17 133:22 138:7 146:14 149:5 150:6 156:9,17,23 165:15 168:21 169:22 170:7 172:4 177:2 180:4,11 182:24 209:6 214:24 223:14
**REASON** 20:2 148:14 165:13 180:10
**REASONABLE** 14:16
**REASSURE** 75:8
**REBUT** 141:20
**REBUTTAL** 141:18
**REBUTTALS** 141:17,24 142:3,4,21 144:6
**RECALCULATE** 19:22,24 20:2
**RECALL** 35:16 96:15 102:12 126:13,15,16,20 154:14 166:13 169:15 185:3 187:18 188:19 190:2 193:7 207:9 215:23
**RECEIPTS** 39:16
**RECEIVE** 8:8 47:22 79:25 88:4 101:17,20 107:18 110:23 111:4 174:15 179:11 187:2 209:5,8,11 209:19
**RECEIVED** 2:16 20:3,22 26:10 61:8 63:2 66:25 68:9 70:15 74:17 78:2 80:12 82:3,21 88:15 89:7 102:8 105:24 106:10 107:25 108:2 118:23 167:19 178:9 179:13 180:15,17 184:9 185:1 189:21 193:4 194:12 201:15 205:8 207:3 208:9,17,24 209:6 209:12,16 221:20 223:15 224:22 228:7,22
**RECEIVER** 1:16 4:18 5:1,10 6:1 7:18 12:8,21 15:22 40:24 42:13 42:14 45:7 54:6 80:22 129:15 132:1,6 136:20 139:14 140:9 155:8,14,22 156:14,21 161:12 161:19 162:11 164:7 200:19,19 203:13 205:2
**RECEIVERSHIP** 130:19 166:17
**RECEIVER'S** 12:9 16:2
**RECEIVING** 159:2 214:24
**RECESS** 56:2 84:1 85:22,23 172:9 172:12,13 212:7,15 229:13,17 230:4 231:2,14
**RECOGNIZE** 66:4 74:6 199:1
**RECOLLECTION** 88:25 114:16
**RECONVENE** 231:16
**RECORD** 18:3 31:4 41:13 48:25 61:3 83:18 86:14 100:14 139:7 154:18 158:20 162:9 173:3 193:18 211:15 218:25
**RECORDED** 82:23 83:2,4 188:2
**RECORDING** 180:22
**RECORDINGS** 95:3
**RECORDS** 35:8 49:8,8,10,17,22 52:20 118:22 143:14 157:17 166:25 191:5 193:21 214:11 218:4
**RECROSS** 2:5 123:21,23 170:17 170:19 208:12,14
**RED** 73:23,25 74:1,1,2,10 215:18
**REDINGER** 40:6
**REDIRECT** 2:5 30:5 40:12 99:18 123:7,8 162:5,7 203:12,16,17
**REDOING** 23:1
**REDUCE** 83:11 103:18 178:19,22
**REDUCED** 110:24 112:20 115:22 116:1,13
**REDUCTION** 33:24 72:5,21 79:12
**REFER** 50:7 57:11 68:21 71:19 150:13
**REFERENCE** 226:4
**REFERENCED** 99:6 137:22
**REFERRALS** 79:2
**REFERRED** 28:19 46:9 64:22 118:1 145:14 146:20 148:20 151:1 154:11 161:2 224:14
**REFERRING** 59:1 81:12
**REFERS** 70:20 145:10
**REFINANCE** 21:6 73:6
**REFLECT** 29:17 118:22 193:21
**REFLECTED** 28:22 98:10
**REFRESH** 88:25 114:16
**REFUND** 29:20 37:21
**REFUNDED** 9:16 25:16 26:12,14 26:21,25
**REFUNDS** 126:19 161:15
**REFUSES** 158:7
**REGARD** 84:23 137:7 156:19 185:1 227:18
**REGARDING** 5:6 31:22 95:4 99:8 121:10 148:19 153:18 154:1,3 160:25 213:25 214:25 215:12 216:2,9 221:19 222:3,17
**REGARDS** 171:4
**REGISTERED** 101:12
**REGULAR** 104:4 144:12
**REGULATION** 222:3,10,17 225:11 225:20
**REGULATIONS** 221:18,21
**RELATED** 39:9 158:15
**RELATIONS** 121:9
**RELATIONSHIP** 122:18 145:1 148:2 195:16
**RELATIONSHIPS** 202:6
**RELATIVES** 194:15
**RELEASE** 158:7
**RELEASING** 158:13
**RELY** 230:21
**REMAIN** 5:4,7 17:15 18:22 30:18 41:2 86:6 100:6 172:20 211:6
**REMAINING** 147:8
**REMARKS** 8:11
**REMEDY** 6:3
**REMEMBER** 21:25 44:2 52:18,19 64:3 77:8 89:6 103:3 116:15 117:7,24 119:20,21,25 120:13 120:14 125:20 126:5,14 131:6 132:3 147:19 153:15,16 155:3 159:23 161:18 163:17,20 166:12 166:24
**REMIND** 124:15
**REMODIFIED** 176:14
**REMODIFY** 176:1
**REMOTE** 139:24
**REMOVAL** 129:5
**REMOVE** 53:13
**REMOVED** 121:22
**RENEGOTIATION** 6:23,25
**RENT** 16:14
**REO** 39:17
**REOPENED** 16:24
**REP** 94:2
**REPEAT** 192:16
**REPEATING** 136:10
**REPLETE** 15:12
**REPLY** 181:19
**REPORT** 125:5 218:1
**REPORTER** 1:20 18:4 31:4 41:13 86:15 100:15 173:4 211:16 232:10,20
**REPORTING** 65:6,14 66:18
**REPORTS** 217:9
**REPREHENSIBLE** 16:13
**REPRESENT** 5:23 58:12 63:14 180:16 231:13
**REPRESENTATION** 67:11 122:22
**REPRESENTATIONS** 48:2 97:23 148:12
**REPRESENTATIVE** 16:3 20:23 35:17 99:9 127:15
**REPRESENTED** 35:16 96:3 192:18
**REPRESENTING** 118:14 186:14 200:8
**REQUEST** 7:10 130:15 167:4 191:14 215:7
**REQUESTED** 10:13 106:4 129:14 216:2
**REQUESTING** 5:24 7:16 197:9
**REQUESTS** 80:20
**REQUIRED** 9:22
**RESCUE** 6:10 214:25
**RESEARCH** 153:25 154:3 213:15 213:25 214:13 215:5,10,10 216:17 217:2 218:3
**RESEARCHING** 214:6 217:1
**RESIDENTIAL** 42:22
**RESOLVE** 35:15 79:8
**RESOLVED** 25:21
**RESPECT** 112:8 163:5
**RESPONSE** 11:15,25 18:21 28:9 44:3 186:11 221:17 222:9,20
**RESPONSIBILITY** 152:21
**RESPONSIBLE** 121:21 122:22 152:12 209:18
**RESPONSIVE** 195:24
**REST** 221:4
**RESTRAINING** 168:16,17 205:3 210:14,18,24 211:23 212:2
**RESTRUCTURE** 21:5
**RESUBMIT** 119:16 212:4,7
**RESULT** 22:12 35:13 101:9 143:11
**RESULTED** 36:23
**RESULTS** 22:14 116:4 122:8 126:19 201:25
**RETAINED** 107:20
**RETAINER** 67:8
**RETIRED** 173:24,25
**RETIREMENT** 177:9
**RETURN** 12:22 85:7,10,15 107:2 119:6 172:10 179:4 181:23 182:1,2,2,3 191:9 229:14,15
**RETURNED** 9:25 119:7,8 124:11 148:16
**RETURNING** 191:24
**RETURNS** 188:7 191:19
**REVIEW** 75:13 127:10 139:11

