UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, PLAINTIFF, vs. | CASE NUMBER 09-82322-CIV-ZLOCH |
| FIRST UNIVERSAL LENDING, LLC, SEAN ZAUSNER, DAVID ZAUSNER, AND DAVID J. FEINGOLD, DEFENDANTS. | VOLUME 3 |
| | MORNING SESSION |

TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON WEDNESDAY, DECEMBER 9, 2009, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT: GIDEON E. SINASOHN, AND HAROLD E. KIRTZ, ESQS.

FOR THE DEFENDANTS: DAVID J. FEINGOLD, ESQ.

FOR THE RECEIVER: TAMA B. KUDMAN, AND MICHELLE R. BERG, ESQS.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

## TABLE OF CONTENTS


| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DAVID J. FEINGOLD | 3 | 60 | | |


## INDEX TO EXHIBITS


| EXHIBITS | MARKED FOR IDENTIFICATION | | RECEIVED IN EVIDENCE | |
|---|---|---|---|---|
| DESCRIPTION | PAGE | LINE | PAGE | LINE |
| DEFENSE EXHIBIT 1 | | | 4 | 13 |
| DEFENSE EXHIBIT 2 | | | 4 | 25 |
| DEFENSE EXHIBIT 3 | | | 6 | 8 |

(FORT LAUDERDALE, BROWARD COUNTY, FLORIDA; WEDNESDAY, DECEMBER 9, 2009, IN OPEN COURT.)

HE COURT: GOOD MORNING. PLEASE BE SEATED.

ALL RIGHT, MR. FEINGOLD, IF YOU WILL RETAKE THE WITNESS STAND, SIR.

MR. FEINGOLD: THANK YOU, JUDGE.

DAVID J. FEINGOLD,

BEING PREVIOUSLY DULY SWORN, WAS EXAMINED AND TESTIFIED FURTHER AS FOLLOWS:

DIRECT EXAMINATION

THE COURT: I THINK WE BROKE RIGHT WHEN YOU WERE CONSIDERING 6-A THROUGH E.

THE WITNESS: YES, SIR.

OUT OF CONVENIENCE FOR THE COURT, I HAVE BOUND ALL THE CASES THAT I REFERENCED TO AND HIGHLIGHTED THE LANGUAGE THAT I STATED YESTERDAY. I GAVE A COPY TO OPPOSING COUNSEL. IT'S IN A BINDER, AND I WILL RETURN THESE EXHIBITS TO YOU, SIR, WITH THE CASE NUMBERS ON THEM AS WELL.

THE COURT: ALL RIGHT. FINE. THANK YOU.

THE WITNESS: I ACTUALLY TODAY, BECAUSE I THINK I COULD GET THROUGH EXHIBITS EXHIBIT 1 THROUGH 5 VERY, VERY QUICKLY, GOING TO GO THROUGH THEM THAT WAY WE WILL TAKE UP WITH EXHIBIT 6. SO THE FIRST EXHIBIT --

THE COURT: BUT YOU NEED TO OFFER THESE.

THE WITNESS: YEAH. I'M GOING TO OFFER THEM INTO

EVIDENCE. I WILL DESCRIBE WHAT THEY ARE AND THEN SEE IF THERE IS OBJECTION BY OPPOSING SIDE.

THE COURT: OKAY.

THE WITNESS: EXHIBIT NUMBER 1 IS MERELY THE PROFESSIONAL RESUME OF MYSELF THAT APPEARS ON THE WEB SITE OF FEINGOLD & KAM. I ATTACHED IT. IT DOES NOT SHOW ANYWHERE THAT I AM AN OFFICER OR DIRECTOR OF FIRST UNIVERSAL LENDING. I WOULD ASK THAT EXHIBIT NUMBER 1 BE ADMITTED INTO EVIDENCE.

THE COURT: ANY OBJECTION?

MR. SINASOHN: NO, YOUR HONOR.

THE COURT: DEFENDANT'S 1 IS IN EVIDENCE.

[DEFENSE EXHIBIT 1 RECEIVED IN EVIDENCE]

THE WITNESS: JUDGE, EXHIBIT NUMBER 2 IS A LIST OF ALL THE CASES AND MATTERS THAT I'M PRESENTLY WORKING ON. I BELIEVE IT'S ITEMIZED AS TO 61 MATTERS. AND THEN 62 IS NOT INCLUDING NEW CLIENTS AND NEW MATTERS THAT WERE COMING IN THAT I TESTIFIED TO ABOUT YESTERDAY TO SHOW MY INVOLVEMENT AS AN ATTORNEY. THAT'S WHAT I DO FOR A LIVING.

I SO WOULD OFFER EXHIBIT NUMBER 2 INTO EVIDENCE TO SHOW THE MATTERS I'M WORKING ON.

THE COURT: ANY OBJECTION?

MR. SINASOHN: NO, YOUR HONOR.

THE COURT: DEFENDANTS' 2 IS IN EVIDENCE.

[DEFENSE EXHIBIT 2 RECEIVED IN EVIDENCE]

THE WITNESS: DEFENDANTS' EXHIBIT NUMBER 3 IS A COPY OF THE STRATTON & FEINSTEIN CONTRACT, WHICH IS THE SAME FORM CONTRACT THAT IS USED BY ALL THE FIRMS IN WHICH FIRST UNIVERSAL HOLDINGS PROVIDES OUTSOURCING FOR.

IT'S ALREADY ENTERED INTO EVIDENCE. I WAS MERELY POINTING OUT THE FACT THAT THERE ARE EXTENSIVE DISCLOSURES IN THIS DOCUMENT BESIDES. THE ACTUAL AGREEMENT AND PRICING THERE IS A TRUTH AND SERVICES PORTION, WHICH IS IN PARAGRAPH NUMBER ONE OF THE THIRD PAGE WHICH ADVISES PEOPLE THAT THEY ARE ALSO HIRING NOT ONLY LAWYERS BUT SERVICE PROVIDERS.

PARAGRAPH SIX, THE BOTTOM, ALSO ADVISES THE PERSON THAT THEY ARE RECEIVING SERVICES AND THERE IS ABSOLUTELY NO GUARANTEE OF ANY RESULTS WHATSOEVER.

THE FOURTH PAGE IS IN RATHER LARGE TYPE FACE, A CLIENT DISCLOSURE DOCUMENT THAT AGAIN REITERATES THAT SERVICES ARE BEING PROVIDED BY NOT ONLY A LAW FIRM BUT THIRD PARTIES INCLUDING CUSTOMER SUPPORT, CUSTOMER RELATIONS AND OTHER SERVICE PROVIDERS, AND BASICALLY OBTAINING CONSENT FROM THE CLIENT THAT THERE CAN BE THIRD-PARTY BILLING. AND AGAIN, IN VERY LARGE TYPE AND BOLD THAT THERE ARE NO GUARANTEES OF RESULTS.

THE LAST PARAGRAPH, WHICH IS NOT REQUIRED IN ANY MEANS BUT BASED ON A FLORIDA STATUTE THAT IS APPLICABLE TO HOME RESCUE COMPANIES, THERE IS A PROVISION THAT SAYS, "WE MAY BE ABLE TO PROVIDE THE SAME SERVICES WHICH WE PROVIDE

TO YOU BY YOURSELF."

SO I AM OFFERING THIS INTO EVIDENCE AS A DEFENDANTS' EXHIBIT NUMBER 3 EVEN THOUGH IT IS ALREADY IN EVIDENCE.

THE COURT: ANY OBJECTION TO NUMBER 3?

MR. SINASOHN: NO, YOUR HONOR.

THE COURT: DEFENDANTS' 3 IS IN EVIDENCE.

[DEFENSE EXHIBIT 3 RECEIVED IN EVIDENCE]

THE WITNESS: DEFENDANTS' EXHIBIT NUMBER 4 IS MERELY A LISTING OF TECHNOLOGY SPENDING TO SHOW THAT ONE POINT ONE TWO SEVEN MILLION EIGHT HUNDRED SIXTY-FOUR DOLLARS HAS BEEN SPENT WITH REGARDS TO SALES FORCE AND TECHNOLOGY OVER THE LAST APPROXIMATELY TWO YEARS. I WILL FURTHER TESTIFY ABOUT THAT, BUT I WANT TO OFFER INTO EVIDENCE A BREAKDOWN OF THE TECHNOLOGY EXPENDITURES.

THE COURT: ANY OBJECTION?

MR. SINASOHN: NO, YOUR HONOR.

THE COURT: DEFENDANTS' 4 IS IN EVIDENCE.

THE WITNESS: DEFENDANTS' NUMBER FIVE IS AN EXAMPLE OF A FILE FROM THE SALES FORCE SYSTEM THAT WE HAVE BEEN TALKING ABOUT.

THE REASON THIS EXEMPLAR IS BEING PROVIDED TO THE COURT IS SO THAT THE COURT CAN HAVE AN UNDERSTANDING AS TO THE EXTENSIVE DETAIL IN WHICH SALES FORCE MAINTAINS INFORMATION ON EACH INDIVIDUAL CLIENT AND ALL THE

TRANSACTIONS THAT HAVE BEEN DONE FOR THE CLIENT.

THE SALES FORCE SYSTEM WHICH EXHIBIT 4 SHOWS COST ABOUT 1.127 MILLION DOLLARS TO OPERATE. THAT SOFTWARE PROGRAM WAS SPECIFICALLY PUT INTO PLACE DUE TO THE ADVICE OF MYSELF AND MY LAW FIRM BASED ON OUR UNDERSTANDING OF THE BUSINESS MODEL OF FIRST UNIVERSAL.

BASED ON MY EXPERIENCE OF REPRESENTING VERY LARGE BROKERAGE FIRMS ONE OF THE FIRST ISSUES THAT ALWAYS COMES TO BEAR WHEN A CUSTOMER MAKES A COMPLAINT IS HAVING RECORDS THAT CAN PROVE WHAT HAPPENED. IN BROKERAGE FIRMS IT'S INVARIABLY THE CLIENT CALLS AND SAYS, "I DIDN'T APPROVE THE TRANSACTION. THE BROKER DIDN'T HAVE AUTHORIZATION," ET CETERA, AND THAT GOES FROM YOUR SMALLEST FIRMS UP TO YOUR VERY LARGEST FIRMS. A LOT OF THE BROKERAGE FIRMS THAT I REPRESENTED, INCLUDING THE MORGAN STANLEYS OF THE WORLD, USE A PROGRAM CALLED BROKER NOTES. I PERSONALLY AM NOT A TREMENDOUS FAN OF THAT SOFTWARE BECAUSE THAT SOFTWARE DOES NOT ENCOMPASS EVERYTHING THAT'S GONE ON IN REPRESENTING A CLIENT. IN FACT, THAT SOFTWARE IS SIMPLY THE BROKER PUTTING IN HIS NOTES.

SALES FORCE, WHICH WAS A PROJECT OF DAVID ZAUSNER, IS THE LARGEST PUBLIC COMPANY OUTSIDE OF ORICAL THAT PROVIDES PROPRIETARY DATE DATABASES FOR COMPANIES THAT WANT TO MANAGE PROOF OF CUSTOMER CONTACT AND WORK DONE.

THIS IS A COMPANY THAT WAS FOUND BY A GENTLEMAN

NAMED MARK BENIOFF WHO WORKED FOR LARRY ELLISON AT ORICAL. AND BASICALLY THE WAY THE SOFTWARE PACKAGE WORKS IS, IT'S COMPLETELY INTERNET BASED. ONE OF THE GREAT ADVANTAGES THAT I AS A LAWYER, ONE OF THE REASONS I LIKE THIS SOFTWARE PACKAGE FOR A CLIENT IS BECAUSE AN INDIVIDUAL WORKING AT A COMPANY CANNOT CHANGE THE RECORDS BECAUSE THEY ARE IN THIRD-PARTY SERVER.

SO THAT WAY ANYTHING THEY ENTER, IF THEY LATER TRY TO CHANGE RECORDS IT WILL BE REFLECTED. AND IT'S ALSO VERY PROTECTIVE FOR PURPOSES OF FIRST UNIVERSAL BECAUSE NO ONE CAN ACCUSE THEM AHEAD OF TIME OF TRYING TO MANUFACTURE RECORDS AND CREATE WORK THAT NEVER HAPPENED. EVERYTHING IS DATE AND TIME STAMPED, EVERYTHING IS KEPT ON A THIRD-PARTY SERVER WITH DUPLICATE SERVERS IN CASE OF ANY KIND OF WEATHER CATASTROPHE OR ANYTHING LIKE THAT.

SO THIS SALES FORCE SYSTEM WAS ACTUALLY LOOKED AT BY FIRST UNIVERSAL, AND COUNSELED ME AS AN ATTORNEY -- AND WHAT I LIKE TO DO, ACTUALLY I WANT TO INTRODUCE THIS INTO EVIDENCE AND THEN I WILL WALK THE COURT THROUGH IT.

THE COURT: ANY OBJECTION TO NUMBER 5?

MR. SINASOHN: NO, YOUR HONOR.

THE COURT: DEFENDANTS' 5 IS IN EVIDENCE.

THE WITNESS: YOUR HONOR, WHAT YOU CAN IS SEE FROM THE FIRST PAGE OF SALES FORCE IS WHAT HAPPENS IS YOU GET GENERAL PERSONALIZED INFORMATION ON A CLIENT. YOU'LL GET

THEIR NAME, YOU GET THEIR ADDRESS, YOU WILL GET THE NAME OF WHO INITIALLY CONTACTED THEM, WHO'S E-MAILED THEM, WHAT THEIR PAYMENT PRICE IS, WHEN THEY HIRE THE FIRM.

THE NEXT PAGE WILL SHOW YOU A SUMMARY LIKE, FOR EXAMPLE, IN THIS PARTICULAR CASE WE KNOW THAT THIS CLIENT ACTUALLY ACCEPTED A MODIFICATION, AND IT TELLS US THE TERMS OF IT. AT THE BOTTOM OF THE PAGE STARTS TRANSACTIONS.

WHAT'S INTERESTING ABOUT TRANSACTIONS IS, IS THAT IT TELLS YOU EVERYTHING TIME A CLIENT HAS PAID AND IT ACTUALLY GIVES YOU A BANK REFERENCE NUMBER. AND IF YOU WILL RECALL YESTERDAY WHEN I WAS CROSS-EXAMINING WITNESSES AND GIVING THEM BANK REFERENCE NUMBERS FOR WIRES AND PAYMENT TO CLIENTS, MY BASIS FOR DOING THAT WAS ON SALES FORCE BECAUSE ALL THE INFORMATION IS THERE AND IT'S COLLECTED ELECTRONICALLY.

THERE IS NO WAY FOR SOMEONE FROM FIRST UNIVERSAL TO MANIPULATE AND PUT THESE NUMBERS IN BECAUSE THE OTHER GENIUS PART OF SALES FORCE IS THAT IT INTERACTS WITH YOUR BANK ACCOUNT, IT INTERACTS WITH YOUR CREDIT CARD ACCOUNT, IT IS ACTUALLY CUSTOMIZED.

THIS IS SOMETHING DAVID ZAUSNER WORKED ON. WHEN YOU BUY THIS PACKAGE YOU CUSTOMIZE IT. SO, FOR EXAMPLE, EVERY PAYMENT THAT WENT THROUGH A MERCHANT THAT ELECTRONICALLY CLEARED OR DECLINED YOU ACTUALLY HAVE THE ID NUMBERS, YOU HAVE THE DATE.

IF YOU TURN TO THE NEXT PAGE AND YOU WILL SEE, FOR EXAMPLE, THE SECOND COLUMN RECEIVED IT UNDER NUMBER TWO OH OH EIGHT OH SIX ONE OH DASH TWO FOUR OH NINE, A RECURRENT -- A RECURRING PAYMENT WAS PROCESSED. IT WAS DECLINED. IT WAS RAN ON 6-10-08 FOR THE AMOUNT OF TWO NINETY-NINE NINETY-FIVE. THIS IS IRREFUTABLE EVIDENCE AS TO HOW MUCH A CLIENT HAS PAID, WHAT HAS CLEARED, WHAT HAS NOT CLEARED, WHAT HAS BEEN ACCEPTED.

AND, SO WE SEE WITH THIS PARTICULAR CLIENT WE HAVE PAGES OF WHERE THERE IS PROCESSING IT HAPPENED WHICH WAS APPROVED AND DECLINED. AND AGAIN, THIS ENTIRE PACKAGE WAS CUSTOMIZED FOR FIRST UNIVERSAL, BUT CUSTOMIZED TO SUCH AN EXTENT THAT IF A CLIENT'S PAYMENT WAS DECLINED THE COMPUTER WOULD AUTOMATICALLY NOTIFY THE CLIENT AND RERUN THE PAYMENT THREE DAYS LATER.

IF AFTER RUNNING THE PAYMENT THREE TIMES IN A ROW FOR A TOTAL OF NINE DAYS, THE PAYMENT DIDN'T GO THROUGH, SALES FORCE WOULD PROMPT THE BACK OFFICE TO CALL THE CLIENT AND INQUIRE AS TO WHAT WAS THE STATUS OF HIS PAYMENT.

ALL THIS STUFF WAS AUTOMATED BASED ON MAKING THE COMPANY EFFICIENT TO BE HIGH VOLUME.

AS WE TURN THROUGH THE PAGES OF PAYMENTS YOU WILL SEE THE NEXT SECTION THAT WE GET TO SAYS, "HTML E-MAIL STATUS," AND THEN BELOW IT, IT WILL TELL YOU E-MAIL URGENT, FIRST UNIVERSAL. AN E-MAIL. IT WILL TELL YOU HOW MANY

TIMES AN E-MAIL IS OPENED.

WHAT'S INCREDIBLE ABOUT THIS PROGRAM IS THAT THIS PROTECTS AGAINST A CLIENT LYING, BECAUSE THIS PROGRAM AND THE REASON WHY IT IS SO EXPENSIVE IS THAT IT WILL SEND AN E-MAIL TO A CLIENT. AND IF YOU LOOK BELOW, JUDGE, AN E-MAIL SENT ON 8-18-2009 AT 4:57 P.M., IT SAYS, "NUMBER OF TIMES OPENED. ZERO."

SO FIRST UNIVERSAL KNOWS THAT THIS CLIENT DIDN'T OPEN THIS E-MAIL AND READ IT. BUT IF WE LOOK AT THE NEXT E-MAIL, AN E-MAIL ON 6-23-09, WE SEE THAT THE CLIENT, IT WAS CENTS TO THE CLIENT AT 11:36 A.M. AND IT TELLS US WHEN THE CLIENT OPENED IT BECAUSE THERE IS HIDDEN CODE IN EVERY SINGLE E-MAIL THAT FIRST UNIVERSAL SENDS TO ITS CLIENTS. AND AS SOON AS THAT PERSON OPENS THEIR E-MAIL AUTOMATICALLY WITHOUT THEIR KNOWLEDGE FIRST UNIVERSAL'S OWN COMPUTER SYSTEM THROUGH SALES FORCE IS THEN NOTIFIED THAT ON 3:53 P.M., THIS PERSON OPENED E-MAIL.

WHAT'S INTERESTING IS THE PERSON OPENED E-MAIL THREE TIMES. WHAT THAT TELLS US IS, IS THAT PERSON LOOKED AT THE E-MAIL, MAY HAVE CLOSED THEIR BROWSER AND DECIDED, "HEY, LET ME RELOOK AGAIN."

AND, AS I STATED YESTERDAY IN QUESTIONS, THERE ARE STANDARD E-MAILS TELLING PEOPLE, "YOU MUST CONTINUE TO PAY YOUR BILLS. THERE IS NO GUARANTEE OF THE RESULTS." THIS SHOWS US THAT THIS PERSON ACTUALLY OPENED IT THREE

TIMES, AND THE LAST TIME THEY OPENED IT WAS 7-29-09 AT 4:45 P.M.

AGAIN, THIS IS INFORMATION THAT FIRST UNIVERSAL CANNOT MANUFACTURE. THIS IS INFORMATION THAT GOES THROUGH SALES FORCE'S SERVERS AND THEN THEY POPULATE THIS INFORMATION WHICH FIRST UNIVERSAL THEN CAN VIEW ON THE INTERNET.

AND IF YOU SEE IF YOU TURN TO THE NEXT PAGE, EVERY SINGLE E-MAIL THAT THIS PERSON RECEIVED IT WILL TELL US HOW MANY TIMES THEY RECEIVED IT AND HOW MANY TIMES THEY OPENED IT.

SO NOW THE NEXT QUESTION IS, WELL, WHAT HAPPENS WHEN A CLIENT DOESN'T OPEN AN E-MAIL? SO THAT PROVES THEY NEVER READ IT. AND, SO MAYBE THEY DON'T UNDERSTAND. AGAIN, THE GENIUS OF SALES FORCE IS, IS THAT IF A CLIENT DIDN'T OPEN AN E-MAIL IT PROMPTS YOU TO CALL THE CLIENT TO DISCUSS WITH THE CLIENT, "HEY, WE SENT YOU AN E-MAIL. YOU DIDN'T OPEN IT."

FOR EXAMPLE, YOU WILL FIND OUT THAT THIS CLIENT SAYS, "MY INTERNET IS DOWN. BUT THANK YOU FOR TELLING ME." AND THEN IT GETS NOTATED IN A SEPARATE SECTION OF TELEPHONE NOTES, WHICH I WILL TALK ABOUT.

THEN YOU GO DOWN TO ACTIVITY HISTORY. IT WILL TELL YOU EVERY SINGLE PERSON WHO HAS TOUCHED THE FILE. EVERY SINGLE PERSON. ANYONE FROM BACK OFFICE, FROM

BOOKKEEPING, FROM ACCOUNTING, FROM SALES, ANYONE WHO HAS TOUCHED THIS FILE, THEY CANNOT VIEW IT WITHOUT SALES FORCE IDENTIFYING WHO THEY ARE AND WHAT THEY'RE DOING.

SO HERE YOU SEE THE ACCOUNT ACTIVITY THERE IS ACTUALLY NOTES. AND WHAT'S INTERESTING IS, IF YOU SEE DOWN EACH ACCOUNT ACTIVITY THERE IS A LITTLE BOX THAT SAYS "TASK" AND IT'S CLICKED. AND WHAT'S INCREDIBLE ABOUT THAT IN SALES FORCE IS, IT PROMPTS YOU TO FOLLOW UP AND COMPLETE WHAT'S BEEN NOTATED. AND, IN FACT, WHEN CLIENTS CALL AND SAY, "HEY, I NEVER HEARD FROM YOU," WE ACTUALLY KNOW IT'S IMPOSSIBLE. AND THE REASON WE KNOW IT'S IMPOSSIBLE IS BECAUSE SALES FORCE WILL AUTOMATICALLY TASK YOU. IF THERE HAS BEEN NO ACTIVITY IN A FILE FOR 10 DAYS IT WILL AUTOMATICALLY PROMPT YOU, "THERE HAS BEEN NO ACTIVITY. YOU MUST COMPLETE THIS TASK. YOU MUST CONTACT THE CLIENT. YOU MUST CONTACT THE LENDER." THIS IS THE MOST SOPHISTICATED SOFTWARE THAT CAN POSSIBLY EXIST FOR THIS LINE OF INDUSTRY.

THEN YOU WILL SEE IF YOU TURN THE PAGE, YOU WILL SEE THE WAY SALES FORCE MANAGES THE DATA. IT WILL IDENTIFY A PHONE CALL AS RECEIVED A CALL FROM A CLIENT VERSUS SPEAKING TO A CLIENT. IT WILL IDENTIFY IF A MESSAGE HAS BEEN LEFT. IT WILL IDENTIFY IF SOMEONE HAS E-MAILED YOU AND IT'S YOUR GENERALITY. AND IF YOU RECEIVE AN E-MAIL THAT SOMEONE IDENTIFIES AS URGENT IT GOES TO THE TOP OF YOUR E-MAIL SO YOU MAKE SURE YOU RESPOND.

AS WE CONTINUE DOWN, AND YOU WILL SEE THERE ARE PAGES AND PAGES OF NOTES IN THIS PARTICULAR FILE. THIS IS THE WAY THAT WE ARE ABLE TO KEEP TRACK OF EVERYTHING THAT HAS GONE ON, NOT ONLY FROM A LEGAL END FOR ME IN TERMS OF DEFENDING THE FIRM BUT FROM A MANAGERIAL END FOR THE OFFICERS AND DIRECTORS OF THE COMPANY IN ORDER TO KNOW WHAT'S GOING ON THEY CAN GENERATE A REPORT.

I SAT IN A MEETING WHERE A REPORT WAS GENERATED, "LET ME KNOW EVERY CLIENT THAT A 10 DAY ALERT WENT OFF ON," AND YOU WILL SEE THAT OUT OF 3,000 CLIENTS THERE WERE 10 OF THEM. AND THEN IMMEDIATELY YOU WILL SEE MR. ZAUSNER SAY, "I WANT AN EXPLANATION WHY THOSE 10 PEOPLE, WHY THEY WEREN'T GOTTEN IN TOUCH WITH, WHY THE 10-DAY ALARM WENT OFF," AND IT WILL GENERALLY COME BACK, "THEY WERE ON VACATION. THEIR PHONE IS DISCONNECTED," WHICH IS NOT UNCOMMON WITH PEOPLE WHO ARE BEHIND ON PAYING THEIR MORTGAGES, THEY ARE BEHIND IN PAYING THEIR OTHER BILLS AND THESE KINDS OF CONSEQUENCES AND CIRCUMSTANCES HAPPEN.

AS WE CONTINUE TURNING THE PAGES OF THE CONTACTS, WHAT'S ALSO INTERESTING ABOUT SALES FORCE IS THAT EVERYTHING, NOT ONLY THAT'S E-MAILED, NOT ONLY THAT EVERY PHONE CALL THAT HAPPENS, BUT EVERY DOCUMENT THAT IS SENT TO FIRST UNIVERSAL AUTOMATICALLY COMES AND GETS LOADED INTO SALES FORCE. IT GETS LOADED IN AS A PDF. THIS IS ANOTHER REASON WHY IT IS SUCH AN EXPENSIVE PROGRAM.

IF A CLIENT FAXES IN TO FIRST UNIVERSAL THAT DOCUMENT ACTUALLY GOES TO A Q, TO AN AREA WHERE AN INDIVIDUAL SITS THERE ALL DAY AND DIRECTS THE DOCUMENTS TO THE PARTICULAR CLIENT. EVERY SINGLE DOCUMENT, EVERY SINGLE DAY IS LOGGED IN TO OUR CLIENT. THAT WAY WE KNOW THE DATE AND TIME A CLIENT HAS SENT A DOCUMENT, AND THAT WAY WE KNOW EXACTLY WHAT HAS BEEN RECEIVED FROM THE CLIENT.

IN ADDITION, BESIDES DOING ALL OF THIS THERE IS A NOTE SECTION. THE NOTE SECTION IS FOR THE PEOPLE WORKING ON THE FILE TO ACTUALLY LEAVE NOTES. NOT TASKS, NOT ASKING SOMEONE TO DO SOMETHING, BUT A NOTE SO THAT IF SOMEBODY ELSE PICKS UP A FILE THEY MAY FIND THERE IS IMPORTANT INFORMATION.

FOR EXAMPLE, THIS IS AN ACQUIN FILE. WE HAVE A DEAL WITH ACQUIN THAT WITHIN THE NEXT 30 DAYS THEY WILL MODIFY EVERYONE AT X CENTS ON THE DOLLAR. SO IT'S A WAY -- IT'S ALMOST LIKE A BULLETIN BOARD FOR THIS PARTICULAR FILE.

IF YOU GO TO LIKE THE LAST THREE PAGES YOU WILL SEE THERE ARE PAGES -- AND THEY SAY ALL DOT PDF. THIS SHOWS EVERY SINGLE DOCUMENT THAT'S BEEN RECEIVED. AND IT ALSO KEEPS TRACK OF WHAT HAS BEEN FAXED OUT SO WHEN LENDERS SAY, "HEY, WE NEVER GOT ANYTHING," WHICH IS A VERY COMMON STATEMENT BECAUSE WHAT HAPPENS IS, IS THAT THESE LENDERS ARE NOT ONLY WORKING ON MORTGAGES AND OTHER KIND OF CREDITOR ISSUES WITH FIRST UNIVERSAL, BUT WITH THE WHOLE

WORLD. SO THEY ARE GETTING BOMBARDED WITH FAXES AND THEY DON'T HAVE THE SAME SYSTEM THAT FIRST UNIVERSAL HAS.

SO WHEN A LENDER SAYS THEY DON'T HAVE A FAX, EXPERIENCE DICTATES IT'S PROBABLY TRUE BECAUSE THEY ARE DOING IT OLD STYLE WITH STACKS AND STACKS OF PAPER AND NOT PAPERLESS. AND, SO IN THIS PARTICULAR CIRCUMSTANCE WHAT WE SEE IS, WE CAN SEE WHEN SOMETHING HAS GONE BACK AND FORTH TO VARIOUS LENDERS.

THEN THE LAST THREE PAGES SHOW THE PERSON'S ACCOUNT HISTORY. IT SHOWS YOU EVERY USER WHO HAS EVER TOUCHED THE FILE. IT MAKES IT EASY FOR MANAGEMENT PURPOSES IF THERE IS AN ISSUE WITH A FILE, IF THERE IS A NEED TO HAVE A REFUND, IF A CLIENT HAS MADE A COMPLAINT YOU SIMPLY CONTACT EVERYONE WHO HAS WORKED ON THE FILE AND ASK THEM WHAT THEIR OPINION IS AFTER REVIEWING IT.

WHAT'S INTERESTING ABOUT THIS IS THAT WHEN THERE WAS DISCUSSION YESTERDAY ABOUT RETRACTIONS, AND WHEN I ASKED THE QUESTION ARE YOU FAMILIAR WHY ATTRACTIONS -- RETRACTIONS HAPPEN, WHAT I WAS GETTING TO WAS THIS, WAS THE SALES FORCE FILE. EVERY SINGLE CLIENT HAS A SALES FORCE FILE, AND IT IS QUITE OFTEN THE CASE THAT A CLIENT WILL CALL AND SAY, "HEY, YOU HAVEN'T DONE ANYTHING FOR ME."

WHAT EXPERIENCE HAS SHOWN IS THE REASON CLIENTS SAY THAT, AND I KNOW THAT BEING A LAWYER FOR THE FIRM HAVING TO WRITE LETTERS, IS THAT THE CLIENTS GOING THROUGH

A VERY EMOTIONAL STAGE IN THEIR LIFE. THEY ARE WAY BEHIND IN THEIR MORTGAGE, THEY CAN BE BEHIND IN THEIR CREDIT CARDS, THEY CAN BE BEHIND ON THEIR AUTO LOANS. THEY HAVE CREDITORS CONTINUOUSLY CALLING THEM.

ONE OF THE THINGS FIRST UNIVERSAL TELLS THEM IS, "TELL YOUR CREDITORS YOU DON'T WANT TO SPEAK TO THEM." AND THE REASON THEY SAY THAT IS BECAUSE IF YOU ARE PAYING US, LET US DEAL WITH THE AGGRAVATION OF THEM CALLING YOU.

IT WASN'T THIS SINISTER PLAN AS WAS ALLUDED TO IN QUESTIONING YESTERDAY THAT THEY ARE TELLING THEM NOT TO TALK TO THEIR CREDITORS AND IGNORE THE WORLD. NO. THEY ARE DOING, IN ESSENCE, WHAT LAWYERS DO TO THEIR CLIENTS. "LISTEN, YOU HIRED ME. LET THEM TALK TO ME. YOU DON'T NEED TO DEAL WITH THEM."

BUT WHAT YOU WILL FIND IS THAT THESE CLIENTS ARE EXTRAORDINARILY EMOTIONAL BECAUSE OF THE PRESSURES THAT THEY ARE UNDER, AND THE FACT THAT THE LOT OF THE COLLECTION AGENCIES, ESPECIALLY FIRST-PARTY COLLECTION AGENCIES, DON'T HAVE TO RESPECT THE REQUEST THAT THEY NOT CONTACT THE DEBTOR DIRECTLY. FEDERAL LAW REQUIRES THAT THIRD-PARTY COLLECTORS ACT A LITTLE BIT DIFFERENTLY.

SO THIS IS ONE OF THE MOST TECHNOLOGICALLY ADVANCE SYSTEMS. DAVID ZAUSNER WHO YOU HAVE SEEN THROUGH DOCUMENTS IS A VICE-PRESIDENT, VICE-PRESIDENT OF TECHNOLOGY, WHATEVER YOU WANT TO CALL IT, HIS JOB, HIS BABY

WAS THIS.

I RECALL WHEN THE RECEIVER WALKED IN HIS OFFICE AND THEY SAW FOUR COMPUTER SCREENS THEY WERE WONDERING WHAT'S GOING ON. AND, YOU KNOW, BESIDES THE FACT THAT HE IS A LITTLE BIT STRANGE AND NEEDS FOUR COMPUTER SCREENS HE'S DOING TECHNOLOGY ALL THE TIME. HE IS DEALING WITH -- WITH WORK FLOWS WITH THIS.

HE CUSTOM CRAFTED THIS SOFTWARE. THAT'S WHY IT COST SO MUCH. THE REASON THAT THEY PUT THE SOFTWARE INTO PLACE IS BECAUSE I AS A LAWYER, BASED ON MY EXPERIENCE WAS ADAMANT, "IF YOU ARE GOING TO DEAL WITH CONSUMERS IN HIGH VOLUME FASHION YOU MUST HAVE A WAY TO PROVE THE WORK YOU'VE DONE." AND THAT'S THE BEGINNING AND END OF THE STORY WITH IT.

AND, WHAT IS SO -- I'M SPEECHLESS. I DON'T EVEN KNOW THE WORD TO EXPRESS SO I WILL JUST SAY, WHAT'S SO PERPLEXING TO ME IS THE FACT THAT THESE PEOPLE HAVE BEEN BROUGHT IN BY THE FEDERAL TRADE COMMISSION AS ALLEGED INJURED PARTIES BUT THEY HAVE NEVER LOOKED AT SALES FORCE.

AND, BY THE WAY, ONE OTHER THING IS, SALES FORCE ALSO DOES PHONE RECORDINGS. WHAT IS REALLY NEAT ABOUT IT IS YOU CAN TAKE SALES FORCE AND YOU CAN CLICK A PHONE RECORDING AND IT WILL PLAY THE PHONE RECORDING OF THE PHONE CALL FOR YOU AS WELL.

BUT THAT IS WHAT IS SO PERPLEXING, BECAUSE EVERY

SINGLE ONE OF MY QUESTIONS ON CROSS-EXAMINATION YESTERDAY WAS TRUTHFUL AND HONEST AND WAS BASED ON FACTS GATHERED FROM SALES FORCE, NOT THINGS THAT I JUST CAME UP WITH OR MADE UP WITH IT. IT WAS BASED ON ME LOOKING AT SALES FORCE AND SEEING EXACTLY WHAT WENT ON AND OPENING THE DOCUMENTS THAT WERE ATTACHED IN PDF. THERE IS NO MISTAKE.

AND WHAT IS INTERESTING IS, I AM BY NO MEANS SAYING THAT FIRST UNIVERSAL IS INFALLIBLE. THEY HAVE MADE PLENTY OF MISTAKES. BUT GUESS WHAT THEY DID? THEY REFUNDED 1.8 MILLION DOLLARS WHEN THEY DON'T HANDLE A FILE TO THEIR EXPECTATIONS, FIRST UNIVERSAL'S.

AND WHAT'S IMPORTANT FOR THE COURT TO UNDERSTAND IS, IS YOU HOW FIRST UNIVERSAL DOES REFUNDS. FIRST UNIVERSAL DOES REFUNDS BY HAVING A DEPARTMENT THAT HAS ABSOLUTELY NO INPUT FROM OWNERSHIP. THESE ARE INDEPENDENT SALARIED PEOPLE, INDEPENDENT SALARIED PEOPLE WHO GO THROUGH SALES FORCE, WRITE A LETTER TO EACH AND EVERY CLIENT THAT ASKS FOR A REFUND AND EXPLAINS TO THEM WHY THEY ARE OR ARE NOT GETTING A REFUND.

AND I WAS -- IT WAS REALLY INTERESTING BECAUSE I WAS IN THAT DEPARTMENT WHILE I WAS OBVIOUSLY PREPARING FOR THIS HEARING SPEAKING TO SOMEONE THERE, AND I LEARNED THAT IT WAS CONVEYED TO ME, THE UTTER SHOCK BY ONE OF THE PERSONS THAT WORKED THERE THAT THEY HAD FREE REIN TO SIMPLY REFUND AS MUCH AS POSSIBLE AND NO ONE STOPPED THEM. NO ONE

SAID A WORD.

THE COMMENT TO ME WAS, "LAST CHRISTMAS IT WAS UNBELIEVABLE HOW MUCH I REFUNDED TO PEOPLE BECAUSE I FELT BAD FOR THEM, IT WAS CHRISTMAS AND, YOU KNOW, I LOOKED AT FILES AND I -- I JUST -- EVEN THOUGH WE DID WORK I FELT LIKE HERE IS SOME HOLIDAY CHEER," AND THE PERSON INDICATED TO ME THEY WERE AMAZED THAT NO ONE SAID A WORD BECAUSE THAT'S THE BASIC BUSINESS PRINCIPLE HERE.

IT'S A PROFITABLE COMPANY, OR AT LEAST IT WAS, DOING GOOD BUSINESS, AND SO THERE IS NO PROBLEM WITH GIVING PEOPLE REFUNDS. BUT NOT EVERYONE DESERVES A REFUND.

AS WAS DISCUSSED WITH THE STATE OF FLORIDA THAT THERE WERE ABOUT 50 FILES THAT SALES FORCE WAS REVIEWED VERY CLOSELY AND THESE PEOPLE WERE NOT GOING TO BE GIVEN REFUNDS. ALL THE WORK WAS DONE.

BUT THE OVERWHELMING MAJORITY OF PEOPLE THAT ASKED FOR A REFUND, BELIEVE IT OR NOT, THEY GENUINELY GIVEN REFUNDS EVEN THOUGH THEY MAY NOT BE ENTITLED. BUT THE PEOPLE WHO ARE COMPLETELY AND UTTERLY UNREASONABLE, COMPLETELY UNREASONABLE THEY ARE NOT GIVEN REFUNDS, AND THEY ARE NOT ENTITLED TO THEM, AND THE PROOF OF ALL THE WORK IS RIGHT HERE. THERE IS NO WAY TO CONTRADICT IT.

AND WHEN MR. LIGGINS SAID HE WAS THE INVESTIGATOR AND HE HADN'T LOOKED AT THIS STUFF, IT'S REALLY HARD TO INVESTIGATE WHEN YOU'RE JUST SIMPLY LOOKING AT A COMPLAINT

LETTER SOMEONE HAS LOOKED INTO WITHOUT SEEING THE OTHER SIDE. I MEAN, THAT'S WHY WE HAVE COURTROOMS, WE GET TO HEAR EVERYONE'S SIDE. MR. LIGGINS BY HIS OWN TESTIMONY WAS UNWILLING TO HEAR THE OTHER SIDE.

