UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82322-CIV-ZLOCH

FEDERAL TRADE COMMISSION,

      Plaintiff,

vs.                                        **O R D E R**

FIRST UNIVERSAL LENDING, LLC,
a limited liability company,

SEAN ZAUSNER, individually and as
owner, officer, or manager of
First Universal Lending, LLC,

DAVID ZAUSNER, individually and as
owner, officer, or manager of
First Universal Lending, LLC, and

DAVID J. FEINGOLD, individually
and as officer or manager of First
Universal Lending, LLC,

      Defendants.
_____/

    THIS MATTER is before the Court upon Defendants' Motion For
Clarification Of Preliminary Injunction Order (DE 70) filed herein
by Chandler R. Finley, Esq., of the law firm of Finley & Bologna
International.  The Court has carefully reviewed said Motion, the
entire court file and is otherwise fully advised in the premises.

    The Preliminary Injunction (DE 53) entered December 18, 2009,
is clear and unambiguous.  The instant Motion (DE 70) will
therefore be denied.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendants' Motion For Clarification
Of Preliminary Injunction Order (DE 70) filed herein by Chandler R.

Finley, Esq., of the law firm of Finley & Bologna International be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __3rd__ day of March, 2010.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record