**Moscowitz & Moscowitz, P.A.**
Mellon Financial Center
1111 Brickell Avenue, Suite 2050
Miami, FL 33131

March 04, 2010

*Invoice submitted to:*

FTC v. First Universal Lending

*In Reference To:* Our File No. 1586

*Invoice #* 16860

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/14/2009 | JWM | Travel to premises; conferences with Kudman and Berg, Feingold; telephone conferences with Kudman and Berg; telephone conference with Pompano landlord. | 5.80 | 2,233.00 |
|  | TBK | Meet with J. Moscowitz, M. Berg and D. Feingold regarding winding down and sale of equipment; locate Merchant Bank contact and draft letters to Merchant Banks; discuss Pompano lease obligation with J. Moscowitz and M. Berg. | 4.80 | 1,440.00 |
|  | MRB | Met with D. Feingold, J. Moscowitz at FUL regarding winding down FUH business; reviewed notes, analyzed issues and drafted list of action items regarding same; had keys copied/home depot and telephone conference with PGA locks re: same; telephone conference with and email with T. Kudman and J. Moscowitz re Pompano lease; email communication with FTC re winding down, ACH accounts, client statements, exhibits, etc.; locked up premises. | 7.40 | 740.00 |
| 12/15/2009 | TBK | Emails with M. Berg re lease obligation; speak with J. Channing re PBG leasse; speak with J. Moscowitz re equipment and lease obligation as well as D. Feingold's potential overcharge to FUL. | 1.20 | 360.00 |
|  | MRB | Email communication with J. Moscowitz and T. Kudman re review of Pompano lease, status of 5100 premises; open, clean out FUL/FUH offices; spoke with D. Feingold re F & K lease obligations and intermingling of FPL, phone,internet, copier/faxes, and other service provider agreements; email communication with D. Feingold re urgent need for adequate client information; telephone conference with and email communication with Danny Hermon re Pompano lease, keys, rental obligations for same; coordinate transmittal of Pompano keys to Mr. Hermon. | 7.20 | 720.00 |
| 12/16/2009 | MRB | Email communication with J. Moscowitz and T. Kudman re bank account, winding down FUL business; visit FUL offices, coordinate cleaning of 2nd and 3rd floor premises; telephone conference with Landlord's | 8.30 | 830.00 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | representative re showing of 3rd floor space and keys for same; email communication with D. Feingold re service contracts; telephone conference with ACA regarding termination of services, final bill; review Dell, Paetec, Joy Communications and other service agreements; telephone conference with and email communication with D. Feingold re privileged documents on computer and obtaining serial number of same; email communication with FTC, J. Moscowitz and T. Kudman re same. | | |
| 12/17/2009 | JWM | Communications with FTC and T. Kudman, M. Berg. | 0.20 | 77.00 |
| | MRB | Email communication with J. Moscowitz and T. Kudman re status of mail, bank accounts, termination of contracts and notice requirements for same; email communication and telephone calls with FTC re privileged claimed for F & K computer, obtaining ID of same and imaging of 3rd floor computers; telephone conference with Pompano office Lanlord; email communication, telephone conference with and meeting with D. Feingold re service/equipment contracts, lease and utilities of FUL intermingled with F & K and cancellation or renegotiation of same; continue to monitor FUL premises. | 5.40 | 540.00 |
| 12/18/2009 | JWM | Communications with M. Berg; review preliminary injunction. | 0.70 | 269.50 |
| | MRB | Email communication and or telephone conference with J. Moscowitz, T. Kudman, G. Sinasohn, D. Feingold re passwords for 3rd floor computers; email communication with J. Moscowitz, T. Kudman and D. Feingold re unemployment filings for back-office specialists and verification of same, service/equipment contracts; analysis and email communication and telephone calls regarding FTC notices via mail and email to FUL clients; telephone calls with 2 FUL clients; visit/monitor FUL premises. | 6.50 | 650.00 |
| 12/19/2009 | JWM | Communications with M. Berg, D. Feingold. | 0.40 | 154.00 |
| | MRB | Visit/monitor FUL premises and consolidation of space with F & K; meeting and email communication with D. Feingold re understanding for same, issues as to ownership of tables, desks, chairs, and storage of documents, notes, etc.; email communication with H. Kirtz, G.Sinasohn regarding notification of same and FTC requests for printed materials; telephone conference with J. Moscowitz regarding same. | 3.80 | 380.00 |
| 12/20/2009 | MRB | Visit/monitor FUL premises and consolidation of space with F & K; pick-up/review material. | 1.10 | 110.00 |
| 12/21/2009 | JWM | Review and respond to communications. | 0.60 | 231.00 |
| | TBK | Review emails from J. Moscowitz re division of responsibilities and review Preliminay Injunction to det. if need Court Order to disburse funds. | 0.70 | 210.00 |
| | MRB | Visit/monitor FUL premises and consolidation of space with F & K; meet FTC forensic examiner and open 3rd floor premises for computer imaging; continue winding down of FUH business and analysis of issues in connection with same; telephone calls, email communication and online research re unemployment claims; review paychex documents and forms | 6.90 | 690.00 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding same; email communication with law firms regarding client lists and ongoing servicing of same. | | |
| 12/22/2009 | JWM | Review defendants' pleadings; conference call; review e-mails; open bank account. | 1.20 | 462.00 |
| | TBK | Conference call with J. Moscowitz and M. Berg regarding winding down issues; call Iron Mountain and other storage companies re quotes. | 0.90 | 270.00 |
| | MRB | Visit/monitor FUL premises and consolidation of space with F & K; again met FTC computer examiner and coordinated return of key for 3rd floor premises; email communication and telephone conference with J. Moscowitz re winding down business, equipment and service contracts, lanlord issues, document storage, client servicing, etc.; draft/send email to D. Feingold re assistance by FUL for winding down business, questions regarding expenses and client notifications; analysis of issues re same. | 7.60 | 760.00 |
| 12/23/2009 | JWM | Communications with M. Berg; T. Kudman, G. Sinasohn, D. Feingold. | 1.00 | 385.00 |
| | MRB | Visit/monitor FUL premises and consolidation of space with F & K; email communication and telephone conference with J. Moscowitz, T. Kudman regarding analysis of continuing issues to include; FUL liabilities, document retention, unemployment compensation, FTC correspondence via SalesForce, etc.; email communication with FTC re document retention, client notification, coordination of same; deliver keys to D. Feingold and Channing Corporation. | 9.40 | 940.00 |
| 12/24/2009 | JWM | Communications with G. Sinasohn, M. Berg. | 0.60 | 231.00 |
| | MRB | Email communication and telephone conference with J. Moscowitz, T. Kudman regarding potential liabilities of FUL, accounting records, attorney opinion letter from D. Feingold, square footage allocations between F & K and FUL; email communication with G. sinasohn regarding final draft of FTC's letter to FUL clients and transmittal of same; email communication with D. Feingold regarding liability issues, attorney opinion letter, FTC letter to clients and coordination/timing of same; telephone call regarding unemployment effective dates. | 5.80 | 580.00 |
| 12/27/2009 | MRB | Email communication with D. Feingold regarding SalesForce reports and communications with all former FUL/FUH clients; telephone conference with Dave Zausner regarding coordination, particulars and timing for same. | 1.80 | 180.00 |
| 12/28/2009 | JWM | Email communication with M. Berg, T. Kudman, G. Sinasohn. | 0.70 | 269.50 |
| | MRB | Telephone conference with J. Moscowitz, T. Kudman, G. Sinasohn and H. Kirtz regarding responses from FUL clients as to FTC letter and receiver's comments back, storage of papers/documents; receipt and review of email communication with FUL/FUH clients and respond to same; email communication D. Zausner regarding SalesForce reports, transmittal of FTC letter and returned emails. | 7.40 | 740.00 |

