CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2010, I electronically filed the foregoing Plaintiff Federal Trade Commission's Response in Opposition to Defendants' Motion for Protective Order Regarding Clients of Feingold & Kam, LLC, and to Quash an Unknown Number of Subpoenas and/or Motion to Compel Deposition of Plaintiff's Counsel, Gideon Sinasohn, and for a Full Evidentiary Hearing with the Clerk of the Southern District of Florida using the CM/ECF system, which will send notice of electronic filing to the following:

**David Jon Feingold**
Feingold & Kam LLC
5100 PGA Boulevard
2nd Floor
Palm Beach Gardens, FL 33418
561-630-6727X205
561-630-8936 (fax)
david@fkfirm.com

**Jane W. Moscowitz**
MOSCOWITZ, & MOSCOWITZ, P.A.
Mellon Financial Center
1111 Brickell Avenue
Suite 2050
Miami, Florida 33131
Telephone: 305-379-8300
Facsimile: 305-379-4404
Email: jmoscowitz@mmmpa.com

Dated: March 9, 2010

              Respectfully submitted,

               /s/ Gideon E. Sinasohn, Esq.
              GIDEON SINASOHN
              Special Florida Bar No. A55001392

Attorneys for Plaintiff
Federal Trade Commission
225 Peachtree Street, Suite 1500
Atlanta, Georgia 30303
(404)656-1366 (Sinasohn)
(404) 656-1379 (Fax)
gsinasohn@ftc.gov