**Moscowitz & Moscowitz, P.A.**
Mellon Financial Center
1111 Brickell Avenue, Suite 2050
Miami, FL 33131

July 12, 2010

*Invoice submitted to:*
FTC v. First Universal Lending

*In Reference To:* Our File No. 1586

*Invoice #* 16990

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/1/2010 | TBK | Edit invoice to court. | 1.00 | 300.00 |
| | MRB | Email communication and telephone conference with J. Moscowitz's office regarding unemployment compensation forms, change address (.5); email communication and telephone conference with T. Kudman regarding same (.6); email communication with former FUL consumers (.8). | 1.90 | 190.00 |
| 3/2/2010 | TBK | Call SalesForce re production of info (.1); email G. Sinasohn re ACH account and Salesforce data production (.1); draft email to Lauren Feingold re line of Credit from FUL (.2); draft subpoena duces tecum to Finley (.4). | 0.80 | 240.00 |
| | MRB | Email communication with T. Kudman regarding ACH accounts, SalesForce documents, status of same. | 0.60 | 60.00 |
| 3/3/2010 | TBK | Email correspondence with M. Berg re Feingold line of credit (.3); draft email response to Lauren Feingold re line of credit (.2); draft email to Attorney S. Jerome re Teledraft ACH account (.3); draft email to Attorney S. Jerome re Teledraft ACH account (.3); review and edit invoice (.4). | 1.20 | 360.00 |
| | MRB | Email communication with T. Kudman regarding Lauren Feingold loan with FUL (.2); review note and continue research/analysis regarding same (.7). | 0.90 | 90.00 |
| 3/4/2010 | TBK | Edit request for compensation and prepare for filing (.7); speak with S. Jerome re complaints and financials from Teledraft (.3); email M. Berg and J.W. Moscowitz re teledraft ACH (.2); speak with M. Temchin at Salesforce re getting all Salesforce data (.3); draft letter to G. Sinasohn re Salesforce data (.1); review Feingold motion for protective order and Finley motion for clarification and Court's Order denying (.5). | 2.10 | 630.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/4/2010 | MRB | Email communication with T. Kudman regarding Lauren Feingold loan with FUL, and obtaining HUD, assignment documents (.6); Email communication regarding ACH/Teledraft complaints and obtaining same (.2). | 0.80 | 80.00 |
| 3/7/2010 | JWM | Review correspondence received from Berg, Kudman, Sinasohn while on vacation. | 0.40 | 154.00 |
| | TBK | Email from/to M. Short from Salesforce re data export (.2); email with J. Moscowitz regarding Salesforce and Feingold line of credit (.1). | 0.30 | 90.00 |
| 3/8/2010 | JWM | Edit subpoena to Finley (.4); review court order (.1); review correspondence from consumer (.1); telephone conference with T. Kudman regarding access to SalesForce and customer complaint (.2). | 0.80 | 308.00 |
| | TBK | Email M. Short at Salesforce re data (.1); email with J. W. Moscowitz re Finley subpoena (.1); edit subpoena to Finley (.3). | 0.50 | 150.00 |
| 3/9/2010 | TBK | Speak with Dwight Thomas from Salesforce re data export (.3); email D. Thomas from Salesforce re data export (.1). | 0.40 | 120.00 |
| 3/10/2010 | TBK | Speak with Michael Short re Salesforce export (.3); email M. Short re Salesforce export (.1); speak and email with J. W. Moscowitz re Salesforce (.3). | 0.70 | 210.00 |
| 3/11/2010 | TBK | Speak with Lee Ann Templeton from Salesforce and set up account (.8); email J. W. Moscowitz re Salesforce (.1). | 0.90 | 270.00 |
| | MRB | Email communication (.9) and telephone conference (.6) with J. Moscowitz, FTC and former FUL consumer regarding status of law suit, FTC's injunction, reimbursements and letters to credit bureau regarding same. | 1.50 | 150.00 |
