UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82322-CIV-ZLOCH

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.    **O R D E R**

FIRST UNIVERSAL LENDING, LLC,
a limited liability company,
et al.,

    Defendants.
_____/

THIS MATTER is before the Court upon Defendants' Motion For Protective Order Of Non-Party's Miranda R. Johnston's Deposition And/Or In The Alternative Motion To Quash Plaintiff's Subpoena Duces Tecum (DE 165). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendants' Motion For Protective Order Of Non-Party's Miranda R. Johnston's Deposition And/Or In The Alternative Motion To Quash Plaintiff's Subpoena Duces Tecum (DE 165) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   16th   day of November, 2010.

                            WILLIAM J. ZLOCH
                            United States District Judge

Copies furnished:

All Counsel of Record