# Moscowitz & Moscowitz, P.A.

Mellon Financial Center
1111 Brickell Avenue, Suite 2050
Miami, FL 33131

December 06, 2010

*Invoice submitted to:*
FTC v. First Universal Lending

*In Reference To:* Our File No. 1586

*Invoice #* 17137

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/7/2010 | MRB | Email communication with consumer regarding status of lawsuit and issue of reimbursement. | 0.20 | 20.00 |
| 7/8/2010 | MRB | Telephone conference with former FUL employee regarding status of lawsuit and issue of reimbursement for back-pay. | 0.40 | 40.00 |
| 7/9/2010 | JWM | Communications with M. Berg re computers (.1); review Order on Motion to Dismiss (.1). | 0.20 | 77.00 |
| | MRB | Email communication with F. Feingold regarding lettter confirming cleansing of FUL computers and transmittal of same to J. Moscowitz, T. Kudman and FTC. | 0.20 | 20.00 |
| 7/13/2010 | JWM | Status conference call with Kudman, Berg. | 0.50 | 192.50 |
| | MRB | Telephone conference with J. Moscowitz and T. Kudman regarding "To Do" list, specifically issues regarding ACH accounts - subpoenas and research on same, future potential depositions, continued records and accounting review, hiring of forensic accountant, and status of case after denial of Motion to Dismiss(.5); review notes/emails regarding document review (.4). | 0.90 | 90.00 |
| | TBK | Draft motion for compensation and proposed order and file (1.1); email with J. Moscowitz re motion for compensation (.1); phone conference with J. Moscowitz and M. Berg re strategy going forward (.5). | 1.70 | 510.00 |
| 7/14/2010 | MRB | Draft memorandum regarding 7/13 telephone conference (.6); review ACH account notes and documents regarding same (.5); research regarding merchant account liability (1.5); email communication with J. Moscowitz and T. Kudman regarding same (.2). | 2.80 | 280.00 |
| | TBK | Speak with G. Sinasohn from FTC re status of case v. FUL. | 0.40 | 120.00 |

305-379-8300

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/15/2010 | JWM | Telephone conference with C. Liebes of the FTC regarding status matters. | 0.40 | 154.00 |
| | TBK | Email with G. Sinasohn re court reporters for Finley deposition (.1); speak with J. Moscowitz office re court reporter information (.1); email with M. Berg re accounting data and forensic person (.1); draft merchant account subpoena attachment (.7). | 1.00 | 300.00 |
| 7/16/2010 | MRB | Review documents on discs provided by Chandler Finley in response to his subpoena duces tecum (3.7); email communication with J. Moscowitz and T. Kudman regarding same. | 4.20 | 420.00 |
| | TBK | Review M. Berg email re Finley discs. | 0.20 | 60.00 |
| 7/19/2010 | MRB | Email communication with Consumer regarding status of lawsuit and issue of reimbursement (.2). | 0.20 | 20.00 |
| 7/21/2010 | TBK | Email with J. Moscowitz re merchant account subpoenas (.1); edit merchant account subpoena attachment (.3). | 0.40 | 120.00 |
| 7/22/2010 | JWM | Communications with T. Kudman regarding bank subpoena. | 0.10 | 38.50 |
| | TBK | Emails with J. Moscowitz re merchant account subpoena (.1 each email and response). | 0.20 | 60.00 |
| 7/26/2010 | MRB | Continue review of documents from Mr. Finley's response to subpoena duces tecum (2.4); email communication with J. Moscowitz and T. Kudman regarding same (.4); email communication with G. Sinasohn regarding and attaching documents from same (.2). | 3.00 | 300.00 |
| | TBK | Email to J. Moscowitz re preparing subpoenas and merchant account info (.1); review RICO case opinion in case involving D. Feingold (.3). | 0.40 | 120.00 |
| 7/27/2010 | MRB | Email communication with G. Sinasohn regarding Finley deposition, subpoena duces tecum and documents, court reporter information, deposition summary, and review of same (1.2.); continue review and analysis of Finley documents (.6). | 1.80 | 180.00 |
| | TBK | Review multiple emails from M. Berg and J. Moscowitz re Finley discovery (.2); review emails between M. Berg and G. Sinasohn re Finley discovery (.2); email M. Berg re discs with discovery (.1); email J. Moscowitz re discovery discs (.1). | 0.60 | 180.00 |
| 7/28/2010 | MRB | Email communication with G. Sinasohn regarding Finley discs, issues of law firm profits and FUG expenses (.4); copy and mail discs to G. Sinasohn (.8). | 1.20 | 120.00 |
| | TBK | Respond to emails from G. Sinasohn re Finley deposition. | 0.20 | 60.00 |
| 7/29/2010 | MRB | Continue review of documents on discs from Mr. Finley's response to subpoena duces tecum, to include; contacts between FUL and Borrowers; borrower's authorizations; tax returns; 4506T - Requests for Transcript of Tax Returns; hardship letters; financial information - pay | 2.10 | 210.00 |

