Moscowitz & Moscowitz, P.A.
Sabadell Financial Center
1111 Brickell Avenue, Suite 2050
Miami, FL  33131

March 27, 2012

*Invoice submitted to:*

FTC v. First Universal Lending

*In Reference To:* Our File No. 1586

*Invoice #* 17474

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/2/2011 | JWM | Telephone conference with G. Sinasohn re turnover of assets. | 0.40 | 154.00 |
| | TBK | Review email from JWM re Amex records. | 0.10 | 30.00 |
| 6/3/2011 | JWM | Telephone conference with T. Kudman re tax returns, recovery of assets (.2); review Amex records (.4). | 0.60 | 231.00 |
| | TBK | Email to/from JWM re Amex records. | 0.10 | 30.00 |
| 6/4/2011 | TBK | Review and respond to emails re Amex records from JWM and E. Veleker. | 0.20 | 60.00 |
| 6/6/2011 | JWM | Review affidavit re funds in merchant account; communications with G. Sinasohn re same. | 0.10 | 38.50 |
| 6/7/2011 | JWM | Communications with G. Sinasohn re funds in merchant accounts; telephone conference with T. Kudman re same (.1); communications with T. Kudman re obtaining funds (.1). | 0.20 | 77.00 |
| | TBK | Speak with JWM re reserve accounts (.2); Speak with G. Sinasohn re reserve accounts and Teledraft (.2); email with G. Sinasohn re Teledraft (.3); draft email demand letter re primus account (.3); call Vanco services re reserve monies (.1); draft email demand letter to Bank Atlantic re account info (.3); email J. Paya re Vanco accounts (.2). | 1.60 | 480.00 |
| 6/9/2011 | JWM | Communications with E. Veleker re Amex records, pay Amex for record production costs. | 0.10 | 38.50 |
| | TBK | Review emails from JWM and E. Veleker re Amex statements. | 0.20 | 60.00 |
| 6/10/2011 | TBK | Review email from E. Veleker and respond re Amex. | 0.20 | 60.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/13/2011 | JWM | Communications with E. Veleker re Amex records (.1); research re judgment collection (.4). | 0.50 | 192.50 |
| 6/15/2011 | TBK | Review multiple emails from G. Sinasohn and JWM re Vanco. | 0.30 | 90.00 |
| 6/16/2011 | JWM | Draft letter to collect ACH funds (.2); communications with G. Sinasohn re same (.1). | 0.30 | 115.50 |
|  | TBK | Email with JWM re Vanco services. | 0.20 | 60.00 |
| 6/17/2011 | JWM | Review court order on fee application. | 0.10 | 38.50 |
| 6/22/2011 | JWM | Telephone conference with Sheila Tuma (Florida Bar) re D. Feingold. | 0.40 | 154.00 |
|  | TBK | Email with JWM re bar inquiry against Feingold. | 0.20 | 60.00 |
| 6/23/2011 | JWM | Review Amex analysis sent by E. Veleker (.2); communications with E. Veleker, T. Kudman re same (.1). | 0.30 | 115.50 |
|  | TBK | Email with JWM re mystery Amex account (.2); call Amex re mystery account under Zausner (.1). | 0.30 | 90.00 |
| 6/24/2011 | JWM | Pay Bank Atlantic records; communications with T. Kudman re Amex analysis. | 0.10 | 38.50 |
|  | TBK | Email JWM re mystery Amex account. | 0.10 | 30.00 |
| 6/28/2011 | TBK | Speak with Amex re mystery account (.3); email G. sinasohn re Amex account (.1). | 0.40 | 120.00 |
| 6/30/2011 | JWM | Communications re Feingold home. | 0.10 | 38.50 |
|  | TBK | Review emails re loan to Feingold on house. | 0.30 | 90.00 |
| 7/1/2011 | JWM | Communications with Feingold home. | 0.10 | 38.50 |
|  | TBK | Email JWM re closing date on loan to Feingold. | 0.10 | 30.00 |
| 7/5/2011 | JWM | Analyze accounts to respond to FTC request for information (.3); communications with T. Kudman re same (.1); telephone conference with G. Sinasohn (.1). | 0.50 | 192.50 |
| 7/6/2011 | TBK | Email re phone conference. | 0.10 | 30.00 |
| 7/7/2011 | JWM | Conference call with G. Sinasohn, T. Kudman re receivership funds still held by banks. (.4); letter to Munroe (.1). | 0.50 | 192.50 |
|  | TBK | Phone conference re receivership assets (.4); review email re collected assets (.3); respond to JWM email re assets (.1). | 0.80 | 240.00 |
| 7/8/2011 | TBK | Email with G. Sinasohn re Teledraft. | 0.10 | 30.00 |

