**Moscowitz & Moscowitz, P.A.**
Sabadell Financial Center
1111 Brickell Avenue, Suite 2050
Miami, FL 33131

April 13, 2015

*Invoice submitted to:*
FTC v. First Universal Lending

*In Reference To:* Our File No. 1586

Invoice # 18311

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/20/2015 JWM | Communications with Dowdell, Feingold, Sihnason (.2); review form assisgnment agreement (.2); conference with J. Berman (proposed counsel) (.2). | | 0.60 | 231.00 |
| JB | Conference with JWM. | | 0.20 | 60.00 |
| 1/21/2015 JWM | Communications with GS. | | 0.10 | 38.50 |
| 1/23/2015 JWM | Conference with JB re: assignment agreement. | | 0.10 | 38.50 |
| JB | Conference with JWM re assignment agreement. | | 0.10 | 30.00 |
| 2/19/2015 JWM | Telephone call with S. Dowdell. | | 0.20 | 77.00 |
| 2/25/2015 JWM | Conference with JB re analysis of potential lawsuit. | | 0.50 | 192.50 |
| JB | Conference with JWM (.5); research on Renew Capital, LLC, including annual reports and other filings and an Orange County property search (.4). | | 0.90 | 270.00 |
| 2/28/2015 JB | Reviewed e-mails from David Feingold and various attachments, including emails from Dino Coppola, Articles of Organization and draft Operating Agreement for Renew Capital, April 1, 2010 Resolution of Renew Capital draft Assignment of Member Interest, March 2010 Financial Statements for Renew Capital and documents from Renew Capital's purchase of the condominium units (1.8); search Seminole, Lake, Polk, and Osceola Counties' property records for additional properties (.3); research on the holding companies with membership interests in Renew Capital (.3). | | 2.40 | 720.00 |
| 3/3/2015 JB | E-mails with JWM. | | 0.20 | 60.00 |

305-379-8300

| | | | Hours | Amount |
|---|---|---|---|---|
| FTC v. First Universal Lending | | | | Page 2 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/3/2015 | JWM | Communications with J. Berman. | 0.20 | 77.00 |
| 3/10/2015 | JB | Communications with JWM and reviewed e-mail from David Feingold. | 0.30 | 90.00 |
| | JWM | Communications with J. Berman and D. Feingold. | 0.30 | 115.50 |
| 3/11/2015 | JB | E-mails and two telephone conferences with JWM (.5); legal research regarding various issues relating to limitations periods (.7); continued reviewing various documents provided by David Feingold (.2); conference call with JWM, Steve Dowdell of the FTC and Gideon Sinasohn (.5). | 1.90 | 570.00 |
| | JWM | Telephone conference with J. Berman (.5); conference call with J. Berman and FTC (.5). | 1.00 | 385.00 |
| | | **For professional services rendered** | **9.00** | **$2,955.00** |
| | | Balance due | | $2,955.00 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Jane W. Moscowitz | 3.00 | 385.00 |
| Jeffrey Berman | 6.00 | 300.00 |

**PLEASE REFERENCE INVOICE NUMBER ON PAYMENT**