144:4,5 159:3,6 162:10 213:10
**REVIEWED** 11:20,21,22 35:18,18 150:23 161:12 162:12 163:7,8 164:14
**REVIEWING** 126:17
**RID** 176:1
**RIDICULOUS** 12:15
**RIFFLING** 12:19
**RIGHTFULLY** 58:22
**RIGHTS** 13:16 70:6 141:9 150:19
**RING** 115:15
**RIP-OFF** 125:5
**RISK** 152:5 185:20,24
**ROBINET** 71:15 72:16 82:16
**ROLE** 164:6 221:5
**ROOF** 138:5
**ROOM** 11:11 43:6,6,7,15,16,19 44:10 48:7 56:14 60:18 62:2,4,6 63:7,7 64:4,5 65:4 66:11 67:19 71:13,13 73:2,10,16,17,19,19,23 73:25 74:2,10 76:8 78:11 81:21 85:16 137:6,21 141:11,16 142:17 149:19 160:17 162:13 213:23
**ROOMS** 44:15 46:13 58:4 62:5,6,8 62:10,12,14 70:4,4 73:16 142:6
**ROSTER** 44:5,9
**ROUGHLY** 84:25 117:4
**ROUTE** 58:17
**ROWS** 43:8
**RPR-CM** 232:19
**RULE** 5:3 7:9 164:4
**RULES** 213:20,21
**RULING** 210:22 211:1
**RUN** 31:21 152:14 186:5,7