CONTRARY TO THAT, THE STATE OF FLORIDA SENT A LETTER TO FIRST UNIVERSAL INQUIRING ABOUT THE NUMBER OF COMPLAINTS. AND WHEN THAT INQUIRY LETTER CAME IN FIRST UNIVERSAL, THROUGH MY LAW FIRM, CREATED BOXES OF DOCUMENTS AND BINDERS, AND BOXES MORE OF PHOTOCOPIES WE DID. WE DID THEM INTERNALLY IN THE OFFICE. WE DID THEM EXTERNALLY THROUGH ICON. I THINK THAT THE FEES FROM ICON WERE CRAZY. WE NEGOTIATED WITH THEM. I THINK IT STARTED AT 15,000, THEY DROPPED THEM TO ELEVEN. WE TOLD THEM WE WOULD CONTINUE IT IN-HOUSE BECAUSE IT JUST GOT CRAZY EXPENSIVE.

BUT THE BOTTOM LINE WAS, WAS THAT BOXES AND BOXES -- AND, JUDGE, I WILL POINT TO INDICATE OVER AGAINST THAT RIGHT-HAND WALL, BOXES AND BOXES OF DOCUMENTS OF BINDERS WERE PROVIDED TO THE STATE. AND THEY WERE PROVIDED TO THE STATE IN MAY OF THIS YEAR, SEVEN MONTHS AGO. THE STATE READ THOSE DOCUMENTS, BECAUSE I FOLLOWED UP WITH THIS STATE AND CONFIRMED THAT NOT ONLY DID THEY READ THEM, THEY HAD NEVER SEEN A COMPANY PRODUCE SO MUCH IN DOCUMENTATION. AND TO THIS DAY AS WE ARE SITTING HERE, NOT ONLY HAVE THEY NOT FILED AN EMERGENCY MOTION SEEKING TO RESTRAIN A COMPANY, BUT THEY HAVEN'T FILED ANYTHING, NOT A SINGLE LAWSUIT.

THEY TOOK THE TIME TO DO THE RIGHT THING.

NEXT, THE STATE OF PENNSYLVANIA. THEY CONTACTED FIRST UNIVERSAL. GUESS WHAT? THEY GOT DOCUMENTS AS WELL. GUESS WHAT HAPPENED? THE ATTORNEY -- AND I WISH I COULD REMEMBER HER NAME BECAUSE ONE OF THE NICEST PERSON THAT I HAVE DEALT WITH, LET ME TAKE HER THROUGH THE DOCUMENTS WHILE WE WERE ON THE TELEPHONE, THE BINDERS, AND THEN I WALKED HER THROUGH THE STATUTES AND SHE SENT ME A LETTER THAT THEY DROPPED EVERYTHING. NOT A FINE, NOT ANYTHING, AND AN APOLOGY FROM HER. THEY DROPPED EVERYTHING. EVERYTHING.

THAT'S WHAT WE EXPECTED IN THIS CASE. AT LEAST LOOK AT THE INFORMATION FIRST.

INSTEAD WHAT HAPPENED, AND THIS IS WHERE I WILL PICK UP FROM YESTERDAY, WAS ON NOVEMBER 19TH, 2009, THE OFFICES WERE ENTERED. AND, AS I WAS DISCUSSING, I ARRIVED, AND I WANT TO EXPLAIN TO THE COURT WHAT THE OFFICES LOOK LIKE TO DESCRIBE WHAT HAPPENED AND THAT'S WHERE I AM AT.

THE COURT: NUMBER 6.

THE WITNESS: DEFENDANT'S EXHIBIT NUMBER 6. AND I KNOW MR. SINASOHN HAS BEEN AT THE OFFICE ENOUGH THAT I WONDER IF HE HAS ANY OBJECTION TO ANY OF THE PHOTOS.

THE COURT: WELL, THEY ALREADY ARE IN EVIDENCE.

THE WITNESS: OKAY. SO 6-A, YOUR HONOR, IS -- WELL, IT'S A PICTURE OF GLORIA IN MY LOBBY. AND THAT'S

BASICALLY THE LOBBY OF FEINGOLD & KAM.

YOU WILL SEE INTERESTINGLY TO THE RIGHT -- YOU WILL SEE MR. ZAUSNER STANDING THERE, AND YOU WILL ACTUALLY SEE MY WIFE'S ARM SITTING AT A DESK BECAUSE SIX MONTHS AGO THE LAWYERS ALL SAT OVER THERE. AND THEN AS FIRST UNIVERSAL STARTED TO REARRANGE TO DO THE HOLDINGS BUSINESS EVERYTHING GOT REARRANGED, AND A BUILDING THAT IS ATTACHED TO THIS BUILDING WHERE THIS PICTURE IS FROM, AND IT'S CONNECTED BY A BREEZEWAY, THAT CONNECTED BUILDING IS WHERE ALL THE LAWYERS MOVED TO. I DID NOT MOVE THERE. AND I WILL EXPLAIN WHY. BUT THAT'S GENERALLY WHAT THE LOBBY LOOKS LIKE.

6-B IS MY CONFERENCE ROOM THAT IS ON THE OTHER SIDE OF THE BUILDING WHERE ALL THE OTHER LAWYERS ARE.

6-C IS ACTUALLY MY OFFICE AND A PICTURE OF ME SITTING AT MY OFFICE THAT IS RIGHT OFF OF -- RIGHT NEXT TO MY WIFE'S DOOR. WHERE MR. ZAUSNER IS STANDING THERE IS ANOTHER DOOR AND THAT'S MY OFFICE.

QUITE FRANKLY WHEN MY WIFE, WHO IS AN ATTORNEY, AND ALL THE OTHER ATTORNEYS MOVED OVER I STUBBORNLY DECIDED THAT IT WAS TOO MUCH OF AN EFFORT TO MOVE THE PICTURES OF MY CHILDREN AND TO MOVE MY FURNITURE BECAUSE, QUITE FRANKLY, I REALLY LIKED MY CORNER OFFICE AND I STAYED THERE.

WHAT'S ALSO IMPORTANT ABOUT THIS PHOTO 6-C IS, IS

THAT TO THE LEFT OF MY DESK YOU WILL SEE -- YOU CAN SEE THREE CHAIRS, THERE IS ACTUALLY FOUR. THERE IS A LITTLE CONFERENCE SITTING AREA WHERE THERE WAS SOME DISCUSSIONS BETWEEN MYSELF AND MR. SINASOHN WHICH I WILL GET INTO.

NOW, SEPARATELY, A SEPARATE SUITE WITH A SEPARATE DOOR IS WHAT'S REFLECTED IN 6-D, WHICH IS WHAT HAS BEEN REFERRED TO AS THE BOILER ROOM, WHICH IS A PHOTOGRAPH OF THE BACK OFFICE. I WILL SAY IT'S A BACK OFFICE LADIES, AND A FEW GENTLEMEN THAT WORK THERE. THE BACK OFFICE LADIES WORKING ON FILES. YES, IT IS A VERY CRAMPED SPACE. THERE IS NO QUESTION ABOUT IT.

IT'S NOT A BOILER ROOM. I MEAN, IF BOILER ROOM IS MEANT TO DENOTE THE MOVIE BOILER ROOM AND THE KIND OF PRACTICES, THIS IS FAR FROM IT. THIS IS AN AREA THAT WAS DESIGNED TO BE SET UP WITH CLOSE QUARTERS FOR THE CAMARADERIE OF WORKING TOGETHER.

THESE ARE PEOPLE WHO ARE ON THE PHONE ALL DAY LONG SERVICING CLIENTS, COLLECTING DOCUMENTS. IF EACH ONE OF THESE INDIVIDUAL PEOPLE WERE SEPARATED AND PUT IN THEIR OWN INDIVIDUAL OFFICE THEY WOULD NEVER LEARN THE BUSINESS. NEVER. YOU CAN WALK OUT ONTO THAT FLOOR AND ON ANY GIVEN DAY YOU CAN HEAR A PERSON YELL OUT, "I'M DEALING WITH WASHINGTON MUTUAL, KATIE OVER THERE IN THE TAMPA OFFICE," YOU KNOW. "HAS ANYONE DEALT WITH HER BEFORE?" YOU WILL HEAR THAT KIND OF CAMARADERIE, THOSE KIND OF DISCUSSIONS.

YOU WILL SEE AT THE END CAPS YOU WILL SEE THAT THERE ARE PEOPLE AT THE END, THEY HELP MONITOR PEOPLE AS WELL TO HELP THEM.

THIS IS WHAT'S BEEN TERMED THE BOILER ROOM. THIS IS A LARGE ROOM FULL OF PEOPLE WHO ARE WORKING IN CLOSE QUARTERS DOING ABSOLUTELY NO SALES WHATSOEVER. ZERO. NO SALES.

6-E IS A SIDE ROOM. 6-E IS A ROOM AGAIN WITH CLOSE QUARTERS, AND IT IS GENERALLY PEOPLE WHO EITHER REQUEST THAT IT BE A LITTLE BIT MORE QUIET OR MAYBE A LITTLE MORE SENIOR, BE LEFT ALONE FOR TRAINING PURPOSES SO THEY ARE PLACED IN ROOM 6-E AND ROOMS LIKE THAT. THAT IS WHAT FIRST UNIVERSAL LOOKS LIKE.

NOW, WHAT'S ALSO INTERESTING AND WHAT'S IMPORTANT IS TO EXPLAIN THE BRANCH STRUCTURE, BECAUSE FIRST LENDING, LLC, OPERATES OUT OF PALM BEACH GARDENS, FLORIDA. THE PICTURES I SHOWED YOU ARE THE PALM BEACH GARDENS, FLORIDA, OFFICE.

FIRST UNIVERSAL ALSO HAD BRANCHES. AT ONE POINT IN TIME IT HAD A MULTITUDE OF BRANCHES. BY THE MIDDLE OF THIS YEAR IT HAD BASICALLY WOUND DOWN TO WHERE THERE WAS A CORAL SPRINGS OFFICE AND THERE WAS AN ORLANDO OFFICE WHICH LATER BECOME KNOWN AS A POMPANO OFFICE. AND THE TIME FRAMES I MAY NOT HAVE THIS ABSOLUTELY CORRECT, BUT I DO HAVE THE GENERAL EXISTENCE OF THEM CORRECT.

EACH ONE OF THOSE BRANCHES IS COMPLETELY AND UTTERLY SEPARATE AND INDEPENDENTLY OWNED. AND THE ABSOLUTE BEST PIECE OF EVIDENCE TO PROVE IT IS THE FACT THAT FIRST UNIVERSAL LENDING, LLC, THE PALM BEACH OFFICE, SUED THE CORAL SPRINGS OFFICE.

NOW, IF CORAL SPRINGS WAS OWNED BY THE PALM BEACH OFFICE THEN PALM BEACH WOULD BE SUING ITSELF. NOT REAL LOGICAL. IT DOESN'T MAKE SENSE. NO ONE AT THE FTC HAS SEEMED TO FIGURE THAT OUT. WHY WOULD A COMPANY SUE ITSELF? IT WOULDN'T. THE BRANCHES ARE TOTALLY INDEPENDENT AND SEPARATE.

NO DIFFERENT THAN IF YOU WALK INTO A MCDONALD'S FRANCHISE, IT'S NOT THE SAME THING AS DEALING WITH MCDONALD'S SYMBOL M-C ON THE NEW YORK STOCK EXCHANGE. IT'S TOTALLY DIFFERENT.

AND, SO THESE TOTALLY SEPARATE OFFICES, THEY PROVIDED SALES. THEY GENERATED SALES. AND IT WAS RECOGNIZED THAT WHEN YOU REVIEWED THE COMPLAINTS, EVEN THOUGH THEY WERE A SMALL PERCENT OF ALL OF THE CLIENTS THAT WERE OUT THERE, WHEN YOU REVIEW THE COMPLAINTS IN EXCESS OF 90 PERCENT OF ALL COMPLAINTS CAME FROM THE BRANCHES. SO IT WAS DECIDED TO SHUT THE BRANCHES DOWN AND PHASE THEM OUT. PHASE THEM OUT COMPLETELY.

AND WHEN THE FTC WALKED INTO THE OFFICES OF FIRST UNIVERSAL IN PALM BEACH ON NOVEMBER 19TH, THEY WALKED IN

AND THEY SAW THERE WAS A ROOM THAT HAD RECENTLY HAD CONSTRUCTION AND HAD A LEASE SIGNED ON IT TO GO EFFECTIVE NOVEMBER 1ST, 19 DAYS EARLIER, OR APPROXIMATELY TWO -- TWO WEEKS IN BUSINESS DAYS EARLIER -- AND, IN FACT, THEY COULD CLUE ON QUICKBOOKS AND THEY WOULD SEE THAT THE CONTRACTOR, GANARROW CONSTRUCTION, HAD BEEN PROVIDING THE WORK AND BEEN PAID IN THE FIRST WEEK OF NOVEMBER. THE OFFICE WAS UNDER CONSTRUCTION, BEING SET UP BECAUSE SALES WAS BEING PHASED OUT BY ALL OF THE BRANCHES. THE RELATIONSHIPS WERE ENDING. OVER. FINISHED.

LISTEN, FIRST UNIVERSAL IS A VERY LARGE COMPANY. TWO HUNDRED COMPLAINTS ON ABSOLUTE TERMS, TWO HUNDRED IS A LARGE NUMBER. WHEN YOU COMPARE IT TO THE NUMBER OF CUSTOMERS IT'S DEALT WITH IT IS VERY SMALL. BUT IT WAS STILL RECOGNIZED THAT WHEN YOU IDENTIFIED THE SOURCE OF THOSE PROBLEMS IT MADE SENSE TO PUT EVERYTHING UNDER ONE ROOF, BECAUSE THE PEOPLE THAT OWNED THE BRANCHES CLEARLY WEREN'T AS CAUTIONARY AS FIRST UNIVERSAL IN PALM BEACH GARDENS.

THE THIRD FLOOR, THE SO-CALLED HIDDEN OFFICE, WAS ALSO UNDER CONSTRUCTION, UNDER CONSTRUCTION. YOU CAN CHECK WITH GANARROW CONSTRUCTION. THERE IS NO DOUBT THAT IF THE FTC HAD LOOKED ON SALES FORCE, WHICH IDENTIFIES WHERE DEALS COME FROM, THEY WOULD HAVE NOTICED THAT THERE WERE MULTIPLE BRANCHES IDENTIFIED ON THE RECORDS. BUT THAT'S NOT WHAT

HAPPENED.

WHAT HAPPENED ON NOVEMBER 19TH IS THAT WHEN I APPEARED A COUPLE HOURS -- PROBABLY LONGER THAN THAT. IF THEY STATED THEY SHOWED UP AT THE OFFICES AROUND 4:30 OR 5:00, I DON'T THINK I GOT THERE UNTIL 7:30, 8:00 O'CLOCK AT NIGHT, THE FIRST THING THAT HAPPENED WAS THAT I APPEARED WITH NEWS CAMERAS EVERYWHERE.

I WENT -- THERE WAS THIS WHOLE CEREMONY TO SERVE ME WITH THE PROCESS SERVER, WHICH I GLADLY ACCEPTED. I'M REGISTERED AGENT FOR LOTS AND LOTS AND LOTS OF COMPANIES. AND THEN THAT LITTLE CONFERENCE ROOM THAT I REFLECTED TO YOU IN MY PARTICULAR OFFICE, I BELIEVE MYSELF, MR. SINASOHN, I BELIEVE ONE OF THE RECEIVER ATTORNEYS, I BELIEVE THE RECEIVER WAS THERE, AND THEY INDICATED TO ME THAT THEY WANTED TO INTERVIEW ME AND SPEAK TO ME.

AND MY RESPONSE WAS, "NO PROBLEM BUT I JUST GOT SERVED A STACK OF DOCUMENTS AND IT'S ALL THE DECLARATIONS, PLUS THE MOTION, PLUS THE COMPLAINT." IT WAS PROBABLY TWO AND A HALF INCHES THICK, AND I SAID TO THEM, "WHAT I'M GOING TO DO BEFORE I ANSWER QUESTIONS IS I AM GOING TO GO TO MY CONFERENCE ROOM AND I AM GOING TO READ EVERYTHING, AND IF IT TAKES ME AN HOUR OR IF IT TAKES ME THREE HOURS, WHATEVER IT IS, I WILL COME OUT AND THEN I WILL ANSWER EVERY QUESTION. BUT I WANT TO KNOW WHAT THIS IS ABOUT."

THERE WAS NO OBJECTION FROM, I BELIEVE MISS

KUDMAN WAS THERE, THERE WAS NO OBJECTION FROM MISS MOSCOWITZ. THERE WAS AN OBJECTION FROM MR. SINASOHN. BUT QUITE FRANKLY I TOLD HIM, "I AM GOING TO MY CONFERENCE ROOM AND I'M GOING TO SIT DOWN AND I'M GOING TO READ ALL OF THIS STUFF."

AT THAT POINT I PROCEEDED TO MY CONFERENCE ROOM, I WENT INTO IT. IT WAS MYSELF, I RECALL SEAN ZAUSNER SITTING TO MY LEFT, DAVID ZAUSNER SITTING TO MY RIGHT, EACH WITH THE COPIES OF THEIR COMPLAINTS AND MOTIONS. I RECALL ADAM SLAUFS FROM MY LAW FIRM, NICK CERNEY FROM MY LAW FIRM, BOTH ATTORNEYS, AND JONATHAN JACOBSON FROM MY LAW FIRM, ALSO AN ATTORNEY. WE ALL SAT DOWN AND I READ THE COMPLAINT OUT LOUD WITH EVERYONE IN THE ROOM LINE BY LINE. LINE BY LINE TO EVERY SINGLE PERSON BECAUSE THERE WEREN'T ENOUGH COPIES FOR EVERYONE. I WOULD SAY IT TOOK US ABOUT AN HOUR AND A HALF.

AT THE CONCLUSION OF THAT HOUR AND A HALF WHEN I SAW IT WAS A SECTION FIVE, UNFAIR AND DECEPTIVE TRADE PRACTICES ACTS CASE, I ADVISED THEM TO SHUT DOWN ALL SALES. THIS IS A SALES COMPLAINT, AND IT'S A COMPLAINT AGAINST FIRST UNIVERSAL LENDING, WHICH IS OUTRAGEOUS. BUT LET ME GO DEAL WITH THIS BECAUSE I'VE LIVED THROUGH THIS, GUYS, AND THE ONLY WAY A COMPANY WILL SURVIVE WHEN A RECEIVERSHIP IS APPOINTED IS IF IT GETS RESOLVED QUICKLY. I HAVE DEALT WITH TOO MANY OF THESE SITUATIONS THROUGHOUT MY LITIGATION

CAREER, AND I THINK I REFERENCED ONE OF THEM YESTERDAY.

I WENT BACK TO MY SIDE OF THE OFFICE. THE FIRST PERSON I SAW WAS MR. SINASOHN. I APPROACHED HIM AND I ADVISED HIM THAT HE HAD SUED THE WRONG COMPANY, AND THAT THERE WERE MAJOR RAMIFICATIONS. I ALSO WANTED TO KNOW HAD HE READ THE LETTER FROM THE STATE OF FLORIDA THAT I HAD SENT. AND I TOLD HIM IN NO UNCERTAIN TERMS THAT THERE WERE MAJOR PROBLEMS FOR HIM AND THAT I WOULD BE TAKING THIS UP WITH THE COURT.

HIS RESPONSE TO ME WAS, "I AM ON THE SAME TEAM AS THE COURT. DON'T YOU GET IT? I'LL DO WHATEVER I WANT." AND I SAID TO HIM, "HAVE YOU READ THE LETTER I SENT TO THE STATE OF FLORIDA?" AND HE'S LIKE, "I'M FAMILIAR WITH THE LETTER. DID YOU NOTIFY THE COURT BECAUSE I DON'T SEE IT ANYWHERE IN THE FILINGS ALL THE INFORMATION THAT WAS PROVIDED?" AND AGAIN, HE TOLD ME, "I'LL DO WHAT I WANT."

AT THAT POINT I SAID TO HIM, "WELL, WILL YOU PLEASE GO GET THE RECEIVER AND HER COUNSEL AND WHOEVER ELSE AND LET'S SIT DOWN AND TALK."

AT THAT POINT WE WENT IN INTO MY OFFICE WHERE I POINTED OUT TO YOU, JUDGE, WHERE MY SITTING AREA IS. WE ALL SAT DOWN AND I STARTED IN WITH MR. SINASOHN AGAIN.

"YOU KNOW YOU SUED THE WRONG COMPANY. FIRST UNIVERSAL LENDING, SIR," AND I SAID TO HIM IN NO UNCERTAIN TERMS, "ARE YOU AWARE" -- I REMEMBER, I ASKED HIM THE

QUESTION, I LOOKED AT HIM IN THE FACE, HE WAS SITTING TO MY LEFT, AND THOSE CHAIRS ARE APPROXIMATELY A FOOT AND A HALF A PART, AND I LOOKED AT HIM AND I SAID, "SIR, ARE YOU AWARE THAT FIRST UNIVERSAL LENDING GAVE UP ITS LENDING LICENSE AND STOPPED OPERATING ABOUT SEPTEMBER? DID YOU CHECK THE RECORDS?"

AND JUST AS HE'S LOOKING AT ME NOW, THAT'S WHAT HE DID BACK THEN. HE LOOKED VERY HOLLOW, DIDN'T ANSWER, DIDN'T SAY A WORD. AND AT THAT POINT I SAID TO HIM, "BY YOUR SILENCE I WILL TAKE THAT AS AN ADMISSION." AND HE SAID NOTHING, ABSOLUTELY NOTHING.

THEN I WENT INTO IT WITH HIM ABOUT THE LETTER TO THE STATE OF FLORIDA. "WHY HAVEN'T YOU READ ALL THE DOCUMENTS THAT WERE GIVEN TO THE STATE OF FLORIDA?" AND I WILL ACKNOWLEDGE, I WAS FAIRLY INDIGNANT BECAUSE I WAS FAIRLY SHOCKED ABOUT WHAT HAPPENED. I WAS NOT YELLING, ALTHOUGH YOU HAVE SANE ME YELL IN CROSS-EXAMINATION. BUT I WAS FAIRLY STERN BECAUSE I RECOGNIZED HOW WRONGLY THE LAWSUIT HAD BEEN FILED AND HOW NO ONE HAD EVEN LOOKED INTO WHAT THEY HAD ALLEGED.

SUFFICE IT TO SAY, THAT CONVERSATION ENDED WITH, "WE HAVE WORK TO DO AROUND HERE. WE WILL GET BACK WITH YOU TOMORROW," AND I LEFT IT AT FINE. AND THROUGH MY YEARS OF EXPERIENCE THROUGH TRYING SO MANY CASES, THE ONE THING I RECOGNIZED IS NOBODY WINS AT A TRIAL. FROM THE EXPENSE,

FROM THE EMOTIONAL ANGUISH, FROM EVERYTHING.

AND I WENT BACK AND I MET WITH SEAN ZAUSNER AND DAVID ZAUSNER AND CONVEYED TO THEM, "LISTEN, I NEED TO SPEAK TO SOMEBODY, AND I HATE TO GO OVER MR. SINASOHN'S HEAD BUT I NEED TO SPEAK TO SOMEBODY BECAUSE THIS IS GOING TO GET OUT OF HAND. I NEED TO SPEAK TO SOMEBODY FROM HIS OFFICE. AT THAT POINT IN TIME I ACTUALLY THOUGHT HE MAY HAVE BEEN FROM THE D.C. OFFICE. I THEN REREADING EVERYTHING RECOGNIZED HE WAS FROM THE ATLANTA OFFICE.

THE FOLLOWING DAY I APPROACHED MR. SINASOHN AND ADVISED HIM THAT I WANTED TO SPEAK TO HIS SUPERVISOR. WHAT WAS HIS NAME? AND MR. SINASOHN TOLD ME THAT HIS SUPERVISOR WOULD NOT SPEAK TO ME, AND THAT HIS BRANCH CHIEF DOES NOT SPEAK TO THE LITIGANTS, THAT HE IS THE ATTORNEY ON THE FILE AND I AM TO SPEAK TO HIM.

I ADVISED HIM I FELT VERY STRONGLY ABOUT SPEAKING TO HIS BOSS, ABOUT SPEAKING TO EVERYTHING THAT HAD HAPPENED AND HE ADVISED ME THAT HIS BOSS WOULD NOT SPEAK TO ME. I -- AND I REMEMBER SAYING TO HIM, "HOW DO YOU KNOW HE WON'T SPEAK TO ME IF YOU DON'T TALK TO HIM?" I LITERALLY BEGGED AND PLEADED WITH HIM TO PLEASE GO CALL HIS BOSS AND CONFIRM THAT HE WOULD NOT SPEAK TO ME.

AFTER HE TOLD ME NO A COUPLE OF TIMES I THINK I CALLED HIM AT ABOUT LUNCHTIME WHERE HE FINALLY SAID, "OKAY I AM ON THE PHONE WITH MY BOSS," WHICH I LEARNED HIS NAME

-- LIST LAST NAME IS ALBINE. I BELIEVE ALBINE IS HIS NAME. "YOU CAN SPEAK TO HIM. YOU CAN SPEAK TO HIM."

I SPOKE TO HIS BOSS. I EXPLAINED TO HIM WHAT HAD HAPPENED. I EXPLAINED TO HIM THAT YOU'VE WALKED INTO THE WRONG COMPANY THAT YOU HAVE SUED, NUMBER ONE, THE COMPANY THAT YOU SUED HAS SHUT DOWN. SOME OF THEIR FILES ARE AT A DIFFERENT COMPANY BEING SERVICED THAT IS A COMPLETELY AND UTTERLY DIFFERENT BUSINESS. THAT EVERYTHING IS LOGGED ON TO THE SOFTWARE SYSTEM AND YOU CAN GET ON AND SEE IMMEDIATELY WHAT'S BEEN DONE, AND THAT LITERALLY I BEGGED HIM TO PLEASE LOOK INTO IT.

I WOULD SAY ABOUT TWO HOURS ELAPSED AND MR. SINASOHN'S BOSS THEN CALLED ME BACK. HE ADVISED ME THAT HE HAD BEEN LOOKING INTO IT AND HE WANTED TO KNOW WHAT I SUGGESTED. HE INDICATED HE -- THEY HAD BEEN THERE TOO SHORT, THEY REALLY HADN'T INTERVIEWED PEOPLE, I WAS REALLY THE ONLY PERSON THEY SPOKEN TO AND WHAT DID I SUGGEST.

AND I SAID TO HIM, "LOOK, WE ALL KNOW YOU MESSED UP. SO HERE IS THE EASIEST WAY TO FIX THINGS. JUST APPOINT A MONITOR." AND HE WAS LIKE, "WELL, I'VE DEALT WITH MONITORS BEFORE. WHY ARE YOU SO INTENT ON A MONITOR?"

AND I SAID BECAUSE, "IN A MONITORSHIP THERE IS NOT A RECEIVER. A RECEIVER BASICALLY RUNS YOUR BUSINESS FOR YOU. A MONITOR SIMPLY OVERSEAS WHAT YOU'RE DOING BUT DOESN'T TAKE YOUR SIGNATURE AUTHORITY AWAY, DOESN'T TAKE

YOUR BANK ACCOUNTS AWAY."

I EXPRESSED TO HIM, NOT ONLY ARE THERE PEOPLE INVOLVED, A HUNDRED PLUS PEOPLE WHO NEED TO BE ABLE TO WORK, GET PAID, FEEL COMFORTABLE, BUT THERE ARE THOUSANDS OF CLIENTS. THIS IS A VERY COMPLEX BUSINESS, AND A RECEIVER IS NOT GOING TO LEARN THIS BUSINESS OVER NIGHT AND PEOPLE ARE GOING TO LOSE LAWSUITS, HOMES, ARBITRATIONS, CARS, BE EVICTED FROM LANDLORD/TENANT ISSUES, ALL OF THE STUFF THAT FIRST UNIVERSAL HOLDINGS DOES FOR THE LAW FIRM.

I EXPRESSED TO HIM THAT THERE IS AN ABSOLUTE DANGER, AN URGENCY THAT THIS HAPPEN IMMEDIATELY. AFTER I EXPRESSED THIS TO HIM AND ACTUALLY WENT THROUGH AND STARTED TO TALK TO HIM ABOUT THE DIFFERENT KINDS OF SERVICES, THAT FIRST UNIVERSAL HOLDINGS WAS NOT A LOAN MODIFICATION FIRM, THAT IT DEALT WITH IRS TAX LIENS, SALES TAX, PROPERTY TAX, ALIMONY, CHILD SUPPORT MODIFICATIONS, IT DEALT WITH MORTGAGES, ABSOLUTELY CREDIT CARDS, CASES IN LITIGATION, GARNISHMENTS, LEVIES, SCHEDULING HEARINGS FOR ATTORNEYS, DOCKETING REMINDERS FOR ATTORNEYS, HIRING LOCAL COUNSEL AND APPEARANCE COUNSEL TO ATTEND HEARINGS OUT OF STATE. ALL OF THESE SERVICES THAT IF THEY STOP, THESE PEOPLE ARE ALL GOING TO LOSE THEIR CASES. THESE PEOPLE ARE ALL GOING TO BE AFFECTED.

WHEN I SPOKE TO HIM HE HEARD A VOICE OF REASON AND HE SAID TO ME, "YOU KNOW WHAT? I DON'T THINK I HAVE A

PROBLEM WITH A MONITOR. I THINK WHAT YOU'RE TELLING ME MAKES A LOT OF SENSE." WE CONTINUED TO TALK THROUGHOUT THE AFTERNOON ON A MONITORSHIP, MYSELF AND ALBINE, JUST MYSELF AND MR. ALBINE.

AND THEN AT THE POINT THAT WE CAME TO AN AGREEMENT HE SAID TO ME, "YOU KNOW, WE SHOULD GET GIDDY INVOLVED," WHICH IS MR. SINASOHN. "WE SHOULD GET HIM INVOLVED SINCE HE IS THE ATTORNEY THERE AND LET HIM KNOW WHAT'S GOING ON."

AT APPROXIMATELY -- AND I KNOW BECAUSE SUNDOWN WAS ABOUT 5:15 AND MR. SINASOHN IS ORTHODOX, AS IS HIS BOSS. AND, SO FINISHING UP THINGS BEFORE SUNDOWN WAS SIGNIFICANT TO THEM. I WOULD SAY 20, 30 MINUTES MAX BEFORE SUNDOWN MR. SINASOHN WALKED INTO MY OFFICE. I WAS SITTING AT THE DESK THAT'S IN THE PHOTO. HE CAME TO MY RIGHT-HAND SIDE. WE WERE ON SPEAKER PHONE. HE WAS LEANING OVER ME AS WE WERE TALKING TO HIS BOSS WORKING OUT THE PARAMETERS OF REMOVING THE RECEIVER, REMOVING THE RECEIVER WITHIN 24 HOURS.

THE WRONG COMPANY HAD BEEN SUED. IT HAD BEEN ENTERED INTO. I EXPLAINED TO HIM THAT I WAS VERY NERVOUS AND CONCERNED ALSO THAT MY LAW FIRM, THAT THERE WERE ACTUALLY FTC PEOPLE GOING THROUGH MY FILE ROOM, MY LAW FIRM'S FILE ROOM. THEY WERE GOING THROUGH FILES. I WAS VERY CONCERNED ABOUT THAT. AND HIS BOSS WAS ACTUALLY

FAIRLY RESPECTFUL AS A FELLOW ATTORNEY AND SAID, "I RECOGNIZE THE IMPLICATIONS OF THAT. YOU KNOW, WE ARE GOING TO HAVE TO HANDLE THAT," AND MISS MOSCOWITZ WAS TOO, AS A MATTER OF FACT. SHE WALKED AROUND AND SHE WAS IN MY OFFICE AREA POINTING OUT FILING CABINETS THAT MR. SINASOHN SHOULD NOT GO INTO.

BUT AT THIS POINT IN TIME ON THAT FRIDAY IT WAS JUST MYSELF AND MR. SINASOHN, HIM LEANING OVER MY DESK AND HIS BOSS, MR. ALBINE, ON THE PHONE FROM ATLANTA AND WE TALKED ABOUT THE PARAMETERS OF WHAT WOULD HAPPEN WITH REGARDS TO SIMPLY A MONITOR COMING IN TO OVERSEE EVERYTHING, THAT I HAD TOLD HIM THAT I TOLD THE CLIENT TO SHUT DOWN SALES OF EVERYTHING BECAUSE I HAD EXPERIENCE WITH THIS AND THAT WOULD GIVE US TIME TO WEIGHED EVERYTHING OUT. EVERYTHING OUT.

I MEAN, SO YOU KNOW, THE SALES ROOM IS MUCH SMALLER THAN THIS SO-CALLED BOILER ROOM. IN FACT, MISS MOSCOWITZ, I THINK SHE TESTIFIED THAT THERE WAS JUST LIKE EIGHT TO 10 DESKS IN THE SALES ROOM. SO THE SO-CALLED BOILER ROOM, THE BACK OFFICE ROOM, WHERE ALL THE LADIES, WAS A MUCH LARGER SPACE WITH MANY, MANY MORE DESKS AND ALL THE BACK OFFICE PEOPLE, THE SIDES OFFICES THAT THEY WORK IN MANY, MANY MORE PEOPLE.

AND, SO AS WE GOT CLOSER AND CLOSER TO SUNDOWN, AND I SPOKE TO MR. ALBINE AND TO MR. SINASOHN, IT WAS

AGREED THAT WE HAD A RESOLUTION THAT WOULD HAVE TO BE WORKED OUT ON MONDAY. MR. ALBINE TOLD ME -- I SAID TO HIM, "LISTEN, I WOULD PREFER IT BEING WORKED OUT AS SOON AS THE SABBATH ENDS. HOW ABOUT ON SUNDAY?" AND HIS RESPONSE TO ME WAS, "MAYBE I WILL TEXT YOU ON SUNDAY AND WE WILL DO SOMETHING. BUT HONESTLY I THINK MY WIFE WILL KILL ME IF I WORK ON SUNDAY." AND I SAID TO HIM, "I GET IT. I UNDERSTAND. I'VE GOT FIVE CHILDREN, A WIFE, A FAMILY. I DO GET IT."

I SAID TO HIM, "I HAD BEEN SCHEDULED TO GO TO COLORADO WITH MY FAMILY. EVERYTHING THANKSGIVING I GO AWAY WITH MY FAMILY. I WORK, I NEVER STOP WORKING. BUT THE ONE THING I DO IS MAKE SURE I'M AVAILABLE THANKSGIVING FOR MY FAMILY AND WE GO TO COLORADO. AND I SAID TO MR. ALBINE, "I HAVE PLANS TO GO TO COLORADO. SHOULD I GO? AM I GOING TO BY OKAY?"

HE SAID, "I'M DRAFTING EVERYTHING." IN FACT, I THINK HER NAME IS LEDEL OR LADET, AND I'M SURE MR. SINASOHN WILL FIX ME ON HER NAME. BUT HE SAID, "MY ASSISTANT DEPUTY LIDEL LADET," SOMETHING LIKE THAT, THAT MAY BE HER LAST NAME, SHE IS TRAVELING ON MONEY ALSO AND SHE HELPS DRAFT THINGS. SO DON'T WORRY ABOUT IT.

I DIDN'T WORRY ABOUT IT. SHAME ON ME MAYBE. BECAUSE I DON'T KNOW IF IT WOULD HAVE MADE A DIFFERENCE BECAUSE ON MONDAY I THEN TRAVELED TO COLORADO. I TOOK A

VERY EARLY FLIGHT AND LANDED IN THE AFTERNOON, EARLY EVENING TIME FOR SOUTH FLORIDA AND I GOT A CELLPHONE CALL FROM MR. SINASOHN.

I ANSWERED IT. AT THAT POINT IN TIME HE WAS GIDEON TO ME. HE WAS GIDEON. AND I ANSWERED IT, "HELLO, GIDEON. WHAT'S UP?" I SAW IT WAS A 404 NUMBER, A CELLPHONE NUMBER. AND EVEN THOUGH I WENT TO SCHOOL IN ATLANTA, AND ALL THAT STUFF, VERY FEW PEOPLE FROM 404 CALL ME.

YOU KNOW, "HELLO, GIDEON, WHAT'S GOING ON?

"YOU, SIR, ARE OBSTRUCTING JUSTICE AND I AM VERY CLOSE TO HAVING YOU ARRESTED."

NOW, I AM STANDING IN A COURTYARD WATCHING MY KIDS THROW SNOWBALLS AT EACH OTHER AND LITERALLY MY HEART IS IN MY THROAT. "GIDEON, WHAT ARE YOU TALKING ABOUT?

"I JUST SAW SHRED-IT WALKING THROUGH THE OFFICES DESTROYING DOCUMENTS. YOU ARE OBSTRUCTING JUSTICE AND I CAN HAVE YOU ARRESTED.

"GIDEON, WHAT ARE YOU TALKING ABOUT?

"YOU HEARD ME, SHRED-IT. I SAW A SHRED-IT TRUCK SHOW UP, AND YOU ARE DESTROYING DOCUMENTS. YOU'RE OBSTRUCTING JUSTICE. YOU WILL GO TO PRISON."

LITERALLY LIKE THAT. I SAID TO HIM, "GIDEON, LISTEN TO ME CAREFULLY. PEOPLES' PERSONAL INFORMATION, CREDIT CARD NUMBERS, TAX RETURNS. THERE ARE THINGS IN THE

OFFICE THAT FEDERAL LAW REQUIRES THOSE DOCUMENTS BE DESTROYED. IF YOU WILL KINDLY CALL SHRED-IT, YOU WILL FIND OUT THAT THEY HAVE BEEN GOING TO THE OFFICE FOR YEARS. YOU WILL ALSO FIND OUT THAT THEY DON'T EVEN KNOW WHO I AM. I HAVE NEVER SPOKEN TO ANYONE. SO FOR YOU TO ACCUSE ME THAT I CALLED SHRED-IT TO OBSTRUCT JUSTICE AND DESTROY DOCUMENTS IS OFFENSIVE."

THAT IS THE BEGINNING OF THE END OF ANY CALLING HIM GIDEON ANY LONGER. THEN IT WAS MR. SINASOHN, AND THEN IT WAS, "I WILL GET BACK TO YOU."

ABOUT 20, 30 MINUTES LATER HE GETS BACK TO ME. NOT A WORD ABOUT SHRED-IT, WHICH I HAD LATER FOUND OUT THEY DID CONTACT SHRED-IT, THEY DID FIND OUT THAT SHRED-IT ACTUALLY GOES TO THE OFFICES -- TO MY SURPRISE, I DIDN'T EVEN KNOW, EVERY MONDAY. I HAD NO IDEA. IT'S NOT MY DEPARTMENT. THERE ARE LOTS OF PEOPLE AROUND. EVERY SINGLE SOLITARY MONDAY. MR. SINASOHN HAPPENED TO BE AT THE OFFICE ON A MONDAY. I HAPPENED TO BE IN COLORADO. SHRED-IT HAPPENED TO DO THEIR JOB AND SHOW UP TO EMPTY THE BINS, AND THEY CONFIRMED TO HIM THAT EVERY MONDAY THEY GO THERE, AND THAT DAVID FEINGOLD HAD NEVER CALLED THEM.