FTC v. First Universal Lending

Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/29/2009 | JWM | Communications with M. Berg, T. Kudman, G. Sinasohn. | 0.90 | 346.50 |
| | TBK | Emails to FTC attorneys re ACH; emails to J. Moscowitz and M. Berg re ACH accounts; draft letter to landlord re sublease. | 0.70 | 210.00 |
| | MRB | Continue responding to client emails; email communication with G. Sinasohn regarding same; email communications with FTC, J. Moscowitz and T. Kudman regarding ACH issues. | 4.60 | 460.00 |
| 12/30/2009 | JWM | Communications with M. Berg. | 0.20 | 77.00 |
| | MRB | Continue responding to client emails; email communication with D. Zausner regarding SalesForce reports as to returned emails; email communication with J. Moscowitz and G. Sinasohn re document review. | 2.60 | 260.00 |
| 12/31/2009 | MRB | Continue responding to client emails. | 0.60 | 60.00 |
| 1/1/2010 | MRB | Email communication with FUL clients re status of their files, continuing work with certain law firms. | 0.50 | 50.00 |
| 1/3/2010 | MRB | Email communication with FUL clients re status of their files, continuing work with certain law firms. | 0.40 | 40.00 |
| 1/4/2010 | JWM | Communications with M. Berg and T.Kudman; apply for EIN. | 0.60 | 231.00 |
| | TBK | Emails with J. Moscowitz and M. Berg re wind down; email with FTC attorneys re ACH accounts. | 0.30 | 90.00 |
| | MRB | Email communication with J. Moscowitz, T. Kudman regarding status of winding down business operations, to include: ACH accounts, client retention and servicing by law firms, and report of same to the Court; continue monitoring and responding to client emails; commence draft of same to the Court; continue monitoring and responding to client emails; commence draft of Receiver's Report; email communication with FTC regarding client communications, FUL phone lines, law firm client servicing; email communication with D. Feingold regarding phone lines; visit former FUL premises, F & K law firm to pick up mail. | 6.80 | 680.00 |
| 1/5/2010 | JWM | Conference call with FTC and M. Berg; draft letter to attorneys; review M. Berg communications. | 1.50 | 577.50 |
| | MRB | Continue review of mail, address action items; email communication with D. Feingold re telephones; email communications with J. Moscowitz, T. Kudman regarding contacting clients, Receiver's Report; commence calling and emailing consumers; continue drafting Receiver's Report. | 7.30 | 730.00 |
| 1/6/2010 | JWM | Review and respond to M. Berg email; review and revise letters to attorneys. | 0.60 | 231.00 |
| | MRB | Email communications and telephone calls with D. Feingold, G. Sinasohn regarding key working for privileged computers; email communications with D. Feingold regarding SalesForce and law firm reports, mail | 4.20 | 420.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | collection, and document storage; telephone call with Radu of FTC forensics; continue email responses to clients. | | |
| 1/7/2010 | JWM | Send letters; telephone conference with G. Sinasohn and H. Kirtz. | 0.20 | 77.00 |
| | MRB | Email communication with J. Moscowitz, review of letters to law firms. | 0.60 | 60.00 |
| | MRB | Email communication with D. Feingold re phones, key working for privileged computer files, SalesForce reports; email communications with J. Moscowitz, T. Kudman regarding Receiver's Report, law firm retention of files, etc. | 0.70 | 70.00 |
| 1/8/2010 | JWM | Review and revise first receiver report; review letter from Marucci. | 0.60 | 231.00 |
| 1/11/2010 | JWM | Communications with M. Berg, T. Kudman. | 0.10 | 38.50 |
| | MRB | Email communication with D. Feingold re keywording for privilege protection, reports of payments made to law firms, document storage, attorney opinion letter as to expense/liabilities of FUL; email communication with J. Moscowitz, T. Kudman regarding same; continue email responses to and telephone calls with consumers; telephone call with former FUL employee, Lois Josephs; email communication with FTC, J. Moscowitz and T. Kudman regarding same. | 5.30 | 530.00 |
| | TBK | Communications with JWM. | 0.10 | 30.00 |
| 1/12/2010 | JWM | Review ethics opinion; communications with M. Berg and T. Kudman. | 0.40 | 154.00 |
| | MRB | Email communication with J. Moscowitz regarding Ethics Advisory, FL statutes; research, review and analysis of same; telephone call and email communication with RBC and BB & T regarding Order and transfer of funds to receivrship account; review of Preliminary Injunction and FUL financials regarding same; email communication with FTC regarding assistance at RBC; receipt and review of attorney letter from D. Feingold regarding liabilities and outstanding issues as to wind-down of FUL business. | 6.30 | 630.00 |
| | TBK | Communications with JWM and MB re: potential liabilities. | 0.10 | 30.00 |