| 3/12/2010 | MRB | Telephone conference with attorney for former FUL client regarding his foreclosure and attempts to reverse sale; review and analyze file and issues regarding same (.8); draft proposed form letter to consumers and others from Receiver regarding status of lawsuit and ongoing business of FUL; email communication to T. Kudman, J. Moscowitz regarding same (.9). | 1.70 | 170.00 |
| 3/17/2010 | MRB | Email communication with consumer, T. Kudman, J. Moscowitz regarding status of litigation, discovery and what we can and should discuss about same. | 0.40 | 40.00 |
| 3/19/2010 | JWM | Conference call with T. Kudman and GK regarding status and to do. | 1.50 | 577.50 |
| | TBK | Telephone conference with J. W. Moscowitz and G. Sinasohn re data issues (1.5); email Salesforce re data export (.1). | 1.60 | 480.00 |
| 3/20/2010 | TBK | Email with G. Sinasohn re deposition of C. Finley. | 0.20 | 60.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/22/2010 | TBK | Speak with Roxana re Finley deposition. | 0.20 | 60.00 |
| 3/23/2010 | TBK | Email with G. Sinasohn re Finley deposition date (.2); arrange final date on deposition and service of Finley subpoena with Roxana (.2). | 0.40 | 120.00 |
| 3/24/2010 | JWM | Email communications with T. Kudman regarding review Feingold computer. | 0.10 | 38.50 |
| | TBK | Speak with G. Sinasohn re Salesforce data export and potential litigation for "clawback" (.3); email Leeann from Salesforce re data export (.1). | 0.40 | 120.00 |
| | MRB | Telephone communication with former FUL employee, Lois Josephs, regarding status of lawsuit and potential reimbursement (.4); email communication with J. Moscowitz, T. Kudman regarding same (.2). | 0.60 | 60.00 |
| 3/26/2010 | MRB | Email communication with consumer regarding status of litigation and entitlement to reimbursement. | 0.20 | 20.00 |
| 3/29/2010 | TBK | Email with G. Sinasohn and J. W. Moscowitz re customers not serviced. | 0.20 | 60.00 |
| 3/30/2010 | TBK | Email with Roxana re billing (.2); speak with Roxana re billing (.1) prepare amended motion for fees and file (.7); speak with Roxana re proposed order (.1); prepare and file corrected amended motion for fees and proposed order (.5). | 1.60 | 480.00 |
| 3/31/2010 | JWM | Review notice of selection of mediator; review emails regarding Feingold home. | 0.10 | 38.50 |
| | TBK | Speak with M. Berg re mortgage on Feingold's house and Salesforce (.4); draft email to Lauren Feingold re mortgage (.2); email with M. Berg re finding HUD (.2); call Salesforce re data export (.1); email J. W. Moscowitz re accounting info. | 1.00 | 300.00 |
| | MRB | Telephone communication and email communication with T. Kudman regarding status of litigation, due diligence, theories of recoupment going forward (.6); review and research issues of mortgage, note, line of credit for Lauren Feingold 102 Via Capri residence. (.7). | 1.30 | 130.00 |
| 4/1/2010 | JWM | Exchange status communications with T. Kudman. | 0.10 | 38.50 |
| | TBK | Emails with Lauren Feingold re 102 Via Capri Mortgage. | 0.20 | 60.00 |
| | MRB | Email communication with consumers regarding status of litigation and reimbursement, FTC website, and available resources. | 0.20 | 20.00 |
| 4/2/2010 | JWM | Communications with G. Sinasohn and T. Kudman regarding accounting records. | 0.10 | 38.50 |
| | TBK | Email J. W. Moscowitz re accounting records and Finley subpoena. | 0.20 | 60.00 |