|  |  | | Hours | Amount |
|---|---|---|---|---|
| | | stubs, W-2's, checking, savings and credit card statements; profit and loss statements; personal budgets; personal letters from payees of or payors to Borrower; copies of checks, fax cover sheets from borrowers to FUL staff members transmitting same to lenders (1.8); email communication with J. Moscowitz and T. Kudman regarding same (.3). | | |
| 8/9/2010 | JWM | Telephone conference with T. Kudman re bank subpoenas. | 0.10 | 38.50 |
| | TBK | Call G. Sinasohn re update (.1); speak with J. Moscowitz re subpoenas to merchant banks and organization of Finley discovery (.2); email J. Moscowitz office the merchant info. (.1). | 0.40 | 120.00 |
| 8/11/2010 | JWM | Review and sign bank subpoenas. | 0.10 | 38.50 |
| | MRB | Telephone conference with T. Kudman regarding status of litigation, review of C. Finley documents (.3); review emails and analysis on same and commence drafting memorandum (1.2). | 1.50 | 150.00 |
| 8/12/2010 | MRB | Finalize memorandum regarding finding and analysis of C. Finley documents (1.0); email communication J. Moscowitz and T. Kudman regarding same - and coordination of transmittal of memorandum with attachements (.3). | 1.30 | 130.00 |
| 8/17/2010 | TBK | Speak with J. Moscowitz re Attorney General's office investigation (.3). | 0.30 | 90.00 |
| 8/18/2010 | TBK | Speak with Merchant e-solutions re subpoena | 0.20 | 60.00 |
| 8/20/2010 | JWM | Telephone conference with T. Kudman re subpoenas, discovery from FTC. | 0.40 | 154.00 |
| | TBK | Speak with J. Moscowitz re banking records and potential claim with AG. | 0.40 | 120.00 |
| 8/23/2010 | JWM | Review, revise and send letter to G. Sinasohn requesting accounting records. | 0.20 | 77.00 |
| | TBK | Draft letter to FTC re bank records. | 0.30 | 90.00 |
| 8/30/2010 | JWM | Review material received from First ACH (.5); communications with T. Kudman re same (.1). | 0.60 | 231.00 |
| 8/31/2010 | JWM | Telephone conference with G. Sinasohn re obtaining bank records from FTC. | 0.10 | 38.50 |
| | TBK | Review First ACH records (.5); review email from G. Sinasohn re bank records for FUL (.1). | 0.60 | 180.00 |
| 9/1/2010 | TBK | Review email from J. Moscowitz re bank records (.1); draft letter to First ACH re subpoena compliance (.3). | 0.40 | 120.00 |
| 9/10/2010 | TBK | Review First ACH subpoena response (.3); scan and email First ACH subpoena response to J. Moscowitz (.2). | 0.50 | 150.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/14/2010 | MRB | Email communication with consumer and J. Moscowitz, T. Kudman regarding status of lawsuit and issue of potential reimbursement. | 0.30 | 30.00 |
| 9/20/2010 | JWM | Telephone conference with G. Sinasohn re FTC discovery. | 0.20 | 77.00 |
| | MRB | Telephone conference with G. Sinasohn regarding ongoing discovery and responses to Request for Admissions. | 0.20 | 20.00 |
| 9/23/2010 | TBK | Email with J. Moscowitz's office re receipt of interrogatories. | 0.20 | 60.00 |
| 9/24/2010 | TBK | Review Teledraft ACH response to subpoena (1.1); draft summary of interesting document from Teledraft response (.3); draft email to J. Moscowitz re Teledraft review (.1). | 1.50 | 450.00 |
| 9/27/2010 | TBK | Review Teledraft ACH letter to FTC re reserve funds (.1); draft email to J. Moscowitz re Teledraft ACH taking reserve funds (.1). | 0.20 | 60.00 |
| 9/28/2010 | JWM | Telephone conference with T. Kudman re proposed turnover motion. | 0.10 | 38.50 |