FTC v. First Universal Lending

Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/13/2011 | JWM | Review and deposit Meritus check. | 0.10 | 38.50 |
| 7/18/2011 | JWM | Telephone conference with M. Greenberg re unpaid mediation bill. | 0.10 | 38.50 |
| 7/21/2011 | JWM | Communications re Teledraft. | 0.10 | 38.50 |
| | TBK | Review 5 emails re Teledraft (.1); email G. sinasohn re Teledraft (.1). | 0.20 | 60.00 |
| 7/22/2011 | JWM | Communications with G. Sinasohn re L. Joseph. | 0.10 | 38.50 |
| 7/25/2011 | TBK | Email to/from G. Sinasohn re teledraft (.2); locate, scan and email documents re Teledraft to FTC (.5). | 0.70 | 210.00 |
| 7/28/2011 | JWM | Telephone conference with L. Josephs (former FUL employee); review Joseph's email; send check. | 0.40 | 154.00 |
| 7/29/2011 | JWM | Communications with G. Sinasohn re Teledraft; review Teledraft contempt order. | 0.10 | 38.50 |
| | TBK | Email with G. Sinasohn and JWM re Teledraft. | 0.30 | 90.00 |
| 8/5/2011 | JWM | Telephone conference with T. Kudman re Teledraft. | 0.10 | 38.50 |
| 8/23/2011 | JWM | Review and deposit Monterey check; communications with G. Sinasohn. | 0.10 | 38.50 |
| 8/24/2011 | JWM | Telephone conference with S. Foodman re final tax returns. | 0.10 | 38.50 |
| 8/31/2011 | JWM | Telephone conference with S. Foodman re tax returns (.2); communications with G. Sinasohn, etc re FUL practices (.1). | 0.30 | 115.50 |
| 9/1/2011 | JWM | Telephone conference with DOJ attorney. | 0.20 | 77.00 |
| 9/2/2011 | TBK | Email JWM re teledraft Turnover motion. | 0.20 | 60.00 |
| 9/4/2011 | JWM | Review and respond to communications re Teledraft (.1); conference with accountant re tax returns (.5). | 0.60 | 231.00 |
| 9/6/2011 | TBK | Email G. Sinasohn re Turnover Motion. | 0.10 | 30.00 |
| 9/15/2011 | JWM | Communications with DOJ. | 0.40 | 154.00 |
| | TBK | Email re FUL fraud. | 0.10 | 30.00 |
| 9/20/2011 | JWM | Review proposed motion; communications with T. Kudman. | 0.40 | 154.00 |
| | TBK | Draft and file motion for turnover (6.5); draft email with copy of motion to Steven Jerome-attorney for Teledraft (.1). | 6.60 | 1,980.00 |
| 9/21/2011 | JWM | Telephone conference with Larsen (.2); review T. Kudman's correspondence with Teledraft (.2). | 0.40 | 154.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/21/2011 | TBK | Speak with S. Jerome re motion (.4); speak with JWM re conversation with S. Jerome (.3); speak with S. Jerome re extension of time to answer (.3); speak with DOJ re investigation (.5); speak with Teledraft re service of motion (.2); email motion to Teledraft (.1). | 1.80 | 540.00 |
| 9/22/2011 | JWM | Telephone conference with T. Kudman re Teledraft. | 0.20 | 77.00 |
| 9/25/2011 | TBK | Speak with S. Jerome re settlement. | 0.50 | 150.00 |
| 9/26/2011 | TBK | Edit and file motion for extension of time (.3); review stipulation from S. Jerome (.2). | 0.50 | 150.00 |
| 10/4/2011 | TBK | Speak with DOJ atty Kevin Larsen. | 0.30 | 90.00 |
| 10/5/2011 | TBK | Email with Kevin Larsen. | 0.10 | 30.00 |
| 10/11/2011 | JWM | Communications with Kevin Larsen (.2); review injuctions re Receiver's powers (.2). | 0.40 | 154.00 |
| | TBK | Email with Kevin Larsen re Salesforce. | 0.20 | 60.00 |
| 10/12/2011 | TBK | Email with JWM re conference call (.1); speak with DOJ attorney Kevin Larsen (.3). | 0.40 | 120.00 |
| 10/13/2011 | JWM | Review and approve Teledraft settlement. | 0.10 | 38.50 |
| | TBK | Conference call with Kevin Larsen and JWM. | 0.30 | 90.00 |
| 10/14/2011 | JWM | Communications with Larsen and Salesforce. | 0.10 | 38.50 |
| | TBK | Email with Kevin Larsen re Salesforce. | 0.20 | 60.00 |
| 10/18/2011 | TBK | Email Kevin Larsen re evidence. | 0.20 | 60.00 |
| 10/27/2011 | TBK | Review settlement stipulation with Teledraft. | 0.40 | 120.00 |
| 10/28/2011 | TBK | Email with G. Sinasohn re safety deposit box. | 0.20 | 60.00 |
| 11/1/2011 | JWM | Communications with G. Sinasohn, T. Kudman re DZ safety deposit box. | 0.10 | 38.50 |
| 11/22/2011 | JWM | Telephone call with Stanley Foodman re tax returns. | 0.10 | 38.50 |
| 12/13/2011 | JWM | Communications with T. Kudman re tax returns, Teledraft settlement and receiver report. | 0.20 | 77.00 |
| 12/14/2011 | TBK | Email Teledraft re settlement. | 0.10 | 30.00 |
| 12/15/2011 | JWM | Telephone conference with CPA re tax returns; sign Teledraft settlement agreement. | 0.20 | 77.00 |
| | TBK | Email with JWM re receiver report. | 0.20 | 60.00 |