**S**

**S** 1:21 51:9 62:16 63:8,9 64:6 65:6 65:10 66:18 160:2 221:23
**SAKE** 58:25 224:10
**SALARIES** 16:16
**SALE** 58:5,9 119:18
**SALES** 7:9 10:7 14:21 17:3 44:14 45:14 46:1,10 48:20 49:6 56:12 56:16 62:13 63:7 71:21 72:10 76:17 82:23 83:2,17 125:21,21 125:23 127:11,17,19 128:14 129:21 131:9,13 134:14 137:4,6 139:25 142:17,22 146:10 149:1 149:13 151:15,15,16 155:10 156:6 160:12,13 161:20 163:7,8 164:4,16 166:16,18 167:15,16 170:4,10 171:25 213:23
**SALESFORCE.COM** 48:11
**SALESMAN** 46:23 57:5 59:17 61:13,18
**SALESMEN** 46:13
**SALESPEOPLE** 70:24 81:19 131:25 132:5,7 133:1 134:6 140:12 165:13,14,18 166:1,13 166:15
**SALESPERSON** 47:9 61:13 72:18 149:9
**SAT** 12:9 15:3 126:2 156:5
**SATELLITE** 167:15
**SATISFACTION** 103:7 111:2
**SATISFIED** 148:14
**SATISFY** 140:10
**SATURDAY** 196:25
**SAVE** 9:3 71:23,25 145:2
**SAVED** 21:17 143:3
**SAVING** 58:17,20,21 116:24 117:9 122:14 143:1 199:12
**SAVINGS** 117:3,4
**SAW** 42:23 52:3 64:25 76:14 80:24 82:16 114:18 122:1 131:7 145:14,19 146:10,15 160:23 161:7 162:18,22 195:4,6
**SAYING** 12:12 65:20 72:18,19 90:16 106:8 108:1 133:19 151:3 151:11 196:19
**SAYS** 13:17 33:1 46:23,24 47:2,10 57:4,9 58:5,11 59:11,24,25 60:13,14,18 62:15 64:11,21,22 65:5,12,13 66:9,18 70:5 71:1,15 72:2,21 74:7 75:7,20 76:2 77:12 78:9 79:19,23 80:4 107:5,8 114:5,19 121:1 141:8,17 144:4,5 144:23 147:13,23,25 149:21 150:17,20 157:22 175:25 180:23 180:23,25 182:6,10 187:20,24 190:22 207:13,16 218:20 223:19
223:21,22 227:2,8
**SCAM** 6:10
**SCAMMED** 6:8 28:21
**SCHANZLEH** 1:19 232:10,19,19
**SCHEDULE** 60:19 61:14 84:10 143:22 144:1,2,11
**SCHEDULED** 158:8 177:11
**SCHEDULES** 8:10
**SCHOOL** 42:5,6
**SCOPE** 170:25
**SCORE** 150:22
**SCRIPT** 46:15 64:19 70:19 78:17 164:25 165:8
**SCRIPTS** 46:14 49:1 140:13,14,16 140:22 164:13
**SEAN** 1:6 4:13 6:7 162:23 218:12 219:3,10 220:20,23 221:13,14 222:12,22 223:5,25 224:6,16 225:15 226:11 227:2,8
**SEATED** 4:3 17:20 30:23 41:10 43:8 85:25 86:11 100:11 172:14 172:25 211:12
**SECOND** 57:23,23 62:4 69:7 73:5 106:6,7 109:21 114:23,24 115:3 116:25 137:4 175:25 181:1,10 183:10 188:21 204:17 205:8 209:1 221:25 222:14
**SECONDLY** 11:18 14:13
**SECRETARY** 137:5 214:13 216:18 217:2,13,24 226:20
**SECTION** 7:6 42:9 164:3 213:21 223:21
**SECTIONS** 45:14
**SECURITY** 207:15,18 223:21
**SEDRICK** 222:15
**SEE** 11:6 12:1 32:20 45:3 47:5 48:23,24 50:15 57:3,13 58:25 62:17 64:14,23 65:16 68:23 71:10,16 72:12 77:4 78:20 79:11 80:23 81:1 84:2,15 85:21 114:8 119:23 130:24 131:1 139:11,19 140:12 144:3 145:16,17,18 149:18 150:20 160:20 162:18 181:22 183:24 189:21 191:5 195:9 197:11 208:3 215:7,8,15 215:16 218:19 219:18 220:11 223:2,23 224:2
**SEEING** 149:5 216:12
**SEEKING** 155:4
**SEEN** 29:16 57:12 68:23 81:17 125:18 143:14 154:19 156:24 157:19 161:6,9 168:18 171:24
**SELLING** 63:13 131:12
**SEND** 79:23 94:2 106:3 176:18 182:20 183:1 198:14 205:25 206:3,6
**SENDING** 25:16 90:19 188:7
**SENDS** 80:17 182:10 215:18
**SENIOR** 213:4 224:23
**SENT** 23:7 60:14 88:22 96:21 105:13 107:19 176:25 178:3 181:2,14,25 182:21 188:23 189:5,7 190:10,11,16 191:6,7 192:4,6 205:9 206:7 209:10
**SENTINEL** 215:5
**SEPARATE** 8:24,25 10:23 15:15 17:7 117:1,1 159:20 169:12 185:19
**SEPARATION** 64:23
**SEPTEMBER** 25:23 26:12 29:11,14 36:13 126:10 174:16 183:5,8,9 183:24 199:18 222:1
**SERIES** 58:8 226:13
**SERVE** 209:21
**SERVED** 212:10 228:15
**SERVER** 44:21
**SERVICE** 16:5 38:12 59:23 61:17 74:5,23 95:13 121:3,14,20 141:19 152:24 166:8 171:18 186:11 202:8
**SERVICES** 17:3 22:21 23:8 24:20 25:10,17,24 26:25 28:22 29:8,20 30:2 45:16 47:15,19,21 58:6 60:3 63:16 67:8,10,13 80:19 90:23 95:1 104:9 106:9 117:10 121:2,8,12,21,22 122:9,12,15,19 122:20 127:5 136:5 146:23 147:13,25 148:13,20 167:24 168:3,9 171:18 185:11,13 196:9 196:10,12,13,20 199:17 201:25 202:2 222:2,16,25 223:16
**SERVICING** 45:23,24
**SESSION** 85:24
**SET** 56:22 92:14 98:18 170:22 232:16
**SETTLEMENT** 115:14 131:2 148:3 148:6,8
**SETTLEMENTS** 117:2
**SETUP** 83:19 137:8
**SEVEN** 22:11 34:2,13 104:10 110:22 111:8 160:24
**SFLAW.ORG** 106:16
**SHEET** 61:15 62:16 63:8 65:10 106:15,16 142:10 150:6
**SHEETS** 142:5
**SHE'S** 193:9
**SHORT** 165:20
**SHORTLY** 188:16
**SHOULDN'T** 166:20
**SHOW** 6:6 13:24 65:14 68:6 69:22 70:11 76:21 81:10 82:7 104:20 114:17 128:20,25 141:1 142:10 144:21
**SHOWED** 104:16 105:3
**SHOWING** 9:12 11:20,21,22 71:24 226:21
**SHOWN** 13:3 210:17
**SHOWS** 61:13 144:13
**SHUT** 50:10 152:6 159:7,8 160:8
**SIC** 78:25
**SIDE** 32:5 62:6
**SIESTA** 166:2
**SIGN** 44:5 165:24 195:8 201:12 202:18
**SIGNATURE** 107:5 218:21 220:4 220:22 223:25 224:6
**SIGNED** 27:13,16,17,22 28:1,9 39:3 44:9 49:2 50:22 89:4 96:17 97:1 177:1 178:4 185:7 196:15 199:16 221:14,22 222:11,21,22 223:3,5,13 226:8,9,23,25 227:3
**SIGNER** 218:16 219:4
**SIGNIFICANCE** 216:25 221:5
**SIGNIFICANT** 152:7
**SIGNIFICANTLY** 14:20 81:5 116:13
**SIGNING** 148:15
**SIGNS** 42:23
**SILENCE** 126:12
**SIMILAR** 69:1 97:24
**SIMILARITY** 169:6,8
**SIMPLE** 128:17
**SIMPLY** 13:17 52:19 63:21 148:24
**SINGLE** 14:4 16:14 131:20 143:7 149:9,11 150:9 155:19
**SISTER** 117:18,21
**SIT** 15:7 28:14 29:25 98:13 128:4,5 131:8 146:19 157:13
**SITE** 43:21 50:1 52:4,9,10,12,15,17 53:13,16 54:4,8 80:23 108:24 111:21,22,23 112:10,12 225:5 228:24
**SITES** 125:5
**SITTING** 27:23 143:18 147:5 154:22
**SITUATION** 35:24 182:8
**SITUATIONS** 57:12 68:22
**SIX** 22:11,21 31:20 33:17,23 34:19 47:18 66:9,10 75:21 77:4 104:10 118:10,15 123:3 157:20 160:24 176:9,13,15
**SIXTY-TWO** 113:10
**SKIPPED** 221:9
**SKY** 176:5
**SLASH** 65:6 66:19 195:13
**SLEEPING** 98:3
**SLIDE** 18:1 30:25
**SLOW** 10:18 32:1 148:9 174:8
**SMALL** 122:3
**SMALLER** 119:24
**SOCIAL** 223:21
**SOFTWARE** 48:11 83:18 154:11,17 154:18
**SOLD** 38:4,7,10,11 200:7,11
**SOLEMNLY** 17:16 30:19 41:6 86:7 100:7 172:21 211:8
**SOLICIT** 47:1 92:24 111:5,7
**SOLICITED** 44:13
**SOLUTION** 225:13
**SOLUTIONS** 115:15,18
**SOMEBODY** 22:3 43:6 57:18 70:20 74:23 76:3,9 88:5 101:18 129:19 141:19 166:4 178:15 200:10
**SOMEBODY'S** 77:9 143:2 174:16
**SON** 209:22
**SOON** 186:7 188:16
**SORRY** 20:20 44:23 64:9 65:24 66:6 76:20 78:6 105:14 127:3 132:11 140:6 141:4 146:2 148:11,18 150:17,20 155:24 165:7 178:25 196:2,16 200:12 221:10,11 222:6 230:19
**SORT** 45:5 46:17 129:16
**SORTS** 50:16 59:18
**SOUNDED** 147:17
**SOUNDS** 133:22 176:5
**SOUTHERN** 1:1 42:11 232:7,11
**SO-CALLED** 149:11
**SPACE** 136:24,25 137:1,4
**SPEAK** 15:13 17:23 30:24 35:5 43:21 63:14 86:12 87:9 92:3 93:5 100:12 120:1 123:16,25 129:2 165:14,16,23 166:7 173:1 192:14 197:24 211:13 214:21
**SPEAKING** 43:23 45:3,4 71:16 97:25 140:10 151:21 165:18 169:14
**SPECIAL** 212:25
**SPECIALIZE** 78:24
**SPECIALIZES** 47:4 57:12 150:14 150:19
**SPECIFIC** 148:5 215:8
**SPECIFICALLY** 10:11 37:1 102:11
**SPECULATION** 38:20
**SPEED** 147:7 224:10
**SPELL** 18:4 31:4 41:13 86:15 100:15 173:4 211:16 218:14 222:6 225:16
**SPELLED** 18:7
**SPEND** 162:17 199:11
**SPENT** 27:5 44:16 45:2 162:16 163:10 169:14 212:24
**SPOKE** 34:20 43:18,22 50:4,4 51:1 119:11,23 120:6 131:24 140:8 146:15,15 152:20 153:13 166:7 187:14 191:12,18 192:3
**SPOKEN** 74:2 131:17,20,25 132:5 149:9 165:13
**SPORT** 169:15
**SPREAD** 47:17
**SPRINGS** 14:9 27:18 28:7,18 51:2 51:10 94:25 159:12 160:2
**STACK** 11:7,12 140:15
**STAFF** 47:10 63:14 70:21 71:1,15 75:19 83:14 106:12 107:11 166:10 168:25 170:10 185:7
**STAIRWAY** 42:23
**STAMPED** 223:15
**STAND** 17:14 27:23 30:17 43:24 58:13 86:5 100:5 132:20,20,21 132:22 147:5 172:19
**STANDING** 17:15 30:18 41:2 86:6 100:6 172:20 211:6
**STAPLE** 115:6
**STARRED** 126:11
**START** 13:22 94:13 104:13 108:2 124:25 140:22 141:7 155:10 173:21 175:1 177:2 196:7 199:17 204:19 216:4
**STARTED** 26:9 34:13 35:7,21 36:5 58:24 91:3 92:11 93:3 106:23 173:25 174:4,7,7 175:10 183:3 206:7 216:4
**STARTS** 68:14 85:8
**STATE** 9:9,11,23,25 10:10 11:18 15:11,20 18:3 31:3 41:12,23,25 68:18 83:19 86:14 100:14 126:10,18 135:1 154:4 160:24 161:21,23 173:3 175:13 202:5,9 202:15,17 211:15 213:16 214:13 215:6 216:18 217:3,14,24 225:10,11 226:18,22
**STATED** 29:9,22 76:13 91:8 190:17 232:15
**STATEMENT** 2:3,4 16:19 106:8 108:9 130:6 149:11 167:20 183:23
**STATEMENTS** 4:22 24:16 167:19 183:18 188:8
**STATES** 1:1 6:9 9:21,21 51:6 70:21 202:7 226:13 232:6,11
**STATE'S** 226:21
**STATING** 23:7 94:3
**STATUS** 194:9
**STATUTE** 154:9
**STATUTES** 153:17 154:5