WELL, THE NEXT PHONE CALL I GOT WAS, "WE ALSO FOUND OUT WHEN SHRED-IT WAS AT YOUR OFFICE THAT THEY WALKED UPSTAIRS TO ANOTHER SUITE. YOU HAVE HIDDEN A SUITE FROM US. YOU ARE IN DEEP TROUBLE."

NOW, YOU HAVE TO VISUALLY RECOGNIZE, I'M IN COLORADO, MY KIDS ARE BOUNCING AROUND SMILING, AND I'M SHIVERING AND IT'S NOT BECAUSE -- YOU KNOW, IT'S NOT BECAUSE OF THE TEMPERATURE. NOT EVEN CLOSE.

I AM NOW TOLD THERE IS A HIDDEN OFFICE. AND I SAID, "MR. SINASOHN, WHAT ARE YOU TALKING ABOUT?

"WE SAW THE SHRED IT GUY GOING TO THE THIRD FLOOR.

"OKAY.

"YOU HID THE OFFICE."

"LET'S THINK LOGICALLY HERE. DID ANYONE EVER ASK ME TO GIVE THEM A TOUR OF ANYTHING?

"THAT'S NOT MY POINT.

"SIR, WHEN I GOT TO THE OFFICES ON THAT THURSDAY NIGHT WAS I ADVISED WHO HAD GIVEN YOU A TOUR, OR WHO HADN'T? I'M JUST A LAWYER. I DON'T OWN THAT COMPANY. I DON'T KNOW WHAT YOU WERE TOURED OR WEREN'T.

"LISTEN TO ME. YOU HID THE OFFICE FROM US. WE HAVE MAJOR PROBLEMS WITH YOU. YOU HAVE BEEN LYING TO US."

I TOLD MR. SINASOHN THAT IT WOULD BE IMPOSSIBLE FOR ME TO HIDE OFFICES FROM HIM BECAUSE, NUMBER ONE, THERE WAS A BINDER THAT SHOWED ALL OF THE FILES, ALL OF THE COMPLIANCE LOGS FROM EVERY OFFICE. HE HAD PHYSICALLY BEEN GIVEN THE COMPLIANCE LOGS.

AND I SAID TO HIM, "MR. SINASOHN, YOU HAVE BEEN

GIVEN THE COMPLIANCE LOGS. IF YOU LOOK AT THEM THEY IDENTIFY THE OFFICES. HOW COULD OFFICES BE HIDDEN FROM YOU? ALL LOCATIONS OF ALL OFFICES SHOW UP SHOW UP ON COMPLIANCE LOGS, NUMBER ONE.

"FLUME TWO, EVERY FILE REGARDING THE COMPANY, YOU WERE GIVEN THE BINDER. IF I WERE TRYING TO HID ANYTHING FROM YOU WHY WOULD I GIVE YOU THE BINDER WITH EVERY POSSIBLE RECORD REGARDING THE COMPANY BECAUSE YOU WOULD SEE EVERY DOCUMENT REGARDING EVERY OFFICE, REGARDING EVERY PERSON, REGARDING EVERYTHING THAT GOES ON."

I THOUGHT I WAS FINE IN GIVING HIM THE EXPLANATION. I WAS THEN AGAIN ATTACKED. "YEAH, ABOUT THIS FRAUDULENT BINDER YOU GAVE ME. I CALLED THE NUMBER ON THE OUTSIDE OF THE BINDER AND IT'S DISCONNECTED. ANOTHER ONE YOU'RE TRYING TO PULL OVER ON US HIDING YOUR FILES."

I SAID, "MR. SINASOHN, WHAT'S THE NAME ON THE BINDER?" AND HE GAVE ME A NAME I HADN'T EVEN HEARD. I SAID, "SIR, THE COMPANY THAT HAS EVERY FILE IS CALLED IRON MOUNTAIN. THEY ARE ONE OF THE LARGEST PUBLIC COMPANIES THAT STORES DOCUMENTS. CALL THEM.

"WELL, IT SAYS -- THIS BINDER, IT SAYS THIS COMPANY." I THINK IT STAYED STERLING RECORDS. IN FACT, I THINK IT WAS STERLING RECORDS. I THEN IN A PANIC CALLED MY SECRETARY TRISHA LOVEJOY, WHO HAS BEEN WITH ME I THINK 13 YEARS, TO INQUIRE LIKE, "WHY DOES HE HAVE A STERLING

BINDER?" AND SHE IS LIKE, "LISTEN, FIRST UNIVERSAL, THEIR RECORDS ARE KEEP SEPARATE FROM OURS BUT WE USED TO HAVE A BINDER LIKE THAT AND CALL SEAN. I DON'T KNOW."

I CALLED SEAN AND I FIND OUT, YEAH, THAT'S THE ORIGINAL BINDER FROM THE FIRST STORAGE COMPANY WE EVER USED AND I LIKED IT. IT WAS A GOOD STRONG BINDER. SO AS WE CHANGED COMPANIES I KEPT USING THAT BINDER. AND HE SAID TO ME, LIKE OF LIKE, "YOU ARE IN GRADE SCHOOL AND YOU HAVE A COOL NOTEBOOK AND YOU USE IT THE NEXT SEMESTER? IT'S LIKE, IT'S JUST A BINDER."

I SAID, "CALL IRON MOUNTAIN.

"I WILL."

HE ENDED UP CALLING UP IRON MOUNTAIN AND TELLING ME THAT ACTUALLY STERLING BECAME SOME OTHER COMPANY WHICH LATER BECAME IRON MOUNTAIN. IT'S LIKE, "THEY'RE ALL THERE. ALL YOU'VE GOT TO DO IS CALL IRON MOUNTAIN."

CALLED MR. SINASOHN, TOLD HIM THIS. I THEN SPOKE TO MISS KUDMAN. SHE WAS FAIRLY FRIENDLY ABOUT IT AND JUST SAID, "LISTEN, YOU'VE GOT TO UNDERSTAND. HE BARGES INTO OFFICES ALL THE TIME AND HE'S USED TO PEOPLE LYING TO HIM. YOU KNOW, YOU CAN'T TAKE IT PERSONALLY." BUT I DID. I DID. I REALLY DID, BECAUSE I THINK YOU CAN TELL BY THE WAY I SPEAK I -- I SAY IT THE WAY IT IS, AND I REALLY DID TAKE IT PERSONALLY, EXTREMELY PERSONALLY.

I SPOKE TO MR. SINASOHN AGAIN AND TRIED TO REASON

WITH HIM THAT ON MULTIPLE OCCASIONS HE ACCUSED ME OF LYING AND THAT HE HAD FOUND IN EACH CIRCUMSTANCE HE WAS WRONG. I THOUGHT THAT WOULD PUT AN END TO IT.

BUT THEN I WAS ACCOSTED ON THE TELEPHONE AGAIN AND I WAS TOLD, "SIR, I HAVE NOW FOUND OUT THAT YOU HAVE HIDDEN THE BOOKKEEPER'S COMPUTER, A WOMAN BY THE NAME OF GALE FINCH. I HAVE FOUND OUT YOU NEVER DISCLOSED IT TO ME."

AT THAT POINT I SAID TO HIM, "YOU KNOW WHAT, MR. SINASOHN? THIS IS GETTING TO BE LIKE THE TWILIGHT ZONE." I SAID, "ON THAT THURSDAY WHEN YOU ALL CAME IN THERE WERE TWO AFRICAN-AMERICAN GENTLEMEN WITH YOU." AND I SAID, "I SPECIFICALLY SPOKE TO ONE OF THEM AND HE GAVE ME HIS CARD," AND I COULDN'T REMEMBER HIS NAME, AND I SAID TO HIM, "THE FOLLOWING DAY I TOOK THAT GENTLEMAN," I LATER LEARNED HIS NAME WAS JEFFREY AND HE WORKED FOR A THIRD-PARTY COMPUTER COMPANY AND I TOOK HIM AROUND.

HE HAD A LITTLE BOX THAT LOOKED LIKE -- ALMOST LIKE A SEWING KIT WHICH HE WOULD PLUG INTO THE COMPUTERS AND I LEARNED FROM HIM THAT IT WAS HIS WAY OF DOWNLOADING THE CONTENTS OF EVERY COMPUTER. I PERSONALLY TOOK HIM TO GALE'S DESK AND TO LISA'S DESK, THE ASSISTANT BOOKKEEPER, AND DOWNLOADED EVERYTHING.

I SAID, "MR. SINASOHN, YOU CALL THAT MAN WHO WALKED AROUND WITH THAT LITTLE BLACK BOX AND YOU ASK HIM

WHO BROUGHT HIM TO GALE'S DESK. YOU ARE" -- I ACTUALLY TOLD HIM I THINK I TOLD HIM HE WAS CRAZY. I THINK I TOLD HIM HE WAS CRAZY. THE CONSPIRACY THEORY JUST GOT INTO EXTRAORDINARY.

I THEN HAD A FINAL CONVERSATION WITH MR. SINASOHN. I THINK I MAY HAVE TALKED WITH MISS KUDMAN ONE TIME BEFORE. SHE WAS VERY PLEASANT AND SAID, "LISTEN TRY TO ENJOY YOURSELF," OR WHATEVER. IT WAS PLEASANTRIES. IT WAS NOTHING INCREDIBLY SIGNIFICANT THAT STANDS OUT IN MY MIND.

I SPOKE TO MR. SINASOHN AGAIN, AND I THINK MISS KUDMAN THINKING ABOUT IT NOW ABOUT, "MAYBE INSTEAD OF APPOINTING A MONITOR NOW SINCE GIDDY DOESN'T TRUST YOU, MAYBE WE SHOULD JUST EXTEND THE RECEIVERSHIP SO THEY CAN GET A HANDLED ON THE BUSINESS."

AND I THOUGHT TO MYSELF, YOU KNOW WHAT? TRY TO AMICABLY TO RESOLVE THIS THING. TRY, TRY TO DO THAT. AND I SAID, "OKAY. LET'S -- LET'S AGREE TO AN EXTENSION FOR THAT SO THAT THEY CAN SEE THAT EVERYTHING I HAVE TOLD THEM IS THE TRUTH AND SO THAT THIS WILL PASS. THAT, LISTEN, YOU KNOW, NO ONE IS ELATED ABOUT A MONITOR BUT IT DOES SHOW AN HONORABLE COMPANY. HEY, SOMEONE CAN COME IN ON THE COMPANY'S DIME AND WATCH AND QUESTION ANYTHING AT ANY TIME BECAUSE EVERYTHING YOU ACCUSE THE COMPANY OF IS WRONG AND YOU WALKED INTO THE WRONG COMPANY."

SO IT WAS AGREED THAT THEY WOULD WORK ON AN EXTENSION. WELL, WHILE I WAS IN COLORADO I CAME TO FIND OUT THAT NOT ONLY MY PERSONAL ASSETS WERE FROZEN, WHICH I UNDERSTOOD THAT AND RESPECTED THAT, BUT MY LAW FIRM'S ASSETS AS WELL. AND NOT JUST MY LAW FIRM'S ASSETS, NOT JUST MY FIRMS OPERATING ACCOUNT, NOT JUST MY FIRM'S CREDIT CARD ACCOUNTS WHICH MY ATTORNEYS USE AS WELL AS MYSELF, BUT ALSO MY FIRM'S ESCROW ACCOUNTS.

I ALSO FOUND OUT, BECAUSE A LOT OF THE BILLS FROM MY LAW FIRM ARE PAID BY ELECTRONIC DRAFT, THAT MY HEALTH INSURANCE DID NOT GET PAID, MY CAR PAYMENTS DID NOT GET PAID, WHICH I DIDN'T REALLY CAR ABOUT MY CARS, THEY CAN HAVE THEM. BUT MY HEALTH INSURANCE IS A PRETTY SIGNIFICANT ISSUE FOR ME BECAUSE AS MANY PEOPLE KNOW I HAVE A -- I HAVE A CHILD WITH SOME ISSUES.

AND, SO WHEN I FOUND OUT THAT THE HEALTH INSURANCE WAS NOT PAID, AND THAT WHEN I FOUND OUT THAT MY ESCROW ACCOUNTS WERE FROZEN AND THAT THERE WERE APPROXIMATELY 13 ADOPTIONS THAT WERE BEING DONE THROUGH THE FAMILY LAW DIVISION, AND THAT THERE WERE THREE BIRTH MOTHERS, ONE OF WHOM I BELIEVE MAY BE IN LABOR TODAY. I THINK THAT WAS THE LAST THING I HEARD FROM MY WIFE. SHE WAS TRAVELING ACTUALLY TO FORT LAUDERDALE, I THINK THE WOMAN WAS GOING INTO LABOR TODAY. AND THAT IN ADOPTIONS, THE ADOPTIVE PARENTS PUT THE HEALTH CARE COST IN ESCROW

WITH THE ATTORNEY WHO THEN PAYS THOSE HEALTH CARE COSTS.

SO WHEN I LEARNED OF ALL OF THIS CALAMITY, I CONTACTED MR. SINASOHN AND I ASKED HIM IF HE WOULD PLEASE UNFREEZE MY LAW FIRM. AND I THINK I ACTUALLY FIRST MAY HAVE CONTACTED THE RECEIVER, NOW THAT I THINK ABOUT IT, AND THE RECEIVER INDICATED SHE DIDN'T HAVE ANY OBJECTION. SHE JUST WANTED TO MAKE SURE I WASN'T RECEIVING MONEY FROM FIRST UNIVERSAL, AND THIS, THAT, AND THE OTHER. BUT THAT SHE REALLY DID NOT HAVE A PROBLEM WITH IT AND SHE RECOGNIZED THERE IS A LAW FIRM GOING ON, ET CETERA.

WHEN I SPOKE TO MR. SINASOHN AND ADVISED HIM THAT I HAD SPOKEN TO THE RECEIVER, ACTUALLY DRAFTED A MOTION SAYING THAT THE RECEIVER CONSENTED AND THAT I WOULD LIKE HIS CONSENT SO WE COULD SUBMIT IT TO THE COURT SO I COULD GET THE HEALTH CARE FOR MY CHILD PAID, SO THAT I COULD GET THESE BIRTH MOTHER'S EXPENSES PAID, MR. SINASOHN LASHED OUT AT ME THAT, "I'M NOT GOING TO DO ANYTHING UNTIL YOU GIVE ME YOUR FINANCIAL DISCLOSURES."

AND I SAID, "WELL, WAIT A MINUTE, MR. SINASOHN, WE ARE WORKING ON AN AMENDMENT TO THE JUDGE'S ORIGINAL ORDER WHICH SAID I SHOULD GIVE YOU DISCLOSURES. BUT WE ARE WORKING ON AMENDING THAT, AND THE AMENDMENT, THE DRAFT SAID I WOULD HAVE FIVE DAYS TO GIVE YOU DISCLOSURES FROM THE TIME THE AMENDMENT WAS SIGNED BY THE JUDGE. HOW CAN I ON THE ONE HAND WORK WITH YOU RESOLVING THIS AND ON THE OTHER

HAND COMPLY WITH AN ORDER THAT WE'VE ALREADY AGREED WE'RE AMENDING. THAT'S NONSENSICAL. I HAVE BEEN PRACTICING LONG ENOUGH THAT WHEN THERE IS AN ORDER OUT THERE AND LAWYERS AGREE THAT THEY ARE GOING TO AMEND IT THEY WORK WITH EACH OTHER IN GOOD FAITH UNTIL THEY GET THE AGREED ORDER SIGNED BY THE JUDGE. I MEAN, LIKE THIS IS CRAZY."

HE SAID TO ME, "LOOK, HERE IS WHAT I'M TELLING YOU TO DO. YOU ARE TO GIVE ME THOSE FINANCIAL DISCLOSURES. I'M GOING TO GO THROUGH THEM LINE, BY LINE, BY LINE. I'M GOING TO MAKE A DETERMINATION WHETHER OR NOT YOU'RE TELLING ME THE TRUTH AND THEN I'LL DECIDE IF YOUR DAUGHTER GETS PAID. THEN I'LL DECIDE IF HER BILLS GET PAID."

AND, YOU KNOW WHAT? AT THAT POINT IN TIME, AND HE WILL TELL YOU, I HUNG UP THE PHONE ON HIM. I HUNG UP THE PHONE ON HIM, AND I HAVE NO REGRETS ON DOING IT. AND AS A GROWN MAN, 43 YEARS OLD, I WENT TO MY PARENTS WHO HAD NO IDEA WHAT WAS GOING TO IN MY LIFE TO PROTECT THEM, BECAUSE IT'S NOT FAIR TO TAKE PEOPLE WHO ARE OF THAT AGE AND PRESSURE THEM WITH WHAT'S GOING ON IN MY PERSONAL LIFE. I WENT TO THEM, HAT IN HAND AND SAID, "MOM AND DAD, YOU NEED TO PAY MY HEALTH INSURANCE BILL FOR MY DAUGHTER. YOU NEED TO TAKE CARE OF THINGS."

TO THIS DAY MY TRUST ACCOUNTS, WHICH ARE OTHER PEOPLES' MONEY, HAVE NEVER BEEN UNFROZEN. AND, AS MISS MOSCOWITZ SAID IN HER TESTIMONY, "HEY, I HAVE NO

PROBLEM WITH IT. THAT'S BETWEEN YOU AND THE FTC."

WELL, IT'S NOT REALLY THE FTC, IT'S MR. SINASOHN WHO HAS SAID NO. AND IT WAS CONVEYED TO HIM THAT I'M GOING TO GET BAR COMPLAINTS, THAT PEOPLE ARE CALLING ASKING FOR THEIR MONEY TO BE RELEASED, AND I'M TELLING THEM I CAN'T DO IT.

WHAT DO YOU THINK THE FIRST THING THAT COMES TO PEOPLES' MIND IS WHEN MONEY IS NOT RELEASED FROM AN ESCROW ACCOUNT? "HEY, THE LAWYER STOLE IT." AND, OF COURSE, THE NEWS REPORTS, THE NEWS CAMERAS THAT I KNOW THE RECEIVER DIDN'T CALL THE NEWS. I KNOW THE RECEIVER DIDN'T PUT ON HER WEB SITE, "OPERATION SAVE HOPE. FIRST UNIVERSAL LENDING SHUT DOWN." I KNOW THE RECEIVER DIDN'T DO THAT.

MIRACULOUSLY THE SAME PRESS THAT MR. SINASOHN SAYS, "I DON'T KNOW HOW THEY GOT TO YOUR OFFICES." I AM NOW ALL OVER THE PRESS SO THESE CLIENTS WHO WEREN'T GETTING THEIR MONEY OUT OF ESCROW THEY CAN GO AHEAD AND GOOGLE THEIR NAME AND WHAT DO THEY FIND? "POLICE AT THE OFFICES," AT MY OFFICE.

NOW, TO MAKE MATTERS WORSE I HAVE THESE 60-SOME LAWSUITS AND CORPORATE MATTERS I'M HANDLING FOR CLIENTS AND MY MONEY IS FROZEN AND I CAN'T PAY MY LAWYERS. AND I AM JUST AMAZED AT THE ALLEGIANCE OF THESE PEOPLE. I'M AMAZED AT THE ALLEGIANCE OF EVERYBODY STANDING BY FIRM, NOT GETTING PAID. AND, IN FACT, WHAT'S SO INCREDIBLE TO ME IS

THAT AFTER THE POLICE STORMING THE OFFICES, AFTER ALL THE PRESS, AFTER ALL THE CRAZINESS THAT'S GONE ON BETWEEN FEINGOLD & KAM AND FIRST UNIVERSAL HOLDINGS, IT'S A HUNDRED AND THIRTY-SOME PEOPLE, WHATEVER IT IS, ONLY ONE PERSON QUIT AND THAT WAS BECAUSE HER BOYFRIEND DEMANDED IT. EVERY OTHER PERSON HAS STAYED AGREEING TO WORK FOR ME FREE.

I WOULD SUBMIT THAT IF THERE WAS ANYTHING NEFARIOUS OR HORRIFIC GOING ON AT THIS COMPANY, BECAUSE I HAVE REPRESENTED BROKERAGE FIRMS, I HAD TO DEFEND PEOPLE WHO HAVE GONE OFF TO PRISON. AND I WOULD SUGGEST TO YOU IF SOMETHING BAD WAS GOING ON, THE NEXT DAY AFTER THE GOVERNMENT IS THERE NO ONE SHOWS TO WORK.

AT THIS PLACE EVERYONE SHOWS TO WORK. AND NOT ONLY DO THEY SHOW FOR WORK THEY SHOW FOR FREE. THEY SHOW FOR FREE. AND, SO NOW I AM LEFT IN A SITUATION WHERE I HAVE A LAW FIRM THAT TOOK ME ABOUT 18 YEARS TO CREATE AND TO FALL APART IN 18 DAYS. IN 18 DAYS FOR IT TO FALL APART.

THERE IS A COMPANY, FIRST UNIVERSAL HOLDINGS, DOING WORK FOR SEPARATE LAW FIRMS, NOT ONLY SAVINGS PEOPLES' HOMES WHICH IS ANOTHER INTERESTING POINT. THE FIRST UNIVERSAL HOLDINGS PEOPLE HAVE WORKED ON THEIR FILES APPROXIMATELY TWO, TWO AND A HALF DAYS SINCE THE RECEIVERSHIP HAPPENING. HOWEVER, THAT ENDED UP TO BE AND WITH THE RECEIVER'S BUSY SCHEDULE, AND I RECOGNIZE SHE IS A VERY BUSY LAWYER AND HER OWN LAWYER BUSY SCHEDULES, I

RECOGNIZE THAT, THE FACT REMAINS TWO AND A HALF DAYS OUT OF THE LAST THREE WEEKS.

THE DAY THEY WALKED INTO THE OFFICE THERE WERE 50 FORECLOSURE SALES. THEY ACTUALLY STOPPED 26 OF THEM. BUT UNFORTUNATELY 24 PEOPLE LOST THEIR HOMES. THERE WILL PROBABLY BE 24 LAWSUITS OF PEOPLE COMPLAINING, "WHY WASN'T A LAWYER AT THE HEARING? WHY DIDN'T THE FORECLOSURE STOP?"

ALL THE SERVICES THAT FIRST UNIVERSAL HOLDINGS PROVIDES FOR THESE OTHER LAW FIRMS, THE FINLEYS, THE FEINSTEINS, THE MARRUCCIS, I'M SURE THESE GUYS ARE CALLING THEIR MALPRACTICE CARRIERS BECAUSE THEIR BUSINESSES DEPENDENT ON FIRST UNIVERSAL HOLDINGS DOING ALL THE ADMINISTRATIVE WORK SO THAT THEY COULD GO TO COURT, THEY COULD REVIEW PLEADINGS, THEY COULD PRACTICE LAW, DO WHAT THEY WERE TRAINED TO DO. THAT'S NOT HAPPENING NOW.

SO IF WE WANT TO TALK ABOUT PUBLIC HARM, LET'S TALK ABOUT THE 3,000 PEOPLE WHO NOW PHONES AREN'T BEING ANSWERED. RIGHT NOW WE ARE ALL SITTING IN COURT. NOTHING IS BEING DONE. IT'S NICE AND QUIET IN HERE, I WILL GUARANTEE YOU IT'S NOT NICE AND QUIET AT FIRST UNIVERSAL HOLDINGS.

I, MYSELF, HAD TO SEND ALL MY LAWYERS BACK TO WORK TODAY TO TRY TO SAFE CLIENTS. I'VE GOT TO TRY TO GO FIGURE OUT HOW TO FLY ALL OVER THIS COUNTRY TO SAVE CLIENTS. I HAD A CLIENT THAT WAS SUPPOSED TO GIVE ME A

$200,000 RETAINER TO DO AN INVESTIGATION BECAUSE THE GOVERNMENT CONTACTED THEM AHEAD OF TIME AND ADVISED THEM THAT THEY WERE LOOKING AT THEM, THE PROPER WAY TO DO IT, AND THEY WERE HIRING MY FIRM TO INVESTIGATE. I CAN'T DO THAT NOW. I CAN'T ACCEPT MONEY BECAUSE MY LAW FIRM HAS BEEN SHUT DOWN.

THIS HAS BEEN A DISASTER. AND I SOUND SELFISH, NOT JUST FOR MYSELF BUT FOR THESE PEOPLE HERE. SO WE TALK ABOUT THE PUBLIC HARM TO THE CONSUMER, THE 3,000 PEOPLE WHO AREN'T GETTING SERVICED. TALK ABOUT THE PUBLIC HARM TO MY DAUGHTER. TALK ABOUT THE PUBLIC HARM TO THE LAWYERS THAT WORK FOR ME, THE PEOPLE THAT WORK AT FEINGOLD & KAM. NOW LET'S TALK ABOUT THE HARM TO THESE PEOPLE.

NONE OF THEM HAVE BEEN PAID, NOT A ONE. THEY HAVE COME IN, THEY HAVE SHOWED UP, THEY ARE WILLING TO WORK FOR FREE. THEY GET THAT TIED AND DEVOTED TO THE CLIENTS. THEY HAVEN'T BEEN PAID. I DON'T KNOW WHAT POSSESS THEM TO COME HERE AND WATCH THIS. IT'S UTTERLY AMAZING TO ME THAT THESE PEOPLE WOULD DO THIS. AND THE GAS, THE PARKING, IT'S UNBELIEVABLE. IT'S A TRIBUTE TO WHATEVER HAPPENS IN THIS CASE IT'S AN ABSOLUTE TRIBUTE THAT PEOPLE WOULD BE WILLING TO DO THAT.

WHY CAN'T THEY GET PAID? WHY? BECAUSE AS I HAVE LEARNED MR. SINASOHN OBJECTS TO ANY MONIES BEING RELEASED CLAIMING IT'S MONIES FOR THE FTC. HE OBJECTS.

AND YOU, SIR, YOU CAN ROLL YOUR EYES AT ME ALL YOU WANT.

THE COURT: ALL RIGHT. LET'S MOVE ALONG.

THE WITNESS: THE BOTTOM LINE IS, IS THAT THE AMOUNT OF HARM THAT'S BEEN CREATED BY THIS EPISODE IS GREATLY OUTWEIGHED BY THE ACTUAL ACTION THAN ANY ALLEGATIONS AGAINST FIRST UNIVERSAL LENDING.

FIRST UNIVERSAL LENDING IS CLOSED. ONE OF THE ELEMENTS IN THE CASE LAW THAT I HAVE GIVEN YOU, JUDGE, IS THAT THEY HAVE TO PROVE THAT THERE IS A LIKELIHOOD OF SUCCESS ON THE MERITS.

WELL, THEY SUED FIRST UNIVERSAL LENDING WHO IS CLOSED, NUMBER ONE. SO THAT RAISES A WHOLE ISSUE IN AND OF ITSELF HOW THEY ARE NOW SHUTTING DOWN HOLDINGS.

NUMBER TWO, WHAT'S IMPORTANT IS THAT EVERY AFFIDAVIT, EVERY DECLARATION EXCEPT TWO THAT THEY BROUGHT INTO COURT TODAY COME FROM PEOPLE WHO HAPPEN TO BE CLIENTS OF INDEPENDENT BRANCH OFFICES.

SECTION FIVE OF THE FTC SAYS THAT YOU MUST TAKE ACTION FOR UNFAIR AND DECEPTIVE TRADE PRACTICES, AND THE CASE LAW IS IN THERE, JUDGE, AGAINST THE PERSON MAKING THE REPRESENTATION, THE CORPORATION MAKING THE REPRESENTATION.

WELL, IN THIS CASE THE REPRESENTER, THE PERSON MAKING THOSE STATEMENTS, NOT CONCEDING THAT THEY WERE MISLEADING, BUT EVEN IF THEY WERE ARE DIFFERENT COMPANIES

THAT HAVEN'T EVEN BEEN BROUGHT INTO THIS ACTION.

ON TOP OF THAT, THE MEAGER TWO COMPLAINTS THAT WERE PRESENTED REGARDING FIRST UNIVERSAL LENDING, PALM BEACH GARDENS, THOSE TWO COMPLAINTS, IN ONE, MR. DADE, HE GOT A MODIFICATION FROM 8 PERCENT DOWN TO FIVE AND A QUARTER PERCENT. IT'S ALL IN SALES FORCE.

THE SECOND ONE, MR. MUNOZ GOT A MODIFICATION FROM NINE PERCENT INTEREST RATE DOWN TO SIX PERCENT. EACH ONE IF YOU CALCULATE THE SAVINGS OF INTEREST, EVEN IF THEY DON'T STAY 30 YEARS, EVEN IF THEY STAY 10 YEARS, IT'S 10 TO 15 FOLD LARGER THAN THE FEE THAT THEY PAID FIRST UNIVERSAL LENDING. FIRST UNIVERSAL LENDING, NOT FIRST UNIVERSAL HOLDINGS, A COMPLETELY SEPARATE BUSINESS MODEL WITH DIFFERENT PEOPLE.

NOW, I AM GOING TO TRY TO WRAP THIS UP VERY QUICKLY, YOUR HONOR, AND THERE ARE A COUPLE OF OTHER POINTS THAT I WANT TO MAKE THROUGH MY TESTIMONY.

THAT IS, IS THAT THE LAW SAYS THAT IN ORDER FOR AN INDIVIDUAL TO BE LIABLE FOR A SECTION FIVE ACTION YOU MUST SHOW THAT THE PERSON WAS INVOLVED IN THE SALES. INVOLVED IN THE SALES. I HAVE THE CASE LAW ATTACHED, JUDGE, AND IT'S ACTUALLY TABBED AND HIGHLIGHTED.

YOU WILL FIND THAT IN MR. SINASOHN'S CASE NOT A SINGLE PERSON HAS TESTIFIED THAT I, DAVID FEINGOLD, SOLD ANYTHING. THAT SEAN ZAUSNER SOLD ANYTHING, OR THAT DAVID

ZAUSNER SOLD ANYTHING. NOT A ONE.

THEIR CASE IS CLOSED. THEY HAVE CLOSED THEIR EVIDENCE. BUT YOU WON'T FIND A PERSON THAT WILL SAY THAT BECAUSE I'M AN ATTORNEY, I'M THEIR OUTSIDE LAWYER, AND I'M HAPPY AND PROUD TO BE IT, AND I WILL CONTINUE TO BE IT. BUT THAT'S MY JOB.

YOU WILL FIND MR. LIGGINS ATTACHED TO HIS DECLARATION, WHICH I BELIEVE WAS EXHIBIT NUMBER 19, PLAINTIFF'S EXHIBIT NUMBER 19, WHICH ON PAGE 26 HE ATTACHED A BANK RESOLUTION FROM ENTERPRISE BANK WHICH SAID, "DAVID FEINGOLD, PRESIDENT."

NOW, WHAT WAS INTERESTING ABOUT THIS IS THAT YOU NOTE AT THE BOTTOM WHERE I SIGNED, I SIGNED, "DAVID FEINGOLD, LEGAL COUNSEL." I DO NOT DENY I HAVE SIGNATURE AUTHORITY ON THEIR BANK ACCOUNTS BECAUSE I DO NOT DENY THAT THEY OWE ME A LOT OF MONEY. AND I THINK I WENT THROUGH ABOUT A YEAR'S OF ME PAYING THE RENT AND INSURANCE, AND THAT'S ONE WAY THAT I PROTECT MYSELF TO GET PAID. I AM GOING TO MAKE SURE THAT I HAVE SIGNATURE AUTHORITY ON A BANK ACCOUNT TO GET PAID.

BUT NUMBER TWO, WHAT'S INTERESTING IS, IS THAT IF YOU LOOK AT WHERE IT SAYS MY NAME PRESIDENT, YOU WILL SEE THAT I SIGNED A SIGNATURE CARD, WHICH I LATER LEARNED THE BANK WHEN THEY WENT THROUGH THEIR AUDIT THEY HADN'T PUT TITLES TO PEOPLES' NAME. SO THEY TYPED ME SINCE I WAS AT

THE TOP PRESIDENT AND SEAN AT THE BOTTOM AUTHORIZED SIGNER. BUT THEN WHAT MR. SINASOHN DIDN'T POINT OUT TO THIS COURT, IS THAT THE NEXT PAGE OF THE EXHIBIT, WHICH WAS PAGE 28, A NEW RESOLUTION WAS FILED WITH THE BANK. A NEW RESOLUTION.

AND THAT NEW RESOLUTION SAYS, "DAVID FEINGOLD, LEGAL COUNSEL," NOT PRESIDENT. AND MR. SINASOHN DIDN'T POINT THAT OUT TO THE COURT. AND WHAT HAPPENED HERE WAS QUITE SIMPLY THAT IF YOU LOOK AT THE FIRST BANK STATEMENT YOU WILL SEE IT WAS JUST CALLED FIRST UNIVERSAL LENDING, AND THE SECOND ONE WAS FIRST UNIVERSAL LENDING, D/B/A APEX, D/B/A TRANSCONTINENTAL.

FIRST UNIVERSAL IN ORDER TO DEPOSIT CHECKS FROM THOSE INSTITUTIONS OPENED UP D/B/A'S. WHEN THEY DID IT THEY CAME TO ME AS LEGAL COUNSEL TO GO THROUGH THE BANK RECORDS.

WHEN I SAW THAT MY NAME WAS LISTED AS PRESIDENT I WAS EXTRAORDINARILY UNHAPPY AND CALLED THE BANK AND LET THEM KNOW THAT A NEW RESOLUTION, WHICH IS ATTACHED THERE, SHOWING ME AS LEGAL COUNSEL NEEDED TO BE ATTACHED. AND I SUBMIT TO YOU THAT IN THE NOT HUNDREDS, BUT THOUSANDS OF DOCUMENTS THAT YOU WILL SEE WITH SIGNATURES IDENTIFYING PRESIDENT, IDENTIFYING MANAGER. IN FACT, I COUNTED UP CLOSE TO 55 SIGNATURES THROUGH THIS DECLARATION ALONE, YOU WILL SEE THAT SEAN ZAUSNER SIGNED EVERY SINGLE ONE. AND HE'LL TESTIFY AND TELL YOU THAT'S HIS JOB. THAT'S HIS

TITLE.

THE ONLY OTHER DOCUMENT REFERENCING MY NAME, WHICH MR. SINASOHN WENT THROUGH WAS IN MR. LIGGINS' SUPPLEMENT. AND IN THAT SUPPLEMENT, WHICH I UNFORTUNATELY JUST MIXED WITH THE OTHER STACK, IN THAT SUPPLEMENT YOU WILL SEE THERE IS A PAYCHECKS PAYROLL DOCUMENT. AND ON THAT PAYCHECKS PAYROLL DOCUMENT IT SAYS, "FIRST UNIVERSAL LENDING," AND BELOW IT, IT HAS THE ADDRESS AND IT SAYS, "DAVID FEINGOLD, GEN.MAN." AND IF YOU LOOK AT THAT ADDRESS IT SAYS 3300 PGA BOULEVARD.

WHAT YOU WILL FIND OUT IS THAT THE LAW FIRM OF FEINGOLD & KAM HAD BEEN IN BUSINESS AT LEAST 10 YEARS PRIOR TO FIRST UNIVERSAL. THAT FIRST UNIVERSAL USED THE SAME MAILING ADDRESS BECAUSE, AS I EXPLAINED, IT STARTED IN MY CONFERENCE ROOM. AS THE WALLS EXPANDED AND THEY MOVED, ON THE MAIN DOOR HAPPENED TO BE THERE AND THERE WAS ONE MAILING ADDRESS.

WHEN YOU REGISTER WITH PAYCHECKS THEY HAVE A SECURITY PROVISION. THEY DO NOT WANT MULTIPLE NAMES RECEIVING PAYROLL. IT KIND OF MAKES SENCE. THEY DON'T WANT MULTIPLE PEOPLE CALLING UP AND SAYING, "HEY, DELIVER THESE LIVE CHECKS TO SOMEBODY ELSE." I LEARNED THAT BECAUSE THAT ADDRESS FOR THE LAST PRIOR 10 YEARS I HAD BEEN RECEIVING THE PAYROLL UNDER FEINGOLD & KAM, DAVID FEINGOLD, GEN.MEN. 3300 PGA, WHEN THEY TYPED IN FIRST UNIVERSAL'S

ADDRESS, THE SAME ADDRESS 3300 IT AUTOMATICALLY POPULATED DAVID FEINGOLD, GEN.MAN. I AM THE GENERAL MANAGER OF FEINGOLD & KAM. OKAY?

MR. ZAUSNER HAD NO PROBLEM WITH THEIR PAYROLL BEING DELIVERED TO MY LAW OFFICE. NO PROBLEM WHATSOEVER. BECAUSE THAT'S THE WAY THE MAIL CAME IN. I AM NOTHING MORE THAN THEIR OUTSIDE LAWYER, AND IF YOU HAD CONTACTED PAYCHECKS OR MERELY ASKED ME YOU WOULD HAVE SEEN, YOU WOULD HAVE KNOWN THAT THAT IS HOW THAT WAS MARKED IN THE SYSTEM. AND IF YOU SUBPOENAED PAYCHECKS YOU WOULD HAVE SEEN THAT AS WELL.

THERE IS NOTHING ELSE THAT IDENTIFIES ME BEYOND THE FACT THAT I AM AN ATTORNEY. THAT'S WHAT I DO. AND IF -- IF I WAS ANYTHING BEYOND AN ATTORNEY THEN I WOULD HAVE HAD A HECK OF THE TIME EXPLAINING HOW I HAVE DONE SO MANY TRIALS AND REPRESENTED SO MANY PEOPLE. I DO, AND SO IT IS CLEAR, SPEND TIME REPRESENTING FIRST UNIVERSAL.

I DO GO TO THEIR EXECUTIVE COMMITTEE MEETINGS AS A LAWYER TO HEAR LEGAL ISSUES. I DO MEET WITH GALE ON FRIDAYS AND DAVE AND SEAN ON FRIDAYS, AND I MEET WITH MIRANDA ON FRIDAYS FOR LEGAL ISSUES, AND I DO HAVE A COMPLIANCE MEETING EVERY FRIDAY WITH THE BACK OFFICE PEOPLE WHERE WE TALK ABOUT MORTGAGE ISSUES, COMPLIANCE ISSUES, AUTO LOANS, MEDICAL BILLS, COLLECTION AGENCIES, FAIR DEBT COLLECTIONS PRACTICES ACT, AND ALL THE OTHER LEGAL ISSUES

THAT I PUT THEM TO SLEEP WITH WHEN I TALK TO THEM. I CERTAINLY DO THAT.

BEYOND THAT, THAT IS MY RELATIONSHIP WITH FIRST UNIVERSAL. THE FIRM OWES ME MONEY, AND SO I CERTAINLY HAVE SIGNATURE AUTHORITY ON THE BANK ACCOUNT AND WILL CONTINUE TO MAINTAIN THAT.