| 1/13/2010 | JWM | Communications with M. Berg and T. Kudman; telephone conference with representative of Band of America regarding frozen account; retrieve pleadings from parallel receiverships. | 0.50 | 192.50 |
| | MRB | Visit to F & K, brief meeting with D. Feingold, picked up, sorted mail, email communication with FTC regarding Nationwide and NJ office; review notes, emails regarding same; telephone communication and email communication with Mr. Alister regarding BOA ACH funds and transfer of same. | 3.50 | 350.00 |
| 1/14/2010 | JWM | Telephone conference with G. Sinasohn; conference call with Kudman and Berg; review pleadings from other receiverships; review bank records. | 1.80 | 693.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/14/2010 | TBK | Conference call with J. Moscowitz and M. Berg re winding down issues and investigation into potential malfeasance by D. Feingold; email D. Feingold re deadline; e-mail with JWM and MB re: winding down FUL. | 1.50 | 450.00 |
|  | MRB | Email communication regarding BB & T transfer of funds; draft letter and coordinate transmittal of same; email communication with FTC regarding charge-backs, other ACH accounts; telephone communication with J. Moscowitz and T. Kudman re: status of winding down business, law firm representation of consumers, liabilities, etc.; telephone conference with Lois Josephs regarding meeting; email communication with D. Feingold re: documents, furniture. | 5.70 | 570.00 |
| 1/15/2010 | MRB | Continue review of contracts, bills/mail, liabilities, opinion letter from F. Feingold and revise Receiver's Report regarding same; continue monitoring and responding to consumer emails. | 5.30 | 530.00 |
| 1/19/2010 | MRB | Telephone call with T. Kudman regarding depositions, document review; telephone call with Miranda Johnston; telephone call with Marucci law office; email communication regarding same; telephone communications and email communications with consumers regarding free HUD resources, status of FTC/First Universal litigation. | 3.70 | 370.00 |
|  | TBK | Telephone call with MB re: depositions. | 0.20 | 60.00 |
| 1/21/2010 | JWM | Telephone conference with T. Kudman regarding depositions; review Finley correspondence; telephone conference with T. Kudman regarding proposed meeting and deposition; review and respond to M. Berg and T. Kudman communications regarding meetings, storage etc.; communications with G. Sinasohn regarding production. | 0.80 | 308.00 |
|  | TBK | Speak with Jonathan Morton re deposition of B. Feinstein; speak with M. Berg re pre-deposition meeting; speak with J. Moscowitz re pre-deposition meeting and Stratton's allegation of fraud against FUL. | 0.90 | 270.00 |
|  | MRB | Telephone communication and email communication with J. Moscowitz, T. Kudman, BB & T, RBC, G. Sinasohn regarding receivership account, transfer of funds, ACH accounts - timing and final legal review for same; telephone commmunications and email communications with consumers regarding FUL relationship and status of servicing at this time; telephone communication with J. Moscowitz and T. Kudman, attorneys regarding depositions. | 5.30 | 530.00 |
| 1/22/2010 | JWM | Telephone conferences with G. Sinasohn regarding bank accounts; privileged computer production; telephone conferences with Tama regarding subpoenas; interview of Jacobs; review documents sent by Sinasohn; email to Feingold regarding production. | 1.80 | 693.00 |
|  | TBK | Draft document request to Stratton & Feinstein, LLP; speak with J. Moscowitz re pre-depo meeting and potential of proceeding by sworn statement rather than deposition; speak with J. Moscowitz and M. Berg re Stratton sworn statement; meet with M. Berg and Lois Josephs. | 2.80 | 840.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/22/2010 | MRB | Telephone call with RBC legal and local branch regarding funds transfer; FUL document review and consolidation; meeting with T. Kudman, former employee; preparation for and analysis of issues regarding same; telephone calls and email communications with G. sinasohn and consumers regarding status of past and current law firm servicing and receivers responsibility for same; review and analysis of FTC information for consumers. | 6.90 | 690.00 |
| 1/25/2010 | JWM | Telephone conference with T. Kudman regarding meeting with attorneys; interview with witness; arrange for employee W-2's; review documents sent by Sinasohn; telephone conference with G. Sinasohn. | 0.70 | 269.50 |
| | MRB | Continue FUL document review and consolidation; email communication and telephone communication with T. Kudman and J. Moscowitz regarding attorney meetings, law form correspondence, Paychex invoice and W-2, year-end tax issues. | 4.80 | 480.00 |