| 4/5/2010 | JWM | Review C. Finley's motion for protective order; telephone conferences with T. Kudman regarding same (.5) | 0.50 | 192.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/5/2010 | TBK | Email with Lauren Feingold re mortgage (.2); review Finley proposed motion to quash (.3); speak with J. W. Moscowitz re motion to quash (.3); email Finley re motion to quash (.1). | 0.90 | 270.00 |
| 4/6/2010 | JWM | Review correspondence regarding amicus filing from C. Finley (.1); communications with T. Kudman regarding reponse to C. Finley motion for protective order (.1). | 0.20 | 77.00 |
| | TBK | Email with Jonathan Jacobson re receiver invoice (.1); email with Lauren Feingold re property mortgage (.1); email Salesforce (.1); email with Finley re deposition (.2); email with J.W. Moscowitz re deposition (.2); speak with M. Berg re Finley motion (.2). | 0.90 | 270.00 |
| 4/7/2010 | JWM | Review and revise response to motion for protective order (.2); telephone conferences with T. Kudman regarding response and status (.2). | 0.40 | 154.00 |
| | TBK | Email Finley and request copy of 11th Circuit filing (.1); speak with M. Berg re Finley motion (.3); draft response to Finley motion and file (5.3); email J. W. Moscowitz re response (.1); speak with J. W. Moscowitz re response (.3); receive and respond to email from Finley re 11th Circuit Amicus (.2). | 6.30 | 1,890.00 |
| | MRB | Telephone communication and analysis with T. Kudman regarding response to Chandler Finley Motion for Protective Order and Motion to Quash (.4); review and comment on Proposed Reply to same (.5); email communication with Jaclyn Bentley, attorney for former FUL clients, regarding status of litigation and discovery (.3); email communication with J. Moscowitz, T. Kudman regarding Ms. Bentley's contentions and proposed lawsuit (.2). | 1.40 | 140.00 |
| 4/8/2010 | JWM | Communications with T. Kudman, G. Sinasohn regarding accounting records (.1); review court order (.1.); telephone conference with T. Kudman regarding scheduling (.1). | 0.30 | 115.50 |
| | TBK | Review J. W. Moscowitz emails re accounting records (.1); review M. Berg emails re complaint against Feinstein (.1); review amicus briefs on Marucci and Finley (.4); review court order on motion for protective order (.2); review Finley cert of unavailability (.1); speak with J. W. Moscowitz re scheduling depos (.2). | 1.10 | 330.00 |
| | MRB | Telephone conference with Ms. Bentley regarding her clients' contentions (.4); email communication with J. Moscowitz, T. Kudman regarding summary of same (.1). | 0.50 | 50.00 |
| 4/12/2010 | JWM | Review amicus motions by Marucci and Finley (.3); draft response to C. Finley bar complaint (1.0); telephone conference with G. Sinasohn regarding accounting data (.2); communications with M. Berg and T. Kudman regarding FUL computers (.2). | 1.70 | 654.50 |
| | TBK | Contact Sofia Smith at Finley re deposition. | 0.20 | 60.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 4/12/2010 | MRB | Email communication with J. Moscowitz, T. Kudman regarding Finley's bar complaints and reply to same (.6) telephone conference and email communication with G. Sinasohn regarding privileged computer issues and whereabouts of same (.5). | 1.10 | 110.00 |
| 4/13/2010 | TBK | Agree to date for Finley deposition with Sofia Smith. | 0.20 | 60.00 |
| 4/14/2010 | JWM | Edit response to Bar complaint. | 0.50 | 192.50 |
| | TBK | Send email to Finley confirming deposition (.1); Speak with J. W. Moscowitz re deposition date with Finley (.2); speak with Leeanne Templeton at Salesforce re data export (.3); email G. Sinasohn re getting Salesforce data to tech (.2). | 0.80 | 240.00 |
| 4/15/2010 | TBK | Email with J. W, Moscowitz re good dates for Finley deposition. | 0.10 | 30.00 |