| 9/29/2010 | JWM | Review and revise demand letter to ACH provider. | 0.10 | 38.50 |
| 9/30/2010 | TBK | Draft email to Teledraft ACH re refund of reserve funds (.4); email with J. Moscowitz re draft of email to Teledraft ACH (.2); edit letter to Teledraft ACH (.3); draft email to Helena Teav re Salesforce invoice (.2). | 1.10 | 330.00 |
| 10/5/2010 | JWM | Review Feingold filing. | 0.50 | 192.50 |
| | MRB | Email communications with consumer regarding status of lawsuit and issue of potential reimbursement; email communication with T. Kudman, J. Moscowitz regarding same. | 0.30 | 30.00 |
| | TBK | Review Authorizex.Net subpoena response (.7); draft email to Authorizex.Net re incomplete production of records (.2); make copies of Teledraft ACH response to subpoena for FTC and draft cover letter to G. Sinasohn (.4). | 1.30 | 390.00 |
| 10/6/2010 | JWM | Telephone conference with T. Kudman re filing. | 0.30 | 115.50 |
| | TBK | Review motion to file cross complaint. | 1.00 | 300.00 |
| 10/7/2010 | TBK | Draft subpoena for bank account info and compile list of banks. | 0.80 | 240.00 |
| 10/12/2010 | TBK | Call banks re subpoena (.4); email bank subpoena info to J. Moscowitz (.1). | 0.50 | 150.00 |
| 10/14/2010 | JWM | Telephone conference with David Sievadzki (FTC attorney). | 0.10 | 38.50 |
| | TBK | Email G. Sinasohn re deposition schedule (.1); call J.Moscowitz's office re deposition schedule (.1). | 0.20 | 60.00 |
| 10/15/2010 | JWM | Review communication between Sievadzki and Feingold. | 0.10 | 38.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/18/2010 | TBK | Speak with J. Moscowitz re depos (.2); review letter from BB&T re subpoena (.2); email J. Moscowitz's office re letter from BB&T (.1); speak with J. Moscowitz re depos of Zausners and Feingold (.3). | 0.80 | 240.00 |
| | JWM | Telephone conference with T. Kudman re depos. | 0.20 | 77.00 |
| 10/19/2010 | JWM | Review BBT response to subpoena (.1); communication with T. Kudman re D. Zausner deposition and BBT reponse to subpoena (.2); telephone conference with T. Kudman re D. Zausner deposition (.2). | 0.50 | 192.50 |
| | TBK | Attend deposition of S. Zausner, Principal of FUL/FUH (3.5); speak with J. Moscowitz re deposition (.3). | 3.80 | 1,140.00 |
| 10/20/2010 | JWM | Telephone conference with T. Kudman re S. Zausner deposition. | 0.30 | 115.50 |
| | TBK | Attend deposition of S. Zausner, Principal of FUL/FUH (6.2); speak with J. Moscowitz re deposition (.3). | 6.50 | 1,950.00 |
| 10/21/2010 | JWM | Telephone conference with T. Kudman re Feingold deposition. | 0.30 | 115.50 |
| | TBK | Attend deposition of David Feingold (5.3); speak with J. Moscowitz re deposition (.3). | 5.60 | 1,680.00 |
| 10/22/2010 | TBK | Read, sign and fax BB&T bank agreement regarding production of documents. | 0.20 | 60.00 |
| 10/26/2010 | JWM | Conference call with FTC attorneys; M. Berg and T. Kudman. | 0.80 | 308.00 |
| | MRB | Email communication and telephone conference with T. Kudman, J. Moscowitz, H. Kirtz and G. Sinasohn concerning conference call and review of agenda in preparation for same (.5); conference call regariding D. Feingold deposition and disposition of FUL documents (.8); post conference call follow-up via email regarding review of notes, correspondence and documents regarding same (2.3). | 4.10 | 410.00 |
| | TBK | Speak with M. Berg re teleconference with FTC (.3); teleconference with FTC, J. Moscowitz and M. Berg (.8). | 1.10 | 330.00 |