FTC v. First Universal Lending Page 5

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/16/2011 | JWM | Review and approve motion re Teledraft settlement. | 0.10 | 38.50 |
| | TBK | Draft motion for Approval of Settlement and Order with Teledraft (1.0); file motion for approval (2.). | 1.20 | 360.00 |
| 12/29/2011 | JWM | Review schedule of unidentified manes sent by tax preparer. | 0.50 | 192.50 |
| 1/5/2012 | JWM | Telephone conference with CPA re unidentified payments. | 0.20 | 77.00 |
| 1/17/2012 | JWM | Communications with GS, TK re Teledraft and transfer of funds. | 0.20 | 77.00 |
| | TBK | E-mail G. Sinasohn re Teledraft settlement and safety deposit box (.1); e-mail JWM re safety deposit box and Teledraft (.1); call court re status of motion for approval re Teledraft settlement (.1). | 0.30 | 90.00 |
| 1/18/2012 | JWM | Review order approving settlement; communications with TK re same. | 0.10 | 38.50 |
| 2/16/2012 | JWM | Telephone conference with G. Sinasohn. | 0.10 | 38.50 |
| 2/17/2012 | JWM | Telephone conference with government. | 0.20 | 77.00 |
| | TBK | Conference call with DOJ and JWM (.6). | 0.60 | 180.00 |
| 2/18/2012 | TBK | Review Order Approving Teledraft settlement (.2); e-mail Teledraft re approval and requesting remittance (.1). | 0.30 | 90.00 |
| 2/21/2012 | JWM | Telephone conference with Accountant re tax return. | 0.10 | 38.50 |
| | TBK | E-mail with JWM re turnover of Receivership funds to FTC. | 0.20 | 60.00 |
| 2/22/2012 | JWM | Communications with DOJ attorney; telephone conference with CPA re tax returns. | 0.30 | 115.50 |
| 2/28/2012 | JWM | Conference with CPA re tax returns. | 0.50 | 192.50 |
| 3/2/2012 | TBK | Draft final receiver's report. | 1.00 | 300.00 |
| 3/3/2012 | JWM | Review and revise FUL final report. | 0.20 | 77.00 |
| 3/12/2012 | JWM | Telephone conference with Dr, Walker (victim of prior events); communications with E. Veleker re summary charts; pay CPA for tax returns. | 0.20 | 77.00 |
| 3/14/2012 | TBK | Review financial graphs and final report. | 0.50 | 150.00 |
| | JWM | Review of charts and reports. | 0.20 | 77.00 |
| **For professional services rendered** | | | **35.10** | **$11,558.50** |

FTC v. First Universal Lending                                          Page    6

    Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 5/31/2011 | Lexis | 37.58 |
|  | Photocopies | 19.75 |
| 6/30/2011 | Photocopies | 145.88 |
|  | Federal Exp. | 76.15 |
| 7/31/2011 | Federal Exp. | 55.34 |
|  | Photocopies | 28.50 |
| 8/31/2011 | Postage | 7.53 |
| 9/30/2011 | Federal Exp. | 137.82 |
| 11/30/2011 | Telephone | 2.00 |
| 12/31/2011 | Federal Exp. | 59.22 |
|  | Photocopies | 2.50 |

    **Total costs**    **$572.27**

    **Total amount of this bill**    **$12,130.77**

    **Previous balance**    **$61,234.93**

| 2/7/2011 | Payment - thank you | ($22,696.00) |
| 6/17/2011 | Payment - thank you | ($38,538.93) |

    **Total payments and adjustments**    **($61,234.93)**

    Balance due    $12,130.77

Attorney Summary

| Name | Hours | Rate |
|---|---:|---:|
| Jane W. Moscowitz | 12.10 | 385.00 |
| Tama Beth Kudman | 23.00 | 300.00 |

**PLEASE REFERENCE INVOICE NUMBER ON PAYMENT**