**STATUTORY** 154:5
**STAY** 25:15
**STAYS** 69:8
**STEALING** 51:2
**STENO** 57:19 59:12 72:11
**STEP** 17:14 30:8,17 40:14,15 43:24 84:3,5 86:4 99:21,21 100:5 124:4,4 139:21,22,22 140:7 172:8,8,19 184:8 210:6,7
**STEPHEN** 2:14 211:17 212:17
**STEPS** 79:7
**STICKER** 104:22 204:15,17
**STICKERS** 55:11,13,15,18 56:3
**STIPULATE** 15:4 129:18
**STIPULATIONS** 136:1,2
**STOP** 6:1 10:24 23:8 24:19 25:6,9 25:21 26:16 63:18 90:18 96:14 109:8 143:1 187:17 192:14 199:7,8 201:18 202:25
**STOPPED** 17:4 25:17 35:7 46:1 151:15 199:9 200:25 205:17
**STOPPING** 205:3
**STRAIGHT** 60:1
**STRAIGHTENED** 177:24
**STRAIN** 87:23 173:19,23
**STRATEGY** 83:5
**STRATTON** 63:9 64:7 65:1 80:24 101:23 102:20 106:13 107:7,12 108:6,13,23 109:5,17 111:20 112:10 114:5,9,19 118:1,7,14,18 118:23 123:11,12
**STREET** 87:1 137:23 173:14
**STRESS** 72:3
**STRETCH** 72:8
**STRIP** 14:5
**STRONG** 63:12
**STRUCTURE** 134:11,13,17
**STRUGGLE** 32:21
**STRUGGLING** 57:6 68:15 71:20 150:4 165:5,10
**STUFF** 90:3 92:16 119:25 122:6 154:6 162:24 167:2,3 176:18 177:1
**SUBMIT** 182:14 227:17
**SUBMITTED** 7:25 126:18 157:22 182:17 211:22 222:24
**SUBPOENA** 18:13
**SUBPOENAED** 18:20
**SUBSEQUENTLY** 178:1
**SUBSTANTIAL** 13:18
**SUBSTANTIALLY** 6:11,16 7:2,4 83:11,13 123:13 163:12 164:11 179:5 184:18
**SUBSTITUTE** 207:15,18
**SUCCEED** 7:14
**SUCCESS** 8:2 13:18 57:13 68:23 169:13
**SUCCESSFUL** 6:17 48:1
**SUCCESSOR** 45:24 169:5
**SUCCESSORS** 168:22
**SUED** 10:2 47:19 51:1 60:7 122:20 136:22 185:21,23,24
**SUFFER** 87:23 97:24 98:2,8 173:19
**SUGGEST** 76:12
**SUGGESTED** 61:17 75:24 76:10
**SUGGESTS** 6:23
**SUIT** 50:25 51:7,14
**SUITED** 64:15
**SUM** 32:25 72:8
**SUMMARY** 141:17
**SUMMERY** 225:9
**SUNDAY** 130:25 156:5 196:25
**SUPERVISOR** 76:8 120:6
**SUPPLEMENTAL** 228:18 229:2
**SUPPLIED** 20:4
**SUPPORT** 13:6,7 121:5 129:24 136:5 146:6 170:9
**SUPPOSED** 72:19 201:23
**SUPPOSEDLY** 71:12
**SURE** 17:23 18:13 23:15 26:11,20 27:19 41:4 53:22 54:16 60:12 64:10 76:22 81:3 83:23 106:16 106:21 115:3,6,24 128:18 131:4 142:13 143:13,22 144:19 166:1 167:15 168:7 169:17 196:8 212:7 218:13 230:22 231:6
**SURETY** 207:14,18
**SUSPECT** 213:19
**SWEAR** 17:16 30:19 41:6 86:7 100:7 172:21 211:8
**SWORN** 19:3 31:10 41:20 86:21 100:21 173:10 212:18
**SYSTEM** 48:11,14 76:14,16 217:6
**SYSTEMICALLY** 6:8
**SYSTEMS** 11:24
**S/CARL** 232:19