LASTLY, AND THIS WILL BE EXTRAORDINARILY QUICKLY. THE STATE OF FLORIDA BOXES THAT WERE SENT TO THE ATTORNEY GENERAL'S OFFICE. I DON'T THINK IT IS PRUDENT FOR ME TO GO THROUGH THEM WITH THE COURT, BUT I DO THINK IT'S PRUDENT FOR ME TO DESCRIBE TO THE COURT THAT THOSE BOXES CONTAINED A COMPLETE ORGANIZATIONAL STRUCTURE OF THE COMPANY, CONTAINED A PHOTOCOPY OF THE PRIMARY MATERIAL CONTRACTS FOR THE COMPANY, CONTAINED A LISTING OF EVERY CONSUMER, THE AMOUNT THAT THEY WERE REFUNDED. IT CONTAINED A LISTING OF ALL THE HAPPY CLIENTS AND HAPPY CLIENT LETTERS, HUNDREDS AND HUNDREDS AND HUNDREDS OF THEM.

IT CONTAINED A LISTING OF THE MODIFICATIONS, SOME SEVEN THOUSAND PLUS. IT CONTAINED A FLOW CHART OF THE PROCESS AND AN EXAMPLE, JUST LIKE THE EXAMPLE I GAVE THIS COURT, OF WHAT A SALES FORCE FILE LOOKS LIKE SO THAT ANY PARTICULAR COMPLAINT COULD BE PULLED UP.

IT CONTAINED THE RETURNS STATISTICS FOR THE COMPANY, THE REFUND STATISTICS FOR THE COMPANY, A PAYROLL FOR THE COMPANY, A LISTING OF THE EMPLOYEES FOR THE

COMPANY, A COMPLETE HISTORY AND SUMMARY FOR THE COMPANY, A LISTING OF ALL THE SERVICES AND PRODUCTS FOR THE COMPANY, AND WHAT A COMPLETE AND UTTER BACKGROUND THAT SEEMED TO BE ENOUGH TO EDUCATE THE STATE OF FLORIDA AND THE STATE OF PENNSYLVANIA.

IT WAS ABSOLUTELY ONE HUNDRED PERCENT ACKNOWLEDGED TO ME THAT MR. SINASOHN HAD THIS MATERIAL BEFORE HE FILED HIS LAWSUIT WITH THIS COURT. AND ON TOP OF ALL OF THAT MATERIAL WAS MY COVER LETTER INDICATING THAT, "IF YOU ARE GOING TO FILE A LAWSUIT, PLEASE MAKE SURE TO ENCLOSE ALL THIS INFORMATION WITH THE COURT."

AND THE REASON I DID THAT WAS NOT BECAUSE OF THE FTC BUT BECAUSE I HAVE HANDLED ENOUGH CASES WITH THE FLORIDA ATTORNEY GENERAL TO KNOW THAT MANY OF THEIR ACTIONS HAPPEN TO BE EX PARTE, AND THAT ONE OF THE WAYS TO MAKE THEM ACTUALLY READ THE FILES AND LOOK IS TO PUT THAT REQUEST IN, AND THAT'S WHAT THEY DID.

AND WITH THAT, JUDGE, I AM DONE WITH TESTIMONY.

THE COURT: ALL RIGHT. BEFORE WE GO INTO CROSS-EXAMINATION WE WILL TAKE A BRIEF RECESS.

JUST SO YOU WILL KNOW FOR PLANNING PURPOSES, WE WILL GO UNTIL 2:15 AND THEN WE WILL BREAK FOR LUNCH.

LET'S HAVE EVERYONE BACK IN HERE AT 1:15.

THE COURT IS IN RECESS.

[WHEREUPON, THERE WAS A BRIEF RECESS]

THE COURT: ALL RIGHT, MR. FEINGOLD, IF YOU WILL RETAKE THE WITNESS STAND.

CROSS-EXAMINATION.

MR. SINASOHN: YES, YOUR HONOR.

CROSS EXAMINATION

BY MR. SINASOHN:

Q. MR. FEINGOLD, YOU TALKED ABOUT YOUR DAUGHTER NEEDING HEALTH INCORPORATES AND ASKING ME TO LIFT AN ASSET FREEZE SO THAT YOU CAN TAKE CARE OF THE HEALTH INSURANCE BILLS.

THE COURT: CLOSE THAT DOOR, PLEASE.

BY MR. SINASOHN:

A. YES, SIR.

Q. AND DIDN'T I ASK YOU TO SEND ME A COPY OF THE BILL?

A. SIR, YOU E-MAILED ME AFTERWARDS, WHICH I DID NOT RESPOND TO YOUR E-MAIL ASKING ME THAT.

Q. RIGHT. AND I ASKED YOU FOR YOUR DAUGHTER'S INSURANCE BILL, CORRECT?

A. AFTER I HUNG UP ON THE PHONE ON YOU AND I HAD DETERMINED THAT THERE WAS NO SENSE IN REASONING WITH YOU, YOU THEN -- APPARENTLY YOUR CONSCIOUS MAYBE GOT THE BEST OF YOU AND YOU E-MAILED ME, AND AT THAT POINT I DID NOT RESPOND TO YOU AND THAT WAS PROBABLY ABOUT 30 MINUTES LATER.

Q. AND THEN I E-MAILED YOU AGAIN TO SAY THAT I WAS STILL LOOKING FOR THE HEALTH INSURANCE BILL SO THAT I COULD DETERMINE THAT, A, IT ACTUALLY WAS A $13,000 BILL THAT WAS

DUE THE NEXT DAY; B, THAT IT WAS CUSTOMARILY PAID OUT OF THE ACCOUNT THAT YOU WANTED UNFROZEN.
A. SIR, YOU SENT ME AN E-MAIL, WHETHER IT WAS ONE OR TWO I DON'T RECALL, BUT AT THAT POINT IN TIME I HAD NO INTEREST IN COMMUNICATING WITH YOU WHATSOEVER AFTER HAVING GONE THROUGH THE BARRAGE OF COMMUNICATIONS THAT WE HAD THAT I PREVIOUSLY TESTIFIED TO. YOUR E-MAIL MEANT NOTHING TO ME.
Q. NOW, MR. FEINGOLD, HOW MANY CASES -- EXCUSE ME. HOW MANY STATES ARE INVESTIGATING THE ACTIVITIES OF FIRST UNIVERSAL LENDING OR FIRST UNIVERSAL HOLDING THAT YOU ARE AWARE OF?
A. I'M NOT AWARE OF ANYONE INVESTIGATING FIRST UNIVERSAL HOLDING WHATSOEVER. FIRST UNIVERSAL LENDING THERE WAS AN ACTION IN SOUTH CAROLINA THAT WAS SETTLED FOR I BELIEVE APPROXIMATELY $2,800, SOMETHING OR THEREABOUTS. THERE WAS AN ACTION IN IOWA THAT WAS ALSO SETTLED AT SOME LEVEL OF THAT RANGE. THERE WAS AN ACTION IN PENNSYLVANIA THAT I SPOKE ABOUT THAT THEY SIMPLY DROPPED, AND THERE IS AN ACTION IN MARYLAND WHICH WE HAVE REQUESTED A HEARING ON, AND THAT'S -- AND LET ME BE CLEAR.
THROUGHOUT THE YEARS I'VE REPRESENTED THE COMPANY WITH THE AMOUNT OF BUSINESS THEY HAVE DONE, YOU INVARIABLY EVERY MONTH GET CONTACTED FROM A STATE. I REMEMBER -- IF I WANT TO BE REAL SPECIFIC LET ME THINK ABOUT THIS. I CAN'T REMEMBER THE YEAR, BUT I WILL SAY MAYBE THREE YEARS AGO THE

STATE OF FLORIDA ISSUED THE COMPANY A FINE, I THINK IT WAS $5,000 FOR LISTING FEDERAL EXPRESS CHARGES AS $25 PER FEDEX WHEN IN FACT, I DON'T KNOW, MAYBE IT COST THE FIRM TWENTY-THREE FIFTY, IT WAS SOME -- SOMETHING STANDARD IN THE COMPUTER THAT PRINTED OUT.

THERE HAVE BEEN THROUGHOUT THE COURSE OF REPRESENTING A FIRM THAT SIZE, THERE HAVE BEEN REGULATORY MATTERS THAT WE HAVE CONSISTENTLY HANDLED BUT NOWHERE NEAR WHAT I'M HANDLING WITH YOU.

Q. IS THAT ALL THE STATES THAT YOU KNOW THAT HAVE INVESTIGATED YOU?

A. AS I SIT HERE -- AND NOT ME, BUT FIRST UNIVERSAL LENDING, AS I SIT HERE THAT'S -- YEAH, THAT'S PRETTY MUCH WHAT I RECALL.

Q. YOU RECEIVED A SUBPOENA FROM FLORIDA, RIGHT?

A. IN RESPONSE TO THE ATTORNEY GENERAL LETTER THAT YOU GOT A COPY OF AND DID NOT FILE WITH THIS COURT, THAT IS CORRECT.

Q. SO YOU WERE SUBPOENAED IN RESPONSE TO YOUR LETTER, YOU DIDN'T SEND A LETTER IN RESPONSE TO THE SUBPOENA.

A. NO. AND MAYBE I DIDN'T SAY THAT CLEARLY.

THE COMPANY GOT A SUBPOENA FOR DOCUMENTS. I WROTE A LETTER, A LETTER THAT YOU GOT A COPY OF AND DID NOT SUBMIT TO THIS COURT, AND WITH THAT LETTER, WHICH WAS THE SUBPOENA RESPONSE FROM MY LAW FIRM TO THE STATE, THERE WERE ALSO BINDERS OF DOCUMENTS PRODUCED AND BOXES PRODUCED.

Q. SO IN ADDITION TO SOUTH CAROLINA, IOWA, PENNSYLVANIA, AND MARYLAND, FLORIDA IS ANOTHER STATE THAT'S INVESTIGATING YOU.
A. THEY ARE NOT INVESTIGATING ME, BUT THEY HAVE INVESTIGATED FIRST UNIVERSAL LENDING. THEY HAVE TAKEN NO ACTION, AND I THINK WE TALKED ABOUT THAT AT LENGTH. BUT, YES.
Q. YOU SAID THAT -- ACTUALLY PENNSYLVANIA ISSUED A CEASE AND DESIST ORDER TO FIRST UNIVERSAL LENDING, CORRECT?
A. AND ISSUED A VOLUNTARY WITHDRAWAL AFTER I SPOKE TO THEM AND TOOK THEM THROUGH THE LAW.
Q. AND YOU --
A. LOOK AT THE COURT FILE.
Q. YOU HAVE SOMETHING IN WRITING ON THAT?
A. YES.
Q. AND IOWA YOU SAID WAS SETTLED?
A. I BELIEVE SO, A COUPLE THOUSAND DOLLARS.
Q. WELL, IOWA YOU ENTERED INTO -- YOUR COMPANY THAT YOU REPRESENT ENTERED INTO AN ASSURANCE OF VOLUNTARY COMPLIANCE?
A. YES, SIR. IT WAS AN ASSURANCE OF VOLUNTARY COMPLIANCE MEANING THAT THE FIRM WILL MAKE SURE IF IT DOES BUSINESS IN IOWA THAT IT WILL COMPLY WITH ITS LAWS, AND I DON'T REMEMBER THE EXACT NUMBER, FOR SOME REASON $2,800 OR SOMETHING TO THAT EFFECT.
Q. DO YOU HAVE A COPY OF THE DOCUMENT FROM PENNSYLVANIA

INDICATING --
A. YES. ABSOLUTELY.
Q. AND WHERE IS THAT?
A. YOU WANT TO COME TO MY OFFICE. YES, ABSOLUTELY A HUNDRED PERCENT. YOU CAN SPEAK TO THE STAFF LAWYER. SHE IS A LOVELY LADY.
Q. MARYLAND ISSUED A CEASE AND DESIST ORDER ACTUALLY AGAIN YOU PERSONALLY TOGETHER WITH FIRST UNIVERSAL LENDING, FEINGOLD & KAM, LENDING PARTNERS, ET CETERA, CORRECT?
A. THEY FILED AN ACTION, YES.
Q. AND THAT IS STILL -- THAT IS STILL EFFECTIVE, RIGHT?
A. NO, THAT ACTION IS PENDING. IF YOU READ THE LAST PAGE OF THE ACTION IT SAYS THAT, "THE CEASE AND DESIST WILL BE EFFECTIVE UNLESS WITHIN 30 DAYS YOU FILE A NOTICE LIKE AN ANSWER THAT YOU ARE CHALLENGING IT."
WE FILED OUR CHALLENGE TO IT AND WE -- WHEN WE GET OUR HEARING TIME WE WILL PRESENT OUR CASE ABOUT IT.
Q. SO THEY HAVEN'T DROPPED THEIR CEASE AND DESIST ORDER, RIGHT?
A. IT'S LITIGATION. BUT, NO, THEY HAVEN'T DROPPED THE LITIGATION.
Q. SO THE FTC IS NOT THE ONLY AGENCY THAT IS LOOKING INTO THE ACTIVITIES OF THE DEFENDANTS IN THIS CASE, CORRECT?
A. YOU ARE THE ONLY AGENCY WHO NEVER CONTACTED THE FIRM, NEVER DID DILIGENCE AND FILED AN EMERGENCY ACTION. THE

OTHERS FILED ADMINISTRATIVE ACTIONS, WHICH IN MY LEGAL EXPERIENCE, ESPECIALLY EMMIT LARKEN WITH 600 BROKERS DEALING WITH STATE SECURITIES REGULATORS, I'M SHOCKED IF A MONTH DOESN'T GO BY IF I DON'T GET AN INQUIRY OR A SUBPOENA FROM ONE OF THEM. THAT'S GENERALLY WHAT REGULATORS DO, AND I -- WITH THE SIZE OF THIS INSTITUTION I'M ACTUALLY SHOCKED IT'S ONLY BEEN FOUR OR FIVE STATES. IT'S NOT THAT SIGNIFICANT AT ALL.
Q. YOU TESTIFIED EARLIER THAT FIRST UNIVERSAL STOPPED BEING A LENDER. DO YOU RECALL THAT?
A. YES.
Q. HOW DID THEY DO THAT?
A. THEY RETURNED THEIR LICENSE TO THE STATE OF FLORIDA, THE DIVISION -- DEPARTMENT OF FINANCIAL SERVICES, WHICH I THINK THEY RENAMED THEMSELVES DIFFERENT NAME NOW, HELD A COMMITTEE MEETING, WHICH THEY DO TO ACCEPT THE RETURN OF A LICENSE.
Q. WHEN WAS THAT?
A. I DON'T RECALL WHEN THE MEETING WAS. I BELIEVE WE GOT NOTICE THAT IT WAS EFFECTIVE I BELIEVE IN SEPTEMBER. I'M NOT POSITIVE OF THE EXACT DATE.
Q. OF THIS YEAR?
A. YES, SIR.
Q. SO UP UNTIL SEPTEMBER OF 2009 FIRST UNIVERSAL LENDING WAS A LENDER.

A. IT HAD A LENDER'S LICENSE. IT WAS NOT DOING LENDING BUT HAD A LENDER'S LICENSE. AND JUST SO YOU KNOW THE DISTINCTION. THERE IS A BIG DIFFERENCE BETWEEN LENDING AND BROKERING A MORTGAGE. SO I AM NOT -- I DON'T KNOW IF YOU ARE FAMILIAR WITH THE TERMS OF ART, BUT I JUST WANT TO MAKE SURE WE ARE CLEAR. THEY WERE NOT LENDING.
Q. IS IT YOUR UNDERSTANDING THAT THE FDC'S COMPLAINT SEEKS IN SOME WAY TO REGULATE A LAW PRACTICE?
A. WELL, YOU HAVE TAKEN OVER FIRST UNIVERSAL HOLDINGS WHICH IS THE OUTSOURCING FIRM FOR THREE LAW FIRMS. BY TAKING OVER THAT FIRM YOU ARE REGULATING THE LAW FIRMS. THE LAW CLEARLY DICTATES YOU CANNOT DO THAT.
Q. IS IT YOUR --
A. YOU HAVE NO JURISDICTION OVER LAW FIRMS AND THEIR SERVICE PROVIDERS THAT FALL UNDER THE UMBRELLA OF A LAW FIRM.
Q. ARE YOU FAMILIAR WITH THE CONCEPT OF A RECEIVER?
A. ABSOLUTELY.
Q. IS IT YOUR UNDERSTANDING THAT THE FTC IS IN CONTROL OF YOUR COMPANY AT THIS TIME?
A. MY UNDERSTANDING IS THAT THE RECEIVER HAS ACTUALLY ACTED, AND TO THEIR CREDIT, AS A MEDIATOR TRYING TO COMMUNICATE BETWEEN MYSELF AND YOU SO THAT WE CAN SUBMIT AGREED ORDERS AND SOME SENSE OF CONSENSUS TO THIS COURT, AND THAT ON EACH ATTEMPT TO DO THAT YOU HAVE NOT ONLY REFUSED

BUT MY UNDERSTANDING IS, IS THAT IN FREEZING MY ASSETS YOU HAVE, QUOTE, "CALLED IT LEVERAGE ON ME."

Q. AND WHO DID I SAY THAT TO?

A. WELL, LET'S JUST SAY THAT'S BEEN ADVISED TO ME. LET'S JUST SAY I RECEIVED AN OFF THE RECORD COMMENT THAT YOU FELT YOU HAD GOOD LEVERAGE ON ME.

Q. BUT WHO TOLD YOU THAT? I'M ASKING YOU ON THE RECORD.

A. I WILL -- I WILL -- YOU KNOW WHAT? I WILL HONOR SOMEONE'S REQUESTING ME NOT TO DISCLOSE THEIR NAME AND SAY THAT THAT WAS SAID TO ME IN AN OFF THE RECORD MANNER.

MR. SINASOHN: YOUR HONOR, I WOULD ASK THE WITNESS TO ANSWER THE QUESTION. HE SAID THAT I SAID SOMETHING THAT I DIDN'T SAY, AND I WOULD LIKE TO KNOW WHO TOLD HIM THIS.

THE COURT: MR. FEINGOLD, ANSWER THE QUESTION.

THE WITNESS: WHEN I SPOKE TO MISS BERG AND I ASKED HER WHY YOU WERE DOING THIS TO ME, AND WHY YOU WERE TREATING ME THIS WAY, AND WHY YOU WOULD FREEZE MY LAW FIRM, AND I DON'T BELIEVE SHE WAS QUOTING YOU, I THINK SHE INDICATED TO ME THAT IT WAS HER IMPRESSION THAT YOU FELT LIKE YOU HAD LEVERAGE OVER ME AND THAT YOU WERE OFFENDED BY THE AMOUNT OF MONEY THAT I MAKE.

BY MR. SINASOHN:

Q. ISN'T IT TRUE, MR. FEINGOLD, THAT THE FTC'S COMPLAINT SEEKS TO STOP THE DEFENDANTS IN THIS CASE FROM PROMISING CONSUMERS THAT THEY WILL OBTAIN FOR THOSE CONSUMERS MORTGAGE

LOAN MODIFICATIONS THAT WILL SUBSTANTIALLY REDUCE THEIR MORTGAGE PAYMENTS IN ALL OR VIRTUALLY ALL INSTANCES BECAUSE THEY DON'T.

A. IT'S A VERY DIFFICULT LONG QUESTION TO ANSWER, BUT I THINK I CAN TELL YOU THAT THE LAWSUIT SEEKS TO STOP UNFAIR AND DECEPTIVE TRADE PRACTICES. THAT'S WHAT IT SAYS, AND THAT'S WHAT I INTERPRET IT TO SAY.

Q. ARE YOU REPRESENTING TO THE COURT THAT FIRST UNIVERSAL HOLDINGS IS NOT AN ASSIGNEE OR SUCCESSOR OF FIRST UNIVERSAL LENDING?

A. WELL, THAT IS A VERY INTERESTING QUESTION THAT YOU POSE BECAUSE FIRST UNIVERSAL HOLDINGS RECEIVED AN ASSIGNMENT -- ACTUALLY TO TWO ASSIGNMENTS FROM FIRST UNIVERSAL LENDING BASED ON MY LAW FIRM'S RECOMMENDATION. OKAY? AND THEY RECEIVED ASSIGNMENTS OF BANK ACCOUNTS, BECAUSE UNDER FLORIDA CORPORATE LAW IN ORDER FOR THEM TO DO BUSINESS WITH FIRST UNIVERSAL LENDING AND NOT ASSUME THE LIABILITIES AND STAY SEPARATE AND STILL GET PAID, THAT WAS OUR LEGAL DETERMINATION THAT THEY COULD RECEIVE AN ASSIGNMENT OF BANK ACCOUNTS BECAUSE FIRST UNIVERSAL HOLDINGS, AN OUTSOURCING COMPANY, ACCEPTED TO WORK ON SOME OF FIRST UNIVERSAL LENDING'S ACCOUNTS.

SO THERE WAS AN ASSIGNMENT OF ACCOUNTS THAT WAS DRAFTED BY MY LAW FIRM, I DON'T KNOW WHICH ONE OF MY ASSOCIATES DID IT BUT IT IS REALLY NOT IMPORTANT, AND IT WAS

DONE -- I THINK I POINTED OUT TO YOU YESTERDAY YOU ALL ONLY HAD ONE IN EVIDENCE BUT IT WAS DONE FOR TWO BANK ACCOUNTS.

SO THE TERM "ASSIGNMENT?" THEY RECEIVED TWO ASSIGNMENTS. ARE THEY THE SUCCESSOR AND ASSIGN UNDER CORPORATE LAW? IN ESSENCE, DID THEY TAKE OVER MORE THAN 75 PERCENT OF THE BUSINESS AND ASSETS AS RECOGNIZED UNDER THE DELAWARE MODEL CORPORATE BUSINESS ACT AND THEREBY BECOME A LEGAL SUCCESSOR? THE ANSWER TO THAT QUESTION, SIR, IS ABSOLUTELY NOT, NO.

Q. YOU DID TELL THE RECEIVER IN THIS CASE THAT YOU SHUT DOWN FIRST UNIVERSAL LENDING AT THE POMPANO BEACH SITE ON THE NIGHT OF NOVEMBER 19TH, CORRECT?

A. YES, SIR. AND IF WE WANT TO BE LITERALISTS IN LIFE THAT'S OBVIOUSLY NOT ACCURATE BECAUSE I DIDN'T GO THERE AND SHUT EVERYTHING DOWN, BUT I CERTAINLY MET WITH THE CLIENT AND TOLD THE CLIENT, "I'M FAMILIAR WITH THESE KINDS OF ACTIONS, SHUT IT DOWN," AND THE CLIENT LISTENED TO ME WHICH IS WHAT I WOULD EXPECT THE CLIENT TO DO IN A SEVERE CIRCUMSTANCE LIKE THAT.

Q. WHO IS THE CLIENT?

A. MR. SEAN ZAUSNER --

Q. SO YOU --

A. -- ONE OF THE DEFENDANTS.

Q. WASN'T MR. ZAUSNER AT THE SITE AT 5100 PGA BOULEVARD WHEN WE ENTERED? YOU WEREN'T THERE AND YOU SAID YOUR PHONE

WAS OFF, RIGHT?

A. NO. I SAID MY RINGER WAS OFF, AND I ALWAYS LEAVE IT OFF. I DON'T KNOW IF MR. ZAUSNER WAS THERE EXACTLY WHEN YOU ENTERED. I CERTAINLY KNOW THAT WHEN I SHOWED UP HE WAS THERE. I CERTAINLY KNOW THAT WHEN I RETURNED MY 160-SOME MISSED CALLS THAT IT WAS HE GOING TO HOLD, EXPLANATION, "I WAS HERE AND HERE IS WHAT HAPPENED." IT WAS, "GET HERE, PLEASE. IT'S AN EMERGENCY."

Q. SO I UNDERSTAND WHAT HAPPENED. AT WHAT TIME DID YOU CONTACT MR. ZAUSNER TO TELL HIM TO CLOSE DOWN THE POMPANO BEACH SITE ON NOVEMBER 19TH?

A. AS I TESTIFIED BEFORE, AFTER I WALKED INTO MY OFFICE AND YOU WANTED TO SPEAK TO ME I ADVISED YOU THAT I WANTED TO READ ALL THE PAPERWORK, WHICH YOU WERE NOT VERY RECEPTIVE TO THAT IDEA.

I TOOK THE DOCUMENTS, AND MY ESTIMATE IS THAT WAS BETWEEN, I DON'T KNOW, 7:30, 8:00 O'CLOCK. I TOOK THE DOCUMENTS, WENT TO MY CONFERENCE ROOM, READ THEM WITH SEAN ZAUSNER, DAVID ZAUSNER, AND THREE OF MY LAWYERS PRESENT.

AFTER READING EVERYTHING AND SEE WHAT -- SEEING WHAT YOUR LAWSUIT WAS I THEN ADVISED HIM TO SHUT DOWN SALES IRREGARDLESS OF THE COMPANY, WENT BACK, SPOKE WITH YOU, SPOKE WITH THE RECEIVER, AND TOLD YOU ALL SALES IS DONE.

Q. WELL, MR. FEINGOLD, THAT'S INTERESTING BECAUSE THE RECEIVER TESTIFIED THAT YOU TOLD HER THE REASON IT TOOK YOU

SO LONG TO GET THERE IN THE FIRST PLACE IS BECAUSE YOU WERE SHUTTING DOWN POMPANO BEACH, CORRECT?
A. NO. THAT IS NOT EVEN CLOSE TO WHAT SHE SAID. YOU SAID TO HER, "DOWN IF IT TOOK HIM TWO OR THREE HOURS BECAUSE HE WAS SHUTTING DOWN POMPANO BEACH?" YOU SAID THAT IN A QUESTION, SIR. SHE NEVER SAID THAT.
Q. WHAT WERE YOU DOING BETWEEN FOUR O'CLOCK -- WHAT WERE YOU DOING AT FOUR O'CLOCK ON THE 19TH?
A. BETWEEN FOUR O'CLOCK AND SIX O'CLOCK WHEN I WENT TO GET IN MY CAR AND DROVE --
Q. LET'S START AT FOUR. AT FOUR O'CLOCK WHERE WERE YOU?
A. WELL, I WILL TELL YOU. AT FOUR O'CLOCK I WAS AT THE PELICAN BEACH RESORT AT SUNRISE AND A1A STANDING ON THE PATIO WITH A CLIENT OF MINE AWAITING FOR HER HUSBAND TO APPEAR SO WE COULD HAVE DINNER. HER NAME IS LORANA SANCHEZ AND HER HUSBAND'S NAME IS NESTER SANCHEZ.
Q. AND THEN WHAT HAPPENED? WHAT DID YOU DO NEXT?
A. WE EIGHT DINNER AND I TURNED ON -- I'M TRYING TO THINK HOW I -- YOU KNOW WHAT? I JUST LOOKED DOWN AT MY PHONE. AND THE REASON I'M SAYING THAT I MAY HAVE TURNED ON MY PHONE BECAUSE MY CAR -- I THINK I ACTUALLY TURNED MY PHONE OFF, AND THE PEOPLE WHO KEPT TRYING TO CALL ME CAN TELL YOU, I SHORTED OUT THE CHARGER IN MY CAR. I ACTUALLY HAD A CELL CHARGER, AND FOR SOME REASON I TOUCHED THE END OF IT TO THE LIGHTER AND IT SHOCKED AND SHORTED OUT.

AND, SO I ACTUALLY BELIEVE THAT NIGHT I TURNED MY CELLPHONE OFF BECAUSE I WAS DOWN TO THE LAST BAR AND I WAS SAVING IT AND WHEN I MEET WITH CLIENTS I WILL NOT PICK UP THE PHONE. SO I DON'T RECALL IF I -- I THINK I ACTUALLY TURNED IT ON AND THEN JUST LOOKED AT IT BECAUSE I REMEMBER THEN WHEN IT POURED UP I THOUGHT IT WAS SO STRANGE HOW MANY MISSED CALLS AND HOW MANY TEXTS, AND IMMEDIATELY -- AND, YOU KNOW, I CALLED AND IT WAS LIKE, "HEY, IT'S AN EMERGENCY. GET UP HERE."
Q. SO WHAT TIME WAS THAT?
A. THAT WAS BETWEEN 6:00 AND 6:30.
Q. SO FROM FOUR TO SIX YOU WERE EATING DINNER?
A. YES.
Q. AND THAT WAS WITH MISS SANCHEZ, CORRECT?
A. YES. FROM -- I MEAN, DINNER MAY HAVE BEEN FIVE TO SIX OUT ON THE PATIO THERE.
Q. SO FROM FOUR TO FIVE THEN WHAT HAPPENED?
A. I WAS SITTING ON THE PATIO HAVING DRINKS, TALKING.
Q. SO AFTER DINNER AT SIX O'CLOCK WHAT DID YOU DO?
A. WELL, AS SOON AS I LOOKED AT MY PHONE, SIR, AND SAW ALL THE PHONE CALLS I GOT INTO MY CAR AND IMMEDIATELY DROVE UP. AND I ACTUALLY -- THE CREDIT CARD THAT YOU ALL CANCELED I THINK IT WILL REFLECT A CHARGE FOR A DINNER FROM THE PELICAN BEACH RESORT. I'M RATHER CERTAIN IT WILL BECAUSE I KNOW I PAID FOR IT.

Q. ARE YOU CLAIMING THAT THE FTC CANCELED ONE OF YOUR CREDIT CARDS?
A. OH, ABSOLUTELY, SIR. MY FEINGOLD & KAM LAW FIRM WHEN I ATTEMPTED TO USE IT I WAS ADVISED, AND YOU CAN CALL BANK AMERICA AND THEY WILL LET YOU KNOW, THAT THEY HAD RECEIVED A COPY OF THE COURT ORDER, AND IT WAS SENT FOR A FEINGOLD & KAM CREDIT CARD, AND BECAUSE MY NAME IS DAVID FEINGOLD AND THE LAWSUIT WAS DAVID FEINGOLD THEY FROZE MY FIRM'S CREDIT CARD.
Q. THEY FROZE IT. THEY DIDN'T CANCEL IT, CORRECT?
A. WELL, ACTUALLY I THEN GOT A LETTER IN THE MAIL THAT NOT ONLY HAVE THEY CANCELED IT BUT I AM FAIRLY WELL DESTROYED WITH MOST OF MY CREDITORS. ALL OF MY CREDIT CARDS FOR MY AUTOPAY FOR UTILITIES, FOR CARS, EVERYTHING FOR ME WAS ON AUTOPAY. EVERYTHING HAS BEEN REJECTED AND BOUNCED MULTIPLE OCCASIONS. I CAN SHOW YOU, I GET E-MAILS.
Q. SO WE ARE UP TO SIX O'CLOCK, RIGHT, AFTER DINNER? WHAT DID YOU DO NEXT?
A. SIR, I GOT IN MY CAR AND DROVE.
Q. THIS PLACE WERE YOU WERE EATING DINNER WHERE IS THAT LOCATED?
A. IT'S AT THE END OF SUNRISE AND A1A.
Q. IS THAT FORT LAUDERDALE?
A. YES, SIR.
Q. AND HOW LONG DID IT TAKE YOU TO GET UP TO PGA

BOULEVARD?
A. PROBABLY AN HOUR AND A HALF. SO I ARRIVED AROUND 7:30, 8:00. MAYBE I LEFT THERE 6:30. I WAS BACK AT THE OFFICE AROUND -- IT WAS DARK AROUND EIGHT O'CLOCK.
Q. SO IT TOOK AN HOUR AND A HALF FROM HERE TO PALM BEACH, CORRECT?
A. YES. DRIVE 95 SOMETIME.
Q. AND THEN YOU CAME IN -- THAT'S WHEN YOU CAME INTO THE BUILDING?
A. YES, SIR.
Q. AND AT THAT TIME YOU WERE SERVED WITH A COMPLAINT?
A. I WAS -- THE PROCESS SERVER WAS WAITING FOR ME IN THE LOBBY.
Q. AND AT THAT TIME YOU SAID YOU WENT SHORTLY THEREAFTER AND TOOK SOME TIME TO READ THE COMPLAINT, IS THAT CORRECT?
A. I DID.
Q. AND DID YOU HAVE A CHANCE TO READ THE TEMPORARY RESTRAINING ORDER?
A. I DID.
Q. AND THAT WAS AT WHAT TIME?
A. AT THE TIME THAT I WAS IN THE CONFERENCE ROOM WITH THE LAWYERS AND WITH THE ZAUSNERS.
Q. SO WHAT TIME WAS THAT?
A. MY BEST GUESSTIMATE WAS 7:30 TO 9:00 O'CLOCK, SOMETHING -- I THINK IT TOOK ME AN HOUR -- I THINK I MET

WITH THEM IN THE CONFERENCE ROOM ABOUT AN HOUR. I'M NOT POSITIVE. I WAS NOT LOOKING AT MY WATCH, SIR.
Q. BUT YOU DID READ THE TEMPORARY RESTRAINING ORDER.
A. I CERTAINLY DID.
Q. AND WHAT TIME DID YOU TELL MR. ZAUSNER TO GO AND SHUT DOWN THE POMPANO BEACH SITE?
A. AS WE ALL SAT IN MY CONFERENCE ROOM, SIR, AND AFTER I HAD COMPLETED READING EVERYTHING, THE NEXT POINT OF BUSINESS WAS TO COUNSEL THE CLIENT AS TO HOW TO HANDLE IT.
THERE WERE A LOT OF ORDERS THAT I GAVE OUT THAT NIGHT, ORDERS TO SOME OF THE ASSOCIATES TO GO DO RESEARCH ON CERTAIN ISSUES, ORDERS TO MR. ZAUSNER TO DO WHAT I THOUGHT HE SHOULD DO, WHAT DAVID ZAUSNER SHOULD DO, ET CETERA.
I THINK I ACTUALLY MENTIONED TO DAVID ZAUSNER THAT HE SHOULD GO ON TO SALES FORCE AND PULL THE COMPLAINTS AND SHOW YOU ALL, AND THEN I REALIZED THAT NO ONE WAS BEING ALLOWED ACCESS TO ANY OF THEIR COMPUTERS.
Q. DID YOU ALSO TELL ANYBODY AT THAT TIME THAT THEY SHOULD SHUT DOWN THE THIRD FLOOR SITE?
A. THEY SHOULD SHUT DOWN THE THIRD FLOOR SITE?
Q. ERASE THE BOARDS, TAKE DOCUMENTS OUT, THINGS LIKE THAT.
A. NO, SIR.
Q. NO? NOW, THAT WAS AT ABOUT NINE O'CLOCK WHEN YOU READ THE TEMPORARY RESTRAINING ORDER?
A. IT WAS CERTAINLY IN THE EVENING.

Q. AND YOU KNEW TO TELL -- WHY DID YOU TELL MR. ZAUSNER TO SHUT DOWN THE POMPANO BEACH SITE?

A. BECAUSE OF YOUR LAWSUIT, SIR. IT WAS AN UNFAIR AND DECEPTIVE TRADE PRACTICES ACT SUIT AGAINST THE WRONG COMPANY BUT CLEARLY IT'S DASH DARE IT'S PRETTY APPARENT IT IS EASY TO GET THE GIST OF WHAT THE INTENT IS, AND IT'S VERY SIMPLE WITH REGARDS TO THESE TRO'S.

THE STANDARD IS, IF THERE IS NO CONTINUING HARM THERE IS NO TRO. SO THE PROPER LEGAL ADVICE TO ANY CLIENT WHO HAS MULTIPLE LINES OF BUSINESS, SUCH AS THIS BUSINESS WHICH HAS A VERY LARGE OUTSOURCING BACK OFFICE BUSINESS WITH ALL THESE PEOPLE THAT WORK ON IT IS, "SHUT THAT DOWN SO I CAN GO TO THEM AND TELL THEM IT'S GONE. SO I CAN RESOLVE THIS."

AND THE BOTTOM LINE IS, IS WE SAT THERE BECAUSE THE CLOCK TICKS WHEN THESE THINGS HAPPEN. WE ARE SITTING HERE RIGHT NOW, AND THIS BUSINESS IS ON ABSOLUTE LIFE SUPPORT EVERY DAY THAT BILLS AREN'T PAID AND CLIENTS AREN'T SERVICED.

Q. DID YOU TELL MR. ZAUSNER TO GO TO THE POMPANO BEACH SITE, AND AS PART OF THIS SHUTTING IT DOWN DID YOU TELL HIM TO ERASE THE BOARDS, EMPTY THE TRASH CANS, REMOVE ALL DOCUMENTS FROM THE SITE?

A. NO, SIR. AND, IN FACT, I WILL SAY THIS RESPECTFULLY, DOING DILIGENCE YOU WOULD HAVE LEARNED THAT THE POMPANO

BEACH SITE WAS THE FORMER OFFICES OF ROADHOUSE GRILL WHO WENT OUT OF BUSINESS. IT WAS AN EXTRAORDINARILY LARGE SITE, PROBABLY 20,000 SQUARE FEET WITH BUILT-OUT WORK SPACES THAT HAD BEEN EMPTY AND CLEANED OUT SINCE DAY ONE. AND THERE WERE ONLY APPROXIMATELY EIGHT PEOPLE THAT ACTUALLY WORKED AT THAT LOCATION. AND, SO IT ALWAYS LOOKED LIKE A GHOST TOWN THERE.

Q. SO ARE YOU TESTIFYING THAT THERE WAS NO WORK DONE THERE, LET'S SAY, THE WEEK BEFORE THE FTC CAME?

A. SIR, I WAS NOT THERE THE WEEK BEFORE THE FTC CAME. I CAN'T TESTIFY TO WHAT HAPPENED AS TO SOMETHING I DIDN'T WITNESS.

Q. IS IT YOUR TESTIMONY THAT THAT SITE -- IT'S COMPLETELY UNCONNECTED FIRST UNIVERSAL LENDING AT PGA BOULEVARD, CORRECT?

A. I TESTIFIED BEFORE IT IS A BRANCH OFFICE, COMPLETELY INDEPENDENTLY OWNED.

Q. AND WHO IS IT OWNED BY?

A. IT IS ACTUALLY -- I BELIEVE IT IS OWNED BY A CORPORATION THAT IS CONTROLLED BY A GENTLEMAN NAMED OSCAR GONZALEZ.

Q. WHAT'S THE NAME OF THE CORPORATION?

A. THAT I DON'T KNOW. IT IS NOT -- IT IS NOT MY CORPORATION. I DON'T KNOW.

Q. BUT YOU TOLD THEM TO SHUT DOWN.

A. ABSOLUTELY. IF YOU READ THE BRANCH AGREEMENT BETWEEN FIRST UNIVERSAL LENDING, LLC, BETWEEN FIRST UNIVERSAL HOLDINGS AND ALL OF THE PEOPLE IT DOES BUSINESS WITH, BETWEEN FIRST UNIVERSAL AUTOMOTIVE, BETWEEN FIRST UNIVERSAL INSURANCE, EVERY SINGLE FIRST UNIVERSAL LINE OF BUSINESS HAS THE SAME RIGHTS GRANTED TO IT WITH ANY BRANCH.