| | TBK | Telephone conference with JWM re: meetings and depositions of attorneys. | 0.30 | 90.00 |
| 1/26/2010 | JWM | Review documents sent by G. Sinasohn; communications regarding depos of witnesses. | 0.60 | 231.00 |
| | TBK | Speak with J. Moscowitz re Stratton depos; Speak with J. Morton re meetings re Stratton; conversations with M. Berg and J. Moscowitz re depos; arrange for court reporter for deposition of M. Johnston; speak and email with G. Sinasohn re depositions and meetings with Stratton. | 1.30 | 390.00 |
| | MRB | Email communication with G. Sinasohn and J. Moscowitz regarding FUL documents, continuing discovery, accounting privilege issues and timing for same; email communication with F. Feingold regarding FUL documents, boxes, delivery, status of remaining FUL items in space; email communication and telephone communication regarding timing and notices for depositions; continue email communication with FUL consumers. | 2.30 | 230.00 |
| 1/27/2010 | JWM | Communications with M. Berg regarding depositions and creditors of FUL; communications with D. Feingold regarding production. | 0.50 | 192.50 |
| | TBK | Speak with J. Moscowitz regarding depositions and Stratton; speak with J. Morton regarding schedule of meetings. | 0.40 | 120.00 |
| | MRB | Email communication with J. Moscowitz, T. Kudman regarding deposition scheduling, computer issues, status of accounting recirds; telephone calls with Jessee Basoa regarding remaining janitorial bill and payment of same; telephone call and email communications with Miranda Johnston regarding her deposition; additional email communication and telephone calls with T. Kudman and J. Moscowitz regarding duties of receiver with regards to discovery, document review, law firm servicing of former FUL clients/consumers. | 3.20 | 320.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/28/2010 | JWM | Telephone conference with T. Kudman regarding state AG; Stratton and Feinstein; communications with M. Berg regarding pay cleaning lady, file boxes. | 0.40 | 154.00 |
|  | TBK | Speak with Deana Pierce-AAG re Stratton & Feinstein; meet with Jonathon Morton and M. Berg re Stratton. | 2.30 | 690.00 |
|  | MRB | Meeting with T. Kudman, attorney regarding law firm representation of former FUL consumers and relationship of law firms to FUL; preparation for meeting and analysis of issues regarding same; telephone call and email communication with Jesse Basoa, J. Moscowitz regarding remaining FUL bills and coordination of payment of same; continue email communication and telephone calls with consumers. | 5.40 | 540.00 |
| 1/29/2010 | MRB | Email communication with FTC, D. Feingold regarding privilege issue as to computers, depositions, accounting records; continued summary and analysis of issues relating to law firm representation of consumers; continue monitoring and response to consumer emails. | 2.50 | 250.00 |
| 2/1/2010 | TBK | Meet with J. Moscowitz and M. Berg re deposition prep; deposition of Miranda Johnston. | 6.00 | 1,800.00 |
|  | MRB | Preparation for, travel to, attendance at the analysis of issues relating to deposition of Miranda Johnston. | 5.80 | 580.00 |
|  | JWM | Travel to Palm Beach; prepare for deposition; deposition of M. Johnston. | 9.50 | 3,657.50 |
| 2/2/2010 | TBK | Speak with Consor re deposition in Ft. Lauderdale; email Radu Pisano re access to financial info on computer scan. | 0.30 | 90.00 |
|  | MRB | Email communication with consumers regarding law firm representation, ongoing servicing, status of FTC lawsuit, available alternative resources, and possibility of refunds, continuing drafting and revisions to Receiver's report; meeting with G. Sinasohn regarding review of remaining papers/documents from FUL; review "Amanda Thompson" notebooks and related "Friday meeting" notes; email communication, telephone call, research regarding Lauren Feingold mortgage with FUL and FUL license as correspondent lender; email communication, telephone call with T. Kudman regarding preparation and agenda for meeting with Brett Feinstein; analysis of issues and review of notes for same. | 7.20 | 720.00 |
|  | JWM | Review and sign deposition notices. | 0.10 | 38.50 |
| 2/3/2010 | TBK | Meet with Feinstein, J. Morton, and M. Berg in Ft. Lauderdale; travel to meeting; pre-meeting discussion with M. Berg. | 5.60 | 1,680.00 |
|  | MRB | Continued email communication with consumers; email communication with Chandler Finley regarding his non-acceptance of email notice/subpoena and letter attachment; preparation for, travel to and attendance at meeting with Brett Feinstein; email communication and telephone call with T. Kudman, J. Moscowitz regarding same; research regarding Nationwide, and registration of domains: helpmeusa.net, myuslaw.com, sflaw.org; analysis and summary of issues relating to | 10.40 | 1,040.00 |