| | MRB | Receipt andreview of Chandler Finley's bar complaint (.6); email communication with T. Kudman, J. Moscowitz regarding analysis for and status of response(.4); review and comment on draft response from J. Moscowitz (.7). | 1.70 | 170.00 |
| 4/16/2010 | TBK | Speak with Sofia Smith at Finley's office re deposition dates (.1); work with Leeann Templeton on Salesforce data download (.4); email with FTC re Salesforce (.2); access Salesforce and change user options to permit FTC access (.2); email info for data export to FTC (.2); review J. W. Moscowitz response to Finley bar complaint (.3); email J.W. Moscowitz re complaint (.1). | 1.50 | 450.00 |
| 4/17/2010 | TBK | Draft letter to Steve Jerome re merchant account complaints (.2); draft email to L. Feingold re HUD statement 102 Via Capri (.2). | 0.40 | 120.00 |
| 4/18/2010 | TBK | Draft response to Finley Bar complaint. | 2.00 | 600.00 |
| 4/19/2010 | TBK | Review J. W. Moscowitz response to bar complaint (.2); attempt to open accounting cd (.1); email FTC re cd (.1). | 0.40 | 120.00 |
| | MRB | Review and comment on revised draft response from J. Moscowitz and draft from T. Kudman (1.2); draft and revise M. Berg's response to complaint, comments on same and coordinate transmittal of same to FL Bar counsel and Mr. Finley (1.6); email communication regarding issues of privilege, attorney-client relationships between FUL and consumers and serviced law firms (.7). | 3.50 | 350.00 |
| 4/20/2010 | TBK | Edit and send response to Finley Bar Complaint. | 1.40 | 420.00 |
| 4/21/2010 | JWM | Telephone conference with Florida AG's office. | 0.10 | 38.50 |
| 4/23/2010 | TBK | Email G. Sinasohn re accounting records (.1); attempt to open accounting records (.3). | 0.40 | 120.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/23/2010 | MRB | Email communication with FTC, J. Moscowitz, T. Kudman regarding consumer phone call to old FUL number, telephone contact and analysis regarding same (.6). | 0.60 | 60.00 |
| 4/26/2010 | JWM | Telephone conference with T. Kudman regarding accounting data. | 0.10 | 38.50 |
| 4/27/2010 | JWM | Communications with M. Berg regarding consumer(.10); communications with G. Sinasohn regarding accounting data (.3). | 0.40 | 154.00 |
| | MRB | Email communication with J. Moscowitz regarding contact of former FUL clients (.2); telephone communication with former FUL client regarding last contact with FUL and email communication with G. Sinasohn regarding same (.3); email communication with J. Moscowitz, T. Kudman regarding all former FUL telephone numbers and possibility of continued use of same (.6); online searches, research and analysis regarding same (.3). | 0.90 | 90.00 |
| 5/3/2010 | JWM | Conference call with FTC regarding access to files (1.40); telephone conference with T. Kudman regarding strategy going forward (.1). | 1.50 | 577.50 |
| | TBK | Phone conference with J. W. Moscowitz and FTC re data issues (1.4); discuss strategy going forward with J. W. Moscowitz (.1). | 1.50 | 450.00 |
| 5/4/2010 | JWM | Review and pay Paychex invoice. | 0.10 | 38.50 |
| 5/5/2010 | TBK | Speak with J.W. Moscowitz re accessing financial information (.2). | 0.20 | 60.00 |
| 5/6/2010 | JWM | Telephone conference with T. Kudman re computer access(.1); telephone conference with G. Sinasohn re mediation(.2) | 0.30 | 115.50 |
| | TBK | Speak with J.W. Moscowitz re hiring someone to go through data from FUL (.2); attempt to access FUL data (.3); speak with G. Sinasohn re potential settlement (.3). | 0.80 | 240.00 |
| 5/7/2010 | MRB | Email communication follow-up with consumer regarding status of FTC's lawsuit and possibility of consumer class action. | 0.20 | 20.00 |