| 10/27/2010 | JWM | Review and respond to FTC follow up inquiries from conference call. | 0.20 | 77.00 |
| | MRB | Email communication with G. Sinasohn, H. Kirtz, J. Moscowitz regarding FUL/FUH service contracts and licenses (.5), Paychex (.6), employee agreements (.3), staff lists (.1), final payments, etc (.3), review boxes of documents (1.5); copy, scan and email same (1.0); email communication back and forth with Sandra at Paychex and G. Sinasohn, J. Moscowitz regarding FUL agreement and assignment of same from National Business Expo (.8); review/analysis and email regarding additional import documents from C. Finley discovery, review of FTC's hard-drive, etc. (1.4). | 6.50 | 650.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/27/2010 | TBK | Review emails re FUL/FUH financials (.2); review financial documents and Feingold and Kam lease for FUL office space (.3); email G. Sinasohn re FUL office lease (.1). | 0.60 | 180.00 |
| 10/28/2010 | MRB | Telephone conference with Channing Corp regarding FUL/FUH lease at 5100 and tenant file (.4); email lcommunication with G. Sinasohn, H. Kirtz, T. Kudman, J. Moscowitz regarding attempts at obtaining same without a subpoena (.2); 2nd and 3rd phone conversation with Joel Channing and his office regarding no consent to sublease by F & K with FUL (.6); follow-up analysis and email correspondence with G. Sinasohn, H. Kitrz, J. Moscowitz and T. Kudman regarding same (.3). | 1.50 | 150.00 |
| 10/29/2010 | JWM | Communications with M. Berg re computer records. | 0.10 | 38.50 |
|  | MRB | Several telephone calls with G. Sinasohn regarding issues of imaged computers and dismantling, liquidating of same (.8); email communication with G. Sinasohn, H. Kirtz, T. Kudman and J. Moscowitz regarding same -my recollections and what I did and did not do (1.9); review of file notes email correspondence and letters regarding process of scrubbing computers and relocation of office (1.4). | 4.10 | 410.00 |
| 11/1/2010 | JWM | Telephone conference with T. Kudman re report (.2); telephone conference with T. Kudman and M. Berg re report (.5); telephone conference with T. Kudman re report (.2). | 0.90 | 346.50 |
|  | MRB | Telephone conference with J. Moscowitz and T. Kudman regarding issues of turnover and imaging of computers (.5); review time and notes on same (.6); draft notes, analysis and email correspondence regarding same (.7); email communication with G. Sinasohn regarding turnover of computers (.3); review equipment lease documents and notes and emails regarding same (.4). | 2.50 | 250.00 |
|  | TBK | Speak with J. Moscowitz re FUL computers (.2); Conference call with M. Berg and J. Moscowitz re computers at FUL (.5); speak with J. Moscowitz re accounting records and computers (.2). | 0.90 | 270.00 |
| 11/3/2010 | JWM | Review drafts or receiver report (.1); telephone conferences with T. Kudman re Receiver Report (.3). | 0.40 | 154.00 |
|  | TBK | Draft receiver report (2.0); speak with J. Moscowitz re Receiver report (.3); edit Receiver report (.5). | 2.80 | 840.00 |
| 11/4/2010 | MRB | Email correspondence to and from consumers regarding status of litigation and issue of reimbursement. | 0.60 | 60.00 |
|  | TBK | Final edit and file Receiver report (.3); speak with Florida Bar (.4); speak with court reporter re spelling information (.2); draft motion for turnover re Teledraft ACH reserve funds (.5) | 1.40 | 420.00 |