**T**

**T** 189:14 222:13 232:3,3
**TABLE** 2:2
**TACTIC** 61:16
**TACTICS** 141:11
**TAINT** 49:16
**TAKE** 4:21 9:4,7 10:15 14:3 15:7 15:10 17:7 35:14,22 37:15,15 52:2 53:4,16 58:13 79:7 84:19 84:24 104:13 107:22 108:21,25 119:18,19 127:5 142:9,24 161:3 172:9 176:7 177:10,18,20 181:16 183:23 184:8 187:25 198:12,13 199:8,10 202:20 204:19 207:23 213:18 215:14 217:24 229:8,9,10,21
**TAKEN** 29:2 53:24 56:11 95:8 108:10 109:16 148:21
**TAKES** 6:19 67:10,14 79:9
**TALK** 11:11 15:7 33:9,20 37:13 57:18 92:19 127:12,23 153:3 155:6,24 175:5,22 180:5
**TALKED** 21:4,22 36:25 93:19 123:17 166:12 167:7 188:3 189:11 205:25 206:11,11
**TALKING** 27:23 36:16 43:5 52:15 65:19 72:19 75:5 98:1 106:11 111:18 119:24 124:25 126:20 133:17 137:16,22,23 174:16 175:10 206:5
**TALKS** 59:19 63:11
**TALLAHASSEE** 222:25
**TAMA** 1:16 4:17 12:20
**TAPED** 142:4
**TASK** 74:8
**TAUGHT** 150:10
**TAX** 17:2,3 179:2 181:23 182:1,2,2 182:3 188:7 191:19
**TAXES** 17:3 97:19,21 103:16 146:8
**TEA** 178:24
**TEAM** 15:18 49:16 72:5 127:20
**TECH** 171:8
**TECHNIQUES** 141:16 164:16
**TECHNOLOGY** 171:8
**TELEMARKETING** 7:8 43:16 58:4 61:15 83:5 111:14 164:4 213:23
**TELEPHONE** 43:7 44:14 160:5,6 174:15 187:15 188:2 232:21
**TELEPHONES** 43:8
**TELL** 12:10 20:12 25:7 35:17 39:14 42:2 43:19,23,24 45:12 46:25 51:25 53:24 59:9 69:6 81:15 86:24 88:7 90:5,10,13,21 98:2 100:24 101:4,25 102:11,15,24 104:8,8 105:12 106:3 128:6 140:20,23 141:15 142:17 143:21 147:23 149:19 150:2,2 152:23 153:1,4 155:2 164:19 166:20 174:19,22,25 176:24 177:18 178:15,19 179:17 180:9,10 184:1 186:18 187:20,21 192:25 196:11,14,17,22 197:19 200:3 200:11
**TELLING** 40:6 95:25 96:22 106:7 149:8,12 151:6,8 164:24 197:23 200:19 201:20
**TELLS** 6:15,21 14:14
**TEMPORARY** 4:18 42:14 155:22 166:17 168:16 205:2 210:14,24 211:23 212:2
**TEN** 130:12 230:11
**TENDERED** 54:20
**TENTH** 9:14 11:20
**TERM** 44:10 46:12 138:1
**TERMS** 34:4 35:2 81:4 83:6 148:7 171:17 191:13
**TESTIFIED** 19:3 31:10 38:17,23,25 41:20 46:21 86:21 95:23 96:13 100:21 110:6 115:12 120:16 147:17,22 164:8 173:10 208:16 208:24 212:18
**TESTIFY** 151:13
**TESTIFYING** 13:23 151:2 159:16
**TESTIMONY** 6:6 7:25 8:11 11:3,15 12:20 17:16 30:19 41:6 84:21 85:2 86:7 96:15 98:13,19 100:7 124:12 130:3 143:13 147:19 148:24 149:15 150:1 154:14,23 154:25 157:4 163:21 171:10 172:21 208:19,21 211:8 232:16
**TEXT** 44:14
**THANK** 5:12,14 8:17,18 17:9,10,20 18:9,24 19:1 21:1 24:4 30:4,7,14 30:15 31:6,8 34:24 38:16 40:11 40:14,20,21 41:16,18 59:5 62:23 75:18 77:23 84:4,6 86:11,18 87:11 89:14 91:24 99:16,20 100:1,18 102:6 108:17 109:3 112:14 115:4 123:6 124:2,10,14 128:18 170:16 171:23 172:6,7 173:7 203:10 210:5,6,12,20 211:2,12,19 213:9 216:15 217:16 223:18 226:2 229:20 230:3 231:10
**THANKSGIVING** 26:22 165:19
**THEY'RE** 122:3,3 172:4 194:23
**THEY'VE** 48:16
**THING** 15:24 22:1 26:7 32:6 36:8 36:10 46:10 84:7 90:2 93:13 94:2 128:9,24 144:14 189:2 200:8,9 202:16
**THINGS** 22:5 26:9 44:4 45:5 47:24 58:8 59:18,19 61:18,24 74:24 83:16 84:19 92:3 94:1 107:19 111:14 133:4 136:11,18 139:13 139:15,25 144:3 149:18 150:14 155:5 157:7 160:4 167:22 169:9 170:4 214:14 221:3
**THINKING** 36:7
**THIRD** 51:22 52:12 56:12 75:17,21 75:21 79:19 137:6 167:16 168:21 183:12 189:12
**THIRD-PARTY** 195:10
**THIRTY-TWO** 71:3 101:14 111:12
**THOUGHT** 19:17 36:8 91:14 108:13 109:22,23 144:10 145:12 171:16,16 176:10 177:15,21 178:6 180:12,13 183:3 184:15 195:6
**THOUGHTS** 175:2
**THOUSAND** 6:20 16:23,24,25 17:1 34:11,14 113:10 133:14,15 156:22 178:24
**THOUSANDS** 6:8 116:3 117:9,9 129:23 145:2
**THREAT** 17:7
**THREATENED** 118:11
**THREATENING** 93:16
**THREATS** 10:12
**THREE** 8:21,24,25 9:19 16:23 17:7 22:8 24:11 26:3 29:16 33:13,14 35:6,15,22 47:12 57:2 60:8 64:1 75:2,13 77:4 88:21 102:2 107:22 113:19 117:11,16 118:10 132:6 133:15 140:9 155:8,14 157:21 161:11,19 177:20 183:7,7 185:14,15,19,20 194:2 195:17 196:24 198:19 199:15 219:21 223:2,4,25
**THROW** 199:11
**THURSDAY** 35:17 42:16 48:19 128:19
**TIE** 56:25 57:1,25 58:3,5 149:21
**TIER** 46:13 47:9
**TILL** 74:19
**TIME** 11:4 15:5,7 26:20 32:8 40:7 42:7 44:3,16 45:2 52:2,3,8 63:17 71:4 79:10 84:17 87:7 92:15 93:17 102:8 103:9,11 109:15,20 109:21 110:14,20 112:21 114:3 114:15 116:18 117:25 122:14 123:16 125:8 126:7 140:9 141:13 142:23 145:25 147:7 150:9 154:22 159:15 161:6,8 162:16,17 163:3,12 165:20,21 169:14 171:10 175:4 177:15 178:13 180:3 181:2,11,14 185:23 186:1,4 188:14,23 189:12 190:18 196:21 197:13,14 197:22 201:5 203:19 204:10,24 206:17 210:25 230:10,12
**TIMES** 22:21 60:8 107:1 127:18 180:21 196:5,24 214:23
**TIMING** 84:11
**TITLE** 138:7 220:23
**TITLED** 207:13
**TODAY** 6:6 8:1,9 18:12,20 29:25 36:23 37:8 43:12 55:25 83:15 91:17 95:24 98:13,19 105:3 154:13 196:19 201:7 210:14
**TOLD** 6:18 11:10 12:8 16:3 21:4,8 21:12 22:4 26:2 32:1 33:3,6,13 34:6,18 35:21 37:1,11,19 38:25 40:1,3,4 44:7 48:24 49:8 50:6 51:3,13 52:23,23 53:1 56:12 62:12 74:4 82:25 83:1 89:18 90:17 93:19,23 94:7 96:14 98:7 99:9 102:1,16,17 103:24 107:22 109:23 110:16 111:19 112:20 125:23 128:14,14 130:20,23 134:4,16 136:7,7,10,11 137:3 139:6,17 145:20 150:21 153:9 153:10 154:20,24 156:3,15 157:7 158:12 159:6 166:2,25 167:13,15,18 169:20 172:4 174:19 178:14 187:22 188:12 190:21 191:2 198:13 199:7 201:24 209:23 215:20
**TOMORROW** 229:14,17
**TOP** 12:19 59:11,24 60:18 62:15 64:21 65:5,13 66:18 67:23 69:7 70:5 74:7 75:20 77:3,11 80:3,5 141:8 220:7
**TOPS** 62:14 162:12
**TOTAL** 79:22 91:1 110:1,21 113:4 113:8 118:15,23 123:3
**TOUCH** 165:25 198:21
**TOWN** 128:19 181:15 209:22,23
**TRACE** 160:19
**TRADE** 1:3 4:7,8 5:23 36:12 53:12 53:25 54:3 88:23 168:13,15 199:19 213:7,8,10,12,15
**TRADITIONAL** 73:6
**TRAIN** 134:5 144:16
**TRAINED** 144:14
**TRAINING** 60:19 61:13,14 81:18 142:12 143:22 144:1,2,11,18,20 148:20
**TRANCE** 57:5
**TRANSACTION** 109:16 194:4
**TRANSCONTINENTAL** 46:16,24 64:13,17,20 68:15 71:17 150:3,5 150:7 164:18,22 165:1,5,10 170:21
**TRANSCRIPT** 1:10 232:13
**TRANSFER** 57:14 68:24
**TRANSFERRED** 57:16
**TRANSPIRED** 11:1,2
**TRASH** 52:17
**TRAVELING** 198:20
**TREMENDOUS** 79:2 129:25
**TRIED** 15:13 25:14 98:15 107:1 109:11 132:2 162:16 209:21
**TRIPLETS** 153:3,11
**TROUBLE** 11:15 31:21 32:3 44:1 48:7
**TROY** 51:6 159:7,15 182:5,10
**TRUCK** 31:16
**TRUE** 29:10,12 38:4,18 40:5 95:2,7 95:13,15,21 115:23 119:14 131:21 132:23 134:19 136:9,12 136:16 137:11 138:18 139:20 143:10 144:20 156:8,16,25 157:25 161:23,25 189:13 191:15 192:6 195:22 208:24 232:13
**TRUST** 93:8 158:2,12,14,21 203:22
**TRUSTED** 111:16
**TRUTH** 16:11 17:17,17,18 30:20,20 30:21 39:3 41:7,7,8 86:8,8,9 100:8,8,9 142:13 172:22,22,23 211:9,9,10
**TRY** 32:3 45:5 61:23 79:14,15 92:12 118:8 119:16 145:22 165:16,22 187:16 195:2
**TRYING** 19:16 23:15 32:5,7 58:5 64:3 92:17 162:25 187:17 215:24 223:12
**TUESDAY** 106:18 194:19 231:16
**TURN** 63:17 120:25 146:22
**TURNED** 106:24 126:9 173:22 176:4
**TWICE** 175:1
**TWO** 9:16 26:24 29:15,15,16 35:6 35:15,22 37:4 40:2 45:14 48:9 48:20 56:21 57:2 77:4,4 101:2 116:14 117:1,1 118:10,14 123:21 166:8 180:24 181:24 185:15,19,22 188:7 196:24 199:14,16 202:23 203:23 209:16 219:13 229:9,10