AND THAT IS, IS THAT THE FIRST UNIVERSAL COMPANY HAS THE RIGHT TO SHUT DOWN A BRANCH, IT HAS THE RIGHT TO BE INDEMNIFIED AND HELD HARMLESS FROM THE BRANCH, IT HAS THE RIGHT TO DICTATE TO A BRANCH IF IT NEEDS TO BE SHUT DOWN AND THAT THE BRANCH MUST FORWARD DAILY COMPLIANCE LOGS TO ACKNOWLEDGE THAT IT IS COMPLICIT WITH THE LAW. ALL OF THE BRANCH AGREEMENTS FOR ALL THE LINES OF BUSINESS ARE THE SAME.

Q. SO MY QUESTION IS, IF IT'S OWNED BY A CORPORATION WHOSE NAME YOU DON'T KNOW --

A. WELL, SIR, DO YOU HAVE THE SECRETARY STATE FILINGS? YOU CAN TELL ME THE NAME.

Q. IF IT'S OWNED BY A CORPORATION THAT YOU DON'T KNOW WHY DID YOU TELL MR. ZAUSNER TO SHUT IT DOWN? WHY DID YOU THINK MR. ZAUSNER WAS CONNECTED TO A COMPANY WHO YOU DIDN'T KNOW THE OWNER WAS?

A. I NEVER SAID I DON'T KNOW THE OWNER. I KNOW MR. GONZALEZ. I HAVE NEVER SAID THAT.

Q. YOU DON'T KNOW THE NAME OF THE CORPORATION.

A. NO. BUT I REPRESENT LOTS OF PEOPLE THAT I DON'T RECALL THE PEOPLE ON THE OTHER END. I KNOW MR. GONZALEZ. I DON'T KNOW WHAT HE CALLS HIS CORPORATION THAT OWNS HIS OFFICE. FOR ALL I KNOW, IT'S OSCAR GONZALEZ, INC. I DON'T KNOW.

BUT THE POINT IS, IS THAT IF YOU LOOK AT THE BRANCH AGREEMENT YOU WILL FIND THAT FIRST UNIVERSAL LENDING, FIRST UNIVERSAL HOLDINGS, FIRST UNIVERSAL AUTOMOTIVE, FIRST UNIVERSAL INSURANCE, ALL FIRST UNIVERSAL ENTITIES HAVE THE RIGHT TO CLOSE ANY BRANCH. NO DIFFERENT THAN IF YOU HAD A MCDONALD'S FRANCHISE AND YOU DIDN'T MEET THEIR QUALITY STANDARDS THEY CAN SHUT YOU DOWN. THE SAME BUSINESS PRINCIPAL.

Q. WHAT IS MR. ZAUSNER'S CONNECTION TO THE POMPANO BEACH SITE?

A. HE OWNS FIRST UNIVERSAL. HE OWNS ALL THE DIFFERENT FIRST UNIVERSAL COMPANIES. SO PURSUANT TO HIS BRANCH AGREEMENTS HE HAS THE RIGHT TO TAKE ADVANTAGE OF HIS DUTIES, HIS RIGHTS, HIS OBLIGATIONS UNDER THE CONTRACT.

Q. SO HE HAS CONTROL OF THAT.

A. ABSOLUTELY NOT. IF HE HAD CONTROL HE WOULD OWN IT. BUT HE HAS A CONTRACTUAL RIGHT TO HAVE THOSE BRANCHES CLOSED DOWN. IF YOU LOOK AT EVERY HISTORIC BRANCH AGREEMENT THERE HAS BEEN DOZENS OF THEM THROUGHOUT THE EXISTENCE OF ALL FIRST UNIVERSAL ENTITIES IT IS THE SAME LANGUAGE. MY FIRM DRAFTED IT.

Q. WHERE IS THAT BRANCH AGREEMENT?
A. OH, YOU HAVE THEM, SIR. YOU DEFINITELY HAVE THEM BECAUSE I STOOD IN THE OFFICE SAYING, "HERE ARE THE DAILY COMPLIANCE LOGS. YOU REALLY OUGHT TO LOOK AT THESE. THESE SHOW YOU WHAT'S GOING ON AND HOW COMPLIANT THE FIRM IS. LOOK, HERE ARE THE BRANCH AGREEMENTS. TAKE A LOOK AT THEM." YOU HAVE EVERYTHING, SIR.
Q. WHO IS --
A. WHETHER YOU HAVE RAID IT OR NOT IS ANOTHER QUESTION.
Q. MR. FEINGOLD, WHO WAS WITH US WHEN YOU SAID WHAT YOU JUST SAID, "THAT HERE ARE THE DAILY COMPLIANCE LOGS." WHO WAS WITH ME? IT WAS ME AND YOU, RIGHT? THAT'S WHAT YOU ARE SAYING IT, WAS ME AND YOU?
A. I REMEMBER STANDING IN THE LOBBY OF MY OFFICE OUTSIDE WHERE GLORIA IS --
Q. AND WHO ELSE WAS THERE BESIDES YOU AND MYSELF?
A. I KNOW MR. ZAUSNER WAS THERE BECAUSE I KNOW HE GAVE ME THE DOCUMENTS.
Q. WHICH MR. ZAUSNER ARE WE TALKING ABOUT?
A. SEAN ZAUSNER. IF IT'S NOT TECHNOLOGY RELATED DAVE ZAUSNER IS NOT INVOLVED.
Q. CAN YOU TELL ME EXACTLY WHEN THIS WAS WHEN I WAS THERE AND MR. ZAUSNER WAS THERE, YOU WERE THERE AND THAT YOU TOLD ME THIS?
A. WHEN I TOLD YOU WHAT? WHEN I GAVE YOU THE DOCUMENTS?

Q. WHEN YOU SAID, "HERE ARE THE DAILY" -- YOU JUST TOLD THE COURT THAT YOU TOLD ME THAT YOU SAID, "HERE ARE THE DAILY COMPLIANCE."

I WANT YOU TO TELL ME WHEN I WAS THERE, YOU WERE THERE, AND MR. ZAUSNER WAS THERE?

A. AS I RECALL, SIR, YOU WERE THERE FRIDAY NIGHT -- LET ME THINK ABOUT. I RECALL YOU BEING THERE FRIDAY NIGHT I THINK ON THE PREMISES THAT WHOLE NIGHT. I LEFT BEFORE -- I'M TRYING TO THINK. I LEFT BEFORE YOU AND MISS MOSCOWITZ LEFT.

I DON'T REMEMBER HOW LATE -- I THINK MISS KUDMAN LEFT BEFORE ME, BECAUSE I THINK SHE HAD COURT NEXT DAY, IF I RECALL. I'M PRETTY SURE SHE DID. I'M TRYING TO THINK OF THE CHRONOLOGY OF PEOPLE LEAVING. I REMEMBER THE GENTLEMAN JEFFREY BEING IN DAVE'S OFFICE DOWNLOADING THE COMPUTERS -- I KNOW YOU ARE GOING TO ASK ME TIME SO I'M TRYING TO VISUALIZE. SO BEAR WITH ME.

I REMEMBER OUR SECOND TIME ME SPEAKING TO YOU MISS MOSCOWITZ GETTING UP AND GOING TO THE BACK SAYING SHE WOULD BE THERE MOST OF THE NIGHT. SHE WAS BUSY. YOU STAYING, I BELIEVE, TAMA LEFT. EXCUSE ME, MISS KUDMAN LEFT. AND I THINK YOU, ME -- I'M -- I THINK ACTUALLY BILLY CHRISTAKOS WAS ALSO -- WAS HE THERE ALWAYS? BECAUSE HIS DESK IS OUT IN THE LOBBY.

I CANNOT TELL YOU WITH ABSOLUTE CERTAINTY, BUT THERE IS NOT A DOUBT IN MY MIND ABOUT IT, AND THE REASON I

KNOW SO WELL IS BECAUSE WHEN YOU ACCUSED ME OF HIDDEN OFFICES AND I WAS IN COLORADO I SAID TO YOU, "WHY DON'T YOU JUST LOOK AT THOSE DAILY COMPLIANCE LOGS THAT I GAVE YOU WHICH DENOTES THE NAMES OF THE OFFICES? AND WHY DON'T YOU GO ON SALES FORCE WHICH ALSO SHOWS YOU THE SOURCE OF THE OFFICES?"

THERE IS NOT A DOUBT IN MY MIND, SIR, THAT YOU WERE GIVEN THOSE NOTEBOOKS. NOT A SHRED OF A DOUBT.

Q. BUT YOU ARE NOT ANSWERING MY QUESTION, ARE YOU.

A. OH, I CAN'T GIVE YOU THE EXACT TIME AND WHO WAS STANDING THERE, I WILL ACKNOWLEDGE THAT. BUT THERE IS NOT A DOUBT IN MY MIND YOU WERE GIVEN THEM. NOT A DOUBT.

Q. SO CHRONOLOGICALLY NOW WE ARE UP TO NINE O'CLOCK, YOU HAD A MEETING WITH YOUR LAWYERS YOU SAID, CORRECT?

A. YES, SIR.

Q. YOU WENT OVER THE RESTRAINING ORDER AND THE COMPLAINT, IS THAT CORRECT?

A. YES, SIR.

Q. OKAY. YOU TOLD SEAN ZAUSNER TO SHUT DOWN THE POMPANO BEACH SITE. YOU TOLD HIM THAT. WAS THAT ABOUT NINE O'CLOCK?

A. AGAIN, I WAS NOT WEARING MY WATCH. IF YOU WOULD RECALL WHEN OUR MEETING STARTED IN MY SIDE OFFICE, MY SIDE MEETING AREA, YOU KNOW, THAT MAY GIVE ME DIRECTION, BUT I SINCERELY WAS NOT LOOKING AT MY WATCH. IN FACT, I CAN'T TELL YOU WHAT

TIME I GOT HOME THAT NIGHT.
Q. WELL, DID YOU HAVE ANOTHER MEETING AFTER THAT WITH THE RECEIVER, AFTER THE NINE O'CLOCK MEETING WITH YOUR STAFF, YOUR LAWYERS?
A. YES, SIR.
Q. AND --
THE COURT: COUNSEL, LET ME INTERRUPT YOU, AND I APOLOGIZE FOR INTERRUPTING YOU.
MR. FEINGOLD, I'M JUST CURIOUS, AND MAYBE COUNSEL WOULD BE ASKING THIS QUESTION IN ANY EVENT. BUT PRIOR TO NOVEMBER 19TH WAS THERE ANY ACTIVITY AT THE POMPANO BEACH OFFICE?
THE WITNESS: YES, SIR. I BELIEVE THAT THERE WERE -- AND I DON'T KNOW THE EXACT NUMBERS, BUT I BELIEVE THAT THERE WAS SOMEWHERE BETWEEN FIVE AND EIGHT SALESPEOPLE.
THE COURT: GO AHEAD, COUNSEL.
MR. SINASOHN: THANK YOU, YOUR HONOR.
BY MR. SINASOHN:
Q. SO YOU THEN WENT AND MET WITH MISS MOSCOWITZ, IS THAT CORRECT?
A. I MET WITH YOU, MISS KUDMAN, MISS MOSCOWITZ AND MYSELF. I BELIEVE -- I BELIEVE ALL FOUR CHAIRS IN MY CONFERENCE ROOM IN MY OFFICE -- THE LITTLE CONFERENCE ROOM WE WERE SITTING IN THERE.
THE COURT: WHAT ABOUT MISS BERG, DID SHE ATTEND

ANY OF THESE MEETINGS OR WAS SHE --
THE WITNESS: SHE HAD NOT BEEN RETAINED YET, SIR.
BY MR. SINASOHN:
Q. AND HAVE YOU IN YOUR -- IN YOUR OPENING TESTIMONY FULLY DESCRIBED THE INTERCHANGE BETWEEN YOU, MYSELF, MISS KUDMAN AND MISS MOSCOWITZ IN THAT MEETING OR IS THERE SOMETHING ELSE --
A. I'M SORRY. I APOLOGIZE FOR CUTTING YOU OFF.
FULLY DESCRIBED? I THINK I DESCRIBED THE TONE, THE CONVERSATION FAIRLY WELL. THE ABSOLUTE TEXT DOWN TO THE T OF EVERYTHING THAT WAS STATED? NO, I DON'T THINK THAT'S HUMANLY POSSIBLE.
Q. BUT IN A GENERAL SENSE.
A. I BELIEVE SO, YES.
Q. AND HOW LONG DID THAT MEETING LAST?
A. I HAVE NO IDEA, SIR.
Q. I WOULD LIKE TO -- AND YOU UNDERSTAND THAT THE TEMPORARY RESTRAINING ORDER IN THIS CASE WAS ISSUED BY THIS COURT, AND IT'S AN ORDER TO YOU, CORRECT? IT ORDERS YOU TO DO CERTAIN THINGS, CORRECT?
A. YES, SIR.
Q. OKAY. AND I'M GOING TO POINT TO YOU TO -- WELL, LET ME ASK YOU ONE OTHER QUESTION.
DURING THE MEETING THAT YOU HAD WITH MYSELF, WITH THE RECEIVER, AND WITH MISS KUDMAN, THE ATTORNEY FOR THE

RECEIVER, DID YOU AT ANY TIME DURING THAT MEETING TELL ANYBODY IN THAT ROOM ABOUT THE POMPANO BEACH SITE?

A. NOT A SINGLE PERSON SAT DOWN AND WAS FULLY DEBRIEFED BY ME ABOUT OPERATIONS. IT WAS NOT UNTIL MISS KUDMAN, MYSELF, MISS BERG AND MISS MOSCOWITZ WENT TO THE BACK OFFICE AND SAT FOR PROBABLY FOUR HOURS, THREE HOURS -- I'M GOING TO SAY IT WAS -- I THINK IT MAY -- I BELIEVE IT WAS ON A MONDAY. I THINK IT WAS ON A MONDAY. I THINK IT WAS -- I THINK IT WAS THE MONDAY AFTER THANKSGIVING THAT I SAT DOWN WITH THEM -- ACTUALLY FIRST IT STARTED OUT, WE WERE IN THE LOBBY OF MY OFFICE AREA AND I THINK WE WERE THERE FOR ABOUT TWO HOURS AND THEN I THINK WE MOVED INTO THE BACK OFFICE AREA AND THAT'S WHEN WE TALKED ABOUT AN OVERVIEW OF THE ENTIRE BUSINESS.

BUT LET ME AUGMENT THAT BY SAYING THAT WHEN THE BIG ARGUMENT HAPPENED -- AND I FORGOT THIS IN MY DIRECT AND THIS IS IMPORTANT. WHEN THE BIG ARGUMENT HAPPENED AND YOU ACCUSED ME THAT SHREDIT WAS HAPPENING AND OFFICES WERE HIDDEN --

MR. SINASOHN: OBJECTION, YOUR HONOR. MOTION TO STRIKE. THIS IS NOT AN ANSWER TO MY QUESTION.

BY MR. SINASOHN:

Q. I'M ASKING YOU IF YOU TOLD THE RECEIVER ON THE NIGHT -- WE ARE TALKING ABOUT THE MEETING THAT YOU HAD ON THE NIGHT OF THE 19TH DID YOU TELL ANYBODY IN THAT ROOM ABOUT THE

POMPANO BEACH SITE. THAT'S A VERY SIMPLE QUESTION.
A. OH, OKAY. AND THE SIMPLE ANSWER IS, I DON'T BELIEVE SO.
Q. DO YOU KNOW WHAT MR. ZAUSNER DID AS SOON AS YOU TOLD HIM TO GO AND SHUT DOWN THE POMPANO SITE BEFORE YOU MET WITH THE RECEIVER?
A. I HAVE NO IDEA, SIR, BECAUSE I WAS SITTING IN MY OFFICE WITH YOU ALL.
Q. DID HE TELL YOU WHAT HE WAS GOING TO DO?
A. SIR, IT WASN'T AS IF WE WERE SITTING BACK CASUALLY AND DISCUSSING THINGS. IT WAS, "I HAVE READ THIS. HERE IS MY OPINION TO EVERYBODY. YOU KNOW, THIS IS ALL ABOUT DAMAGE CONTROL."
EACH ONE OF MY ASSOCIATES WAS PUT OFF TO A DIFFERENT RESEARCH ITEM. SEAN AND DAVE WERE PUT OFF TO DEAL WITH THEIR ISSUES, AND IT WAS ME FINDING AND THEN GOING AND SITTING DOWN WITH THEM.
Q. SO FRIDAY YOU DIDN'T TELL US, CORRECT, ABOUT THE POMPANO BEACH SITE?
A. FRIDAY I DON'T BELIEVE YOU SAT DOWN AND INDICATED THAT YOU WANTED TO INTERVIEW ME. I'M FAIRLY CERTAIN WHAT HAPPENED FRIDAY WAS, I CAME INTO MY OFFICE, NONE OF THE BACK OFFICE PEOPLE WERE ALLOWED TO WORK, AND THAT YOU INDICATED THAT YOU WERE VERY BUSY DOING YOUR OWN THINGS BACK THERE AND DID NOT DESIRE TO SPEAK.

AND I -- I SEEM TO RECALL THAT FRIDAY YOU WERE THERE THE WHOLE DAY, BUT THAT YOU WERE WORKING IN THE BACK AND I WAS TALKING TO YOUR BOSS THE MAJORITY OF THE TIME AND YOU CAME INTO MY OFFICE, THE DISCUSSION I TALKED ABOUT ON MY DIRECT LATER IN THE AFTERNOON RIGHT BEFORE THE SABBATH WHERE WE WERE ON THE SPEAKER PHONE WITH YOUR BOSS. BUT YOU AND I DID NOT HAVE INTERACTION THAT WAS SIGNIFICANT TALKING ABOUT OPERATIONS AT ALL, AT ALL --
Q. AND SATURDAY --
A. ON THAT DAY.
Q. AND SATURDAY YOU DIDN'T TELL -- YOU COULDN'T HAVE TOLD ME BECAUSE I WASN'T THERE.
A. THAT'S CORRECT.
Q. BUT YOU DIDN'T TELL MISS KUDMAN, OR MISS MOSCOWITZ, OR ANYBODY ELSE ABOUT THE POMPANO BEACH SITE, CORRECT?
A. SIR, NO ONE WAS THERE ON SATURDAY. NO ONE WAS THERE.
Q. DID YOU HAVE A PHONE NUMBER FOR THEM?
A. SIR, I DEFINITELY DIDN'T SEEK THEM OUT TO TALK TO THEM ABOUT THAT OFFICE OR ANY OTHER OFFICE, BECAUSE THE POINT OF THE MATTER IS, IS IT'S YOUR OBLIGATION TO COME INTERVIEW PEOPLE, NOT MY OBLIGATION TO TELL YOU THAT YOU SHOULD BE INTERVIEWING PEOPLE. YOU SHOULD BE EXPERIENCED ENOUGH TO KNOW TO DO THAT.
Q. ON SUNDAY, THE NEXT DAY, DID YOU TELL ANYBODY ABOUT THE POMPANO BEACH SITE?

A. AND IT'S THE SAME ANSWER AS SATURDAY, SIR. NO, I DID NOT.
Q. AND ON MONDAY DID YOU TELL ANYBODY ABOUT THE POMPANO BEACH SITE?
A. NO, I DID NOT, SIR. AND NO ONE INTERVIEWED ME ABOUT THE OPERATIONS OF THE BUSINESS, NOT A SINGLE PERSON.
Q. BUT MONDAY NIGHT I BELIEVE, DIDN'T YOU SEND AND E-MAIL TELLING SOMEBODY ABOUT THE POMPANO BEACH SITE?
A. NO, SIR. I BELIEVE MONDAY I GOT TO COLORADO AND YOU ACCUSED ME OF HIDING THE SITE, AND THIS IS WHAT I WAS TRYING TO ANSWER BEFORE AND THEN I THINK MISS KUDMAN ACTUALLY, NOT ACTING AS MY LAWYER BUT MAYBE AS A PROFESSIONAL COLLEAGUE SAID TO ME, "YOU KNOW, MAYBE IT'S BECAUSE GIDEON IS SO USED TO STORMING INTO OFFICES AND HAVE PEOPLE LIE TO HIM. WHY DON'T YOU WRITE A SUMMARY TO HIM OF HOW THE BUSINESS OPERATES SO THAT HE CAN GET A HANDLE ON IT BECAUSE HE HASN'T SPOKEN TO YOU, HE HASN'T SPENT A LOT OF TIME. WHY DON'T YOU DO THAT?"
AND YOU WILL NOTICE THAT THAT MONDAY NIGHT -- AND I FORGOT THIS ON MY DIRECT, AND THIS IS IMPORTANT. THAT MONDAY NIGHT I SPENT THE ENTIRE NIGHT IN MY ROOM AND I TYPED UP LIKE A FIVE OR SIX PAGE SINGLE SPACED TYPED SUMMARY THAT WAS SENT TO YOU, IT WAS SENT TO MISS KUDMAN, I BELIEVE, AND I BELIEVE IT WAS SENT TO MISS MOSCOWITZ DESCRIBING ALL FIRST UNIVERSAL AND HOW THEY WERE ALL THESE DIFFERENT BRANCHES AND

ALL THESE DIFFERENT LINES OF BUSINESSES, AND I THINK YOU RESPONDED TO ME BY E-MAIL ABOUT MIDNIGHT IF I RECALL.

THAT WAS THE FIRST TIME EVER THAT ANYONE REALLY WANTED TO UNDERSTAND THE OPERATIONS, AND IT WAS ONLY BECAUSE MISS KUDMAN WAS BRIGHT ENOUGH TO SAY TO ME, "YOU KNOW, WHAT" --

MR. FEINGOLD: I APOLOGIZE, JUDGE.

THE WITNESS: "YOU KNOW WHAT? YOU PROBABLY NEED TO EXPLAIN THIS TO HIM." AND SHE SAID THE ME, IT WAS ACTUALLY KIND OF CUTE, SHE'S LIKE, "GOD, YOU KNOW, I DIDN'T REALIZE THE SIZE OF THIS BUSINESS, AND I NEVER HEARD OF FIRST UNIVERSAL, AND WHO THEY WERE OR ANYTHING. YOU REALLY SHOULD DO A SUMMARY," AND THAT'S THE FIRST TIME EVER, AND IT WAS HER MENTIONING TO ME, PROMPTING ME TO GIVE YOU THIS BIG SUMMARY WHICH I KNOW YOU GOT BECAUSE YOU THEN RESPONDED TO ME, IT WAS IT WAS MIDNIGHT.

Q. SO IN ANSWER TO THE QUESTION, MONDAY NIGHT OR THEREABOUTS IS THE FIRST TIME THAT YOU DISCLOSED TO ANYBODY IN THIS CASE THAT THERE EXISTED A POMPANO BEACH SITE. YES OR NO.

A. OH, YES. ABSOLUTELY.

Q. THANK YOU.

NOW, LET'S -- THAT'S THREE FULL DAYS AFTER YOU TOLD MR. ZAUSNER TO SHUT DOWN THE POMPANO SITE, CORRECT?

A. I TOLD HIM TO SHUT DOWN SALES. OKAY? SHUT DOWN SALES.

I DIDN'T GO THROUGH AND SAY TO HIM, "SHUT DOWN THE POMPANO SITE. TURN OFF THE INTERNET. TURN ON THE LIGHTS. SCREW IN THE LIGHT BULBS." IT'S NOT LIKE THAT WHEN YOU'RE DEALING WITH A BASIC CATASTROPHE.

AND YOU KNOW IT, SIR? THERE IS PROBABLY A THOUSAND OTHER THINGS THAT YOU AND I DIDN'T SPEAK ABOUT BUT IT WASN'T MY JOB TO GO TO YOU. ONE WOULD HAVE ASSUMED WHEN YOU FILED THIS ACTION YOU KNEW ALL ABOUT THE OPERATIONS OF THE COMPANY AND YOU KNEW WHAT WAS GOING ON. ONE WOULD -- IT WOULD HAVE BEEN REAL EASY TO FIGURE THIS OUT. REAL EASY.

Q. SO, MR. FEINGOLD, AFTER YOU READ THE TRO AND WERE FAMILIAR WITH THAT AND THE COMPLAINT ON THE EVENING OF FRIDAY THE 19TH, AND YOU HAD ONE MEETING AT LEAST ON THAT EVENING WITH THE RECEIVER, AND DID YOU HAVE SUBSEQUENT MEETINGS WITH THE RECEIVER ON THE -- ON SUNDAY OR MONDAY?

A. I DON'T BELIEVE -- I DON'T THINK I WAS AT THE OFFICE ON SATURDAY OR SUNDAY. I DO NOT KNOW IF MISS MOSCOWITZ OR MISS KIDMAN -- KUDMAN I KEEP SAYING. I DON'T KNOW IF SHE WENT THERE. BUT I WILL TELL YOU THAT I -- THE NEXT TIME I THINK I SPOKE TO THE RECEIVER WAS I GOT AN E-MAIL FROM HER ON MONDAY SAYING TO ME, "WHERE ARE YOU?"

AND I RESPONDED BACK TO HER -- THE WAY I GOT THE E-MAIL WAS, I WAS ACTUALLY ON THE AIRPLANE, AMERICAN AIRLINES, THEY HAVE INTERNET ON IT, AND I RESPONDED TO HER, "WELL, I'M TRAVELING TO COLORADO. THIS WAS ALL WORKED OUT

WITH MR. SINASOHN'S BOSS, MR. ALBINE. THEY WERE WELL AWARE THAT I WAS TRAVELING BECAUSE WE WORKED OUT THIS MONITORSHIP," AND THAT -- THAT WAS ON MONDAY. I THINK THAT WAS THE NEXT TIME. .

AND I DON'T THINK I SPOKE TO THE RECEIVER. I THINK THAT WAS AN E-MAIL EXCHANGE, BECAUSE I REMEMBER THAT MY WIFE WAS INVOLVED BECAUSE I WAS TRAVELING -- WE TRAVEL SEPARATE BECAUSE OF ALL OUR KIDS. IT'S -- WHATEVER. IT'S LIKE ONE OF THESE WEIRD THINGS. IF A PLANE GOES DOWN WE WANT TO BE SEPARATE. IT'S STUPID. BUT THE POINT IS WE TRAVEL SEPARATE WITH OUR KIDS.

SO MY WIFE, SHE STAYED BEHIND, I WAS E-MAILING TO HER, AND I BELIEVE SHE WAS TALKING TO MISS MOSCOWITZ AND MISS KUDMAN, AND SHE MAY HAVE EVEN BEEN SPEAKING TO YOU. I'M NOT CERTAIN ABOUT THAT. BUT I DO KNOW THAT WAS THE NEXT COMMUNICATION BETWEEN MYSELF AND MISS MOSCOWITZ.

Q. THAT WAS MONDAY?

A. I BELIEVE THAT WAS MONEY, THE WEEK OF THANKSGIVING.

Q. BUT YOU HAD -- I KNOW YOU HAD MY CELLPHONE. YOU TESTIFIED THAT YOU RECOGNIZED THAT IT WAS ME CALLING.

A. ABSOLUTELY.

Q. DID YOU HAVE ANYBODY ELSE'S -- DID YOU HAVE MISS KUDMAN'S CELLPHONE NUMBER?

A. I THINK I HAVE HER CELLPHONE NUMBER. I KNOW, WE SPOKEN ON CELLPHONE. I'M PRETTY SURE I HAVE THAT.

Q. SO ON NIGHT OF THE 19TH WHEN YOU MET WITH US, YOU DID NOT DISCLOSE THE THIRD FLOOR SITE EITHER, CORRECT?
A. I DIDN'T DISCLOSE THE THIRD FLOOR, I DIDN'T DISCLOSE THAT I WEAR WHITE SOCKS, I DIDN'T DISCLOSE MY FOOTBALL TEAM IS THE SAINTS. I DIDN'T CLOSE A LOT OF THINGS BECAUSE, QUITE FRANKLY, YOU ARE THE GUY WHO IS TAKING OVER THE OFFICE. YOU'RE THE ONE WHO'S SUPPOSED TO BE ASKING THE QUESTION, NOT ME, SIR. THAT'S NOT MY JOB.
Q. AND THE FOLLOWING DAY, ON SATURDAY, DID YOU CALL ANYBODY OTHER THAN ME? DID YOU CALL MISS KUDMAN OR MISS MOSCOWITZ TO DISCUSS WITH THEM THAT, "HEY, THERE IS ANOTHER SITE THAT YOU HAVEN'T LOOKED AT."
A. NO, I DON'T BELIEVE I EVER DID THAT.
Q. AND WHAT ABOUT ON SUNDAY, DID YOU TALK TO ME OR MISS KUDMAN, OR MISS MOSCOWITZ AND SAY, "HEY, THERE IS ANOTHER SITE THAT YOU DIDN'T GO INTO AND I WANT TO MAKE YOU AWARE OF THAT."
A. NO, I DON'T THINK I DON'T THINK THAT HAPPENED.
Q. AND DID YOU TELL ME OR MISS MOSCOWITZ, OR MISS KUDMAN, OR ANYBODY ELSE ON MONDAY THAT THE THIRD FLOOR SITE EXISTED?
A. I THINK -- WHATEVER TIME I SENT YOU THAT VERY LONG FIVE, SIX-PAGE SINGLE SPACED TYPED E-MAIL IS THE FIRST TIME THAT YOU AND I EVER HAD A COMMUNICATION. IT WAS JUST ONE WAY, IT WAS ME SENDING TO YOU DESCRIBING THE OVERALL OPERATIONS OF THE ENTIRE ENTERPRISE.

Q. ARE YOU TESTIFYING NOW THAT IN THAT DOCUMENT THAT YOU JUST DESCRIBED THAT YOU DISCLOSED TO ME OR ANYBODY ELSE THE THIRD FLOOR -- THE EXISTENCE OF THE THIRD FLOOR SITE?
A. CAN YOU GIVE ME THE DOCUMENT, PLEASE?
Q. I CAN PROBABLY GET IT FOR YOU, I DON'T HAVE IT HERE. BUT I WANT TO KNOW FROM YOUR TESTIMONY IF YOU'RE TELLING --
A. SIR.
Q. WELL, DO YOU RECALL WHETHER OR NOT YOU DISCLOSED IN THAT DOCUMENT THAT YOU JUST REFERENCED THE THIRD FLOOR SITE?
A. SIR, I RECALL WRITING YOU A FIVE TO SIX-PAGE SINGLE SPACED TYPE SUMMARY OF THE BUSINESS. I RECALL YOU RESPONDING TO ME AT MIDNIGHT, AND THEN I RECALL DOING A SUPPLEMENT THE NEXT DAY AS WELL SAYING TO YOU, "HEY, HERE IS ADDITIONAL INFORMATION THAT MAY HELP YOU UNDERSTAND THE BUSINESS."
THE EXTENT OF DISCLOSURES, I DON'T KNOW, SIR. BUT, YOU KNOW WHAT? THERE IS NOT A DOUBT IN MY MIND, YOU KNEW ABOUT BRANCHES AND EVERYTHING ELSE. YOU HANDED COMPLIANCE LOGS FROM BRANCHES WHERE THEY SIGN OFF ACKNOWLEDGING WHICH BRANCH THEY ARE AND THAT THEY HAVE MONITORED THEIR TELEPHONES, AND THAT IF THEY HAVE HAD A COMPLAINT WHO IT IS, IF THEY HADN'T TO TERMINATE SOMEONE WHO IT IS. THERE IS NOT A DOUBT IN MY MIND ABOUT THAT.
Q. WELL, MR. FEINGOLD, ISN'T IT TRUE THAT, IN FACT, YOU NEVER DISCLOSED TO ANYBODY THE THIRD FLOOR. IN FACT, ISN'T

IT TRUE THA TI CALLED YOU AND SAID, "MR. FEINGOLD, THERE IS A SHREDDED REPRESENTATIVE HERE WHO IS GOING TO A THIRD FLOOR SITE THAT YOU NEVER TOLD ME ABOUT," ISN'T THAT CORRECT?
A. OH, SIR, THAT'S NOT EVEN CLOSE TO THE WAY YOU SPOKE TO ME. NOT EVEN CLOSE. SO THE ANSWER TO THAT IS, NO, BECAUSE THAT'S NOT WHAT YOU SAID, SIR. NOT EVEN CLOSE.
Q. DID I NOT TELL YOU AT THAT POINT THAT YOU HAD NOT DISCLOSED TO US A THIRD FLOOR SITE THAT I FOUND OUT THROUGH A PARTY OTHER THAN YOU.
A. SIR, THAT IS NOT THE WAY YOU CALLED AND SPOKE TO ME. NOT EVEN CLOSE.
Q. I'M NOT ASKING ABOUT THE WAY. I WANT TO KNOW SUBSTANTIVELY, MR. FEINGOLD. PLEASE ANSWER THE QUESTION.
A. SUBSTANTIVELY YOU CALLED ME AND ATTACKED ME AND TOLD ME THAT I WAS GOING TO BE ARRESTED, THAT I WAS OBSTRUCTING JUSTICE, THAT I WAS A LIAR, THAT YOU SAW SHREDIT, THEY WERE SHREDDING DOCUMENTS, AND THAT YOU WERE OUTRAGED BY MY CONDUCT AND I WAS FLOORED. THAT IS THE WAY YOU CALLED ME AND SPOKE TO ME, SIR.
Q. DID I TELL YOU IN THAT PHONE CONVERSATION, MR. FEINGOLD, THAT I WAS NOW AWARE OF THE SITE ON THE THIRD FLOOR BECAUSE THE SHREDIT MAN WAS THERE THAT YOU HAD NOT TOLD ME ABOUT?
A. NO. THAT IS NOT THE WAY YOU SPOKE TO ME. THAT IS NOT WHAT YOU SAID. AND, IN FACT, SIR, TO THIS DAY I DO NOT KNOW

WHEN YOU ENTERED THOSE OFFICES, BECAUSE I WASN'T THERE, I DIDN'T KNOW THE EXTENT OF ANYWHERE YOU WENT.

BUT WHAT I DO KNOW IS THAT YOU THEN ACCUSED ME OF NOT SHOWING YOU WHERE GALE SAT, AND THAT I WAS HIDING THAT OFFICE WHEN YOU OWN TECH GUY JEFFREY WAS BROUGHT THERE BY ME TO DOWNLOAD COMPUTER. SO YOUR CREDIBILITY WITH ME, SIR, WAS SOMEWHERE LESS THAN ZERO.

Q. MR. FEINGOLD, I WANT YOU TO CONCENTRATE ON THE QUESTION. OKAY? I AM NOT ASKING ABOUT HOW I DELIVERED THIS MESSAGE. I WANT TO KNOW IF I TOLD YOU IN A PHONE CALL THAT I HAD LEARNED OF A THIRD FLOOR SITE SEVERAL DAYS AFTER WE GAVE YOU THE TEMPORARY RESTRAINING ORDER AND YOU HAD NOT DISCLOSED THAT SITE.

A. INFORMATIONALLY THAT IS CORRECT. THE WAY IT WAS DELIVERED IS COMPLETELY INCORRECT.

Q. OKAY. I UNDERSTAND.

THE COURT: LET'S DO THIS. WOULD THIS BE A GOOD POINT TO TAKE A BREAK?

MR. SINASOHN: YES, YOUR HONOR.

THE COURT: I MEAN, IT IS YOUR CROSS.

MR. SINASOHN: IF THE COURT WOULD LIKE TO TAKE A -- I MEAN --

THE COURT: IF YOU ARE IN AN IMPORTANT AREA --

MR. SINASOHN: IF I COULD JUST READ HIM QUICKLY THE PART ABOUT THE TEMPORARY RESTRAINING ORDER.

THE COURT: GO AHEAD.

BY MR. SINASOHN:

Q. MR. FEINGOLD, I WANT TO READ TO YOU THE RESTRAINING ORDER THAT YOU READ AND UNDERSTOOD AND TALKED ABOUT WITH YOUR LAW STAFF THREE DAYS BEFORE YOU TOLD ME ABOUT THE THIRD FLOOR SITE, AND SEVERAL DAYS BEFORE YOU TOLD ANYBODY ABOUT THE POMPANO BEACH SITE.

THIS IS -- IT SAYS, PARAGRAPH 13, IT SAYS, "DELIVERY OF RECEIVERSHIP PROPERTY. IT IS FURTHER ORDERED THAT IMMEDIATELY UPON SERVICE OF THIS ORDER, UPON THEM, THE DEFENDANTS, INCLUDING THE RECEIVERSHIP DEFENDANT, SHALL FORTHWITH OR WITHIN SUCH TIME AS PERMITTED BY THE TEMPORARY RECEIVER IN WRITING DELIVER TO THE TEMPORARY RECEIVER POSSESSION AND CUSTODY OF, ALL FUNDS, ASSETS, AND PROPERTY OF THE RECEIVERSHIP DEFENDANT, WHETHER SITUATED WITHIN OR OUTSIDE THE TERRITORY OF THE UNITED STATES, WHICH ARE, ONE, HELD BY THE RECEIVERSHIP DEFENDANT INDIVIDUALLY OR JOINTLY; TWO, HELD FOR THE BENEFIT OF THE RECEIVERSHIP DEFENDANT; OR, THREE, UNDER THE DIRECT AND -- OR INDIRECT CONTROL, INDIVIDUALLY OR JOINTLY OF THE RECEIVERSHIP DEFENDANT" --

THE COURT: SHOW DOWN.

MR. SINASOHN: EXCUSE ME, YOUR HONOR.

BY MR. SINASOHN:

Q. "B, ALL DOCUMENTS OF THE RECEIVERSHIP DEFENDANT, INCLUDING BUT NOT LIMITED TO ALL BOOKS AND RECORDS OF

ASSETS, INCLUDING FUNDS AND PROPERTY OF FINANCIAL AND ACCOUNTING RECORDS, BALANCE SHEETS, INCOME STATEMENTS, BANK RECORDS INCLUDING MONTHLY STATEMENTS, CANCELED CHECKS, RECORDS OF WIRE TRANSFERS, RECORDS OF A.C.H. TRANSACTIONS, AND CHECK REGISTERS, CORPORATE MINUTES, CONTRACTS, CUSTOMER AND CONSUMER LISTS, TITLE DOCUMENTS, AND ELECTRONIC RECORDS; C, ALL FUNDS AND OTHER ASSETS BELONGING TO MEMBERS OF THE PUBLIC NOW HELD BY THE RECEIVERSHIP DEFENDANT; D, ALL KEYS, COMPUTER, AND OTHER PASS WORDS, ENTRY CODES, COMBINATIONS TO LOCKS REQUIRED TO OPEN OR GAIN ACCESS TO ANY OF THE PROPERTY OR EFFECT, AND ALL MONIES IN ANY BANK DEPOSITED TO THE CREDIT OF THE RECEIVERSHIP DEFENDANT, WHEREVER SITUATED; AND, E, INFORMATION, IDENTIFYING THE ACCOUNTS, EMPLOYEES, PROPERTIES, OR OTHER ASSETS OR OBLIGATIONS OF THE RECEIVERSHIP DEFENDANT."

MR. SINASOHN: THAT'S A GOOD PLACE TO STOP, YOUR HONOR?