|            |     |                                                                                                                                                                                                                                                                                                                        | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | Stratton & Feinstein relationship with Feingold & Kam and FUL/FUH; email communication with Jonathan Morton regarding review of Stratton & Feinstein SalesForce files, sample language sent to consumers, etc.                                                                                                         |       |          |
| 2/3/2010   | JWM | Telephone conference with T. Kudman and M. Berg.                                                                                                                                                                                                                                                                       | 0.30  | 115.50   |
| 2/4/2010   | MRB | Email communication and telephone call with G. sinasohn, J. Moscowitz, T. Kudman and Chandler Finley and Rocco Marucci regarding depositions for Mr. Finley and Mr. Marucci; email communication with T. Kudman, J. Moscowitz regarding additional depositions; continued analysis of meeting with Mr. Feinstein and draft summary regarding same. | 3.10  | 310.00   |
|            | TBK | E-mail with MB and JWM re: depositions.                                                                                                                                                                                                                                                                                | 0.20  | 60.00    |
| 2/5/2010   | MRB | Draft summary of Miranda Johnston deposition, analysis of issues regarding same; draft summary/analysis of interview of former employee, Lois Josephs; email communication with J. Moscowitz and T. Kudman regarding open items, ACH accounts, timing for report/invoices, Finley deposition, Marucci deposition preparation, etc. | 4.40  | 440.00   |
|            | JWM | Review and file unemployment tax returns.                                                                                                                                                                                                                                                                              | 0.30  | 115.50   |
|            | JWM | Telephone conference with FTC attorneys regarding accounting records.                                                                                                                                                                                                                                                  | 0.20  | 77.00    |
|            | TBK | E-mail with MB re: ACH accounts, etc.                                                                                                                                                                                                                                                                                  | 0.10  | 30.00    |
| 2/7/2010   | MRB | Email communication with J. Moscowitz regarding Receiver's report; review and analyze same; email communication with consumers regarding status of FTC litigation and issue of reimbursement.                                                                                                                          | 1.70  | 170.00   |
|            | JWM | Review and revise Receiver report.                                                                                                                                                                                                                                                                                     | 0.80  | 308.00   |
| 2/8/2010   | TBK | Speak with J. Moscowitz re Marucci deposition; speak with M. Berg re Marucci deposition.                                                                                                                                                                                                                               | 0.40  | 120.00   |
|            | MRB | Email communication and telephone calls with consumers regarding particular accounts with FUL, status of FTC litigation, free government resources, and issue of reimbursement; email communication with J. Moscowitz's office regarding Paychex and other tax, year-end payments; confirming of Marucci deposition; email communication and telephone call with T. Kudman regarding same; email communication with Miranda Johnston regarding other former FUL employees; preparation for Marucci deposition. | 4.80  | 480.00   |
| 2/9/2010   | TBK | Marucci deposition in Ft. Lauderdale; travel to Marucci deposition; review M. Berg summary of Marucci deposition and comment.                                                                                                                                                                                          | 4.50  | 1,350.00 |
|            | MRB | Travel to and attendance at Rocco Marucci's deposition; analysis and summary of same; draft revisions to Receiver's report; email communication with Receiver's office regarding exhibits to same.                                                                                                                     | 7.20  | 720.00   |