| 5/9/2010 | TBK | Speak with J. W. Moscowitz re access to computers. | 0.20 | 60.00 |
| 5/10/2010 | TBK | Speak with M. Berg re going through discs for financials (.3); email D. Feingold re accessing computers (.1). | 0.40 | 120.00 |
| | MRB | Email communication follow-up with consumer regarding status of FTC's lawsuit and possibility of consumer class action. | 0.20 | 20.00 |
| 5/12/2010 | JWM | Telephone conference with T. Kudman re computer research project. | 0.10 | 38.50 |
| | TBK | Speak with M. Berg re going through company financial documents (.3); meet with M. Berg and attempt to open FUL disc and discuss strategy for document review (1.0). | 1.30 | 390.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/12/2010 | MRB | Telephone communication and meeting with T. Kudman regarding document review, IT issues (1.2); telephone communication and email communication with FTC regarding decrypting disc regarding same (.2); telephone communication and email communication with consumer regarding status of lawsuit and follow-up email to FTC regarding same (.5). | 1.90 | 190.00 |
| 5/13/2010 | MRB | Telephone communication and email communication with A. Patel, FTC's forensic computer technician regarding decrypting and reviewing documents previously scanned from FUL computers (.6); begin review and analysis of same from FUL -2fl Manager and Accountant computers (1.8). | 2.40 | 240.00 |
| 5/14/2010 | JWM | Communications with creditor, SalesForce. | 0.10 | 38.50 |
| 5/15/2010 | TBK | Email with J. W. Moscowitz re potential lawsuit from Salesforce. | 0.20 | 60.00 |
| 5/17/2010 | JWM | Emails regarding purchase of Concordance. | 0.10 | 38.50 |
| | TBK | Call Helena Teav (Attorney for SalesForce) re balance due on account. | 0.10 | 30.00 |
| | MRB | Telephone communication and email communication with H. Huettner, FTC Forensics, regarding encrypted data and review of information scanned from FUL computers (.6); email communication with T. Kudman, J. Moscowitz regarding same (.2); review and analysis of documents from FUL computers, Pompano office, 2nd and 3rd floors (3.5). | 4.30 | 430.00 |
| 5/18/2010 | JWM | Review and respond to emails re Concordance (.1); review SZ and Stratton & Feinstein document from M. Berg (.1); send substantive emails from G. Sinasohn to M. Berg and T. Kudman (.1). | 0.30 | 115.50 |
| | TBK | Review multiple financial spreadsheets from FUL. | 0.40 | 120.00 |
| | MRB | Receipt, review and response to consumer email(.2); telephone communication and email communication with Lexis-Nexis rep regarding Concordance, downloading and use of same (.6); email communication with T. Kudman, J. Moscowitz regarding same (.2); commence review and analysis of imaged documents in Concordance (3.9). | 4.90 | 490.00 |
| 5/21/2010 | TBK | Review email from J. Morton (Attorney for Brett Feinstein) (.1); respond to email from J. Morton (.1); attempt to call person allegedly calling Stratton & Feinstein clients alleging to be from S&F re loan modification (.1); speak with J. W. Moscowitz re claim that someone claiming to be from S&F calling clients (.1). | 0.40 | 120.00 |
| 5/22/2010 | MRB | Continue review of imaged documents on Concordance; Pompano Beach computers, continuation of FUL 2nd and 3rd floors. | 3.20 | 320.00 |
| 5/23/2010 | MRB | Continue review of imaged documents on Concordance; specifically concentrating on accounting and manager's computer images. | 3.60 | 360.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/24/2010 | MRB | Email kcommunication with consumers regarding status of litigation and reimbursement, FTC website, and available resources (.5); continue review and analysis of FUL emails and documents (1.3). | 1.80 | 180.00 |