| 11/7/2010 | TBK | Review letter from teledraft ACH re Reserve funds. | 0.30 | 90.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/8/2010 | JWM | Telephone conference with G. Sinasohn re extension, deposition. | 0.10 | 38.50 |
| | TBK | Speak with J. Moscowitz re Florida Bar. | 0.40 | 120.00 |
| 11/9/2010 | JWM | Telephone conference with T. Kudman re bank's refusal to turn over funds, M. Johnston deposition. | 0.20 | 77.00 |
| | MRB | Email correspondence to and from consumers regarding status of litigation, issue of reimbursement, and FTC's website. | 0.40 | 40.00 |
| 11/12/2010 | JWM | Review Colonial Bank subpoena production. | 0.10 | 38.50 |
| 11/15/2010 | TBK | Review FUL financials for credit card info. (.2); draft AMEX subpoena duces tecum (.4). | 0.60 | 180.00 |
| 11/16/2010 | MRB | Email correspondence with FTC attorneys, J. Moscowitz and T. Kudman regarding additional fumds in merchant accounts, receivership bank account records and recovery of monies; review notes regarding same. | 0.80 | 80.00 |
| | TBK | Discuss deposition of M. Johnston with J. Moscowitz (.3); review motion for protective order re deposition of M. Johnston (.2); discuss deposition of M. Johnston with H. Kirtz from FTC (.2); speak with J. Moscowitz's office re Colonial bank production (.2). | 0.90 | 270.00 |
| 11/17/2010 | JWM | Communications with T. Kudman re Johnston deposition. | 0.30 | 115.50 |
| | TBK | Deposition of M. Johnston in Ft. Lauderdale & travel (3.5);discuss deposition with J. Moscowitz (.3). | 3.80 | 1,140.00 |
| 11/22/2010 | JWM | Review pleadings re proposal amendment, Johnston deposition. | 0.10 | 38.50 |
| 11/30/2010 | TBK | Discuss bank records with J. Moscowitz (.3); email D. Feingold for tax returns of FUL/FUH (.1); email paralegal review of bank records (.2). | 0.60 | 180.00 |
| | MRB | Email communication with G. Sinasohn, T. kudman, J. Moscowitz regarding continuing discovery issues, interrogatories to defendants and supplements thereto (.6); email communication with former FUL clients regarding status of lawsuit, issues as to reimbursement (.4); email communication wtih former FUL employee regarding past due salary and bounced FUI checks; email communication with T. Kudman and J. Moscowitz regarding same (.4). | 1.40 | 140.00 |
| | JWM | Discuss bank records with T. Kudman. | 0.30 | 115.50 |
| 12/1/2010 | TBK | Speak with E. Veleker re paralegal review of bank records. | 0.70 | 210.00 |
| | MRB | Email communication with G. Sinasohn, T. Kudman, J. Moscowitz regarding additional discovery (Requests for Admissions) to defendants (.7); email communication with former FUL employee, J. Moscowitz and T. Kudman regarding her radio spot, follow-up on litigation (.4). | 1.10 | 110.00 |

|  | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **98.50** | **$21,586.50** |

Additional Charges :

| | | |
|---|---|---|
| 7/31/2010 | Transcript<br>Chandler Finley | 1,035.25 |
| 8/31/2010 | Telephone | 5.05 |
| 9/30/2010 | Postage | 1.05 |
| | Photocopies | 49.75 |
| | Telephone | 5.10 |
| 10/31/2010 | Postage | 0.88 |
| | Federal Exp. | 12.42 |

| **Total costs** | **$1,109.50** |
|---|---|
| **Total amount of this bill** | **$22,696.00** |
| **Previous balance** | **$30,983.47** |
| 9/15/2010  Payment - thank you | ($30,983.47) |
| **Total payments and adjustments** | **($30,983.47)** |
| Balance due | $22,696.00 |

## Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Jane W. Moscowitz | 8.90 | 385.00 |
| Michelle R. Berg | 43.60 | 100.00 |
| Tama Beth Kudman | 46.00 | 300.00 |

**PLEASE REFERENCE INVOICE NUMBER ON PAYMENT**