**TYPE** 7:12 63:20 207:8 215:15
**TYPES** 213:12
**TYPEWRITTEN** 218:22,23
**TYPICAL** 61:15 141:10
**TYPICALLY** 75:9 79:11

**U**

**U** 1:21 222:23 224:11,15
**ULTIMATELY** 189:5
**UNABLE** 128:12
**UNDERNEATH** 200:7 207:16
**UNDERSTAND** 12:13 23:15 28:24 38:10 46:17,24 56:19 57:16 59:15,17 61:11 62:11 67:3 68:11 69:5 70:18 71:7,8 75:23 84:13 116:9 128:18 135:9 137:6 147:5 147:5 148:22 152:10 159:12 168:5,24 187:19 201:3
**UNDERSTANDING** 21:21 47:21 49:18 54:2 63:5 74:20 78:16 80:14 81:16 82:13 151:15,16 164:7 167:24 168:2
**UNDERSTANDS** 204:10
**UNDERSTOOD** 121:18 152:21 178:12
**UNDERTOOK** 9:3
**UNDERWRITER** 137:20
**UNDERWRITERS** 137:12,13,14,15 137:17,21,22,24,25 138:1,4,5
**UNDOUBTEDLY** 16:25
**UNEMPLOYED** 96:18
**UNEMPLOYMENT** 31:25
**UNFAIR** 10:2,3 131:9,12
**UNFORTUNATELY** 194:24
**UNFREEZING** 158:21
**UNHAPPY** 12:11
**UNIT** 213:5 219:22
**UNITED** 1:1 6:9 232:6,11
**UNIVERSE** 6:15 32:6
**UNLAWFUL** 142:20 149:13,18 171:19
**UNLIMITED** 122:19,21 136:5
**UNLOCKED** 85:17
**UNSOLICITED** 174:15
**UPBRINGING** 209:24
**UPSET** 12:12
**UPSTAIRS** 48:21 54:12 60:18 81:18
**UP-TO-DATE** 118:25,25
**USE** 61:17 88:25 99:5 104:9 182:8
**USEFUL** 147:11
**USER** 127:15 155:1
**USES** 64:18
**USUALLY** 71:17
**UTILIZE** 136:2
**UTILIZED** 137:12 138:2,12
**UTILIZES** 135:25
**U.S** 42:10 78:23,25 142:6 181:5 185:15 189:14,20 194:1 198:9

**V**

**V** 224:18,22
**VALUABLE** 16:5
**VALUE** 122:14
**VANILLA** 149:20
**VARIOUS** 45:10 46:9 56:11,14,16 57:20 59:19 70:24 74:24 125:5 157:7
**VEGAS** 175:22
**VERBAL** 148:25
**VERBIAGE** 129:16
**VERIFICATION** 83:4 142:4
**VERIFIED** 136:8 164:25 169:21 170:8 188:18,19
**VERIFY** 7:24 108:4 165:1
**VERIFYING** 79:13
**VERSED** 230:22
**VERSION** 69:1
**VERSUS** 63:17 146:4,6 168:23 225:25
**VIDA** 94:22,24
**VIEW** 44:24 45:1
**VIEWING** 53:23
**VIOLATING** 213:20
**VIOLATION** 7:8
**VIOLATIONS** 7:6 13:15
**VIRGINIA** 39:17,19
**VIRTUALLY** 6:12,17 7:5 83:11 164:11
**VOICE** 95:3 120:1,2,3 169:22 186:8 191:9 193:4 194:13
**VOLUME** 1:6
**VOLUNTARY** 44:8 226:3
**VS** 1:5
**V.P** 220:5,13
**V9JM@AOL.COM** 97:2
**V9@AOL** 98:25