THE WITNESS: DID YOU WANT ME TO ANSWER THE QUESTION?

THE COURT: NO. NO. NO. THERE IS NO PENDING QUESTION AT THIS POINT.

ALL RIGHT, WE WILL RECESS FOR LUNCH. LET'S HAVE EVERYONE RETURN HERE AT 3:45.

THE COURT IS IN RECESS UNTIL 3:45.

- - -

C E R T I F I C A T E

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 97 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF FORT LAUDERDALE, FLORIDA, IN THE MATTER THEREIN STATED.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 6TH DAY OF JANUARY 2010.

/S/CARL SCHANZLEH
CARL SCHANZLEH, RPR-CM
OFFICIAL FEDERAL COURT REPORTER
299 EAST BROWARD BLVD., 202B
FORT LAUDERDALE, FL 33301
TELEPHONE 954/769-5488

A

**ABLE** 5:25 14:3 34:3
**ABOVE-STYLED** 1:11
**ABSOLUTE** 26:2 27:12 34:10 51:21 76:17 81:24 84:10
**ABSOLUTELY** 5:12 19:15 25:6,24 31:11 34:17 59:6 64:2,4 66:18 69:9 73:3 78:1 79:20 89:21 91:21
**ACCEPT** 51:5 65:16
**ACCEPTED** 9:6 10:8 28:9 68:21
**ACCESS** 75:17 97:10
**ACCOSTED** 43:4
**ACCOUNT** 9:19,19 13:4,6 16:10 45:6 48:9 54:20 58:5 61:2
**ACCOUNTING** 13:1 97:2
**ACCOUNTS** 34:1 45:7,8,18 47:23 54:15 68:15,20,22,23 69:2 97:13
**ACCURATE** 69:14
**ACCUSE** 8:11 39:5 44:24
**ACCUSED** 43:1 82:1 85:18 88:10 95:3
**ACKNOWLEDGE** 31:15 78:12 82:11
**ACKNOWLEDGED** 59:7
**ACKNOWLEDGING** 93:20
**ACQUIN** 15:14,15
**ACT** 17:21 57:25 69:7 76:4
**ACTED** 66:22
**ACTING** 88:12
**ACTION** 52:6,20 53:1,19 61:14,16 61:17,18 63:6 64:10,12,13,25 90:8
**ACTIONS** 59:14 65:1 69:17
**ACTIVITIES** 61:9 64:23
**ACTIVITY** 12:23 13:4,6,13,14 83:11
**ACTS** 29:19
**ACTUAL** 5:7 52:6
**ADAM** 29:10
**ADAMANT** 18:11
**ADDITION** 15:8 63:1
**ADDITIONAL** 93:14
**ADDRESS** 9:1 56:8,9,14,17,23 57:1 57:1
**ADMINISTRATIVE** 50:13 65:1
**ADMISSION** 31:10
**ADMITTED** 4:8
**ADOPTIONS** 45:19,24
**ADOPTIVE** 45:25
**ADVANCE** 17:23
**ADVANTAGE** 79:17
**ADVANTAGES** 8:3
**ADVICE** 7:4 76:9
**ADVISED** 29:19 30:4 32:11,16,18 33:13 40:15 46:11 51:2 67:4 70:13,21 73:4
**ADVISES** 5:9,11
**AFFIDAVIT** 52:16
**AFRICAN-AMERICAN** 43:12
**AFTERNOON** 35:3 38:1 87:5
**AGE** 47:18
**AGENCIES** 17:18,18 57:24
**AGENCY** 64:22,24
**AGENT** 28:10
**AGGRAVATION** 17:8
**AGO** 21:19 23:4 61:25
**AGREE** 44:18 47:4
**AGREED** 37:1 45:1 47:1,5 66:24
**AGREEING** 49:6
**AGREEMENT** 5:7 35:6 78:1 79:6 79:22 80:1
**AGREEMENTS** 78:13 79:17 80:6
**AHEAD** 8:11 48:17 51:2 83:16 96:1
**AIRLINES** 90:24
**AIRPLANE** 90:23
**ALARM** 14:13
**ALBINE** 33:1,1 35:3,4 36:9,25 37:2 37:14 91:1
**ALERT** 14:9
**ALIMONY** 34:16
**ALLEGATIONS** 52:6
**ALLEGED** 18:18 31:20
**ALLEGIANCE** 48:23,24
**ALLOWED** 75:17 86:23
**ALLUDED** 17:9
**AMAZED** 20:7 48:23,23
**AMAZING** 51:18
**AMEND** 47:4
**AMENDING** 46:22 47:2
**AMENDMENT** 46:20,22,24
**AMERICA** 73:5 98:6
**AMERICAN** 90:23
**AMICABLY** 44:17
**AMOUNT** 10:5 52:5 58:15 61:22 67:21
**ANGUISH** 32:1
**ANSWER** 28:20,23 31:8 64:15 67:12,14 68:4 69:8 85:21 86:2 88:1,11 89:17 94:5,13 97:18
**ANSWERED** 38:4,5 50:18
**ANSWERING** 82:9
**ANYBODY** 75:18 85:2,25 87:15,24 88:3 89:18 91:22 92:10,20 93:2 93:25 96:6
**APART** 49:17,17
**APEX** 55:10
**APOLOGIZE** 83:8 84:8 89:7
**APOLOGY** 22:10
**APPARENT** 76:5
**APPARENTLY** 60:20
**APPEAR** 71:15
**APPEARANCE** 34:20
**APPEARANCES** 1:12
**APPEARED** 28:3,6
**APPEARS** 4:5
**APPLICABLE** 5:23
**APPOINT** 33:20
**APPOINTED** 29:24
**APPOINTING** 44:13
**APPROACHED** 30:3 32:10
**APPROVE** 7:11
**APPROVED** 10:11
**APPROXIMATELY** 6:13 27:3 31:2 35:10 45:19 49:22 61:15 77:5
**ARBITRATIONS** 34:7
**AREA** 15:2 24:3,14 30:21 36:5 82:24 85:11,12 95:23
**AREN'T** 50:17 51:10 76:18,18
**ARGUMENT** 85:16,17
**ARM** 23:4
**ARRESTED** 38:12,18 94:15
**ARRIVED** 22:16 74:2
**ART** 66:5
**ASKED** 16:18 20:17 30:25 46:3 57:8 60:16 67:16
**ASKING** 15:10 48:4 60:8,15 67:7 83:10 85:23 92:7 94:12 95:9
**ASKS** 19:18
**ASSET** 60:8
**ASSETS** 45:3,5,5 67:1 69:6 96:14 97:1,7,14
**ASSIGN** 69:4
**ASSIGNEE** 68:9
**ASSIGNMENT** 68:12,19,23 69:3
**ASSIGNMENTS** 68:13,15 69:4
**ASSISTANT** 37:19 43:22
**ASSOCIATES** 68:25 75:11 86:14
**ASSUME** 68:17
**ASSUMED** 90:7
**ASSURANCE** 63:19,20
**ATLANTA** 32:9 36:9 38:8
**ATTACHED** 4:6 19:6 23:7 53:21 54:7,9 55:18,19
**ATTACKED** 41:12 94:14
**ATTEMPT** 66:25
**ATTEMPTED** 73:4
**ATTEND** 34:20 83:25
**ATTORNEY** 4:19 8:17 22:4 23:19 29:12 32:14 35:8 36:1 46:1 54:4 57:13,14 58:8 59:14 62:16 84:25
**ATTORNEYS** 23:20 28:13 29:11 34:18,19 45:7
**ATTRACTIONS** 16:18
**AUDIT** 54:24
**AUGMENT** 85:15
**AUTHORITY** 33:25 54:15,19 58:5
**AUTHORIZATION** 7:12
**AUTHORIZED** 55:1
**AUTO** 17:3 57:24
**AUTOMATED** 10:20
**AUTOMATICALLY** 10:14 11:14 13:12,14 14:23 57:1
**AUTOMOTIVE** 78:4 79:7
**AUTOPAY** 73:14,15
**AVAILABLE** 37:13
**AWAITING** 71:14
**AWARE** 30:25 31:3 61:11,12 91:1 92:17 94:21
**A.C.H** 97:4
**A.M** 11:11
**A1A** 71:13 73:22

B

**B** 1:15 61:1 96:24
**BABY** 17:25
**BACK** 10:18 12:25 14:14 16:7 24:8 24:8,9 30:2 31:8,22 32:2 33:13 36:20,22 39:10,11 50:22 57:22 59:23 70:22 74:3 76:11 81:18 85:5,12 86:10,22,24 87:2 90:22
**BACKGROUND** 59:3
**BAD** 20:4 49:11
**BALANCE** 97:2
**BANK** 9:10,12,19 34:1 54:10,10,15 54:20,24 55:4,8,14,17 58:5 68:15,19 69:2 73:4 97:2,11
**BAR** 48:4 72:2
**BARGES** 42:19
**BARRAGE** 61:6
**BASED** 5:23 7:5,7 8:3 10:20 18:10 19:2,4 68:14
**BASIC** 20:8 90:4
**BASICALLY** 5:18 8:2 23:1 25:21 33:23
**BASIS** 9:13
**BEACH** 25:16,17 26:4,6,7,25 27:18 53:4 69:11 70:11 71:2,5,13 72:24 74:5 75:6 76:2,20 77:1 79:13 82:20 83:11 85:2 86:1,19 87:15,25 88:4,8 89:19 96:7
**BEAR** 7:9 81:16
**BEGGED** 32:21 33:10
**BEGINNING** 18:13 39:8
**BELIEVE** 4:16 20:17 28:12,13,14 28:25 33:1 45:21 54:8 61:14 63:17 65:19,20 67:18 72:1 77:19 81:20 83:13,14,22,22 84:14 85:7 86:2,20 88:7,9,23,24 90:16 91:13,18 92:13
**BELONGING** 97:7
**BENEFIT** 96:18
**BENIOFF** 8:1
**BERG** 1:16 67:15 83:25 85:5
**BEST** 26:3 60:20 74:24
**BEYOND** 57:12,14 58:3
**BIG** 66:3 85:16,17 89:14
**BILL** 47:21 60:13,17,24,25
**BILLING** 5:20
**BILLS** 11:24 14:17 45:9 47:12 57:24 60:9 76:18
**BILLY** 81:21
**BINDER** 3:17 40:22 41:6,7,13,14 41:17,21 42:1,3,5,6,7,10
**BINDERS** 21:9,17 22:7 62:25
**BINS** 39:19
**BIRTH** 45:20 46:16
**BIT** 17:21 18:5 25:10
**BLACK** 43:25
**BLVD** 1:22 98:20
**BOARD** 15:17
**BOARDS** 75:21 76:22
**BOILER** 24:7,12,12,13 25:4 36:17 36:20
**BOLD** 5:21
**BOMBARDED** 16:1
**BOOKKEEPER** 43:22
**BOOKKEEPER'S** 43:6
**BOOKKEEPING** 13:1
**BOOKS** 96:25
**BOSS** 32:17,18,21,25 33:3,13 35:12,17,25 36:9 87:3,6 91:1
**BOTTOM** 5:11 9:7 21:15 52:4 54:13 55:1 76:15
**BOULEVARD** 56:10 69:24 74:1 77:14
**BOUNCED** 73:15
**BOUNCING** 40:2
**BOUND** 3:14
**BOX** 13:6 43:18,25
**BOXES** 21:8,9,15,15,17,17 58:8,11 62:25
**BOYFRIEND** 49:5
**BRANCH** 25:15 32:13 52:18 77:16 78:1,6,8,9,10,11,13 79:6,9,16,22 80:1,6 93:20
**BRANCHES** 25:19,20 26:1,10,21 26:22 27:9,17,25 79:21 88:25 93:18,19
**BREAK** 59:22 95:18
**BREAKDOWN** 6:15
**BREEZEWAY** 23:9
**BRIEF** 59:20,25
**BRIGHT** 89:5
**BROKE** 3:11
**BROKER** 7:12,16,19
**BROKERAGE** 7:8,10,14 49:9
**BROKERING** 66:4
**BROKERS** 65:2
**BROUGHT** 18:18 44:1 52:16 53:1 95:5
**BROWARD** 1:10,22 3:1 98:20
**BROWSER** 11:20
**BUILDING** 23:7,8,9,14 74:9
**BUILT-OUT** 77:3
**BULBS** 90:3
**BULLETIN** 15:17
**BUSINESS** 7:6 20:8,10 23:6 24:20 27:4 33:8,23 34:5,6 44:15 53:13 56:12 61:22 63:21 68:16 69:6,7 75:8 76:10,10,11,17 77:2 78:3,5 78:13 79:11 85:14 88:6,15 89:11 93:11,15
**BUSINESSES** 50:11 89:1
**BUSY** 49:24,25,25 81:19 86:24
**BUY** 9:22

C

**C** 97:7 98:3,3
**CABINETS** 36:5
**CALAMITY** 46:2
**CALCULATE** 53:9
**CALL** 10:18 12:16 13:9,20,20 14:22 16:22 17:25 18:24 32:21 38:2,8 39:2,22 41:20 42:3,11,16 43:24 48:11 71:22 73:4 92:9,10 95:10
**CALLED** 7:16 32:24 33:13 39:6,21 41:13,18,23 42:4,17 55:9,17 67:2 72:8 94:1,10,14,18
**CALLING** 17:4,8 39:8 42:13 48:4 50:10 56:21 91:20
**CALLS** 7:11 70:6 72:7,21 79:3
**CAMARADERIE** 24:16,25
**CAMERAS** 28:7 48:10
**CANCEL** 73:10
**CANCELED** 72:22 73:1,12 97:3
**CANS** 76:22
**CAN'T** 42:21 48:5,22 51:4,5,23 61:24 77:11 82:10,25
**CAPS** 25:1
**CAR** 45:11,12 71:10,21,23 72:21 73:19
**CARD** 9:19 38:25 43:14 45:7 54:23 72:22 73:7,9
**CARDS** 17:3 34:17 73:2,13
**CARE** 45:25 46:1,15 47:22 60:9
**CAREER** 30:1
**CAREFULLY** 38:24
**CARL** 1:19 98:10,19
**CAROLINA** 61:14 63:1
**CARRIERS** 50:11
**CARS** 34:8 45:12 73:14
**CASE** 1:3 3:18 8:14 9:5 16:21 22:12 29:19 51:21 52:9,21,23 53:21,23 54:2 64:17,23 67:24 69:10 84:18 89:19
**CASES** 3:15 4:15 31:24 34:17,22 59:13 61:8
**CASUALLY** 86:10
**CATASTROPHE** 8:15 90:4
**CAUTIONARY** 27:18
**CEASE** 63:8 64:7,13,18
**CELL** 71:23
**CELLPHONE** 38:2,7 72:2 91:19,23 91:24,25
**CENTS** 11:11 15:16
**CEREMONY** 28:8
**CERNEY** 29:10
**CERTAIN** 72:24 75:12 84:20 86:21 91:15
**CERTAINLY** 58:2,4 69:15 70:4,5 75:4,25
**CERTAINTY** 81:24
**CERTIFY** 98:12
**CETERA** 7:13 46:10 64:9 75:13
**CHAIRS** 24:2 31:2 83:22
**CHALLENGE** 64:16
**CHALLENGING** 64:15
**CHANCE** 74:17
**CHANGE** 8:6,9
**CHANGED** 42:7
**CHARGE** 72:23
**CHARGER** 71:23,24
**CHARGES** 62:2
**CHART** 58:19
**CHECK** 27:21 31:5 97:5
**CHECKS** 55:12 56:22 97:3
**CHEER** 20:6

**CHIEF** 32:13
**CHILD** 34:16 45:15 46:15
**CHILDREN** 23:22 37:8
**CHRISTAKOS** 81:22
**CHRISTMAS** 20:2,4
**CHRONOLOGICALLY** 82:13
**CHRONOLOGY** 81:13
**CIRCUMSTANCE** 16:6 43:2 69:19
**CIRCUMSTANCES** 14:18
**CITY** 98:14
**CLAIMING** 51:25 73:1
**CLEANED** 77:4
**CLEAR** 57:17 61:20 66:6
**CLEARED** 9:24 10:7,8
**CLEARLY** 27:17 62:20 66:12 76:5
**CLICK** 18:22
**CLICKED** 13:7
**CLIENT** 5:15,19 6:25 7:1,11,19 8:5 8:25 9:5,9 10:7,9,14,18 11:3,5,8 11:10,11,12 12:13,15,16,17,19 13:15,20,21 14:9 15:1,4,5,6,7 16:13,20,21 19:17 36:12 50:25 58:16 69:15,16,17,18,20 71:14 75:9 76:9
**CLIENTS** 4:17 9:13 11:13 13:9 14:10 16:23,25 17:12,15 24:18 26:19 34:5 48:16,21 50:23,25 51:16 52:17 58:16 72:3 76:18
**CLIENT'S** 10:13
**CLOCK** 76:16
**CLOSE** 24:15 25:5,9 38:12 40:4 55:23 60:10 70:10 71:3 79:9 92:5 94:4,5,6,11
**CLOSED** 11:20 52:8,13 54:2,2 79:21
**CLOSELY** 20:14
**CLOSER** 36:24,24
**CLUE** 27:5
**CODE** 11:12
**CODES** 97:9
**COLLEAGUE** 88:12
**COLLECTED** 9:15
**COLLECTING** 24:18
**COLLECTION** 17:17,18 57:24
**COLLECTIONS** 57:25
**COLLECTORS** 17:21
**COLORADO** 37:11,14,15,25 39:18 40:2 45:2 82:2 88:9 90:25
**COLUMN** 10:2
**COMBINATIONS** 97:9
**COME** 14:14 27:24 28:23 44:22 51:15,18 52:17 64:4 87:20
**COMES** 7:8 14:23 48:7
**COMFORTABLE** 34:4
**COMING** 4:17 36:11
**COMMENT** 20:2 67:5
**COMMISSION** 1:2 18:18
**COMMITTEE** 57:18 65:16
**COMMON** 15:22
**COMMUNICATE** 66:23
**COMMUNICATING** 61:5
**COMMUNICATION** 91:16 92:23
**COMMUNICATIONS** 61:6
**COMPANIES** 5:24 7:23 28:10 41:19 42:7 52:25 79:16
**COMPANY** 7:22,25 8:6 10:21 14:6 20:9 21:22,24 26:9 27:11 29:23 30:4,23 33:5,5,7 35:20 40:16 41:5,8,18,22 42:5,14 43:17 44:22,24,25 49:8,18 58:12,14,24 58:24,25 59:1,1,2 61:21 62:1,21 63:18 66:20 68:21 70:22 76:4 78:7,21 90:9
**COMPANY'S** 44:23
**COMPARE** 27:13
**COMPLAINING** 50:6
**COMPLAINT** 7:9 16:13 20:25 28:18 29:12,20,20 58:22 66:7 67:23 74:11,15 82:16 90:12 93:22
**COMPLAINTS** 21:7 26:18,20,21 27:12 29:9 48:4 53:2,4 75:15
**COMPLETE** 13:8,15 58:12 59:1,3
**COMPLETED** 75:8
**COMPLETELY** 8:3 20:19,20 26:1 26:23 33:7 53:13 77:13,16 95:15
**COMPLEX** 34:5
**COMPLIANCE** 40:23,24 41:1,4 57:22,23 63:19,20 78:11 80:4,11 81:3 82:3 93:19
**COMPLIANT** 80:5
**COMPLICIT** 78:12
**COMPLY** 47:1 63:22
**COMPUTER** 10:14 11:15 18:3,5 43:6,17,21 62:5 95:6 97:9
**COMPUTERS** 43:19 75:17 81:14
**CONCEDING** 52:24
**CONCENTRATE** 95:8
**CONCEPT** 66:17
**CONCERNED** 35:22,25
**CONCLUSION** 29:17
**CONDUCT** 94:18
**CONFERENCE** 23:13 24:3 28:11 28:21 29:3,6 56:15 70:18 74:21 75:1,7 83:22,23
**CONFIRM** 32:22
**CONFIRMED** 21:21 39:20
**CONNECTED** 23:9,9 78:21
**CONNECTION** 79:13
**CONSCIOUS** 60:20
**CONSENSUS** 66:24
**CONSENT** 5:19 46:14
**CONSENTED** 46:13
**CONSEQUENCES** 14:18
**CONSIDERING** 3:12
**CONSISTENTLY** 62:8
**CONSPIRACY** 44:3
**CONSTITUTE** 98:13
**CONSTRUCTION** 27:2,6,8,21,21 27:22
**CONSUMER** 51:9 58:14 97:6
**CONSUMERS** 18:11 67:25,25
**CONTACT** 7:24 13:15,16 16:14 17:19 39:13 70:10
**CONTACTED** 9:2 22:2 46:3,5 51:2 57:7 61:23 64:24
**CONTACTS** 14:19
**CONTAINED** 58:11,13,14,15,18,19 58:23
**CONTENTS** 2:2 43:21
**CONTINUE** 11:23 14:1,19 21:14 54:5 58:5
**CONTINUED** 35:2
**CONTINUING** 76:8
**CONTINUOUSLY** 17:4
**CONTRACT** 5:2,3 79:18
**CONTRACTOR** 27:5
**CONTRACTS** 58:13 97:5
**CONTRACTUAL** 79:21
**CONTRADICT** 20:22
**CONTRARY** 21:5
**CONTROL** 66:19 79:19,20 86:13 96:19
**CONTROLLED** 77:20
**CONVENIENCE** 3:14
**CONVERSATION** 31:21 44:5 84:10 94:20
**CONVEYED** 19:23 32:3 48:3
**COOL** 42:9
**COPIES** 29:9,15
**COPY** 3:16 5:2 60:13 62:17,22 63:25 73:6
**CORAL** 25:22 26:5,6
**CORNER** 23:23
**CORPORATE** 48:21 68:16 69:5,7 97:5
**CORPORATION** 52:22 77:20,22,24 78:15,19,25 79:3
**CORRECT** 25:24,25 60:17 62:17 63:9 64:9,23 69:12 71:2 72:14 73:10 74:6,15 77:15 82:14,17 83:20 84:19,20 86:18 87:13,15 89:24 92:2 94:3 95:14
**COST** 7:2 18:9 45:25 62:3
**COSTS** 46:1
**COULDN'T** 43:14 87:11
**COUNSEL** 3:16 30:18 34:19,20 54:14 55:6,14,19 75:9 83:7,9,16
**COUNSELED** 8:17
**COUNTED** 55:22
**COUNTRY** 50:24
**COUNTY** 1:10 3:1
**COUPLE** 28:3 32:23 53:16 63:17
**COURSE** 48:9 62:6
**COURT** 1:1,20 3:2,3,11,14,19,24 4:3,10,12,22,24 6:5,7,16,18,23 6:23 8:19,20,22 19:12 22:17,19 22:23 30:9,11,14 46:14 50:13,18 52:3,17 55:2,7 58:10,11,21 59:8 59:11,19,24 60:1,10 62:17,23 63:13 66:24 67:14 68:8 73:6 81:2,11 83:7,16,25 84:19 95:17 95:20,21,23 96:1,21 97:20,24 98:10,11,14,20
**COURTHOUSE** 1:21
**COURTROOMS** 21:2
**COURTYARD** 38:13
**COVER** 59:9
**CRAFTED** 18:8
**CRAMPED** 24:10
**CRAZINESS** 49:2
**CRAZY** 21:11,14 44:2,3 47:6
**CREATE** 8:12 49:16
**CREATED** 21:8 52:5
**CREDIBILITY** 95:6
**CREDIT** 9:19 17:2 34:17 38:25 45:6 66:22 72:22 73:2,7,8,13 97:12
**CREDITOR** 15:25
**CREDITORS** 17:4,6,11 73:13
**CROSS** 2:3 60:5 95:20
**CROSS-EXAMINATION** 19:1 31:17 59:20 60:3
**CROSS-EXAMINING** 9:11
**CURIOUS** 83:9
**CUSTODY** 96:14
**CUSTOM** 18:8
**CUSTOMARILY** 61:1
**CUSTOMER** 5:17,17 7:9,24 97:5
**CUSTOMERS** 27:14
**CUSTOMIZE** 9:22
**CUSTOMIZED** 9:20 10:12,12
**CUTE** 89:10
**CUTTING** 84:8

**D**

**D** 97:8
**DAD** 47:20
**DADE** 53:4
**DAILY** 78:11 80:3,11 81:1,3 82:3
**DAMAGE** 86:12
**DANGER** 34:11
**DARE** 76:5
**DARK** 74:4
**DASH** 10:3 76:5
**DATA** 13:19
**DATABASES** 7:23
**DATE** 7:23 8:13 9:25 15:5 65:21
**DAUGHTER** 47:11,21 51:11 60:7
**DAUGHTER'S** 60:16
**DAVE** 57:20 80:20 86:15
**DAVE'S** 81:14
**DAVID** 1:6,6,14 2:4 3:7 7:21 9:21 17:23 29:8 32:3 39:21 53:24,25 54:10,13 55:5 56:9,24 57:2 70:19 73:7,8 75:13,14
**DAY** 14:9 15:3,5 21:23 24:17,22 32:10 43:15 47:23 49:11 50:3 61:1 76:18 77:4 81:11 87:2,10 87:24 92:9 93:13 94:25 98:17
**DAYS** 10:15,17 13:13 15:15 27:3,4 46:23 49:17,17,22 50:1 64:14 89:23 95:11 96:5,6
**DEAL** 15:15 17:8,14 18:11 29:22 86:15
**DEALING** 18:6 24:22 26:13 65:2 90:3
**DEALS** 27:23
**DEALT** 22:6 24:24 27:14 29:24 33:20 34:15,16
**DEBRIEFED** 85:3
**DEBT** 57:24
**DEBTOR** 17:20
**DECEMBER** 1:10 3:2
**DECEPTIVE** 29:18 52:20 68:6 76:4
**DECIDE** 47:11,12
**DECIDED** 11:20 23:20 26:22
**DECLARATION** 52:16 54:8 55:23
**DECLARATIONS** 28:17
**DECLINED** 9:24 10:5,11,13
**DEEP** 39:25
**DEFEND** 49:9
**DEFENDANT** 96:11,15,17,18,20,24 97:8,12,15
**DEFENDANTS** 1:7,14 4:24 5:1 6:3 6:7,9,18,19 8:22 64:23 67:24 69:23 96:11
**DEFENDANT'S** 4:12 22:20
**DEFENDING** 14:5
**DEFENSE** 2:8,9,10 4:13,25 6:8
**DEFINITELY** 80:2 87:18
**DELAWARE** 69:7
**DELIVER** 56:21 96:13
**DELIVERED** 57:5 95:9,15
**DELIVERY** 96:9
**DEMANDED** 49:5
**DENOTE** 24:13
**DENOTES** 82:4
**DENY** 54:14,15
**DEPARTMENT** 19:14,21 39:16 65:14
**DEPENDENT** 50:12
**DEPOSIT** 55:12
**DEPOSITED** 97:11
**DEPUTY** 37:19
**DESCRIBE** 4:1 22:18 58:11
**DESCRIBED** 84:5,9,9 93:2
**DESCRIBING** 88:24 92:24
**DESCRIPTION** 2:7
**DESERVES** 20:11
**DESIGNED** 24:15
**DESIRE** 86:25
**DESIST** 63:9 64:7,13,18
**DESK** 23:4 24:1 35:15 36:8 43:22 43:22 44:1 81:23
**DESKS** 36:19,21
**DESTROY** 39:6
**DESTROYED** 39:2 73:12
**DESTROYING** 38:17,21
**DETAIL** 6:24
**DETERMINATION** 47:10 68:19
**DETERMINE** 60:25
**DETERMINED** 60:19
**DEVOTED** 51:16
**DICTATE** 78:10
**DICTATES** 16:4 66:12
**DIDN'T** 7:11,12 10:17 11:8 12:16 12:18 31:8,9 37:23 39:14 45:12 46:6 48:11,11,13 50:7 55:2,6 60:13 62:19,20 67:13 69:14 73:10 77:11 78:21 79:10 86:18 87:11,14,18 88:7 89:10 90:1,6 92:3,3,4,5,16 95:2
**DIFFERENCE** 37:24 66:3
**DIFFERENT** 26:12,15 33:7,8 34:13 52:25 53:14 65:15 79:9,15 86:15 88:25 89:1
**DIFFERENTLY** 17:21
**DIFFICULT** 68:4
**DILIGENCE** 64:25 76:25
**DIME** 44:23
**DINNER** 71:15,18 72:12,15,19,23 73:17,20
**DIRECT** 2:3 3:10 85:16 87:5 88:20 96:19
**DIRECTION** 82:24
**DIRECTLY** 17:20
**DIRECTOR** 4:7
**DIRECTORS** 14:6
**DIRECTS** 15:3
**DISASTER** 51:7
**DISCLOSE** 67:9 92:2,3,3,4
**DISCLOSED** 43:7 89:18 93:2,8,25 94:8 95:13
**DISCLOSURE** 5:15
**DISCLOSURES** 5:6 46:18,21,23 47:8 93:16
**DISCONNECTED** 14:15 41:14
**DISCUSS** 12:17 92:11
**DISCUSSED** 20:12
**DISCUSSING** 22:16 86:11
**DISCUSSION** 16:17 87:4
**DISCUSSIONS** 24:3,25
**DISTINCTION** 66:3
**DISTRICT** 1:1,1 98:7,11,11
**DIVISION** 45:20 65:14
**DOCKETING** 34:19
**DOCUMENT** 5:7,15 14:22 15:2,4,6 15:20 41:9 56:2,6,7 63:25 93:1,4 93:9
**DOCUMENTATION** 21:22
**DOCUMENTS** 15:3 17:24 19:5 21:8 21:17,20 22:3,6 24:18 28:17 31:14 38:17,21 39:1,6 41:20 55:21 62:21,25 70:16,18 75:21 76:23 80:18,25 94:17 96:24 97:6
**DOESN'T** 12:13 26:8 33:25,25 44:13 65:4
**DOING** 9:13 13:3 15:8 16:5 17:12 18:6 20:10 25:6 33:24 47:15 49:19 50:12 66:1 67:16 71:7,8 76:25 86:24 93:12
**DOLLAR** 15:16
**DOLLARS** 6:11 7:3 19:10 63:17
**DON'T** 12:14 16:2,3 17:6,13,18 18:15 19:10 28:5 30:11,14 32:20 34:25 37:22,24 39:4 40:16,17 42:3 48:15 51:17 53:10 56:20 58:9 61:4 62:3 63:22 65:4,19

66:4 67:18 68:3,24 70:3,17 72:4 77:23,24 78:16,19,23,25 79:1,2 79:4 81:10 82:2,4 83:14 84:11 86:2,20 88:15,17 90:16,16,18 91:5 92:13,18,18 93:5,16
**DOOR** 23:17,18 24:6 56:16 60:10
**DOT** 15:19
**DOUBT** 27:22 81:25 82:7,8,12,12 93:17,23
**DOWNLOAD** 95:6
**DOWNLOADED** 43:23
**DOWNLOADING** 43:20 81:14
**DOZENS** 79:23
**DRAFT** 37:21 45:10 46:22
**DRAFTED** 46:12 68:24 79:25
**DRAFTING** 37:17
**DRINKS** 72:18
**DRIVE** 74:7
**DROPPED** 21:13 22:9,10 61:18 64:18,20
**DROVE** 71:10 72:21 73:19
**DUE** 7:4 61:1
**DULY** 3:8
**DUPLICATE** 8:14
**DUTIES** 79:17
**D.C** 32:8
**D/B/A** 55:10,11
**D/B/A'S** 55:13

**E**

**E** 1:13,14,22 3:12 97:13 98:3,3
**EARLIER** 27:3,4 65:9
**EARLY** 38:1,1
**EASIEST** 33:19
**EAST** 98:20
**EASY** 16:11 76:5 90:10,10
**EATING** 72:12 73:20
**EDUCATE** 59:4
**EFFECT** 63:24 97:11
**EFFECTIVE** 27:2 64:11,14 65:20
**EFFICIENT** 10:21
**EFFORT** 23:21
**EIGHT** 6:11 10:3 36:19 71:18 74:4 77:5 83:15
**EITHER** 25:9 92:2
**ELAPSED** 33:12
**ELATED** 44:21
**ELECTRONIC** 45:10 97:6
**ELECTRONICALLY** 9:15,24
**ELEMENTS** 52:9
**ELEVEN** 21:13
**ELLISON** 8:1
**ELSE'S** 91:22
**EMERGENCY** 21:24 64:25 70:8 72:8
**EMMIT** 65:2
**EMOTIONAL** 17:1,16 32:1
**EMPLOYEES** 58:25 97:13
**EMPTY** 39:19 76:22 77:4
**ENCLOSE** 59:11
**ENCOMPASS** 7:18
**ENDED** 31:21 42:13 49:23
**ENDS** 37:4
**ENJOY** 44:8
**ENTER** 8:8
**ENTERED** 5:5 22:16 35:21 63:18 63:19 69:25 70:4 95:1
**ENTERPRISE** 54:10 92:25
**ENTIRE** 10:11 85:13 88:21 92:25
**ENTITIES** 79:8,24
**ENTITLED** 20:18,21
**ENTRY** 97:9
**EPISODE** 52:5
**ERASE** 75:21 76:22
**ESCROW** 45:8,18,25 48:8,17
**ESPECIALLY** 17:18 65:2
**ESQ** 1:14
**ESQS** 1:14,16
**ESSENCE** 17:12 69:5
**ESTIMATE** 70:16
**ET** 7:13 46:10 64:9 75:13
**EVENING** 38:2 75:25 90:12,14
**EVENT** 83:10
**EVERYBODY** 48:24 86:12
**EVERYONE'S** 21:3
**EVICTED** 34:8
**EVIDENCE** 2:6 4:1,9,12,13,20,24 4:25 5:5 6:2,4,7,8,14,18 8:19,22 10:6 22:23 26:3 54:3 69:2
**EX** 59:15
**EXACT** 63:23 65:21 82:10 83:14
**EXACTLY** 15:7 19:5 70:3 80:22
**EXAMINATION** 3:10 60:5
**EXAMINED** 3:8
**EXAMPLE** 6:20 9:5,22 10:2 12:19 15:14 58:20,20
**EXCESS** 26:20
**EXCHANGE** 26:14 91:6
**EXCUSE** 61:8 81:20 96:22
**EXECUTIVE** 57:18
**EXEMPLAR** 6:22
**EXHIBIT** 2:8,9,10 3:21,23,23 4:4,8 4:13,14,20,25 5:1 6:3,8,9 7:2 22:20 54:8,9 55:3
**EXHIBITS** 2:5,6 3:17,21
**EXIST** 13:17
**EXISTED** 89:19 92:20
**EXISTENCE** 25:25 79:23 93:3
**EXPANDED** 56:15
**EXPECT** 69:18
**EXPECTATIONS** 19:11
**EXPECTED** 22:12
**EXPENDITURES** 6:15
**EXPENSE** 31:25
**EXPENSES** 46:16
**EXPENSIVE** 11:4 14:25 21:14
**EXPERIENCE** 7:7 16:4,23 18:10 31:24 36:13 65:2
**EXPERIENCED** 87:22
**EXPLAIN** 22:17 23:11 25:15 89:9
**EXPLAINED** 33:3,4 35:21 56:14
**EXPLAINING** 57:15
**EXPLAINS** 19:18
**EXPLANATION** 14:12 41:12 70:6
**EXPRESS** 18:16 62:2
**EXPRESSED** 34:2,10,12
**EXTEND** 44:14
**EXTENSION** 44:18 45:2
**EXTENSIVE** 5:6 6:24
**EXTENT** 10:13 93:16 95:2
**EXTERNALLY** 21:10
**EXTRAORDINARILY** 17:16 55:17 58:7 77:2
**EXTRAORDINARY** 44:4
**EXTREMELY** 42:24
**EYES** 52:1
**E-MAIL** 10:23,24,25 11:1,5,6,9,10 11:10,13,14,17,18,20 12:9,13,16 12:17 13:23,25 60:15 61:3,7 88:7 89:2 90:20,23 91:6 92:22
**E-MAILED** 9:2 13:22 14:21 60:14 60:21,23
**E-MAILING** 91:12
**E-MAILS** 11:23 73:16

**F**

**F** 98:3
**FACE** 5:14 31:1
**FACT** 5:6 7:19 13:9 17:17 18:4,17 26:3 27:4 36:4,17 37:17 41:22 48:25 50:1 55:22 57:13 62:3 76:24 82:25 93:24,25 94:25
**FACTS** 19:2
**FAIR** 47:18 57:24
**FAIRLY** 31:15,16,18 36:1 42:18 73:12 84:10 86:21
**FAITH** 47:5
**FALL** 49:17,17 66:15
**FAMILIAR** 16:18 30:13 66:5,17 69:16 90:12
**FAMILY** 37:8,11,12,14 45:20
**FAN** 7:17
**FAR** 24:14
**FASHION** 18:12
**FAX** 16:3
**FAXED** 15:21
**FAXES** 15:1 16:1
**FDC'S** 66:7
**FEDERAL** 1:2 17:20 18:18 39:1 62:2 98:20
**FEDEX** 62:2
**FEE** 53:11
**FEEL** 34:4
**FEES** 21:11
**FEET** 77:3
**FEINGOLD** 1:6,14 2:4 3:4,6,7 4:6 23:1 39:21 49:3 51:12 53:24 54:11,14 55:5 56:9,12,24,24 57:2,3 60:1,7 61:8 64:9 67:14,23 70:24 73:3,6,7,8 80:10 83:9 89:7 90:11 93:24 94:1,13,21 95:8 96:3
**FEINSTEIN** 5:2
**FEINSTEINS** 50:10
**FELLOW** 36:1
**FELT** 20:3,5 32:16 67:5,19
**FIFTY** 62:4
**FIGURE** 26:9 50:24 90:10
**FILE** 6:20 12:24 13:2,13 14:2 15:10 15:12,14,17 16:11,12,14,20,21 19:10 32:14 35:23,24 41:5,18 58:21 59:10 62:17 63:13 64:14
**FILED** 21:24,25 31:19 55:4 59:8 64:10,16,25 65:1 90:8
**FILES** 20:5,13 24:10 33:6 35:24 40:22 41:15 49:21 59:16
**FILING** 36:5
**FILINGS** 30:15 78:17
**FINAL** 44:5
**FINALLY** 32:24
**FINANCIAL** 46:18 47:8 65:14 97:1
**FINCH** 43:7
**FIND** 12:19 15:12 17:15 39:2,4,13 42:4 45:2 48:18 53:23 54:3,7 56:11 79:6
**FINDING** 86:16
**FINE** 3:19 22:9 31:23 41:11 62:1
**FINISHED** 27:10
**FINISHING** 35:12
**FINLEYS** 50:9
**FIRM** 5:16 7:5 9:3 14:5 16:24 21:8 29:10,10,11 34:9,14 35:22 45:10 46:4,10 48:24 49:16 51:4,5 56:11 58:4 62:3,7,24 63:21 64:24 66:10,11,16 67:17 68:24 73:3 79:24 80:5
**FIRMS** 5:3 7:8,10,13,14,14 45:6 49:9,19 50:9 66:10,11,14
**FIRM'S** 35:24 45:4,5,6,8 68:14 73:8
**FIRST-PARTY** 17:18
**FIVE** 6:19 29:18 37:8 46:23 52:19 53:5,19 65:7 72:15,17 83:15 88:22 92:22 93:10
**FIX** 33:19 37:19
**FL** 98:21
**FLIGHT** 38:1
**FLOOR** 24:21 27:20 40:8 75:19,20 92:2,3,20 93:3,3,9,25 94:2,8,22 95:11 96:6
**FLOORED** 94:18
**FLORIDA** 1:1,10,23 3:1 5:23 20:12 21:5 25:16,17 30:6,13 31:13,14 38:2 58:8 59:4,14 62:1,15 63:2 65:13 68:15 98:7,12,14
**FLOW** 58:19
**FLOWS** 18:7
**FLUME** 41:5
**FLY** 50:24
**FOLD** 53:11
**FOLLOW** 13:8
**FOLLOWED** 21:20
**FOLLOWING** 32:10 43:15 92:9
**FOLLOWS** 3:9
**FOOT** 31:2
**FOOTBALL** 92:4
**FORCE** 6:12,20,24 7:2,21 8:16,24 9:14,18 10:18 11:16 12:15 13:2 13:8,12,19 14:20,24 16:20,20 18:19,20,22 19:3,4,17 20:13 27:23 53:6 58:21 75:15 82:5
**FORCE'S** 12:5
**FORECLOSURE** 50:4,7
**FOREGOING** 98:12
**FORGOT** 85:16 88:20
**FORM** 5:3
**FORMER** 77:1
**FORT** 1:10,23 3:1 45:23 73:23 98:14,21
**FORTH** 16:7
**FORTHWITH** 96:12
**FORWARD** 78:11
**FOUND** 7:25 39:12,23 43:2,5,7 45:9,16,17 94:8
**FOUR** 10:3 18:3,5 24:2 65:7 71:7,8 71:9,11,11,12 72:12,17 83:22 85:6
**FOURTH** 5:14
**FRAMES** 25:24
**FRANCHISE** 26:13 79:10
**FRANKLY** 23:19,23 29:3 92:6
**FRAUDULENT** 41:13
**FREE** 19:24 49:6,14,15 51:16
**FREEZE** 60:8 67:17
**FREEZING** 67:1
**FRIDAY** 36:7 57:22 81:6,7 86:18,20 86:22 87:1 90:13
**FRIDAYS** 57:20,20,21
**FRIENDLY** 42:18
**FROZE** 73:8,10
**FROZEN** 45:3,18 48:22
**FTC** 26:8,24 27:23 35:23 48:1,2 51:25 52:19 59:13 64:22 66:19 73:1 77:9,10
**FTC'S** 67:23
**FULL** 25:5 89:23
**FULLY** 84:4,9 85:3
**FUNDS** 96:14 97:1,7
**FURNITURE** 23:22
**FURTHER** 3:9 6:13 96:9