FTC v. First Universal Lending                                                                              Page    10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/9/2010 | JWM | Telephone conference with T. Kudman. | 0.10 | 38.50 |
| 2/10/2010 | MRB | Complete revisions and coordinate transmittal of same with exhibits and comments to J. Moscowitz, T. Kudman; email communication regarding timing and issues related to same; telephone communication and email communication with Jonathan Morton regarding review of consumer files at Brett Feinstein's office; telephone calls and email communications with consumer regarding receipt of summons and court date tomorrow; review client lists regarding same; email communication with Rocco Marucci regarding same. | 6.20 | 620.00 |
| 2/11/2010 | MRB | Telephone call with former FUL employee regarding disgruntled consumer and contact with same. | 0.40 | 40.00 |
| 2/12/2010 | MRB | Telephone call and email communication with T. Kudman regarding final draft of Receiver's Report; finalize same and exhibits; coordinate transmittal. | 1.70 | 170.00 |
|  | JWM | Communications with G. Sinasohn, T. Kudman regarding ACH account. | 0.10 | 38.50 |
|  | TBK | Call and e-mail MB re: receiver's report; e-mail with G. Sinasohn and JWM re: ACH accounts. | 0.50 | 150.00 |
| 2/13/2010 | TBK | Review and edit Receiver's report; correspond with JWM re: Receiver's report and other tasks. | 0.60 | 180.00 |
| 2/15/2010 | MRB | E-mail communications with JWM, TK regarding Lauren Kam mortgage, accounting documents, ACH accounts, status of Receiver's report filing and visit to Mr. Feinstein's office; e-mail communications with GS regarding accounting records; telephone conference with former FUL employee regarding status of litigation and past salary. | 1.80 | 180.00 |
|  | TBK | Final review and edits of Receiver's report; prepare and file Receiver's report. | 1.40 | 420.00 |
| 2/16/2010 | MRB | Travel to and review of SalesForce files and other documents at Brett Feinstein's Miami office. E-mail communications with TK, JWM regarding Lauren Kam mortgage, Paychex W-2's, accounting document issues, etc. | 6.80 | 680.00 |
|  | TBK | Telephone call with G. Sinasohn re: financial records; draft letter to Lauren Kam re: home loan through FUL; e-mail with G. Sinasohn re: SalesForce. | 0.50 | 150.00 |
| 2/17/2010 | MRB | E-mail communications with JWM's office regarding phone call from consumer; e-mail communications with former FUL clients, FTC. | 0.40 | 40.00 |
|  | TBK | Speak with Ann Redd re: her lawsuit against Feingold, et al.; speak with FUL employee Talia Rocha re: W-2; draft e-mail to Roxanna re: W-2 for Rocha. | 0.60 | 180.00 |
| 2/18/2010 | JWM | Review Berg report of B. Feinstein meeting. | 0.10 | 38.50 |