| 6/1/2010 | JWM | Review letter closing Finley bar complaint. | 0.10 | 38.50 |
| 6/3/2010 | TBK | Review emails from J. W. Moscowitz re potential statutory violations in preparation for C. Finley deposition. | 0.80 | 240.00 |
| | JWM | Legal and other research for C. Finley deposition (.1.1; prepare for C. Finley deposition (.5); communications with co-counsel re C. Finley deposition (.3). | 1.90 | 731.50 |
| | MRB | Email communication with J. Moscowitz and T. Kudman regarding preparation for and logostics of Finley deposition (.6); continue review of FUL documents, emails, spreadsheets (.7); initial document review and preparation for Chandler Findley deposition (1.4). | 2.70 | 270.00 |
| 6/4/2010 | TBK | Review 4 emails from M. Berg in preparation for Finley deposition. | 0.30 | 90.00 |
| | JWM | Communications with T. Kudman, M. Berg re C. Finley deposition. | 0.20 | 77.00 |
| | MRB | Continue FUL imaged document review, accountant, manager Sean Zausner and David Zausner computers (3.6); continue review of statutes, ethics alert, FL bar rules and TC with Bar Ethics hotline regarding date of Alert (1.3); email communication, notes and analysis for C. Finley deposition (1.5). | 6.40 | 640.00 |
| 6/5/2010 | JWM | Review documents and review and revise deposition outline for C. Finley deposition (.8); communications with co-counsel re deposition (.2). | 1.00 | 385.00 |
| 6/6/2010 | TBK | Prepare for C. Finley deposition. | 4.00 | 1,200.00 |
| | MRB | Email communication and telephone communication with J. Moscowitz and T. Kudman regarding preparation for and logostics of Finley deposition (1.2); continue review and analysis of FUL documents/emails, contracts, potential exhibits, statutes, bar rules and ethics opinion for same (2.4). | 3.60 | 360.00 |
| 6/7/2010 | TBK | Travel to/from C. Finley deposition (4.0); deposition of C. Finley (5.0). | 9.00 | 2,700.00 |
| | MRB | Continue document and outline review and analysis for Finley deposition (1.5) and email correspondence with J. Moscowitz and T. Kudman regarding same (.3); travel to and from and attendance at Chandler Finley deposition (8.3). | 10.10 | 1,010.00 |
| | JWM | Conferences with M. Berg and T. Kudman regarding deposition. | 0.20 | 77.00 |
| 6/8/2010 | MRB | Email communication and telephone communication with Lexis representative regarding use of Concordance for FUL document review and conversion of date files (.6); email communication with T. Kudman | 1.70 | 170.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | and J. Moscowitz regarding summary of C. Finley deposition, follow-up and post-deposition issues (.4); draft post-depostion notes (.7). | | |
| 6/10/2010 | MRB | Telephone communication and email communication with LexisNexis representative, Todd Goeller, and tech department regarding Concordance search features (.8); continue review of FUL imaged computers, specifically 3rd floor PGA office; Noel Rivera, Doug Champion, Brittany Boyce (2.3). | 3.10 | 310.00 |
| 6/14/2010 | MRB | Email communication with J. Moscowitz and G. sinasohn regarding SalesForce issues (.2); continue Concordance review of imaged FUL computers, focusing on search terms to include names of law firms, sales/pricing, named defendants; organize files with pertinent emails and documents; analysis of issues regarding same (4.4). | 4.60 | 460.00 |
| | JWM | FTC communications with Sinasohn, Berg, attorney for Salesforce regarding FTC access to Salesforce. | 0.20 | 77.00 |