**W**

**W** 2:8,12 41:14,19 225:3,4
**WAGES** 174:14
**WAIT** 81:14 181:10
**WAITED** 11:13
**WAITING** 157:16 193:8 194:23
**WALK** 201:19 229:5
**WALKED** 10:22 12:16 13:8
**WALL** 63:7,24 73:1,4 82:6,12 137:23
**WALLS** 137:3
**WANT** 11:11 19:14 42:4 43:17 45:10 49:13 63:11,12 68:19 79:16 84:8 102:21 103:24 106:20 141:20,23 142:9,16,19 152:14,17 155:3 158:11 164:1 165:22 166:6 169:24 198:2 199:5 200:13 204:24 209:9 230:7,19
**WANTED** 11:5,6 18:16 23:7 92:20 102:18 175:12 177:6 181:7 190:1 194:4 203:19 206:8
**WANTS** 231:5
**WARRANTEES** 148:12
**WASN'T** 37:6 45:1 53:19 129:9 158:14 165:23 182:18,19 185:23 186:1,2 190:21 191:2 206:1
**WATCH** 40:15 84:5 99:21 124:4 129:22 172:8 210:7
**WAY** 14:21 27:4 33:6 35:12 36:5 43:17 58:17 59:15 75:4 79:1 87:17 91:21 108:4 142:19 143:9 145:20 157:18 168:19,24 174:12 184:17 197:2 206:6 217:10 230:18,19
**WAYS** 14:23 169:11
**WEB** 46:22 108:24 111:21,22,23 112:10,12 216:11 225:5
**WEDNESDAY** 200:16
**WEEK** 48:12 50:6 52:14,14 127:22 128:11 130:23 150:9 152:19 158:9 175:6,10 205:15
**WEEKEND** 48:18 155:4,6,9 161:8 161:10,11 175:7,7
**WEEKS** 132:6 140:10 155:8,14 161:12,19 177:4 209:16
**WEIGHING** 8:7
**WEIGHT** 8:8
**WELCOME** 83:6
**WELLS** 179:16 180:7,8,25 185:15 187:1,11 191:13 194:7 197:19 198:10
**WENT** 22:21 23:8 25:5,21,25 28:5 33:6 34:13,14 42:6 46:8 48:19 48:25 50:9,12,24 54:7 59:1 62:13 88:21 89:20 116:18 124:25 126:3 130:21 149:25 151:10 162:20,23 169:11 174:1 175:16,20 176:3 181:3 184:12 190:8 198:8,8,9,17 199:9,25 200:2 201:10 205:23 206:16 217:17 227:21
**WEREN'T** 129:13 162:19 165:15 171:14 200:21 201:8,8,10
**WEST** 28:6,13,15 221:18 222:3,17
**WE'LL** 58:15 90:18 155:24 176:7 178:8
**WE'RE** 73:5,7 75:1 137:23 142:12 144:24 187:25 196:16
**WE'VE** 6:5 68:22 91:10
**WHATSOEVER** 98:10 171:25
**WHAT'S** 35:24 36:23 45:15,18 47:8 50:11 58:3 61:14 90:1 98:1 108:8 113:25 114:2 119:23 141:14 142:17,20 145:6 152:10 157:6 164:13 176:6 180:12 181:10 226:6
**WHEREOF** 232:16
**WIFE** 23:6 25:15 26:8 39:19 94:22 95:4 97:4,6,10 99:13 196:22,23
**WIFE'S** 39:17 97:3 98:25 194:15
**WILLIAM** 1:10
**WILLING** 72:7 92:19
**WILSON** 101:21,22 102:11 103:21 106:11,25 107:10 111:19 123:11 174:21 177:15 178:5 185:6,10 187:22 191:3 206:13
**WISH** 57:15 68:25
**WISHES** 8:12
**WITHDRAWAL** 23:9 24:18,21
**WITHDRAWALS** 24:23
**WITHDRAWING** 26:3
**WITHDRAWN** 24:8 25:2,23
**WITHDREW** 184:1,4,7
**WITNESSES** 2:5 4:24 5:4,7 8:14 13:22 18:15 85:3 230:25 231:5
**WOMAN** 121:18
**WOMEN** 43:8
**WONDER** 104:6
**WON'T** 12:23 15:16 142:24
**WORD** 187:21
**WORDS** 42:21 49:4,5 154:15 166:24 168:7 169:11
**WORK** 12:6 13:4 14:8 19:8 25:6 26:16,16 28:19 31:15 32:2 37:6 63:11,12 65:1 78:19 79:15 85:17 92:13 95:18 101:9 104:3 107:21 118:8,10 133:11 144:2 151:12 156:21,22 166:2,3 170:7 177:8 194:4,4 199:23 200:24 203:1,5 203:14 213:9
**WORKED** 101:23 102:16,19,19 103:1,4 104:2 111:10 130:22 170:13
**WORKING** 13:6,10 43:10 89:18 93:23 97:13,15 101:10 102:15 106:23 108:22 109:12,22,24 110:12 111:19 120:6 125:7 128:23,25 138:4 152:6 158:22 162:1 177:16 191:14 194:9,23 200:20,22,25 201:8 205:20 206:9
**WORKOUT** 225:13
**WORKS** 68:22 134:17 153:11 169:21
**WORLD** 156:20
**WORRY** 33:9
**WORSE** 67:12 93:12 150:15,17
**WORST** 10:21
**WOULDN'T** 20:2,2 21:6 23:1 139:18,20,22 166:18 168:17 181:6 186:1
**WRAP** 16:18
**WRITE** 188:8
**WRITING** 144:2
**WRITTEN** 53:10 79:13 147:6 148:7 149:2 210:24 218:21 220:4
**WRONG** 13:8 126:4 129:17 142:12 155:3 182:25
**WROTE** 40:5,8 66:10 160:23 181:25

**X**

**X** 225:7,8

**Y**

**Y** 225:21,22
**YACHT** 19:9
**YEAH** 31:18 33:6,17 65:9 77:8 87:17 90:2 91:10 92:23 94:12 95:10 97:3 127:21 130:3 145:24 146:2 157:12 176:7,15 177:22 186:10,19,24 195:1,23 197:8
**YEAR** 9:17 26:22 29:7 32:11 61:21 88:14,16 89:10 91:2,3,3 101:2 116:2,3,24 173:21 174:16 212:24
**YEARS** 19:13 31:20 34:14 42:10 71:3 87:5,8 101:5,14 111:11,12 149:7 173:16,20,24 212:24,24 213:2,5,8
**YELLING** 58:7 149:23
**YESTERDAY** 156:7,10,11,12
**YORK** 137:19 181:12,16,18 193:13 194:14,19 198:20
**YOU'RE** 14:18 15:2 16:21 27:22 43:5 59:1 60:8,8 67:5 69:22 71:19 97:25 127:3 149:8,12 151:6 196:2 201:20
**YOU'VE** 157:7,19 191:5

**Z**

**Z** 226:2,3
**ZAUSNER** 1:6,6 4:13,13 6:7,8 14:2 14:3 44:6 83:1,1 128:12,12 162:17 166:9 167:19 218:13 219:3,4,10,10 220:5,13,23 221:14 222:12,22 223:5,25 224:6,16 225:15,15 226:11 227:2,8
**ZAUSNERS** 43:2,11
**ZAUSNER'S** 162:23 163:9
**ZERO** 77:4 132:10,12
**ZLOCH** 1:10 12:3
**Z-A-U-S-N-E-R** 218:15

**$**

**$1,062** 102:10
**$1,200** 103:12
**$1,500** 176:7 177:3 179:3 183:6 184:2,5,13
**$12,000** 116:2,24
**$132** 103:16,18 110:25 112:20
**$157,000** 115:21 116:2 117:6
**$2,000** 23:17
**$2,800** 109:7 110:2 123:17
**$20,000** 65:6 66:18
**$299** 110:22
**$399.99** 95:9
**$4,800** 97:11
**$400** 22:8,20 90:12 102:2
**$500** 67:9
**$600** 72:7
**$7,200** 91:4
**$700** 108:10 123:3
**$800** 113:1
**$9,000** 176:6 201:19
**$900** 72:6 103:14 113:2,7