**G**

**GAIN** 97:10
**GALE** 43:7 57:19 95:4
**GALE'S** 43:22 44:1
**GANARROW** 27:6,22
**GARDENS** 25:16,17 27:19 53:4
**GARNISHMENTS** 34:18
**GAS** 51:19
**GATHERED** 19:2
**GENERAL** 8:25 25:25 57:2 59:14 62:16 84:13
**GENERALITY** 13:23
**GENERALLY** 14:14 23:11 25:9 65:5
**GENERAL'S** 58:9
**GENERATE** 14:7
**GENERATED** 14:8 26:17
**GENIUS** 9:18 12:15
**GENTLEMAN** 7:25 43:15 77:20 81:13
**GENTLEMEN** 24:9 43:12
**GENUINELY** 20:17
**GEN.MAN** 56:9 57:2
**GEN.MEN** 56:25
**GETTING** 16:1,19 19:19 43:10 48:16,25 51:10 81:18
**GHOST** 77:6
**GIDDY** 35:6 44:13
**GIDEON** 1:13 38:5,5,6,10,15,19,23 39:9 88:13
**GIST** 76:6
**GIVE** 36:14 40:12 41:7 46:17,21,23 47:8 50:25 82:10,24 89:14 93:4
**GIVEN** 20:14,17,20 24:21 31:14 40:15,24 41:1,6 52:9 82:8,12
**GIVES** 9:10
**GIVING** 9:12 20:10 41:11
**GLADLY** 28:9
**GLORIA** 22:25 80:15
**GO** 3:22 10:17 12:23 15:18 19:16 27:2 28:20 29:22 30:18 32:4,21 36:6 37:10,11,14,15,15 38:22 39:20 47:9 48:17 50:13,23 55:14 57:18 58:9 59:19,22 65:4 69:14 75:5,11,15 76:13,20 82:5 83:16 86:5 90:1,7 92:16 96:1
**GOD** 89:10
**GOES** 7:13 12:4 13:24 15:2 39:14 41:10 91:9
**GOING** 3:22,25 14:7 16:25 18:4,11 20:14 28:20,20,21 29:3,4,4 32:5 34:6,7,22,22 35:9,23,24 36:2 37:15 38:10 39:3 40:7 45:24 46:10,17 47:4,9,10,17,19 48:3 49:8,11 53:15 54:19 59:10 70:6 80:5 81:15,18 84:22 85:6 86:9 86:16 90:9 94:2,15
**GONZALEZ** 77:21 78:24 79:2,4
**GOOD** 3:3 20:10 42:6 47:5 67:6 95:17 97:16
**GOOGLE** 48:17
**GOTTEN** 14:13
**GOVERNMENT** 1:13 49:12 51:2
**GRADE** 42:8
**GRANTED** 78:6
**GREAT** 8:3
**GREATLY** 52:6
**GRILL** 77:1
**GROWN** 47:16
**GUARANTEE** 5:13 11:24 50:20
**GUARANTEES** 5:21
**GUESS** 19:9 22:3,4
**GUESSTIMATE** 74:24
**GUY** 40:7 92:6 95:5
**GUYS** 29:22 50:10

**H**

**HADN'T** 20:24 33:16 40:16 41:17 54:24 93:22
**HALF** 28:19 29:16,17 31:2 49:22 50:1 74:2,5
**HAND** 32:6 46:25 47:1,20 98:16
**HANDED** 93:18
**HANDLE** 19:10 36:3 75:9 88:16
**HANDLED** 44:15 59:13 62:8
**HANDLING** 48:21 62:9
**HAPPEN** 14:18 16:19 34:11 36:10 52:17 59:15 76:16
**HAPPENED** 7:10 8:12 10:10 22:4 22:14,18 28:1,2,6 31:16 32:17 33:4 39:17,18,19 55:7 56:16 70:7,9 71:17 72:17 77:11 85:16 85:17 86:22 92:18
**HAPPENING** 49:23 50:15 85:18
**HAPPENS** 8:24 12:12 14:22 15:23 51:20
**HAPPY** 54:5 58:16,16
**HARD** 20:24
**HARM** 50:16 51:9,10,11,13 52:5 76:8
**HARMLESS** 78:9
**HAROLD** 1:14
**HASN'T** 88:16,17
**HAT** 47:20
**HATE** 32:4
**HAVEN'T** 16:22 21:25 31:13 51:17 53:1 64:18,20 92:12
**HEAD** 32:5
**HEALTH** 45:10,13,16,25 46:1,15 47:21 60:8,9,24
**HEAR** 21:3,4 24:22,25 57:19
**HEARD** 13:10 34:24 38:20 41:17 45:22 89:11
**HEARING** 1:9 19:22 50:7 61:19 64:17
**HEARINGS** 34:18,20
**HEART** 38:14
**HECK** 57:15
**HELD** 65:15 78:9 96:17,18 97:8 98:14
**HELLO** 38:5,10
**HELP** 25:2,2 93:14
**HELPS** 37:21
**HEREUNTO** 98:16
**HEY** 11:21 12:17 13:10 15:22 16:22 44:22 47:25 48:9 56:21 72:8 92:11,15 93:13
**HE'LL** 55:25
**HE'S** 18:6 30:13 31:7 42:20
**HID** 40:10,18 41:6
**HIDDEN** 11:12 27:20 39:24 40:5 41:2 43:6 82:1 85:19
**HIDE** 40:21
**HIDING** 41:15 88:10 95:4
**HIGH** 10:21 18:11
**HIGHLIGHTED** 3:15 53:22
**HIRE** 9:3
**HIRED** 17:13
**HIRING** 5:10 34:19 51:4
**HISTORIC** 79:22
**HISTORY** 12:23 16:10 59:1
**HOLD** 70:6
**HOLDING** 61:10,13
**HOLDINGS** 5:4 23:6 34:9,14 49:3 49:18,21 50:8,12,21 52:14 53:13 66:9 68:9,12,20 78:3 79:7
**HOLIDAY** 20:6
**HOLLOW** 31:8
**HOME** 5:24 83:1
**HOMES** 34:7 49:20 50:5
**HONEST** 19:2
**HONESTLY** 37:6
**HONOR** 4:11,23 6:6,17 8:21,23 22:24 53:16 60:4 67:8,11 83:17 85:20 95:19 96:22 97:17
**HONORABLE** 1:10 44:22
**HOPE** 48:12
**HORRIFIC** 49:8
**HOUR** 28:22 29:15,17 74:2,5,25 75:1
**HOURS** 28:3,22 33:12 35:19 71:4 85:6,6,11
**HTML** 10:23
**HUMANLY** 84:12
**HUNDRED** 6:11 27:12,12 34:3 49:3 59:6 64:5
**HUNDREDS** 55:20 58:16,17,17
**HUNG** 47:14,14 60:18
**HUSBAND** 71:14
**HUSBAND'S** 71:16

**I**

**ICON** 21:11,11
**IDEA** 39:15 47:17 70:15 84:16 86:7
**IDENTIFICATION** 2:6
**IDENTIFIED** 27:15,25
**IDENTIFIES** 13:24 27:23 57:12
**IDENTIFY** 13:19,21,22 41:2
**IDENTIFYING** 13:3 55:21,22 97:13
**IGNORE** 17:11
**IMMEDIATELY** 14:11 33:10 34:11 72:7,21 96:10
**IMPLICATIONS** 36:2
**IMPORTANT** 15:12 19:12 23:25 25:14 52:15 68:25 85:17 88:20 95:23
**IMPOSSIBLE** 13:11,11 40:20
**IMPRESSION** 67:19
**INCHES** 28:19
**INCLUDING** 4:17 5:17 7:15 96:11 96:25 97:1,3
**INCOME** 97:2
**INCORPORATES** 60:8
**INCORRECT** 95:15
**INCREDIBLE** 11:2 13:7 48:25
**INCREDIBLY** 44:9
**INDEMNIFIED** 78:9
**INDEPENDENT** 19:15,16 26:10 52:18
**INDEPENDENTLY** 26:2 77:17
**INDEX** 2:5
**INDICATE** 21:16
**INDICATED** 20:6 28:14 33:15 46:6 67:19 86:20,23
**INDICATING** 59:9 64:1
**INDIGNANT** 31:15
**INDIRECT** 96:19
**INDIVIDUAL** 6:25 8:5 15:3 24:19 24:20 53:19
**INDIVIDUALLY** 96:17,20
**INDUSTRY** 13:17
**INFALLIBLE** 19:8
**INFORMATION** 6:25 8:25 9:14 12:3 12:4,6 15:13 22:13 30:15 38:24 59:11 93:14 97:13
**INFORMATIONALLY** 95:14
**INITIALLY** 9:2
**INJUNCTION** 1:9
**INJURED** 18:19
**INPUT** 19:15
**INQUIRE** 10:19 41:25
**INQUIRING** 21:6
**INQUIRY** 21:7 65:4
**INSTANCES** 68:2
**INSTITUTION** 65:6
**INSTITUTIONS** 55:13
**INSURANCE** 45:11,13,17 47:21 54:17 60:9,16,24 78:5 79:8
**INTENT** 33:21 76:6
**INTERACTION** 87:7
**INTERACTS** 9:18,19
**INTERCHANGE** 84:5
**INTEREST** 53:8,9 61:4
**INTERESTING** 9:8 11:18 13:5 14:20 16:16 19:7,20 25:14 49:20 54:12,21 68:11 70:24
**INTERESTINGLY** 23:2
**INTERNALLY** 21:10
**INTERNET** 8:3 12:7,20 90:2,24
**INTERPRET** 68:7
**INTERRUPT** 83:7
**INTERRUPTING** 83:8
**INTERVIEW** 28:15 86:21 87:20
**INTERVIEWED** 33:16 88:5
**INTERVIEWING** 87:22
**INTRODUCE** 8:18
**INVARIABLY** 7:11 61:22
**INVESTIGATE** 20:25 51:4
**INVESTIGATED** 62:11 63:5
**INVESTIGATING** 61:9,12 63:2,4
**INVESTIGATION** 51:1
**INVESTIGATOR** 20:23
**INVOLVED** 34:3 35:7,8 53:20,21 80:21 91:7
**INVOLVEMENT** 4:18
**IN-HOUSE** 21:14
**IOWA** 61:16 63:1,16,18,22
**IRON** 41:18 42:11,13,15,16
**IRREFUTABLE** 10:6
**IRREGARDLESS** 70:22
**IRS** 34:15
**ISN'T** 67:23 93:24,25 94:3
**ISSUE** 16:12 45:14 52:13
**ISSUED** 62:1 63:8,10 64:7 84:18
**ISSUES** 7:8 15:25 34:8 45:15 57:19 57:21,23,23,25 75:12 86:16
**ITEM** 86:15
**ITEMIZED** 4:16
**IT'S** 3:17 4:16 5:5 7:10 8:2,9 9:14 13:7,10,11,23 15:16,17 16:4 20:9,24 22:25 23:8 24:8,12 26:13,14 27:14 28:17 29:20 39:15 40:3,3 41:14 42:9,10,15 47:18 48:2,2 49:3 50:19,20 51:18,19,20,21,25 53:6,10,22 58:10 64:20 65:6,7 68:4 70:8 72:8 73:22 76:5,5,6,13 77:13 78:15,19 79:4 80:20 84:19 87:20 88:1,13 90:3 91:8,8,10
**I'LL** 30:11,16 47:11,12
**I'M** 3:25 4:15,21 18:15 24:22 28:9 28:19 29:4,4 30:13 37:13,17,18 40:1,2,16 46:17 47:7,9,9 48:3,5 48:21,23 50:10 54:4,4,4 61:12 62:9 65:3,6,20 67:7 69:16 71:18 71:20 72:24 75:1 81:8,12,12,15 81:21 83:9 84:8,22 85:6,23 86:21 90:25 91:15,25 94:12
**I'VE** 29:22 33:20 37:8 50:23 61:21

**J**

**J** 1:6,10,14 2:4 3:7
**JACOBSON** 29:11
**JANUARY** 98:17
**JEFFREY** 43:16 81:14 95:5
**JOB** 17:25 39:19 54:6 55:25 90:7 92:8
**JOINTLY** 96:17,20
**JONATHAN** 29:11
**JUDGE** 3:6 4:14 11:5 21:16 30:21 46:24 47:6 52:9,21 53:22 59:18 89:7
**JUDGE'S** 46:20
**JURISDICTION** 66:14
**JUSTICE** 38:11,17,22 39:6 94:16

**K**

**KAM** 4:6 23:1 49:3 51:12 56:12,24 57:3 64:9 73:3,7
**KATIE** 24:23
**KEEP** 14:3 42:2 90:18
**KEEPS** 15:21
**KEPT** 8:13 42:7 71:22
**KEYS** 97:8
**KIDMAN** 90:18
**KIDS** 38:14 40:2 91:8,11
**KILL** 37:6
**KIND** 8:14 15:24 24:13,25,25 56:20 89:10
**KINDLY** 39:2
**KINDS** 14:18 34:13 69:16
**KIRTZ** 1:14
**KIT** 43:19
**KNEW** 76:1 90:8,9 93:18
**KNOWLEDGE** 11:15
**KNOWN** 25:23 57:9
**KNOWS** 11:8
**KUDMAN** 1:15 29:1 42:18 44:6,12 81:10,20 83:21 84:5,25 85:4 87:14 88:11,23 89:5 90:18 91:14 92:10,15,19
**KUDMAN'S** 91:23

**L**

**LABOR** 45:21,24
**LADET** 37:18,20
**LADIES** 24:8,9 36:20
**LADY** 64:6
**LANDED** 38:1
**LANDLORD/TENANT** 34:8
**LANGUAGE** 3:15 79:24
**LARGE** 5:14,20 7:7 25:5 27:11,13 76:11 77:2
**LARGER** 36:21 53:11
**LARGEST** 7:14,22 41:19
**LARKEN** 65:2
**LARRY** 8:1
**LASHED** 46:16
**LASTLY** 58:7
**LATE** 81:10
**LAUDERDALE** 1:10,23 3:1 45:23 73:23 98:14,21
**LAW** 5:16 7:5 17:20 21:8 29:10,10 29:11 34:9 35:22,23 39:1 45:4,5 45:10,20 46:4,10 49:16,19 50:9 50:14 51:5 52:9,21 53:18,21 56:11 57:5 62:24 63:11 66:8,10 66:11,12,14,15 67:17 68:14,16 68:24 69:5 73:3 78:12 96:5
**LAWS** 63:22
**LAWSUIT** 21:25 31:19 59:8,10 68:5 70:21 73:8 76:3
**LAWSUITS** 34:7 48:21 50:6
**LAWYER** 8:4 16:24 18:10 40:16 48:9 49:25,25 50:7 54:4 57:7,19 64:5 88:12
**LAWYERS** 5:10 17:12 23:5,10,14 47:3 48:22 50:22 51:11 70:19 74:22 82:14 83:4
**LEANING** 35:16 36:8
**LEARN** 24:20 34:6
**LEARNED** 19:22 32:25 43:16,20 46:2 51:24 54:23 56:22 76:25 95:11
**LEASE** 27:2
**LEAVE** 15:10 70:2
**LEAVING** 81:13
**LEDEL** 37:18
**LEFT** 13:22 24:1 25:11 29:8 31:2 31:23 49:15 74:3 81:8,9,9,11,20 81:21
**LEGAL** 14:4 54:14 55:6,14,19 57:19,21,25 65:1 68:18 69:8 76:9
**LENDER** 13:16 16:3 65:10,25
**LENDERS** 15:21,23 16:8
**LENDER'S** 66:1,2
**LENDING** 1:5 4:8 25:15 26:4 29:21 30:24 31:4,4 48:13 52:7,8,12 53:3,12,12 55:9,10 56:8 61:10 61:13 62:13 63:5,9 64:8,9 65:24 66:1,3,6 68:10,13,17 69:11 77:14 78:2 79:6
**LENDING'S** 68:22
**LENGTH** 63:6
**LETTER** 19:17 21:1,6,7 22:8 30:6 30:12,14 31:12 59:9 62:16,18,19 62:22,22,23 73:11
**LETTERS** 16:25 58:16
**LET'S** 30:19 40:11 44:18,18 50:16 51:13 52:3 59:23 67:4,4 71:11 77:9 89:23 95:17 97:22
**LEVEL** 61:16
**LEVERAGE** 67:2,6,20
**LEVIES** 34:18
**LIABILITIES** 68:17
**LIABLE** 53:19
**LIAR** 94:16
**LICENSE** 31:4 65:13,17 66:1,2
**LIDEL** 37:20
**LIE** 88:14
**LIENS** 34:15
**LIFE** 17:1 47:17,19 69:13 76:17
**LIFT** 60:8
**LIGGINS** 20:23 21:3 54:7 56:3
**LIGHT** 90:3
**LIGHTER** 71:25
**LIGHTS** 90:2
**LIKED** 23:23 42:6
**LIKELIHOOD** 52:10
**LIMITED** 96:25
**LINE** 2:7,7 13:17 21:15 29:13,13,13 29:14 47:9,9,9 52:4 76:15 78:5
**LINES** 76:10 78:13 89:1
**LISA'S** 43:22
**LIST** 4:14 33:1
**LISTED** 55:16
**LISTEN** 17:13 27:11 32:3 37:3 38:24 40:18 42:1,19 44:7,20
**LISTENED** 69:17
**LISTING** 6:10 58:14,15,18,25 59:2 62:2
**LISTS** 97:6
**LITERALISTS** 69:13
**LITERALLY** 32:20 33:10 38:14,23
**LITIGANTS** 32:14
**LITIGATION** 29:25 34:17 64:20,21
**LITTLE** 13:6 17:21 18:5 24:2 25:10 25:11 28:11 43:18,25 83:23
**LIVE** 56:22
**LIVED** 29:22
**LIVING** 4:19
**LLC** 1:5 25:16 26:4 78:2
**LOADED** 14:23,24

LOAN 34:14 68:1
LOANS 17:3 57:24
LOBBY 22:25 23:1,11 74:13 80:14 81:23 85:10
LOCAL 34:19
LOCATED 73:21
LOCATION 77:6
LOCATIONS 41:3
LOCKS 97:10
LOGGED 15:5 33:8
LOGICAL 26:8
LOGICALLY 40:11
LOGS 40:23,24 41:1,4 78:11 80:4 80:11 82:3 93:19
LONG 24:18 47:2 68:4 71:1 73:25 84:15 92:21
LONGER 28:3 39:9
LOOK 11:5,9 22:13,17 33:11,18 41:1 47:7 54:22 55:8 56:9 59:16 63:13 79:5,22 80:4,6,6 82:3
LOOKED 8:16 11:19 18:19 20:4,24 21:1 27:23 31:1,3,8,19 43:18 71:19 72:5,20 77:6 92:12
LOOKING 19:4 20:25 31:7 33:14 51:3 60:24 64:22 75:2 82:25
LOOKS 23:12 25:13 58:21
LORANA 71:15
LOSE 34:7,22
LOST 50:5
LOT 7:14 17:17 35:2 45:9 54:16 75:10 88:17 92:5
LOTS 28:10,10,10 39:16 79:1
LOUD 29:13
LOVEJOY 41:24
LOVELY 64:6
LUNCH 59:22 97:22
LUNCHTIME 32:24
LYING 11:3 40:19 42:20 43:1

M

MAIL 57:6 73:11
MAILING 56:14,17
MAIN 56:16
MAINTAIN 58:6
MAINTAINS 6:24
MAJOR 30:5,8 40:19
MAJORITY 20:16 87:3
MAKING 10:20 52:21,22,24
MALPRACTICE 50:11
MAN 43:24 47:16 94:22
MANAGE 7:24
MANAGEMENT 16:11
MANAGER 55:22 57:2
MANAGERIAL 14:5
MANAGES 13:19
MANIPULATE 9:17
MANNER 67:10
MANUFACTURE 8:11 12:4
MARK 8:1
MARKED 2:6 57:9
MARRUCCIS 50:10
MARYLAND 61:19 63:2 64:7
MATERIAL 58:13 59:7,9
MATTER 1:11 36:4 87:20 98:15
MATTERS 4:15,16,17,21 48:20,21 62:8
MAX 35:13
MCDONALD'S 26:12,14 79:10
MEAGER 53:2
MEAN 21:2 24:12 36:16 47:6 72:15 95:20,22
MEANING 63:21
MEANS 5:23 19:7
MEANT 24:13 61:7
MEDIATOR 66:22
MEDICAL 57:24
MEET 57:19,20 72:3 79:10
MEETING 14:8 57:22 65:16,19 82:14,23,23 83:2,3 84:6,15,24 85:1,24 90:13
MEETINGS 57:18 84:1 90:15
MEMBERS 97:7
MENTIONED 75:14
MENTIONING 89:14
MERCHANT 9:23
MERELY 4:4 5:5 6:10 57:8
MERITS 52:11
MESSAGE 13:21 95:10
MESSED 33:18
MET 32:2 69:15 74:25 83:19,21 86:5 92:1
MICHELLE 1:16
MIDDLE 25:20
MIDNIGHT 89:2,16 93:12
MILLION 6:11 7:3 19:10
MIND 44:10 48:8 81:25 82:7,12 93:17,23
MINE 71:14
MINUTE 46:19
MINUTES 35:13 39:11 60:22 97:5
MIRACULOUSLY 48:14
MIRANDA 57:21
MISLEADING 52:25
MISSED 70:6 72:7
MISTAKE 19:6
MISTAKES 19:9
MIXED 56:5
MODEL 7:6 53:13 69:7
MODIFICATION 9:6 34:14 53:5,7
MODIFICATIONS 34:16 58:18 68:1
MODIFY 15:16
MOM 47:20
MONDAY 37:2,25 39:15,17,18,20 85:7,8,9 88:3,7,9,19,21 89:17 90:15,21 91:3,17 92:20
MONEY 37:21 46:7 47:24 48:5,8,17 48:22 51:5 54:16 58:4 67:21 91:18
MONIES 51:24,25 97:11
MONITOR 25:2 33:20,21,24 35:1 36:11 44:13,21
MONITORED 93:21
MONITORS 33:21
MONITORSHIP 33:22 35:3 91:3
MONTH 61:23 65:3
MONTHLY 97:3
MONTHS 21:19 23:4
MORGAN 7:15
MORNING 1:8 3:3
MORTGAGE 17:2 57:23 66:4 67:25 68:2
MORTGAGES 14:17 15:24 34:17
MOSCOWITZ 29:2 36:3,18 47:25 81:9,18 83:19,21 84:6 85:5 87:14 88:24 90:17 91:13,16 92:11,15,19
MOTHERS 45:21
MOTHER'S 46:16
MOTION 21:24 28:18 46:12 85:20
MOTIONS 29:9
MOUNTAIN 41:19 42:11,13,15,16
MOVE 23:10,21,22 52:3
MOVED 23:10,20 56:15 85:12
MOVIE 24:13
MULTIPLE 27:24 43:1 56:19,21 73:15 76:10
MULTITUDE 25:20
MUNOZ 53:7
MUTUAL 24:23
M-C 26:14

N

NAME 9:1,1 22:5 32:12,25 33:1,1 37:18,19,21 41:16,17 43:6,14,16 48:18 54:22,25 55:16 56:2 65:15 67:9 71:15,16 73:7 77:22 78:16 78:18,25
NAMED 8:1 77:20
NAMES 56:19 82:4
NEAR 62:8
NEAT 18:21
NEED 3:24 16:12 17:14 32:3,5,6 34:3 47:21,22 89:8
NEEDED 55:19
NEEDING 60:7
NEEDS 18:5 78:10
NEFARIOUS 49:8
NEGOTIATED 21:12
NERVOUS 35:21
NESTER 71:16
NEVER 8:12 12:14 13:10 15:22 18:19 21:22 24:20,21 37:12 39:5 39:21 43:7 47:24 64:24,25 71:6 78:23,24 89:11 93:25 94:3
NEW 4:17,17 26:14 55:4,4,5,18
NEWS 28:7 48:10,10,11
NICE 50:19,20
NICEST 22:5
NICK 29:10
NIGHT 28:6 34:6 40:15 69:12 72:1 75:11 81:6,7,8,19 83:1 85:23,24 88:7,19,21,21 89:17 92:1
NINE 10:3,17 53:8 75:23 82:13,20 83:3
NINETY-FIVE 10:6
NINETY-NINE 10:6
NONSENSICAL 47:2
NOTATED 12:21 13:9
NOTE 15:9,9,11 54:13
NOTEBOOK 42:9
NOTEBOOKS 82:8
NOTES 7:16,20 12:22 13:5 14:2 15:10
NOTICE 64:14 65:20 88:19
NOTICED 27:24
NOTIFIED 11:16
NOTIFY 10:14 30:14
NOVEMBER 22:15 26:25 27:3,7 28:2 69:12 70:11 83:11
NUMBER 1:3 4:4,8,14,20 5:1,9 6:3 6:5,9,19 8:20 9:10 10:2 11:6 21:6 22:19,20 27:13,13 33:5 38:6,7 40:21 41:4,13 52:13,15 54:8,9,21 63:23 87:17 91:23,24
NUMBERS 3:18 9:12,17,25 38:25 83:14

O

OBJECTION 4:2,10,22 6:5,16 8:20 22:22 28:25 29:1,2 46:6 85:20
OBJECTS 51:24,25
OBLIGATION 87:20,21
OBLIGATIONS 79:18 97:14
OBSTRUCT 39:6
OBSTRUCTING 38:11,17,22 94:15
OBTAIN 67:25
OBTAINING 5:19
OBVIOUSLY 19:21 69:14
OCCASIONS 43:1 73:16
OFFENDED 67:20
OFFENSIVE 39:7
OFFER 3:24,25 4:20 6:14
OFFERING 6:2
OFFICE 10:18 12:25 18:2 21:10 22:21 23:15,16,18,23 24:8,8,9 24:20,23 25:18,22,22,23 26:4,5 26:7 27:7,20 28:12 30:2,20 32:7 32:8,9 35:14 36:4,20,22 39:1,3 39:17,23 40:5,10,18,23 41:9 48:19 50:3 57:5,22 58:9 64:4 70:12 74:3 76:11 77:16 79:3 80:3,14 81:14 82:23 83:12,23 85:5,11,12 86:7,22,23 87:4,19 87:19 90:16 92:7 95:5
OFFICER 4:7
OFFICERS 14:6
OFFICES 22:16,17 26:16,24 28:4 36:22 38:16 39:14 40:14,21 41:2 41:2,3 42:20 48:15,18 49:1 52:18 77:1 82:2,4,6 85:18 88:14 95:1
OFFICIAL 1:20 98:10,20
OH 10:3,3,3,3,3 73:3 80:2 82:10 86:2 89:21 94:4
OKAY 4:3 22:24 32:24 37:16 40:9 44:18 57:3 68:14 82:19 84:22 86:2 89:25 95:9,16
OLD 16:5 47:16
OPEN 3:2 11:9 12:13,16,18 97:10
OPENED 11:1,7,12,17,18,25 12:1 12:11 55:13
OPENING 19:5 84:4
OPENS 11:14
OPERATE 7:3
OPERATES 25:16 88:16
OPERATING 31:5 45:6
OPERATION 48:12
OPERATIONS 85:4 87:8 88:6 89:4 90:8 92:25
OPINION 16:15 86:12
OPPOSING 3:16 4:2
ORDER 14:6 46:21 47:1,3,5 53:18 55:12 63:9 64:7,18 68:16 73:6 74:18 75:3,24 82:16 84:18,19 95:12,25 96:4,10
ORDERED 96:9
ORDERS 66:24 75:10,11,12 84:19
ORGANIZATIONAL 58:12
ORICAL 7:22 8:1
ORIGINAL 42:5 46:20
ORLANDO 25:22
ORTHODOX 35:11
OSCAR 77:20 79:4
OUGHT 80:4
OUTRAGED 94:17
OUTRAGEOUS 29:21
OUTSIDE 7:22 41:14 54:4 57:7 80:14 96:16
OUTSOURCING 5:4 66:10 68:20 76:11
OUTWEIGHED 52:6
OVERALL 92:24
OVERSEAS 33:24
OVERSEE 36:11
OVERVIEW 85:13
OVERWHELMING 20:16
OWE 54:16
OWES 58:4
OWNED 26:2,6 27:17 77:17,18,19 78:15,19
OWNER 78:22,23
OWNERSHIP 19:15
OWNS 79:3,15,15
O'CLOCK 28:5 70:17 71:7,8,9,9,11 71:12 72:19 73:17 74:4,24 75:23 82:13,21 83:3

P

PACKAGE 8:2,5 9:22 10:11
PAGE 2:7,7 5:9,14 8:24 9:4,7 10:1 12:8 13:18 54:9 55:3,3 64:12 88:22
PAGES 10:10,22 14:2,2,19 15:18 15:19 16:9 98:12
PAID 9:9 10:7 27:7 34:4 45:10,11 45:12,17 46:15,16 47:12,12 48:25 51:14,17,23 53:11 54:18 54:20 61:1 68:18 72:25 76:18
PALM 25:16,17 26:4,6,7,25 27:18 53:3 74:5
PANIC 41:23
PAPER 16:5
PAPERLESS 16:6
PAPERWORK 70:14
PARAGRAPH 5:8,11,22 96:8
PARAMETERS 35:17 36:10
PARENTS 45:25 47:16
PARKING 51:19
PART 9:18 31:3 76:21 95:25
PARTE 59:15
PARTICULAR 9:5 10:9 14:2 15:4 15:17 16:6 28:12 58:22
PARTIES 5:17 18:19
PARTNERS 64:9
PARTY 94:9
PASS 44:20 97:9
PATIO 71:14 72:16,18
PAY 11:24 47:21 48:22
PAYCHECKS 56:6,7,18 57:8,10
PAYING 14:16,17 17:7 54:17
PAYMENT 9:3,13,23 10:4,13,15,16 10:17,19
PAYMENTS 10:22 45:11 68:2
PAYROLL 56:6,7,20,24 57:4 58:24
PAYS 46:1
PDF 14:24 15:19 19:6
PELICAN 71:13 72:23
PENDING 64:12 97:20
PENNSYLVANIA 22:2 59:5 61:17 63:1,8,25
PEOPLE 5:9 11:23 14:12,16 15:9 18:17 19:16,16 20:3,11,14,16,19 24:17,19 25:2,2,5,9 27:17 33:16 34:2,3,7,21,22 35:23 36:22,23 38:8 39:16 42:20 45:14 47:18 48:4,23 49:4,9,21 50:5,6,17 51:8 51:9,12,13,19,21 52:17 53:14 56:21 57:16,22 71:22 76:12 77:5 78:3 79:1,2 81:13 86:23 87:21 87:22 88:14
PEOPLES 38:24 47:24 48:8 49:20 54:25
PERCENT 26:19,21 53:5,6,8,8 59:6 64:5 69:6
PERMITTED 96:12
PERPLEXING 18:17,25
PERSON 5:11 11:14,17,18,19,25 12:9,24,25 20:6 22:5 24:22 29:14 30:3 33:17 41:10 49:4,6 52:21,23 53:20,24 54:3 85:3 88:6
PERSONAL 38:24 45:3 47:19
PERSONALIZED 8:25
PERSONALLY 7:16 42:21,24,24 43:21 64:8
PERSONS 19:24
PERSON'S 16:9
PGA 56:10,25 69:24 73:25 77:14

**PHASE** 26:22,23
**PHASED** 27:8
**PHONE** 13:20 14:15,22 18:21,22 18:23,23 24:17 32:25 35:16 36:9 39:22 47:14,15 60:18 69:25 71:19,20,21 72:4,20,21 87:6,17 94:20 95:10
**PHONES** 50:17
**PHOTO** 23:25 35:15
**PHOTOCOPIES** 21:9
**PHOTOCOPY** 58:13
**PHOTOGRAPH** 24:7
**PHOTOS** 22:22
**PHYSICALLY** 40:23
**PICK** 22:15 72:3
**PICKS** 15:12
**PICTURE** 22:25 23:8,15
**PICTURES** 23:21 25:17
**PIECE** 26:3
**PLACE** 7:4 18:10 49:13 71:1 73:20 97:16
**PLACED** 25:12
**PLAINTIFF** 1:3
**PLAINTIFF'S** 54:9
**PLAN** 17:9
**PLANE** 91:9
**PLANNING** 59:21
**PLANS** 37:15
**PLAY** 18:23
**PLEADED** 32:21
**PLEADINGS** 50:14
**PLEASANT** 44:7
**PLEASANTRIES** 44:8
**PLEASE** 3:3 30:18 32:21 33:11 46:3 59:10 60:10 70:8 93:4 94:13
**PLENTY** 19:9
**PLUG** 43:19
**PLUS** 28:18,18 34:3 58:19
**POINT** 6:11 21:16 25:19 29:6 30:17 30:20 31:9 32:7 35:5 36:7 38:4 40:13 43:9 47:13 49:20 55:2,7 60:21 61:4 75:8 79:5 84:22 87:19 91:10 94:7 95:18 97:21
**POINTED** 30:21 69:1
**POINTING** 5:6 36:5
**POINTS** 53:16
**POLICE** 48:18 49:1
**POMPANO** 25:23 69:11 70:10 71:2 71:5 75:6 76:2,20,25 79:13 82:19 83:11 85:2 86:1,5,19 87:15,25 88:3,8 89:19,24 90:1 96:7
**POPULATE** 12:5
**POPULATED** 57:1
**PORTION** 5:8
**POSE** 68:11
**POSITIVE** 65:21 75:2
**POSSESS** 51:17
**POSSESSION** 96:14
**POSSIBLE** 19:25 41:8 84:12
**POSSIBLY** 13:17
**POURED** 72:6
**PRACTICE** 50:14 66:8
**PRACTICES** 24:14 29:19 52:20 57:25 68:6 76:4
**PRACTICING** 47:2
**PREFER** 37:3
**PRELIMINARY** 1:9
**PREMISES** 81:8
**PREPARING** 19:21
**PRESENT** 64:17 70:19
**PRESENTED** 53:3
**PRESENTLY** 4:15
**PRESIDENT** 54:11,22 55:1,6,16,22
**PRESS** 48:14,16 49:2
**PRESSURE** 47:19
**PRESSURES** 17:16
**PRETTY** 45:13 62:13 76:5 81:12 91:25
**PREVIOUSLY** 3:8 61:6
**PRICE** 9:3
**PRICING** 5:7
**PRIMARY** 58:13
**PRINCIPAL** 79:12
**PRINCIPLE** 20:8
**PRINTED** 62:5
**PRIOR** 56:12,23 83:10
**PRISON** 38:22 49:10
**PROBABLY** 16:4 28:3,18 50:6 60:22 74:2 77:3 85:6 89:8 90:5 93:5
**PROBLEM** 20:10 28:16 35:1 46:9 48:1 57:4,5
**PROBLEMS** 27:16 30:8 40:19
**PROCEEDED** 29:6
**PROCEEDINGS** 98:13
**PROCESS** 28:9 58:20 74:12
**PROCESSED** 10:4
**PROCESSING** 10:10
**PRODUCE** 21:22
**PRODUCED** 62:25,25
**PRODUCTS** 59:2
**PROFESSIONAL** 4:5 88:12
**PROFITABLE** 20:9
**PROGRAM** 7:4,16 11:2,3 14:25
**PROJECT** 7:21
**PROMISING** 67:24
**PROMPT** 10:18 13:14
**PROMPTING** 89:14
**PROMPTS** 12:16 13:8
**PROOF** 7:24 20:21
**PROPER** 51:3 76:9
**PROPERTIES** 97:14
**PROPERTY** 34:15 96:9,14 97:1,10
**PROPRIETARY** 7:23
**PROTECT** 47:17 54:18
**PROTECTIVE** 8:10
**PROTECTS** 11:3
**PROUD** 54:5
**PROVE** 7:10 18:12 26:3 52:10
**PROVES** 12:13
**PROVIDE** 5:25,25
**PROVIDED** 5:16 6:22 21:18,18 26:17 30:16
**PROVIDERS** 5:10,18 66:15
**PROVIDES** 5:4 7:23 50:9
**PROVIDING** 27:6
**PROVISION** 5:24 56:19
**PRUDENT** 58:9,10
**PUBLIC** 7:22 41:19 50:16 51:9,10 51:11 97:8
**PULL** 41:15 75:15
**PULLED** 58:22
**PURPOSES** 8:10 16:11 25:11 59:21
**PURSUANT** 79:16
**PUT** 7:4 9:17 18:9 24:19 27:16 43:3 45:25 48:11 54:24 58:1 59:16 86:14,15
**PUTTING** 7:20
**P.M** 11:6,17 12:2