FTC v. First Universal Lending

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/19/2010 | JWM | Review court's instructions. | 0.10 | 38.50 |
| | MRB | E-mail communications with JWM, GS regarding accounting and banking records; commence review of same; e-mail communications and telephone calls with consumers. | 1.70 | 170.00 |
| 2/22/2010 | JWM | Communications with M. Berg regarding to do's and communications with consumers. | 0.20 | 77.00 |
| | MRB | E-mail communications with TK, JWM, regarding priorities; continue due diligence; e-mail communications with JWM, consumers regarding status of litigation and possibility of reimbursement. | 1.30 | 130.00 |
| 2/23/2010 | MRB | E-mail communications with JWM regarding document review, etc.; telephone call with David Feingold regarding "Abood"; e-mail communications with consumers; FTC regarding status of litigation and possibility of reimbursement. | 1.40 | 140.00 |
| | TBK | Meet with JWM re: plan going forward. | 0.50 | 150.00 |
| | JWM | Conference with TK. | 0.50 | 192.50 |
| 2/24/2010 | JWM | Communications with MB and GS. | 0.20 | 77.00 |
| 2/25/2010 | MRB | E-mail communications with consumers regarding law firm assignment issues, possibility of reimbursement, timing and status of law suit. | 0.70 | 70.00 |
| | JWM | Telephone conference with TK re: litigation strategy. | 0.20 | 77.00 |
| | TBK | Telephone conference with JWM re: litigation strategy. | 0.20 | 60.00 |
| 2/26/2010 | MRB | E-mail communications and telephone calls with consumers re: reimbursement, conversations with Stratton and Feinstein, HUD approved counselors, potential class action lawsuit by consumers and status, timing of FTC suit; e-mail communications and telephone calls regarding unemployment compensation, change of address. | 2.40 | 240.00 |