| 6/15/2010 | MRB | Continue Concordance document review, specifically searches regarding LMF, attorney/law firm names (1.3) email communication with G. Sinasohn and review of notes/Dell leases regarding FUL computers (.6). | 1.90 | 190.00 |
| | JWM | Communications with FTC and M. Berg re computer issues. | 0.30 | 115.50 |
| 6/16/2010 | MRB | Email communication with FTC, J. Moscowitz, and D. F. and review of notes regarding status of leased and other Dell computers and return of same. | 0.50 | 50.00 |
| 6/17/2010 | MRB | Email communication with DF and J. Moscowitz regarding Dell computers. | 0.20 | 20.00 |
| 6/18/2010 | MRB | Email communication with FTC, Billy (I.T. manager from Feingold & Kam) and J. Moscowitz regarding status of computers and hard drives formerly used by FUL employees, scrubbing and sale of same. | 1.20 | 120.00 |
| | JWM | Communications with FTC and M. Berg re computer issues. | 0.20 | 77.00 |
| 6/21/2010 | MRB | Email communication with Billy, J. Moscowitz, and T. Kudman regarding scrubbing of FUL computers and confirmation of same in writing to FTC; email communication to DF regarding same (.4); email and review of notes and analysis regarding Finley deposition and response to subpoena (.7). | 1.10 | 110.00 |
| 6/22/2010 | MRB | Additional and follow-up email communication with DF, J. Moscowitz and T. Kudman regarding letter requested by FTC regarding scrubbing of personal information from former FUL computers. | 0.40 | 40.00 |
| | TBK | Review emails regarding computer data scrubbing (.3); draft email to J. Moscowitz regarding scrubbing (.1); draft email regarding Finley subpoena privilege issues and potential motion to compel (.1). | 0.50 | 150.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/23/2010 | TBK | Draft Receiver's Report (3.2); receive Finley subpoena response and review FB retainer agreement (.2). | 3.40 | 1,020.00 |
| 6/24/2010 | MRB | Telephone communication and email communication with J. Moscowitz and T. Kudman regarding 3rd Receiver's Report (.5); review, analysis and drafting of comments for same (1.1). | 1.60 | 160.00 |
| 6/26/2010 | JWM | Edit receiver report. | 0.50 | 192.50 |
| 6/28/2010 | TBK | Speak with J. Moscowitz regarding edits to Receiver Report (.4); edit Receiver's Report (.5). | 0.90 | 270.00 |
| | JWM | Telephone conferences with T. Kudman regarding Receiver Report (.3); review and revise draft of Receiver Report (.3). | 0.60 | 231.00 |
| 6/29/2010 | TBK | Final review and edit of Receiver's Report and file same. | 0.50 | 150.00 |
| | JWM | Final edits to Receiver Report. | 0.30 | 115.50 |
| | **For professional services rendered** | | **152.10** | **$30,650.50** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 3/31/2010 | Witness Fee<br>Chandler Finley | 45.00 |
| | Process Serv.<br>Chandler Finley | 40.00 |
| | Postage | 0.44 |
| | Photocopies | 21.50 |
| 4/30/2010 | Federal Exp. | 36.59 |
| | Telephone | 15.43 |
| | Photocopies | 42.50 |
| 5/3/2010 | Federal Exp. | 37.76 |
| 5/13/2010 | Federal Exp. | 31.32 |
| 5/31/2010 | Telephone | 3.62 |
| 6/30/2010 | Lexis | 22.76 |
| | Photocopies | 21.00 |
| | Telephone | 15.05 |

| | | Amount |
|---|---|---|
| | **Total costs** | **$332.97** |
| | **Total amount of this bill** | **$30,983.47** |
| | **Previous balance** | **$52,616.30** |
| 5/3/2010 | Payment - thank you | ($52,616.30) |
| | **Total payments and adjustments** | **($52,616.30)** |
| | Balance due | $30,983.47 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Jane W. Moscowitz | 15.30 | 385.00 |
| Michelle R. Berg | 81.40 | 100.00 |
| Tama Beth Kudman | 55.40 | 300.00 |

**PLEASE REFERENCE INVOICE NUMBER ON PAYMENT**