**0**

**03** 223:13
**06** 87:17,19,20
**08** 89:11
**09-82322-CIVIL** 4:4
**09-82322-CIV-ZLOCH** 1:4

**1**

**1** 209:13,15
**1,098** 45:25 76:16
**1,500** 90:9 176:13
**1,900** 127:2
**1-25-2009** 95:17
**1-28-2009** 95:17
**1.8** 9:17
**1:15** 85:11
**1:22** 187:14
**1:28** 120:12
**1:30** 84:15 85:8,21
**10** 19:13 51:9 73:21 160:1 212:24 213:2,8
**10TH** 69:16
**10,000** 127:2
**10,998** 127:1
**10-1-2008** 95:16
**10-1-2009** 187:14 188:6 189:11
**10-14-2009** 189:24 190:4 191:8
**10-23-09** 191:12
**10-23-2009** 191:17,22
**10-28-2009** 192:2,12,17
**10-6** 189:19
**10:00** 229:15
**10:01** 192:2
**10:11** 187:10
**10:15** 229:15,17 231:16
**100** 2:11
**1003** 135:22,23
**105** 3:5
**11** 37:9
**11TH** 209:22
**11-11** 193:12
**11-11-2009** 29:21,24 193:3,8 194:1 194:7
**11-12-2009** 208:25
**11-13-2009** 192:22
**11-16** 150:8
**11-16-2009** 119:25
**11-17-2009** 119:22
**11-18** 68:1
**11-18-2009** 194:12,18 195:14
**11-19** 127:24 128:19 200:19
**11-19-2009** 126:2
**11-25-2008** 95:16
**11-5-2009** 120:5,12
**115** 2:11
**118** 9:4
**12** 3:2
**12TH** 205:14,15,18,21 208:17

**12-1** 209:12
**12-25-2008** 95:16
**12-28-2008** 95:16
**12-31-2008** 95:17
**120** 79:9
**1207** 222:8
**123** 2:11,11
**124** 2:12
**128** 173:14
**129** 224:19 225:2
**13** 116:13
**13.24** 115:22 116:19
**14** 7:22
**14TH** 223:16
**15** 2:23 11:9 155:11 172:12
**15TH** 160:2
**150** 75:19
**16** 7:23 11:8
**162** 2:12
**17** 2:24 150:8
**170** 2:12
**173** 2:13
**18** 7:23 88:20 222:15
**1804** 39:17
**184** 2:13
**19** 2:6 3:1 42:17 227:12,23,23,24 228:6,7
**19TH** 10:20 26:23 50:23 51:5,22 119:7 125:1 199:19 205:3,15
**1977** 42:6

**2**

**2** 2:20,25 149:21 220:14
**2ND** 119:10,11 183:12 184:8 232:17
**2,000** 22:17,19 23:19
**2:03** 119:11,15
**2:22** 194:18
**2:31** 191:12
**2:49** 191:17
**20** 2:19 54:24 56:6 59:1,2 61:1,7,8 77:15 106:17 172:10
**20TH** 26:23
**2002** 217:9
**2003** 223:16
**2005** 101:8
**2006** 87:18 88:19
**2008** 39:8,25 87:16 88:4 89:12 91:17 95:1 97:19 103:1 181:23 188:7,13 191:18 217:11 220:14 221:17 222:1,15
**2009** 1:11 4:2 20:20,22 24:14 27:3 29:11,14 32:13,14 39:4,23 40:5 42:17 51:5 63:8 97:19 101:17 102:5 106:17,18 119:8,15 126:10 160:3 183:24 208:17 209:15 217:11 218:2 225:6 226:1,8 227:12 231:16
**2010** 232:17
**202B** 1:22 232:20
**203** 2:13
**207** 3:6
**208** 2:13 3:7
**21** 2:19 3:4 57:24 59:1,7 61:1,7,8
**21ST** 32:10 226:8
**212** 2:14
**22** 2:19 3:8 60:22 61:2,7,8
**22ND** 226:1
**228** 3:1,8
**23** 2:20 62:21,24 63:1,2 65:17,21 149:7
**231** 232:12
**2324** 87:1
**24** 2:21 3:5 61:20 66:15,24,25 118:24 147:12,17 157:2 182:3
**249-5075** 194:8
**25** 2:21,22 68:5,8,9 69:21 133:10 133:19,21
**250** 163:17
**26** 2:23 29:14 70:10,14,15 71:8
**27** 2:6,24,25 74:14,16,17 77:20,20 78:1,2
**28** 2:25 77:15,22 78:1,2 106:18 212:23
**28TH** 177:8,8 183:5 185:11
**29** 2:25 77:15,16,22 78:1,2 225:18
**299** 1:22 232:20

**3**

**3** 3:3,6
**3RD** 221:16
**3,000** 152:4,7
**3:06** 186:8
**3:20** 191:22
**3:29** 193:3,8
**3:51** 194:1
**30** 3:2 21:17,19 72:21 79:12 80:9 80:11,12 116:3 146:22 223:13
**30TH** 182:6 183:8,9,10,11,24 184:5
**31** 2:7 3:3 81:25 82:2,3 143:20 144:21
**32** 3:4 82:18,20,21 105:7,11,16 140:22,25 141:7,12,13 142:20
**33** 3:5 105:18,19,23,24 113:19,20 114:17 120:16,18 140:18
**333-6848** 193:19
**33301** 1:23 232:21
**34** 183:17,21
**340-1210** 114:3
**340-1212** 114:1
**35** 3:6 87:5 173:16,24 204:2,3 206:22,24 207:2,3 208:16
**36** 3:7 9:11 207:12 208:5,6,8,9 209:25
**365** 61:20
**37** 3:8 228:17,21,22
**38** 2:7

**4**

**4** 2:3
**4,000** 75:3
**4-21-09** 225:19
**4:02** 194:7
**4:30** 52:6
**40** 72:21 79:12
**40,000** 48:2
**400** 90:24
**41** 2:8
**426-7460** 189:14
**48** 118:24

**5**

**5.25** 115:22 116:14,24
**5:15** 106:18
**50** 9:21,21 21:18,19 75:9 202:7
**500,000** 9:13 11:21
**5100** 53:4 114:22 168:20 221:24 222:14 227:11
**55,000** 9:11
**561** 114:1,3
**564-0885** 193:12

**6**

**6TH** 119:11,14
**6.5** 116:15
**6.75** 116:16
**6:05** 189:24
**6:18** 191:8
**6:24** 189:13
**60** 14:24
**61** 2:19
**63** 2:20 157:20
**645** 207:16 210:2
**645(F)** 207:13
**66** 2:21
**68** 2:22 118:23,23

**7**

**7** 1:11 2:4 3:1 4:2
**7-25-2008** 95:9
**7-28-08** 96:22
**70** 2:23
**702** 193:12,19
**74** 2:24
**769-5488** 1:24
**77** 32:20
**78** 2:25

**8**

**8** 2:19 231:16
**8-25-08** 95:11
**8-28-2008** 95:15
**8-31-2008** 95:15
**8:30** 52:7
**80** 3:2 14:24
**80'S** 142:7
**800** 103:13,13
**82** 3:3,4
**85TH** 87:1
**86** 2:9
**866** 194:8

**9**

**9** 2:22 3:7
**9TH** 222:1
**9,000** 176:7
**9-25-2008** 95:16
**9-28** 186:5
**9-29** 186:8 199:16,16
**9-30-09** 186:25 187:10
**9-9-2009** 185:3,6
**9:00** 52:7
**9:05** 192:12,22
**9:18** 96:22
**9:20** 189:19
**9:30** 229:15
**9:55** 119:22
**90** 79:9
**924** 189:14
**94** 2:9
**95** 22:9
**954** 1:24
**954/769-5488** 232:21