**Q**

**QUALITY** 79:10
**QUARTER** 53:6
**QUARTERS** 24:15 25:6,9
**QUESTION** 12:12 16:18 24:11 28:24 31:1 44:23 67:12,14 68:4 68:11 69:8 71:6 78:15 80:9 82:9 83:10 84:23 85:21 86:1 89:17 92:8 94:13 95:9 97:19,21
**QUESTIONING** 17:10
**QUESTIONS** 11:22 19:1 28:20
**QUICKBOOKS** 27:5
**QUICKLY** 3:22 29:24 53:16 58:7 95:24
**QUIET** 25:10 50:19,20
**QUIT** 49:5
**QUITE** 16:21 23:19,22 29:3 55:8 92:6
**QUOTE** 67:2
**QUOTING** 67:18

**R**

**R** 1:16 98:3
**RAID** 80:9
**RAISES** 52:13
**RAMIFICATIONS** 30:5
**RAN** 10:5
**RANGE** 61:17
**RATE** 53:8
**READ** 11:9 12:14 21:20,21 28:21 29:4,12 30:6,12 31:13 59:16 64:12 70:14,18 74:15,17 75:3,23 78:1 86:11 90:11 95:24 96:3,4
**READING** 70:20 75:8
**REAL** 26:7 61:24 90:10,10
**REALIZE** 89:11
**REALIZED** 75:16
**REALLY** 18:21 19:20 20:24 23:23 33:16,16 42:22,23 45:12 46:9 48:2 68:25 80:4 89:3,12
**REARRANGE** 23:6
**REARRANGED** 23:7
**REASON** 6:22 11:4 13:11 14:25 16:23 17:7 18:9 34:24 42:25 59:12 63:23 70:25 71:20,24 81:25
**REASONING** 60:19
**REASONS** 8:4
**RECALL** 9:11 18:2 29:7,9 61:4 62:14 65:10,19 72:4 79:1 81:6,7 81:12 82:22 87:1 89:2 93:8,10 93:11,12
**RECEIVE** 13:23 68:19
**RECEIVED** 2:6 4:13,25 6:8 10:2 12:9,10 13:20 15:7,20 62:15 67:5 68:12,15 69:3 73:5
**RECEIVER** 1:15 18:2 28:13,14 30:18 33:23,23 34:6 35:18,18 46:5,6,12,13 48:10,11,13 66:17 66:21 69:10 70:23,25 83:3 84:25 85:1,23 86:6 90:14,15,20 91:5 96:13,13
**RECEIVERSHIP** 29:23 44:14 49:23 96:9,11,15,17,18,20,24 97:8,12 97:15
**RECEIVER'S** 49:24
**RECEIVING** 5:12 46:7 56:20,24
**RECEPTIVE** 70:14
**RECESS** 59:20,24,25 97:22,24
**RECOGNIZE** 36:2 40:1 49:24 50:1
**RECOGNIZED** 26:18 27:15 31:18 31:25 32:9 46:10 69:6 91:20
**RECOMMENDATION** 68:14
**RECORD** 41:8 67:5,7,10
**RECORDING** 18:23,23
**RECORDINGS** 18:21
**RECORDS** 7:9 8:6,9,12 27:25 31:6 41:22,23 42:2 55:15 96:25 97:2 97:3,4,4,6
**RECROSS** 2:3
**RECURRENT** 10:4
**RECURRING** 10:4
**REDIRECT** 2:3
**REDUCE** 68:1
**REFERENCE** 9:10,12
**REFERENCED** 3:15 30:1 93:9
**REFERENCING** 56:2
**REFERRED** 24:7
**REFLECT** 72:23
**REFLECTED** 8:9 24:6 28:11
**REFUND** 16:13 19:18,19,25 20:11 20:17 58:24
**REFUNDED** 19:10 20:3 58:15
**REFUNDS** 19:13,14 20:11,15,18 20:20
**REFUSED** 66:25
**REGARDING** 41:5,8,9,9,10 53:3
**REGARDS** 6:12 36:11 76:7
**REGISTER** 56:18
**REGISTERED** 28:10
**REGISTERS** 97:5
**REGRETS** 47:15
**REGULATE** 66:8
**REGULATING** 66:11
**REGULATORS** 65:3,5
**REGULATORY** 62:7
**REIN** 19:24
**REITERATES** 5:15
**REJECTED** 73:15
**RELATED** 80:20
**RELATIONS** 5:18
**RELATIONSHIP** 58:3
**RELATIONSHIPS** 27:9
**RELEASED** 48:5,8 51:24
**RELOOK** 11:21
**REMAINS** 50:1
**REMEMBER** 22:5 30:25 32:19 43:14 61:23,25 63:22 72:5 80:14 81:10,13,17 91:6
**REMINDERS** 34:19
**REMOVE** 76:22
**REMOVING** 35:18,18
**RENAMED** 65:15
**RENT** 54:17
**REPORT** 14:7,8
**REPORTER** 1:20 98:10,20
**REPORTS** 48:10
**REPRESENT** 63:19 79:1
**REPRESENTATION** 52:22,22
**REPRESENTATIVE** 94:2
**REPRESENTED** 7:15 49:9 57:16 61:21
**REPRESENTER** 52:23
**REPRESENTING** 7:7,18 57:17 62:7 68:8
**REQUEST** 17:19 25:10 59:17
**REQUESTED** 61:19
**REQUESTING** 67:9
**REQUIRED** 5:22 97:10
**REQUIRES** 17:20 39:1
**REREADING** 32:8
**RERUN** 10:14
**RESCUE** 5:24
**RESEARCH** 75:11 86:15
**RESOLUTION** 37:1 54:10 55:4,4,5 55:18
**RESOLVE** 44:17 76:13
**RESOLVED** 29:24
**RESOLVING** 46:25
**RESORT** 71:13 72:24
**RESPECT** 17:19
**RESPECTED** 45:4
**RESPECTFUL** 36:1
**RESPECTFULLY** 76:24
**RESPOND** 13:25 60:15,21
**RESPONDED** 89:2,15 90:22,24
**RESPONDING** 93:12
**RESPONSE** 28:16 30:10 37:4 62:16,18,19,24
**RESTRAIN** 21:24
**RESTRAINING** 74:18 75:3,24 82:16 84:18 95:12,25 96:3
**RESULTS** 5:13,21 11:24
**RESUME** 4:5
**RETAINED** 84:2
**RETAINER** 51:1
**RETAKE** 3:4 60:2
**RETRACTIONS** 16:17,19
**RETURN** 3:17 65:16 97:23
**RETURNED** 65:13 70:5
**RETURNS** 38:25 58:23
**REVIEW** 26:20 50:14
**REVIEWED** 20:13 26:18
**REVIEWING** 16:15
**RIGHT** 3:4,11,19 20:22 22:1 23:2 23:16,16 29:8 50:18 52:3 59:19 60:1,16 62:15 64:11,19 70:1 73:17 76:17 78:8,8,10 79:9,17 79:21 80:12 87:5 97:22
**RIGHTS** 78:6 79:18
**RIGHT-HAND** 21:17 35:15
**RINGER** 70:2
**ROADHOUSE** 77:1
**ROLL** 52:1
**ROOF** 27:17
**ROOM** 23:13 24:7,12,12,13 25:4,5 25:8,8,12 27:1 28:11,21 29:4,6 29:13 35:23,24 36:16,17,19,20 36:20 56:15 70:18 74:21 75:1,7 83:22,23 85:2,25 88:21
**ROOMS** 25:12
**ROW** 10:16
**RPR-CM** 98:19
**RUNNING** 10:16
**RUNS** 33:23

**S**

**S** 1:21
**SABBATH** 37:4 87:5
**SAFE** 50:23
**SAINTS** 92:5
**SALARIED** 19:16,16
**SALES** 6:12,20,24 7:2,21 8:16,24 9:13,18 10:18 11:16 12:5,15 13:1,2,8,12,19 14:20,24 16:20 16:20 18:19,20,22 19:3,4,17 20:13 25:6,7 26:17,17 27:8,23 29:19,20 34:15 36:13,16,19 50:4 53:6,20,21 58:21 70:21,23 75:15 82:5 89:25,25
**SALESPEOPLE** 83:15
**SANCHEZ** 71:15,16 72:14
**SANE** 31:17
**SAT** 14:8 23:5 29:12 30:22 75:7 76:15 85:3,5,9 86:20 95:4
**SATURDAY** 87:9,11,16 88:1 90:17 92:9
**SAVE** 48:12 50:24
**SAVING** 72:3
**SAVINGS** 49:19 53:9
**SAW** 18:3 27:1 29:18 30:3 38:6,16 38:20 40:7 55:16 72:20 94:16
**SAYING** 19:8 32:19 46:13 56:21 71:20 80:3,13 81:18 85:15 90:18

90:21 93:13
**SAYS** 5:24 7:11 10:23 11:6 12:20 13:6 16:3 41:21,21 48:15 52:19 53:18 54:22 55:5 56:7,8,10 64:13 68:6 96:8,8
**SCHANZLEH** 1:19 98:10,19,19
**SCHEDULE** 49:24
**SCHEDULED** 37:10
**SCHEDULES** 49:25
**SCHEDULING** 34:18
**SCHOOL** 38:7 42:8
**SCREENS** 18:3,5
**SCREW** 90:2
**SEAN** 1:6 29:7 32:2 42:3,4 53:25 55:1,24 57:20 69:21 70:18 80:20 82:19 86:15
**SEATED** 3:3
**SECOND** 10:2 53:7 55:10 81:17
**SECRETARY** 41:24 78:17
**SECTION** 10:23 12:21 15:9,9 29:18 52:19 53:19
**SECURITIES** 65:3
**SECURITY** 56:19
**SEE** 4:1 8:23 10:1,9,23 11:10 12:8 13:4,5,18,19 14:1,10,11 15:19 16:7,7 23:2,3,4 24:1,1 25:1,1 27:5 30:14 33:9 41:8 44:19 54:22 55:9,21,24 56:6 70:20
**SEEING** 19:5 21:1 70:20
**SEEK** 87:18
**SEEKING** 21:24
**SEEKS** 66:7 67:24 68:5
**SEEN** 17:23 21:22 57:8,10
**SELFISH** 51:7
**SEMESTER** 42:9
**SENCE** 56:20
**SEND** 11:4 50:22 60:13 62:19 88:7
**SENDING** 92:24
**SENDS** 11:13
**SENIOR** 25:11
**SENSE** 26:8 27:16 35:2 60:19 66:24 84:13
**SENT** 11:6 12:17 14:22 15:6 21:5 22:8 30:7,12 58:8 61:3 73:6 88:23,23,24 92:21
**SEPARATE** 12:21 24:5,5 26:2,11 26:16 42:2 49:19 53:13 68:18 91:8,10,11
**SEPARATED** 24:19
**SEPARATELY** 24:5
**SEPTEMBER** 31:5 65:20,24
**SERVE** 28:8
**SERVED** 28:17 74:11
**SERVER** 8:7,14 28:9 74:12
**SERVERS** 8:14 12:5
**SERVICE** 5:10,18 66:15 96:10
**SERVICED** 33:7 51:10 76:19
**SERVICES** 5:8,12,16,25 34:13,21 50:8 59:2 65:14
**SERVICING** 24:18
**SESSION** 1:8
**SET** 24:15 27:8 98:16
**SETTLED** 61:14,16 63:16
**SEVEN** 6:11 21:19 58:19
**SEVERE** 69:18
**SEWING** 43:19
**SHAME** 37:23
**SHEETS** 97:2
**SHE'S** 89:10
**SHIVERING** 40:3
**SHOCK** 19:23
**SHOCKED** 31:16 65:3,6 71:25
**SHORT** 33:16
**SHORTED** 71:23,25
**SHORTLY** 74:14
**SHOW** 4:6,18,21 6:10 9:4 16:9 38:21 39:19 41:3,3 44:21 49:14 49:14,14 53:20 73:16 75:16 80:5 96:21
**SHOWED** 25:17 28:4 40:22 51:15 70:4
**SHOWING** 55:19 95:4
**SHOWN** 16:23
**SHOWS** 7:2 11:25 15:20 16:10 49:12,13 82:5
**SHRED** 40:7 82:8
**SHREDDED** 94:2
**SHREDDING** 94:17
**SHREDIT** 85:18 94:16,22
**SHRED-IT** 38:16,20,20 39:2,6,12 39:13,13,18,23
**SHUT** 26:22 29:19 33:6 36:13
48:13 51:6 69:10,15,17 70:21 75:5,19,20 76:2,12 77:25 78:8 78:10,20 79:11 82:19 86:5 89:24 89:25,25 90:1
**SHUTTING** 52:14 71:2,5 76:21
**SIDE** 4:2 21:2,3,4 23:14 25:8 30:2 35:16 82:23,23
**SIDES** 36:22
**SIGN** 93:19
**SIGNATURE** 33:25 54:14,19,23 58:5
**SIGNATURES** 55:21,23
**SIGNED** 27:2 46:24 47:5 54:13,13 54:23 55:24
**SIGNER** 55:1
**SIGNIFICANT** 35:13 44:9 45:13 65:7 87:7
**SILENCE** 31:10
**SIMPLE** 76:6 86:1,2
**SIMPLY** 7:19 16:13 19:24 20:25 33:24 36:11 55:8 61:18
**SINASOHN** 1:13 4:11,23 6:6,17 8:21 22:21 24:4 28:13 29:2 30:3 30:22 32:10,12 35:7,11,14 36:5 36:8,25 37:18 38:3 39:9,17 40:6 40:20,25 41:16 42:17,25 43:10 43:24 44:6,11 46:3,11,16,19 48:2,14 51:24 55:2,6 56:3 59:7 60:4,6,11 67:11,22 83:17,18 84:3 85:20,22 95:19,21,24 96:2 96:22,23 97:16
**SINASOHN'S** 32:4 33:13 53:23 91:1
**SINCERELY** 82:24
**SINGLE** 11:13 12:9,24,25 15:4,4 15:20 16:20 19:1 21:25 29:14 39:16 53:24 55:24 78:5 85:3 88:6,22 92:22 93:10
**SINISTER** 17:9
**SIR** 3:5,13,18 30:24 31:3 38:11 40:14 41:18 43:5 52:1 60:12,14 61:3 63:20 65:23 69:8,13 71:6 72:20 73:3,19,24 74:10 75:2,7 75:22 76:3,24 77:10 78:17 80:2 80:7 81:6 82:7,15,18 83:5,13 84:2,16,21 86:7,10 87:16,18 88:1,5,9 90:5 92:8 93:7,10,16 94:4,6,10,19,25 95:6
**SIT** 29:4 30:19 62:12,13
**SITE** 4:5 48:12 69:11,24 70:11 75:6 75:19,20 76:2,21,23 77:1,2,13 79:14 82:20 85:2 86:1,5,19 87:15,25 88:4,8,10 89:19,24 90:2 92:2,12,16,20 93:3,9 94:3,8 94:21 95:11,13 96:6,7
**SITS** 15:3
**SITTING** 21:23 23:4,16 24:3 29:8,8 30:21 31:1 35:14 50:18 72:18 76:16 83:23 86:7,10,17
**SITUATED** 96:15 97:12
**SITUATION** 49:15
**SITUATIONS** 29:25
**SIX** 5:11 10:3 23:4 53:8 71:9 72:12 72:15,19 73:17 88:22
**SIXTY-FOUR** 6:11
**SIX-PAGE** 92:22 93:10
**SIZE** 62:7 65:6 89:11
**SLAUFS** 29:10
**SLEEP** 58:1
**SMALL** 26:19 27:14
**SMALLER** 36:17
**SMALLEST** 7:13
**SMILING** 40:2
**SNOWBALLS** 38:14
**SOCKS** 92:4
**SOFTWARE** 7:3,17,17,19 8:2,4 13:17 18:8,9 33:9
**SOLD** 53:24,25 54:1
**SOLITARY** 39:17
**SOMEBODY** 15:11 32:4,5,6 56:22 88:8
**SOMEONE'S** 67:9
**SOON** 11:14 37:3 72:20 86:4
**SOPHISTICATED** 13:16
**SORRY** 84:8
**SOUND** 51:7
**SOURCE** 27:15 82:5
**SOUTH** 38:2 61:14 63:1
**SOUTHERN** 1:1 98:7,11
**SO-CALLED** 27:20 36:17,19
**SPACE** 24:10 36:21
**SPACED** 88:22 92:22 93:11
**SPACES** 77:3
**SPEAK** 17:6 28:15 32:4,5,6,11,13 32:14,15,18,20,22 33:2,2 42:23 64:5 70:13 86:25 90:6
**SPEAKER** 35:16 87:6
**SPEAKING** 13:21 19:22 32:16,17 81:17 91:14
**SPECIFIC** 61:24
**SPECIFICALLY** 7:4 43:13
**SPEECHLESS** 18:15
**SPEND** 57:17
**SPENDING** 6:10
**SPENT** 6:12 88:17,21
**SPOKE** 33:3 34:24 36:25 42:17,25 43:13 44:11 46:11 61:18 63:10 67:15 70:22,23 90:20 91:5 94:4 94:10,19,24
**SPOKEN** 33:17 39:5 46:12 88:17 91:24
**SPRINGS** 25:22 26:5,6
**SQUARE** 77:3
**STACK** 28:17 56:5
**STACKS** 16:5,5
**STAFF** 64:5 83:3 96:5
**STAGE** 17:1
**STAMPED** 8:13
**STAND** 3:5 60:2
**STANDARD** 11:23 62:4 76:8
**STANDARDS** 79:11
**STANDING** 23:3,17 38:13 48:24 71:13 80:14 82:11
**STANDS** 44:9
**STANLEYS** 7:15
**START** 71:11
**STARTED** 21:12 23:6 30:22 34:12 56:14 82:23 85:10
**STARTS** 9:7
**STATE** 20:12 21:5,18,19,19,20 22:2 30:6,13 31:13,14 34:20 58:8 59:4,4 61:23 62:1,24 63:2 65:3,13 78:17
**STATED** 3:16 11:22 28:4 84:11 98:15
**STATEMENT** 15:23 55:8
**STATEMENTS** 52:24 97:2,3
**STATES** 1:1 61:9 62:10 65:7 96:16 98:6,11
**STATISTICS** 58:23,24
**STATUS** 10:19,24
**STATUTE** 5:23
**STATUTES** 22:8
**STAY** 53:10,10 68:17
**STAYED** 23:23 41:22 49:6 91:12
**STAYING** 81:20
**STERLING** 41:22,23,25 42:14
**STERN** 31:18
**STOCK** 26:14
**STOLE** 48:9
**STOOD** 80:3
**STOP** 34:21 37:12 50:7 67:24 68:5 97:16
**STOPPED** 19:25 31:5 50:4 65:9
**STORAGE** 42:5
**STORES** 41:20
**STORMING** 49:1 88:14
**STORY** 18:13
**STRANGE** 18:5 72:6
**STRATTON** 5:2
**STRIKE** 85:21
**STRONG** 42:6
**STRONGLY** 32:16
**STRUCTURE** 25:15 58:12
**STUBBORNLY** 23:20
**STUFF** 10:20 20:24 29:5 34:9 38:8
**STUPID** 91:10
**STYLE** 16:5
**SUBMIT** 46:14 49:7 55:20 62:23 66:23
**SUBPOENA** 62:15,19,21,24 65:4
**SUBPOENAED** 57:10 62:18
**SUBSEQUENT** 90:14
**SUBSTANTIALLY** 68:1
**SUBSTANTIVELY** 94:13,14
**SUCCESS** 52:11
**SUCCESSOR** 68:9 69:4,8
**SUE** 26:9
**SUED** 26:4 30:4,23 33:5,6 35:20 52:12
**SUFFICE** 31:21
**SUGGEST** 33:17 49:10
**SUGGESTED** 33:15
**SUING** 26:7
**SUIT** 76:4
**SUITE** 24:5 39:24,24
**SUMMARY** 9:4 59:1 88:15,22 89:13,15 93:11
**SUNDAY** 37:4,5,7 87:24 90:15,17 92:14
**SUNDOWN** 35:10,12,14 36:24
**SUNRISE** 71:13 73:22
**SUPERVISOR** 32:11,12
**SUPPLEMENT** 56:4,4,5 93:13
**SUPPORT** 5:17 34:16 76:18
**SUPPOSED** 50:25 92:7
**SURE** 13:25 37:13,18 46:7 50:10 54:19 59:10 63:21 66:6 81:12 91:25
**SURPRISE** 39:14
**SURVIVE** 29:23
**SWORN** 3:8
**SYMBOL** 26:14
**SYSTEM** 6:20 7:2 8:16 11:16 16:2 33:9 57:9
**SYSTEMS** 17:23
**S/CARL** 98:19

T

**T** 84:11 98:3,3
**TABBED** 53:22
**TABLE** 2:2
**TAKE** 3:22 18:22 22:6 31:10 33:25 33:25 42:21,23 47:18,22 52:19 59:20 60:9 69:5 73:25 75:21 79:17 80:6 95:18,21
**TAKEN** 63:5 66:9
**TAKES** 28:22,22
**TALK** 12:22 17:11,13 30:19 32:20 34:13 35:2 50:16,17 51:8,10,11 51:13 57:23 58:1 87:18 92:14
**TALKED** 36:10 44:6 60:7 63:6 85:13 87:4 96:4
**TALKING** 6:21 35:17 38:15,19 40:6 72:18 80:19 85:24 87:3,7 91:13
**TAMA** 1:15 81:20
**TAMPA** 24:23
**TASK** 13:7,12,15
**TASKS** 15:10
**TAX** 34:15,15,15 38:25
**TEAM** 30:10 92:4
**TECH** 95:5
**TECHNOLOGICALLY** 17:22
**TECHNOLOGY** 6:10,12,15 17:25 18:6 80:20
**TELEPHONE** 12:21 22:7 43:4 98:21
**TELEPHONES** 93:21
**TELL** 10:24,25 12:9,24 17:6 42:22 47:14 55:25 68:5 69:10 70:10 71:12,22 75:5,18 76:1,1,13,20 76:21 78:18,20 80:22 81:4,24 82:25 85:1,25 86:9,18 87:11,14 87:21,24 88:3 90:19 92:19 94:7 94:20
**TELLING** 11:23 12:20 17:10 35:1 42:13 47:7,10 48:5 88:8 93:6
**TELLS** 9:6,9 11:11,19 17:5
**TEMPERATURE** 40:4
**TEMPORARY** 74:17 75:3,24 84:18 95:12,25 96:12,13
**TERM** 69:3
**TERMED** 25:4
**TERMINATE** 93:22
**TERMS** 9:6 14:4 27:12 30:7,25 66:5
**TERRITORY** 96:16
**TESTIFIED** 3:8 4:18 36:18 53:24 61:7 65:9 70:12,25 77:16 91:20
**TESTIFY** 6:14 55:25 77:11
**TESTIFYING** 77:8 93:1
**TESTIMONY** 21:3 47:25 53:17 59:18 77:13 84:4 93:6 98:16
**TEXT** 37:5 84:10
**TEXTS** 72:7
**THA** 94:1
**THANK** 3:6,19 12:20 83:17 89:22
**THANKSGIVING** 37:11,13 85:9 91:18
**THAT'S** 4:19 7:18 14:21 15:20 18:8 18:13 20:8 21:2 22:12,18,25 23:11,18 27:25 31:7 35:15 40:13 42:4 47:2 48:1 49:2 50:15 52:5 54:6,18 55:25,25 57:6,13 59:17 61:20 62:13,13 63:2 65:5 67:4 68:6,7 69:14 70:24 74:8 80:12

84:11 85:13 86:1 87:13 89:13,23 92:8 94:4,6 97:16
**THEORY** 44:3
**THEREABOUTS** 61:15 89:18
**THEY'RE** 13:3 42:15
**THICK** 28:19
**THING** 18:20 22:1 26:13 28:6 31:24 37:13 44:17 45:22 48:7
**THINGS** 17:5 19:3 33:19 35:12 37:22 38:25 47:22 75:21 76:16 84:20 86:11,24 90:6 91:9 92:5
**THINK** 3:11,20 21:11,12 28:5 30:1 32:23 34:25 35:1 36:18 37:6,18 40:11 41:22,23,24 42:22 44:2,2 44:6,11 45:22,23 46:4,5 48:7 54:16 58:9,10 61:24 62:1 63:6 65:15 67:18 68:5 69:1 71:18,21 72:4,23 74:25,25 75:14 78:20 81:7,7,9,10,11,12,21,21 84:9,11 85:7,8,8,8,11,12 88:11 89:1 90:16,20 91:3,5,6,24 92:18,18 92:21
**THINKING** 44:12
**THIRD** 5:9,17 27:20 40:7 75:19,20 92:2,3,20 93:3,3,9,25 94:2,8,21 95:11 96:5
**THIRD-PARTY** 5:20 8:7,13 17:20 43:17
**THIRTY-SOME** 49:4
**THOUGHT** 32:7 41:11 43:3 44:16 72:6 75:12
**THOUSAND** 58:19 63:17 90:6
**THOUSANDS** 34:4 55:20
**THREE** 10:15,16 11:19,25 15:18 16:9 24:2 28:22 45:20 50:2 61:25 66:10 70:19 71:4 85:6 89:23 96:5,19
**THROAT** 38:15
**THROW** 38:14
**THURSDAY** 40:14 43:11
**TI** 94:1
**TICKS** 76:16
**TIED** 51:16
**TIME** 8:11,13 9:9 12:1 15:6 18:6 22:1 25:20,23 32:7 36:7,14 38:2 38:4 42:20 44:7,23 46:24 47:13 51:2 57:15,17 61:4 64:17 66:20 70:9 72:10 74:11,14,15,20,21,23 75:5,18 81:15,17 82:10 83:1 85:1 87:3 88:17 89:3,13,18 90:19 91:4 92:21,22 96:12
**TIMES** 10:16 11:1,7,19 12:1,10,10 32:23
**TITLE** 56:1 97:6
**TITLES** 54:25
**TODAY** 3:20 45:21,24 50:23 52:17
**TOLD** 21:13 29:3 30:7,16 32:12,23 36:12,12 37:2 40:5,20 42:17 43:5 44:2,2,2,19 67:7,13 69:16 70:23,25 77:25 80:23,25 81:1,2 82:19,20 85:23 86:4 87:11 89:24 89:25 94:3,14,23 95:10 96:5,6
**TOMORROW** 31:23
**TONE** 84:9
**TOP** 13:24 53:2 55:1 59:8
**TOTAL** 10:17
**TOTALLY** 26:10,15,16
**TOUCH** 14:13
**TOUCHED** 12:24 13:2 16:11 71:24
**TOUR** 40:12,15
**TOURED** 40:17
**TOWN** 77:6
**TRACK** 14:3 15:21
**TRADE** 1:2 18:18 29:18 52:20 68:6 76:4
**TRAINED** 50:15
**TRAINING** 25:11
**TRANSACTION** 7:12
**TRANSACTIONS** 7:1 9:7,8 97:4
**TRANSCONTINENTAL** 55:11
**TRANSCRIPT** 1:9 98:13
**TRANSFERS** 97:4
**TRASH** 76:22
**TRAVEL** 91:7,11
**TRAVELED** 37:25
**TRAVELING** 37:21 45:23 90:25 91:2,7
**TREATING** 67:17
**TREMENDOUS** 7:17
**TRIAL** 31:25
**TRIALS** 57:16
**TRIBUTE** 51:20,21
**TRIED** 42:25
**TRISHA** 41:24
**TRO** 76:9 90:11
**TROUBLE** 39:25
**TRO'S** 76:7
**TRUCK** 38:20
**TRUE** 16:4 67:23 93:24 94:1 98:13
**TRUST** 44:13 47:23
**TRUTH** 5:8 44:20 47:11
**TRUTHFUL** 19:2
**TRY** 8:9 44:8,16,17,17 50:23,23 53:15
**TRYING** 8:11 31:24 41:6,15 66:22 71:18,22 81:9,12,15 88:10
**TURN** 10:1,22 12:8 13:18 90:2,2
**TURNED** 71:18,20,21 72:1,5
**TURNING** 14:19
**TWENTY-THREE** 62:4
**TWILIGHT** 43:10
**TWO** 6:11,13 10:2,3,5 27:3,3,12,12 28:18 33:12 41:5 43:12 49:22,22 50:1 52:15,16 53:2,4 54:21 61:3 68:13 69:2,3 71:4 85:11 96:18
**TYPE** 5:14,20 93:11
**TYPED** 54:25 56:25 88:21,22 92:22

U

**U** 1:21
**UMBRELLA** 66:15
**UNBELIEVABLE** 20:3 51:20
**UNCERTAIN** 30:7,24
**UNCOMMON** 14:16
**UNCONNECTED** 77:14
**UNDERSTAND** 12:14 19:12 37:8 42:19 70:9 84:17 89:4 93:14 95:16
**UNDERSTANDING** 6:23 7:5 66:7 66:19,21 67:1
**UNDERSTOOD** 45:4 96:4
**UNFAIR** 29:18 52:20 68:5 76:3
**UNFORTUNATELY** 50:5 56:4
**UNFREEZE** 46:4
**UNFROZEN** 47:24 61:2
**UNHAPPY** 55:17
**UNITED** 1:1 96:16 98:6,11
**UNIVERSAL** 1:5 4:7 5:4 7:6 8:10 8:17 9:16 10:12,25 11:8,13 12:3 12:6 14:23 15:1,25 16:2 17:5 19:8,13,14 21:6,8 22:3 23:6 25:13,19 26:4,25 27:11,18 29:21 30:24 31:4 34:9,14 42:1 46:8 48:12 49:3,18,21 50:8,12,20 52:7,8,12 53:3,11,12,12 55:9,10 55:12 56:7,13,13 57:17 58:4 61:10,10,12,13 62:12 63:5,9 64:8 65:9,24 66:9 68:8,9,12,13 68:17,20,21 69:11 77:14 78:2,2 78:4,4,5,7 79:6,7,7,8,8,15,16,24 88:25 89:12
**UNIVERSAL'S** 11:15 19:11 56:25
**UNREASONABLE** 20:19,20
**UNWILLING** 21:4
**UPSTAIRS** 39:24
**URGENCY** 34:11
**URGENT** 10:24 13:24
**USE** 7:16 42:9 45:7 73:4
**USER** 16:10
**UTILITIES** 73:14
**UTTER** 19:23 59:3
**UTTERLY** 20:19 26:2 33:8 51:18

V

**VACATION** 14:15
**VARIOUS** 16:8
**VERSUS** 13:20
**VICE-PRESIDENT** 17:24,24
**VIEW** 12:6 13:2
**VIRTUALLY** 68:2
**VISUALIZE** 81:16
**VISUALLY** 40:1
**VOICE** 34:24
**VOLUME** 1:6 10:21 18:12
**VOLUNTARY** 63:10,19,20
**VS** 1:4

W

**WAIT** 46:19
**WAITING** 74:12
**WALK** 8:19 24:21 26:12
**WALKED** 18:2 22:8 26:24,25 33:4 35:14 36:4 39:23 43:25 44:25 50:3 70:12
**WALKING** 38:16
**WALL** 21:17
**WALLS** 56:15
**WANT** 6:14 7:24 8:18 14:12 17:6 17:25 22:17 28:24 30:11,16 50:16 52:2 53:17 56:19,21 61:24 64:4 66:5 69:13 81:4 91:10 92:16 93:6 94:12 95:8,10 96:3 97:18
**WANTED** 28:15 30:5 32:11 33:14 46:7 61:2 70:13,13 86:21 89:4
**WASHINGTON** 24:23
**WASN'T** 17:9 46:7 50:6 69:24 86:10 87:12 90:7 95:1
**WATCH** 44:23 51:18 75:2 82:22,25
**WATCHING** 38:13
**WAY** 3:22 8:2,8 9:16 13:19 14:3 15:5,6,16 17:1 18:12,20 20:22 29:23 33:19 42:22,23 43:20 51:3 54:18 57:6 66:8 67:17 90:22 92:24 94:4,10,12,18,24 95:14
**WAYS** 59:15
**WEAR** 92:4
**WEARING** 82:22
**WEATHER** 8:15
**WEB** 4:5 48:12
**WEDNESDAY** 1:10 3:1
**WEEK** 27:7 77:9,10 91:18
**WEEKS** 27:4 50:2
**WEIGHED** 36:14
**WEIRD** 91:9
**WENT** 9:23 14:9,13 19:5 28:8 29:7 30:2,20 31:12 32:2 34:12 38:7 47:16,20 54:16,24 56:3 70:18,22 71:9 74:14 77:2 82:16 83:19 85:5 90:19 95:2
**WEREN'T** 14:13 27:18 29:14 40:17 48:16 69:25
**WE'RE** 47:1
**WE'VE** 47:1
**WHATSOEVER** 5:13 25:6 57:5 61:5,13
**WHAT'S** 9:8 11:2,18 13:5,7,9 14:7 14:20 16:16 18:4,16 19:12 23:25 24:6 25:4,14,14 33:10 35:9 38:6 38:10 41:16 47:19 48:25 52:15 54:21 77:22 80:5
**WHEREOF** 98:16
**WHITE** 92:4
**WHO'S** 9:2 92:7
**WIFE** 23:19 37:6,8 45:22 91:7,12
**WIFE'S** 23:4,17
**WILLIAM** 1:10
**WILLING** 51:15,21
**WINS** 31:25
**WIRE** 97:4
**WIRES** 9:12
**WISH** 22:4
**WITHDRAWAL** 63:10
**WITNESS** 3:5,13,20,25 4:4,14 5:1 6:9,19 8:23 22:20,24 52:4 60:2 67:11,15 77:12 83:13 84:2 89:8 97:18
**WITNESSES** 2:3 9:11
**WOMAN** 43:6 45:24
**WONDER** 22:22
**WONDERING** 18:3
**WON'T** 32:20 54:3
**WORD** 18:16 20:1,7 31:9 39:12
**WORDS** 97:9
**WORK** 7:24 8:12 18:7,12 20:5,15 20:22 24:9 27:6 31:22 34:4 36:22 37:7,12 45:1 46:25 47:4 49:6,12,13,14,19 50:13,23 51:12 51:12,15 68:21 76:12 77:3,8 86:23
**WORKED** 8:1 9:21 16:14 19:24 37:2,3 43:16 49:21 77:5 90:25 91:2
**WORKING** 4:15,21 8:5 15:9,24 24:10,16 25:5 35:17 37:12 46:20 46:22 87:2
**WORKS** 8:2
**WORLD** 7:15 16:1 17:11
**WORRY** 37:22,23
**WORSE** 48:20
**WOULDN'T** 26:10
**WOUND** 25:21
**WRAP** 53:15
**WRITE** 16:25 19:17 88:15
**WRITING** 63:14 93:10 96:13
**WRONG** 30:4,23 33:5 35:20 43:2 44:24,25 76:4
**WRONGLY** 31:18
**WROTE** 62:22

X

**X** 15:16

Y

**YEAH** 3:25 41:12 42:4 62:13
**YEAR** 21:19 25:21 61:25 65:22
**YEARS** 6:13 31:23 39:3 41:25 47:16 49:16 53:10,10 56:12,23 61:21,25
**YEAR'S** 54:17
**YELL** 24:22 31:17
**YELLING** 31:16
**YESTERDAY** 3:16 4:18 9:11 11:22 16:17 17:10 19:1 22:15 30:1 69:1
**YORK** 26:14
**YOU'LL** 8:25
**YOU'RE** 20:25 33:24 35:1 38:21 41:15 47:10 90:3 92:7 93:6
**YOU'VE** 18:12 33:4 42:16,19

Z

**ZAUSNER** 1:6,6 7:22 9:21 14:11 17:23 23:3,17 29:7,8 32:2,3 53:25 54:1 55:24 57:4 69:21,24 70:3,10,19,19 75:5,12,13,14 76:1,20 78:20,21 80:17,19,20,21 80:23 81:5 82:19 86:4 89:24
**ZAUSNERS** 74:22
**ZAUSNER'S** 79:13
**ZERO** 11:7 25:6 95:7
**ZLOCH** 1:10
**ZONE** 43:11

$

**$13,000** 60:25
**$2,800** 61:15 63:23
**$200,000** 51:1
**$25** 62:2
**$5,000** 62:2

0

**09-82322-CIV-ZLOCH** 1:3

1

**1** 2:8 3:21 4:4,8,12,13
**1ST** 27:3
**1.127** 7:3
**1.8** 19:10
**1:15** 59:23
**10** 13:13 14:9,10,12 36:19 53:10,10 56:12,23
**10-DAY** 14:13
**11:36** 11:11
**13** 2:8 41:24 45:19 96:8
**15** 53:11
**15,000** 21:12
**160-SOME** 70:5
**18** 49:16,17,17
**19** 27:3 54:8,9
**19TH** 22:15 26:25 28:2 69:12 70:11 71:8 83:11 85:25 90:13 92:1

2

**2** 2:9 4:14,20,24,25
**2:15** 59:22
**20** 35:13 39:11
**20,000** 77:3
**2009** 1:10 3:2 22:15 65:24
**2010** 98:17
**202B** 1:22 98:20
**24** 35:18 50:5,6
**25** 2:9
**26** 50:4 54:9
**28** 55:3
**299** 1:22 98:20

3

**3** 1:6 2:4,10 5:1 6:3,5,7,8
**3,000** 14:10 50:17 51:9
**3:45** 97:23,24
**3:53** 11:16
**30** 15:15 35:13 39:11 53:10 60:22 64:14

**3300** 56:10,25 57:1
**33301** 1:23 98:21

**4**

**4** 2:8,9 6:9,18 7:2
**4:30** 28:4
**4:45** 12:1
**4:57** 11:6
**404** 38:6,8
**43** 47:16

**5**

**5** 3:21 8:20,22
**5:00** 28:5
**5:15** 35:11
**50** 20:13 50:3
**5100** 69:24
**55** 55:23

**6**

**6** 2:10 3:23 22:19,20
**6TH** 98:17
**6-A** 3:12 22:24
**6-B** 23:13
**6-C** 23:15,25
**6-D** 24:6
**6-E** 25:8,8,12
**6-10-08** 10:5
**6-23-09** 11:10
**6:00** 72:11
**6:30** 72:11 74:3
**60** 2:4
**60-SOME** 48:20
**600** 65:2
**61** 4:16
**62** 4:16

**7**

**7-29-09** 12:1
**7:30** 28:5 70:17 74:2,24
**75** 69:5
**769-5488** 1:24

**8**

**8** 2:10 53:5
**8-18-2009** 11:6
**8:00** 28:5 70:17 74:3

**9**

**9** 1:10 3:2
**9:00** 74:24
**90** 26:21
**95** 74:7
**954** 1:24
**954/769-5488** 98:21
**97** 98:12