**For professional services rendered**     312.50    $49,518.50

Additional Charges :

| | |
|---|---:|
| 12/14/2009 Mileage<br>JWM - Travel (roundtrip) to Palm Beach Gardens. 160 miles @ 0.55/mile. | 88.00 |
| Miscellaneous<br>MRB - Copy one key at Home Depot | 1.66 |
| 12/15/2009 Federal Exp.<br>Keys to Pompano Landlord, Hermon. | 15.35 |

|  |  | Amount |
|---|---|---:|
| 12/31/2009 | Lexis | 18.73 |
|  | Photocopies | 208.25 |
|  | Telephone | 50.10 |
|  | Federal Exp. | 33.28 |
| 1/5/2010 | Postage | 0.44 |
| 1/22/2010 | Miscellaneous<br>Office Depot - Boxes | 15.97 |
| 1/31/2010 | Miscellaneous<br>Paychex (W-2's) | 1,255.07 |
|  | Pacer On-Line Services | 11.44 |
|  | Federal Exp. | 35.89 |
|  | Postage | 0.44 |
|  | Telephone | 25.38 |
|  | Photocopies | 36.00 |
| 2/1/2010 | Parking<br>MRB - Miranda Johnston Depo | 19.75 |
|  | Miscellaneous<br>TBK - Meeting room rental for deposition of Miranda Johnston 2/1/10 | 198.41 |
|  | Court Reporter<br>TBK- Consor & Assoc. Court Reporter for deposition of M. Johnston. | 250.00 |
|  | Postage<br>Mailing of W-2's | 62.11 |
| 2/3/2010 | Mileage<br>TBK- travel roundtrip to meeting with Brett Feinstein (148 miles @ .55/mile) | 81.40 |
|  | Parking<br>TBK - Brett Feinstein's office | 15.00 |
| 2/9/2010 | Mileage<br>MRB -Travel (roundtrip) to Marucci Deposition 116.8 miles | 64.24 |
|  | Parking<br>MRB - Marucci Depo | 10.00 |
|  | Court Reporter<br>Marucci Depo | 150.00 |

FTC v. First Universal Lending                                                         Page   13

|  |  | Amount |
|---|---|---:|
| 2/9/2010 | Mileage<br>TBK - travel roundtrip to Marucci deposition (110.4 miles @ .55/mile) | 60.72 |
| 2/16/2010 | Mileage<br>MRB - travel to and from Mr. Feinstein's office (168.2 miles @ .55/mile) | 92.51 |
|  | Parking<br>MRB - @ Mr. Feinstein's office | 15.00 |
| 2/23/2010 | Mileage<br>TBK - travel one way to meeting with JWM (73 miles @ .55/mile) | 40.15 |
|  | Parking<br>TBK - Meeting at JWM's office | 12.00 |
| 2/28/2010 | Photocopies | 7.75 |
|  | Telephone | 6.26 |
|  | **Total costs** | **$2,881.30** |
|  | **Total amount of this bill** | **$52,399.80** |
|  | **Previous balance** | **$60,357.45** |
| 1/25/2010 | Payment - thank you | ($60,357.45) |
|  | **Total payments and adjustments** | **($60,357.45)** |
|  | Balance due | $52,399.80 |

Attorney Summary

| Name | Hours | Rate |
|---|---:|---:|
| Jane W. Moscowitz | 36.10 | 385.00 |
| Michelle R. Berg | 236.50 | 100.00 |
| Tama Beth Kudman | 39.90 | 300.00 |

**PLEASE REFERENCE INVOICE NUMBER ON PAYMENT**